AO 442 (Rev 01/09) Arrest Warrant                                    10875969

# UNITED STATES DISTRICT COURT
for the
District of Columbia

**SEALED**  *c/N*

**FILED**
MAY 1 0 2019
Clerk, U.S. District and
Bankruptcy Courts

| United States of America | ) |
| v. | ) Case 1:19-cr-148 |
| Prakazrel Michel | ) Assigned to: Judge Colleen Kollar-Kotelly |
|  | ) Date Assigned 05/2/2019 |
|  | ) Description: INDICTMENT (B) |
| *Defendant* | ) |

## ARREST WARRANT

RECEIVED MAY 3 '19
U.S. MARSHAL-DC PM 2:10

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Prakazrel Michel                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment      ☐ Superseding Indictment      ☐ Information      ☐ Superseding Information      ☐ Complaint
☐ Probation Violation Petition      ☐ Supervised Release Violation Petition      ☐ Violation Notice      ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 371 (Conspiracy: Count 1)
18 U.S.C. §§ 1001 & 2 (False Statement: Count 2)
18 U.S.C. §§ 1519 & 2 (False Entry in Record: Count 3)
18 U.S.C. §§ 1519 & 2 (False Entry in Record: Count 4)

Date:  05/02/2019

*Issuing officer's signature*

City and state:  WASHINGTON, D.C.

G. Michael Harvey, Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 5/3/19, and the person was arrested on *(date)* 5/10/19
at *(city and state)* WASHINGTON, DC.

Date: 5/10/19

*Arresting officer's signature*

Special Agent Sean Fern
*Printed name and title*