# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **v.** <br><br> **PRAKAZREL MICHEL**, <br> **LOW TAEK JHO** <br><br> *Defendants*. | Criminal No. 19-148-ckk |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order, dated May 16, 2019, the parties submit the following joint status report.

The Government has recently produced to Mr. Michel approximately 4,500 pages of additional discovery. The Government anticipates that additional productions will be forthcoming, and will provide them on a rolling basis.

The parties jointly propose the following briefing schedule for defense motions:

1. All motions, except motions in limine, to be filed by August 30, 2019;

2. Oppositions due on or before September 30, 2019;

3. Replies due on or before October 15, 2019

At present, Mr. Michel anticipates that the motions will argue that at least the first three counts fail to state an offense, would be an unconstitutional application of the First Amendment, and, in any event, are time-barred; Count Two should be dismissed as duplicitous; and, to the extent the first three counts are not dismissed, any surviving counts should be severed from Count Four. Mr. Michel also anticipates a motion for a bill of particulars.

The next Court date is a status conference scheduled for July 11, 2019, at 10:00 a.m. Lead counsel for Mr. Michel has a pretrial conference scheduled for 9:00 a.m. in federal court in Maryland in a criminal case in which trial is scheduled to commence on July 16, 2019. Trial is anticipated to last three weeks. The pretrial conference will not conclude in time for counsel to be at the status conference in this case at 10:00 a.m. All parties are available the afternoon of July 11, 2019, if the Court is able to hold the status conference that afternoon. Otherwise, counsel for Mr. Michel request, and the Government does not oppose, adjourning the status conference until August, after the trial in Maryland has concluded. Mr. Michel will file a separate, unopposed motion with respect to the request to reschedule the July 11, 2019 status conference.

The Court has previously tolled rights under the Speedy Trial Act through July 11, 2019. Mr. Michel consents to the tolling of his Speedy Trial rights from July 11, 2019 to August 30, 2019, which is the deadline the parties jointly propose for filing pretrial motions. The parties submit that a continuance of his Speedy Trial rights during this time period serves the ends of justice and outweighs the best interests of the public and himself in a speedy trial, as it will allow Mr. Michel's counsel time to draft and file pretrial motions on his behalf, to review discovery already produced, and to review any forthcoming productions of discovery from the Government.

Date:   July 1, 2019                                        Respectfully submitted,

*/s/ Sean F. Mulryne*                                       */s/ Barry J. Pollack*
Sean F. Mulryne                                             Barry J. Pollack (DC Bar No. 434513)
Nikki Lockhart                                              Jessica Arden Ettinger (DC Bar No. D00483)
Trial Attorneys                                             ROBBINS RUSSELL ENGLERT ORSECK
Public Integrity Section                                    UNTEREINER & SAUBER LLP
Criminal Division                                           2000 K Street NW, 4th Floor
United States Department of Justice                         Washington, D.C. 20006
1400 New York Avenue, N.W.                                  Telephone: (202) 775 4500
Washington, D.C. 20005                                      Fax: (202) 775 4510
Telephone:  (202) 616-1675                                  bpollack@robbinsrussell.com
Facsimile:  (202) 514-3003                                  jettinger@robbinsrussell.com
sean.mulryne@usdoj.gov
nicole.lockhart@usdoj.gov                                   *Counsel for Mr. Michel*

*Counsel for Government*

**CERTIFICATE OF SERVICE**

On this 1st day of July 2019, I directed the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

        Respectfully submitted,

        */s/ Barry J. Pollack*
        Barry J. Pollack (DC Bar No. 434513)
        ROBBINS, RUSSELL, ENGLERT, ORSECK,
        UNTEREINER & SAUBER LLP
        2000 K Street NW, 4th Floor
        Washington, District of Columbia 20006
        Telephone:  (202) 775 4500
        Fax:  (202) 775 4510
        bpollack@robbinsrussell.com

*Counsel for Mr. Michel*