**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> **v.** <br><br> **PRAKAZREL MICHEL**, <br><br> *Defendant*. | Criminal No. 19-148-ckk |

## UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE

A status conference is scheduled in this matter for July 11, 2019, at 10:00 a.m. Lead counsel for Mr. Michel has a pretrial conference scheduled for 9:00 a.m. in federal court in Maryland in a criminal case in which trial is scheduled to commence on July 16, 2019. Trial is anticipated to last three weeks. The pretrial conference will not conclude in time for counsel to be at the status conference in this case at 10:00 a.m.

Counsel for Mr. Michel have consulted with the Government, which does not oppose this motion. All parties are available the afternoon of July 11, 2019, if the Court is able to hold the status conference that afternoon. Otherwise, counsel for Mr. Michel request, and the Government does not oppose, adjourning the status conference until August, after the trial in Maryland has concluded.

Date:   July 2, 2019                                  Respectfully submitted,

                                                      */s/ Barry J. Pollack*
                                                      Barry J. Pollack (DC Bar No. 434513)
                                                      Jessica Arden Ettinger (DC Bar No. D00483)
                                                      ROBBINS RUSSELL ENGLERT ORSECK
                                                      UNTEREINER & SAUBER LLP
                                                      2000 K Street NW, 4th Floor
                                                      Washington, D.C. 20006
                                                      Telephone: (202) 775 4500
                                                      Fax: (202) 775 4510
                                                      bpollack@robbinsrussell.com
                                                      jettinger@robbinsrussell.com

                                                      *Counsel for Mr. Michel*

**CERTIFICATE OF SERVICE**

On this 2nd day of July 2019, I directed the foregoing document to be electronically filed with the Clerk of the Court for the United States District Court for the District of Columbia by using the Court's CM/ECF system, which will serve electronic notification of this filing on all counsel of record.

                                        Respectfully submitted,

                                        */s/ Barry J. Pollack*
Barry J. Pollack (DC Bar No. 434513)
ROBBINS, RUSSELL, ENGLERT, ORSECK,
UNTEREINER & SAUBER LLP
2000 K Street NW, 4th Floor
Washington, District of Columbia 20006
Telephone:  (202) 775 4500
Fax:  (202) 775 4510
bpollack@robbinsrussell.com

*Counsel for Mr. Michel*