# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )    **Crim. No. 1:19-cr-148** |
| | ) |
| | ) |
| **PRAKAZREL MICHEL** | ) |
| | ) |

## JOINT MOTION TO RESCHEDULE STATUS CONFERENCE

The United States of America and Defendant Prakazrel Michel, by and through undersigned counsel, respectfully request that the status conference scheduled in this matter for November 23, 2020, be continued until the week of February 1, 2021 or February 8, 2021.

1. A status conference is scheduled in this matter for November 23, 2020, at 2:00 p.m. Due to the current circumstances surrounding the COVID-19 pandemic, the District Court is continuing to postpone or convert to tele/videoconference certain non-trial criminal matters. S*ee* Standing Orders Nos. 20-75 & 20-89.

2. For the reasons set forth in the Joint Status Report filed today under seal, the parties request a continuance of the status conference currently scheduled for November 23, 2020.

3. The parties agree that the case is complex; a continuance serves "the ends of justice" and is in the best interests of both the public and the Defendant, 18 U.S.C. § 3161(h)(7)(A); and the Speedy Trial Act should be tolled through the date to which the status hearing is rescheduled.

4. The parties therefore request that the Court grant this Joint Motion and continue the status hearing in this matter to the week of February 1, 2021 or February 8, 2021.

1

Respectfully submitted,

| | |
|---|---|
| COREY AMUNDSON<br>Chief, Public Integrity Section<br>Criminal Division<br>U.S. Department of Justice | ROBBINS RUSSELL ENGLERT<br>ORSECK UNTEREINER & SAUBER LLP<br><br>Counsel for Defendant Prakazrel Michel |
| By: _/s/_<br>Sean F. Mulryne<br>Deputy Director<br>Election Crimes Branch<br>Nicole Lockhart<br>Trial Attorney<br>1331 F Street, NW<br>Washington, DC 20004<br>(202) 514-1412<br>sean.mulryne@usdoj.gov<br>nicole.lockhart@usdoj.gov | By: _/s/_<br>Barry J. Pollack (DC Bar No. 434513)<br>Megan Browder (DC Bar No. 1552273)<br>2000 K Street NW, 4th Floor<br>Washington, DC 20006<br>(202) 775- 4500<br>bpollack@robbinsrussell.com<br>mbrowder@robbinsrussell.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated:  November 20, 2020                     */s/ Nicole Lockhart*
                                                              Sean F. Mulryne
                                                              Deputy Director, Election Crimes Branch
                                                              Nicole Lockhart
                                                              Trial Attorney
                                                              1331 F Street, NW
                                                              Washington, DC 20004
                                                              202-514-1412