#### UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PRAKAZREL MICHEL (1),<br>       Defendant. | Criminal No. 19-148-1 (CKK) |

#### ORDER
(November 25, 2020)

The Court has received the [63] [64] Motions to Withdraw as counsel for Defendant Prakazrel Michel, submitted by Mr. Barry Pollack, Ms. Jessica Ettinger, and Mr. Randy Zelin. Collectively, the withdrawal of Mr. Pollack, Ms. Ettinger, and Mr. Zelin would leave Defendant without legal representation in the action, while the government continues to pursue charges against him. Accordingly, the Court will **HOLD IN ABEYANCE** the [63] [64] Motions to Withdraw. If new defense counsel has not filed an appearance by **DECEMBER 21, 2020**, current defense counsel or Defendant shall file a status report on that date indicating how Defendant would like to proceed in this case. Defense counsel shall confer with Defendant regarding the contents of this Order. The Court will also separately mail this Order to Defendant at his current address of record.

**SO ORDERED**.

Dated: November 25, 2020

                                                    /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge