IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.             ) | Crim. No. 1:19-cr-148 |
| ) | |
| PRAKAZREL MICHEL ) | |

**ORDER**

Upon consideration of the Joint Motion to Reschedule Status Conference presently set for June 8, 2021, at 1:30 p.m., and for good cause shown and with the parties' consent, it is hereby on this 5th day of June 2021,

ORDERED that the Joint Motion to Reschedule Status Conference scheduled for June 8, 2021 at 1:30 p.m. is GRANTED; and it is further

ORDERED that the Status Conference shall take place at 1:30 p.m. on the 12th day of July 2021; and the Court further

FINDS, based on the parties' motion, that the continuance of the Defendant's Speedy Trial rights between the date of the original status hearing (June 8, 2021) and the date of the rescheduled status hearing serves the "ends of justice" and is in the best interests of both the public and the Defendant, 18 U.S.C. § 3161(h)(7)(A); and it is further

ORDERED that the time period from June 8, 2021 through July 12, 2021 will be excluded for purposes of the Speedy Trial Act. Before July 12, 2021, Defendant shall file a signed statement, confirming his consent to the aforementioned exclusion of time under the Speedy Trial Act.

/s/
The Hon. Colleen Kollar-Kotelly
United States District Judge