IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Crim. No. 1:19-cr-148 |
| | ) |
| PRAKAZREL MICHEL | ) |
| | ) |

**GOVERNMENT'S MOTION TO AMEND DEFENDANT'S RELEASE CONDITIONS**

The United States of America, by and through undersigned counsel, submits this Motion to Amend Defendant Prakazrel Michel's Release Conditions.

During the recent status hearing on July 12, 2021, the government asked the Court to amend the defendant's conditions of release to prohibit the defendant from contacting, directly or indirectly, potential witnesses associated with this case. In support of its request, the government noted the two counts of witness tampering (Counts 5 and 6) with which the defendant is charged in the superseding indictment. The Court ordered the parties to confer about the proposed modifications to the defendant's conditions of release, and for the government to submit the proposed modification, along with a list of the potential witnesses whom the defendant shall not contact, by July 13, 2021.

The government has conferred with defense counsel and hereby proposes the following modification to the defendant's conditions of release:

The defendant shall not contact, directly or indirectly, any potential witness identified in Exhibit A, either personally or through a third party. For purposes of trial preparation, this condition does not prohibit the defendant from contacting any

1

potential witness through the defendant's counsel or while in the presence of the defendant's counsel.

The government has conferred with defense counsel, and defense counsel does not oppose the proposed modification nor the list of potential witnesses filed under seal as Exhibit A.

Respectfully submitted,

COREY AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By:    /s/
John D. Keller
Principal Deputy Chief

Sean Mulryne
Deputy Director, Election Crimes Branch

Nicole Lockhart
Trial Attorney
1331 F Street, NW
Washington, DC 20004
(202) 514-1412
john.keller2@usdoj.gov
sean.mulryne@usdoj.gov
nicole.lockhart@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated:  July 13, 2021     /s/ Sean F. Mulryne
Sean F. Mulryne
Deputy Director, Election Crimes Branch
1331 F Street, NW
Washington, DC 20004
202-514-1412