**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br>      v.<br>PRAKAZREL MICHEL,<br>      Defendant. | Criminal No. 19-148-1 (CKK) |

**ORDER**
(July 14, 2021)

Upon consideration of the Government's [91] Motion to Amend Defendant's Release Conditions, which Defendant does not oppose, it is hereby **ORDERED** that:

Defendant's current conditions of release are hereby modified to include the following condition: "The defendant shall not contact, directly or indirectly, any potential witness identified in Exhibit A (*see* ECF No. 93), either personally or through a third party. For purposes of trial preparation, this condition does not prohibit the defendant from contacting any potential witness through the defendant's counsel or while in the presence of the defendant's counsel."

It is **FURTHER ORDERED** that all of Defendant's additional conditions of release, in effect before this order, remain operative and unchanged.

**SO ORDERED.**

Dated: July 14, 2021

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge