UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PRAKAZREL MICHEL,<br><br>Defendant. | Criminal No. 19-148-1 (CKK)<br><br>FILED *IN CAMERA, EX PARTE* AND UNDER SEAL WITH THE CLASSIFIED INFORMATION SECURITY OFFICER OR DESIGNEE |

**GOVERNMENT'S CLASSIFIED *EX PARTE, IN CAMERA*, UNDER SEAL MOTION AND MEMORANDUM OF LAW IN SUPPORT OF PROTECTIVE ORDER PURSUANT TO SECTION 4 OF THE CLASSIFIED INFORMATION PROCEDURES ACT AND RULE 16(d)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

Dated: March 10, 2022

/s/
Nicole R. Lockhart
Trial Attorney