UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

PRAKAZREL MICHEL,

   Defendant.

Criminal No. 19-148 (CKK)

**PRETRIAL SCHEDULING ORDER**
(April 29, 2022)

The parties shall adhere to the following deadlines in this case.

|  | *Deadlines* |
|---|---|
| **Discovery & Associated Deadlines** | |
| Government to complete any final discovery under present indictment | N/A |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | May 13, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | N/A |
| | |
| **Expert Notices & Other Crimes Evidence** | |
| Government's expert notice (FRE 701 & 702) | June 3, 2022 |
| Defendant's expert notice (FRE 701 & 702) | June 3, 2022 |
| Government's FRE 404(b) notice | May 20, 2022 |
| Defendant's response to FRE 404(b) notice | May 27, 2022 |
| *Brady* notice | May 13, 2022 |
| | |
| **Experts** | |
| Expert reports (FRE 702) | July 15, 2022 |
| Lay witness identification and subject matter (FRE 701) | July 15, 2022 |
| | |
| **Non-Evidentiary Pretrial Motions** | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | June 10, 2022 |
|     Government's response to Defendant's non-evidentiary motions | June 29, 2022 |
|     Defendant's reply as to non-evidentiary motions | July 15, 2022 |
| Government's non-evidentiary pretrial motions | N/A |
|     Defendant's response to Government's non-evidentiary motions | N/A |
|     Government's reply as to non-evidentiary motions | N/A |

<u>Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | July 22, 2022 |
| Government's response to Defendant's evidentiary motions | August 10, 2022 |
| Defendant's reply as to evidentiary motions | August 24, 2022 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | July 22, 2022 |
| Defendant's response to Government's evidentiary motions | August 10, 2022 |
| Government's reply as to evidentiary motions | August 24, 2022 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | September 16, 2022 |
| Responses to motions *in limine* | September 23, 2022 |
| Replies as to motions *in limine* | September 30, 2022 |
| Joint notice of stipulations | August 26, 2022 |
| *Giglio* and *Jencks* material | August 19, 2022 |
| *Voir Dire* and Jury Instructions | September 30, 2022 |

<u>Witness and Exhibit Lists</u>

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | September 30, 2022 |
| Defendant's witness list, exhibit list and exhibits | September 30, 2022 |

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

**Trial is tentatively set to begin <u>November 4, 2022.</u>**

      **SO ORDERED.**

                                                     /s/
                                    COLLEEN KOLLAR-KOTELLY
                                    United States District Judge