IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Crim. No. 1:19-cr-148 |
| ) | |
| ) | Hon. Judge Kollar-Kotelly |
| PRAKAZREL MICHEL ) | |
| ) | |
| Defendant.    ) | |

## MOTION TO EXTEND DEADLINE FOR NON-EVIDENTIARY MOTIONS

Comes now Defendant, Prakazrel Michel, by and through his counsel, David Kenner, Charles Haskell and Alon Israely, and moves this honorable court to extend the deadline for the defendant to file non-evidentiary motions to July 1, 2022 and in support thereof states the following:

1. On April 29, 2022 the parties entered into a scheduling order setting the deadline for the defendant to file non-evidentiary motions on or before June 10, 2022.

2. During the status hearing on June 1, 2022, the Court granted an oral motion by the undersigned counsel to extend the deadline to June 24, 2022. *See* Minute Order 06/01/2022.

3. Due to an on-going trial in another matter, the undersigned counsel has been unable to adhere to the extended deadline and requests a further extension of the deadline to file non-evidentiary motions.

4. Under the current scheduling order, extending the deadline for non-evidentiary motions to July 1, 2022 would cause an extension of the Opposition and Response deadlines to July 22, 2022 and July 29, 2022, respectively.

5. On June 21, 2022, Defense Counsel conferred with AUSA John Keller who confirmed that the Government has no objection to this request.

WHEREFORE, for the foregoing reasons and any other that may occur to the Court, the Defendant respectfully requests that this Honorable Court extend the deadline for the defendant to file non-evidentiary motions to July 1, 2022.

Respectfully submitted this 23nd day of June, 2022.

        **/s/ David Kenner**
        David E. Kenner
        Kenner Law Firm
        16633 Ventura Blvd., Suite 735
        Encino, CA 91436
        (818) 995-1195
        Email: david@kennerlaw.com
        CA Bar No.: 41425
        Counsel for Defendant

        **/s/ Charles Haskell**
        Charles R. Haskell
        The Law Offices of Charles R. Haskell, Esq.
        641 Indiana Ave. NW
        Washington, DC 20004
        (202) 888-2728
        Email: Charles@CharlesHaskell.com
        DC Bar No.: 888304007
        Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated:  June 23, 2022                                                */s/ Charles R. Haskell*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Crim. No. 1:19-cr-148 |
| ) | |
| ) | Hon. Judge Kollar-Kotelly |
| PRAKAZREL MICHEL        ) | |
| ) | |
| Defendant.      ) | |

## PROPOSED ORDER

This matter having come before the Court in Defendant's Motion to Extend Deadline for Filing Non-Evidentiary Motions, it is this _____ day of _____, 2022

ORDERED that the Motion to Extend Deadline for Filing Non-Evidentiary Motions is GRANTED.

_____
HON. COLLEEN KOLLAR-KOTELLY
DISTRICT JUDGE
UNITED STATES DISTRICT COURT