IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Crim. No. 1:19-cr-148** |
| | ) | |
| | ) | **Hon. Judge Kollar-Kotelly** |
| **PRAKAZREL MICHEL** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO MODIFY CONDITIONS OF RELEASE
TO ALLOW FOR TEMPORARY TRAVEL**

Comes now Defendant, Prakazrel Michel, by and through his counsel, David E. Kenner, and moves this honorable court to modify the conditions of his release to allow Mr. Michel to travel to London, England from July 19 to July 26 and in support thereof states the following[1]:

1. On May 10, 2019, this Honorable Court set the conditions of release for Mr. Michel.

2. As part of those conditions for release, Mr. Michel surrendered his passport to Pretrial Services Agency.

3. During that past several Status Conferences, Mr. Michel has confirmed to the Court his compliance with the Order setting conditions of his release.

4. Through his business partnership with Rolls Royce, as part of his obligations to that, he is scheduled to host an event in London.

5. Mr. Michel is planning to depart from the U.S. on a direct flight to London, England on July 19, 2022 and to return on July 26, 2022. He intends to stay at a hotel in London. All specifics and any other details shall be provided to the Court and Pretrial Services.

6. Mr. Michel is willing to abide by any special conditions this Court would wish to impose

---

[1] If this Honorable Court requires more detail or information, Defendant requests a remote appearance for oral arguments at the Court's discretion and schedule.

during this trip (e.g., daily check-ins by phone).

7. Defense Counsel attempted to reach AUSA John Keller via email yesterday to confirm that the Government would not oppose this motion, but thus far counsel has not received a reply.

WHEREFORE, for the foregoing reasons and any other that may occur to the Court, the Defendant respectfully requests that this Honorable Court modify the conditions of his release from custody and allow him to travel temporarily as described above.

Respectfully submitted this 2nd day of July, 2022.

/s/ David Kenner
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant

/s/ Charles Haskell
Charles R. Haskell
The Law Offices of Charles R. Haskell, Esq.
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.


Dated:  July 2, 2022                                                        */s/ Charles R. Haskell*