# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.   ) | **Crim. No. 1:19-cr-148** |
| ) | |
| ) | **Hon. Judge Kollar-Kotelly** |
| **PRAKAZREL MICHEL** ) | |
| ) | |
| **Defendant.** ) | |

## PROPOSED ORDER

This matter having come before the Court in Defendant's Motion to Modify Conditions of Release, it is this _____ day of _____, 2022

ORDERED THAT:

1. Defendant's conditions of release be modified to allow him to travel to London, England on July 19, 2022 and to return to the United States on July 26, 2022.

2. Defendant's passport be released to him for the limited purpose of this above referenced trip after which it will be immediately returned to Pretrial Services.

Therefore, this Motion to Modify Conditions of Release is GRANTED.

_____
HON. COLLEEN KOLLAR-KOTELLY
DISTRICT JUDGE
UNITED STATES DISTRICT COURT