# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:19-cr-148 |
| | ) | |
| | ) | RESPONSE IN OPPOSITION |
| PRAKAZREL MICHEL, | ) | TO DEFENDANT'S MOTION |
| LOW TAEK JHO | ) | TO MODIFY CONDITIONS OF |
| | ) | RELEASE |

## UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE

The government, by and through its undersigned attorneys, opposes Defendant Prakazrel Michel's Motion to Modify Conditions of Release to allow him to travel to London, England, from July 19 to July 26. Michel's co-defendant, Low Taek Jho, is a fugitive and has remained abroad to avoid prosecution since at least October 2018. *See United States v. Low Taek Jho & Ng Chong Hwa*, No. CR 18-00538, Indictment (E.D.N.Y. Oct. 3, 2018). The defendant and Low were indicted in this case in May 2019, ECF No. 1, and trial is set to begin in four months. If convicted, the defendant would face a substantial sentencing range under the Guidelines. Because there are no conditions available to ensure the defendant's return from his proposed international travel, the government opposes the defendant's motion.

The condition requiring the defendant to surrender his passport and to "not apply for or posses[s] passport or any other travel document," Order Setting Conditions of Supervised Release, ECF No. 5 at 3, was imposed to ensure the defendant's appearance at future proceedings, including trial. If permitted to travel to London, the defendant could secure tickets to any foreign country in the world. Given the seriousness of the pending charges, his means, his extensive history of international travel, and his substantial contacts with co-defendant Low who is currently a fugitive

1

in a foreign country, the defendant has "the ability . . . . the means . . . [and] substantial reason to flee to a safe haven from U.S. prosecution." *United States v. Fard*, No. 8:17-cr-131-T-33SPF, 2018 WL 4698463 at *2 (M.D. Fla. Oct. 1, 2018) (quoting the district court's order denying a motion for modification of conditions of pretrial release).

The defendant previously requested that the government support a modification of his conditions of pretrial release to permit the defendant to travel internationally while on an anniversary/reunion tour with his music group, The Fugees. ECF Minute Order, October 6, 2021. The government explored options to accommodate the travel while also ensuring the defendant's future court appearances, including by attempting to arrange a law enforcement escort for the defendant while he was abroad. The law enforcement agencies involved in this case, the Federal Bureau of Investigation and the Department of Justice Office of the Inspector General, cited lack of operational control and authority in foreign jurisdictions in declining the request.

The government acknowledges the defendant's legitimate interest in continuing his entertainment and business enterprises while this case is pending. But trial is only four months away. If the defendant were to depart London for a country without an extradition treaty with the United States, such as China, where the defendant already is alleged to have traveled to meet his co-defendant in furtherance of the charged scheme, *see* Superseding Indictment, ECF No. 84 at 34, the government would have no way to secure his appearance at trial. Given the risk of flight, the government opposes the defendant's Motion to Modify Conditions of Release.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: <u>*/s/ John D. Keller*</u>
    John D. Keller
    Principal Deputy Chief

    Sean F. Mulryne
    Director of Enforcement & Litigation
    Election Crimes Branch

    Nicole Lockhart
    Trial Attorney
    1301 New York Ave., NW
    Washington, DC 20530
    Telephone:  202-514-1412
    Facsimile:   202-514-3003
    john.keller2@usdoj.gov
    sean.mulryne@usdoj.gov
    nicole.lockhart@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.

Dated: July 5, 2022                                        */s/ John D. Keller*
                                                                                                                   John D. Keller