IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:19-cr-148 |
| ) | |
| PRAKAZREL MICHEL, ) | |
| LOW TAEK JHO ) | |

## GOVERNMENT'S NOTICE OF EXPERT REPORTS

The government, through its undersigned attorneys, hereby provides the defendant with a written summary of the testimony to be provided by expert witnesses, FBI Forensic Accountant Eric Van Dorn and FBI Special Agent Justin Gray, previously noticed by the government (ECF No. 112) that the government may call in its case-in-chief.  This notice is provided pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705.[1]  Having provided this notice, the government requests reciprocal disclosure under Federal Rule of Criminal Procedure 16(b)(1)(C).

**Eric Van Dorn**

FBI Forensic Accountant Van Dorn is assigned to the International Corruption Squad in FBI's New York Division.  As a forensic accountant, Mr. Van Dorn is trained and specializes in tracing and analyzing complex financial transactions conducted by individuals and

---

[1] By providing the nature of the testimony of these witnesses, the government does not suggest or concede that these witnesses must be designated or recognized as expert witnesses in order to testify at trial about the subject matter referenced above.  While these witnesses also may testify as fact witnesses, in whole or in part, the government is hereby noticing them as potential expert witnesses, especially in case the government seeks to elicit expert opinion testimony under Federal Rule of Evidence 702.

1

business/corporate entities, domestically and abroad, and through myriad financial institutions and means.

Mr. Van Dorn has reviewed the allegations in this case, documents and exhibits that have been produced in this case, and conferred with the agents who investigated this matter and prosecution team. Mr. Van Dorn will offer the following opinions based on his review and understanding of the relevant facts:[2]

1. Beginning in June 2012 through November 2012, Low Taek Jho caused millions of dollars to be transferred from accounts controlled by Low or Low's associates to accounts owned or controlled by Michel. These funds were dispersed from accounts associated with Companies A and B, which listed Foreign National A as the signatory. Low was the beneficial owner of the Company A and B accounts.

2. Prior to June 2012, hundreds of millions of dollars from a 1MDB-related account were deposited into a Company H account. Low was the beneficial owner of the Company H account. Funds from Company H were then transferred to Company A and then to Company B before some of these funds were ultimately transferred to accounts owned or controlled by Michel.

3. In June 2012, Low caused funds to be transferred from Company A to Company C, an account owned by Michel's financial adviser. After the funds were deposited into Company C's account, Michel caused the funds to be transferred to Michel's personal accounts in several transactions.

---

[2] The Government is issuing a trial subpoena to obtain information about foreign bank accounts associated with Companies I and J and reserves the right to supplement this expert notice based on additional records received from those accounts.

4.      Michel used the money received from Low to make a political contribution to Political Committee A himself, but also began paying straw donors and directing them to make illegal conduit contributions to Political Committee A.  Between on or about June 21, 2012, and on or about August 31, 2012, Michel made the following payments to straw donors and caused the following illegal foreign and conduit contributions, among others:

| Straw Donor | Date MICHEL Provided Money for Contribution | Amount of Money MICHEL Provided | Date of Straw Donation | Donation Amount |
|---|---|---|---|---|
| Donor F | June 21, 2012 | $30,000 | June 28, 2012 | $30,000 |
| Donors G & H | June 25, 2012 & June 26, 2012 | $80,000 | June 28, 2012 | $40,000 & $40,000 |
| Donors I & J | August 3, 2012 | $80,000 | August 7, 2012 & August 31, 2012 | $40,000 & $40,000 |
| Donor K | August 3, 2012 | $40,000 | August 13, 2012 | $40,000 |
| Donor L | August 7, 2012 | $40,000 | August 13, 2012 | $40,000 |
| Donor M | August 14, 2012 | $40,000 | August 23, 2012 | $40,000 |
| Donor N | August 14, 2012 | $40,000 | August 31, 2012 | $35,000 |
| Donor O | August 13, 2012 | $40,000 | August 27, 2012 | $40,000 |
| Donor P | August 17, 2012 | $75,000 | August 23, 2012 | $75,000 |
| Donor Q | August 22, 2012 | $40,000 | August 28, 2012 | $40,000 |

5.      In August 2012, Low caused millions of dollars to be transferred from Company B to Michel's personal account, and to Company D, one of Michel's companies.  Using the money he received from Low, Michel paid more than approximately $800,000 to multiple straw donors, including, but not limited to, those set forth above, who in turn made contributions to Political Committee A totaling more than approximately $755,000.

