| | ARTEMUS ACCT 95900 May-Dec 2017 | |
| --- | --- | --- |
| | **City National Bank** | |
| | | |
| | **Funds Paid to:** | |
| | | |
| | AMEX Pymt | $591,137.23 |
| | Beach House OWNE Membership | $749.00 |
| | Cash Out | $105,500.00 |
| | Korkus Residences LLC | $42,900.00 |
| | Check Paid (3) | $7,375.00 |
| | CITI Card Pymt | $34,000.00 |
| | Kofi A Richmond | $2,500.00 |
| | DISCOVER E-payment | $4,000.00 |
| | NELNET Loan Srv Jax Pay | $5,000.00 |
| | Tiffany & Co | $90,000.00 |
| | Wire Out Unknown | $54,784.00 |
| | Wire Out Unknown | $5,000.00 |
| | Anouse Michel | $3,000.00 |
| | Ashley Howard | $10,000.00 |
| | Balance By Design | $5,000.00 |
| | Bank of America | $28,000.00 |
| | Blance Design & Co | $10,000.00 |
| | Carline Balan | $6,377.94 |
| | Client By Design | $20,000.00 |
| | Happy Place Inc | $3,850.00 |
| | Janjay Sherman | $11,250.00 |
| | Kelsey M Laverack | $6,000.00 |
| | Kitson Entertainment Group | $4,000.00 |
| | Lany Films Production | $28,000.00 |
| | Luxury Bazaar | $40,000.00 |
| | Monica Brand | $7,000.00 |
| | SRM Entertainment & Business Inc | $15,000.00 |
| | Step It Up Ent LLC | $10,000.00 |
| | Timepiece Perfection | $25,000.00 |
| | Varick Smith RP America LLC | $20,000.00 |
| | Welath Management Assoc | $75,000.00 |
| | Elite Marketing | $60,000.00 |
| | **TOTAL PAID OUT** | **$1,330,423.17** |