**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )  **Crim. No. 1:19-cr-148** |
| | ) |
| | ) |
| **PRAKAZREL MICHEL** | ) |
| | ) |

**STATUS REPORT REGARDING REDACTED MEMORANDUM OPINION**

On May 3, 2022, the Court ordered the government to file, no later than May 13, 2022, an unclassified, redacted Memorandum Opinion reflecting the resolution of the government's classified motion regarding discovery. ECF No. 107. The Court, upon the government's request, extended that deadline to August 31, 2022. Pursuant to the Court's Order, the government files this status report and attachment reflecting limited unsealing of the unclassified portions of the Memorandum Opinion. The government requests that identities of those named in the unclassified portions of the Memorandum Opinion remain under seal to protect the identities of those individuals identified, but not charged.

On March 10, 2022, the government filed a Motion under CIPA seeking authorization to delete certain classified information from discovery and to provide unclassified substitutions to defense counsel. ECF No. 99. On April 4, 2022, the Court issued an Order resolving the government's Motion under CIPA. The Order contained classified information. ECF No. 107. Pursuant to the Order, the government provided the unclassified substitutions to Michel's counsel in discovery on April 22, 2022.

In accordance with the Court's Order, attached as Exhibit A is a redacted form of the Memorandum Opinion. In addition to redacting information which remains classified, the

1

government has redacted names of individuals in the unclassified portions of the Memorandum Opinion.  The presumption in favor of public access to judicial proceedings has long given way to grand jury secrecy.  *In re Grand Jury Subpoena, Judith Miller*, 438 F.3d 1141, 1150–51 (D.C. Cir. 2006).  And when the government has declined to pursue charges arising from a grand jury investigation, the Supreme Court has recognized that "by preserving the secrecy of the [grand jury] proceedings, we assure that persons who are accused but exonerated by the grand jury will not be held up to public ridicule."  *Douglas Oil Co. of Calif. v. Petrol Stops N.W.*, 441 U.S. 211, 219 (1979).  "Grand jury secrecy, then, is 'as important for the protection of the innocent as for the pursuit of the guilty.'"  *United States v. Sells Eng'g, Inc.*, 463 U.S. 418, 424–25 (1983) (quoting *United States v. Johnson*, 319 U.S. 503, 513 (1943)).

While the unclassified portions of the Memorandum Opinion have been provided in full to the defense as part of discovery, the conduct described in the unclassified portions of the Memorandum Opinion has not been charged.  The government believes the remaining redactions strike a reasonable balance between the right of the public to access judicial proceedings and the need to protect the identities of individuals and conduct that will not be publicly charged by the grand jury.

The government, therefore, requests that the Memorandum Opinion may be unsealed in a redacted format attached hereto as Exhibit A.

Respectfully submitted,


Respectfully submitted,


Dated:  August 17, 2022                    COREY R. AMUNDSON
                                           Chief, Public Integrity Section
                                           Criminal Division
                                           U.S. Department of Justice

By: */s/ Nicole R. Lockhart*
John D. Keller
Principal Deputy Chief

Sean F. Mulryne
Director of Enforcement & Litigation
Election Crimes Branch

Nicole Lockhart
Trial Attorney
1301 New York Ave., NW
Washington, DC 20530
Telephone:  202-514-1412
Facsimile:   202-514-3003
john.keller2@usdoj.gov
sean.mulryne@usdoj.gov
nicole.lockhart@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.


Dated:  August 17, 2022                                    */s/ Nicole R. Lockhart*
                                                                    Nicole R. Lockhart