IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )<br>)<br>)<br>PRAKAZREL MICHEL,   )<br>LOW TAEK JHO   )<br>) | Crim. No. 1:19-cr-148 |

**UNITED STATES' MOTION TO EXTEND DEADLINE FOR
*JENCKS* AND *GIGLIO* INFORMATION**

The United States of America, by and through undersigned counsel, respectfully requests that the deadline for completing production of *Giglio* and *Jencks* material be extended to September 16, 2022.

1. On April 29, 2022, the parties entered into a scheduling order setting the deadline for the government to provide *Giglio* and *Jencks* material on or before August 19, 2022.

2. To date, the government has produced a significant amount of this material, including, but not limited to: all interview reports and notes for potential trial witnesses and also for witnesses the government does not intend to call at trial; all grand jury transcripts; and potential impeachment material from other investigations.

3. The only remaining category of *Jencks* and *Giglio* information is that contained within law enforcement agent communications such as emails and text messages. The government has been working diligently to collect these communications but has encountered technical difficulties in completing its review by the current deadline.

1

4. Beginning in June, the government created a list of search terms that would be used to search law enforcement communications to identify potentially discoverable information. Those search terms were provided to the FBI office who handles the management of these communications. That office ran the search terms through the communications by user. Given the number of law enforcement partners who have worked on different aspects of this investigation, and the years spanning the investigation, the volume of communications identified, and the backlog of similar requests in FBI cases set for trial, the completion of the initial search took weeks longer to complete than anticipated.

5. Across all law enforcement partners, the number of "hits" on the search terms totals approximately 120,000 communications, but many of these communications are false positives and contain irrelevant information. In order to produce only relevant and potentially discoverable information to the defense, law enforcement officers are conducting individual reviews and the prosecution team is also reviewing identified communications.

6. To date, the communications are being transferred to a specially authorized review platform in batches, and law enforcement officers have begun reviewing their communications. They have begun to produce them to the undersigned in batches this week. Some of these communications, while unclassified, are contained within classified FBI systems. It will take additional time to move these communications to an unclassified platform that can then be produced.

7. Finally, after documents are provided to and reviewed by undersigned counsel, the documents must be processed into a discovery platform, redacted to the extent needed

to protect attorney communications, and then produced to counsel in load-ready format, per the defendant's preferred protocols.

8. The government will produce the first batch of communications by the current deadline of August 19, 2022, and intends to continue to produce additional communications on a rolling basis until completion.

9. Because of the foregoing, the government requests an extension of the deadline to complete *Giglio* and *Jencks* disclosures to September 16, 2022.

10. On August 17, 2022, the government conferred with defense counsel who conveyed that they object to this continuance and request an opportunity to respond to this motion.

                                              Respectfully submitted,

Dated: August 18, 2022

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: */s/ John D. Keller*
    John D. Keller
    Principal Deputy Chief

    Sean F. Mulryne
    Director of Enforcement & Litigation
    Election Crimes Branch

    Nicole Lockhart
    Trial Attorney
    1301 New York Ave., NW
    Washington, DC 20530
    Telephone: 202-514-1412
    Facsimile: 202-514-3003
    john.keller2@usdoj.gov
    sean.mulryne@usdoj.gov
    nicole.lockhart@usdoj.gov

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.


Dated: August 18, 2022                */s/ Nicole R. Lockhart*
                                Nicole R. Lockhart