IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:19-cr-148 |
| | ) | |
| PRAKAZREL MICHEL, | ) | |
| LOW TAEK JHO | ) | |
| | ) | |

### REPLY IN SUPPORT OF UNITED STATES' MOTION TO EXTEND DEADLINE FOR *JENCKS* AND *GIGLIO* INFORMATION

On August 18, 2022, the United States of America, by and through undersigned counsel, filed a motion to extend the deadline for completing production of *Giglio* and *Jencks* material to September 16, 2022, due to delays and technical issues encountered during identification and review of the final category of material to be produced. Defense counsel has argued that any continuance of the *Jencks* and *Giglio* deadline should result in a continuance of the trial date. Because the defense will still receive the final set of *Jencks* and *Giglio* material seven weeks prior to trial and because the government anticipates that the material will include less than three thousand documents in total, a trial continuance is not warranted.

To date, the government has produced a massive amount of discovery in this case, all itemized and indexed, including *Jencks* and *Giglio* information. As noted in the government's original Motion, the only substantial category of *Jencks* and *Giglio* information yet to be produced is that contained within law enforcement agent communications such as emails and text messages. The government made the first of a series of rolling productions of these communications on Thursday, August 18, and intends to continue to make productions in advance of the proposed new

1

deadline. The proposed deadline of September 16 gives the defense more than sufficient time to review this final limited category of documents. Since the filing of the government's motion, significant progress has been made to cull the data to remove the "false positives." The government anticipates that the total number of documents to be produced will number less than three thousand. Additionally, based on the review to date, the government does not anticipate needing to disclose any classified information or file any further CIPA motions.

The defense spends much of their Response criticizing the government for limiting communications with counsel to written correspondence. As noted in Def. Ex. 2, in late May, in response to verbal mischaracterizations of the record and increasing accusations of government misconduct largely stemming from the ancillary litigation in *United States v. Nickie Lum Davis*, 1:20-cr-00068-LEK (D. Hawaii), the government informed counsel that all communications should be in writing going forward so that a clear, easily accessible record would exist of all representations by both parties. Since that time, the government has been responsive to counsel inquiries via email. The timing and volume of the government's proposed disclosure of the final category of *Jencks* and *Giglio* materials and the method of communication with counsel do not warrant a trial continuance.

For the foregoing reasons, the government respectfully requests that the Court grant an extension of the deadline to complete production of *Jencks* and *Giglio* material to September 16, 2022.

//
//
//

                                              Respectfully submitted,

Dated: August 25, 2022                    COREY R. AMUNDSON
                                              Chief, Public Integrity Section
                                              Criminal Division
                                              U.S. Department of Justice

                                              By: <u>*/s/ John D. Keller*</u>
                                                   John D. Keller
                                                   Principal Deputy Chief

                                                   Sean F. Mulryne
                                                 Director of Enforcement & Litigation
                                                 Election Crimes Branch

                                                 Nicole Lockhart
                                                 Trial Attorney
                                                 1301 New York Ave., NW
                                                 Washington, DC 20530
                                                 Telephone: 202-514-1412
                                                 Facsimile: 202-514-3003
                                                 john.keller2@usdoj.gov
                                                 sean.mulryne@usdoj.gov
                                                 nicole.lockhart@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.

Dated:  August 25, 2022                                       */s/ Sean F. Mulryne*
                                                                                     Sean F. Mulryne