**Kenner Law Firm**
**David Kenner, SBN 41425**
16633 Ventura Blvd., Ste. 735
Encino, CA  91436
Phone: (818) 995-1195
Fax: (818) 475-5369
Email: David@KennerLaw.Com

**Attorney for Defendant Prakazrel michel**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| THE UNITED STATES OF AMERICA,<br><br>PLAINTIFFS,<br><br><br>VS.<br><br><br><br>PRAKAZREL MICHEL, *ET AL*.,<br><br>DEFENDANTS. | CASE NO. 19-148-1(CKK)<br><br>**DEFENDANT MICHEL'S NOTICE OF WITNESS LIST, VOIR DIRE AND EXHIBITS**<br><br><br><br><br><br><br><br>**The Honorable Colleen Kollar-Kotelly** |
|---|---|

**DEFENDANT'S NOTICE RE WITNESS LIST, VOIR DIRE AND EXHIBITS**

Mr. Michel, by and through its undersigned attorneys, respectfully submits this Notice pursuant to the Court's Pretrial Scheduling Order (*See* Dkt. # 106) as modified by the Court's granting on an expansion of time for filing this Notice.  On September 30, 2022, Defendant attempted to file its Witness List but technical issues prevented that and subsequently, once those issues were identified, Defendant re-filed its Witness List (*See* Dkt. # 170). Additionally, defense counsel provided to the government via email a Witness List including 23 witnesses, which may be updated as circumstances dictate and allow.

Below is Defendant's proposed Statement of the Case and Exhibit List, including 127 exhibits with descriptions and corresponding Bates numbers. Defendant anticipates potentially identifying limited additional exhibits prior to and through trial.

Statement of the Case

The Defendant, Mr. Pras Michel, an internationally recognized recording artist and humanitarian is accused of a sophisticated scheme to influence the United States government when in reality Mr. Michel was simply creating optics to appease his foreign investors but with zero intent to act on any wishes those individuals may have had.

Mr. Michel could not have cared less, had zero interest in and never intended to influence the U.S. government with respect to its policy on foreign individuals, Jho Low or Guo Wengui. He knew he had no power to do so and never attempted to do anything remotely related to influencing U.S. policy. His only interest was creating an opportunity to raise funds for his legitimate entertainment projects and recognized that only by creating the appropriate optics with his foreign investors would that those investments in his legitimate entertainment projects be made by them.

Mr, Michel had never spoken to, nor influenced anyone, from the U.S. government for his foreign investors. He was simply acting in his normal artistic persona, connecting people but with no intent to do more than that.

Early on in the investigation, Mr. Michel offered to assist US law enforcement agents in making contact w Mr. Low and to help in anything needed by the U.S. government to get Mr. Low to come forward but those efforts were rebuked by the government.

**EXHIBITS**

| Ex. # | Ex. Description | Ex. Bates # |
|---|---|---|
| 001 | Higginbotham interview transcript.2017.09.11 | DOJ-0000106663 |
| 002 | Lidsky Grand Jury Transcript.2021.06.10 | DOJ-0002467340 |
| 003 | Lidsky Grand Jury Transcript2020.09.10 | DOJ-0002467873 |
| 004 | Lidsky Grand Jury Transcript2021.05.20 | DOJ-0002467988 |
| 005 | Lidsky Grand Jury Transcript2020.09.10 | DOJ-0002469291 |
| 006 | Higginbotham Interview Recordings | DOJ-0000106653 |
| 007 | Higginbotham Interview Recordings | DOJ-0000106654 |
| 008 | Higginbotham Interview Recordings | DOJ-0000106655 |
| 009 | Higginbotham Interview Recordings | DOJ-0000106656 |
| 010 | Higginbotham Interview Recordings | DOJ-0000106657 |
| 011 | Drive #9 – Bekkadem Audio Recording | DOJ-0002372936 |
| 012 | Elliot Broidy Recording | DOJ-0002809038 |
| 013 | Erica Hilliard 302 04.11.2018 | DOJ-0000099267 |
| 014 | Notes on Erica Hilliard | DOJ-0000099271 |
| 015 | Proffer of Pakazrel "Pras" Michel | DOJ-0002394154 |
| 016 | Pras Michel 302s 01.17.2018 | DOJ-0002394177 |
| 017 | Email from Lance Robinson to James Mann | DOJ-0002812844 |
| 018 | Higginbotham's Notebook | DOJ-0000106587 |
| 019 | Pras Michel Email to Higginbotham, Kulak, Moscowitz | USG-0000015172 |
| 020 | Email Higginbotham to Pras | USG-0000013708 |
| 021 | Email from Higginbotham to Pras | DOJ-0002802190 |
| 022 | Application for Search Warrant | DOJ-0002487158 |
| 023 | Memorandum of Investigation-Interview Higginbotham | DOJ-0000111922 |
| 024 | Email From Lance Robinson to James Mann | DOJ-0002812844 |
| 025 | Higginbotham Resignation Email to DOJ | DOJ-0002812842 |
| 026 | Higginbotham Resignation Email effective 08/17/2018 | DOJ-0002812843 |
| 027 | Higginbotham Resignation to DOJ | DOJ-0000196190 |
| 028 | Nickie Lum Davis 302 09/13/2019 | DOJ-0000094927 |
| 029 | Nickie Lum Davis screenshots | DOJ-0000112096 |
| 030 | Nickie Lum Davis screenshots | DOJ-0000112097 |
| 031 | Nickie Lum Davis screenshots | DOJ-0000112098 |
| 032 | Nickie Lum Davis screenshots | DOJ-0000112099 |
| 033 | Nickie Lum Davis screenshots | DOJ-0000112101 |
| 034 | Nickie Lum Davis screenshots | DOJ-0000112097 |
| 035 | Nickie Lum Davis screenshots | DOJ-0000112102 |
| 036 | Nickie Lum Davis screenshots | DOJ-0000112103 |
| 037 | Nickie Lum Davis screenshots | DOJ-0000112104 |

