# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | **Crim. No. 1:19-cr-148** |
| ) | |
| ) | |
| **PRAKAZREL MICHEL** ) | |
| ) | |

## DEFENDANT'S NOTICE OF INTENT TO PRESENT AFFIRMATIVE DEFENSE OF ADVICE OF COUNSEL

COMES NOW Defendant, Prakazrel Michel, by and through counsel of record, David Kenner, and, pursuant to the Court's Minute Order of October 7, 2022 and Federal Criminal Rules of Procedure 12 and 16, and hereby gives notice of his intent to present the affirmative defense of advice of counsel.

DATED: October 12, 2022         Respectfully submitted,

**/s/ David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant

    **/s/ Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated:  October 12, 2022

    **/s/ Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant