# EXHIBIT H



Transcript of **Interview of George Higginbotham**

January 3, 2018

*Transcription for DOJ (Criminal)*

Alderson Reporting
1-800-367-3376
info@aldersonreporting.com
http://www.aldersonreporting.com

Alderson Reference Number: 75970

Interview of George Higginbotham                          January 3, 2018
                        Washington, DC

```
 1

 2

 3

 4

 5      INTERVIEW OF GEORGE HIGGINBOTHAM

 6

 7

 8

 9

10

11           Wednesday, January 3, 2018

12                 10:44 a.m.

13

14

15

16

17

18

19   United States Department of Justice

20            Criminal Division

21    1400 New York Avenue, Suite 12100

22         Washington, D.C.  20005
```

Interview of George Higginbotham                         January 3, 2018
Washington, DC

Page 2

1        P R O C E E D I N G S
2        HARRY LIDSKY:  My name is Special Agent Harry
3   Lidsky with the United States Department of Justice
4   Office of the Inspector General.
5        The date is January 3, 2018.  The time is
6   approximately 10:44 a.m.
7        I'm with ASAC Ken Dieffenbach, also of the DOJ
8   OIG, and George Higginbotham of DOJ OJP.
9        George, would you just state and spell your last
10  name, please?
11       GEORGE HIGGINBOTHAM:  George Higginbotham.
12  Higginbotham is H-i-g-g-i-n as in Nancy, b as in boy,
13  o-t-h-a-m as in Mary.
14       HARRY LIDSKY:  Thank you very much.
15       So, George, you got here about, say, 9:15 a.m., or
16  so, and we've been talking generally and procedurally
17  ever since.  When you first got here, I read you this
18  waiver form that I'm holding up.  Of course, this is
19  still in effect.  We signed it at approximately 9:27
20  this morning.
21       The waiver says that you're here voluntarily.
22  You're providing information of your own volition.

Page 3

1   You're not being coerced.  Your job does not hang in
2   the balance, and you are free to leave at any time.
3   The door, although it's closed just for our privacy, is
4   not locked, and that all of those conditions remain in
5   effect.
6        We've been talking just generally about a number
7   of issues, kind of the start of what brought us
8   together back in July when we first met.  And there are
9   few of the issues that I'd like to dive into now that
10  we've clarified some of the -- we've refreshed our
11  memories about some of the details.  I'd like to go
12  into them again for the record, if that's okay with
13  you?
14       KENNETH DIEFFENBACH:  Can I ask a couple of
15  questions before we do that?
16       HARRY LIDSKY:  Sure.
17       KENNETH DIEFFENBACH:  George, this morning, we
18  talked.  Did either one of us make any threats to you?
19       GEORGE HIGGINBOTHAM:  No.
20       KENNETH DIEFFENBACH:  No.  Okay.  We didn't
21  exercise any coercion or make any promises to you?
22       GEORGE HIGGINBOTHAM:  Ah, no.  Other than the

Page 4

1   mention of the letter, no.
2        KENNETH DIEFFENBACH:  Okay.  Just wanted to get
3   that on the record so it's clear that in our
4   discussions this morning, you didn't have any concerns
5   with things we said or didn't say or anything we may
6   have done.
7        Standard questions.
8        HARRY LIDSKY:  While we're on it, do you want a
9   bottle of water or a bathroom break, either/or?  Check.
10       KENNETH DIEFFENBACH:  Thank you.
11       HARRY LIDSKY:  So Mr. Higginbotham's reference to
12  the letter is our discussion in general, broad terms
13  about entering into a cooperation agreement where we
14  work together in furtherance of some potential criminal
15  investigations into some of the activity that you,
16  George, have informed us about over the course of our
17  meetings from July up until September.  Correct?
18       GEORGE HIGGINBOTHAM:  Correct.
19       HARRY LIDSKY:  So we'd like to continue that
20  conversation.  In doing so, we'd like to address a
21  couple of the issues that we talked about.  So you've
22  confirmed that substantial monies or what I believe to

Page 5

1   be substantial monies have exchanged hands, the source
2   of which you're not yet in position to know fully.
3   You've had discussions with an individual by the name
4   of Jho Low overseas in Southeast Asia.  Is that
5   correct?
6        GEORGE HIGGINBOTHAM:  I have had discussions with
7   him, yes.
8        HARRY LIDSKY:  Okay.  And those discussions have
9   included transferring money?
10       GEORGE HIGGINBOTHAM:  Ah, yes.
11       HARRY LIDSKY:  Okay.  And the money came through a
12  company that you couldn't remember the name of.  Is
13  that correct?
14       GEORGE HIGGINBOTHAM:  One of the companies is Red
15  Rocks, and there was another company, which I do not
16  remember the name of.
17       HARRY LIDSKY:  Gotcha.  If I mentioned the name,
18  would you --
19       GEORGE HIGGINBOTHAM:  Yes.
20       HARRY LIDSKY:  Would it -- would you recognize it?
21       GEORGE HIGGINBOTHAM:  Sure.
22       HARRY LIDSKY:  Does the name Lucky Mark ring any

2  (Pages 2 to 5)

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

---

Page 6

1    bells?
2        GEORGE HIGGINBOTHAM:  Yes.  Absolutely.  That is
3    it.
4        HARRY LIDSKY:  Okay.  So it was Lucky Mark?
5        GEORGE HIGGINBOTHAM:  Yes.
6        HARRY LIDSKY:  Gotcha.  And so the money came from
7    Lucky Mark, which you say is a legitimate business
8    engaged in?
9        GEORGE HIGGINBOTHAM:  I believe they're engaged in
10   trinkets and pottery and touristy kinds of novelties
11   and stuff like that that you would --
12       HARRY LIDSKY:  Like souvenirs?
13       GEORGE HIGGINBOTHAM:  Souvenirs and earthenware or
14   something like that.
15       HARRY LIDSKY:  Gotcha.
16       GEORGE HIGGINBOTHAM:  When I looked up the company
17   online, that's what they were engaged in.
18       HARRY LIDSKY:  Gotcha.  Are they like big,
19   worldwide, or are they --
20       GEORGE HIGGINBOTHAM:  I believe so.
21       HARRY LIDSKY:  So they export through a rather
22   large --

---

Page 7

1        GEORGE HIGGINBOTHAM:  That's the way they would be
2    called -- the way their website looked, it looked like
3    they were worldwide.
4        HARRY LIDSKY:  And did you meet with a
5    representative of that company, or did you only meet
6    with Jho?
7        GEORGE HIGGINBOTHAM:  I met with Jho and a
8    representative of the company.
9        HARRY LIDSKY:  And you couldn't -- you don't
10   remember the representative's name?
11       GEORGE HIGGINBOTHAM:  Not off the top of my head.
12   But I can --
13       HARRY LIDSKY:  But you think you have it --
14       GEORGE HIGGINBOTHAM:  I think I have that, yes.
15       HARRY LIDSKY:  -- written down somewhere?  Okay.
16   So did Lucky Mark agree to loan money on behalf of the
17   various ventures we talked about, or like what was the
18   association with, okay, so -- so Jho has got his thing
19   going on, right?  Jho has got his case.  There is the
20   Guo thing, and then you told us, you know, about a
21   third thing we don't have to go into details about.
22       So, like, why is Lucky Mark bankrolling these

---

Page 8

1    individual projects?  Like what's their dog in the
2    fight, so to speak?
3        GEORGE HIGGINBOTHAM:  That, I honestly do not know
4    what the answer to that question is.
5        HARRY LIDSKY:  Okay.  Is it possible that Lucky
6    Mark is a cutout for Jho?
7        GEORGE HIGGINBOTHAM:  What do you mean by
8    "cutout"?
9        HARRY LIDSKY:  Like a shell company that's just
10   stood up to funnel his money?
11       GEORGE HIGGINBOTHAM:  It's definitely possible.
12       HARRY LIDSKY:  Okay.  So when the money comes in,
13   who -- does it come to a person or a company when it
14   comes stateside?
15       GEORGE HIGGINBOTHAM:  It comes to a company.
16       HARRY LIDSKY:  Okay.  What's the company name that
17   received it?
18       GEORGE HIGGINBOTHAM:  Some of it went to a company
19   by the name of Artemis, and another company by the name
20   of Annacorn.
21       HARRY LIDSKY:  Okay.  What are --
22       GEORGE HIGGINBOTHAM:  And then -- yeah, Artemis

---

Page 9

1    and Annacorn.
2        HARRY LIDSKY:  What are Artemis and Annacorn?
3        GEORGE HIGGINBOTHAM:  They are both consulting and
4    entertainment companies owned by my client Pras.
5        HARRY LIDSKY:  Gotcha.  Who -- so he started them?
6        GEORGE HIGGINBOTHAM:  Yeah.
7        HARRY LIDSKY:  You mentioned another individual by
8    the name of Mark Moskowitz?
9        GEORGE HIGGINBOTHAM:  He was merely a money
10   manager.
11       HARRY LIDSKY:  So he just like literally physical
12   -- like worked on the accounts, made sure money moved
13   to the right places?
14       GEORGE HIGGINBOTHAM:  That's it.
15       HARRY LIDSKY:  Verified like incoming wires, stuff
16   like that.
17       GEORGE HIGGINBOTHAM:  That's it.  That's it.
18       HARRY LIDSKY:  Gotcha.  And so you mentioned that,
19   originally, the money was going to City National Bank?
20       GEORGE HIGGINBOTHAM:  Ah, yes.
21       HARRY LIDSKY:  Is that the first --
22       GEORGE HIGGINBOTHAM:  That was the first bank,

---

3  (Pages 6 to 9)

Interview of George Higginbotham                                    January 3, 2018

Washington, DC

---

Page 10

1   yeah.

2        HARRY LIDSKY:  But then, due to a butting of

3   heads, I guess, with Mr. Moskowitz --

4        GEORGE HIGGINBOTHAM:  Mr. Moskowitz was charging 5

5   percent fees on not the totality of the money that came

6   in, but 5 percent fees of the money that he thought was

7   going to Pras and -- who was his client.  And that 5

8   percent was very objectionable by Pras, and he

9   terminated Mark for that reason.

10       Mark got paid his full commission and then

11  terminated him after that, once we were unable to come

12  to any kind of resolution or come to any kind of

13  reduction in fees for that.  And Mark is the person who

14  brought the relationship with City National.

15       And immediately after -- what do you call it?

16  Immediately after Mark notifying the bank that he had

17  been fired, Mark's personal friend at the bank fired

18  us, basically.

19       HARRY LIDSKY:  Showed you the door.  So backing up

20  just a little bit, so we talked about banks ask a lot

21  of questions, especially when you bring large sums of

22  money or sums of money that are, you know, inconsistent

---

Page 11

1   with your normal banking.  And I told you about my

2   experience that when I got a loan from a relative for

3   $20,000, the bank questioned me on the source of the

4   funds, you know, what I intended to use the funds for.

5        And you and I both acknowledged that we know, you

6   know, banks ask a lot of questions.  Banks have to keep

7   records.  And we know that we can't lie to banks

8   because that's -- it's a Federal offense, right, to lie

9   to a bank.  Right?

10       GEORGE HIGGINBOTHAM:  Mm-hmm.

11       HARRY LIDSKY:  So there came a point in these

12  transactions before you were shown the door by City

13  National that the banks asked was it just you, or did

14  they ask Pras, or did they ask Mark or --

15       GEORGE HIGGINBOTHAM:  No, they never asked me.

16       HARRY LIDSKY:  So the bank had questions?

17       GEORGE HIGGINBOTHAM:  The bank had questions.

18  Some of the questions, some of the questions I believe

19  Mark answered.  And then on some of the more detailed

20  questions, I put together a response for the bank.

21       HARRY LIDSKY:  Gotcha.  Was Mark's response to the

22  bank truthful?

---

Page 12

1        GEORGE HIGGINBOTHAM:  Yes.

2        HARRY LIDSKY:  Do you know what Mark responded to

3   the bank?

4        GEORGE HIGGINBOTHAM:  Ah --

5        HARRY LIDSKY:  Did he "cc" you or --

6        GEORGE HIGGINBOTHAM:  I believe that I was cc'd on

7   those emails, yes.

8        HARRY LIDSKY:  Okay.  Were your responses truthful

9   to the bank?

10       GEORGE HIGGINBOTHAM:  Yes.  Yes.

11       HARRY LIDSKY:  And so this was before the bank --

12       GEORGE HIGGINBOTHAM:  But this --

13       HARRY LIDSKY:  -- severed the relationship, but --

14       GEORGE HIGGINBOTHAM:  Yeah, but this -- once

15  again, I just want to make very clear --

16       HARRY LIDSKY:  Yeah.

17       GEORGE HIGGINBOTHAM:  -- that this has to do with

18  the case DOJ had against Jho.

19       HARRY LIDSKY:  Right.  Was this Jho's money?

20       GEORGE HIGGINBOTHAM:  Once again, the money came

21  from --

22       HARRY LIDSKY:  Was the money on behalf of --

---

Page 13

1   right.  So it came through this company --

2        GEORGE HIGGINBOTHAM:  Right.

3        HARRY LIDSKY:  -- Lucky Mark, right?

4        GEORGE HIGGINBOTHAM:  Yes.

5        HARRY LIDSKY:  Was the money -- but the money,

6   your understanding was the money was to be used on

7   behalf of Jho's defense?

8        GEORGE HIGGINBOTHAM:  Yes, to secure --

9        HARRY LIDSKY:  Or to --

10       GEORGE HIGGINBOTHAM:  Right.  To secure whatever

11  he could -- not whatever he could.  To secure a firm

12  that had the ability to negotiate some kind of

13  settlement for the end of this, the end of this case,

14  which DOJ had against him.

15       HARRY LIDSKY:  Right.  And that would include

16  potential access to the right people who might be able

17  to influence it positively for him?

18       GEORGE HIGGINBOTHAM:  Right.  Yes, I would agree.

19       HARRY LIDSKY:  Gotcha.  That's your consensus.

20  That's not -- you didn't observe anything along those

21  lines, but that's your --

22       GEORGE HIGGINBOTHAM:  I have --

---

Alderson Court Reporting

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

## Page 14

1    HARRY LIDSKY: -- gut feeling?

2    GEORGE HIGGINBOTHAM: I have at no point in time

3    observed anything directly between any specific

4    conversations. Everything that I know has come

5    secondhand knowledge pretty much.

6    HARRY LIDSKY: Gotcha. Okay. So the bank severs

7    the relationship. You think possibly -- so, basically,

8    without -- without explanation, and you think it's

9    because of the falling out between Pras and Mark

10   Moskowitz?

11   GEORGE HIGGINBOTHAM: Right. So the bank, the

12   bank sent us -- the bank sent us a letter saying that -

13   -

14   HARRY LIDSKY: They sent it to who precisely?

15   GEORGE HIGGINBOTHAM: To Pras.

16   HARRY LIDSKY: They sent it to Pras?

17   GEORGE HIGGINBOTHAM: Yeah.

18   HARRY LIDSKY: And he sends it to you?

19   GEORGE HIGGINBOTHAM: Yeah, exactly.

20   HARRY LIDSKY: And what did the letter say?

21   GEORGE HIGGINBOTHAM: Basically, that this is a

22   personal banking relationship, and you are part of the

## Page 15

1    banking community or whatever because of the existing

2    relationship with Mark. Actually, let me not say that.

3    It was -- basically, it was something to the

4    effect of in personal banking relationships, you know,

5    everything is based on the relationship. And --

6    HARRY LIDSKY: Right.

7    GEORGE HIGGINBOTHAM: -- they did not directly

8    mention Mark in the letter, but we got the feeling that

9    that was the case.

10   HARRY LIDSKY: Gotcha.

11   GEORGE HIGGINBOTHAM: And then they said we also

12   questioned some of the transactions which led to the

13   series of questions that they had asked before, which

14   we sent in the answer to, which I sent the answer to.

15   HARRY LIDSKY: Right.

16   GEORGE HIGGINBOTHAM: Which they acknowledged in

17   the letter that they did not do any due diligence.

18   They did not really even consider any of those things

19   but are just terminating it.

20   So what I did was I wrote a response to the bank -

21   -

22   HARRY LIDSKY: Mm-hmm.

## Page 16

1    GEORGE HIGGINBOTHAM: -- saying on behalf of Pras,

2    not directly from me, but on behalf of Pras, I wrote a

3    response to the bank, saying that we're aware that --

4    we're aware that there is an existing relationship

5    between the bank principal who sent us the letter and

6    Mark, who had just been fired, and we believe that this

7    is more in retaliation for the firing of Mark than it

8    is any violation.

9    Because even in the letter -- you know, any

10   violation of banking law or regulations or anything

11   like that, Because even in the letter, they

12   acknowledge in the letter that we originally received

13   that they hadn't conducted any kind of due diligence or

14   any kind of investigation or evaluated the answers to

15   the questions.

16   HARRY LIDSKY: Gotcha.

17   GEORGE HIGGINBOTHAM: And it was -- I also said

18   that, you know, to make these kinds of allegations is

19   not only unfair, you know, it's potentially libelous,

20   slanderous to say something like that when you haven't

21   even conducted any investigation to determine is or is

22   not or anything like that.

## Page 17

1    HARRY LIDSKY: Gotcha. Did you provide the bank

2    with any documentation about the legitimacy, like to

3    satisfy their questions?

4    GEORGE HIGGINBOTHAM: Yes.

5    HARRY LIDSKY: Or was it only addressing their

6    hasty decision?

7    GEORGE HIGGINBOTHAM: No. In the -- so, once

8    again, chronologically speaking --

9    HARRY LIDSKY: Mm-hmm.

10   GEORGE HIGGINBOTHAM: -- the bank made a certain

11   number of requests. They gave us I think about 10 days

12   or 2 weeks or something like that in order to respond.

13   HARRY LIDSKY: Mm-hmm.

14   GEORGE HIGGINBOTHAM: In that time, Mark was

15   terminated. We sent in the -- what do you call it? We

16   sent in the responses. Then we were terminated.

17   So when we sent in the responses, there was

18   supporting documentation.

19   HARRY LIDSKY: Gotcha.

20   GEORGE HIGGINBOTHAM: There was supporting

21   documentation to having to do with the -- the questions

22   that they had asked.

Alderson Court Reporting

Interview of George Higginbotham                                     January 3, 2018
                              Washington, DC

---

Page 18

1    HARRY LIDSKY:  Gotcha.  Okay.  So the bank
2  terminates the relationship.  You think your best guess
3  as to the amount of money in the account -- or I guess,
4  was it one account or two?
5    GEORGE HIGGINBOTHAM:  Two.
6    HARRY LIDSKY:  One for each of the companies,
7  right?
8    GEORGE HIGGINBOTHAM:  (Inaudible.)
9    HARRY LIDSKY:  So they terminated the
10  relationship, and Pras walks out with a check for the
11  balance of the accounts --
12    GEORGE HIGGINBOTHAM:  And that was that -- that
13  was -- he got that --
14    HARRY LIDSKY:  And you think that was about --
15    GEORGE HIGGINBOTHAM:  He got that check in -- what
16  do you call it?  He got that check in L.A., I believe.
17    HARRY LIDSKY:  Gotcha.  And you think that check
18  was for about how much, if you had to best guess?
19    GEORGE HIGGINBOTHAM:  I would rather not guess,
20  but I think that it was north of $20 million.
21    HARRY LIDSKY:  Like north of, like between $20
22  million and $21 million, or north of like between $20

---

Page 19

1  million and $50 million?  Like "north" is a pretty big
2  direction.
3    GEORGE HIGGINBOTHAM:  Between $20 million --
4    HARRY LIDSKY:  So you think it was over $20
5  million?
6    GEORGE HIGGINBOTHAM:  It was definitely over $20
7  million.
8    HARRY LIDSKY:  Do you think it was over $30
9  million?
10    GEORGE HIGGINBOTHAM:  It may have been over $30
11  million.
12    HARRY LIDSKY:  Do you think it was over $40
13  million?
14    GEORGE HIGGINBOTHAM:  I don't think it was over
15  $40 million.
16    HARRY LIDSKY:  Okay.
17    GEORGE HIGGINBOTHAM:  But I'm not -- honestly, the
18  thing about it, what the final, final, final number was
19  --
20    HARRY LIDSKY:  Mm-hmm.
21    GEORGE HIGGINBOTHAM:  -- I don't know.
22    HARRY LIDSKY:  Gotcha.

