# EXHIBIT I

DATE:          TIME:          STATE OF MIND:

,57 034

1444 Condo Meeting        — Condo Fee reduced 12%    11/3
                            But higher Assessment
                          — SHIFT his Financing Mechanism
                          — Draw down on Opp. Exp.
                          — Mid Year assessment in July

12/12/2016
Wells FARGO                       866 - 278 - 1179 fax
   WRITTEN CORRESPONDENCE LOAN #
              LOAN #    0413506932
              ALADEH SOPHA KORABI
              POTOMAC MORTGAGE
    1444 CHURCH St. NW    #202    WDC 20005


CHARLES Sykes      —              301 · 577 · 1427
                          CWSxCHANGE.COM
              300  IND.  AVE  NW 20001    1140 A

                          Olivia SH  July 3rd

→ Wells FARGO — Loss Dept.         866 - 826 - 4902
      ERIC                    →    800 - 853 - 8516
      Deborah Hopkins  — 1800 · 853 · 8516 X 1325821
    1444 CHURCH STREET NW
      #202              fax # 866 - 278 - 1179
   { A. INSPECTION AGREEMENT —        5 - 7 days
   { B. FINAL Settlement Signed by all Parties
     C. Adjusters Worksheet — Travelers

DATE:                TIME:                STATE OF MIND.

OCTOBER 10th - 1308 G. @ FILADINO

KITCHEN
- POT FILLER - MAIN FAUCET + LITTLE ISLAND FAUCET
  ALL HAVE THE SAME LOOK
- WOLF HOOD - SS 48W 24D          $2,155.00
- CABINETS
                          ATLIS THIN SQUARE PULL
                          MATTS SILVER A836BN
    DECORA                     A333BN, 863 826 8483742
    8-17
                     → VENT A HOOD.
                          - 48 - PRO WALL Mount
                          - BULL NOSE

HANS GROHE - SHOWER HEADS

                                    FEES
• FLAT BRIDGE, INC./ Catalyst, Inc.
- FILING FEE                • PHONE LINE
- ERRORS & OMISSIONS INSURANCE
- LICENSE?
- REGISTRATION FEE?
- SUB DIVIDE 1308 GALLATIN
- WEBSITE Hosting + DESIGN
SERVICES
• SCREEN Tenant Applicants - CREDIT BACKGROUND CHECKS
• Collect Rent + Fees
• BUILDING MANAGEMENT
  - COMMON Spaces
  - SNOW Removal
  - EMERGENCY Services - FIRE - FLOOD - Burglary
  - TRASH Removal
  - UNIT RESTORATION - Paint - CARPET.
  - SUPER Included" HANDY MAN
  - Lock S'ing

RC Matters.

1. Payment of Services @ Condo
   A. Wells + Atty Update
   B. Invoices and discrepancies resolution
   C. Travelors - $23,792.55
   D. Certificate of Completion


Loreal.                201-362-1742
        - Produce Bink - Artist Pres
        - FEE - Client - Young N/A
                                    $7,500 up front
        Roosavelt Harrel, III  AKA "Bink"
          Humble Monsta
              3%   .5 @ Av PT        $6,000
        Loreal.Lemond@gmail.com

Indians - Built a middle-class


Mr. Samuel Nelson
4714 Bloodhound Street
Orlando, Florida 32813

                        $6,000

DATE:                  TIME:                    STATE OF MIND:

Jan. 3rd 2017 - 1st Working day of 2017.

1. 1308 Crossing  Taxes.  Call IRS
2. 1308  Trusts  Timing
3. 1308  Progress Reports - Timing
4. 1306  Lisa ?
5. Mom's Stuff send to here in FL.
6. Ufcula  - Georgia  Avenue
7. 344 - Universal  Reach out
8. Bath Scots  - % ownership
9. Oriol - Haiti
10. Randall Bach. Party - Date + Cost
11. Castro - Uber Union
12. David - 2015 - Tahoe
13. 1208 - Trout
14. 1444 - Ins. / Invoices - Wells Fargo
15. Prog. Alchemist - New Samples.
16. Tahoe  Research
17. TD Bank
18. Cap. 1 CC

Sport  -  LT 2017                    $3,600 down/
Chevy    Z-71          39 Months 10% option
             $5269    =    $639.41  - $700
                              12k   $54.46 ÷
             $15-$20 Per 1k

Obum - 240·560·5461   12:45pm  Mr.
                                        Sc.

DATE:                    TIME:                    STATE OF MIND:

Justice Federal Credit Union
$5 comp        6107 / Kingston

224 37 5614 / 350936 : # Confirmation

Alderman Devoisstz ; Hana        202-969-8220
     Cleave Nichoas

Paid to Capital                  1/6 - $1,757.00

Cong. Jeffersons
Chris    Randau                  202-225-5936

IRS
              Law Unit          1-800-829-1040
                                 800-913-6050

Praismichel
   - Barry R. Boekkedam
   - SEC / TARP - investigation
     ↳       ↳ Conviction

   - Jeffrey Harris Law    954.522.7000
   - 曇 Le Clerc Addison   - Lorraine Hurst

                    954 - 748 - 1104
                    4pm

DATE:                    TIME:                    STATE OF MIND:

TD BANK       $1,088.56      $885.00      Caution

Settlement        - 866-760-2967 x 124 -
$235 x 1              AMBER Nielson
$200 x 3

1. Review of HOGR.   → NAVAJO
2. Senate Judiciary   - Engagement Plan
                      - HOGR. — P - Staff A's in te
3. Conceptuals.   { Akla }  GoP    Committee
                  { Iowa }
4. Block - Tribal Organization   - Depends →
                                  - Heather
5. Pings →

6. Bills watch.  - Flag

7. Trains

John's Attorney  FRANKLIN EARLE     202-463-8834
                412 H St. NE.
                W DC   20002

ROBERT DUNLAP, ESQ     704-255-4762
ROBBIE
        - Kennedy
        - Binding Sett. Agreement
        - Manslaughter
        - 1-Amily Horse
        - Employment

DATE:                    TIME:                    STATE OF MIND.

PROS.