6.      Between September and October 2012, using the money he received from Low, Michel made three contributions totaling $1.125 million to Political Committee B from the account of Company D and Company E, entities both owned and controlled by Michel.

7. In November 2012, Low caused an additional $11,000,000 to be transferred from Company A to Company D for Michel's benefit.

8. In 2017, Michel began receiving additional funds from accounts controlled by Low. Between May 2017 and September 2017, Low caused millions of dollars to be transferred to Companies F and G, entities owned and controlled by Michel. Michel in turn caused some of these funds to be transferred to his co-conspirators, Elliott Broidy and Nickie Lum Davis, often through Law Firm A, to conceal the nature of the transactions. Specifically:

   a. On or about May 8, 2017, Michel's company, Company F, received a wire transfer directed by Low for approximately $2.8 million from Company I, an entity in Hong Kong controlled by a Low associate. That same day, Michel caused $1 million to be transferred to Law Firm A. Within several days, approximately $900,000 of the $1 million was transferred from the Law Firm A account to one of Broidy's business accounts.

   b. On or about May 17, 2017, Low caused an international wire in the approximate amount of $3 million to be sent to from Company I to Company F. That same day, Michel transferred $3 million from Company F to Law Firm A. The next day, Law Firm A transferred $600,000 to one of Broidy's business accounts and $900,000 to one of Lum Davis's business accounts. Within approximately one week, Law Firm A transferred an additional $950,000 in two separate transfers to one of Broidy's business accounts.

   c. On or about May 25, 2017, Low caused a third transfer to be made from Company I to Company F, this time in the amount of approximately $2.7

million. On or about May 26, 2017, Michel transferred $2 million from Company F to Law Firm A. That same day, Law Firm A transferred $600,000 to one of Lum Davis's business accounts. In or about early June 2017, Law Firm A transferred $650,000 to one of Broidy's business accounts.

d. On or about August 9, 2017, Low caused Company I to transfer approximately $12.8 million to Company F. Michel then transferred $3 million from Company F to Law Firm A. On or about the next day, Law Firm A transferred $900,000 to one of Lum Davis's business accounts. In the ensuing days, Law Firm A transferred hundreds of thousands of dollars to accounts belonging to Broidy.

e. On or about August 24, 2017, Low directed the transfer of approximately $10 million from Company I to Company G, another of Michel's companies. Michel subsequently transferred $7.5 million to Lum Davis.

9. On or about September 20, 2017, Low directed the transfer of approximately $30 million to Company F from Company I. On or about October 23, 2017, Low directed the transfer of approximately $41 million to a bank account controlled by George Higginbotham from Company J, another Hong Kong based entity controlled by Low associate.

**Justin Gray**

FBI Special Agent Gray is assigned to FBI's New York Division and is a certified member of the FBI's Cellular Analysis Survey Team (CAST), a specialized FBI unit that acquires and analyzes cellular telephone evidence to, among other things, present historical, geographical

representations of cellular device activities as part of federal criminal investigations and prosecutions.

Special Agent Gray has reviewed the allegations in this case, documents and exhibits that have been produced in this case including historical call detail records and cell site location information, and conferred with the agents who investigated this matter and prosecution team. Special Agent Gray will offer the following opinions based on his review and understanding of the relevant facts:

1.  Michel's cell phone and the cell phone that sent that sent the communications charged as witness tampering in Counts Five and Six of the Superseding indictment were co-located on four different occasions on July 14, 2019—the day the communications were sent.

2.  At no time on July 14, 2019, was there any cellular location information from Michel's cell phone or the cellphone that sent the communications charged that would suggest that the cell phones were not with one another.

Special Agent Gray's testimony, including these opinions, will be supplemented with maps depicting location information from July 14, 2019, for Michel's cell phone and the cellphone that sent the communications charged in Counts Five and Six of the Superseding Indictment.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By:    */s/ John D. Keller*
     John D. Keller
     Principal Deputy Chief

     Sean F. Mulryne
     Director of Enforcement & Litigation
     Election Crimes Branch

     Nicole Lockhart
     Trial Attorney
     1301 New York Ave., NW
     Washington, DC 20530
     Telephone:  202-514-1412
     Facsimile:  202-514-3003
     john.keller2@usdoj.gov
     sean.mulryne@usdoj.gov
     nicole.lockhart@usdoj.gov

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.

Dated:   July 15, 2022                                  */s/ John D. Keller*
                                                                      John D. Keller
                                                                      Principal Deputy Chief
                                                                      1301 New York Ave., NW
                                                                      Washington, DC 20530
                                                                      202-514-1412