| | | |
|---|---|---|
| 038 | Nickie Lum Davis screenshots | DOJ-0000112106 |
| 039 | Email from Erica Hilliard to Jim Hoch | DOJ-0001121007 |
| 040 | Nickie Lum Davis screenshots | DOJ-0000112108 |
| 041 | Nickie Lum Davis screenshots | DOJ-0000112110 |
| 042 | Nickie Lum Davis screenshots | DOJ-0000112111 |
| 043 | Nickie Lum Davis screenshots | DOJ-0000112112 |
| 044 | Nickie Lum Davis screenshots | DOJ-0000112113 |
| 045 | Nickie Lum Davis screenshots | DOJ-0000112114 |
| 046 | Nickie Lum Davis screenshots | DOJ-0000112115 |
| 047 | Nickie Lum Davis screenshots | DOJ-0000112116 |
| 048 | Nickie Lum Davis screenshots | DOJ-0000112117 |
| 049 | Nickie Lum Davis screenshots | DOJ-0000112118 |
| 050 | Nickie Lum Davis screenshots | DOJ-0000112119 |
| 051 | Nickie Lum Davis screenshots | DOJ-0000112120 |
| 052 | Nickie Lum Davis screenshots | DOJ-0000112121 |
| 053 | Nickie Lum Davis screenshots | DOJ-0000112122 |
| 054 | Nickie Lum Davis screenshots | DOJ-0000112123 |
| 055 | Lum Davis Forfeiture Claim | DOJ-0000142222 |
| 056 | Lum Davis seized hard copy Consulting Agreement | DOJ-0000142227 |
| 057 | Lum Davis seized hard copy re: Consulting Agreement | DOJ-0000142413 |
| 058 | Hillard Overview of Proffer Agreement | DOJ-0000092749 |
| 059 | Iphone message from Trish Lum to Pras and Nickie | DOJ-0002807885 |
| 060 | Letter Lidsky to Gontarek re: Pras deposits | DOJ-0002808050 |
| 061 | Email Pollack to Pras re: pre-indictment resolution | PRAS00000054 |
| 062 | Excel sheet of LUM Bates | DOJ-0002812650 |
| 063 | Agent to Agent text | DOJ-0002809053 |
| 064 | Production 17 | DOJ-0002809061 |
| 065 | Production 17 | DOJ-0002809062 |
| 066 | Review Negotiate agreements for Pras music Production Platform | DOJ-0002812846 |
| 067 | Email from Kreger to Ellersick | DOJ-0002813850 |
| 068 | Email from Masselli to Sean Mulryne re: Willis | DOJ-0002812851 |
| 069 | Robert Willis Proffer Agreement | DOJ-0002812852 |
| 070 | Email form Kaplan to Sean Mulryne | DOJ-0002812854 |
| 071 | Email from Ryan Ellersick | DOJ-0002812857 |
| 072 | FBI Pras Interview Notes | DOJ-0002812860 |
| 073 | Email from Lidsky to Sean Mulryne re: timing of transactions | DOJ-0002812862 |
| 074 | Prasperity Group Development Fund Agreement | DOJ-0002812865 |
| 075 | Interview of Frank White | DOJ-0002812872 |
| 076 | FOIS confidential treatment request confidential settlement communication | DOJ-0002812880 |