---

Page 20

1    GEORGE HIGGINBOTHAM:  Because there may have been
2  a couple transactions like right at the end that, that
3  -- that had taken place.  So I'm not --
4    HARRY LIDSKY:  Gotcha.
5    GEORGE HIGGINBOTHAM:  I think that it was less
6  than $40 million.
7    HARRY LIDSKY:  But more than $20 million.
8    GEORGE HIGGINBOTHAM:  I definitely think there was
9  more than $20 million.
10    HARRY LIDSKY:  Okay.  All right.  So that's all
11  right.  So between $20 million and $40 million?
12    GEORGE HIGGINBOTHAM:  Yeah, yeah.  For some
13  reason, the number 39 sticks in my head, but I'm not --
14  I'm not -- I cannot say that definitively.
15    HARRY LIDSKY:  Gotcha.  And to your knowledge,
16  Pras just still has that check?
17    GEORGE HIGGINBOTHAM:  Yes.
18    HARRY LIDSKY:  And he's just saving it for a rainy
19  day?
20    GEORGE HIGGINBOTHAM:  What do you call it?  We
21  began to -- what do you call it?  We began to establish
22  a relationship or tried to establish a relationship

---

Page 21

1  with someone who we had been introduced with --
2  introduced to at Morgan Stanley.
3    HARRY LIDSKY:  Okay.
4    GEORGE HIGGINBOTHAM:  This particular individual
5  was just very, very, very wary, I guess, of the
6  entirety of this.  Like why would someone walk in with
7  $39 million?  I guess it was $39 million --
8    HARRY LIDSKY:  So similar -- like same questions I
9  got?
10    GEORGE HIGGINBOTHAM:  Same questions.  So what I
11  said was -- well, not what I said, but so there was
12  like maybe a 2-week period that the money was
13  there, and then --
14    HARRY LIDSKY:  At Morgan Stanley?
15    GEORGE HIGGINBOTHAM:  Morgan Stanley, yeah.  And
16  then that guy was just like -- basically, what he said
17  was I have an established, what do you call it?  I have
18  an established portfolio of clients.  I'm not 100
19  percent comfortable with this situation.  Take your
20  money and go.
21    HARRY LIDSKY:  Gotcha.  Okay.  So Pras doesn't
22  have the check.  He took it to Morgan Stanley?

---

6 (Pages 18 to 21)

                        Alderson Court Reporting

Interview of George Higginbotham                                    January 3, 2018
                                Washington, DC

---

Page 22

1        GEORGE HIGGINBOTHAM:  No.  No, he does have --
2    well, he has a check from Morgan Stanley.
3        HARRY LIDSKY:  So now the check got the same, same
4    drill.
5        GEORGE HIGGINBOTHAM:  Yeah.
6        HARRY LIDSKY:  This was a short stopover.
7        GEORGE HIGGINBOTHAM:  Right.  But I don't know how
8    much -- exactly how much that money is.
9        HARRY LIDSKY:  Gotcha.
10       GEORGE HIGGINBOTHAM:  Because there were a few
11   transactions that took place from that -- from that
12   money.
13       HARRY LIDSKY:  When it was at Morgan Stanley.
14       GEORGE HIGGINBOTHAM:  But not -- yeah, but not,
15   nothing major.  It was, I know, for the album project
16   and stuff like that, recording costs and paying
17   producers and I think maybe paying his assistant or
18   something like that.  Those kinds of things were the --
19   were what was taken out.  No significant amount of
20   money.
21       HARRY LIDSKY:  Gotcha.  And the only significant
22   event or additional event kind of within the scope of

---

Page 23

1    what we're talking about that took place was you got
2    funds sent to you from was that from Lucky Mark or from
3    Red Rock?  Was it Red Rock?
4        GEORGE HIGGINBOTHAM:  I would have to go back and
5    look.
6        HARRY LIDSKY:  But it was from one of them?
7        GEORGE HIGGINBOTHAM:  I believe it was from one
8    them, yeah.
9        HARRY LIDSKY:  Okay.  And that was for a different
10   purpose altogether?
11       GEORGE HIGGINBOTHAM:  That purpose, my
12   understanding, the purpose of that was the people that
13   were trying to help out with the Guo situation.
14       HARRY LIDSKY:  Gotcha.  So is that like Pras'
15   money that you're holding it?  It's not your money,
16   right?
17       GEORGE HIGGINBOTHAM:  It's in my escrow account.
18   No, it's not my money.
19       HARRY LIDSKY:  So it's not your money?
20       GEORGE HIGGINBOTHAM:  No.
21       HARRY LIDSKY:  That's how escrow -- right.  So is
22   it Pras' money?

---

Page 24

1        GEORGE HIGGINBOTHAM:  I believe a portion of it is
2    Pras' money, yes.
3        HARRY LIDSKY:  Okay.  Does anybody else have
4    ownership on that?
5        GEORGE HIGGINBOTHAM:  Not that I know of.  The
6    money was sent over in an escrow agreement.  The escrow
7    agreement has to do with the entertainment piece of it.
8    The only money that's moved out of that has been
9    specifically for entertainment.
10       HARRY LIDSKY:  Gotcha.
11       GEORGE HIGGINBOTHAM:  The -- the --
12       HARRY LIDSKY:  So came in, you said, at about 41
13   and is down to about?
14       GEORGE HIGGINBOTHAM:  Well, 25 is in a CD in my
15   name.  Why?  I don't know.  But --
16       HARRY LIDSKY:  You're --
17       GEORGE HIGGINBOTHAM:  Excuse me?
18       HARRY LIDSKY:  You're a trustworthy guy.  You
19   ain't going to --
20       GEORGE HIGGINBOTHAM:  Where am I going to go?
21       HARRY LIDSKY:  Where are you going to go?
22       GEORGE HIGGINBOTHAM:  Twenty-five is in the CD so

---

Page 25

1    that it would begin generating interest.
2        HARRY LIDSKY:  Yeah.
3        GEORGE HIGGINBOTHAM:  And the rest of it was left
4    for handling day-to-day transactions.
5        HARRY LIDSKY:  Gotcha.
6        GEORGE HIGGINBOTHAM:  Including the money that we
7    spent on the commercial.
8        HARRY LIDSKY:  Gotcha.  Okay.  Ken, do you have
9    any --
10       KENNETH DIEFFENBACH:  Yeah.  I do.  George, you're
11   a smart guy, right?  Where did you go to law school
12   again?
13       GEORGE HIGGINBOTHAM:  Florida.
14       KENNETH DIEFFENBACH:  Florida.  None of this makes
15   sense to me.  Help me understand why you're in the
16   middle of all this.  Why do they need you?
17       (Laughter.)
18       HARRY LIDSKY:  We laugh because it's the question
19   that we've all had since the beginning of time.
20       KENNETH DIEFFENBACH:  What's the -- I mean, Harry
21   gave me the whole brief on this whole thing the other
22   day, and that's part of the reason I'm here.  Why do

---

Alderson Court Reporting

Interview of George Higginbotham                                    January 3, 2018

Washington, DC

---

Page 26

1    they need you?  Why are you in the middle of this, and
2    does any of this make you uncomfortable?
3         GEORGE HIGGINBOTHAM:  Okay.  Can you turn that off
4    for a second?
5         HARRY LIDSKY:  Well, why don't we circle back to
6    that then afterwards?
7         KENNETH DIEFFENBACH:  Okay.
8         HARRY LIDSKY:  Sorry, I'm just blowing off --
9         GEORGE HIGGINBOTHAM:  Because that's what do you
10   call it?  I mean, that's a really, really long, drawn-
11   out explanation.
12        HARRY LIDSKY:  Yeah.  And I can -- I can shed some
13   light on that.
14        KENNETH DIEFFENBACH:  Okay.
15        HARRY LIDSKY:  It's a valid question for a newbie,
16   and I should have briefed him more.  I didn't tell him
17   much.
18        GEORGE HIGGINBOTHAM:  Yes, there is -- there is a
19   completely -- that is a completely legitimate question.
20        KENNETH DIEFFENBACH:  Okay.
21        GEORGE HIGGINBOTHAM:  There is a long explanation,
22   which I don't think has any relevance to this.

---

Page 27

1         HARRY LIDSKY:  Yeah.  We've --
2         KENNETH DIEFFENBACH:  Fair enough.
3         HARRY LIDSKY:  Yeah.  It's a great story, and I'll
4    tell you later.  We can tell you over a sandwich or
5    something.  Do you have any more kind of substantive
6    based on --
7         KENNETH DIEFFENBACH:  That's my big question.
8         (Laughter.)
9         HARRY LIDSKY:  That's been plaguing me since July.
10        KENNETH DIEFFENBACH:  Well, I guess the other
11   thing.  Does any of this make you uncomfortable, like
12   the -- I mean, I'm trying to understand why is it so
13   hard to find a bank to accept $10 million, $20 million,
14   $30 million?  I mean, to me, from hearing the story,
15   I'd say, well, because the banks think it's fishy and
16   suspicious.
17        GEORGE HIGGINBOTHAM:  Mm-hmm.
18        KENNETH DIEFFENBACH:  So why is this not -- like
19   what's the -- why is this not fishy and suspicious to
20   you as a lawyer?
21        GEORGE HIGGINBOTHAM:  There were definitely some
22   things -- excuse me, there was definition some things

---

Page 28

1    that I was uncomfortable with.
2         HARRY LIDSKY:  Sorry.
3         GEORGE HIGGINBOTHAM:  And I asked a bunch of
4    questions, and I got answers that I thought were
5    reasonable.  The -- we are talking about a significant
6    amount of money.
7         KENNETH DIEFFENBACH:  Mm-hmm.
8         GEORGE HIGGINBOTHAM:  But we're also talking about
9    a -- as I explained to you before we put it online,
10   that we're also talking about international business at
11   a high, high, high level.  So while the numbers are
12   significant, they're in line with the kinds of numbers
13   that people do in a higher-level business transaction.
14        KENNETH DIEFFENBACH:  Mm-hmm.
15        GEORGE HIGGINBOTHAM:  I, you know, aspire to be
16   successful.  I aspire to do larger, more significant
17   deals.  I aspire to do and be, you know, someone who
18   can handle these kinds of --
19        KENNETH DIEFFENBACH:  Sure.
20        GEORGE HIGGINBOTHAM:  -- these kinds of
21   transactions.  So, yeah, the numbers are definitely
22   significant.  But it's not out of line with the

---

Page 29

1    direction or course of what my career, where I'd want
2    to go.
3         KENNETH DIEFFENBACH:  Okay.
4         GEORGE HIGGINBOTHAM:  What, I mean, your --
5         HARRY LIDSKY:  It's philosophical.
6         GEORGE HIGGINBOTHAM:  I don't know what -- what
7    you want me to say in terms of that?
8         HARRY LIDSKY:  Let me piggyback off of that a
9    little bit.  So I think -- and we have to talk about
10   there's a little bit of reality that we have to bring
11   into this conversation.  Before that, do you know this
12   guy?
13        GEORGE HIGGINBOTHAM:  Ah, that's the guy.
14        HARRY LIDSKY:  That's the guy?
15        (Laughter.)
16        GEORGE HIGGINBOTHAM:  That -- oh, sorry.  This is
17   the guy that -- one of the people I met with in Macau.
18        HARRY LIDSKY:  And what does he do?  Like that's
19   the guy who did?
20        GEORGE HIGGINBOTHAM:  He was the owner of the -- I
21   think that he was the owner of record on the -- one of
22   the two companies that we discussed.  It was either

---

8 (Pages 26 to 29)

Interview of George Higginbotham                          January 3, 2018

Washington, DC

Page 30

1    Lucky Mark or -- or --
2        HARRY LIDSKY:  Red Stone?
3        KENNETH DIEFFENBACH:  Red Rock.
4        HARRY LIDSKY:  Red Rock.  Gotcha.  Okay, that's
5    him?  So you don't remember his name, but you'd know it
6    if you heard it, and you may have it written down
7    somewhere?
8        GEORGE HIGGINBOTHAM:  Yeah, I have it written down
9    somewhere.  It's just very complicated.  So I don't --
10   it's not like --
11       HARRY LIDSKY:  Like the name?
12       GEORGE HIGGINBOTHAM:  It's not like Jho.
13       (Laughter.)
14       HARRY LIDSKY:  Would -- wait, wait.  I don't want
15   to ruin my surprise.  Is this -- maybe I don't have it.
16   You still good on time?
17       GEORGE HIGGINBOTHAM:  No, I'm late for the
18   meeting, but that's life.
19       HARRY LIDSKY:  I thought I had it.  Maybe I don't
20   have it.
21       GEORGE HIGGINBOTHAM:  What are you looking for?
22       HARRY LIDSKY:  I thought I had something that may

Page 31

1    have had his name on it, but I think I'm mistaken.
2        Is there -- is there a chance you were used in any
3    of this?
4        GEORGE HIGGINBOTHAM:  Used for what purpose?
5        HARRY LIDSKY:  Used to help facilitate something
6    you weren't thinking you were facilitating, like maybe
7    facts were withheld from you?
8        GEORGE HIGGINBOTHAM:  I mean, I guess that's
9    possible.  You're asking me do I know that somebody
10   used me with information that I don't know?
11       KENNETH DIEFFENBACH:  Do you have any concerns
12   that that's occurred?
13       HARRY LIDSKY:  That's a better way of phrasing it.
14       KENNETH DIEFFENBACH:  And before you answer that -
15   -
16       GEORGE HIGGINBOTHAM:  Sure.
17       KENNETH DIEFFENBACH:  -- let me just tell you from
18   my perspective, and I think probably from Harry's, too.
19   You're a smart guy.
20       GEORGE HIGGINBOTHAM:  Right.
21       KENNETH DIEFFENBACH:  You have ambition.  You've
22   come from -- from somewhere to doing really well, with

Page 32

1    the $40 watch.
2        GEORGE HIGGINBOTHAM:  My $40 watch.
3        KENNETH DIEFFENBACH:  With the trips and
4    everything.
5        HARRY LIDSKY:  He has nicer watches.
6        KENNETH DIEFFENBACH:  Newly looking at this, I
7    think one of your roles here, I think you've been kind
8    of victimized.  And I think people have taken your
9    ambition, your smarts, your position, and fed you some
10   legitimate things, probably.  Maybe some of the
11   entertainment stuff, I believe that's legitimate.
12       But nobody gives someone $25 million to hold in
13   escrow long term.  That's not a business strategy.
14   That's not the way you do things.  And I don't think
15   anyone uses someone to move money like this unless
16   there is something bigger going on.  I think they've
17   fed into a lot of your good qualities and your legal
18   license, your law degree, and it seems to me that
19   you're a pawn in a much larger scheme.  And that's not
20   a good position to be in.
21       So I guess my big question for you is did any of
22   this stuff make you feel uncomfortable?  Because I

Page 33

1    think it absolutely should have.  Because when you go
2    to a bank and say "I'd like to give you $10 million,"
3    yes, they do the due diligence.  But I've never once
4    heard in my whole career of doing fraud investigations
5    where a bank says, "No, we're not going to take your
6    $25 million.  Take it back," unless there's serious
7    concerns about the legitimacy of the money.
8        And so that's the part I really don't understand.
9    Does any of this make you feel like "I wish I wasn't in
10   the middle of this?"
11       GEORGE HIGGINBOTHAM:  The political side of it.  I
12   --
13       HARRY LIDSKY:  Yeah, and we talked about that.
14   You going to the embassy.  You were -- you were pretty
15   hot.
16       GEORGE HIGGINBOTHAM:  We talked about it, yeah,
17   going to the embassy, that kind of thing.  I really did
18   not anticipate that that would be part of any of the
19   stuff that I would be -- that I would be doing.
20       You know, to briefly answer your question having
21   to do with how did I get into the middle of all this,
22   I've known Pras since early 2000s, maybe 2002, 2003,

9 (Pages 30 to 33)

Alderson Court Reporting

Interview of George Higginbotham                                            January 3, 2018
Washington, DC

---

Page 34

1   something like that.  Or maybe even earlier than that
2   when we originally met.  All the time that I have
3   worked for him, I worked with him on various matters --
4   I had my own firm for a while -- was all, 100 percent
5   entertainment-related kinds of things -- music videos
6   to albums, to different ventures that he was getting
7   involved with, and that kind of thing.
8       As I explained to Harry a long time ago, when we
9   first met, he then came to me and he had some issues
10  with one of his former business managers who had
11  basically embezzled, stolen, misappropriated, whatever
12  word you want to use, funds in that circumstance.  As
13  part and parcel of working with him on some other
14  stuff, he asked me can I help out with trying to remedy
15  the situation that he was having with this former
16  business manager?
17      KENNETH DIEFFENBACH:  Okay.
18      GEORGE HIGGINBOTHAM:  In that situation, I went
19  through my Rolodex, identified someone who could help
20  him out in that situation to try to at least get a
21  clearer picture of what was going on, what had
22  transacted, where the money was, all this other stuff

---

Page 35

1   with that situation.  And it was successful.
2       That led to, well, okay, George is the kind of
3   person -- and I always have been, and this is a
4   conversation that we've had before.
5       HARRY LIDSKY:  Mm-hmm.
6       GEORGE HIGGINBOTHAM:  Which I've always been the
7   kind of person who is a decent problem-solver.  Okay.
8   What do you call it?  How do we work through this
9   situation?  How do we figure this out?  This, that, the
10  other.
11      He came to me, and he said, listen, I have been
12  introduced to someone.  In this particular instance, it
13  was Jho, who was looking for a solution for a situation
14  that he had with DOJ.  And I said to him, I was like,
15  "Oh, that's a little bit close to home.  I work for
16  DOJ, can't do that."  The best I can do is try to get
17  you in contact with -- try to get you in contact with
18  attorneys that are of the stature that they can help
19  out in this --
20      KENNETH DIEFFENBACH:  Mm-hmm.
21      GEORGE HIGGINBOTHAM:  -- in this particular
22  situation.  As it turns out, there was a lady that I

---

Page 36

1   knew who has a business that is involved in legal
2   recruiting, but not legal recruiting like you just
3   graduated from law school, and you're looking for a
4   job.
5       KENNETH DIEFFENBACH:  Mm-hmm.
6       GEORGE HIGGINBOTHAM:  Legal recruiting in terms of
7   you have a multimillion or multibillion dollar
8   portfolio at one of the huge law firms, and you want to
9   move to another law firm, that kind of thing.  So she
10  was very well tied in with, you know, high-level
11  attorneys.
12      I gave her a brief explanation, to the best of my
13  knowledge, of what the situation was.  That's how the
14  introduction was made to the Giuliani situation.
15      KENNETH DIEFFENBACH:  Mm-hmm.
16      GEORGE HIGGINBOTHAM:  When that didn't -- you
17  know, when that didn't work out or whatever the deal
18  may be, I basically stepped out of it.  I was like,
19  well, there's nothing else I can do about this.  I gave
20  it my best shot.  Giuliani is as close as I'm going to
21  get, and that came through another contact.
22      From that point, really, I was just papering

---

Page 37

1   things in terms of --
2       KENNETH DIEFFENBACH:  Yeah.
3       GEORGE HIGGINBOTHAM:  So then -- so then he
4   identified Broidy -- I didn't have anything to do with
5   that -- through some contact of his.
6       HARRY LIDSKY:  Do you know who the contact was?
7       GEORGE HIGGINBOTHAM:  Nikki something another.
8       HARRY LIDSKY:  Nikki?
9       GEORGE HIGGINBOTHAM:  Nikki.  Yeah.  I can get --
10  I think I have her name somewhere.
11      KENNETH DIEFFENBACH:  And you know, George, I --
12      GEORGE HIGGINBOTHAM:  But, but, but --
13      KENNETH DIEFFENBACH:  Go ahead.
14      GEORGE HIGGINBOTHAM:  I mean, I can stop, but I
15  can also continue to answer the question.  So then it
16  was just basically papering things.  Like, "Okay, we
17  have this agreement with Broidy, blah-blah-blah.  We
18  need to get this done.  Can you take a look at it,
19  George?"  "Sure, I can take a look at it."
20      KENNETH DIEFFENBACH:  Yep.
21      GEORGE HIGGINBOTHAM:  "George, the accountant or
22  business manager that I had before sucked.  Can you

---

Alderson Court Reporting

Interview of George Higginbotham
January 3, 2018

Washington, DC

---

Page 38

1  find me someone else?"
2      I've known Mark for a very long time.  My first
3  job in the music business was with his son.  I
4  recommended Mark in very good faith, thinking that, you
5  know, he's a straight up-and-down guy, whatever.  Blah-
6  blah-blah.
7      Mark came in.  He started handling the financial
8  stuff.  So I really didn't have much to do with the
9  financial stuff at all.
10      The thing with the embassy, as I explained to you
11  before -- HARRY
12      HARRY LIDSKY:  Mm-hmm.
13      GEORGE HIGGINBOTHAM:  -- was really just on like a
14  2-day whim.  "George, can you meet with this guy?"
15  "Yes."  "Can you deliver a message?"  "Yes."  Go in.
16  Come out.  I, in no way, represented, as I said to you
17  before, that I was part of the DOJ.
18      I have a LinkedIn account.  I would assume that
19  that's how they figured that out.  But I did not take
20  my business card.  I did not take my phones.  I did not
21  take any of those kind of things.  Even when that --
22  even when that was brought up by one -- not the

---

Page 39

1  Ambassador, but by somebody else, I said I'm not here
2  in any kind of official Government legal capacity in
3  any kind of way whatsoever.  I'm here to say this, and
4  then other things will take place after that.
5      KENNETH DIEFFENBACH:  And --
6      HARRY LIDSKY:  Does -- I'm sorry.
7      GEORGE HIGGINBOTHAM:  Sure.
8      KENNETH DIEFFENBACH:  I think I hear all that, and
9  I appreciate your explaining it.  I don't think for one
10  second you raised your hand and said, hey, I want to
11  find an opportunity where I can get in the middle of
12  it's going to be this, you know, where you are today.
13  But I just want you to think about the fact that kind
14  of you are where you are, and there is a lot of really
15  weird stuff.
16      And I think a lot of what you did and you just
17  described sounds legitimate, but at some point, the
18  papering and other stuff, yeesh, you're really -- I
19  don't know.  Just think about how you want to handle
20  that going forward because that's a -- that's not a
21  good spot to be in.
22      GEORGE HIGGINBOTHAM:  Well --

---

Page 40

1      HARRY LIDSKY:  Does -- does Jho know where you
2  work?
3      GEORGE HIGGINBOTHAM:  Does who?
4      HARRY LIDSKY:  Jho?
5      GEORGE HIGGINBOTHAM:  Yeah, I think so.
6      HARRY LIDSKY:  Did Pras tell him, or did you tell
7  him?
8      GEORGE HIGGINBOTHAM:  I definitely did not tell
9  him.  Definitely did not tell him.
10      HARRY LIDSKY:  Like, is Pras flashing your
11  business card around?
12      GEORGE HIGGINBOTHAM:  I have no idea.  That would
13  be complete conjecture.
14      HARRY LIDSKY:  Okay.  So you don't know?
15      GEORGE HIGGINBOTHAM:  I mean, it's not -- it would
16  not be -- what do you call it?  It would not be
17  surprising to me if he said, "Oh, yeah, my boy works at
18  DOJ," or something like that, in that kind of -- in
19  that kind of tone or --
20      HARRY LIDSKY:  Gotcha.
21      GEORGE HIGGINBOTHAM:  -- that kind of sentiment.
22      HARRY LIDSKY:  Ooh.  Okay.  So let me -- let me

---

Page 41

1  just get to some of this -- yeah?
2      GEORGE HIGGINBOTHAM:  Just having to do with the
3  DOJ thing.
4      HARRY LIDSKY:  Yeah.
5      GEORGE HIGGINBOTHAM:  We're talking about someone
6  who is trying to get contacts with people that are very
7  significant, very real, very high level.
8      HARRY LIDSKY:  You're talking about Jho?
9      GEORGE HIGGINBOTHAM:  Yeah.
10      HARRY LIDSKY:  Yeah, okay.  Yep.  Yeah.
11      GEORGE HIGGINBOTHAM:  The Congressional Liaison
12  Office of the Office of Justice Programs.
13      KENNETH DIEFFENBACH:  So you make sense for that.
14  That's what you're saying?
15      GEORGE HIGGINBOTHAM:  Oh, absolutely not.
16      HARRY LIDSKY:  No, he's saying the opposite.
17      GEORGE HIGGINBOTHAM:  I'm saying the opposite.
18      KENNETH DIEFFENBACH:  Oh.
19      GEORGE HIGGINBOTHAM:  I'm saying that I am a
20  nobody in -- at DOJ.  I'm like --
21      HARRY LIDSKY:  But you are a guy he can sit down
22  with in Hong Kong.