1. INCREASE SENTENCE Upon Appeal
2. Pre Sentence Report → BOPrisons
                            → Determination of Locate
3. 11 months he will do all of the time
4. Prosecutor?
5. GAME Plan going forward?
6. BARRY BEKKEDAM

                    — HOBIE SOUND FLORIDA

    a. Breach of Fiduciary Duty
    b. SEC Ponzi Scheme - get clients to invest in Ponzi
    c. Forgery
    d. Jan. 23, 2017    $13.5 m
    e. BEKKEDAM IS CANADIAN
    f. David Ignall        david.j.ignall@usdoj.gov
                            215-561-8687
    Ballamor Cap. Mang.     615 Chestnut St.
    2010 Closed?            Suite 1250
                            PHILLY PA  19106
    g. improper advising    215-764-2197
       clients

    Darnell C. Jones II, Judge

            — "Immigration Detainer"
            — Higher Security Facility
    Too thin
    Blue no love            2:14-cr- 00548
    Black Love?             Penn. EASTERN
    I need a good pen
                            MARCH 23rd 2017

DATE:                    TIME:                    STATE OF MIND:

GUN SPA DAY - FEB. 20th
EVAN
RANDALL
SEAN ?
GEORGE
Sean Son
JEFF
MR. KOKARI

                              Money Laundering        — 18 USC § 1956 c 7 8 iv
                                                                          iii

PRAS.                        WIRE FRAUD            — § 1343
    ○ "JHO LOW"  AKA  "LOW TAEK JHO"  § 2314/2315
        MALASIAN           Trans of Stolen Goods  § 1956 (c) 2A
                                                           7 Biv
    ○ 8500 BURTON WAY  #401                              70
        LA    CA    90048   Civil Forfeiture — § 981 a 1 C
                                                           A
    ○ 2/26  to

    ○ BRUCE LEE  How many people he can fight

    ○ CASE #: 2:16 - CV - 05862   filed 07/20/16  PRAS ID #1

NOTABLE
    ○ ASSET FORFEITURE  ⟶ Senators + Congressmen against
              ↓                   asset forfeiture

    ○ NEGOTIATION IS AN OPTION - TO GET RID OF THE
       CASE

    ○ HON. DALE SMITH-FISCHER — Nom. by GEORGE W. BUSH in
       CENTRAL DISTRICT of    - confirmed in 2003
            CALIFORNIA

DATE:                TIME:                STATE OF MIND:

PM - 1884

CASH        $21.0          Document has not been
            1.7            broached as yet
            3.5            wont happen until 2020
            .5             annuity of $1.5 for life
            10.0           - wavy free -
            4.0
            10.0
            1.2
      TOTAL CASH IN

    SPENT OUT         6.
                      9.
                      7.2
                      4.0
                      1.7
                      23.80      2012

Spows ART Supplys   - LG

= Cabinets
= Gas Fire Place
= TV   Hook ups
= Kitchen in basement
= T.V. Hookup
= out Door Plumping - water Hose

Confessin of Judgement

DATE:                    TIME:                    STATE OF MIND:

ToDo: 2.24.2017

1. LG - Biz Yoy Bravo ①  -
2. DC H2O Bill Reimbursement  = $474.71          $  + 47
3. Randall  -  $500    DR House                        - 500
4. Randall  Porsche  Rims  -  62 or less           - 300
5. Tras     $3k                                              + 3,00
6. Letter to Dr Williams  - Gotta Go
7. David Delgado - UBER
8. Bills                                        TD Bank
9. UHaul - Rental
10. Audi Check  $2,500.00    UPS - 1ZBE255E1396638615
     - Dino @ Audi
11. Paul Merrit @ Capital - Interest Rates
12. Trevisions / Wells Fargo - $ to RC
13. John's Attorney    202-463-8834  Franklyn Burke
14. B-More house issue
15. Mr. Mensla - Tiros for Wk. Kokabi          ↓ Rattling
16. Call Audi for Appt    -    888-646-7922  2. Squeaky
17. Piserams House - Cabin John    1/6275 S. WWipe
18. Tax Info to RH
19. Ballatin List .
                        Adrian Farati  240-274-2100
                   -  BRP Construction - Mark Pistons.
                   -  Tax Frists Yard - improvement
                   — Cabin John
20. Devon Crossland -
                   - Naples Florida -
                   - Charlotte Crossland - Charlene
                   -
21.   4.25   150 day  //Mortgage
      4.0    90 day

STATE OF MIND:

DATE:                    TIME:

CHINA - BEIJING          11-12
TV - WIFIS    BRUCE LEE  KICKING ASS.
                    30    MIDDLE
                    25
              ~~BRUCE~~    ~~12F~~

o BRUCE
    ✓ 50 → 30 DUDES @ LEAST 50          FAT OF FURY
      50 - 25   - 50 DUDES
    ✓ 125  IN A DAY

o HOUSE
      Wanted Too Much
        $1.8M    - 200 - 300    / GUT RENOVAT
                 - 70% PIERCISUT   CHINESE DRYV

o WUTANG CLAN - LAST TOUR   You Coming w/ me
        1ST DATE  IN DC

                              20%

  YOUNG MA
  Address   Pump Fakin

  NEO

  "Came To Win"  - Pras

DATE:                    TIME:                    STATE OF MIND:

Duvon Terry Crossmadell   "Duvon Terry"
        100,000          59 Bainbridge St.
                         Roosevelt NY 11575 -232

Mona Scott
    - Driver                    Age:  N/o  40's
                                      "Von"
Virginia
                    Terry        Crosland
                           Duvon Crosland.
Haitian - Dominican
    ↳ Haitians Likely

Terry Crosland Duvon
---- 352 St. B Brooklyn NY
    11203                          201-951-368

• Quinn Emmanuel - Conflicted Out
• Bob Luskin

Wendy @ American Credit
                              424 - 238 - 2250

Air China      CA963    -    12 Hour Flight
United         VA7616    -

Wendy
    1. Register w/ opt-out @ www.optoutprescreen.com
    2. Listed high balance  - under  $800
    3. Remove Charge Off -
    4. IRS -
    5. $1,195  6 months of work        $595 / 6 month

DATE:                    TIME:                    STATE OF MIND:

Jho Low

Arul Emmanuel → Conflicted Out

→ Giuliani - MARK MUKASI - Rudy's Right hand man
        - Set up call
        - what he wants to see happen
        - being stopped

Way Forward

1. Call b/tw   M - PRAS - HUXTABLE    3/5
2. PRAS, Huxtable Meeting on         3/6 - 3/8
3. Huxtable Prepares the following:
    A. Letter of introduction (signed by Hx)
    B. Letter specifically outlining the desired outcome
         of case
    C. Retainer Letter to be signed by WU
    D. QFRs - set of specific questions from Hx
          to be answered by WU
    E. Wire instructions to send retainer to Hx
        so if $ is sent by date specific Hx will
        know to begin working on this matter
        and get into few previous firms if
        necessary.
4. Pras go back to WU with package
5. WU Completes - Sends answers back w/ Pras
        to be hand delivered to Hx they check what
        they need - they begin.
6. WU Sends before begins out