|     |     |     |
| --- | --- | --- |
| 077 | Elliot Broidy WhatsApp Message | DOJ-0002812909 |
| 078 | Submission to the Public Integrity Section | DOJ-0002812915 |
| 079 | Ron Vinder 302 02/23/2018 | DOJ-0000103858 |
| 080 | Steven Plotnick 302 07/19/2018 | DOJ-0000105514 |
| 081 | Frank White Junior 302 08/14/2018 | DOJ-0000105522 |
| 082 | Interview of Steve Wynn 8/31/2020 | DOJ-0002473136 |
| 083 | Consensual recording of Interview with Higginbotham 09/11/2017 | DOJ-0000103485 |
| 084 | Memorandum of Investigation Interview of Marc Moscowitz 08/05/2020 | DOJ-0002473157 |
| 085 | BRB Holdings WF 4690 Stmts ($2.5M deposit) | DOJ-0002537859 |
| 086 | BRB Holdings WF Acct 4690 Deposit $2.5M | DOJ-0002772395 |
| 087 | PJ 2012 WF 3232 $6.5Mill withdrawn by Barry B | DOJ-0002771523 |
| 088 | SPM 2012 WF 3240 Withdrawal Barry B $2.5M | DOJ-0002772396 |
| 089 | Anicorn Stmt 05-2017 $8M In from Lucky Mark | DOJ-0001516783 |
| 090 | CC $702K to Colfax Law Office | DOJ-0001516788 |
| 100 | CC $305K to Colfax Law Office | DOJ-0001516789 |
| 101 | Anicorn Stmt 95870 03 to 07 2017 | DOJ-0001516794 |
| 102 | Anicorn Stmt 95889 03 to 07 2017 | DOJ-0001516806 |
| 103 | Artemus Stmt 95919 03 to 07 2017 | DOJ-0001516834 |
| 104 | Artemus Stmts 95900 04 to 07 2017 | DOJ-0001843384 |
| 105 | Lucky Mark Registration HK | DOJ-0001843410 |
| 106 | Articles of Assoc Lucky Mark | DOJ-0001843427 |
| 107 | Cert of Inc Lucky Mark | DOJ-0001843436 |
| 108 | Higginbotham Ltr to CNB | DOJ-0001843437 |
| 109 | Archerfield Funding WF 3122 Stmts | DOJ-0002537977 |
| 110 | Archerfield Funding WF 3122 Transfers | DOJ-0002541957 |
| 111 | Bekkedam WF 2980 Stmts | DOJ-0002543580 |
| 112 | Bekkedam WF 3004 Stmts | DOJ-0002543240 |
| 113 | Bekkedam WF 5495 Stmts | DOJ-0002543181 |
| 114 | Bekkedam WF 6310 Stmts | DOJ-0002543657 |
| 115 | BRB Holdings WF 4690 Stmts | DOJ-0002537859 |
| 116 | BRB Holdings WF 4690 Transfers | DOJ-0002541913 |
| 117 | BRB Holdings WF Acct 4690 Deposit $2.5M | DOJ-0002772395 |
| 118 | Cruden Bay Ptrs WF 0004 Stmts | DOJ-0002542495 |
| 119 | PJ 2012 WF 3232 Stmts | DOJ-0002771629 |
| 120 | PJ 2012 WF 3232 Transactions | DOJ-0002771523 |
| 121 | PJ 2012 WF 3232 Wires | DOJ-0002541901 |
| 122 | PJ 2012 WF 3232 Wires over $1 mill out by Barry | DOJ-0002771658 |
| 123 | SPM 2012 WF 3240 Stmts | DOJ-0002771257 |
| 124 | SPM 2012 WF 3240 Withdrawal Barry B $2.5M | DOJ-0002772396 |
| 125 | SPM 2012 WF 68912 | DOJ-0002543075 |

| 126 | SPM 2012 WF 68912 Stmts Savings | DOJ-0002771424 |
| 127 | SPM Holdings WF 3240 Wires Barry B initiated | DOJ-0002771677 |

The Defense's investigation of this case and preparation for trial continues, and Defendant reserves the right to add exhibits should it become necessary.

///

///

DATED: October 7, 2022                                Respectfully submitted,

**/s/ David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant


**/s/ Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that the foregoing is true and correct this 7th day of October, 2022, at Washington D.C., and that this document is executed under penalty of perjury according to the laws of the United States of America.

                                                   /s/ Charles Haskell
                                                  Charles R. Haskell
                                                  Attorney at Law