---

11  (Pages 38 to 41)

Interview of George Higginbotham                                        January 3, 2018

Washington, DC

---

Page 42

1     GEORGE HIGGINBOTHAM:  Excuse me?
2     HARRY LIDSKY:  I said you are a guy he can sit
3   down with in Hong Kong.
4     GEORGE HIGGINBOTHAM:  Yeah, but I don't
5   understand.
6     HARRY LIDSKY:  Did -- I mean --
7     GEORGE HIGGINBOTHAM:  But there was never any
8   request for --
9     HARRY LIDSKY:  Okay.  Well, don't --
10     GEORGE HIGGINBOTHAM:  I don't really know where
11   you're going with that.
12     HARRY LIDSKY:  Yeah, don't -- let's back off of
13   that for a second.  Because I don't want you to lock in
14   on any one thing yet.  You know, we're getting to a
15   point where we have to address a couple of things, some
16   inconsistencies, and we need to clear the air on it.
17        And I still -- I mean, I want to say we'd like to
18   work with you.  We want to give you, you know, the
19   letter.  It's not really called a letter, but you know,
20   it's what we've casually called it since September.
21        I don't want you to say he definitely did this.
22   He definitely did not do this.  I don't want you to

---

Page 43

1   lock into any one thing because that's the kind of
2   thing we're talking about.  Once that's locked in, we
3   can't walk it back.
4        If you change your tune after we put everything on
5   the table and maybe you get a clearer picture about
6   what this is, I don't want you to have to go back now
7   and tell a different story, right?  So, so hold your
8   assessment maybe until -- until the end.
9        So does this look familiar to you?
10     GEORGE HIGGINBOTHAM:  Yes.
11     HARRY LIDSKY:  Okay.  What is that?
12     GEORGE HIGGINBOTHAM:  This is the letter that I
13   talked to you about going to the bank.
14     HARRY LIDSKY:  This is the one we just talked
15   about, right?
16     GEORGE HIGGINBOTHAM:  Yes.
17     HARRY LIDSKY:  Gotcha.  And this was -- you had
18   attachments to this, right?
19     GEORGE HIGGINBOTHAM:  Yes.
20     HARRY LIDSKY:  That I don't have on here.  This is
21   just the letter?
22     GEORGE HIGGINBOTHAM:  Excuse me?

---

Page 44

1     HARRY LIDSKY:  This is just the letter, right?
2     GEORGE HIGGINBOTHAM:  Yeah.
3     HARRY LIDSKY:  Okay.  So the attachments consisted
4   of what?
5     GEORGE HIGGINBOTHAM:  The items that were listed
6   here.
7     HARRY LIDSKY:  I didn't omit -- I believe it was
8   like a Certificate of Registry for like the company or,
9   right, you may talk about them in the letter.  And I
10   didn't omit them for any particular reason, but --
11     GEORGE HIGGINBOTHAM:  Ah --
12     HARRY LIDSKY:  It was like paperwork about the
13   company, right?
14     GEORGE HIGGINBOTHAM:  Yeah, yeah.
15     HARRY LIDSKY:  Okay.
16     GEORGE HIGGINBOTHAM:  So in the original set of
17   questions, I answered -- I answered -- I provided these
18   answers in the same listing as the way that the -- I
19   provided the answers in the same listing that they were
20   asked in the what do you call it?  So A probably
21   corresponded to A in the email and that kind of thing.
22     HARRY LIDSKY:  Sure.  It makes sense.  Do you

---

Page 45

1   recognize this?
2        (Pause.)
3     GEORGE HIGGINBOTHAM:  Not specifically, but yeah.
4   I mean, Mark sent this to me, but it was just like a
5   "cc" --
6     HARRY LIDSKY:  Right.
7     GEORGE HIGGINBOTHAM:  This is what I had sent out
8   to the bank originally.
9     HARRY LIDSKY:  Right.  So that was Mark's response
10   to the bank.
11     GEORGE HIGGINBOTHAM:  This was Mark's copy, right?
12     HARRY LIDSKY:  In response to their questions
13   about, hey, where is the money coming from, what's its
14   purpose?
15     GEORGE HIGGINBOTHAM:  Yeah.  But I think that this
16   is -- yeah, this was earlier.
17     HARRY LIDSKY:  Right.  Before --
18     GEORGE HIGGINBOTHAM:  I think this was before this
19   letter.
20     HARRY LIDSKY:  -- yours.  Yeah, that's what you
21   said.
22     GEORGE HIGGINBOTHAM:  Yeah, yeah.  So I think that

---

12  (Pages 42 to 45)

Interview of George Higginbotham                                January 3, 2018
Washington, DC

---

Page 46

1   there was --
2       HARRY LIDSKY:  And that's -- I believe that's
3   correct.
4       GEORGE HIGGINBOTHAM:  -- an original set of
5   questions that, what do you call it, that Mark had
6   answered from the bank.  And then the bank had more
7   specific questions that was put together by this, that
8   was answered by that.
9       HARRY LIDSKY:  Gotcha.  So in Mark's response, he
10  references a trademark and infringement or trademark
11  infringement issue.
12      GEORGE HIGGINBOTHAM:  He does?
13      HARRY LIDSKY:  Yeah.  He says that Lucky Mark
14  bought a software company.  It's an R&D company.  In
15  the early years, they transitioned into R&D and
16  technology, and they bought a company that's under
17  litigation for a trademark infringement.
18      GEORGE HIGGINBOTHAM:  Yeah, I don't have --
19      HARRY LIDSKY:  Do you see that part?
20      GEORGE HIGGINBOTHAM:  Yes.
21      HARRY LIDSKY:  Does that ring any bells to you?
22  Does that make any sense whatsoever to you?

---

Page 47

1       GEORGE HIGGINBOTHAM:  No.
2       HARRY LIDSKY:  Why would he say that?
3       GEORGE HIGGINBOTHAM:  I have no idea.
4       HARRY LIDSKY:  Because that differs substantially
5   from what you've said and what your letter says, right?
6   And Lucky Mark has nothing to do with an R&D company or
7   technology.  They didn't buy any --
8       GEORGE HIGGINBOTHAM:  Yeah, I don't --
9       HARRY LIDSKY:  -- subsidiary in the U.S., right?
10      GEORGE HIGGINBOTHAM:  I didn't have anything to do
11  with his letter.
12      HARRY LIDSKY:  Right.  No, I'm not saying you did.
13      GEORGE HIGGINBOTHAM:  Yeah.
14      HARRY LIDSKY:  But clearly, that's not accurate
15  from what you know, right?  From what you've been told?
16      GEORGE HIGGINBOTHAM:  I don't know of any R&D
17  tech, this, that, the other, having to do with Lucky
18  Mark.
19      HARRY LIDSKY:  Yeah.  I don't either.  And I
20  couldn't find the trademark infringement or anything.
21      GEORGE HIGGINBOTHAM:  I don't.  Now the only --
22      HARRY LIDSKY:  So we're on the same sheet there.

---

Page 48

1       GEORGE HIGGINBOTHAM:  The only thing that I can
2   think of here is that, potentially, he did not want to
3   alert the bank that this had to do with a -- what the
4   specifics of the actual case was.
5       HARRY LIDSKY:  Right.  But that comes back to what
6   we talked about, right?  So we talked --
7       GEORGE HIGGINBOTHAM:  Yeah, but I didn't have
8   anything to do with it.
9       HARRY LIDSKY:  No, I know.  I know.  But what we
10  talked about, right?  So the banks ask questions
11  because they have to.
12      GEORGE HIGGINBOTHAM:  Right.
13      HARRY LIDSKY:  They do their diligence because
14  they have to file reports, and those are logged with
15  like Treasury somewhere, right, or FDIC, wherever they
16  have to file reports to.  And you know, lies to the
17  bank are Federal offenses, right?
18      GEORGE HIGGINBOTHAM:  Right.  As a matter of fact,
19  I --
20      HARRY LIDSKY:  So inaccuracies are taken rather
21  seriously.  So your letter seems more a point, but
22  different from his.

---

Page 49

1       GEORGE HIGGINBOTHAM:  The only, what do you call
2   it, I think that I -- yeah.  If you look at Number 6
3   here.
4       HARRY LIDSKY:  Just read it out since we're on the
5   recorder, "Annacorn is unable to provide particulars
6   related to the litigation matter, as it is confidential
7   to the client.  A, Colfax Law Firm, CNB."  I assume
8   that's City National Bank.  "Wires to the firm should
9   contain all relevant information regarding names and
10  addresses -- or names and address."
11      KENNETH DIEFFENBACH:  What's the date on that
12  email?
13      GEORGE HIGGINBOTHAM:  This is August -- this is
14  sent 8/3/17.
15      HARRY LIDSKY:  Did you give that a good read, or
16  just because it was cc'd you just kind of --
17      GEORGE HIGGINBOTHAM:  Yeah, I -- that's why I said
18  when I originally looked it, I didn't recognize it.
19      HARRY LIDSKY:  So if you had read that when he
20  sent it -- and like I know how it is, I don't want to
21  read every email.
22      GEORGE HIGGINBOTHAM:  No, I did not read this

---

13  (Pages 46 to 49)

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

| Page 50 | Page 52 |
|---|---|
| 1 email. | 1 GEORGE HIGGINBOTHAM:  Yeah, I think so. |
| 2 HARRY LIDSKY:  If you had, you would have | 2 HARRY LIDSKY:  You said you've researched them, |
| 3 corrected him and said, "Hey, Mark, what are you doing? | 3 you know, and vetted them. |
| 4 This is -- this is a problem." | 4 GEORGE HIGGINBOTHAM:  I've looked them up online. |
| 5 GEORGE HIGGINBOTHAM:  Yeah.  I would have been | 5 HARRY LIDSKY:  Right.  The problem is the money |
| 6 like, yeah, "I don't know what you're talking about | 6 didn't come from Lucky Mark Trading Ltd, the souvenirs |
| 7 here." | 7 company. |
| 8 HARRY LIDSKY:  Right.  Because the reason we're | 8 GEORGE HIGGINBOTHAM:  It didn't? |
| 9 talking about it is because the bank has, you know, two | 9 HARRY LIDSKY:  No. |
| 10 different explanations for the same money. | 10 GEORGE HIGGINBOTHAM:  Where did it come from? |
| 11 GEORGE HIGGINBOTHAM:  Right.  But -- | 11 HARRY LIDSKY:  It came from Lucky Mark HK Trading |
| 12 HARRY LIDSKY:  Right? | 12 Ltd. |
| 13 GEORGE HIGGINBOTHAM:  -- in there, I stated I'm | 13 GEORGE HIGGINBOTHAM:  Okay. |
| 14 not going to tell you what the nature of the litigation | 14 HARRY LIDSKY:  Which is not a company that sells |
| 15 is. | 15 souvenirs, it's not a company that's been around since |
| 16 HARRY LIDSKY:  Right. | 16 2014, and it's not a company that does anything. |
| 17 GEORGE HIGGINBOTHAM:  Because that's confidential | 17 GEORGE HIGGINBOTHAM:  I didn't know that. |
| 18 to the client. | 18 HARRY LIDSKY:  So when you met with Jho, did -- |
| 19 HARRY LIDSKY:  Right. | 19 GEORGE HIGGINBOTHAM:  I put in, what do you call |
| 20 GEORGE HIGGINBOTHAM:  And here, he's giving an | 20 it?  I put in -- I looked up Lucky Mark.  Lucky Mark |
| 21 explanation of what it is.  But I did not.  I mean, I | 21 came up. |
| 22 did not write this.  I didn't have -- just possibly | 22 HARRY LIDSKY:  So the attachments, and I can go |

| Page 51 | Page 53 |
|---|---|
| 1 just glossed over it as another email from Mark.  I've | 1 get them, you know, if I need to.  But you'll see the |
| 2 gotten hundreds from him. | 2 name is quite similar, but it's different.  It's |
| 3 HARRY LIDSKY:  Gotcha.  No, it's easy to do.  I | 3 really, really close, but it's different.  Have you |
| 4 get it. | 4 ever heard of that being done before?  Did Pras ever |
| 5 So Lucky Mark Trading Ltd., Lucky Mark -- | 5 mention that?  Did -- |
| 6 GEORGE HIGGINBOTHAM:  Mm-hmm. | 6 GEORGE HIGGINBOTHAM:  Never. |
| 7 HARRY LIDSKY:  -- where you reference here, they | 7 HARRY LIDSKY:  -- your talks with what's his name, |
| 8 are "individuals and corporations of the global | 8 this guy? |
| 9 community, like Lucky Mark Trading Ltd.  Lucky Mark, | 9 GEORGE HIGGINBOTHAM:  Never. |
| 10 who notwithstanding their individual corporate wealth, | 10 HARRY LIDSKY:  Did he ever talk about, "Hey, |
| 11 find themselves in circumstances where there is a need | 11 here's what we're going to do?" |
| 12 for a strategic partner.  They have identified that and | 12 GEORGE HIGGINBOTHAM:  No.  What do you mean, "Here |
| 13 bring to bear other highly qualified professionals who | 13 is what we're going to do?" |
| 14 are able to provide extremely competent and | 14 HARRY LIDSKY:  So like, you know, you're George |
| 15 confidential services to resolve their issues." | 15 Higginbotham.  You're George Alexander Higginbotham, |
| 16 So now we're talking about, you know, I get you're | 16 right, DOJ lawyer. |
| 17 not wanting to put your client's business out there. | 17 GEORGE HIGGINBOTHAM:  Right. |
| 18 So you address it on 1. | 18 HARRY LIDSKY:  If I go in and say I'm, you know, |
| 19 So, but you assert here that the money is from | 19 George A.A. Higginbotham, DOJ lawyer, like people -- |
| 20 Lucky Mark and is for these confidential matters.  The | 20 GEORGE HIGGINBOTHAM:  Oh, no.  No, there was never |
| 21 issue here is that Lucky Mark Trading Ltd. is a | 21 -- no. |
| 22 legitimate souvenirs company in Hong Kong, as you said. | 22 HARRY LIDSKY:  Like if somebody got an email from |

14  (Pages 50 to 53)

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

| Page 54 | Page 56 |
|---|---|

**Page 54**

1    you --
2        GEORGE HIGGINBOTHAM:  There was no bait-and-switch
3    or anything like that.
4        HARRY LIDSKY:  -- and from me, you know, first
5    blush, they look like, "Oh, hey, George just sent me an
6    email."
7        GEORGE HIGGINBOTHAM:  Yeah.  No.
8        HARRY LIDSKY:  But if you look at it closely --
9        GEORGE HIGGINBOTHAM:  No, no, no, no, no.  No.
10   Never.
11       HARRY LIDSKY:  So is there any reason why you
12   would say Lucky Mark Trading Ltd. is the source of
13   those funds when, in fact, they were not?
14       GEORGE HIGGINBOTHAM:  I was told Lucky Mark.  I
15   mean, I have -- I believe I have incorporation
16   documents for that company.
17       HARRY LIDSKY:  And do you have --
18       KENNETH DIEFFENBACH:  And who specifically did you
19   rely on for that fact?
20       GEORGE HIGGINBOTHAM:  What fact?
21       KENNETH DIEFFENBACH:  The fact that Lucky Mark,
22   you said incorporation documents.  And to be very

**Page 55**

1    specific, you wrote this letter, right?
2        GEORGE HIGGINBOTHAM:  I did.
3        KENNETH DIEFFENBACH:  And you relied on who
4    specifically for the facts in this letter?  You did a
5    Google search, you said, on the trading company?
6        GEORGE HIGGINBOTHAM:  Right.
7        KENNETH DIEFFENBACH:  Good.
8        GEORGE HIGGINBOTHAM:  But I looked at the -- what
9    do you call it?  I looked at the incoming wire that
10   said Lucky Mark.
11       KENNETH DIEFFENBACH:  Okay.  So you looked at the
12   --
13       HARRY LIDSKY:  It says -- yes, it says Lucky Mark.
14       KENNETH DIEFFENBACH:  Okay.  So you looked at the
15   incoming wire.  Okay.  Who else?  Who else talked to
16   you, emailed you, called you?  Who else gave you --
17   what other information specifically did you rely on in
18   writing this letter?  Did Pras tell you any of the
19   facts that are in this letter?
20       GEORGE HIGGINBOTHAM:  I don't think so.  I mean,
21   the facts that I put in here were based on things that
22   I had seen or been told.