- No extradition countries      - Sealed Indictment
- Wall Street Journal Article

DATE:            TIME:              STATE OF MIND:

To Do

1. I.R.S.              800-829-0922       - TAX Law
2. Audi, - Repairs    800.913-6050       FEB 17th   10007
3. Gov. mena vio - BE YOU    USDA New Orleans 5, 6, 7
4. Property Alchemist                    2015 -  $1,287.6
5. Castro  - Uber
6. Paul + RC - Mortgage Rates            $1,284.41
7. Totin - Lawyer stuff                  3-16-1
8. Robbie Letter                         IRS  KC  MO
9. Ras - Payment $3k                     64799-0010
10. Pros - Young Wla - New Deal          - SSN - US Treasury
11. Credit Repair - Formand              NAME  ADD  PHone
12. Mail + Bills                         SSN - 1040/20
13. U-Haul
14. Mark Moscowitz - Duvon Terry Crushed - Call
15. Rausserc Gift
16. Wuffing Mater
17. F/W w/ McNewell
18. Shot Gun @ Atlantic Guns
19. Medication for Mom
20. Accountant  → LG
21. Flat Bridge Consulting LLC.
22. Sneakers - for Dr.
23. Diaz Paid            350/yr +o
    $5,850               11 × 350 = 3850
                                         2560
    5850                Per year 6,350
    350   3 mo   550    35.0   350 k Month
    350   4 A } 1400    35 0                    19,000
    350   5              5850                    25,000
    350   6 } 750       1750       12,960        43000
    $4,450  2           $4,600              5,850    5,850  AC of
                                                            3/9/1
            1 PM Santo Domingo →
            2 PM New Arrive ←

DATE:                TIME:                STATE OF MIND:

Elliot Brody –

As of March 18 – Bills
- [✓] 1. Gas                          847.13
- [✓] 2. Shady Grove              13.25      PAID
- 3. Dynerestic   To Bank      1058.56
- 4. Library Museum            230.67
- [✓] 5. DC Taxes                    ?
- [✓] 6. Lab Corp                    80.20      PAID
- [✓] 7. Landon                     119.94
- [✓] 8. Pepco                       211.28
- 9. Parking Tickets          400.00
- 10. UHaul Storage            800.00
- 11. IRS – 2015 Taxes  3/16   1287.61      Credit Repair  900
- 12. Capital 1                   800.00
- ~~13. Home Loan~~
                                  6835.19

Long Term Debt                        IRS     300
1. Diaz                 ( 5500.00 )  ----    350  p/m
2. ~~TESP~~            20,233.10            220  p/m
3. Student Loan      100,000.00           500  p/m
    Total             125,733
                       6,900 →    130,862  182,568.19

Some Wants                                      "650
1. Pistol               600
2. Shotgun            1800        Bills –    6836
3. Suits/Casual Clothes  2500              5550
4. Vacation Costs     8000                 114.00
5. Audio Visual for Home  5000            22736
                      11,400              20233
                                         $42,969

DATE:                 TIME:                    STATE OF MIND:

JOB PROSPECTS
1. MARCIA NEWELL  ⎫
2. RC              ⎬  F/U
3. JR             ⎭

• PRAS.
HAITI My SWEETHEART — Full Length Album
→ Relief Album — Send $ back to HAITI
→ SOIC (3) — Accountant
→ NEVER READY — Rump FACIN — Came To Win — Sync Rev
   ANTHEM              RADIO           ANTHEM
— NBA — Consultants
→ VIDEO Contract   3 VIDEOS

ANOTHER PRAS LP
— 4 TRACKS DONE.

Deal w/ CARLINE —

MARCIA NEWELL
12:30 FRIDAY, MARCH 24, 2017
Lunch @ Any Building

Property ALCHEMIST   ~~BROWNSTONE~~   -   29220.
SAN ROURI 571-272-5884 Dec. — May

Bōn You Be Brave    —> REFUND

DATE: _____ TIME: _____ STATE OF MIND: _____

Robin Rentow       202-367-9723

Rates Today   w/u   90 days      4.2 %
                    120 days     4.45 %
                    150 days     4.50 %
if lock in then they can △   .24 = 8½ %
                30 year fixed

Lock in a final rate.
                        90        15 year fixed - 3⅝
                   150                      3⅞
Get w/s 90 day period

More flexibility  — reasonable - Private Banking

Pras Matters   as of 3/21

1. Pink Deal               —
2. Barry Coordination            5,000        5,000
3. Wu Tang                       Bag
4. Pras Haiti Album
5. Pras LP


        Flateridge, LLC                  ₿ 220.00

American Credit
   John Franzblau      —   310.622.9671
   john@americancreditrepair.net
                    →  635

DATE:                    TIME:                    STATE OF MIND:

BE YOU BE BEAR
HOWARD SMIGA                    ~~~~~~~~~ 865 39 722
571-272-9220    $550.00            RETURNED Apr 21, 2016
                    · 571-272-6500 · OFFICE OF FINAN
Credit Card    MASTER CARD   1293  /  1291
                    571-272-7473   JUSU   JALLAH
3·4·2016          $650
                  $800  —   · · $800  PETITION
         $650              $550  Application · ·

PRAS — MARKETING   —  3 month  $5k Per Month
                              BRANDED PARTNERSHIP
    Social MEDIA   ←          $20k fee
                              15% impact on EVENT
                  — Digital MARKETING
                    MAIN STREAM
                  — WANDS — SWEET Micky
                    online strategist  HAITI
                  — FEES ?!?!