**Page 56**

1        HARRY LIDSKY:  And George, and here's the thing --
2        GEORGE HIGGINBOTHAM:  But the -- I went to -- what
3    do you call it?  I have the bank statements that Mark
4    had provided in terms of where the money was coming
5    from.  I saw Lucky Mark.  That's what I put in here.
6        I don't know -- maybe I'm not understanding your
7    question.
8        HARRY LIDSKY:  Well, let me -- let me cut to, and
9    here's the thing.  If -- so, George, there's a problem
10   here.  Okay?  We have an issue.  We have a bank fraud
11   issue.  We have false statements.  One of them -- you
12   know, they can't both be true because they're both
13   different, and in fact, they are both divergent from,
14   you know, other stories about this money.
15       Jho Low has --
16       GEORGE HIGGINBOTHAM:  How is that?  That I've
17   said?
18       HARRY LIDSKY:  Not necessarily that you've said,
19   no.
20       GEORGE HIGGINBOTHAM:  Oh, okay.
21       HARRY LIDSKY:  Jho Low has done, as part of his
22   tactics -- as I understand it from what I've read in

**Page 57**

1    the press and people I've talked to, one of his tactics
2    is to form companies with names very similar to
3    legitimate companies and use those to funnel money
4    that's otherwise illegitimate, hoping that people will
5    read it and say, "Oh, yeah, Lucky Mark.  I know them,
6    the big souvenir guys."  And just dismiss it --
7        GEORGE HIGGINBOTHAM:  That's exactly what I must
8    have done.
9        HARRY LIDSKY:  And maybe that's what you did.  Now
10   if you did that, that's -- you know, it's still a
11   thing.  Maybe that's okay.  And maybe it's not.  We'll
12   delve into it.  If you didn't do that, and this is what
13   I'm trying to stress here --
14       GEORGE HIGGINBOTHAM:  At no point in time, did I
15   know --
16       HARRY LIDSKY:  -- if -- wait, wait --
17       GEORGE HIGGINBOTHAM:  Go ahead.
18       HARRY LIDSKY:  Yeah.  No, no.  Before you -- don't
19   lock in.
20       GEORGE HIGGINBOTHAM:  Okay.  All right.  Okay.
21       HARRY LIDSKY:  Don't lock in.  Hear me out.
22   So, George, if you're involved with something,

Alderson Court Reporting

Interview of George Higginbotham                                    January 3, 2018
                          Washington, DC

---

### Page 58

1  we're going to figure it out.  If you did things
2  intentionally, we probably already know about it, and
3  if we don't, we will.
4        GEORGE HIGGINBOTHAM:  Okay.
5        HARRY LIDSKY:  Okay?  Trust me when I say that.  I
6  got a big folder here.  I'm already showing you emails
7  between you and somebody else, right?
8        GEORGE HIGGINBOTHAM:  Mm-hmm.
9        HARRY LIDSKY:  I didn't get that from you.
10       GEORGE HIGGINBOTHAM:  Absolutely.
11       HARRY LIDSKY:  So read into that what you should.
12  If you're involved with something, what we're talking
13  about, this partnership, is to the extent we can,
14  getting you uninvolved, and it could be very helpful to
15  us.  And I'm not telling you what to say here, and I'm
16  not putting words in your mouth.
17       And the truth is the truth, and that's what we
18  need.  The facts are the facts, and that's what we
19  want.
20       GEORGE HIGGINBOTHAM:  Okay.
21       HARRY LIDSKY:  Okay?  But if these guys, okay --
22  and if this includes Pras, I know that may be tough to

---

### Page 59

1  you because -- for you because he's a friend, and we
2  can work on -- we can work on that aspect of it.  We're
3  not asking you to do something here that you, you know,
4  truly don't want to do.  But if there is a bigger
5  conspiracy here to commit crimes, to launder money, to
6  bring money into the States, for whatever purpose they
7  may be, illegally, that's not a bad thing.  Okay?
8       For us, that's fish.  Right?  Do you fish?  Have
9  you ever fished?
10      GEORGE HIGGINBOTHAM:  I have fished.
11      HARRY LIDSKY:  Okay.  What do you fish for?
12      GEORGE HIGGINBOTHAM:  Whatever I can catch.
13      HARRY LIDSKY:  Okay.  What's the biggest fish?
14  Like, you know, what's the best fish there is?
15      GEORGE HIGGINBOTHAM:  Nothing big.  Nothing big.
16      HARRY LIDSKY:  In general.  Like if you're going
17  out, you want like a bluefin tuna, right, or a
18  swordfish?
19      GEORGE HIGGINBOTHAM:  Okay.  Sure.
20      HARRY LIDSKY:  You don't want to catch like a
21  catfish?
22      GEORGE HIGGINBOTHAM:  Oh, okay.  I see what you're

---

### Page 60

1  saying.  Yeah, yeah.  Yeah, yeah.
2       HARRY LIDSKY:  I'm talking about big fish and
3  little fish, right?
4       GEORGE HIGGINBOTHAM:  Yes, yes, yes, yes, yes.
5       HARRY LIDSKY:  Jho Low is a big fish.  Elliott
6  Broidy, if he's committed a crime, if he's involved
7  with something untoward, he would be a big fish.
8       GEORGE HIGGINBOTHAM:  Okay.
9       HARRY LIDSKY:  You're a little fish.  You're the
10  fish --
11       GEORGE HIGGINBOTHAM:  Minnow.
12       HARRY LIDSKY:  You're a minnow.  We don't need a
13  minnow, right?
14       GEORGE HIGGINBOTHAM:  Mm-hmm.
15       HARRY LIDSKY:  So it's not a bad thing.  In fact,
16  for the position you're in -- and before you answer,
17  I'm going to expand on that.  For the position you're
18  in, it would be beneficial for you if there were a
19  bunch of big fish around, you could say like, hey, I
20  know where there's big fish hiding.  Bait the hook, let
21  me take you over there, show you where, show you how to
22  catch it, okay?

---

### Page 61

1       GEORGE HIGGINBOTHAM:  Right.
2       HARRY LIDSKY:  Because right now, whether you were
3  involved or duped, and it almost doesn't matter, and
4  right now, just your being honest about everything is,
5  is the way out of this mess.  Right now, you're in a
6  mess.  You're in a hole.  You are suspected of bank
7  fraud.  You are suspected of lying on official forms.
8       You have a problem because you're a DOJ employee,
9  and this is unique to you.  Nobody else -- not Pras,
10  not Broidy, not Jho, not this guy -- nobody else shares
11  this but you because you're the employee of the
12  Department.  And I don't even know if you're familiar
13  with this statute, but you can't represent somebody
14  that has business with the Department.
15       GEORGE HIGGINBOTHAM:  Okay.
16       HARRY LIDSKY:  And you're representing Jho, be it
17  legitimate or otherwise --
18       GEORGE HIGGINBOTHAM:  How am I representing Jho?
19       HARRY LIDSKY:  You represent Annacorn.
20       GEORGE HIGGINBOTHAM:  But I --
21       HARRY LIDSKY:  And Annacorn represents Jho.  And I
22  can --

16  (Pages 58 to 61)

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

## Page 62

1    GEORGE HIGGINBOTHAM:  Oh, I see what you're
2  saying.  Okay.
3    HARRY LIDSKY:  So --
4    GEORGE HIGGINBOTHAM:  I mean, I didn't see it that
5  way, but okay.
6    HARRY LIDSKY:  Well, I mean, the way -- the way
7  it's being seen is that so you have Jho, right?  So
8  Pras has met with Jho.  I mean, this whole thing has
9  got Jho on one end and Broidy on the other and a lot of
10  money in between, and you're in between.
11    So you got Jho getting with this guy, whatever his
12  name is.
13    GEORGE HIGGINBOTHAM:  Mm-hmm.
14    HARRY LIDSKY:  Standing up a company that sounds
15  very much like a legitimate souvenir company but is a
16  total house of cards.  It's absolute bullshit.  It's
17  fly-by-night.  It was started last year.  They don't
18  sell anything.  They don't make anything.  They don't
19  have services.
20    They don't do shit.  They're a shell company for
21  money laundering, okay?
22    GEORGE HIGGINBOTHAM:  Okay.

## Page 63

1    HARRY LIDSKY:  And don't say, yeah, you're right.
2  Don't say, no, I disagree.  Just take it all in for
3  right now.
4    GEORGE HIGGINBOTHAM:  Okay.
5    HARRY LIDSKY:  Just, you know, we go back a while.
6  I like you.  I want to help you.  This thing is -- it
7  may not sound like it now, George, but I do.  Okay?
8  I've come to like you.  You've helped me out greatly.
9  You volunteered a lot of information.  You're a good
10  guy at heart.  So we got to work to get you out of
11  this.
12    We can't lie.  We can't cheat.  We can't
13  manipulate.  We have to work within the law, and the
14  facts are the facts, and truth is the truth.  If none
15  of these guys did anything wrong, then you're the only
16  one who's violated the law, that's the worst-case
17  scenario.  Because that doesn't leave us any wiggle
18  room to get you out of this mess, okay?  But I want you
19  out of this mess, okay?  I don't want to arrest you.
20    I certainly don't want to arrest you today.  I'd
21  prefer not to arrest you ever.  But right now, you're
22  violative of law, and we have to work on that, okay?

## Page 64

1    Let me keep talking.  I know you've got a lot of
2  questions, and we'll get to them.  I know this is a lot
3  to take in.  Okay?  We'll get to them.
4    I can show you the code that talks about it.  It's
5  obscure.  You probably didn't know about it, but this
6  is part of the problem that we're talking about, you
7  know, where, you know, the thinking on this end.  And
8  this isn't just me, and this is not just Ken.  This is
9  the general thinking is that you're sitting down with
10  arguably the world's biggest thief, one of them, right?
11    Jho Low.  I mean, does he qualify?  I think it's
12  like top three, top five.  Maybe biggest ever.
13    GEORGE HIGGINBOTHAM:  I don't know.
14    HARRY LIDSKY:  He's big, right?
15    GEORGE HIGGINBOTHAM:  Okay.
16    HARRY LIDSKY:  It was a big heist, allegedly.
17    You're sitting down with a guy that somehow is
18  representing Jho, tied to him in some regard.
19    GEORGE HIGGINBOTHAM:  Okay.
20    HARRY LIDSKY:  Right?  Is that fair to say?
21  You're creating paperwork and doctoring up contracts
22  that facilitate money from this guy's company, which,

## Page 65

1  you know, whether you knew before, you certainly know
2  now, is a shell.  You're bringing those in to LLCs that
3  were stood up in the middle of the night in Delaware in
4  March that then opened bank accounts, right, in April.
5  And then, you know, in a matter of weeks, millions of
6  dollars start flowing, right?  And it ends up being $61
7  million, all told.
8    GEORGE HIGGINBOTHAM:  Okay.
9    HARRY LIDSKY:  Okay?  That money is paid out to a
10  number of people.  Colfax, which is on there, got a
11  good chunk of it.  Other people got good chunks of it.
12  Fortunately for you -- and this is, you know, one of
13  your big saving graces -- is you didn't get a lot.
14    GEORGE HIGGINBOTHAM:  No.
15    HARRY LIDSKY:  Right?  What did you get?
16    GEORGE HIGGINBOTHAM:  A buck seventy.
17    HARRY LIDSKY:  Yeah, which is peanuts in the grand
18  scheme of things.
19    GEORGE HIGGINBOTHAM:  Agreed.
20    HARRY LIDSKY:  And that's a really good thing for
21  you in this conversation.  So for us being able to help
22  you, that's a really good thing because that, you know,

17  (Pages 62 to 65)

Interview of George Higginbotham                              January 3, 2018
Washington, DC

Page 66

1    shows that you were either -- I don't know, you work
2    cheap or you got duped or, you know, certainly not
3    greedy.
4        GEORGE HIGGINBOTHAM:  I'm not -- okay.  Go ahead.
5        HARRY LIDSKY:  So, anyway, that's a really good
6    thing, and I appreciate you being straight up with
7    that.  That's the number I had as well.
8        GEORGE HIGGINBOTHAM:  Which I'm paying taxes on.
9        HARRY LIDSKY:  This ain't a tax evasion case.
10       GEORGE HIGGINBOTHAM:  No.  But I'm saying --
11       HARRY LIDSKY:  Good on you.
12       GEORGE HIGGINBOTHAM:  You know, it's not like I'm
13   hiding it.
14       HARRY LIDSKY:  So if there's a bigger thing going
15   on, assume -- assume we know because we know.  So don't
16   hide it.  Don't come up with stories to explain it
17   away.  Be honest about it.
18       GEORGE HIGGINBOTHAM:  Sure.
19       HARRY LIDSKY:  Because that's how we can work
20   together to get a name for this guy.
21       GEORGE HIGGINBOTHAM:  I can get you his name.
22       HARRY LIDSKY:  I can get it, too.

Page 67

1        GEORGE HIGGINBOTHAM:  Yeah.
2        HARRY LIDSKY:  That's how we can get all the
3    people that put this scheme in place, okay?  Nobody
4    pushes $102 million for, you know, hey, I want to try
5    to get this, media consulting, and this.  Nobody sets
6    up three or more shell companies to get that part done.
7    Nobody lies to the bank.
8        If this was on the up-and-up, you would have told
9    the truth to the bank, okay?  What did you all tell
10   Morgan Stanley?
11       GEORGE HIGGINBOTHAM:  We told Morgan Stanley that
12   the money -- as far as what?
13       HARRY LIDSKY:  What the money was from?
14       GEORGE HIGGINBOTHAM:  We had to tell them that it
15   came from this Lucky Mark or one of the other -- it was
16   either Lucky Mark or Red Rocks that the money came
17   from.
18       HARRY LIDSKY:  Did you talk to them, or was it all
19   Pras?
20       GEORGE HIGGINBOTHAM:  I had some conversations
21   with them.
22       HARRY LIDSKY:  Okay.  What did you tell them

Page 68

1    specifically?
2        GEORGE HIGGINBOTHAM:  I don't really think that I
3    told them anything specific.  I told them that the
4    money came in from an outside investor.  Pras actually
5    had most of the conversations with them because I was
6    up in New York.
7        HARRY LIDSKY:  Okay.
8        GEORGE HIGGINBOTHAM:  The guy was -- the guy got
9    on the phone with Pras.  Pras was like, you know, this
10   guy wants to invest in me.  He wants to invest in my
11   companies.  He wants to invest in the things that we're
12   doing from an entertainment perspective.  That's what
13   it's all about.
14       HARRY LIDSKY:  Okay.  Okay.  And I don't know yet
15   what Morgan Stanley was told.  So, you know, hopefully,
16   that's not another repeat of this.
17       GEORGE HIGGINBOTHAM:  And this is the thing, I
18   didn't -- what do you call it?  I did not -- what's the
19   word I'm looking for?  I did not -- I specifically did
20   not have a lot of conversations about that.  I met the
21   guy from Morgan Stanley.  He happened to be in town for
22   what do you call it?  He happened to be in town for

Page 69

1    something that his son was doing or something like
2    that.
3        And I told him what we were looking for in terms
4    of trying to clean up a lot of stuff for Pras' business
5    and that kind of thing.  We needed to find someone that
6    we had a direct relationship with, as opposed to the
7    Mark situation where, you know, so that we wouldn't run
8    into a situation like this with the bank.  And he
9    continued to ask questions, and I said, listen, Pras,
10   you need to answer those questions as far as what do
11   you call it --
12       HARRY LIDSKY:  Right.
13       GEORGE HIGGINBOTHAM:  As far as where this money
14   is coming from.
15       HARRY LIDSKY:  Right.  And then 2 weeks later,
16   you're out the door of another bank with another check,
17   right?
18       GEORGE HIGGINBOTHAM:  And that's what I said to
19   him, I was like, "Pras, look, man.  This thing can't
20   continue this way.  What's going on?"
21       HARRY LIDSKY:  Right.  Do you -- if this was all
22   legitimate and made sense, do you think all these banks

18  (Pages 66 to 69)

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

---

Page 70

1  would keep saying, you know, thanks, but no thanks.
2  Take your business elsewhere?
3      GEORGE HIGGINBOTHAM:  Well, this is the thing.
4      HARRY LIDSKY:  And I promise.  Wait.  Before --
5  let me give you everything before I get you to respond.
6      GEORGE HIGGINBOTHAM:  Sure.
7      HARRY LIDSKY:  Because I don't -- because right
8  now, you have a huge opportunity to make your position
9  a lot better, but you can also make it worse.  And I
10  don't want you to make it worse.  So I don't want to
11  give you an opportunity to make it worse.  So --
12     GEORGE HIGGINBOTHAM:  But at this point, if that's
13  the case then, should I be represented by counsel in
14  this situation?
15     HARRY LIDSKY:  It's your right, George.  I think
16  it's in your interest to hear us out.
17     GEORGE HIGGINBOTHAM:  Sure.
18     HARRY LIDSKY:  And we can talk about if this, then
19  that.  I can lay out logistically what, and I probably
20  should because it's getting a little late, what's going
21  to happen today.  So just take a look at this.  Okay?
22  And this is what I'm talking about, like, you know,

---

Page 71

1  you're saying, you know, look, this is what I was told.
2  This is what I -- you know, I was given a little bit of
3  information, and I relayed it.
4      GEORGE HIGGINBOTHAM:  Mm-hmm.
5      HARRY LIDSKY:  You know, you're kind of a
6  middleman.  But you know, do you recognize that
7  document?
8      GEORGE HIGGINBOTHAM:  Yes.
9      HARRY LIDSKY:  Okay.  And the last page of that is
10  the properties from that document where you're the
11  author of the document.
12     GEORGE HIGGINBOTHAM:  I'm sorry?
13     HARRY LIDSKY:  You'll see.  Keep flipping.  So
14  that is a snapshot of the properties of the Microsoft
15  Word document.  You know, it's your initials where you
16  made it.
17     So, so now your fingerprint is on, you know, the
18  document.  And if this is on the up-and-up and this
19  document is legitimate, why wasn't this shared with the
20  bank, you know?  And I get maybe it strikes a little
21  close to home, and it's a little too much of your
22  business being out there.

---

Page 72

1      But this is the problem that we're having on this
2  side is we got now, you know, two different stories to
3  the bank, and we have contracts in between that aren't
4  being shared with the bank.  The answers are completely
5  different.  And that smacks of -- and we have $102
6  million from the world's biggest thief.  It all adds up
7  to, as Ken was saying, you know, a head-scratcher on
8  what reasonable person would buy into this?
9      GEORGE HIGGINBOTHAM:  My understanding in general
10  was that the monies that were transferred were for two
11  purposes.  One, to try to alleviate his case with DOJ.
12     HARRY LIDSKY:  Okay.
13     GEORGE HIGGINBOTHAM:  That a certain amount of
14  money was going to the people that were the
15  influencers, for lack of a better word, and a certain
16  amount of money was going to the middlemen -- Pras and
17  whoever else was involved in the middle piece, like
18  Nikki or whoever that was, right?
19     HARRY LIDSKY:  Gotcha.
20     GEORGE HIGGINBOTHAM:  So that's the middle piece.
21     HARRY LIDSKY:  Okay.
22     GEORGE HIGGINBOTHAM:  So, I mean -- so there was a

---

Page 73

1  large sum of money that would come over.  They would
2  take their -- their, you know, they dig on that money.
3  The rest of the money would be directed to whoever it
4  was going to -- Broidy, Colfax, whatever the deal may
5  be, et cetera -- over there.
6      In the situation for the Guo situation, which is
7  an entirely different situation, as I understand it,
8  the money was coming in.  Same thing.  They would take
9  their piece.  The rest of it would be held or disbursed
10  out to the various and sundry people that were going to
11  actually be the influencers of that particular thing.
12     HARRY LIDSKY:  Gotcha.
13     GEORGE HIGGINBOTHAM:  I was not aware of any money
14  laundering scheme, nothing like that.  My understanding
15  was there was a fee that was going to be paid to the
16  people that were facilitating it and the people that
17  were -- that were actually the influencers of trying to
18  make both of those things happen.
19     HARRY LIDSKY:  Okay.  Do you think maybe it's
20  because you didn't ask a lot of questions?  I mean, did
21  it not -- did it ever strike you as, hey, this is too
22  good to be true?  I mean, who just gives -- throws $102

---

19  (Pages 70 to 73)

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

## Page 74

1   million off of, you know, a fly-by-night contract --
2       GEORGE HIGGINBOTHAM: I mean, we're talking about
3   -- what do you call it? We're talking about someone
4   the Chinese government wants back, from what my
5   understanding of it was.
6       HARRY LIDSKY: Okay. But doesn't that get in like
7   Logan Act, and now you're getting between two
8   countries?
9       GEORGE HIGGINBOTHAM: So I had -- what do you call
10  it? So one of the conversations that I've had with
11  Pras was, listen, we need to register with the --
12      HARRY LIDSKY: Yeah, the FARA.
13      GEORGE HIGGINBOTHAM: -- FARA. We need to
14  register with FARA. "No, I don't want to do that."
15  Blah-blah-blah. "That brings us above --" I'm like,
16  look, at least I have what I think that we should do. We should
17  register with FARA. Because that, it looks like we're
18  getting closer and closer and closer to that kind of
19  thing, having to do specifically with --
20      HARRY LIDSKY: Yeah, exactly.
21      GEORGE HIGGINBOTHAM: -- with -- with the Guo
22  matter.

## Page 75

1       But I didn't -- from my perspective, like I did
2   not know about Lucky Mark being like a very similar
3   name to another company or whatever the deal may be. I
4   think, at least I -- you know, I can go home and check,
5   but I think that I have documentation for Lucky Mark
6   and for Red Rocks in terms of when they were
7   incorporated and that kind of thing.
8       Did I do a tremendous amount of due diligence to
9   see the very closeness in names and that kind of thing?
10  Probably not. What I looked at was the bank -- was the
11  bank statement from RBC.
12      HARRY LIDSKY: Mm-hmm. No, CNB.
13      GEORGE HIGGINBOTHAM: Not RBC, CNB.
14      HARRY LIDSKY: Yeah.
15      GEORGE HIGGINBOTHAM: I looked at the bank
16  statement. Said Lucky Mark. I went and looked online.
17  Lucky Mark is a legitimate company, and I moved
18  forward. You know, I was aware that some of this money
19  was going to these people that were trying to
20  effectuate on both of these situations.
21      HARRY LIDSKY: Yeah.
22      GEORGE HIGGINBOTHAM: But in terms of laundering

## Page 76

1   money? That I did not think because I didn't think --
2       HARRY LIDSKY: That's not what you signed up for.
3       GEORGE HIGGINBOTHAM: That's not -- absolutely not
4   what I signed up for.
5       HARRY LIDSKY: What does -- you mentioned Nikki.
6   What does she do? Like what is her role? Did she play
7   a substantive role in any that you're aware of?
8       GEORGE HIGGINBOTHAM: What I -- what I understand
9   from Nikki is that she is in a family that is very well
10  and highly politically connected, and so she can pick
11  up the phone and talk to people like Steve Wynn or talk
12  to people like Broidy or talk to those kinds of people.
13  So I think that she was Pras' connect to some of these
14  influencers.
15      So I get the political side of it, and I get the -
16  - the -- the lawsuit side of it. The money laundering
17  side of it, I just thought that these people were
18  getting paid very significantly high fees to pull off -
19  - not pull off, but to effectuate some pretty difficult
20  things.
21      HARRY LIDSKY: Right.
22      GEORGE HIGGINBOTHAM: To sit down with a -- what

## Page 77

1   do you call it? To sit down with the Prime Minister of
2   Malaysia or to get someone removed from the country,
3   yeah, that's not something that you're going to do for
4   50 bucks and a hamburger.
5       So that's -- that's -- that's my perspective.
6       HARRY LIDSKY: All right. Let's take a little bit
7   of a timeout. I'd like to continue this. I want to
8   hear what you have to say on this. I want to continue
9   to get your thoughts, and I hope we can continue down
10  this road.
11      You asked a question. I want to address it. So,
12  procedurally, a number of things are going to happen
13  today, and the choice is yours. And I'm going to put
14  them out there just straight as -- they're just
15  straight up these are the facts so that you can pick
16  which path you want to go down.
17      We can continue to engage, and we can remain
18  cooperative. In which case, we're going to ask a
19  number of things. We're going to ask for your consent
20  to search your car downstairs and your phone within it.
21  Your consent to search your house. Within your house,
22  your computer. I think you have a MacBook.