MALCOM — YOUNG MA

GALLATIN ≡       4.5 WEEKS    →    5inch   wider   S
         price              $7 inch wp
              3,000   $8 material + installation = $
                              budget $18,00

DATE:                    TIME:              STATE OF MIND:

Paul @ Capital
    Portfolio                    5 yr. @ 4.5
    — no committee            Get Credit — Refi fu
                                better Rate

Committee — Confident   30 yr. fixed   high 3 going rate

When can we start process    162r
fu   30 yr. Fixed            4875        609,375
        → Lock in

1708 Gallatin            Oct.       2016 —

2016 – 4286.20   For 2017    $2,663.11 — Now
    – 253.96             1/2 March 31        $2,911.19
                        1/2 in September

Homestead Deduction
    Reduces Taxable Amount

Lauren Gizmanario —
        3 Classes            ① Art — Visual Graphic
A. www.domain                        Art Supplys
B. Mailings @ Email        ② Publishing — Lit. Coffee Table
                                Book — Cards
                                Art Prints
                        ③ Sportus Goods — Bikes Blattered

Suit Supply — Jacket Pants Pants

American Gassot 578 Washington Blvd #672
                    672 Marina Del Rey  90292
            →

DATE:                TIME:                STATE OF MIND:

344 Prospect Ave   4G
- Maybe — has key
- John going up — Craig —
- Call Mr. Maybe

- Suit Supply Money   $213.          solutions
                                     charge de fairs

ułu 670          Gr@nnysm1th        Gr@nnysm1th

Bills and Payments              — 344.50
                                  219.30
                                  179.60
                                  422.54
                                — 454.13

344.
Nationstar                 170.
                            25.
                            25.                      WEBER...
                        $  220.k.

                                        528 × .40 = 21
Daniel    856-803-4975                     — 528
         Elite Realty                      $ 316

                              369.60 × .20 =
                                   — 569
Verizon  —  $297.84         Gp Fair
                            Rob ...
                            Olivia St
Equifax T                   Kingston

DATE:                    TIME:              STATE OF MIND:

MORTGAGED on GALLATIN
90 Rate Lock              3.875%                    JULY 17, 2017
        A. 15 day  $250 @ closing      August 1, 2017
        B. 30 days  - 4% closing        August 16, 2017
        C. Rate fix

RESET          3.875%   30 up        3.5
        → no reset fee      ● 1/8   5.625

        MID JUNE    - July 2nd

BILL          ⌐→ 800 580 8615
1. SYNERGETIC       TO BANK        1039.00      $835.00  4 pay
2. LIBERTY NATURAL  . .  PAID        230.67
3. PARKING TIX    . . . .          720.00
4. UHAUL STORAGE  .                    ?
5. IRS TAXES   . . . .           1,300.00
6. NEW WF BILL  . .

3 mil
$107 K
.01  $70k  -  $108 K
    $31k
            $3.1

DATE:                    TIME:                    STATE OF MIND:

Financial Questions

○ How much should I set aside from money collected
   via side hustle
            - is LLC the best way to go
            - do I need to claim $ made that is not W-9

○ Does it make sense to file jointly does our combined
   income place us in a higher tax bracket
   than filing individually?
            - House
            - Baby

○ With Flat Bridge LLC - what can I begin to claim
   as a deduction?

○ What is a good number for Azy to put away on a
   quarterly basis

○ How much do we have to spend per month to claim
   a parent or relative on our taxes

○ What is a good Income - Savings - Spending on essentials -
   discretionary spending equation

○ What are all of our bills and how much do we have
   coming in on a monthly basis that we can rely on?

○ Whe

DATE:                    TIME:                    STATE OF MIND:

∘ EXPENSE CATEGORIES

BABY
— DAY CARE ∘ FOOD ∘ DIAPERS ∘ CLOTHES ∘ MISC ∘ Delivery

HOUSE 1808
— Mort/TAXES ∘ Electric ∘ GAS ∘ WATER ∘ CABLE ∘ SECURITY ∘ LAWN

US
— FOOD ∘ CELL BILL ∘ STUDENT LOANS ∘ Cleaners ∘ TARGET ∘
CARS ∘ INSURANCE ∘ HEALTH INS.

OTHERS
— Parents (Beve) — Mom — Town

FREE MONEY
— Savings + Discretionary

Condo 1444
— Mort/TAXES — MANG. FEE — HOA fee
— MANAGEMENT Commission — Deductable

50% of their support in order to claim an adult

DATE:                    TIME:                    STATE OF MIND:

James Gibson
Safe Harbor          110% Than Previous Year
                     90% of Current Year   no penalty
LLC
Anything that comes in is paid for
- Schedule C
- Deductions - Net
- Self employment tax
- Medicare - 2.9%      30% - 33%
- Added Layer of Liability Protection
- Interest deductible - mean for person who gave it to
   you. - Loans are not Taxable
- Check deductions - down
- $144k - $144  $12k
           May $60k → withold Things this pay period

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

Sexual Assault Meeting
• Attach Components Provides update - Tribal Populations
• Impact of Programming              ⟶ Scene Option For
• N'wa Policy                          All Brief-Inds
                                     - Rape any Penetration Act
• Appropriate Relationships          - Specific To The Issue, The
N.T. - Research + Prevention           Data
  • CSSI
• Healthy Relationships - Sexual Violence + Bullying
   KR Toolkit - WH TaskForce -
  • OVW -
• Backlog National Backlog Grants  SAKI
• SAKI 50% Testing               ⟶ Resources/Funding
• Resources have to go from The Begging to the
  end.
→ Priest Example can be dangerous (Mother Theresa)

DATE:                    TIME:                    STATE OF MIND:

Neurobiology of Sexual Assault

Advocate w/o the Police Dept

Crime Victims Funds   — OVW

Capacities of the grantees to handle the incoming
Federal $

• National Tele nursing hub   very successful    to particip

5 States

• RAPE KIT Backlog - $7A million ⟶ NYC Prosecutors
   ⟶ Cost of testing        $700 — $500 per kit

NIJ – Sexual Assault Partnership

"Sexual Assault Kits are very im

Law Enforcement TRAINING.    ★ Set a time.'

IN AND out

Capacity Problem  esp. in Rural Areas.
OVC

DATE:                    TIME:                    STATE OF MIND:

Linda Mitchell   5.31
Hidden Pond Maine - Goose Rocks Beach
    TV Show
Andrew Allen - "Yaro" - Steady Image
    - Destination Weddings -
    - look @ Email
    - Possible Revisit the terms After a certain
                                    Caribbean Club
Sheila - Producer
Co-Producer - Host - 6/12  -


Union - Castro
    (T)  + (C)


  2751890            2 800,000. 00           2, 477, 578
  2651890            2,702,707. 70           2,500,000
  100,000   #1        97,292. 80  #2          22,421.53

                              219, 713. 83

Impulse Automotive
Vossen -        info @ impulse - automotive. com

DATE:          TIME:          STATE OF MIND:

PRAS          1.5          515          2,015,000
E          6.0
N/K          256
PROM          150          256
                              6.8