20  (Pages 74 to 77)

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

| Page 78 | Page 80 |
|---|---|

**Page 78**

1   GEORGE HIGGINBOTHAM:  Mm-hmm.

2       HARRY LIDSKY:  We're going to ask to look through

3   everything that we think we need to look through to

4   prove you an honest man, based on what you've told us.

5       We're also going to ask -- in fact, we're going to

6   insist that you refrain from going back to work.

7   You're going to keep getting paid, but you're not going

8   to have access to anything.  You're not going to be

9   allowed into your building.  And that's out of my

10  hands, and I have a letter to that effect that I will

11  share with you.

12      Option B, okay, is I think worse, but the decision

13  is yours, and yours alone.  I have a search warrant for

14  your house.  I want to tear that up and not execute it.

15  I would rather go on your consent.  Either way, today

16  we are going to go in your house, and we're going to

17  see what's in there relative to this.  Okay?  I don't

18  know, is your wife home?

19      GEORGE HIGGINBOTHAM:  My wife is home.  My mother-

20  in-law is home.  My child is there.

21      HARRY LIDSKY:  If we work consensually and

22  cooperatively, we can make some calls.  We can come up

**Page 79**

1   with a way.  We certainly don't want to put anybody in

2   harm's way.  We don't want any kind of miscommuni- --

3       I mean, you know how things can go bad.  We don't

4   want anything to go bad.  I believe you have guns in

5   the house?

6       GEORGE HIGGINBOTHAM:  I do.

7       HARRY LIDSKY:  Okay.  So, obviously, security is

8   an issue that we have to take seriously knowing there

9   are guns in the house.  So it'd be easier with your

10  assistance in making whatever calls, coming up with

11  whatever story.  I don't care.  You can't lie to us.

12  You can lie to your wife.  All right?

13      I'm not -- you know, I'm not advising you on how

14  to deal with family issues.

15      GEORGE HIGGINBOTHAM:  Right.

16      HARRY LIDSKY:  I'd like your help either way,

17  whether we go this route, and my preference is to tear

18  this up and not execute this.  I'd rather go this route

19  with the consent form.  Either way, we're not going to

20  put your family in harm's way.  We're going to deal

21  with that professionally and in a way that satisfies

22  our need to go in and do our business and their safety,

**Page 80**

1   okay?  So we'll work together on that, whichever path

2   you choose to go down.

3       Additionally, and these are just the facts,

4   George.  This isn't to be coercive.  This is just so

5   you can make an informed decision.  If you choose not

6   to cooperate with us further today, I'm going to have

7   to arrest you before the end of the day and charge you

8   with these crimes.

9       If you --

10      GEORGE HIGGINBOTHAM:  What crimes?  I'm trying to

11  figure out what crimes I'm being charged with.

12      HARRY LIDSKY:  So it would be bank fraud.  It

13  would be lying to an investigator, and it would be --

14      GEORGE HIGGINBOTHAM:  Lying to an investigator?

15  I've never lied to you.

16      HARRY LIDSKY:  And it would be this as well.  And

17  this is the law that says as a DOJ employee, you cannot

18  represent anybody that has any business with DOJ, not

19  just a matter that you're working on, but any -- you

20  know?  And I can -- there's parts of this.

21      "Whoever, otherwise than as provided by law for

22  the proper discharge of official duties, directly or

**Page 81**

1   indirectly demands, seeks, receives, accepts, or agrees

2   to receive or accept any compensation for any

3   representational services, as an agent or attorney or

4   otherwise, rendered or to be rendered either personally

5   or by another, at a time when such person is an officer

6   and employee of the executive, legislative, or judicial

7   branch of the Government" -- that's you -- "in relation

8   to any proceeding, application, request for a ruling,

9   or other determination, contract, claim, controversy,

10  charge, accusation, arrest, or other particular matter

11  in which the United States is a party or has a direct

12  and substantial interest before any department, agency,

13  court, court-martial, officer, or any civil, military,

14  or naval commission."

15      So the fact that DOJ has business, has a number of

16  matters with Jho Low puts you in violation of this, and

17  it is a felony.  I don't want to arrest you today.  I

18  don't want to arrest you ever, frankly.  We have to

19  deal with these things.  I'd like to find a way, a path

20  forward so that we deal with them, you know?  If

21  there's a charge at the end of this role, you know, the

22  goal is to minimize it.  I mean, you're an attorney.

Alderson Court Reporting

Interview of George Higginbotham                                           January 3, 2018
Washington, DC

| Page 82 | Page 84 |
|---|---|

**Page 82**

1   You know this, right?
2         I mean, cooperation agreements.  Your ability to
3   provide substantial assistance and help us catch the
4   big fish and throw back the minnow go a long way.  I
5   can't make you any promises as to what you'll be
6   charged with and what you won't be charged with.  We
7   have the discretion, DOJ does, the prosecutors have
8   more so than us, to charge you with just a crime or
9   many crimes.
10        Charge you with a crime that carries jail sentence
11  or doesn't carry jail sentence.  You know what I'm
12  saying?  If you're part of a conspiracy to launder $101
13  million, that's a big deal.  If your only attachment to
14  that is $170,000, that's a much better deal, right?
15  Because money laundering comes with -- the sentence is
16  tied to the dollar amounts in different levels.  So
17  lower is better.
18        That's why I said you were in a really good
19  position there.  Even though you've been part of, maybe
20  unwitting, the facilitation of a larger amount, your
21  actual amount, which is, I think, more accurate -- you
22  know, more accurately reflects your role in this, is

**Page 83**

1   low.
2         So you have a lot of things going for you, and I'd
3   like to see that continue.  And I'm telling you this on
4   the level, George.  I'm telling you this.  We've been -
5   - you know, you've been straight with me.  I got the
6   sense all along you kind of minimized your role, and I
7   get that.  I wouldn't come in and tell the police my
8   role in something either fully.
9         But you've been very cooperative with us, and
10  you've helped springboard a lot of good things for us
11  already.  And I'd like to see you continue on that
12  path.  But the choice is yours.  I can't make it for
13  you.  You have to make it, you know, without any
14  pressure with just the facts.
15        GEORGE HIGGINBOTHAM:  Well, I mean, I -- I get
16  what you're saying.  From day one, I have told you
17  honestly, straight up and down that if you needed my
18  help or assistance with anything, then let me know.
19        HARRY LIDSKY:  Yes, you have.
20        GEORGE HIGGINBOTHAM:  I've said that from absolute
21  day one.  And I reiterated that at the meeting at the
22  field office, and I reached out to you at -- when I got

**Page 84**

1   back from -- when I got back from Hong Kong and Macau.
2         HARRY LIDSKY:  Yes.
3         GEORGE HIGGINBOTHAM:  You didn't reach out to me.
4         HARRY LIDSKY:  No.
5         GEORGE HIGGINBOTHAM:  You invited me in here.  I
6   came in here.  I signed a piece of paper and told you
7   that I would tell you guys the truth.  So I think that
8   that is -- I have consistently said that.
9         HARRY LIDSKY:  You have, indeed.  And I've --
10        GEORGE HIGGINBOTHAM:  Not only -- not only have I
11  consistently said that, I have backed it up with real
12  action.
13        HARRY LIDSKY:  And I've told everybody that.
14        GEORGE HIGGINBOTHAM:  So I -- money laundering is
15  a word that has been thrown around in terms of, you
16  know, the bank's concerns or whatever the deal may be.
17  But my understanding was that wherever Jho Low was
18  getting his money from, he was effectuating this, this,
19  this, the two processes that I was -- that I was
20  talking about.
21        HARRY LIDSKY:  Right.
22        GEORGE HIGGINBOTHAM:  In terms of who and what, my

**Page 85**

1   understanding was it had to do with the case, and it
2   had to do with this guy.
3         HARRY LIDSKY:  Right.
4         GEORGE HIGGINBOTHAM:  If it just had to do with --
5   and that these were fees that these people were
6   charging associated with that.  I don't know anything
7   about anything else other than that.
8         HARRY LIDSKY:  Well, we'd like to talk further in
9   more detail about each one of those and really dive
10  deep onto individual meetings and who was there and
11  what was said.  And you know, we've said, look, when I
12  first saw Lucky Mark, I looked to the wrong Lucky Mark.
13        The first time, when I saw this stuff, and I got
14  wind of it, I said the same thing.  It's like it's a
15  souvenirs company.  How is that tied to Jho?  And it
16  wasn't for a while later that I learned it wasn't
17  souvenirs company.  It was a shell.  So --
18        GEORGE HIGGINBOTHAM:  So you can understand that
19  legitimately that I --
20        HARRY LIDSKY:  -- whether or not -- I can
21  understand.  But if I tell you, you know, give me a
22  ride to the bank, and then I go in and rob it, and I

Alderson Court Reporting

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

Page 86

1    jump in with blue ink all over me and say, "Step on it,
2    George, let's get out of here."  Like you may not have
3    known I was going to rob a bank, but --
4         GEORGE HIGGINBOTHAM:  But --
5         HARRY LIDSKY:  -- you know, everything just
6    changed.
7         GEORGE HIGGINBOTHAM:  -- you telling me that --
8    you telling me that Lucky Mark is a shell organization
9    and different from the organization that I looked up
10   online, this is the first time that I'm hearing that.
11        HARRY LIDSKY:  Well, we'll have to -- we'll have
12   to talk more about that.  You'll have to convince me
13   about that, and that's let's not lock into positions.
14        GEORGE HIGGINBOTHAM:  Okay, okay.
15        HARRY LIDSKY:  You know, for the reasons I stated.
16   Because I'll get the documentation, and Lucky Mark,
17   you know, if you look at them side-by-side, they're
18   spelled differently.  I mean like the names are
19   different.  They're close, and at first blush, if you
20   just say Lucky Mark, you know, you're spot on.  It's
21   what comes later, they throw in some twists.
22        GEORGE HIGGINBOTHAM:  Okay.  I mean, I think I

Page 87

1    have the -- the documentation at home.
2         HARRY LIDSKY:  Okay.  So my preference would be,
3    you know, and this is part of this, too.  Like I said,
4    we have to -- we have to go to your house, okay?  If
5    with your help, we can be as, you know, less disruptive
6    as we possibly can.  If you choose not to help us, and
7    again, that's your absolute right, then you know, we'll
8    do what we have to do.
9         And we're not going to trash the place, and we're
10   going to be very -- you know, we understand your wife
11   is an attorney.  We know you have a newborn.  We're
12   going to be as delicate as we can, but we have to do
13   our job, and we have to do it thoroughly.
14        GEORGE HIGGINBOTHAM:  Okay.
15        HARRY LIDSKY:  So do you want to keep cooperating
16   with us?
17        GEORGE HIGGINBOTHAM:  Yes.
18        HARRY LIDSKY:  Great.  Thank you.  I don't have to
19   arrest you today, and I didn't want to.  So I
20   appreciate that.
21        Let's stop this.  Let's take a break.  Let's talk
22   about some logistics and what we're going to do for the

Page 88

1    dynamic part of this, and then we can reconvene and
2    talk further about some specifics and go into some
3    rabbit holes.  Okay?
4         GEORGE HIGGINBOTHAM:  Okay.
5         HARRY LIDSKY:  And we can get a bite to eat.
6    Okay.  So it's 12:00 p.m., noon.  I'm going to stop the
7    tape now.
8         (Whereupon, the interview was concluded.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22

23  (Pages 86 to 88)

Interview of George Higginbotham
Washington, DC
January 3, 2018

Page 89

**A**

A.A 53:19
a.m 1:12 2:6,15
ability 13:12
 82:2
able 13:16 51:14
 65:21
absolute 62:16
 83:20 87:7
absolutely 6:2
 33:1 41:15
 58:10 76:3
accept 27:13
 81:2
accepts 81:1
access 13:16
 78:8
account 18:3,4
 23:17 38:18
accountant
 37:21
accounts 9:12
 18:11 65:4
accurate 47:14
 82:21
accurately 82:22
accusation
 81:10
acknowledge
 16:12
acknowledged
 11:5 15:16
Act 74:7
action 84:12
activity 4:15
actual 48:4
 82:21
additional 22:22
Additionally
 80:3
address 4:20
 42:15 49:10
 51:18 77:11
addresses 49:10
addressing 17:5

adds 72:6
advising 79:13
agency 81:12
agent 2:2 81:3
ago 34:8
agree 7:16 13:18
Agreed 65:19
agreement 4:13
 24:6,7 37:17
agreements 82:2
agrees 81:1
Ah 3:22 5:10
 9:20 12:4
 29:13 44:11
ahead 37:13
 57:17 66:4
ain't 24:19 66:9
air 42:16
album 22:15
albums 34:6
alert 48:3
Alexander 53:15
allegations
 16:18
allegedly 64:16
alleviate 72:11
allowed 78:9
altogether 23:10
Ambassador
 39:1
ambition 31:21
 32:9
amount 18:3
 22:19 28:6
 72:13,16 75:8
 82:20,21
amounts 82:16
Annacorn 8:20
 9:1,2 49:5
 61:19,21
answer 8:4
 15:14,14 31:14
 33:20 37:15
 60:16 69:10
answered 11:19

44:17,17 46:6
 46:8
answers 16:14
 28:4 44:18,19
 72:4
anticipate 33:18
anybody 24:3
 79:1 80:18
anyway 66:5
application 81:8
appreciate 39:9
 66:6 87:20
approximately
 2:6,19
April 65:4
aren't 72:3
arguably 64:10
arrest 63:19,20
 63:21 80:7
 81:10,17,18
 87:19
Artemis 8:19,22
 9:2
ASAC 2:7
Asia 5:4
asked 11:13,15
 15:13 17:22
 28:3 34:14
 44:20 77:11
asking 31:9 59:3
aspect 59:2
aspire 28:15,16
 28:17
assert 51:19
assessment 43:8
assistance 79:10
 82:3 83:18
assistant 22:17
associated 85:6
association 7:18
assume 38:18
 49:7 66:15,15
attachment
 82:13
attachments

43:18 44:3
 52:22
attorney 81:3,22
 87:11
attorneys 35:18
 36:11
August 49:13
author 71:11
Avenue 1:21
aware 16:3,4
 73:13 75:18
 76:7

**B**

b 2:12 78:12
back 3:8 23:4
 26:5 33:6
 42:12 43:3,6
 48:5 63:5 74:4
 78:6 82:4 84:1
 84:1
backed 84:11
backing 10:19
bad 59:7 60:15
 79:3,4
Bait 60:20
bait-and-switch
 54:2
balance 3:2
 18:11
bank 9:19,22
 10:16,17 11:3
 11:9,16,17,20
 11:22 12:3,9
 12:11 14:6,11
 14:12,12 15:20
 16:3,5 17:1,10
 18:1 27:13
 33:2,5 43:13
 45:8,10 46:6,6
 48:3,17 49:8
 50:9 56:3,10
 61:6 65:4 67:7
 67:9 69:8,16
 71:20 72:3,4

75:10,11,15
 80:12 85:22
 86:3
bank's 84:16
banking 11:1
 14:22 15:1,4
 16:10
bankrolling
 7:22
banks 10:20
 11:6,6,7,13
 27:15 48:10
 69:22
based 15:5 27:6
 55:21 78:4
basically 10:18
 14:7,21 15:3
 21:16 34:11
 36:18 37:16
bathroom 4:9
bear 51:13
began 20:21,21
beginning 25:19
behalf 7:16
 12:22 13:7
 16:1,2
believe 4:22 6:9
 6:20 11:18
 12:6 16:6
 18:16 23:7
 24:1 32:11
 44:7 46:2
 54:15 79:4
bells 6:1 46:21
beneficial 60:18
best 18:2,18
 35:16 36:12,20
 59:14
better 31:13
 70:9 72:15
 82:14,17
big 6:18 19:1
 27:7 32:21
 57:6 58:6
 59:15,15 60:2

Interview of George Higginbotham
Washington, DC

January 3, 2018

60:5,7,19,20
64:14,16 65:13
82:4,13
**bigger** 32:16
59:4 66:14
**biggest** 59:13
64:10,12 72:6
**bit** 10:20 29:9,10
35:15 71:2
77:6
**bite** 88:5
**Blah-** 38:5
**blah-blah** 38:6
**blah-blah-blah**
37:17 74:15
**blowing** 26:8
**blue** 86:1
**bluefin** 59:17
**blush** 54:5 86:19
**bottle** 4:9
**bought** 46:14,16
**boy** 2:12 40:17
**branch** 81:7
**break** 4:9 87:21
**brief** 25:21
36:12
**briefed** 26:16
**briefly** 33:20
**bring** 10:21
29:10 51:13
59:6
**bringing** 65:2
**brings** 74:15
**broad** 4:12
**Broidy** 37:4,17
60:6 61:10
62:9 73:4
76:12
**brought** 3:7
10:14 38:22
**buck** 65:16
**bucks** 77:4
**building** 78:9
**bullshit** 62:16
**bunch** 28:3

60:19
**business** 6:7
28:10,13 32:13
34:10,16 36:1
37:22 38:3,20
40:11 51:17
61:14 69:4
70:2 71:22
79:22 80:18
81:15
**butting** 10:2
**buy** 47:7 72:8

**C**

**C** 2:1
**call** 10:15 17:15
18:16 20:20,21
21:17 26:10
35:8 40:16
44:20 46:5
49:1 52:19
55:9 56:3
68:18,22 69:11
74:3,9 77:1
**called** 7:2 42:19
42:20 55:16
**calls** 78:22 79:10
**can't** 11:7 35:16
43:3 56:12
61:13 63:12,12
63:12 69:19
79:11 82:5
83:12
**capacity** 39:2
**car** 77:20
**card** 38:20
40:11
**cards** 62:16
**care** 79:11
**career** 29:1 33:4
**carries** 82:10
**carry** 82:11
**case** 7:19 12:18
13:13 15:9
48:4 66:9

70:13 72:11
77:18 85:1
**casually** 42:20
**catch** 59:12,20
60:22 82:3
**catfish** 59:21
**cc** 12:5 45:5
**cc'd** 12:6 49:16
**CD** 24:14,22
**certain** 17:10
72:13,15
**certainly** 63:20
65:1 66:2 79:1
**Certificate** 44:8
**cetera** 73:5
**chance** 31:2
**change** 43:4
**changed** 86:6
**charge** 80:7
81:10,21 82:8
82:10
**charged** 80:11
82:6,6
**charging** 10:4
85:6
**cheap** 66:2
**cheat** 63:12
**check** 4:9 18:10
18:15,16,17
20:16 21:22
22:2,3 69:16
75:4
**child** 78:20
**Chinese** 74:4
**choice** 77:13
83:12
**choose** 80:2,5
87:6
**chronologically**
17:8
**chunk** 65:11
**chunks** 65:11
**circle** 26:5
**circumstance**
34:12

**circumstances**
51:11
**City** 9:19 10:14
11:12 49:8
**civil** 81:13
**claim** 81:9
**clarified** 3:10
**clean** 69:4
**clear** 4:3 12:15
42:16
**clearer** 34:21
43:5
**clearly** 47:14
**client** 9:4 10:7
49:7 50:18
**client's** 51:17
**clients** 21:18
**close** 35:15
36:20 53:3
71:21 86:19
**closed** 3:3
**closely** 54:8
**closeness** 75:9
**closer** 74:18,18
74:18
**CNB** 49:7 75:12
75:13
**code** 64:4
**coerced** 3:1
**coercion** 3:21
**coercive** 80:4
**Colfax** 49:7
65:10 73:4
**come** 8:13 10:11
10:12 14:4
31:22 38:16
52:6,10 63:8
66:16 73:1
78:22 83:7
**comes** 8:12,14
8:15 48:5
82:15 86:21
**comfortable**
21:19
**coming** 45:13