2 751 890
2 800 000
2 500 000
€ 8,051,890 × 1.12 = $ 9,018,116.80

$ 347,117

LUCKY MARK (HK) TRADING LIMITED          £ 309,925.6?
IT Services, Consulting, Business Development
and Investment Holding

EQUID
George Alexandr ???@???
why @middling this

                    GNA4. 08/2013 AFGH          03/14
2 860 000          ISRAEL 10/2018  ETHIOPIA    03/4
2477578           WB  10/2018  JAMAICA ×3  08/201
                   PHIL. 4/2013  Bermuda      05/201
                                 Maldives    09/2016
                                 DUBAI       09/2016
2 800 000                        Italy       05/2015
2 702 707                        France      05/2015
  102707                         Mexico      05/2015
  10 0000                        Egypt       08/2013
                                 UKRA.       08/2013
                                 Kenya       03/2012

DATE: _____  TIME: _____  STATE OF MIND: _____

Structure of Deal

Alexander Samuel Int'l (ASI) Fund — est. JSX-US

~~Michael Global~~ M+H Global Solutions
or Michael Global Solutions (MGS)

ASI — Holds Funds to be transferred to Global Solution

GS
- Political Advocacy — Domestic — Asset Acquisition
- Press + Media — Plans.
- Int'l Advocacy —
- Crisis Managt.
- Legal Conduit

Board of Directors                    Attorney
    Frank White                       Williams + Connoly
    Armstrong Williams                Chris Manniddi
    Reuben Charles

Assets
    • Condo in N.Y.C. — SoHo — HQ
    • DC — London — UAE (Dubai — Qultan — Doha)
    • Asia — Singapore / HK

DATE:                TIME:                STATE OF MIND:

DUBAI
— STEPHANIE Deal?

Continuation of the unSang Resolution

GS Properties

1. 1218 16ᵗʰ St. NW                    $5.7 mil
2. 3245 - 7255 K St. NW
3. 22K MASS Ave NW

STEPHANIE   8/1 Convo

• RBC deal has moved to HSBC looking @ funding
  week of 8/7 or 8/14
              → $ transferred back to London Account

• DUBAI Corp. Structure may need a trip to set up
  company and shareholders.
              → Discuss w/ Chris Mulvaney and DUBAI
                  business people

• SUDAN Trip — get official paper work for Sudan
                  gov to complete business transaction

• Gold in SWITZERLAND @ 7% discount — must show
  funding to complete transaction

DATE: _____ TIME: _____ STATE OF MIND: _____

Pras.
- Aaron Deal
- Management K.
- Corp. Atty - C.M.
- Hermes Bag ?
- Gucci Bag ?
- Purchsing Detail

George
- Citibank Acct.
  H Law
- Vossen Wheels
- PA ①
- B4BB ①
- Linda K.
- Send V to New Owner in B'm
- Car Loan
- Mike Hines Check
- AC invoice from Pras
- PS B&G

H - LAW
⎧ Bus Checking  -  678  240  9966
⎪ IOLA          -  678  240  9974
⎨ Routing #     -  021  0000  89
⎩ CITI US 33    -  Swift Code

Flatbridge LLC
Intermediary Bank Line (Swift Line 56) - Wells Fargo San F
        Swift Code  W⁼BIUS6S WFB - Eagle Correspondi
Benificiary Bank  Swift Line 57 - Eagle Bank Bethesda Mo
                                              20815
    "     " (Include //FW): //FW055003298
    "       Name (Swift Line 59): Bank Customer
Benificiary Account: Bank Acct #
For Further Credit (Swift Line 72): Any Ref. or Purpose of Paym

DATE:                   TIME:                   STATE OF MIND:

Domestic Wire
Account title:
Checking Accnt #:  200 247 948
ABA Routing #:  0550 03298
Bank Address:  7815 Woodmont Ave.
                        Bethesda  MD 20814

Gallatin Expenses

| | | |
|---|---|---|
| RH | 12 000 | + 3000 fine |
| R HO | 350 | |
| Closets | 6 560 | |
| Chandelier | 1 200 | |
| ADT | 5 000 | |
| B Marley | 3 200 | |
| MB Sheets | 500 | $28,750 - $20 Fire |
| Over Budget | [ 20,000 ] | |
| AV | 5000 | |
| Closing Costs | | Total Day Care |
| Blinds | | Marian        $1,240 |
| | | Adam          1,250 |
| | $9,000 out of pocket | 30,000 |

Outdoor Furniture
Grill
Sun Brella
Chairs
Lounges
Stuff for House        1500
Rugs
Mirror Entry
Piano
Couch for Bedroom        As of
+ Prom. Note        4,100   8/4

DATE:                    TIME:                    STATE OF MIND:

To Do   8·7

1. RC RE: $25B Tax w/ B.B.
2. STEPHANE — DUBAI
3. CAYMAN — TRUST
4. Linda Contract
5. Prom Notes
6. Euro Payment
7. Mortgage Items
8. 1708 Finishes — RC
9. of F new owner.
10. Estimate Farm Sec.
11. Call TL — on Hold
12. Call Marcia Newell
13. Ari, L
14. Washer Dryer —
15. Call Postwoman



DATE:                    TIME:                    STATE OF MIND:

1308 List for
1. Fencing Yard
2. Roll GATE Garage
3. Landscaping
4. Basement Kitchen - Goc△Orcw
O 5. WASH DRYER - 2 sets    O Sets
6. Steps Re-do - Hold
7. ~~Hard work~~ Leak Porch.

CHRIS McIVancy - DUBAI
    1. Utility Bill from each one of them
        - VERIFY address - USA BILL IS OK
    2. JORDAN - ok
    3. PANOS "Sk" - Bank Details to port mon
        10 - 20 Days
    4. - EACH PARTNER has to Cum to Dubai
    5. Approval - Sign -

CITIBANK -   800 - 285 - 1709
    Business Account
                        { 678 - 240 - 9966 }
                        { 678 - 240 - 9974 }
                        82 - 215 4932  121
                        KINGSTON
                        [00570038]

DATE:                    TIME:                    STATE OF MIND:

RBC = Cayman
D8
1. Currency Average Royalty Streams — Publisher
   — Ball park
   —
2. Political      $20 - $100 million
3. Movies / Documentaries


Bob Leedeng      Sandhu   703 - 443 - 9383
   Apx $5,100
   Basement    650 Surround.
   Main Floor    Amp
                2 x 20 Speakers
                2 x 10 Speakers


Expenses 2017              Rent
Church Street   4,426 - 3,600   825.81
Gallatin        8900
Day Care        2440 ≈ 2500
Benz            560
Audi            577
BMW             750