56:4 69:14
73:8 79:10
**commercial**
25:7
**commission**
10:10 81:14
**commit** 59:5
**committed** 60:6
**community** 15:1
51:9
**companies** 5:14
9:4 18:6 29:22
57:2,3 67:6
68:11
**company** 5:12
5:15 6:16 7:5,8
8:9,13,15,16
8:18,19 13:1
44:8,13 46:14
46:14,16 47:6
51:22 52:7,14
52:15,16 54:16
55:5 62:14,15
62:20 64:22
75:3,17 85:15
85:17
**compensation**
81:2
**competent** 51:14
**complete** 40:13
**completely**
26:19,19 72:4
**complicated**
30:9
**computer** 77:22
**concerns** 4:4
31:11 33:7
84:16
**concluded** 88:8
**conditions** 3:4
**conducted** 16:13
16:21
**confidential**
49:6 50:17
51:15,20

confirmed 4:22
Congressional
  41:11
conjecture
  40:13
connect 76:13
connected 76:10
consensually
  78:21
consensus 13:19
consent 77:19
  77:21 78:15
  79:19
consider 15:18
consisted 44:3
consistently
  84:8,11
conspiracy 59:5
  82:12
consulting 9:3
  67:5
contact 35:17,17
  36:21 37:5,6
contacts 41:6
contain 49:9
continue 4:19
  37:15 69:20
  77:7,8,9,17
  83:3,11
continued 69:9
contract 74:1
  81:9
contracts 64:21
  72:3
controversy
  81:9
conversation
  4:20 29:11
  35:4 65:21
conversations
  14:4 67:20
  68:5,20 74:10
convince 86:12
cooperate 80:6
cooperating

87:15
cooperation
  4:13 82:2
cooperative
  77:18 83:9
cooperatively
  78:22
copy 45:11
corporate 51:10
corporations
  51:8
correct 4:17,18
  5:5,13 46:3
corrected 50:3
corresponded
  44:21
costs 22:16
couldn't 5:12
  7:9 47:20
counsel 70:13
countries 74:8
country 77:2
couple 3:14 4:21
  20:2 42:15
course 2:18 4:16
  29:1
court 81:13
court-martial
  81:13
creating 64:21
crime 60:6 82:8
  82:10
crimes 59:5 80:8
  80:10,11 82:9
criminal 1:20
  4:14
cut 56:8
cutout 8:6,8

——— D ———
D 2:1
D.C 1:22
date 2:5 49:11
day 20:19 25:22
  80:7 83:16,21

day-to-day 25:4
days 17:11
deal 36:17 73:4
  75:3 79:14,20
  81:19,20 82:13
  82:14 84:16
deals 28:17
decent 35:7
decision 17:6
  78:12 80:5
deep 85:10
defense 13:7
definitely 8:11
  19:6 20:8
  27:21 28:21
  40:8,9 42:21
  42:22
definition 27:22
definitively
  20:14
degree 32:18
Delaware 65:3
delicate 87:12
deliver 38:15
delve 57:12
demands 81:1
department
  1:19 2:3 61:12
  61:14 81:12
described 39:17
detail 85:9
detailed 11:19
details 3:11 7:21
determination
  81:9
determine 16:21
didn't 3:20 4:4,5
  13:20 26:16
  36:16,17 37:4
  38:8 44:7,10
  47:7,10 48:7
  49:18 50:22
  52:6,8,17
  57:12 58:9
  62:4 64:5

65:13 68:18
  73:20 75:1
  76:1 84:3
  87:19
Dieffenbach 2:7
  3:14,17,20 4:2
  4:10 25:10,14
  25:20 26:7,14
  26:20 27:2,7
  27:10,18 28:7
  28:14,19 29:3
  30:3 31:11,14
  31:17,21 32:3
  32:6 34:17
  35:20 36:5,15
  37:2,11,13,20
  39:5,8 41:13
  41:18 49:11
  54:18,21 55:3
  55:7,11,14
different 23:9
  34:6 43:7
  48:22 50:10
  53:2,3 56:13
  72:2,5 73:7
  82:16 86:9,19
differently
  86:18
differs 47:4
difficult 76:19
dig 73:2
diligence 15:17
  16:13 33:3
  48:13 75:8
direct 69:6
  81:11
directed 73:3
direction 19:2
  29:1
directly 14:3
  15:7 16:2
  80:22
disagree 63:2
disbursed 73:9
discharge 80:22

discretion 82:7
discussed 29:22
discussion 4:12
discussions 4:4
  5:3,6,8
dismiss 57:6
disruptive 87:5
dive 3:9 85:9
divergent 56:13
Division 1:20
doctoring 64:21
document 71:7
  71:10,11,15,18
  71:19
documentation
  17:2,18,21
  75:5 86:16
  87:1
documents
  54:16,22
doesn't 21:21
  61:3 63:17
  74:6 82:11
dog 8:1
doing 4:20 31:22
  33:4,19 50:3
  68:12 69:1
DOJ 2:7,8 12:18
  13:14 35:14,16
  38:17 40:18
  41:3,20 53:16
  53:19 61:8
  72:11 80:17,18
  81:15 82:7
dollar 36:7
  82:16
dollars 65:6
don't 7:9,21
  19:14,21 22:7
  24:15 26:5,22
  29:6 30:5,9,14
  30:15,19 31:10
  32:14 33:8
  39:9,19 40:14
  42:4,9,10,12

Interview of George Higginbotham                                January 3, 2018
Washington, DC

42:13,21,22
43:6,20 46:18
47:8,16,19,21
49:20 50:6
55:20 56:6
57:18,21 58:3
59:4,20 60:12
61:12 62:17,18
62:18,20 63:1
63:2,19,20
64:13 66:1,15
66:16 68:2,14
70:7,10,10
74:14 78:17
79:1,2,3,11
81:17,18 85:6
87:18
**door** 3:3 10:19
  11:12 69:16
**downstairs**
  77:20
**drawn-** 26:10
**drill** 22:4
**due** 10:2 15:17
  16:13 33:3
  75:8
**duped** 61:3 66:2
**duties** 80:22
**dynamic** 88:1

_____
          **E**
**E** 2:1,1
**earlier** 34:1
  45:16
**early** 33:22
  46:15
**earthenware**
  6:13
**easier** 79:9
**easy** 51:3
**eat** 88:5
**effect** 2:19 3:5
  15:4 78:10
**effectuate** 75:20
  76:19

**effectuating**
  84:18
**either** 3:18
  29:22 47:19
  66:1 67:16
  78:15 79:16,19
  81:4 83:8
**either/or** 4:9
**Elliott** 60:5
**email** 44:21
  49:12,21 50:1
  51:1 53:22
  54:6
**emailed** 55:16
**emails** 12:7 58:6
**embassy** 33:14
  33:17 38:10
**embezzled** 34:11
**employee** 61:8
  61:11 80:17
  81:6
**ends** 65:6
**engage** 77:17
**engaged** 6:8,9
  6:17
**entering** 4:13
**entertainment**
  9:4 24:7,9
  32:11 68:12
**entertainment...**
  34:5
**entirely** 73:7
**entirety** 21:6
**escrow** 23:17,21
  24:6,6 32:13
**especially** 10:21
**establish** 20:21
  20:22
**established**
  21:17,18
**et** 73:5
**evaluated** 16:14
**evasion** 66:9
**event** 22:22,22
**everybody** 84:13

**exactly** 14:19
  22:8 57:7
  74:20
**exchanged** 5:1
**excuse** 24:17
  27:22 42:1
  43:22
**execute** 78:14
  79:18
**executive** 81:6
**exercise** 3:21
**existing** 15:1
  16:4
**expand** 60:17
**experience** 11:2
**explain** 66:16
**explained** 28:9
  34:8 38:10
**explaining** 39:9
**explanation**
  14:8 26:11,21
  36:12 50:21
**explanations**
  50:10
**export** 6:21
**extent** 58:13
**extremely** 51:14

_____
          **F**
**facilitate** 31:5
  64:22
**facilitating** 31:6
  73:16
**facilitation**
  82:20
**fact** 39:13 48:18
  54:13,19,20,21
  56:13 60:15
  78:5 81:15
**facts** 31:7 55:4
  55:19,21 58:18
  58:18 63:14,14
  77:15 80:3
  83:14
**fair** 27:2 64:20

**faith** 38:4
**falling** 14:9
**false** 56:11
**familiar** 43:9
  61:12
**family** 76:9
  79:14,20
**far** 67:12 69:10
  69:13
**FARA** 74:12,13
  74:14,17
**FDIC** 48:15
**fed** 32:9,17
**Federal** 11:8
  48:17
**fee** 73:15
**feel** 32:22 33:9
**feeling** 14:1 15:8
**fees** 10:5,6,13
  76:18 85:5
**felony** 81:17
**field** 83:22
**fight** 8:2
**figure** 35:9 58:1
  80:11
**figured** 38:19
**file** 48:14,16
**final** 19:18,18
  19:18
**financial** 38:7,9
**find** 27:13 38:1
  39:11 47:20
  51:11 69:5
  81:19
**fingerprint**
  71:17
**fired** 10:17,17
  16:6
**firing** 16:7
**firm** 13:11 34:4
  36:9 49:7,8
**firms** 36:8
**first** 2:17 3:8
  9:21,22 34:9
  38:2 54:4

**fish** 59:8,8,11,13
  59:14 60:2,3,5
  60:7,9,10,19
  60:20 82:4
**fished** 59:9,10
**fishy** 27:15,19
**five** 64:12
**flashing** 40:10
**flipping** 71:13
**Florida** 25:13,14
**flowing** 65:6
**fly-by-night**
  62:17 74:1
**folder** 58:6
**form** 2:18 57:2
  79:19
**former** 34:10,15
**forms** 61:7
**Fortunately**
  65:12
**forward** 39:20
  75:18 81:20
**frankly** 81:18
**fraud** 33:4 56:10
  61:7 80:12
**free** 3:2
**friend** 10:17
  59:1
**full** 10:10
**fully** 5:2 83:8
**funds** 11:4,4
  23:2 34:12
  54:13
**funnel** 8:10 57:3
**further** 80:6
  85:8 88:2
**furtherance**
  4:14

_____
          **G**
**G** 2:1
**general** 2:4 4:12
  59:16 64:9

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

72:9
**generally** 2:16
3:6
**generating** 25:1
**George** 1:5 2:8,9
2:11,11,15
3:17,19,22
4:16,18 5:6,10
5:14,19,21 6:2
6:5,9,13,16,20
7:1,7,11,14 8:3
8:7,11,15,18
8:22 9:3,6,9,14
9:17,20,22
10:4 11:10,15
11:17 12:1,4,6
12:10,12,14,17
12:20 13:2,4,8
13:10,18,22
14:2,11,15,17
14:19,21 15:7
15:11,16 16:1
16:17 17:4,7
17:10,14,20
18:5,8,12,15
18:19 19:3,6
19:10,14,17,21
20:1,5,8,12,17
20:20 21:4,10
21:15 22:1,5,7
22:10,14 23:4
23:7,11,17,20
24:1,5,11,14
24:17,20,22
25:3,6,10,13
26:3,9,18,21
27:17,21 28:3
28:8,15,20
29:4,6,13,16
29:20 30:8,12
30:17,21 31:4
31:8,16,20
32:2 33:11,16
34:18 35:2,6
35:21 36:6,16

37:3,7,9,11,12
37:14,19,21,21
38:13,14 39:7
39:22 40:3,5,8
40:12,15,21
41:2,5,9,11,15
41:17,19 42:1
42:4,7,10
43:10,12,16,19
43:22 44:2,5
44:11,14,16
45:3,7,11,15
45:18,22 46:4
46:12,18,20
47:1,3,8,10,13
47:16,21 48:1
48:7,12,18
49:1,13,17,22
50:5,11,13,17
50:20 51:6
52:1,4,8,10,13
52:17,19 53:6
53:9,12,14,15
53:17,19,20
54:2,5,7,9,14
54:20 55:2,6,8
55:20 56:1,2,9
56:16,20 57:7
57:14,17,20,22
58:4,8,10,20
59:10,12,15,19
59:22 60:4,8
60:11,14 61:1
61:15,18,20
62:1,4,13,22
63:4,7 64:13
64:15,19 65:8
65:14,16,19
66:4,8,10,12
66:18,21 67:1
67:11,14,20
68:2,8,17
69:13,18 70:3
70:6,12,15,17
71:4,8,12 72:9

72:13,20,22
73:13 74:2,9
74:13,21 75:13
75:15,22 76:3
76:8,22 78:1
78:19 79:6,15
80:4,10,14
83:4,15,20
84:3,5,10,14
84:22 85:4,18
86:2,4,7,14,22
87:14,17 88:4
**getting** 34:6
42:14 58:14
62:11 70:20
74:7,18 76:18
78:7 84:18
**Giuliani** 36:14
36:20
**give** 33:2 42:18
49:15 70:5,11
85:21
**given** 71:2
**gives** 32:12
73:22
**giving** 50:20
**global** 51:8
**glossed** 51:1
**go** 3:11 7:21
21:20 23:4
24:20,21 25:11
29:2 33:1
37:13 38:15
43:6 52:22
53:18 57:17
63:5 66:4 75:4
77:16 78:15,16
79:3,4,17,18
79:22 80:2
82:4 85:22
86:16 87:4
88:2
**goal** 81:22
**going** 7:19 9:19
10:7 24:19,20

24:21 32:16
33:5,14,17
34:21 36:20
39:12,20 42:11
43:13 50:14
53:11,13 58:1
59:16 60:17
66:14 69:20
70:20 72:14,16
73:4,10,15
75:19 77:3,12
77:13,18,19
78:2,5,5,6,7,7
78:8,16,16
79:19,20 80:6
83:2 86:3 87:9
87:10,12,22
88:6
**good** 30:16
32:17,20 38:4
39:21 49:15
55:7 63:9
65:11,11,20,22
66:5,11 73:22
82:18 83:10
**Google** 55:5
**Gotcha** 5:17 6:6
6:15,18 9:5,18
11:21 13:19
14:6 15:10
16:16 17:1,19
18:1,17 19:22
20:4,15 21:21
22:9,21 23:14
24:10 25:5,8
30:4 40:20
43:17 46:9
51:3 72:19
73:12
**gotten** 51:2
**government**
39:2 74:4 81:7
**graces** 65:13
**graduated** 36:3
**grand** 65:17

**great** 27:3 87:18
**greatly** 63:8
**greedy** 66:3
**guess** 10:3 18:2
18:3,18,19
21:5,7 27:10
31:8 32:21
**guns** 79:4,9
**Guo** 7:20 23:13
73:6 74:21
**gut** 14:1
**guy** 21:16 24:18
25:11 29:12,13
29:14,17,19
31:19 38:5,14
41:21 42:2
53:8 61:10
62:11 63:10
64:17 66:20
68:8,8,10,21
85:2
**guy's** 64:22
**guys** 57:6 58:21
63:15 84:7

------

**H**

**H-i-g-g-i-n** 2:12
**hadn't** 16:13
**hamburger** 77:4
**hand** 39:10
**handle** 28:18
39:19
**handling** 25:4
38:7
**hands** 5:1 78:10
**hang** 3:1
**happen** 70:21
73:18 77:12
**happened** 68:21
68:22
**hard** 27:13
**harm's** 79:2,20
**Harry** 2:2,2,14
3:16 4:8,11,19
5:8,11,17,20

Interview of George Higginbotham
January 3, 2018

Washington, DC

5:22 6:4,6,12
6:15,18,21 7:4
7:9,13,15 8:5,9
8:12,16,21 9:2
9:5,7,11,15,18
9:21 10:2,19
11:11,16,21
12:2,5,8,11,13
12:16,19,22
13:3,5,9,15,19
14:1,6,14,16
14:18,20 15:6
15:10,15,22
16:16 17:1,5,9
17:13,19 18:1
18:6,9,14,17
18:21 19:4,8
19:12,16,20,22
20:4,7,10,15
20:18 21:3,8
21:14,21 22:3
22:6,9,13,21
23:6,9,14,19
23:21 24:3,10
24:12,16,18,21
25:2,5,8,18,20
26:5,8,12,15
27:1,3,9 28:2
29:5,8,14,18
30:2,4,11,14
30:19,22 31:5
31:13 32:5
33:13 34:8
35:5 37:6,8
38:12 39:6
40:1,4,6,10,14
40:20,22 41:4
41:8,10,16,21
42:2,6,9,12
43:11,14,17,20
44:1,3,7,12,15
44:22 45:6,9
45:12,17,20
46:2,9,13,19
46:21 47:2,4,9

47:12,14,19,22
48:5,9,13,20
49:4,15,19
50:2,8,12,16
50:19 51:3,7
52:2,5,9,11,14
52:18,22 53:7
53:10,14,18,22
54:4,8,11,17
55:13 56:1,8
56:18,21 57:9
57:16,18,21
58:5,9,11,21
59:11,13,16,20
60:2,5,9,12,15
61:2,16,19,21
62:3,6,14 63:1
63:5 64:14,16
64:20 65:9,15
65:17,20 66:5
66:9,11,14,19
66:22 67:2,13
67:18,22 68:7
68:14 69:12,15
69:21 70:4,7
70:15,18 71:5
71:9,13 72:12
72:19,21 73:12
73:19 74:6,12
74:20 75:12,14
75:21 76:2,5
76:21 77:6
78:2,21 79:7
79:16 80:12,16
83:19 84:2,4,9
84:13,21 85:3
85:8,20 86:5
86:11,15 87:2
87:15,18 88:5
**Harry's** 31:18
**hasty** 17:6
**haven't** 16:20
**he's** 20:18 38:5
41:16 50:20
59:1 60:6,6

64:14
**head** 7:11 20:13
**head-scratcher**
72:7
**heads** 10:3
**hear** 39:8 57:21
70:16 77:8
**heard** 30:6 33:4
53:4
**hearing** 27:14
86:10
**heart** 63:10
**heist** 64:16
**held** 73:9
**help** 23:13 25:15
31:5 34:14,19
35:18 63:6
65:21 79:16
82:3 83:18
87:5,6
**helped** 63:8
83:10
**helpful** 58:14
**here's** 53:11
56:1,9
**hey** 39:10 45:13
50:3 53:10
54:5 60:19
67:4 73:21
**hide** 66:16
**hiding** 60:20
66:13
**Higginbotham**
1:5 2:8,11,11
2:12 3:19,22
4:18 5:6,10,14
5:19,21 6:2,5,9
6:13,16,20 7:1
7:7,11,14 8:3,7
8:11,15,18,22
9:3,6,9,14,17
9:20,22 10:4
11:10,15,17
12:1,4,6,10,12
12:14,17,20

13:2,4,8,10,18
13:22 14:2,11
14:15,17,19,21
15:7,11,16
16:1,17 17:4,7
17:10,14,20
18:5,8,12,15
18:19 19:3,6
19:10,14,17,21
20:1,5,8,12,17
20:20 21:4,10
21:15 22:1,5,7
22:10,14 23:4
23:7,11,17,20
24:1,5,11,14
24:17,20,22
25:3,6,13 26:3
26:9,18,21
27:17,21 28:3
28:8,15,20
29:4,6,13,16
29:20 30:8,12
30:17,21 31:4
31:8,16,20
32:2 33:11,16
34:18 35:6,21
36:6,16 37:3,7
37:9,12,14,21
38:13 39:7,22
40:3,5,8,12,15
40:21 41:2,5,9
41:11,15,17,19
42:1,4,7,10
43:10,12,16,19
43:22 44:2,5
44:11,14,16
45:3,7,11,15
45:18,22 46:4
46:12,18,20
47:1,3,8,10,13
47:16,21 48:1
48:7,12,18
49:1,13,17,22
50:5,11,13,17
50:20 51:6

52:1,4,8,10,13
52:17,19 53:6
53:9,12,15,15
53:17,19,20
54:2,7,9,14,20
55:2,6,8,20
56:2,16,20
57:7,14,17,20
58:4,8,10,20
59:10,12,15,19
59:22 60:4,8
60:11,14 61:1
61:15,18,20
62:1,4,13,22
63:4 64:13,15
64:19 65:8,14
65:16,19 66:4
66:8,10,12,18
66:21 67:1,11
67:14,20 68:2
68:8,17 69:13
69:18 70:3,6
70:12,17 71:4
71:8,12 72:9
72:13,20,22
73:13 74:2,9
74:13,21 75:13
75:15,22 76:3
76:8,22 78:1
78:19 79:6,15
80:10,14 83:15
83:20 84:3,5
84:10,14,22
85:4,18 86:4,7
86:14,22 87:14
87:17 88:4
**Higginbotham's**
4:11
**high** 28:11,11,11
41:7 76:18
**high-level** 36:10
**higher-level**
28:13
**highly** 51:13
76:10

Interview of George Higginbotham

January 3, 2018

Washington, DC

HK 52:11
hold 32:12 43:7
holding 2:18
  23:15
hole 61:6
holes 88:3
home 35:15
  71:21 75:4
  78:18,19,20
  87:1
honest 61:4
  66:17 78:4
honestly 8:3
  19:17 83:17
Hong 41:22 42:3
  51:22 84:1
hook 60:20
hope 77:9
hopefully 68:15
hoping 57:4
hot 33:15
house 62:16
  77:21,21 78:14
  78:16 79:5,9
  87:4
huge 36:8 70:8
hundreds 51:2

**I**

I'd 3:9,11 27:15
  29:1 33:2
  63:20 77:7
  79:16,18 81:19
  83:2,11
I'll 27:3 86:16
I'm 2:7,18 19:17
  20:3,13,14
  21:18 25:22
  26:8 27:12
  30:17 31:1
  36:20 39:1,3,6
  41:17,19,20
  47:12 50:13
  53:18 56:6
  57:13 58:6,15