DATE:                    TIME:                    STATE OF MIND:

M6
    2014 - $57,677           KS           913-298-0693
                        BARON BMW.COM
         - $59,551           FL           954-906-9341
                        VISTA
         - $59,989       RIV. CA          951-396-4782      WAITIN
         - 69,995        MCK. CA          707-879-4 BMW     SOLD


PRAS
    · HK SET UP COMPANY


F 250 SD  2011  HARRISBURG VA       $25,950      SABURY MOTOR CO
                                                703-361-3040
    ASTOR      +700      RIV. CA
1.9%- 60      2.9%- 72   BMW FINANCING   8.75%  CA TA
    $59,989                        → CA    $64,202   OTD


2008  F250      $24,650        757-610-9286
2006            $24,995        540-369-2763
2007            $25,995        540-705-0263
2005            $27,995        844-876-2957  HOT!
                        8505 JAMISON LANE   ABC D
                        FREDRICKS BURG VA 22407
                        ABCDIESELZ-SALES.COM

DATE:                    TIME:              STATE OF MIND:

Mark Q.
1. Cayman Account + Trust   RBC
2. Elliot Funds To Andrew as a loan
      * $170k to Tim
      * Money to Me from deals
3. HK Trip to handle 2 double funds
      → Ent. Funds — not completely funded
           keep the remainder ⟳
4. Secheles vs. HK ?
5. Air BNB
6. Payments for house
7. Sell Condo - Off market purchase


Eric
$650     $200  Loans/Control
         $200 into account this week
      - Alot of people are in this
      - Multiple — Bns.
           - Fw
           - Role - sacrifices were made to get to
                this point
      - Legal
           Emissary - Kelley

          600,000 - 80
                        600  - 200 -   400,000


                          * Roofer - Citadel.

DATE:               TIME:               STATE OF MIND:

ISSUES

ISSUES

1. CITADEL — OWNERSHIP + SIGNATORY in GH } BY I LE
2. FUNDED @ 1/3 of Total
3. Contractors have to have legitimate purpose
                                                      GH LAW

→ 4. CAN we have a little to start ?
→ 5. Pro-RATA Share of expenses related to shell
→ 6. TAX implications — Possible switch to Cayman accoun
     Cayman business
7. What are the projected expenses related to the
   Consulting / Holding Company

                              Can I move that $

A. Nickie Lum Davis
B. PAUL MICHEL           — Signatory — Bank Acct.
C. EB                    GH

D. THE NAME RED ROCK ? ?
E. BANK - ANY WAY TO A BANK - ICBC MAY CREATE A
   CHALLENGE
F. WHO ELSE HAS ACCESS TO ACCOUNT ?
                              BLACK PHONE

TO Do
{ POWER of ATTORNEY - Restricts him to do anything in the Co
{ — CONVERTABLE DEBT - wipe out debt.
{ — TAKE OVER SHARES.               701-530-032885
                                    701-502-041484
                                    701-560-008511
        HOPEWELL CENTER            Ind ? Com Bank of China
        183 QUEEN's ROAD EAST
        HK                          659-548

DATE:                TIME:                STATE OF MIND:

Moving Forward

1. Payments need to made in a timely manner
2. Continue Communication regarding the new bank account
   — may require another trip here
3. Smart Movement of Money
   — I will do my part to reduce expectation
   to be smart
4. Sign the agreement — LP or Me? 2 Sets
5. Back draft from the Contractors — They have
   to be legitimate — HLAW v. Who knows.
6. Ongoing Operation of a Company w/ 600 mill
   going through it — we need to actually do
   something. Money can't stay in the
   bank & has to go out to Ctrs
7. Line of Communication w/ you

8. Copy of executed consulting agreement

9. 10:45 @ ICBC Tomson   10:30
10. Stamps for the Business to do contracts
11. BLACKPHONE
12. BC                CNY        975,000,000.00  Multi
    Red Rock 1X Ltd               701-530-032889  HKD
    Bank Code: 072                701-502-041484  RMB
    Swift : UBHKHKHH              701-560-008511
    29/F.  3 Garden Road  Central  HK
    Private Banking
                          011 - 852 - 3510 - 8888

DATE: ____   TIME: ____   STATE OF MIND: ____

PRAS DEAL POINTS

1. FILM/MOVIES

2. TV - Scripted/Non-Scripted

3. DOCUMENTARIES

4. WEB CONTENT - PRASPERITY.COM

5. Recording Studios (REAL PROPERTY → Look for FILM FRIENDLY

6. EDITING FACILITIES TAX HAVEN)

7. Storage FACILITIES

8. STAGES

9. Music - Recording - Touring - Studio - Publishing

10. GAMING (VIDEO GAMES)

11. Book + MAGAZINE/WEBZINE PUBLISHING.

HYATTSVILLE H

- 7:00 -

| | |
|---|---|
| 1. a - d | |
| 2. | |
| 3. a.b. | |
| 4. a. | |
| 5. | |
| 6. a. | |
| 7. | |

Diff Stw

ANICan + ANTANIS

Colfax

5. 8. 17      1/8 k

5. 17. 17     1/8 k

1. Owen of LMT LTD

USA v. WOLF of WALL STREE

2:16 - CV - 05362 DMG (PLA

DATE:                TIME:              STATE OF MIND:

10.3   To Do

Tax Payer Advocate

1. IRS        -      $1,900      ~~Acct Number~~ 877 - 777 - 4778
2. BMW Gwinnett - Jordan ?IN 5148 - 55##!
3. Diaz Payment in Full  -  $3,466.00   10/10
4. Citibank ~~Payment~~ Bill Account - Tehsin Lawriwa
5. Pisgah Car Pay-off
6. Pras - Long Form Registration
7. Marc - Acct Bill $8k
8. Pras - Money Manager Lawriwa
9. Stephane - Dubai                        $1957.52
10. Email To Pras Re: Pharma
11. Copyright - Lawriwa + PA      - 648 92 91
12. Dishwatcher    ⎫                      - 202-803-9800
13. Million Bathroom  ⎬  Gallatin
14. Glass Rail    ⎭
15. Fence                  $5,500
16. 25% Deposit PM
17. Music Biz Items PM
18. Carlini's Mark K.
19. Jamaica Resort
20. Give City Heads up on $25m
21. Rama K.
23. PM Talk
24. P. Didds. Dinner Tonight
25. Porch
26. ADT
27. Water Bill
28. Insurance one 30