58:15 60:2,17
  66:4,8,10,12
  68:19 70:22
  71:12 74:15
  77:13 79:13,13
  80:6,10,11
  82:11 83:3,4
  86:10 88:6
I've 33:3,22 35:6
  38:2 51:1 52:4
  56:16,22 57:1
  63:8 74:10
  80:15 83:20
  84:9,13
idea 40:12 47:3
identified 34:19
  37:4 51:12
illegally 59:7
illegitimate 57:4
immediately
  10:15,16
in-law 78:20
inaccuracies
  48:20
Inaudible 18:8
include 13:15
included 5:9
includes 58:22
Including 25:6
incoming 9:15
  55:9,15
inconsistencies
  42:16
inconsistent
  10:22
incorporated
  75:7
incorporation
  54:15,22
indirectly 81:1
individual 5:3
  8:1 9:7 21:4
  51:10 85:10
individuals 51:8
influence 13:17

influencers
  72:15 73:11,17
  76:14
information
  2:22 31:10
  49:9 55:17
  63:9 71:3
informed 4:16
  80:5
infringement
  46:10,11,17
  47:20
initials 71:15
ink 86:1
insist 78:6
Inspector 2:4
instance 35:12
intended 11:4
intentionally
  58:2
interest 25:1
  70:16 81:12
international
  28:10
interview 1:5
  88:8
introduced 21:1
  21:2 35:12
introduction
  36:14
invest 68:10,10
  68:11
investigation
  16:14,21
investigations
  4:15 33:4
investigator
  80:13,14
investor 68:4
invited 84:5
involved 34:7
  36:1 57:22
  58:12 60:6
  61:3 72:17
isn't 64:8 80:4

issue 46:11
  51:21 56:10,11
  79:8
issues 3:7,9 4:21
  34:9 51:15
  79:14
it'd 79:9
it's 4:3 8:11 11:8
  14:8 16:19
  23:15,17,18,19
  25:18 26:15
  27:3,15 28:22
  29:5 30:9,10
  30:12 39:12
  40:15 42:19,20
  46:14 51:3
  52:15,16 53:2
  53:2,3 57:10
  57:11 60:15
  62:7,16,16
  64:4,11 66:12
  68:13 70:15,16
  70:20 71:15,21
  73:19 85:14,14
  86:20 88:6
items 44:5

**J**

jail 82:10,11
January 1:11
  2:5
Jho 5:4 7:6,7,18
  7:19 8:6 12:18
  30:12 35:13
  40:1,4 41:8
  52:18 56:15,21
  60:5 61:10,16
  61:18,21 62:7
  62:8,9,11
  64:11,18 81:16
  84:17 85:15
Jho's 12:19 13:7
job 3:1 36:4 38:3
  87:13
judicial 81:6

July 3:8 4:17
  27:9
jump 86:1
Justice 1:19 2:3
  41:12

**K**

keep 11:6 64:1
  70:1 71:13
  78:7 87:15
Ken 2:7 25:8
  64:8 72:7
KENNETH
  3:14,17,20 4:2
  4:10 25:10,14
  25:20 26:7,14
  26:20 27:2,7
  27:10,18 28:7
  28:14,19 29:3
  30:3 31:11,14
  31:17,21 32:3
  32:6 34:17
  35:20 36:5,15
  37:2,11,13,20
  39:5,8 41:13
  41:18 49:11
  54:18,21 55:3
  55:7,11,14
kind 3:7 10:12
  10:12 13:12
  16:13,14 22:22
  27:5 32:7
  33:17 34:7
  35:2,7 36:9
  38:21 39:2,3
  39:13 40:18,19
  40:21 43:1
  44:21 49:16
  69:5 71:5
  74:18 75:7,9
  79:2 83:6
kinds 6:10 16:18
  22:18 28:12,18
  28:20 34:5
  76:12

Interview of George Higginbotham

January 3, 2018

Washington, DC

**knew** 36:1 65:1
**know** 5:2 7:20
8:3 10:22 11:4
11:5,6,7 12:2
14:4 15:4 16:9
16:18,19 19:21
22:7,15 24:5
24:15 28:15,17
29:6,11 30:5
31:9,10 33:20
36:10,17 37:6
37:11 38:5
39:12,19 40:1
40:14 42:10,14
42:18,19 47:15
47:16 48:9,9
48:16 49:20
50:6,9 51:16
52:3,17 53:1
53:14,18 54:4
56:6,12,14
57:5,10,15
58:2,22 59:3
59:14 60:20
61:12 63:5
64:1,2,5,7,7,13
65:1,1,5,12,22
66:1,2,12,15
66:15 67:4
68:9,14,15
69:7 70:1,22
71:1,2,5,6,15
71:17,20 72:2
72:7 73:2 74:1
75:2,4,18
78:18 79:3,13
80:20 81:20,21
82:1,11,22
83:5,13,18
84:16 85:6,11
85:21 86:5,15
86:17,20 87:3
87:5,7,10,11
**knowing** 79:8
**knowledge** 14:5

20:15 36:13
**known** 33:22
38:2 86:3
**Kong** 41:22 42:3
51:22 84:1

_____
**L**
**L.A** 18:16
**lack** 72:15
**lady** 35:22
**large** 6:22 10:21
73:1
**larger** 28:16
32:19 82:20
**late** 30:17 70:20
**laugh** 25:18
**Laughter** 25:17
27:8 29:15
30:13
**launder** 59:5
82:12
**laundering**
62:21 73:14
75:22 76:16
82:15 84:14
**law** 16:10 25:11
32:18 36:3,8,9
49:7 63:13,16
63:22 80:17,21
**lawsuit** 76:16
**lawyer** 27:20
53:16,19
**lay** 70:19
**learned** 85:16
**leave** 3:2 63:17
**led** 15:12 35:2
**left** 25:3
**legal** 32:17 36:1
36:2,6 39:2
**legislative** 81:6
**legitimacy** 17:2
33:7
**legitimate** 6:7
26:19 32:10,11
39:17 51:22

57:3 61:17
62:15 69:22
71:19 75:17
**legitimately**
85:19
**let's** 42:12 77:6
86:2,13 87:21
87:21,21
**letter** 4:1,12
14:12,20 15:8
15:17 16:5,9
16:11,12 42:19
42:19 43:12,21
44:1,9 45:19
47:5,11 48:21
55:1,4,18,19
78:10
**level** 28:11 41:7
83:4
**levels** 82:16
**Liaison** 41:11
**libelous** 16:19
**license** 32:18
**Lidsky** 2:2,3,14
3:16 4:8,11,19
5:8,11,17,20
5:22 6:4,6,12
6:15,18,21 7:4
7:9,13,15 8:5,9
8:12,16,21 9:2
9:5,7,11,15,18
9:21 10:2,19
11:11,16,21
12:2,5,8,11,13
12:16,19,22
13:3,5,9,15,19
14:1,6,14,16
14:18,20 15:6
15:10,15,22
16:16 17:1,5,9
17:13,19 18:1
18:6,9,14,17
18:21 19:4,8
19:12,16,20,22
20:4,7,10,15

20:18 21:3,8
21:14,21 22:3
22:6,9,13,21
23:6,9,14,19
23:21 24:3,10
24:12,16,18,21
25:2,5,8,18
26:5,8,12,15
27:1,3,9 28:2
29:5,8,14,18
30:2,4,11,14
30:19,22 31:5
31:13 32:5
33:13 35:5
37:6,8 38:12
39:6 40:1,4,6
40:10,14,20,22
41:4,8,10,16
41:21 42:2,6,9
42:12 43:11,14
43:17,20 44:1
44:3,7,12,15
44:22 45:6,9
45:12,17,20
46:2,9,13,19
46:21 47:2,4,9
47:12,14,19,22
48:5,9,13,20
49:4,15,19
50:2,8,12,16
50:19 51:3,7
52:2,5,9,11,14
52:18,22 53:7
53:10,14,18,22
54:4,8,11,17
55:13 56:1,8
56:18,21 57:9
57:16,18,21
58:5,9,11,21
59:11,13,16,20
60:2,5,9,12,15
61:2,16,19,21
62:3,6,14 63:1
63:5 64:14,16
64:20 65:9,15

65:17,20 66:5
66:9,11,14,19
66:22 67:2,13
67:18,22 68:7
68:14 69:12,15
69:21 70:4,7
70:15,18 71:5
71:9,13 72:12
72:19,21 73:12
73:19 74:6,12
74:20 75:12,14
75:21 76:2,5
76:21 77:6
78:2,21 79:7
79:16 80:12,16
83:19 84:2,4,9
84:13,21 85:3
85:8,20 86:5
86:11,15 87:2
87:15,18 88:5
**lie** 11:7,8 63:12
79:11,12
**lied** 80:15
**lies** 48:16 67:7
**life** 30:18
**light** 26:13
**line** 28:12,22
**lines** 13:21
**LinkedIn** 38:18
**listed** 44:5
**listen** 35:11 69:9
74:11
**listing** 44:18,19
**literally** 9:11
**litigation** 46:17
49:6 50:14
**little** 10:20 29:9
29:10 35:15
60:3,9 70:20
71:2,20,21
77:6
**LLCs** 65:2
**loan** 7:16 11:2
**lock** 42:13 43:1
57:19,21 86:13

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

**locked** 3:4 43:2
**Logan** 74:7
**logged** 48:14
**logistically**
  70:19
**logistics** 87:22
**long** 26:10,21
  32:13 34:8
  38:2 82:4
**look** 23:5 37:18
  37:19 43:9
  49:2 54:5,8
  69:19 70:21
  71:1 74:16
  78:2,3 85:11
  86:17
**looked** 6:16 7:2
  7:2 49:18 52:4
  52:20 55:8,9
  55:11,14 75:10
  75:15,16 85:12
  86:9
**looking** 30:21
  32:6 35:13
  36:3 68:19
  69:3
**looks** 74:17
**lot** 10:20 11:6
  32:17 39:14,16
  62:9 63:9 64:1
  64:2 65:13
  68:20 69:4
  70:9 73:20
  83:2,10
**low** 5:4 56:15,21
  60:5 64:11
  81:16 83:1
  84:17
**lower** 82:17
**Lucky** 5:22 6:4
  6:7 7:16,22 8:5
  13:3 23:2 30:1
  46:13 47:6,17
  51:5,5,9,9,20
  51:21 52:6,11

52:20,20 54:12
54:14,21 55:10
55:13 56:5
57:5 67:15,16
75:2,5,16,17
85:12,12 86:8
86:16,20
**lying** 61:7 80:13
80:14

---

## M

**Macau** 29:17
  84:1
**MacBook** 77:22
**major** 22:15
**making** 79:10
**Malaysia** 77:2
**man** 69:19 78:4
**manager** 9:10
  34:16 37:22
**managers** 34:10
**manipulate**
  63:13
**March** 65:4
**Mark** 5:22 6:4,7
  7:16,22 8:6 9:8
  10:9,10,13,16
  11:14,19 12:2
  13:3 14:9 15:2
  15:8 16:6,7
  17:14 23:2
  30:1 38:2,4,7
  45:4 46:5,13
  47:6,18 50:3
  51:1,5,5,9,9,20
  51:21 52:6,11
  52:20,20 54:12
  54:14,21 55:10
  55:13 56:3,5
  57:5 67:15,16
  69:7 75:2,5,16
  75:17 85:12,12
  86:8,16,20
**Mark's** 10:17
  11:21 45:9,11

46:9
**Mary** 2:13
**matter** 48:18
  49:6 61:3 65:5
  74:22 80:19
  81:10
**matters** 34:3
  51:20 81:16
**mean** 8:7 25:20
  26:10 27:12,14
  29:4 31:8
  37:14 40:15
  42:6,17 45:4
  50:21 53:12
  54:15 55:20
  62:4,6,8 64:11
  72:22 73:20,22
  74:2 79:3
  81:22 82:2
  83:15 86:18,22
**media** 67:5
**meet** 7:4,5 38:14
**meeting** 30:18
  83:21
**meetings** 4:17
  85:10
**memories** 3:11
**mention** 4:1
  15:8 53:5
**mentioned** 5:17
  9:7,18 76:5
**merely** 9:9
**mess** 61:5,6
  63:18,19
**message** 38:15
**met** 3:8 7:7
  29:17 34:2,9
  52:18 62:8
  68:20
**Microsoft** 71:14
**middle** 25:16
  26:1 33:10,21
  39:11 65:3
  72:17,20
**middleman** 71:6

**middlemen**
  72:16
**military** 81:13
**million** 18:20,22
  18:22 19:1,1,3
  19:5,7,9,11,13
  19:15 20:6,7,9
  20:11,11 21:7
  21:7 27:13,13
  27:14 32:12
  33:2,6 65:7
  67:4 72:6 74:1
  82:13
**millions** 65:5
**minimize** 81:22
**minimized** 83:6
**Minister** 77:1
**minnow** 60:11
  60:12,13 82:4
**misappropriat...**
  34:11
**miscommuni-**
  79:2
**mistaken** 31:1
**Mm-hmm** 11:10
  15:22 17:9,13
  19:20 27:17
  28:7,14 35:5
  35:20 36:5,15
  38:12 51:6
  58:8 60:14
  62:13 71:4
  75:12 78:1
**money** 5:9,11
  6:6 7:16 8:10
  8:12 9:9,12,19
  10:5,6,22,22
  12:19,20,22
  13:5,5,6 18:3
  21:12,20 22:8
  22:12,20 23:15
  23:15,18,19,22
  24:2,6,8 25:6
  28:6 32:15
  33:7 34:22

45:13 50:10
51:19 52:5
56:4,14 57:3
59:5,6 62:10
62:21 64:22
65:9 67:12,13
67:16 68:4
69:13 72:14,16
73:1,2,3,8,13
75:18 76:1,16
82:15 84:14,18
**monies** 4:22 5:1
  72:10
**Morgan** 21:2,14
  21:15,22 22:2
  22:13 67:10,11
  68:15,21
**morning** 2:20
  3:17 4:4
**Moskowitz** 9:8
  10:3,4 14:10
**mother-** 78:19
**mouth** 58:16
**move** 32:15 36:9
**moved** 9:12 24:8
  75:17
**multibillion**
  36:7
**multimillion**
  36:7
**music** 34:5 38:3

---

## N

**N** 2:1
**name** 2:2,10 5:3
  5:12,16,17,22
  7:10 8:16,19
  8:19 9:8 24:15
  30:5,11 31:1
  37:10 53:2,7
  62:12 66:20,21
  75:3
**names** 49:9,10
  57:2 75:9
  86:18

Interview of George Higginbotham                                        January 3, 2018

Washington, DC

Nancy 2:12
National 9:19
    10:14 11:13
    49:8
nature 50:14
naval 81:14
necessarily
    56:18
need 25:16 26:1
    37:18 42:16
    51:11 53:1
    58:18 60:12
    69:10 74:11,13
    78:3 79:22
needed 69:5
    83:17
negotiate 13:12
never 11:15 33:3
    42:7 53:6,9,20
    54:10 80:15
New 1:21 68:6
newbie 26:15
newborn 87:11
Newly 32:6
nicer 32:5
night 65:3
Nikki 37:7,8,9
    72:18 76:5,9
noon 88:6
normal 11:1
north 18:20,21
    18:22 19:1
notifying 10:16
notwithstandi...
    51:10
novelties 6:10
number 3:6
    17:11 19:18
    20:13 49:2
    65:10 66:7
    77:12,19 81:15
numbers 28:11
    28:12,21

──────── O ────────

O 2:1
o-t-h-a-m 2:13
objectionable
    10:8
obscure 64:5
observe 13:20
observed 14:3
obviously 79:7
occurred 31:12
offense 11:8
offenses 48:17
office 2:4 41:12
    41:12 83:22
officer 81:5,13
official 39:2
    61:7 80:22
oh 29:16 35:15
    40:17 41:15,18
    53:20 54:5
    56:20 57:5
    59:22 62:1
OIG 2:8
OJP 2:8
okay 3:12,20 4:2
    5:8,11 6:4 7:15
    7:18 8:5,12,16
    8:21 12:8 14:6
    18:1 19:16
    20:10 21:3,21
    23:9 24:3 25:8
    26:3,7,14,20
    29:3 30:4
    34:17 35:2,7
    37:16 40:14,22
    41:10 42:9
    43:11 44:3,15
    52:13 55:11,14
    55:15 56:10,20
    57:11,20,20
    58:4,5,20,21
    58:21 59:7,11
    59:13,19,22
    60:8,22 61:15
    62:2,5,21,22
    63:4,7,18,19

63:22 64:3,15
    64:19 65:8,9
    66:4 67:3,9,22
    68:7,14,14
    70:21 71:9
    72:12,21 73:19
    74:6 78:12,17
    79:7 80:1
    86:14,14,22
    87:2,4,14 88:3
    88:4,6
omit 44:7,10
once 10:11
    12:14,20 17:7
    33:3 43:2
online 6:17 28:9
    52:4 75:16
    86:10
Ooh 40:22
opened 65:4
opportunity
    39:11 70:8,11
opposed 69:6
opposite 41:16
    41:17
Option 78:12
order 17:12
organization
    86:8,9
original 44:16
    46:4
originally 9:19
    16:12 34:2
    45:8 49:18
outside 68:4
overseas 5:4
owned 9:4
owner 29:20,21
ownership 24:4

──────── P ────────

P 2:1
p.m 88:6
page 71:9
paid 10:10 65:9

73:15 76:18
    78:7
paper 84:6
papering 36:22
    37:16 39:18
paperwork
    44:12 64:21
parcel 34:13
part 14:22 25:22
    33:8,18 34:13
    38:17 46:19
    56:21 64:6
    67:6 82:12,19
    87:3 88:1
particular 21:4
    35:12,21 44:10
    73:11 81:10
particulars 49:5
partner 51:12
partnership
    58:13
parts 80:20
party 81:11
path 77:16 80:1
    81:19 83:12
Pause 45:2
pawn 32:19
paying 22:16,17
    66:8
peanuts 65:17
people 13:16
    23:12 28:13
    29:17 32:8
    41:6 53:19
    57:1,4 65:10
    65:11 67:3
    72:14 73:10,16
    73:16 75:19
    76:11,12,12,17
    85:5
percent 10:5,6,8
    21:19 34:4
period 21:12
person 8:13
    10:13 35:3,7

72:8 81:5
personal 10:17
    14:22 15:4
personally 81:4
perspective
    31:18 68:12
    75:1 77:5
philosophical
    29:5
phone 68:9
    76:11 77:20
phones 38:20
phrasing 31:13
physical 9:11
pick 76:10 77:15
picture 34:21
    43:5
piece 24:7 72:17
    72:20 73:9
    84:6
piggyback 29:8
place 20:3 22:11
    23:1 39:4 67:3
    87:9
places 9:13
plaguing 27:9
play 76:6
please 2:10
point 11:11 14:2
    36:22 39:17
    42:15 48:21
    57:14 70:12
police 83:7
political 33:11
    76:15
politically 76:10
portfolio 21:18
    36:8
portion 24:1
position 5:2 32:9
    32:20 60:16,17
    70:8 82:19
positions 86:13
positively 13:17
possible 8:5,11

Interview of George Higginbotham                                    January 3, 2018

Washington, DC

31:9
possibly 14:7
   50:22 87:6
potential 4:14
   13:16
potentially
   16:19 48:2
pottery 6:10
Pras 9:4 10:7,8
   11:14 14:9,15
   14:16 16:1,2
   18:10 20:16
   21:21 23:14,22
   24:3 33:22
   40:6,10 53:4
   55:18 58:22
   61:9 62:8
   67:19 68:4,9,9
   69:4,9,19
   72:16 74:11
   76:13
precisely 14:14
prefer 63:21
preference
   79:17 87:2
press 57:1
pressure 83:14
pretty 14:5 19:1
   33:14 76:19
Prime 77:1
principal 16:5
privacy 3:3
probably 31:18
   32:10 44:20
   58:2 64:5
   70:19 75:10
problem 50:4
   52:5 56:9 61:8
   64:6 72:1
problem-solver
   35:7
procedurally
   2:16 77:12
proceeding 81:8
processes 84:19

producers 22:17
professionally
   79:21
professionals
   51:13
Programs 41:12
project 22:15
projects 8:1
promise 70:4
promises 3:21
   82:5
proper 80:22
properties 71:10
   71:14
prosecutors
   82:7
prove 78:4
provide 17:1
   49:5 51:14
   82:3
provided 44:17
   44:19 56:4
   80:21
providing 2:22
pull 76:18,19
purpose 23:10
   23:11,12 31:4
   45:14 59:6
purposes 72:11
pushes 67:4
put 11:20 28:9
   43:4 46:7
   51:17 52:19,20
   55:21 56:5
   67:3 77:13
   79:1,20
puts 81:16
putting 58:16

## Q

qualified 51:13
qualify 64:11
qualities 32:17
question 8:4
   25:18 26:15,19

27:7 32:21
   33:20 37:15
   56:7 77:11
questioned 11:3
   15:12
questions 3:15
   4:7 10:21 11:6
   11:16,17,18,18
   11:20 15:13
   16:15 17:3,21
   21:8,10 28:4
   44:17 45:12
   46:5,7 48:10
   64:2 69:9,10
   73:20
quite 53:2

## R

R 2:1
R&D 46:14,15
   47:6,16
rabbit 88:3
rainy 20:18
raised 39:10
RBC 75:11,13
reach 84:3
reached 83:22
read 2:17 49:4
   49:15,19,21,22
   56:22 57:5
   58:11
real 41:7 84:11
reality 29:10
really 15:18
   26:10,10 31:22
   33:8,17 36:22
   38:8,13 39:14
   39:18 42:10,19
   53:3,3 65:20
   65:22 66:5
   68:2 82:18
   85:9
reason 10:9
   20:13 25:22
   44:10 50:8

54:11
reasonable 28:5
   72:8
reasons 86:15
receive 81:2
received 8:17
   16:12
receives 81:1
recognize 5:20
   45:1 49:18
   71:6
recommended
   38:4
reconvene 88:1
record 3:12 4:3
   29:21
recorder 49:5
recording 22:16
records 11:7
recruiting 36:2
   36:2,6
Red 5:14 23:3,3
   30:2,3,4 67:16
   75:6
reduction 10:13
reference 4:11
   51:7
references 46:10
reflects 82:22
refrain 78:6
refreshed 3:10
regard 64:18
regarding 49:9
register 74:11
   74:14,17
Registry 44:8
regulations
   16:10
reiterated 83:21
related 49:6
relation 81:7
relationship
   10:14 12:13
   14:7,22 15:2,5
   16:4 18:2,10

20:22,22 69:6
relationships
   15:4
relative 11:2
   78:17
relayed 71:3
relevance 26:22
relevant 49:9
relied 55:3
rely 54:19 55:17
remain 3:4
   77:17
remedy 34:14
remember 5:12
   5:16 7:10 30:5
removed 77:2
rendered 81:4,4
repeat 68:16
reports 48:14,16
represent 61:13
   61:19 80:18
representatio...
   81:3
representative
   7:5,8
representative's
   7:10
represented
   38:16 70:13
representing
   61:16,18 64:18
represents 61:21
request 42:8
   81:8
requests 17:11
researched 52:2
resolution 10:12
resolve 51:15
respond 17:12
   70:5
responded 12:2
response 11:20
   11:21 15:20
   16:3 45:9,12
   46:9

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

responses 12:8
  17:16,17
rest 25:3 73:3,9
retaliation 16:7
ride 85:22
right 7:19 9:13
  11:8,9 12:19
  13:1,2,3,10,15
  13:16,18 14:11
  15:6,15 18:7
  20:2,10,11
  22:7 23:16,21
  25:11 31:20
  43:7,15,18
  44:1,9,13 45:6
  45:9,11,17
  47:5,9,12,15
  48:5,6,10,12
  48:15,17,18
  50:8,11,12,16
  50:19 52:5
  53:16,17 55:1
  55:6 57:20
  58:7 59:8,17
  60:3,13 61:1,2
  61:4,5 62:7
  63:1,3,21
  64:10,14,20
  65:4,6,15
  69:12,15,17,21
  70:7,15 72:18
  76:21 77:6
  79:12,15 82:1
  82:14 84:21
  85:3 87:7
ring 5:22 46:21
road 77:10
rob 85:22 86:3
Rock 23:3,3
  30:3,4
Rocks 5:15
  67:16 75:6
role 76:6,7 81:21
  82:22 83:6,8
roles 32:7

Rolodex 34:19
room 63:18
route 79:17,18
ruin 30:15
ruling 81:8
run 69:7

_____ S _____
S 2:1
safety 79:22
sandwich 27:4
satisfies 79:21
satisfy 17:3
saving 20:18
  65:13
saw 56:5 85:12
  85:13
saying 14:12
  16:1,3 41:14
  41:16,17,19
  47:12 60:1
  62:2 66:10
  70:1 71:1 72:7
  82:12 83:16
says 2:21 33:5
  46:13 47:5
  55:13,13 80:17
scenario 63:17
scheme 32:19
  65:18 67:3
  73:14
school 25:11
  36:3
scope 22:22
search 55:5
  77:20,21 78:13
second 26:4
  39:10 42:13
secondhand
  14:5
secure 13:8,10
  13:11
security 79:7
see 46:19 53:1
  59:22 62:1,4

71:13 75:9
  78:17 83:3,11
seeks 81:1
seen 55:22 62:7
sell 62:18
sells 52:14
sends 14:18
sense 25:15
  41:13 44:22
  46:22 69:22
  83:6
sent 14:12,12,14
  14:16 15:14,14
  16:5 17:15,16
  17:17 23:2
  24:6 45:4,7
  49:14,20 54:5
sentence 82:10
  82:11,15
sentiment 40:21
September 4:17
  42:20
series 15:13
serious 33:6
seriously 48:21
  79:8
services 51:15
  62:19 81:3
set 44:16 46:4
sets 67:5
settlement 13:13
seventy 65:16
severed 12:13
severs 14:6
share 78:11
shared 71:19
  72:4
shares 61:10
shed 26:12
sheet 47:22
shell 8:9 62:20
  65:2 67:6
  85:17 86:8
shit 62:20
short 22:6

shot 36:20
show 60:21,21
  64:4
Showed 10:19
showing 58:6
shown 11:12
shows 66:1
side 33:11 72:2
  76:15,16,17
side-by-side
  86:17
signed 2:19 76:2
  76:4 84:6
significant
  22:19,21 28:5
  28:12,16,22
  41:7
significantly
  76:18
similar 21:8
  53:2 57:2 75:2
sit 41:21 42:2
  76:22 77:1
sitting 64:9,17
situation 21:19
  23:13 34:15,18
  34:20 35:1,9
  35:13,22 36:13
  36:14 69:7,8
  70:14 73:6,6,7
situations 75:20
slanderous
  16:20
smacks 72:5
smart 25:11
  31:19
smarts 32:9
snapshot 71:14
software 46:14
solution 35:13
somebody 31:9
  39:1 53:22
  58:7 61:13
son 38:3 69:1
sorry 26:8 28:2

29:16 39:6
  71:12
sound 63:7
sounds 39:17
  62:14
source 5:1 11:3
  54:12
Southeast 5:4
souvenir 57:6
  62:15
souvenirs 6:12
  6:13 51:22
  52:6,15 85:15
  85:17
speak 8:2
speaking 17:8
Special 2:2
specific 14:3
  46:7 55:1 68:3
specifically 24:9
  45:3 54:18
  55:4,17 68:1
  68:19 74:19
specifics 48:4
  88:2
spell 2:9
spelled 86:18
spent 25:7
spot 39:21 86:20
springboard
  83:10
Standard 4:7
Standing 62:14
Stanley 21:2,14
  21:15,22 22:2
  22:13 67:10,11
  68:15,21
start 3:7 65:6
started 9:5 38:7
  62:17
state 2:9
stated 50:13
  86:15
statement 75:11
  75:16

Interview of George Higginbotham                                    January 3, 2018
Washington, DC

**statements** 56:3
  56:11
**States** 1:19 2:3
  59:6 81:11
**stateside** 8:14
**stature** 35:18
**statute** 61:13
**Step** 86:1
**stepped** 36:18
**Steve** 76:11
**sticks** 20:13
**stolen** 34:11
**Stone** 30:2
**stood** 8:10 65:3
**stop** 37:14 87:21
  88:6
**stopover** 22:6
**stories** 56:14
  66:16 72:2
**story** 27:3,14
  43:7 79:11
**straight** 38:5
  66:6 77:14,15
  83:5,17
**strategic** 51:12
**strategy** 32:13
**stress** 57:13
**strike** 73:21
**strikes** 71:20
**stuff** 6:11 9:15
  22:16 32:11,22
  33:19 34:14,22
  38:8,9 39:15
  39:18 69:4
  85:13
**subsidiary** 47:9
**substantial** 4:22
  5:1 81:12 82:3
**substantially**
  47:4
**substantive** 27:5
  76:7
**successful** 28:16
  35:1
**sucked** 37:22

**Suite** 1:21
**sum** 73:1
**sums** 10:21,22
**sundry** 73:10
**supporting**
  17:18,20
**sure** 3:16 5:21
  9:12 28:19
  31:16 37:19
  39:7 44:22
  59:19 66:18
  70:6,17
**surprise** 30:15
**surprising** 40:17
**suspected** 61:6,7
**suspicious** 27:16
  27:19
**swordfish** 59:18

_____

**T**
**table** 43:5
**tactics** 56:22
  57:1
**take** 21:19 33:5
  33:6 37:18,19
  38:19,20,21
  39:4 60:21
  63:2 64:3 70:2
  70:21 73:2,8
  77:6 79:8
  87:21
**taken** 20:3 22:19
  32:8 48:20
**talk** 29:9 44:9
  53:10 67:18
  70:18 76:11,11
  76:12 85:8
  86:12 87:21
  88:2
**talked** 3:18 4:21
  7:17 10:20
  33:13,16 43:13
  43:14 48:6,6
  48:10 55:15
  57:1

**talking** 2:16 3:6
  23:1 28:5,8,10
  41:5,8 43:2
  50:6,9 51:16
  58:12 60:2
  64:1,6 70:22
  74:2,3 84:20
**talks** 53:7 64:4
**tape** 88:7
**tax** 66:9
**taxes** 66:8
**tear** 78:14 79:17
**tech** 47:17
**technology**
  46:16 47:7
**tell** 26:16 27:4,4
  31:17 40:6,6,8
  40:9 43:7
  50:14 55:18
  67:9,14,22
  83:7 84:7
  85:21
**telling** 58:15
  83:3,4 86:7,8
**term** 32:13
**terminated** 10:9
  10:11 17:15,16
  18:9
**terminates** 18:2
**terminating**
  15:19
**terms** 4:12 29:7
  36:6 37:1 56:4
  69:3 75:6,22
  84:15,22
**Thank** 2:14 4:10
  87:18
**thanks** 70:1,1
**that's** 3:12 6:17
  7:1 8:9 9:14,17
  9:17 11:8
  13:19,20,21
  20:10 23:21
  24:8 25:22
  26:9,10 27:7,9

  29:13,14,18
  30:4,18 31:8
  31:12,13 32:11
  32:13,14,19
  33:8 35:15
  36:13 38:19
  39:20,20 41:14
  43:1,2 45:20
  46:2,2,16
  47:14 49:8,17
  50:17 52:15
  56:5 57:4,7,9
  57:10,11 58:17
  58:18 59:7,8
  63:16 65:20,22
  66:5,7,19 67:2
  68:12,16 69:18
  70:12 72:20
  74:16 76:2,3
  77:3,5,5,5 78:9
  81:7 82:13,14
  82:18 86:13
  87:7
**there's** 29:10
  33:6 36:19
  56:9 60:20
  66:14 80:20
  81:21
**they're** 6:9
  28:12 56:12
  62:20 77:14
  86:17,19
**they've** 32:16
**thief** 64:10 72:6
**thing** 7:18,20,21
  19:18 25:21
  27:11 33:17
  34:7 36:9
  38:10 41:3
  42:14 43:1,2
  44:21 48:1
  56:1,9 57:11
  59:7 60:15
  62:8 63:6
  65:20,22 66:6

  66:14 68:17
  69:5,19 70:3
  73:8,11 74:19
  75:7,9 85:14
**things** 4:5 15:18
  22:18 27:22,22
  32:10,14 34:5
  37:1,16 38:21
  39:4 42:15
  55:21 58:1
  65:18 68:11
  73:18 76:20
  77:12,19 79:3
  81:19 83:2,10
**think** 7:13,14
  14:7,8 17:11
  18:2,14,17,20
  19:4,8,12,14
  20:5,8 22:17
  26:22 27:15
  29:9,21 31:1
  31:18 32:7,7,8
  32:14,16 33:1
  37:10 39:8,9
  39:13,16,19
  40:5 45:15,18
  45:22 48:2
  49:2 52:1
  55:20 64:11
  68:2 69:22
  70:15 73:19
  74:16 75:4,5
  76:1,1,13
  77:22 78:3,12
  82:21 84:7
  86:22
**thinking** 31:6
  38:4 64:7,9
**third** 7:21
**thoroughly**
  87:13
**thought** 10:6
  28:4 30:19,22
  76:17
**thoughts** 77:9

Interview of George Higginbotham                                      January 3, 2018

Washington, DC

Page 102

threats 3:18
three 64:12 67:6
throw 82:4
  86:21
thrown 84:15
throws 73:22
tied 36:10 64:18
  82:16 85:15
time 2:5 3:2 14:2
  17:14 21:12
  25:19 30:16
  34:2,8 38:2
  57:14 81:5
  85:13 86:10
timeout 77:7
today 39:12
  63:20 70:21
  77:13 78:15
  80:6 81:17
  87:19
told 7:20 11:1
  47:15 54:14
  55:22 65:7
  67:8,11 68:3,3
  68:15 69:3
  71:1 78:4
  83:16 84:6,13
tone 40:19
top 7:11 64:12
  64:12
total 62:16
totality 10:5
tough 58:22
touristy 6:10
town 68:21,22
trademark
  46:10,10,17
  47:20
trading 51:5,9
  51:21 52:6,11
  54:12 55:5
transacted
  34:22
transaction
  28:13

transactions
  11:12 15:12
  20:2 22:11
  25:4 28:21
transferred
  72:10
transferring 5:9
transitioned
  46:15
trash 87:9
Treasury 48:15
tremendous
  75:8
tried 20:22
trinkets 6:10
trips 32:3
true 56:12 73:22
truly 59:4
Trust 58:5
trustworthy
  24:18
truth 58:17,17
  63:14,14 67:9
  84:7
truthful 11:22
  12:8
try 34:20 35:16
  35:17 67:4
  72:11
trying 23:13
  27:12 34:14
  41:6 57:13
  69:4 73:17
  75:19 80:10
tuna 59:17
tune 43:4
turn 26:3
turns 35:22
Twenty-five
  24:22
twists 86:21
two 18:4,5 29:22
  50:9 72:2,10
  74:7 84:19

___ U ___
U.S 47:9
unable 10:11
  49:5
uncomfortable
  26:2 27:11
  28:1 32:22
understand
  25:15 27:12
  33:8 42:5
  56:22 73:7
  76:8 85:18,21
  87:10
understanding
  13:6 23:12
  56:6 72:9
  73:14 74:5
  84:17 85:1
unfair 16:19
uninvolved
  58:14
unique 61:9
United 1:19 2:3
  81:11
untoward 60:7
unwitting 82:20
up-and-down
  38:5
up-and-up 67:8
  71:18
use 11:4 34:12
  57:3
uses 32:15

___ V ___
valid 26:15
various 7:17
  34:3 73:10
ventures 7:17
  34:6
Verified 9:15
vetted 52:3
victimized 32:8
videos 34:5
violated 63:16

violation 16:8
  16:10 81:16
violative 63:22
volition 2:22
voluntarily 2:21
volunteered
  63:9

___ W ___
wait 30:14,14
  57:16,16 70:4
waiver 2:18,21
walk 21:6 43:3
walks 18:10
want 4:8 12:15
  29:1,7 30:14
  34:12 36:8
  39:10,13,19
  42:13,17,18,21
  42:22 43:6
  48:2 49:20
  58:19 59:4,17
  59:20 63:6,18
  63:19,20 67:4
  70:10,10 74:14
  77:7,8,11,16
  78:14 79:1,2,4
  81:17,18 87:15
  87:19
wanted 4:2
wanting 51:17
wants 68:10,10
  68:11 74:4
warrant 78:13
wary 21:5
Washington
  1:22
wasn't 33:9
  71:19 85:16,16
watch 32:1,2
watches 32:5
water 4:9
way 7:1,2 31:13
  32:14 38:16
  39:3 44:18

61:5 62:5,6,6
  69:20 78:15
  79:1,2,16,19
  79:20,21 81:19
  82:4
we'd 4:19,20
  42:17 85:8
we'll 57:11 64:2
  64:3 80:1
  86:11,11 87:7
we're 4:8 16:3,4
  23:1 28:8,10
  33:5 41:5
  42:14 43:2
  47:22 49:4
  50:8 51:16
  53:11,13 58:1
  58:12 59:2
  64:6 68:11
  72:1 74:2,3,17
  77:18,19 78:2
  78:5,5,16
  79:19,20 87:9
  87:9,11,22
we've 2:16 3:6
  3:10,10 25:19
  27:1 35:4
  42:20 83:4
  85:11
wealth 51:10
website 7:2
Wednesday 1:11
weeks 17:12
  65:5 69:15
weird 39:15
went 8:18 34:18
  56:2 75:16
weren't 31:6
what's 8:1,16
  25:20 27:19
  45:13 49:11
  53:7 59:13,14
  68:18 69:20
  70:20 78:17
whatsoever 39:3

Interview of George Higginbotham                                      January 3, 2018

Washington, DC

| | | | |
|---|---|---|---|
| 46:22 | **wrote** 15:20 | 51:16 53:14,15 | 20:11 27:13 |
| **whichever** 80:1 | 16:2 55:1 | 57:22 58:12 | **20,000** 11:3 |
| **whim** 38:14 | **Wynn** 76:11 | 59:16,22 60:9 | **20005** 1:22 |
| **who's** 63:16 | | 60:9,12,16,17 | **2000s** 33:22 |
| **wife** 78:18,19 | **X** | 61:5,6,8,11,12 | **2002** 33:22 |
| 79:12 87:10 | | 61:16 62:1,10 | **2003** 33:22 |
| **wiggle** 63:17 | **Y** | 63:1,9,15,21 | **2014** 52:16 |
| **wind** 85:14 | **yeah** 8:22 9:6 | 64:9,17,21 | **2018** 1:11 2:5 |
| **wire** 55:9,15 | 10:1 12:14,16 | 65:2 69:16 | **21** 18:22 |
| **wires** 9:15 49:8 | 14:17,19 20:12 | 71:1,5,10 74:7 | **25** 24:14 32:12 |
| **wish** 33:9 | 20:12 21:15 | 76:7 77:3 78:7 | 33:6 |
| **withheld** 31:7 | 22:5,14 23:8 | 78:7,8 80:19 | |
| **won't** 82:6 | 25:2,10 26:12 | 81:22 82:12 | **3** |
| **word** 34:12 | 27:1,3 28:21 | 83:16 86:20 | **3** 1:11 2:5 |
| 68:19 71:15 | 30:8 33:13,16 | **you've** 4:21 5:3 | **30** 19:8,10 27:14 |
| 72:15 84:15 | 37:2,9 40:5,17 | 31:21 32:7 | **39** 20:13 21:7,7 |
| **words** 58:16 | 41:1,4,9,10,10 | 47:5,15 52:2 | |
| **work** 4:14 35:8 | 42:4,12 44:2 | 56:18 63:8 | **4** |
| 35:15 36:17 | 44:14,14 45:3 | 64:1 78:4 | **40** 19:12,15 20:6 |
| 40:2 42:18 | 45:15,16,20,22 | 82:19 83:5,9 | 20:11 32:1,2 |
| 59:2,2 63:10 | 45:22 46:13,18 | 83:10 | **41** 24:12 |
| 63:13,22 66:1 | 47:8,13,19 | | |
| 66:19 78:6,21 | 48:7 49:2,17 | **Z** | **5** |
| 80:1 | 50:5,6 52:1 | | **5** 10:4,6,7 |
| **worked** 9:12 | 54:7 57:5,18 | **0** | **50** 19:1 77:4 |
| 34:3,3 | 60:1,1,1,1 63:1 | | |
| **working** 34:13 | 65:17 67:1 | **1** | **6** |
| 80:19 | 74:12,20 75:14 | **1** 51:18 | **6** 49:2 |
| **works** 40:17 | 75:21 77:3 | **10** 17:11 27:13 | **61** 65:6 |
| **world's** 64:10 | **year** 62:17 | 33:2 | |
| 72:6 | **years** 46:15 | **10:44** 1:12 2:6 | **7** |
| **worldwide** 6:19 | **yeesh** 39:18 | **100** 21:18 34:4 | |
| 7:3 | **Yep** 37:20 41:10 | **101** 82:12 | **8** |
| **worse** 70:9,10 | **York** 1:21 68:6 | **102** 67:4 72:5 | **8/3/17** 49:14 |
| 70:11 78:12 | **you'd** 30:5 | 73:22 | |
| **worst-case** | **you'll** 53:1 | **12:00** 88:6 | **9** |
| 63:16 | 71:13 82:5 | **12100** 1:21 | **9:15** 2:15 |
| **wouldn't** 69:7 | 86:12 | **1400** 1:21 | **9:27** 2:19 |
| 83:7 | **you're** 2:21,22 | **170,000** 82:14 | |
| **write** 50:22 | 3:1 5:2 23:15 | | |
| **writing** 55:18 | 24:16,18 25:10 | **2** | |
| **written** 7:15 | 25:15 31:9,19 | **2** 17:12 69:15 | |
| 30:6,8 | 32:19 36:3 | **2-day** 38:14 | |
| **wrong** 63:15 | 39:18 41:8,14 | **2-week** 21:12 | |
| 85:12 | 42:11 50:6 | **20** 18:20,21,22 | |
| | | 19:3,4,6 20:7,9 | |