DATE:                    TIME:                    STATE OF MIND:

10·9

1. PEDAR – Car Payment
2. STEPHANS – DUBAI PROJECT   WTF DUDE
3. Copywright – BYBB + Prop. Alchemist
4. MIRROR BATHROOM
5. GLASS RAILING
6. PM money
7. Music Biz → Items for PM
8. CALLING MANG. K.
9. RANA K – Call
10. ARI TALK
11. PORCH @ 1308
12. ADT : FALSE ALARMS – FIRE EXT.
13. Electric Bill
14. BMW Payment to Arey
15. E30 @ Buffy +
16. COMPLETE FENCE WORK
17. Go over Close out w/ MARC + P
18. BOSE Sound System
19. GAS Bill
20. MARCIA Newell reach out
21. JR Meyers contact
22. RON @ MORGAN STANLEY → LLC Agreements for ARTEMUS + ANICMA
23. WIRE ?!?!
24. FLOOR BASEMENT
25. STEPS
26. PATIO FLOORING. Under DECK
27. LAUREN Kulan contract BONUS SECTION
28. BASEMENT Completion KITCHEN? BATHROOM
29. Skyline Drive map and lunch plans. 10·21
30. BACKYARD Clean up.
31. Appt for BMW

DATE:                    TIME:                    STATE OF MIND:

Meeting w/ Ron
1. Cost  Cost  Cost
2. Barry  Issue
3. Services
4. Euro  Account


Barry Bekkedam          $20 million

Marc Moscowitz          Documents
- Monday  10.16
1. Wu $
2. MM  Docs  —
3. Carline
4. Music
5. Contract
6. Escrow Agreement  - Lucky Mark
7. Ron - Loosis Fenze  → NY - Ron - Sat.
8. Stephane Biberl
9. Cayman  → Ron  LA end of October  -
10.          → 10 = 24 → 30th  Barron  -
             → Morgan Stanley ←
             → 4 Season Beverly Hills ←


Citi Wire          678 · 240 · 9974
                   888 · 606 · 9716

DATE:        TIME:        STATE OF MIND:

1308
- FLOOR IN BASEMENT RC
- STAIR RAIL GLASS ✓
- 3/4 STRIPS IN BASEMENT - CLOSET DOORS

{
      PATIO WINDOW DOOR
      - KITCHEN / BATHROOM / DRYWALL PA
      - GATE
      - FRONT PORCH

- GLASS GUY       - EXTRA SHIT NOT IN BUDGET 1800 - 2,800
- ROOF       - ESTIMATE ON PER. Solution TO ROOF FLASHING

BUILDER = INSURANCE PAYMENT - IRS

SEIVRURIGHT    1000 27 4559
      202-803-9174    IRS LOBBY
      11 Const. AVE NW WDC 20024

Tom Ford
Soft Sq. Metal Optical      /   Soft Sq. Optical Frame
w/ Magnetic Clip   FT 5475      FT 5480
    RUTHENIUM/BLACK       FT 5477

PRICE - TIME - QUALITY

DATE:                    TIME:                    STATE OF MIND:

- Mare
  o email rec'd on big wire
  o Cd fm #

Tiarra Grammm   DC Treasurer / DMV
                202 . 727 . 2200
                95 M Street Sw
                W DC   20024   8:15 - 4:08

NS   A. Bright Art
          FedEx Track # 770 548 867 576
          10.20 — 10.22
          Norcross GA

1708
  - Roof Guy
  - Glass Guy
  - ADT ✓ - Offline
  - Gift Compressed air Cans
  - Fence / Gate
  - Wolf / Subzero RC

Open Interest Bearing Account Union Pras.
  - CD Escrow
  - CD                    1. Prosperity Account Interest Bearing
                          2.

DATE:          TIME:          STATE OF MIND:

Fed     Tax Classification

WELLS FARGO  CC          $3,785.25
          60001                    $2,386 → HLPC

Joe W/STONE @ DELOITTE      - 10.30.17 @ 4:45
  - PRIVATE WEALTH
  - QUATTROBACK STRUCTURES   - OIL/GAS/ REALISTATES
                - TRUSTS/ 501 C3
  - Tax always paramount - Int'l Structuring
  - "Compliant
  - "GATEWAY" to Other Services offered @ Deloitte

  - Regulating - Transparency - Compliance

  - FEE STRUCTURES
    - Set Rate for Inception
    - Hourly Rate for Everything Else

  o What has already happened
  o what do we anticipate happening
  o Long Term structure

                              Tax Bill → 2018
                              Tax Year
  $  10.31.17  $25k from CHURCH ST. SALE
          TO OFFSET TAXES       → $65k 10.31.17
                                  24,669
                                  25,000
                                  15,000

DATE: _____   TIME: _____   STATE OF MIND: _____

GALLATIN                                  $50,000      ↘ 17000      CF
    80,100   ON GALLATIN     16,000      ↘ 15000      CF
                              6,100      ↘ 8000       DC
                              3,422      ↘ 3421.26    SHADE
                              2,575      ↘ 1564.00    NBIT
                              2,000      ↘ 3000.00    CF/ARY
                                         ↘ 1011.73   Next
         5800  - DITCH ?                 ↘ 1,571.83  LOEWS
              - LOEWS #2                 ↘ 15,000    CF
                                         ↘ 2,700     ROOF
                                         ↘ 3,400     ROOF
                                         ↘ 8,000     DC
                                         ↘ 1300      LOEWS

AMEX        71           ×71    ×17    ×63    ×12
           50           ×6     ×12    ×50    ×53
           41           ×47    ×13    ×89    ×20
          176           ×6     ×80    ×40
           60           ×8     ×11    ×76
           76           ×6.3   ×10    ×38
           30           ×10    ×48    ×13
          120           ×13    ×6     ×10
           20
           48
           38
           76
          836      $1,160

( PLUS THE ADDITIONAL MONEY COMING FROM MY ACCOUNT

DATE:                    TIME:                    STATE OF MIND:

Mirror - Matton Both
Railings -

- Send Email to CB Banc Re: Statements
- What are we Saying to Ron.
- What about the new accountant

11·6  /

1. TEP   - Previous Month. Payment
          - Sole discretion - Credits  1 year + 1 month
          - You don't own anything
          - ARUBA

2. CD For Escrow
3. BMW M5  - 3rd of Month 13th Grace  $50
                            100-28405-38   $533.29
                     Nov 17   222343716

DATE:          TIME:          STATE OF MIND:

PSM Mtg 11.8

1. Update on whats going on?
2. Press inquiry - WSJ / WATO
3. ~~Addresses~~ / Financials /
   A. PRAS - individual B / Long term investing
      a. Ron Vinder ← Barry Berkedam
      B. Cayman - Long term investing
      C. Accountant in LA
      D. Laurion
4. Define Roles of these people

   GH, GC/VP            PRAS
   LK CFO/VP         GH ←→ LK

                    Ron V   Cayman  Accountant
                    DM      PM      Prosperity
                                    Unicorn
                                    Antonius

5. Define Entities and How They Fit in to Nathan
   Prosperity Goals

6. What do we do with Earnings
7. Dubai Stephana - Need to Make a Decision
   - Email from Chris McElhaneye
8. "G" Money?
                - Very precarious position @ work
                - @ least $500k → 750k
                - Need to know soon b/c of health
                  insurance and taxes
   • Higginbotham Law Loan  ⎫ Investment or Loan
   • Flatbridge Consulting, LLC  ⎭

                    866-583-2354

DATE:            TIME:            STATE OF MIND:

PROSPERITY   -  ENTERTAINMENT

ARTEMUS   - ENTERTAINMENT
ANICORN  - Consulting

                                          Contracts
                                          - Nikki
Ron Vinder                          - Elliot

                                          Cayman is Pres
32 m   Contracts        w/9        Personnel

K w/ BIGE
       To
       Nik                                    32   consulting
       R²
       Wu                                     150 → Prosperity

   - 41  RC
   - 29
   ─────
   7 0    →   150  #wo
              13  NIKKI

DATE:                TIME:                STATE OF MIND:

PSM

COMPANIES          EIN      ART of INC      OP. AGR.      BANK
1. PRASPERITY
2. PSM  SPM
3. ANTONUS - MUSIC
4. ANICORN - Consulting
5. URBANE
7. URBANE II

DEALS      - DATES - $ - TERMS - CONTRACT - W. 9/1029
1. FRANK WHITE
2. STEPHANE                    12. WM CASIBS
3. ELLY/NOVIMA
4. WATCHES/AFRICA
5. LUCKY MARK (1.8m to CITI) - RIGES
76. DOMINICAN DEAL
7. HLPC - ESCROW
8. HLPC - LOAN 2018
9. WU #1 - BIG E - NIR - JOEL
10. WU #2 PACKAGE - SAMA
                    11. Anymore?
BARRY B.
1. TOTAL DEPOSITS - When
2. Contracts - SIGNED
3. Monthly Payouts
4. IRS STRATEGIES
5. When is the $ money located

ATTORNEYS
1. How many ATTORNEYS on Retainer Now?
2. WHAT ARE THEY WORKING ON?
3. ACTIVE LAWSUITS?

DATE:                    TIME:                STATE OF MIND:

LIABILITIES
1. Sam - child support
2. BEING SUED / By whom / For what
3. Chicks? Assistants - Sexual Harassment etc.?

BANK ACCOUNTS - ANY out THERE

LICENSES / MEMBERSHIPS / TRIPS
1. F.A.R.A. - NEED TB CONSIDER THIS STRONGLY!
2. SCREEN ACTORS GUILD
3. RIAA MEMBERSHIP
4. SUNDANCE FILM FESTIVAL   Jan 16-28
5. TRIBECA FILM FESTIVAL    April 18
6. ART BASEL Miami - Dec. 7-10 2017
7. UNGA in Sept. 2018
8. GRAMMIES   28, 2018
9. BASEL WORLD - watches  MARCH 22-27, 2018 Switzerland.

WEB PRESENCE
1. WEB SITES For All Companies
2. PRAS MICHEL WEBSITE

BARRY
1. No Bullshit w/ BARRY
2. 2020 LOAN
        A. IRS TAX MATTER
        B. Restructing everything
        C. Personal Guarantee  $1.75 million 15 years.

DATE:                    TIME:                    STATE OF MIND:

THINGS   11·27·17

- ARTEMUS — WIRE TO A NEW ACCOUNT.
- ANICORN — CHECK
- ALEXANDRO — OPEN BUSINESS Account in Cayman
           — TRANSACTIONS - From There

BlackFilm . Com

Rob Wisom apx. $36k

WHAT BAYEH WANTS
Love, happiness Friendship,
understanding for friends to love each
other, first Excitement, fun amongst
for everyone.     ✦ Apt pay'd off first, Jot
                                         Alimony

- APARTMENTS — 250+
- PRENUP —

BlackFilm
Ⓢ S Vod — Subscriptions customer Service
   T Vod — Transactual - Netflix
   AVod — Get EyeBalls To sight - advertising

② Commercial Plotting
   - "Where Do YOU DANCE"

   - USAGE RIGHTS documents From Warner Bros.

DATE:          TIME:          STATE OF MIND:

GEICO - F 30 - ~~4461012 08187~~
441 - 140 - 7725

Sonny Kaur - 540-286-9070 adjuster
622 791 622 0161 072

BRADEN     -   FLOAT LOAT
~~$~~     407 - 516 - 2950

- INVOICE -  $20k ?

MEETING w/ B+L @ McKinney  12.21
1. CHRIS MITCHELL         — NFL/NBC JAN. 19th
2. ANTOINE FUQUA          —NFL ALSO MUST APPROVE
                              THE SPOT
   LIBBY HAWKINS @ McKINNEY
                              267-930-

ROGER WINCHER — Relativity Media
   Fox
→ TECH MTG @ 3PM.
- EXIST as an APP + ROKU and Apple TV
- web site as well -
- user interface on web site
              — Music Behind EACH ?
                    →
LAUNCH ~~DATE~~ Content
   → ~~EVOLVE~~  Movie - TV - Music Videos - Short fun
                  Content
                  - whose content

DATE:                TIME:                STATE OF MIND:

McKinney
- Font - Color - Style Guide to keep this
Consistent

Advertising Model for Revenue

Project

#1 Currated; Your Best Life
Road Map to Excellence your Best

#2 Making that open + Social in a way that builds
a Community - Getting The Conversation started
- Community
- Shared Experience
- Interaction °360 Experience

#3 Empower and Towables and Apprentice
Platform to Expose

1. This Convo                                    ⋆ Mystery Theatre
2. His Brand - Social Media                        °3060
3. Your Agreement  - Equity

Prasperity LLC
4690 Long Key Lane
Coconut Creek FL 33073



DATE:                    TIME:              STATE OF MIND: