```
 1                  IN THE UNITED STATES DISTRICT COURT
                       FOR THE DISTRICT OF COLUMBIA
 2


 3
     UNITED STATES OF AMERICA,
 4                                             Criminal Action
               Plaintiff,                      No. 1:19-cr-00148
 5
          vs.
 6
     PRAKAZREL MICHEL,                          Washington, D.C.
 7                                             January 20, 2023
                    Defendant.                 1:00 p.m.
 8   ---------------------------------------------------------

 9
                    TRANSCRIPT OF THE DAUBERT HEARING
10          BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
                    UNITED STATES DISTRICT JUDGE
11


12

13   APPEARANCES:

14   For the Plaintiff:      JOHN DIXON KELLER, ESQUIRE
                             U.S. DEPARTMENT OF JUSTICE
15                           Criminal Division
                             US DOJ-PIN
16                           1301 New York Avenue NW, Suite 1016
                             Washington, D.C. 20530
17
                             SEAN F. MULRYNE, ESQUIRE
18                           U.S. DEPARTMENT OF JUSTICE
                             Public Integrity Section
19                           1400 New York, Avenue, NW
                             Washington, D.C. 20005
20
                             NICOLE REA LOCKHART, ESQUIRE
21                           DEPARTMENT OF JUSTICE - CRIMINAL
                             DIVISION
22                           1400 New York Avenue, NW, 12th Floor
                             Washington, D.C. 20005
23


24


25
```

```
 1   APPEARANCES (Continued)

 2

 3   For the Defendant:        DAVID ELLIOT KENNER, ESQUIRE
                               KENNER LAW FIRM
 4                             16633 Ventura Boulevard, Suite 1212
                               Encino, CA 91436
 5

 6                             CHARLES R. HASKELL, ESQUIRE
                               LAW OFFICES OF CHARLES R. HASKELL,
 7                             P.A.
                               641 Indiana Avenue, NW
 8                             Washington, D.C. 20004

 9
                               ALON ISRAELY, ESQUIRE
10                             KENNER LAW FIRM, A PROFESSIONAL CORP.
                               16633 Ventura Boulevard, Suite 735
11                             Encino, CA 91436

12

13
     Court Reporter:          STACY HEAVENRIDGE, RPR
14                             Official Court Reporter
                               U.S. District & Bankruptcy Courts
15                             333 Constitution Avenue, NW
                               Room 4700-A
16                             Washington, DC 20001

17

18

19

20

21

22

23

24

25
```

```
1

2                         I-N-D-E-X

3

4   WITNESS                    VOIR DIRE EXAMINATION

5   RICHARD MALONE, JR.

6       BY MR. KENNER                  16

7       BY MR. KELLER                  28

8

9

10                      E-X-H-I-B-I-T-S

11                         (None)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**P R O C E E D I N G S**

1

2

3      THE COURT:  Good afternoon everyone.  Let's call the

4  case.

5      DEPUTY CLERK:  Judge, did you want the witness present

6  here today at this time?

7      THE COURT:  In a few minutes, yes.

8      DEPUTY CLERK:  He's on now.  He's on now.  If you want

9  me to just put him in a waiting room.

10      THE COURT:  Just for a few minutes because we have do

11  have a couple things to talk about.  But, perhaps, before they

12  start -- he or she starts.

13      DEPUTY CLERK:  Mr. Malone, I'm going to put you in a

14  waiting room.  You do not have to log off.

15      MR. MALONE:  Okay.

16      DEPUTY CLERK:  Mr. Michel, we cannot really see you.

17      THE COURT:  Mr. Michel, can you give us a little bit

18  more light.  Okay.  That's better.  All right.  We can see you

19  better.  Thank you.

20      DEPUTY CLERK:  Criminal Case 19-148, the United States

21  versus Prakazrel Michel.

22      Counsel, would you please identify yourself for the

23  record, starting with the Government.

24      MR. KELLER:  John Keller on behalf of the Government,

25  Your Honor, along with Nicole Lockhart and Sean Mulryne.

1          MR. KENNER:  Good afternoon, Your Honor.  David

2     Kenner, along with Alon Israely and Charles Haskell, on behalf

3     of Mr. Michel, who is present.

4          THE COURT:  All right.  This has been set as a *Daubert*

5     hearing.  Let me just indicate that the Government had sent a

6     trial brief which raised some issues relating to the expert.

7     You asked for a response, you asked for a *Daubert* hearing, so I

8     set it up.

9          Last night I received a pleading from defense, which

10    was filed certainly well after hours, that raises questions

11    about the scope in terms of the Government.

12         Mr. Kenner, I've told you before, when we set things

13    up, I expect things to be filed according to the way we've set

14    it up, not when you choose to file things.  It should have been

15    filed at an earlier point than you did it.  I'm going to go

16    ahead and do this, but I've warned you a couple of times.  At

17    some point, it is going to be a problem for you.  So I would

18    suggest that you pay attention.  I set these deadlines so

19    everybody gets a fair, even playing field, everybody gets a

20    opportunity to file their pleadings and to get answers and

21    rulings on the part of the Court in a timely way beforehand so

22    you know what you have, to the extent that I can rule in

23    advance.

24         I have asked the court reporter and alerted her that

25    it's my expectation that a transcript will be sought.  I expect

1   the parties to agree to an expedited transcript so we can get

2   it quickly in order to make rulings.  I'm certainly not going

3   to make oral rulings today, so that everybody can take a look

4   at it and there can be some additional briefings.  So both the

5   Government and the defense should speak to her afterwards in

6   terms of preparing an expedited transcript.

7           So what I'm going to do is to hear -- I have a few

8   initial questions.  I'm going to hear what the defendant

9   expects to elicit from their expert.  The Government,

10  obviously, will have an opportunity to then voir dire.  And I

11  will allow briefing afterwards when we have the transcript as

12  to what should be allowed in, anything that's to be excluded or

13  whatever else needs to be involved.

14          I'm not going to make rulings in advance as to what

15  should not take place or what the experts should not opine

16  about at the trial.  I think it would be better at this point,

17  based on this late untimely filing, that we have a full record

18  so that I can make decisions for it.  Obviously, expert

19  testimony is governed by Rule 702.

20          So there are a couple of legal arguments that I would

21  like to hear just very briefly, Mr. Kenner.  And that is why

22  the testimony -- to start with, why the testimony that

23  Mr. Michel didn't embezzle 1MDB.  And that's -- excuse me, 1,

24  is it not?  I think it's 1, capital M, capital D, capital B,

25  you're going to be getting as funds, is at all relevant.

1          And the second one was why the purported "expert

2     testimony" about other prosecutions is relevant.  And even if

3     it potentially was, is why is this something the jury gets to

4     hear.  In very summary forms, if you could just simply sort of

5     set a framework for those at least two issues.

6          Mr. Kenner.

7           MR. KENNER:  Yes, Your Honor.

8          It is the defendant's position that although -- we are

9     having trouble understanding the Government's position with

10    regard to 1MDB.  On one hand, Mr. Keller has previously

11    indicated in a prior hearing that the Government does not

12    intend to introduce evidence that the funds that Mr. Michel

13    received came from or were related to 1MDB.  However, in a

14    footnote, in a prior filing in footnote 2, the Government talks

15    about their expert opining about the 1MDB source of funds that

16    were then put through other accounts allegedly and then

17    ultimately transferred to Mr. Michel.

18         The Government had indicated to Your Honor that they

19    had some time ago issued subpoenas to foreign banks in order to

20    be able to make that connection.  They also indicated at the

21    last hearing that they had not obtained any financial records

22    and that they did not expect to.

23         So what the Government is trying to do is to use

24    circumstantial evidence to support the money-laundering charge

25    by attempting to establish that a source of the funds was

1  illegal.  I think we are clearly entitled to have our expert,

2  who is more than well qualified -- and I can go in to that if

3  Your Honor wishes -- to render opinions about two different

4  theories of money-laundering.

5       The Government alleges promotional money-laundering and

6  the Government alleges international money-laundering,

7  concealment.  They are two totally different theories.  And the

8  Government, we believe, is trying to use the conduct arising

9  after the transfer of funds and that is the alleged FARA

10 violation, which is a statute that punishes omission, not

11 commission.  We believe that they've got the cart before the

12 horse and that FARA cannot be used as a basis for limiting or

13 excluding testimony of Mr. Malone.

14      I can go on in great --

15      THE COURT:  I just want you to set a framework for

16 what -- I'm not precluding anything today -- a framework from

17 your perspective.

18      MR. KENNER:  As to what --

19      THE COURT:  I'm sorry, go ahead.

20      MR. KENNER:  As to what he would say?

21      THE COURT:  No.  I'm going to -- you know, we'll hear

22 from the expert.  I just wanted you to set out what your

23 position was -- legal position as to this particular testimony

24 that does seem to be at issue back and forth between you and

25 the Government as to whether expert testimony is required.

1     So I'm just letting you set a framework for what your

2  view is, why you need it.  I'm going to hear all of the

3  testimony; I'm not going to preclude anything particularly

4  today.

5     The other question that I had -- and then I have a

6  question for the Government:  How does the, you know, other

7  prosecutions, what relevance is there in terms of any kind of

8  expert testimony?  And does the jury need to hear it or is this

9  something they can decide for themselves?

10     MR. KENNER:  No.  With respect to other cases, those

11  other cases that are read and analyzed and understood by

12  Mr. Malone help to format his views and his opinions, based on

13  the legal criteria for establishing the violations of the

14  conspiracy to commit two different forms of money-laundering.

15     I don't know that he has to do that, but if the

16  Government were to cross-examine him and say:  Why do you

17  believe that or what is your legal basis for that conclusion?

18  I would think it would not be inappropriate for him to respond

19  with cases that helped form the basis of his opinion.

20     THE COURT:  Right. let me ask one other question, and

21  then I'll move to the Government.

22     In your latest emissive first paragraph on page 7, it

23  wasn't clear to me -- let me let you open that up so you can

24  see it.  It's page 7 at the top.

25     MR. KENNER:  I have it.

1          THE COURT:  I wasn't clear, do you mean to suggest

2     that you want your expert to testify about whether the

3     Government can seek forfeiture of funds that are no longer held

4     by Mr. Michel and were disbursed or paid to others?  Is that

5     what you're trying to say there?

6          MR. KENNER:  What we're trying to say there is simply

7     that the Government is alleging that funds to promote a

8     specified unlawful activity -- that's the 1956 (a)(1) (sic)

9     domestic money laundering statute.  And that statute penalizes

10     financial transactions that involve the proceeds of the

11     specified unlawful activity.

12          I don't know what specified unlawful activity the

13     government is claiming other than FARA.  If FARA is their

14     specified unlawful activity, we're putting the cart before the

15     horse.  The FARA violations don't occur until after these

16     financial transactions take place.  So what I'm talking about

17     at the top of page 7 is the requirement that -- in the statute

18     that proceeds first be generated by an unlawful activity,

19     followed by a financial transaction with those proceeds in

20     order for criminal liability to attach.

21          Instead, this particular 1956(a)(2)(1) penalizes and

22     oversees transfer:  With the intent to promote the carrying out

23     of a specified unlawful activity.  I don't know how the

24     Government can evidently deal with that particular point.  And

25     I think it's important for -- again, this all starts from the

1    confusion between Mr. Keller not being willing to enter into a

2    stipulation or an agreement that he would not seek to trace

3    funds to 1MDB.

4          However, in a footnote in his prior filing, he says

5    that he's going to do just that.  And if that's what he intends

6    to do and we don't have a clear line of demarcation that that

7    connection will not be tried to be made with circumstantial

8    evidence, which is what the Government is trying to do, if

9    you're going to do that, then I think it's absolutely relevant,

10   necessary for this defense expert to be able to speak to that.

11         THE COURT:  Let me just -- excuse me if I can

12   interrupt.

13         It's not -- it's not total -- I understand what you're

14   saying, but it's not totally what I was asking.

15         Is your expert going to testify whether they can seek

16   forfeiture -- because we're talking about forfeiture of

17   funds -- that are no longer held by Mr. Michel and were already

18   disbursed?  In other words, is he going to -- is that what you

19   wanted to address?  That's what I assumed you were raising as

20   an issue, which you've just gave an explanation of why you want

21   it.

22         MR. KENNER:  Yes, that is part of what I want it for.

23         THE COURT:  Okay.  So my interpretation that that's

24   what you're getting at is correct; is that correct?  Is that

25   what you're saying?

1          MR. KENNER:  Yes.

2          THE COURT:  All right.  From the Government, I don't

3    know whether you want to respond, but I do have one thing and

4    you don't have to answer this necessarily today unless you're

5    prepared to.  We obviously will get some briefing on it.

6          I'm trying to better understand, frankly, the theories

7    broadly underlying the money laundering charges.  For purposes

8    of the subsections charged in the indictment, looking at them,

9    1956 (a)(2)(A), the international money laundering and in 1956

10   (a)(1)(B) domestic money laundering, what are the alleged

11   sources in groups of funds that underlie the alleged

12   international and domestic money laundering, which I think is,

13   to some degree, what Mr. Kenner is getting at?

14         I don't know whether you want to respond now.  I won't

15   push you.  We obviously have to put this on the record in some

16   way.  It can be done later after the hearing.

17         But I'll give you an opportunity if you want to

18   respond, understanding that you got the missive last night and

19   I don't want to get a quick answer.  These are very nuanced

20   differences and I'd rather make sure they're very accurate in

21   terms of my making decisions about who gets to opine about what

22   in terms of understanding.

23         But if you want to respond to what he has raised before

24   we get into the testimony, that's fine.  If not, what I'm going

25   to do is have Mr. Kenner put on the record all of the testimony

1    he wants.  You get to have a voir dire, Mr. Keller, whatever

2    you think is appropriate in terms of your voir dire, and then

3    with the transcript and some additional legal briefing, I'll

4    make a decision.

5         I think it's better at this point, because a lot of

6    these are very nuanced differences, to make sure I have a full

7    record in making these decisions.

8         So, Mr. Keller, I don't know whether you want to

9    respond or not.

10        MR. KELLER:  Understood, Your Honor.  I think it would

11   be to the Court's benefit for, at least, a brief response and

12   maybe to defense counsel's benefit, as well.

13        THE COURT:  Can you speak up a little bit more?

14        MR. KELLER:  Yes, Your Honor.

15        THE COURT:  Thank you.

16        MR. KELLER:  I think it would be to the Court's

17   benefit and to defense counsel's benefit, potentially, as well,

18   to, at least, briefly outline the theory behind the two money

19   laundering objects in the superceding indictment.

20        So the international promotional money laundering

21   object is based on international transfers from Lucky Mart to

22   Prakazrel Michel's entities Anicorn and Artemis, and these were

23   made through a euro-based account that was set up for those two

24   entities:  Anicorn and Artemis.  So those were international

25   financial transactions.  The Government's theory is that they

1    were directed by Jho Low for the purpose of funding its illegal

2    FARA influence scheme in the United States.  So that is the

3    Government's theory on the promotional money laundering object

4    of the conspiracy.

5          The money originated in foreign accounts associated

6    with Lucky Mark Trading and they were sent to domestic

7    accounts, Mr. Michel's -- associated with Mr. Michel's

8    entities, Anicorn and Artemis, for the purpose of the promoting

9    a specified unlawful activity, which is the FARA scheme at the

10    heart of the 2017 conduct.

11          The concealment money laundering for the domestic funds

12    transfers is based on Mr. Michel's routing of the money that he

13    received from Lucky Mark through Colfax and between his two

14    entities, Anicorn and Artemis, and through other third parties

15    before the funds were transferred to the ultimate recipients:

16    Mr. Broidy, Ms. Lum Davis, coconspirators in the activity.

17          And the Government's theory is that those transactions

18    routing through third parties, routing through Colfax was done

19    to further conceal, both the purpose -- the true purpose of the

20    funds, which was to fund the FARA activity, and to conceal the

21    true source of the funds, which was Jho Low.

22          And to Mr. Kenner's point that they weren't proceeds at

23    that point, FARA prohibits the agreement to act as an agent of

24    a foreign principal.  This case charges, in addition to the

25    substantive counts, a conspiracy to act as an agent of a

1     foreign principal.

2            The agreement was formed certainly no later than the

3     coconspirator's trip to Bangkok to meet with Jho Low to sell

4     him on the idea of Mr. Broidy using his influence to try and

5     get the 1MDB investigation dropped.  And after that meeting

6     where the parties agreed that that was the course of conduct

7     they would pursue and Mr. Low agreed to pay them for that

8     conduct, the money that came in and hit Mr. Michel's accounts

9     from that point forward were proceeds of that unlawful

10    activity.

11           And so I don't think there's -- there's any legal

12    problem with the Government's theories on either object, Your

13    Honor.

14           THE COURT:  All right.  I'm not going to get into a

15    full legal argument at this point.  We've heard what his answer

16    is, Mr. Kenner.  Let's get Mr. Malone, is it, and let's

17    proceed.

18           MR. KENNER:  Thank you.

19           THE COURT:  All right.  There's Mr. Malone.  Good

20    afternoon.  Let's swear you in.

21                       RICHARD MALONE, JR.,

22    Having been first duly sworn on oath, was examined and

23    testified as follows:

24           THE COURT:  You need to speak up.  We have a court

25    reporter.  We need a record.

```
1              THE WITNESS:  Okay.  Yes.

2              THE COURT:  And we need always verbal responses.

3         Mr. Kenner, you need to put on whatever his background

4    is in order to have him qualified as an expert.

5              MR. KENNER:  Thank you, Your Honor.

6                        VOIR DIRE EXAMINATION

7    BY MR. KENNER:

8    Q    Good morning, Mr. Malone.

9    A    Good morning.

10   Q    Can you tell me generally what your background is with

11   respect to education.

12             THE COURT:  Would you give us your name, sir, for the

13   record.

14             THE WITNESS:  It's Richard Malone, Jr.

15             THE COURT:  Go ahead and answer his question.

16   A    I have a bachelor's degree in business administration with

17   an emphasis in accounting.

18             THE COURT:  You need to speak up a little bit more.

19   We're having a little trouble hearing you.

20   A    I have a bachelor's degree in business administration with

21   an emphasis in accounting.  I'm a licensed CPA and a licensed

22   private investigator in the state of California.  I initially

23   worked as an auditor for the State Department of Insurance in

24   California.  And then for the next 25 years, I was a special

25   agent with the criminal investigation division of the IRS, the
```

1    last 16 of those years as a supervisory special agent.

2          After retiring, I worked at the state -- or the City of

3    Los Angeles fraud waste and abuse unit of the controller's

4    office.  I worked -- did a year with the postal inspection

5    service as a contract investigator.  Six months with the Union

6    Bank of California in their compliance unit overseeing the

7    production of suspicion activity reports.  Then nine years with

8    the DEA as a contract financial investigator.  And all I did

9    there was -- was money laundering.  That was strictly it.

10          After that, I did a year at FBA looking at the money

11   laundering violations with respect to their cases.  And then

12   since, I think it was 2017, 2018, I've been in private practice

13   as a private investigator.

14   BY MR. KENNER:

15   Q    Did you provide, in the course and scope of those things,

16   giving financial investigative services to the United States

17   Department of Justice?

18   A    Yes.

19   Q    And with respect to the -- let me withdraw that.

20        How many, approximately, money laundering investigations

21   have you been involved in?

22   A    I know we talked about that, Mr. Kenner.  I'll say I can't

23   remember.  I would say over a hundred.  Like I said when I was

24   with the DEA for nine years, that's all I did.  I had, at

25   least, three big cases at DEA that I remember.  And then I

consulted on many, many more.  I don't want to say hundreds,

but a lot.  I just can't put a number on it.

Q   Can you describe for us very, very briefly the nature of

the three big cases that you were responsible for investigating

money laundering.

A   The last ones at the DEA involved a major casino is Las

Vegas where we secured a nonpros agreement and the return of

$41 million -- $47 million to the Government.  There was a gal

on the way there had a case on a unlicensed marijuana

dispensary was owned by a convicted felon and it resulted in at

least one money laundering account against an attorney that was

working with them.

     And another case there a major auto dealer, an independent

auto dealer in Los Angeles resulting in the seizure of -- I

can't remember it was like a 175 cars.  There were money

laundering counts on that.  It was a plea -- a plea agreement

at the end of that.  Those are the most recent --

          THE COURT:  We need -- Mr. Michel, you need to come

back.  We can't look at a blank screen.

          THE WITNESS:  I'm sorry?

          THE COURT:  I'm talking to Mr. Michel.  We have a

blank screen.  Thank you.

          Okay.  Anything else, Mr. Kenner, about his

qualifications?

          MR. KENNER:  Yes.

BY MR. KENNER:

Q    When you were doing the investigations that you have done

with regard to federal and criminal statutes applying to money

laundering, what was your task?  What were you doing?

A    Generally tracing the money, following the money, tracing

the source, the destination.  Some cases, the use.  Basically,

that's it in a nutshell.

Q    And can you tell us, did the FBI, the DEA and the DOJ, as

well as other law enforcement agencies, personnel, rely on your

work product in determining whether or not the money laundering

the existed.

A    I think they did, yes.

Q    Okay.

         MR. KENNER:  Your Honor, that's concludes --

         THE COURT:  Let me -- Mr. Keller, you have a choice.

You can ask voir dire about -- now about his qualifications or

you can wait until you do your cross.  It's up to you.

         MR. KELLER:  I'll do it altogether, Your Honor.

         THE COURT:  That's fine.

         Mr. Kenner, then go ahead.

         MR. KENNER:  Thank you.

BY MR. KENNER:

Q    What materials did you review in connection with the case

that is now before the Court?

A    Mostly, I looked at bank records that were provided by your

1    office and the, you know, document expert.  There were bank

2    records for -- from, off the top of my head, City National Bank

3    related to Artemis and Anicorn and that was basically the bulk

4    of it.

5        When I did some of the searches -- I'm not good at doing

6    the searches on relativity -- I think I saw a couple of FBI

7    302s.  I saw there were over a million documents in relativity,

8    so I didn't look at all of those, that's for certain.

9            THE COURT:  You need to keep your voice up, sir.

10           THE WITNESS:  Okay.  I'm sorry -- I'm sorry.

11           THE COURT:  That's better.

12           THE WITNESS:  I'm kind of yelling.  I don't want to

13   sound rude.

14           THE COURT:  No.  You're not -- it doesn't come through

15   as yelling at this end.

16           THE WITNESS:  Okay.  Sorry.

17   BY MR. KENNER:

18   Q   Mr. Malone, in this case the Government has alleged that

19   Mr. Michel and others engaged in a conspiracy to commit

20   something called concealment money laundering and also

21   international promotional money laundering.

22       Can you explain what each of those things is.

23   A   Sure.  The two that I looked at in the -- that I saw in the

24   indictment, one was the money transferred from outside the

25   United States into the country to promote a specified unlawful

1  activity.

2      The other one is the use of dirty money, money from a

3  specified unlawful activity to conceal the -- conceal the

4  nature of the -- of the money.

5  Q   Did you -- did you look at the sources of moneys that were

6  transferred to Anicorn and Artemis?

7  A   Yes, I did.

8  Q   Who were they transferred from?

9  A   All as I could tell from the bank records, is the money

10 came from two companies:  Lucky Mark Company and Red Rock Nine

11 Limited, I believe.

12 Q   And did you determine whether or not either of those

13 companies were owned by a person named Jho Low?

14 A   I did not see anything to indicate who owned those

15 companies, no.  The only thing I saw was an incorporation paper

16 for one of them -- I can't recall which one -- but I couldn't

17 tell from that piece of paper.  I think it was from a Hong Kong

18 Government entity, I could not tell who the actual owner was.

19 Q   And in your opinion, based on your training and experience

20 and the review of the materials, was Mr. Michel involved in a

21 conspiracy to commit concealment of money laundering?

22 A   For me --

23          THE COURT:  It sounds like a legal question I think

24 the way you've asked it.  There's another way of asking what

25 you want.

1    BY MR. KENNER:

2    Q    Can you give us the basis for your opinions that, I

3    believe, could be that there was not concealment money

4    laundering in this case?

5    A    The concealment money laundering I thought lacked one

6    element to show that the money was sourced from a specified

7    unlawful activity, or from any unlawful activity.  I couldn't

8    tell what the source of the money was that went into the bank

9    accounts for Lucky Mark and Red Rock.

10   Q    And did you -- did you look at bank records from 2017 that

11   track the flow of money from foreign sources into Anicorn and

12   Artemis?

13   A    Yes, and those were records were domestic records.  Those

14   were the records from City National Bank principally, that

15   showed the wires coming in from those two companies.

16   Q    And did you also look at whether or not there were funds

17   flowing directly to the client -- the client trust account of a

18   private practice of an attorney George Higginbotham?

19   A    Yes, I did.

20   Q    What did you find?

21   A    It looked like those came from Red Rock, I believe.  And

22   that's all I could tell.  These weren't Red Rock records.

23   These were the records from the account of Mr. Higginbotham.

24   Q    And do you have an opinion whether or not the bank records

25   and business records provided the Government -- by the

```
1    Government indicated that the source of funds were illegal,

2    such as a product of embezzlement scheme or any other illegal

3    conduct?

4    A    I didn't see any documentary evidence that showed that, no.

5    Q    The Government alleges in a conspiracy to commit

6    concealment money laundering charge does not require a showing

7    that the sources of funds must be dirty.  What is your opinion

8    in that regard?

9    A    Well, in the concealment, yes, I thought that it does have

10   to be sourced to illegal -- illegal funds.

11            MR. KELLER:  Given that we're at the pretrial stage,

12   obviously outside the presence of the jury, I'm not going to

13   object to these questions, but I think the majority of these

14   questions are objectionable.  They're misstating facts in the

15   record.  They're misstarting the testimony of the witness and

16   they're calling for improper legal opinions.

17            But given this is a preliminary hearing, I will

18   withhold those objections.

19            THE COURT:  You'll have an opportunity to obviously --

20   and you can also have an opportunity to voir dire to provide

21   what you view is a more accurate statement of facts.

22            The last opinion, if I could just ask what was that

23   based on?  You indicated you "thought," what is that based on?

24            THE WITNESS:  I'm sorry?

25            THE COURT:  The last opinion that you gave, you
```

```
 1    indicated you "thought" whatever the opinion was.  What is that
 2    based on?
 3              THE WITNESS:  Based on looking at the -- basically,
 4    the bank records there.
 5              THE COURT:  All right.  Mr. Kenner.
 6              MR. KENNER:  Yes.
 7    BY MR. KENNER:
 8    Q    There is also a count alleged with regard to promotional
 9    money laundering.  In your opinion, based on your training and
10    experience and review of the materials, was Mr. Michel involved
11    in the conspiracy to commit promotional money laundering?
12              THE COURT:  You can't ask him to -- that's a legal
13    question and a conclusion that the jury is going to reach.  You
14    can't ask it that way.
15              MR. KENNER:  Okay.
16              THE COURT:  Another question is, the bank records,
17    were these all domestic bank records or not?
18              THE WITNESS:  Yes, they were all from domestic banks.
19              THE COURT:  Okay.  Go ahead, Mr. Kenner.
20              If you'll reword your question -- I mean, you're asking
21    him the ultimate question that's in the case.  You can't ask it
22    that way.  It's a legal conclusion.
23    BY MR. KENNER:
24    Q    Did you find anything in the records that you reviewed
25    regarding the Government's evidence or a lack thereof that Jho
```

1  Low and Michel and others all agree that Michel would not

2  register as a foreign agent under FARA?

3  A    I didn't see any evidence of that.

4            THE COURT:  Any evidence of what?

5            THE WITNESS:  I didn't see any evidence to indicate

6  that there was any discussions or agreements amongst anybody

7  that Mr. Michel would not register as a foreign agent.

8            THE COURT:  What records would you have relied on to

9  come to that conclusion?

10           THE WITNESS:  I relied on -- I didn't see any records.

11 I would have expected to see -- I admit I'm having a hard time

12 answering this, this would come in testimony.  I didn't see any

13 testimony in any of the records that I was provided.

14           THE COURT:  So can you indicate what you were provided

15 that you relied on?

16           THE WITNESS:  It was -- 90 percent of it was the bank

17 statements, the bank records from City National Bank and the

18 other banks involved -- other domestic banks involved.

19           I didn't see any foreign records.  This money all came

20 from overseas, initially.  I didn't see any records to

21 indicate, you know, other than Red Rock or Lucky Mark, where

22 that money came from.  So I couldn't draw any conclusion as to

23 whether it was -- if it was, as you say, dirty money or coming

24 from a legitimate source.  There weren't records to indicate

25 either, which way.

1          THE COURT:  Okay.  You indicated that you gave a

2    percentage that were bank records.  What was the other percent?

3    I mean, what other records did you have.

4          THE WITNESS:  Like I say, when I did some of the

5    searching, I saw some 302s.  I think I read a couple of those.

6    I honestly don't remember.  I'd have to go back and review

7    those before trial.  That was basically it.

8          THE COURT:  So domestic bank records and 302s, is that

9    what you based your opinions on?

10          THE WITNESS:  Yes.

11          THE COURT:  Mr. Kenner?

12          MR. KENNER:  Yes.

13    BY MR. KENNER:

14    Q    The Government is essentially alleging that this conspiracy

15    was a conspiracy to not register -- in other words, a

16    conspiracy to not do something.

17      Do you see any evidence -- have you seen any records that

18    would support the Government's ability to demonstrate what

19    portions of the transfer of funds were specifically to pay

20    Michel to not register as a foreign agent?

21    A    No, I didn't see anything to indicate any kind of

22    apportionment of the funds, no.

23          THE COURT:  So you're relying on that there's nothing

24    to indicate what the purpose of the transfer of the funds, is

25    that what you're saying?

```
 1            THE WITNESS:  Right.  Yes.  And more to Mr. Kenner's
 2   point, the FARA is an act of doing nothing.  You don't do it.
 3   You don't register.  I didn't see anything to indicate that
 4   Mr. Michel was compensated directly for not registering.
 5   BY MR. KENNER:
 6   Q   Let me -- let me ask you this.  You also reviewed bank
 7   records showing money falling out of the Anicorn and Artemis
 8   and Higginbotham's accounts; is that correct?
 9   A   Yes.  I looked at the disbursements from the accounts, yes.
10   Q   Did you see any payments to government officials in the
11   Trump administration?
12   A   Nothing looked obvious to me other than to
13   Mr. Higginbotham.  I didn't see anything that jumped out to me
14   as that, no.
15   Q   Did you see any significant cash withdrawals from those two
16   accounts?
17   A   I don't recall any significant cash withdrawals, no.
18   Q   There was a -- did you review a payment of $9.5 million to
19   the Colfax Law Firm?
20   A   I saw the transfers to the Colfax Law Firm, yes.
21   Q   Did you also see a payment of $7 million to Nickie Lum
22   Davis?
23   A   Yes.
24   Q   And let me go back to the previous question.  Did you --
25   were you able to form any opinion on how this payment of nine
```

1  and a half million to the Colfax Law Firm came about?

2  A    How it came about, no.

3  Q    Okay.  And the Higginbotham account had one disbursement,

4  which I believe was for $4.5 million paid to NBC for promotion

5  of a business called Blacture, a business formed by Mr. Michel

6  which had a $4.5 million Super Bowl thirty-second ad.

7       Did you see any records in support of that?

8  A    Yes, I saw some -- one document from, I believe, it was

9  NBC, the TV station.

10           MR. KENNER:  At this time, Your Honor, that's all I

11  have.

12           THE COURT:  All right.  Mr. Keller, you can start with

13  voir dire and move through the rest.

14           MR. KELLER:  Thank you, Your Honor.

15                    VOIR DIRE EXAMINATION

16  BY MR. KELLER:

17  Q    Mr. Malone, so I just want to make sure I've got it right.

18       You previously worked as a special agent with IRS criminal

19  investigations; is that right?

20  A    Yes.

21  Q    And then you worked for a long time as a contract financial

22  investigator for DEA?

23  A    Yes.  Technically, I worked for West River Group, who

24  contracted with OCDIFT section, and they placed me at DEA.  I

25  mean that's -- that's the more complete answer.

1  Q   And so I believe you testified that the bulk of your money

2  laundering experience came from DEA; that's essentially all you

3  did there when you were employed by the contractor for DEA,

4  that essentially all you did was money laundering

5  investigations?

6  A   All's I did, that's correct, yes.

7  Q   Those money laundering investigations involved offenses

8  where the alleged specified unlawful activity was drug

9  activity?

10  A   Yes.

11  Q   So you never worked on an investigation where the alleged

12  specified unlawful activity was a violation of FARA, right?

13  A   Correct.

14  Q   You've never investigated a FARA case at all, have you?

15  A   I have not.

16  Q   Or a case involving alleged violations of 18 United States

17  Code section 951, which prohibits being an agent of a foreign

18  government, you've never investigated a case like that, have

19  you?

20  A   No, I have not.

21  Q   Have you read the Foreign Agent's Registration Act, sir?

22  A   You know, I read it once recently, about a month ago.

23  Q   Okay.  I believe you testified that it's your opinion that

24  FARA prohibits not registering; that it's a crime of omission;

25  is that correct?

1    A    That's the way I -- that's the way I looked at it.

2    Q    So you're not familiar with the first line of the statute,

3    22 U.S.C. Section 612 which reads:  No person shall act as an

4    agent of a foreign principal?  You're not familiar with that

5    language in the statute?

6    A    I do recall that language, yes.

7    Q    Well, then doesn't the statute prohibit affirmatively

8    acting as an agent of a foreign principal?

9    A    If you do not register.

10   Q    Right.  So there's no -- there's no need to register if

11   you're not acting as an agent of a foreign principal, correct?

12   A    If you say so.  I would have to defer to you on that.

13   Q    So you don't know, you don't have sufficient experience

14   with FARA to have an answer to that question?

15   A    I would say that's correct.

16   Q    You weren't involved at all in the underlying embezzlement

17   investigation involving the allegations that billions of

18   dollars were stolen from a sovereign wealth funds in Malaysia

19   called 1Malaysia Berhad, also known as 1MDB?  You weren't

20   involved at all in the investigations of that activity, were

21   you?

22   A    No.

23   Q    You have no personal knowledge, no investigative knowledge

24   of Low Taek Jho, Jho Low, what he does, what his role was, what

25   his alleged role was in that embezzlement scheme?

1    A    That's correct.

2    Q    No knowledge of who he associates with?

3    A    No.

4    Q    You don't have any personal knowledge of Mr. Low's

5    financial dealings?

6    A    That's correct.

7    Q    No personal knowledge of Colfax Law Office?

8    A    Correct.

9    Q    Robin Rozenzweig?

10   A    Correct.

11   Q    Elliot Broidy?

12   A    Correct.

13   Q    Nickie Lum Davis?

14   A    Correct.

15   Q    George Higginbotham?

16   A    Correct.

17   Q    You didn't review the grand jury testimony of any of those

18   witnesses?

19   A    I did not.

20   Q    You didn't review the factual bases to their pleas, their

21   plea agreements?

22   A    I did not.

23   Q    You have no personal knowledge of the entities that were

24   involved in this case, the Anicorn or Artemis?

25   A    Right.  No personal knowledge, no.

1    Q    And no personal knowledge of the international entities

2    that transferred money, both in 2012 to Mr. Michel's entities

3    and then in 2017?  So I'll break that up.

4         In 2012, you have no knowledge of Blackstone Asia Real

5    Estate Partners, do you?

6    A    I have no knowledge of it other than seeing it on those

7    charts that were provided by the Government.

8    Q    And no knowledge of Alsen Chance Holding Company, no

9    knowledge of that entity or what its activities were?

10   A    Again, the same answer:  I just saw them on your government

11   chart, that's all.

12   Q    You don't know who controlled those entities?

13   A    I saw who they said controlled some of them.  I don't

14   recall specifically.

15   Q    Who was that?

16   A    The Blackstone -- was that Mr. Beckiden (ph)?  I can't

17   remember, I'd have to review that again.

18   Q    So sitting here today, you don't know who controlled those

19   entities?

20   A    Right.

21   Q    You don't know what their association was with Mr. Michel?

22   A    Correct.

23   Q    Or what their association was with Jho Low?

24   A    Correct.

25   Q    Any personal knowledge of an individual named Eric Tan,

1   also known as Tan Kim Loon?

2   A    No knowledge.

3   Q    Mohamed Al-Husseiny?

4   A    No knowledge.

5   Q    You don't have any prior experience as a prosecutor,

6   correct?

7   A    That's correct, I am not an attorney.

8   Q    So is it fair to say that the opinions you just offered

9   here in court are based on your experience doing drug-related

10  money laundering investigations and a subset of financial

11  records primarily that were provided to you in this case?

12  A    That's true.  But in the 1990s I supervised -- I did a big

13  case, supervised a big undercover case where we did money

14  laundering with respect to durable medical equipment fraud and

15  we had money laundering counts on -- when I was the supervisor

16  for the bank fraud, the case in the Los Angeles office.  We had

17  some cases where we charged money laundering with respect to

18  bank fraud.  Those were in the 1990s.

19  Q    Have you been involved with a case alleging promotional

20  money laundering?

21  A    Yes.  Yeah.  I remember I -- going back to the 1990s -- my

22  memory is not great -- I have one recollection of having a very

23  involved discussion with an Assistant United States attorney on

24  promotional money laundering.  Yes.

25  Q    On international promotional money laundering?

1  A   No.  It was domestic.

2  Q   Well, you understand that the promotional money laundering

3  charge here is international money laundering, correct?

4  A   I understand it's a conspiracy, a 371 conspiracy to commit

5  international promotional money laundering, yes.

6  Q   Okay.  So you have no experience with that specific

7  subsection of the statute prohibiting international promotional

8  money laundering?

9  A   I know that it came up when we were discussing with the

10  casino case because the money was coming from Mexico into the

11  casinos.  The substance of those discussions, I honestly --

12  again, it's been eight years ago -- I don't remember.

13  Q   What about those conversation informs your opinions here

14  today?

15  A   To me, recalling my training on the elements of

16  specifically 371.  So I was looking to see if all the elements

17  were there.  Was there evidence of an agreement?  Was there

18  evidence of an overt act in furtherance of the conspiracy?

19  Those kinds of things.

20  Q   In your experience of doing hundreds of investigations

21  involving money laundering for drug activity, did you generally

22  define -- expect to find evidence of the intent and purpose

23  behind the transactions in the bank records themselves?

24  A   No.  You would take the bank records and you would see what

25  happened, where the money went and what it was used for and

1    then you would put that in context with the overall crime.

2    Q    And so you haven't reviewed any evidence to put the bank

3    records in context in this case, have you?

4    A    No, correct.

5    Q    So as I understand it, you intend to testify that none of

6    the bank documents you reviewed list Jho Low as the account

7    holder; is that correct?

8    A    Correct.

9    Q    But you would agree, based on your training and experience,

10   that often money launderers use accounts set up in the names of

11   other entities or third parties to engage in illegal financial

12   transactions.  You would agree with me on that, right?

13   A    Yes.

14   Q    So it's not surprising that the bank records involved in

15   this case don't list Jho Low as the account holder, is it?

16   A    No.

17   Q    Okay.  You also intend to testify that none of the bank

18   documents you reviewed showed that proceeds from the 1MDB

19   embezzlement scheme were ever provided to Michel; is that

20   right?

21   A    I'm sorry.  Could you say that again, I'm sorry.

22   Q    My understanding is you also intended to testify that none

23   of the money that was transferred to Mr. Michel in this case

24   were proceeds of the 1MDB embezzlement scheme; is that right?

25   A    That's correct.  I didn't see anything to link it to 1MDB.

1  Q   You understand this is not a prosecution of Jho Low or

2  Mr. Michel for the 1MDB embezzlement?  You understand that,

3  right?

4  A   I do.

5       MR. KELLER:  Your Honor, am I able to share my screen

6  to show the witness an exhibit?

7       THE COURT:  I think so.  Yeah, you should be able to.

8       DEPUTY CLERK:  Yes.  You can share the --

9       THE COURT:  Yes.

10       MR. KELLER:  Okay.  Let's me see if I can --

11       THE COURT:  I mean, it's been set up to do that

12  so . . .

13       DEPUTY CLERK:  Do you see the icon where it says Share

14  Screen?

15       MR. KELLER:  I do, Ms. Patterson.  Thank you.  Can

16  everybody see this slightly grainy black and white flowchart?

17       THE WITNESS:  I see it.

18  BY MR. KELLER:

19  Q   So for identification purposes I want to reference the

20  Bates number here at the bottom.

21     This is a document Bates -- Bates-stamped DOJ-0002628403.

22     Mr. Malone, did you review this document as part of your

23  preparation?

24  A   I saw it, yes.

25  Q   Did you review the account statements for Alsen Chance

1    Holding Limited?

2    A    I don't -- I don't remember seeing those, no.

3    Q    Did you review the account statements for Blackstone Asia

4    Real Estate Partners?

5    A    I'm sorry, I should have pulled all those up.  I don't

6    recall seeing that, no.

7    Q    Did you review the bank statements for Aabar Investment

8    PJS, Limited?

9    A    Again, I don't remember doing it.  If I saw them, I forgot.

10   I don't recall seeing that, no.  I would have been looking for

11   that, though.

12   Q    So you don't know what the source was of the funds that

13   were transferred into Blackstone, into Aabar, into Alsen Chance

14   before they went to the defendant's entities in 2012, do you?

15   A    No, that's correct, I do not.

16   Q    So despite the fact that you've not reviewed those bank

17   records and have no knowledge of the source of those funds,

18   you're testifying today under oath that it's your opinion that

19   that money was not proceeds from 1MDB?

20   A    No, that's not what I'm saying.  What I'm saying is I

21   didn't see any evidence to show what the source of that money

22   was.

23   Q    It sounds like a very different opinion.  The fact that the

24   bank records you reviewed did not prove to you that the

25   accounts received proceeds from 1MDB is very different than

1  saying, based on the that evidence you reviewed, you do not

2  believe that any of the funds at issue in this case were 1MDB

3  proceeds.  Those are very different --

4        MR. KENNER:  Objection, Your Honor.  Argumentative.

5        THE COURT:  No.  Let him -- what I'd like to do is

6  have the witness Mr. Malone indicate what his opinion between

7  the two choices are.

8        THE WITNESS:  What I told Mr. Kenner, and what I

9  believe, is I didn't -- I wasn't able to tell where that money

10 came from.

11       MR. KELLER:  Understood.

12       THE WITNESS:  If I couldn't tell, I can't say -- to

13 me, it doesn't -- I didn't see any proof that this money was

14 from an illegal activity.  That's what I'm saying.

15       THE COURT:  And that would be based on your review of

16 the 302s and the domestic bank records; is that correct?

17       THE WITNESS:  The domestic bank records, correct.

18       MR. KELLER:  Your Honor, I know you've asked the

19 witness about his review of 302s and he's indicated kind of

20 generally that he's perused a couple of 302s.

21 BY MR. KELLER:

22 Q   Just so we have a clear record on this, Mr. Malone, did you

23 review 302s for interviews of George Higginbotham?

24 A   I would have to pull it up and look.  I think I read one

25 from Higginbotham.  I'm not sure.

1  Q   Do you recall how many 302s there were for George

2  Higginbotham?

3  A   I do not.

4  Q   Did you review 302s for Elliot Broidy?

5  A   I don't recall reading his 302, if there was one.

6  Q   Did you review 302s for Nickie Lum Davis?

7  A   I don't believe so.

8  Q   You understand that those -- that those are the

9  coconspirators alleged to have conspired with the defendant

10  Mr. Michel in this case, right?

11  A   Right.

12  Q   And you understand that some of them have cooperated and

13  provided statements to the Government about this criminal

14  activity?

15  A   Yes.

16  Q   You didn't think you needed to review those documents to

17  provide an informed opinion about what the purpose of these

18  financial transactions was?

19  A   No.  I would review them.  I will -- I will review them

20  again.

21         THE COURT:  We're here at a hearing to hear what you

22  have to say is your opinion.  Can I assume, then, that your

23  opinion was not based on the 302s?

24         THE WITNESS:  It was based mainly -- it was based

25  mainly on the bank records, correct.

1          THE COURT:  Okay.  That mainly --

2          THE WITNESS:  I --

3          THE COURT:  Excuse me.  That mainly leaves it as if

4    there's something else you did rely on.  I -- we -- I need to

5    know what it is you relied on.  You relied on the bank records.

6          THE WITNESS:  I relied on the bank records.

7          THE COURT:  If you relied on the 302, which ones?

8          THE WITNESS:  I'm trying to see if I can remember

9    which ones I looked at.

10         THE COURT:  Certainly.  You did a report, would it be

11   -- you can look at your notes or a report, put it on your

12   screen.

13         THE WITNESS:  I have to find these 320s myself going

14   through the records.  I stumbled on them by accident looking

15   for bank records.  I saw one for someone named Ardel High,

16   Archibald, I see two -- I see two -- three for Higginbotham,

17   Lipscomb, Mr. Michel's 302, Moscowitz and Wyatt.

18         THE COURT:  What I'm trying to get at is whether you

19   relied on them in any way for your opinions today.

20         THE WITNESS:  Yes, I relied on them a little bit.

21   Mostly bank records, I rely on bank records.

22         THE COURT:  I'm not trying to be pushy about this.

23   But you said you relied a "little bit" on the 302s, I need to

24   know what the "little bit" is.

25         THE WITNESS:  I read the --

1          THE COURT:  Either who it was in the 302s or whatever

2     else.

3          THE WITNESS:  I've always said to Mr. Kenner that

4     testimony will be important in this case.  I'd like to see --

5     hear what -- you know, what people said.  So, honestly, I'm

6     sorry -- I just don't remember what was in the 302s.  I

7     apologize.  I should have reviewed them again for today.

8          THE COURT:  Well, I think the hearing is now, so we

9     need to go by what you've -- not what you review in the future

10    but what you reviewed in the past.  So all I'm trying to do is

11    make sure I understand what it is you relied on.

12         It's clear you relied on domestic bank records.  You

13    also indicated you looked at some 302s; you don't remember

14    exactly.

15         But if there's something out of the 302s you relied on

16    for your opinions today, then we need to know what it is.  We

17    can't have this -- you go back at it and look at it and come up

18    with a new opinion about it.

19         I need to know from your opinion today whether it's

20    based in any way on the 302s.  You may have reviewed them.

21         But the question is:  Did it inform your opinion at

22    all?

23         THE WITNESS:  No.  I would say I relied mostly on the

24    bank records.  On the bank records.  I hope that's what you're

25    asking.

1          THE COURT:  Well, I'm just -- all I'm trying to do is

2     clarify what you relied on.

3          THE WITNESS:  I relied on the bank records.  I was

4     trying to see if there were any bank records to show who owned

5     this money.

6          THE COURT:  All right.  Mr. Keller, any other

7     additional questions you wish to ask?  I didn't mean to

8     interrupt you but I was trying to clarify some things.

9          MR. KELLER:  Of course, Your Honor.

10    BY MR. KELLER:

11    Q   Mr. Malone, I believe you testified earlier that what your

12    opinion is -- you clarified what your opinion is here today, is

13    that based on the bank records, you did not see sufficient

14    evidence to prove a conspiracy to commit FARA or a conspiracy

15    to permit promotional money laundering to promote FARA or a

16    conspiracy to commit concealment money laundering with proceeds

17    from a FARA offense.  Is that --

18         THE COURT:  That's asking a legal opinion, just as

19    Mr. Kenner did, so you can't do that.  You have to ask it in a

20    different way.  Whether there's a conspiracy or not is a legal

21    question.  So you have to ask it in a different way.  It's a

22    legal conclusion.

23         MR. KELLER:  I believe the question is whether his

24    opinion was based on his review of the bank records he saw

25    evidence of the charged conspiracies.

1          THE COURT:  Okay.  If you want to ask it that way,

2    it's all right.

3    BY MR. KELLER:

4    Q   Mr. Malone, is that right?  Is your opinion, as I believe

5    you clarified earlier, is that based on your review of the bank

6    records, you did not see evidence of the charged conspiracy; is

7    that right?

8    A   I thought something was missing for the conspiracy for the

9    371 count, that's what I'm saying.

10   Q   But there's nothing about the bank records, the

11   transactions that you reviewed, that suggest to you that those

12   financial transactions could not have been part of the money

13   laundering or FARA conspiracy, is there?

14   A   No.  I could agree with that statement, yes.

15   Q   Okay.

16          MR. KELLER:  That's all I have, Your Honor.

17          THE COURT:  Mr. Kenner, do you want to do any

18   redirect?

19          MR. KELLER:  I'm sorry.

20          THE COURT:  I'm just asking Mr. Kenner if he wishes to

21   have a redirect at this point.

22          MR. KENNER:  I don't really wish to have any redirect

23   but I have a couple points I'd like to make to the Court.

24          THE COURT:  Okay.  But I think in terms of the

25   testimony, if we could take just a short little break here, I

```
 1    want to look at my notes and see if there's anything else I

 2    want to ask before we excuse Mr. Malone.

 3            I'm assuming you're making some other points that have

 4    nothing to do with his testimony; is that correct?  In other

 5    words, his further testimony?

 6            MR. KENNER:  Yes.

 7            THE COURT:  Okay.  Let me take a -- I have five after

 8    2:00 so at 10 after 2:00, don't disappear.  You can mute or

 9    stop the video, but don't leave so we don't have trouble

10    getting you back.  Okay.

11       (Off-the-record discussion.)

12

13            THE COURT:  So I just wanted to look at my record and

14    what I had reviewed to make sure there were no additional

15    questions that I had for Mr. Malone.  I have nothing

16    additional.

17            So I think at this point if we're getting into legal

18    issues, we should excuse Mr. Malone.  He should not be hearing

19    what we're talking about.

20            Is Mr. Malone finished at this point from everybody's

21    perspective?

22            MR. KENNER:  Yes, from my end.

23            MR. KELLER:  Yes.

24            THE COURT:  Mr. Malone, thank you for making yourself

25    available.  I appreciate it.  We are excusing you at this
```

1      point.  Mr. Kenner will be in touch.

2               THE WITNESS:  Okay.  I'm logging off.  Thank you.

3               THE COURT:  Take care.

4          Mr. Kenner, you had a couple extra points you wanted to

5      make.

6               MR. KENNER:  I wanted to make an observation.  In the

7      Government's Trial Brief at DCF, Number 155 at 118, the

8      Government states that Mr. Malone should be barred from

9      testifying, that the funds received by Mr. Michel were not

10     sourced from 1MDB because, quote, the Government does not

11     intend to present evidence or argument that the funds used in

12     furtherance of the charged FARA scheme were 1MDB proceeds.  The

13     Government's expert, however, in the filing that contains his

14     expert report, he renders opinions about the source of these

15     funds.

16          All I asked for from the very beginning -- and

17     Mr. Keller is quite right -- Mr. Michel is not charged with any

18     violation of FARA.  That case and that matter has had such wide

19     press conference -- coverage and is so overwhelming, that I

20     don't understand Mr. Keller's trying to bring that case into

21     this trial.  That portion of this case will probably take weeks

22     on its own against -- in the case in the Southern District of

23     New York.

24          If Mr. Keller believes what he says, that -- on the

25     record -- that the Government does not intend to present

1  evidence or argument that the funds used in furtherance of the

2  charged FARA scheme were 1MDB proceeds, if that's his focus in

3  his examination of Mr. Malone.  So I would like, once and for

4  all, to understand, because I really and truly don't, based on

5  contradictory positions:  Does the Government intend to put on

6  evidence that funds received from the 1MDB case are utilized in

7  making their proof in this particular case?

8         If they are, clearly, we're entitled to have Mr. Malone

9  testify as to those issues.  If they're not, I would ask for a

10  stipulation to that.  If we can't get one and the Government

11  does intend to do that, we cannot be precluded from combating

12  that testimony -- from confronting it.

13         THE COURT:  Well, I don't think -- it -- it only

14  becomes a combat if they present the evidence.  A stipulation,

15  you know, they're not forced to do it.  They may wish to simply

16  leave something open.

17         Mr. Keller, do you want to resolve this issue?

18         MR. KELLER:  Yes, Your Honor.

19         THE COURT:  I thought we did, but we can hear

20  definitively.  To the extent that you want to put it orally, if

21  you want to put it in writing, however you want to do it.

22         MR. KELLER:  Yes, Your Honor.  I don't know -- until

23  it's --

24         THE COURT:  I can't hear you.

25         MR. KELLER:  I don't know what proposed stipulation

1   Mr. Kenner is talking about, unless it's some hypothetical

2   future one.

3        I can say this, though:  The Government is not

4   proceeding on a theory of money laundering based on the 1MDB

5   embezzlement scheme being the specified unlawful activity.  The

6   Government is not proceeding on a theory that the embezzlement

7   from 1MDB was the specified unlawful activity.

8        THE COURT:  That seems to be fairly straightforward --

9        MR. KENNER:  Yes, and --

10        THE COURT:  -- in terms of stating it.

11        MR. KENNER:  Okay.  And then I'll file a motion in

12   limine.  But if that's not their intent to establish that, it

13   is my view they should be precluded from bringing up the 1MDB

14   matter.  By Mr. Keller's statement just now, it's not relevant,

15   anything about 1MDB.

16        THE COURT:  Mr. Keller?

17        MR. KELLER:  Your Honor, we've already litigated that

18   motion in limine and the Court denied it.

19        The relevance is the fact that Jho Low was paying these

20   people to try and get the administration to drop the 1MDB

21   investigation and forfeiture proceedings.

22        Of course, it's relevant; it's inextricable intertwined

23   in the conspiracy.  But that's not the same thing as saying

24   that the money laundering charges are based on the 1MDB

25   embezzlement scheme being the SUA.

1          THE COURT:  To my mind, that makes a -- that is a

2   distinction.

3          My suggestion at this point is that you contact Stacy

4   Heavenridge and make an arrangement to get an expedited

5   transcript.  All you need is the testimony.  I don't need to

6   hear the arguments.  You don't need to get the rest of it.

7          All I need is the testimony of Mr. Malone, you know,

8   with -- obviously, with the questions, at least in terms of the

9   expedited portion of it so we can see what it is.

10         We obviously -- you can ask for a transcript for the

11   rest of it in terms of different things that have been said

12   today in terms of commitments.

13         I would ask that we set -- and I will -- if you want to

14   propose, Mr. Keller, once you get it, if you want to file

15   something to exclude evidence or whatever you want to do in

16   terms of the testimony, I'd ask that you have a discussion --

17   however you communicate with each other -- as to whether there

18   are disagreements about what he gets to say and what he doesn't

19   get to say.  This is Mr. Malone.  Okay?

20         And then you can file something if you can't come to an

21   agreement that requests the Court to exclude it, based on the

22   legal things, since you didn't get a chance to respond somewhat

23   to the missive that we got last night, I'll let you do it now

24   in terms of the context in whatever we have here.  And then

25   Mr. Kenner can, again, respond to it.  But I would like to set

1     a date now.  It's hard to get everybody together for this.

2         So how long, Stacy, will it take roughly to put this

3     transcript together, an approximate day?  I'm just trying to

4     figure out their briefing time.

5         THE COURT REPORTER:  I can have it to you by Tuesday.

6         THE COURT:  Okay.  All right.  So assuming that

7     everybody gets it on Tuesday, Mr. Keller, when would you

8     propose to file whatever you're going to request, based on --

9     you know, the testimony that we have from Mr. Malone, which is

10     what I'm going to be making my decision on, whether he gets

11     testify and if he does, what about.

12         MR. KELLER:  Your Honor, we can probably file whatever

13     we needed to do within a week.

14         THE COURT:  I want a thorough briefing.  I want this

15     resolved, so I don't want to go back and forth, okay?  So give

16     me all your arguments.  And I want, Mr. Kenner, all of yours.

17         I don't want to get, you know, this dribble-drabble

18     stuff.  I have a lot of cases and I want to make sure I make

19     rulings, that I have the full record so Mr. Michel gets, you

20     know, an informed decision on my part.

21         So I need to have the responses and I'd rather give you

22     extra time and make sure you put all your arguments out there.

23         So, Mr. Keller, tell, me when is a good time for you.

24         MR. KELLER:  I understand that, Your Honor, and I

25     appreciate that.  But we have litigated this issue already.

1  The Government has filed a motion limine as part of its trial

2  brief.

3         THE COURT:  You can refer back to that, okay?  You can

4  do whatever.  But I now have testimony and you need to come

5  back and -- or make whatever arguments you're going to make,

6  whatever, relying on whatever you want to rely.

7         MR. KELLER:  I'm happy to do that, Your Honor.  We

8  will.  I guess, I'm just raising the point that I'm not sure

9  that there have -- that there have been new or novel issues

10  presented today that warrant extensive additional briefing,

11  which is why I believe we can address this within a week.

12         THE COURT:  That's fine, all right.  Then we'll do

13  it -- if it comes in Tuesday, that's the 24th, so you would be

14  able to do it by the 31st.

15         What I would ask you to do is not only -- and you can

16  decide if you want more than the testimony.  What I really want

17  is the testimony.  If you want the rest of the arguments or

18  what statements that counsel have made about what the issues

19  are and are not, I don't have any problem with that.

20         What I'm interested in was the thing, so if you want

21  the full transcript, that's fine.

22         MR. KENNER:  Speaking on behalf of the defense, I do

23  want the full transcript.

24         THE COURT:  You can make that arrangement.

25         MR. KENNER:  Yes, Ms. Heavenridge, would you call me

1   after the hearing?

2          THE COURT REPORTER:  Yes, I will.

3          MR. KENNER:  Thank you.

4          THE COURT:  So you can do the full transcript.  I

5   don't have a problem with that.  If you did the full

6   transcript, roughly when would you have it so we can set dates

7   after that?  Approximately.  You obviously need extra time.

8          THE COURT REPORTER:  I could have the full transcript

9   to you by Thursday.

10          THE COURT:  So it would be the 26th and this would be

11   a transcript they can cite to.  So we're aiming at the 26th if

12   it takes you longer, just let them know.

13          So then, Mr. Keller, when would you be responding?

14   Take a look at all his arguments he has filed originally and

15   what he has filed last night, as well as what has been said

16   today.

17          MR. KELLER:  Your Honor, I think we could file it with

18   the deadline of February 3rd, Friday, February 3rd.

19          THE COURT:  Okay.  Mr. Kenner, when do you want to

20   respond?

21          MR. KENNER:  Your Honor, could I have until the 15th?

22          THE COURT:  Fine.  As I said, I want a thorough -- and

23   then once I get this, I will see whether I need any reply from

24   the Government.  But I would ask the Government to look at all

25   the pleadings, including what was filed last night, carefully,

1   as well as the statements today.  I want to have everything

2   resolved one way or the other in terms of differences of

3   opinion about what evidence there is and what it includes, et

4   cetera.

5          MR. KELLER:  Understood, Your Honor.  But this is

6   becoming a pattern.  And Mr. Kenner has signaled today that he

7   plans to file additional motions in limine on issues that have

8   already been resolved.

9          THE COURT:  If they've been resolved, I'm not doing it

10  again.  I've made one ruling and that's it.  So I'm not doing

11  it again.  And I didn't hear anything from today that would

12  suggest that we needed to revisit the motions in limine based

13  on what you have said today.

14         Obviously, in trials, sometimes evidence doesn't come

15  out the way you think it's going to.  These are issues that are

16  evidentiary, that are being made based on the record I have and

17  that has been presented by counsel.  If the witness gets up and

18  says something different, the record may switch and I need to

19  take -- revisit it.

20         But at this point we're making a decision based on the

21  record you-all have provided.  Okay.

22         MR. KELLER:  Understood, Your Honor.  The Court has

23  been very diligent about setting a fairly clear and strict

24  schedule leading up to trial.  Defense has ignored the

25  discovery deadline, has ignored the exhibit list deadline, has

1   ignored the deadlines for motions and replies.  I just think

2   we're running the risk here of defense continuing to file

3   motions as they see fit up until trial.

4        THE COURT:  This is going to be it in terms of this

5   expert, this is it.  That's -- excuse me.  That's why I had

6   whatever you want to brief from the expert out, Mr. Kenner,

7   that was his opportunity.  Okay.  This is it.  We'll make a

8   decision based on that.

9        I've informed Mr. Kenner he's taking a risk that as you

10   get closer and the more you ignore it, you're going to -- you

11   may have some problems in terms of getting things in and that's

12   not useful either for Mr. Michel or for anybody else.

13        Now, I set these deadlines to make sure everybody has

14   an opportunity to make informed -- you know, provide me with

15   the information and informed decisions.  There's also a

16   tendency now to ask for extensions, to just simply pop up with

17   a new date.  That doesn't work here.

18        MR. KENNER:  I understand.

19        THE COURT:  We're not the Eastern District of

20   Virginia, but I'm close.  Okay?  I'm close.  And in this case

21   where we've had deadlines and they have been missed, I'm

22   putting you on notice that I'm going to require you to file

23   stuff on time.

24        MR. KENNER:  I am on notice.  I accept that.  I

25   apologize for late filing last night.  As we get closer to

1   trial with a total of 200 million pages of discovery -- 2.6

2   million pages of discovery -- you know, I'm not the

3   Government -- I don't have the resources that the Government --

4          THE COURT:  You have three attorneys.  They have three

5   attorneys.

6          MR. KENNER:  Yes.

7          THE COURT:  And, frankly, the U.S. Attorney's Office

8   at this point with these January 6 cases is under water.

9   They're using U.S. attorneys and prosecutors from other

10  jurisdictions.

11         So I don't see them with this enormous resources at

12  their end.  Both of you have three attorneys.  You can split up

13  the work.  I'm assuming everybody are experienced people.  So I

14  don't want to hear that as an excuse.

15         MR. KENNER:  Yes, Your Honor.

16         THE COURT:  I'm setting deadlines and I think they're

17  reasonable and, frankly, those were deadlines that you-all

18  provided.  That's why I sent out these templates.

19         At this point we're moving forward to trial.  I don't

20  see anybody, you know, being prejudiced so far.  At the point

21  it becomes an issue and there's prejudice, then I will take

22  action.  Everybody's on notice.  I need to move to another

23  matter that I have.  Is there anything else?  I will put this

24  out.

25         MR. KENNER:  Excuse me, Your Honor.

```
 1            THE COURT:  Let me just finish it.  If I get what your
 2   filings are and I need a reply from the Government, I'll let
 3   you know.  Otherwise, I don't think you need to.  Okay,
 4   Mr. Keller?
 5            MR. KELLER:  Thank you, Your Honor.
 6            MR. KENNER:  Your Honor, did Your Honor want me to do
 7   the Offers of Proof for the five witnesses that you asked me to
 8   and you said you would possibly take that up after the Daubert
 9   Hearing?  Those were former President Obama, former President
10   Trump, Jeff Sessions, Jeh Johnson and Ben Carson?  I'm prepared
11   to do that, if Your Honor --
12            THE COURT:  Orally?  Orally or in writing?
13            MR. KENNER:  I can do it orally right now, Your Honor.
14            THE COURT:  All right, go ahead.
15            Hold on one second.  I need to - I have another judge
16   that's supposed to be calling me shortly.  So let me just push
17   that back.  Hold on.
18            Okay.  I pushed the other hearing back.  Go ahead.
19            MR. KELLER:  Could we just get for the record what
20   this proffer is based on, whether it's based on interviews of
21   the witnesses or something else?
22            MR. KENNER:  It is based on discovery provided by you,
23   Mr. Keller.
24            THE COURT:  So you don't know whether these witnesses
25   will testify to this because you haven't spoken to them, or
```

1    you've spoken to some?

2           MR. KENNER:  As I indicated to Your Honor earlier this

3    week, we served -- the subpoenas have been sent to the people

4    that are serving them.  They are -- they will begin serving

5    them with this list of five on Tuesday of next week.

6           THE COURT:  Okay.  So none of these witnesses have

7    been interviewed to see whether what you're hoping they'll say,

8    you would know that that's the case?

9           MR. KENNER:  No, I have not yet interviewed former

10   President Obama.

11          THE COURT:  I assumed the two presidents, perhaps not,

12   but I wasn't sure about the other witnesses.

13          All right, go ahead.

14          MR. KENNER:  Okay.  The foundation for the Offer of

15   Proof, first with respect to Former President Trump, at the

16   request of Elliot Broidy, Steve Wynn met with then-President

17   Donald Trump to discuss the request of the trainee's Vice

18   Minister of Public Security, Sun Lijun, for the United States

19   to return Guo Wengui, a Chinese dissident living in the United

20   States, to China.  According to the Government's Memorandum of

21   Investigation, Mr. Wynn explained what Mr. Broidy told him and

22   what Mr. Wynn, in turn, told then-President Trump about the

23   request from the Chinese.

24          Wynn spoke to Trump about Wengui during a dinner at the

25   White House.  Wynn did not speak to anyone else in the United

1    States Government about Wengui at the time.

2         When Wynn arrived at the dinner, he passed two photos

3    of Wengui to Trump's assistant, Madeleine Westerhout.  Wynn

4    mentioned to Trump that Broidy had called and had been

5    contacted from a high-ranking security official in China who

6    had asked Wynn to ask Trump to get Wengui returned to China.

7    Broidy mentions that doing so may give the U.S. leverage with

8    issues in North Korea.  Wynn mentioned to Trump that he left

9    photos of Wengui with Madeleine.  Wynn thought it was the first

10   time that Trump was hearing the Wengui topic.  Trump just

11   listened and said, Okay.

12        And that all comes from the Memoranda of Investigation

13   on August 31st, 2020, DOJ Number 0002473253.

14        The Offer of Proof is that Elliot Broidy asked

15   President Trump to play golf with the Malaysian Prime Minister;

16   that Elliot Broidy told Mr. Trump that Broidy thought that the

17   golf game may help his chances of obtaining business for his --

18   Broidy's -- company, Circinus, with the country of Malaysia.

19        Elliot Broidy otherwise made no mention that the prime

20   minister may wish to talk with Trump about having Trump

21   intervene on behalf of Jho Low to impact or shut down any

22   current legal matters between the DOJ and Jho Low.

23        Number four, that nothing about the conversation

24   between Broidy and Trump suggested that Broidy was secretly

25   acting on behalf of Jho Low or the People's Republic of China

1    when he spoke with Trump about having a golf game with the

2    Prime Minister.

3         All of this testimony counts against the Government's

4    allegations that Elliot Broidy, an alleged coconspirator

5    Mr. Michel, was seeking to set up a golf game between Trump and

6    the Prime Minister of Malaysia in an illegal effort to advance

7    the interest of Jho Low or the PRC.

8         Regarding Mr. Wynn's communication with Mr. Trump, I

9    would intend to elicit that Steve Wynn advised then-President

10   Trump that Broidy had asked Wynn to pass a request from Sun

11   Lijun, the Chinese Vice Minister of Public Security, to return

12   Guo.

13        Two, that Mr. Trump understood that the request

14   regarding Guo was coming from the Chinese government and that

15   he had no sense that Wynn or Broidy were trying to hide that

16   fact.

17        Number three, that Trump had no sense that Mr. Wynn or

18   Mr. Broidy were acting as secret agents for the Chinese or

19   either was under the direction or control of the Chinese

20   government.

21        Four, that Mr. Trump interpreted the communication from

22   Wynn as merely the passing on a message from the Chinese Vice

23   Minister of Public Safety, who had already been scheduled to

24   meet with U.S. officials about this matter, including recently

25   fired FBI director, James Comey, recently as of that time.

1      Four, that Mr. Trump learned through Mr. Wynn that the

2   Chinese, in exchange for returning Guo, were offering to

3   release American hostages, except Chinese Nationals currently

4   in U.S. prisons, and work with the U.S. on cybersecurity in a

5   North Korean issue.

6      Five, that Trump learned at this time that the Chinese

7   had released a hostage, a pregnant American, as a show of good

8   faith.  This testimony cuts against the Government's

9   allegations related to the FARA accounts under 18 U.S.C. 611,

10  et seq., and separate counts that Mr. Michel and his alleged

11  coconspirators were illegally acting as, quote, agents of a

12  foreign Government, in violation of 18 U.S.C. 951.

13      Merely passing a message from Vice Minister Lijun to

14  President Trump with a full disclosure of the source of the

15  request certainly doesn't constitute acting as a secret agent

16  of a foreign principal under FARA or acting under their

17  direction or control.

18      The next one is with respect to Former President Obama.

19      The foundation of this Offer of Proof is that senior

20  officials in President Obama's 2008 and 2012 campaigns'

21  committee and administration used their roles to influence

22  President Obama's agenda domestically and internationally.

23  These individuals include Frank White, who was named the Vice

24  Chair of Finance for the Obama presidential campaign,

25  interacted with other members of Obama administration,

including Eric Finebaum, Julienne Smogue, Matthew Barzon, and

Rufus Gifford.  White was considered one of President Obama's,

"closest brain trusts," thus granted access to Obama's

administration in order to "promote the President's legislative

priorities to the country."

The next one is Shomic Dutta, who was the Mid-Atlantic

Regional Director for Financing for President Obama's 2008

campaign.  Dutta was Frank White's point of contact during the

campaign.  Following the 2008 campaign, Dutta was hired in

President Obama's administration, but had left with ten

business goals.

Dutta was hired again as a consultant for the 2012

reelection to focus on specifically Asian American fundraising.

Rufus Gifford was the U.S. Ambassador to Denmark and

the 2012 Finance Director for the President's 2012 election

campaign.

Erik Smith was a senior advisor for advertising and

message development to the Obama/Biden presidential campaigns

in 2008 and 2012.  Erik also produced high-profile special

events for Obama's campaign.  Eric also served as the creative

director for the 2009 and 2013 Presidential Inauguration

Committee.

Larry Grisolano, who served as the Director of Paid

Media and Opinion Research during both the 2008 and '12

campaign.

1          Billy Lee, who was a senior advisor; Tim Callahan, who

2     was a project partner lead with the Obama administration;

3     Brandon Hurlbut, former Chief of Staff for the Department of

4     Energy.

5          Ambassador Ron Kirk, former Cabinet Minister to

6     President Obama and U.S. trade representative.

7          Yohannes Abraham, Chief of Staff to the National

8     Security Counsel.

9          Jason Miller the Director of Management at the Office

10    of Management and Budget.

11         Carlos Monje, Chief of Staff to the Secretary of

12    Transportation.

13         Don Graves, Deputy Secretary of Congress.

14         Dan Poneman, Deputy Secretary and chairs DOE Credit

15    Review Board that approved all loan guarantee deals.

16         The Offer of Proof was confirmed that Frank White was

17    considered part of Obama's most trusted circle.

18         And everything I'm saying here, I can document to a

19    specific disclosure from the Department of Justice in discovery

20    to confirm that Shomic Dutta was a highly trusted advisor

21    within Obama's administration and played an integral role in

22    both 2008 and 2012; to confirm the self-imposed rules regarding

23    campaign fundraising and how notice education on campaign

24    fundraising policy were provided to all campaign staff;

25    confirmed logistics around campaign fundraising events during

1   both 2008 and 2012 campaigns -- for example, who got clutch

2   time.

3           There are dinners that President Obama attended where

4   he would make an appearance for 15 or 20 minutes, sit down to

5   dinner, talk to the group, and then go around the table in what

6   was called "clutch time," where he would talk with each

7   individual person who was there, essentially that that was

8   President Obama giving extra love.  That happened at an

9   incidence where Jho Low's father was present at the dinner.

10          I'm sorry -- confirm gifts that are only given by the

11  President and kept in the Oval Office were given to Frank White

12  to be presented to Prime Minister Najib Razak during a business

13  trip by Frank White and Shomic Dutta, who proposed a joint

14  venture between Frank White's company DuSable and Malaysia

15  referred to as Project Helios, H-E-L-I-O-S; to confirm White

16  House policy regarding selling access to White House to foreign

17  nationals; to confirm a picture that was taken standing in

18  front of the a Christmas tree between President Obama and First

19  Lady, Michelle Obama, with Jho Low standing between them; and

20  that -- that that was done at the request of Frank White; to

21  confirm that the Wolf Of Wall Street movie was presented to

22  President Obama in the Oval Office by Martin Scoresese,

23  Leonardo DiCaprio, and Prime Minister Razak's nephew Riza Aziz.

24          The purpose of this testimony is to counter the

25  Government's allegation as to Count 1, conspiracy to defraud

1  the United States, and to make illegal foreign and conduit

2  contribution; rather it was the conduct of White and Dutta with

3  their own self-enrichment.

4      With regard to Ben Parson, the foundation of this Offer

5  of Proof is that there was a meeting was held between Armstrong

6  Williams, Malaysian Prime Minister Najib Razak, and Dr. Ben

7  Carson and his wife, Candy, in September of 2017.  There are

8  photographs of the people attending those meetings; that Ben

9  Carson attended a fundraising event on May 21st, 2015 at the

10  home of Lisa and Igor Wehba; confidential informant Lisa

11  Korbatov elicited attendees for the reception.

12      Michel had dinner with Dr. Ben Carson and Armstrong

13  Williams on June 10th, 2017.  Specifically, we want to know who

14  arranged the meeting with the Prime Minister and what the

15  purpose of that meeting was.

16      With regard to Jeff Sessions, the foundation for the

17  Offer of Proof as to Jeff Sessions is Nickie Lum Davis told the

18  FBI and the Department of Justice that she, Broidy and Michel

19  met with Vice Minister Sun Lijun outside Hong Kong.  Sun said

20  that he had a meeting set up with the FBI director James Comey,

21  but Comey had recently been fired, and so Sun wanted ideas of

22  who he could meet with to discuss the matter of returning Guo.

23      Broidy dismissed the idea of meeting with the interim

24  director Andrew McCabe and suggested that Sun meet with Jeff

25  Sessions.  Sun stated that there was already a letter

1    requesting a meeting with Sessions.  Lum Davis then explained

2    that Mr. Michel later called her to read her the letters

3    exchanged between Jeff Sessions and the Chinese Ambassador.

4           Special Agent Harry Lidsky, DOJ OIG, told the grand

5    jury that Elliot Broidy drafted several emails of talking

6    points used to persuade Jeff Sessions to return Guo to China,

7    but Special Agent Lidsky is unclear whether those talking

8    points were ever related to Sessions directly or indirectly.

9           Broidy also had a pattern of providing access to

10   foreign nationals, to U.S. President Trump to further Broidy's

11   personal business interest.  Senators Blumenthal and Warren

12   sent the letter dated April 6, 2018, asking Attorney General

13   Sessions to investigate Broidy for violation of Foreign Corrupt

14   Practices Act.  Examples are included.

15          The proffer would be to elicit testimony:

16          One, the defense would ask Mr. Sessions about the

17   above-referenced correspondence with the Chinese Ambassador

18   prior to Broidy, Lum Davis, and Michel ever meeting with Vice

19   Minister Sun Lijun, including the circumstances surrounding the

20   correspondent's efforts already underway to have China return

21   three U.S. hostages as part of a deal to return Guo.

22          The testimony would be relevant to whether or not part

23   of the alleged conspiracy is an effort to get Sun Lijun an

24   audience with Jeff Sessions and how can a conspiracy exist to

25   perform something which had already been accomplished.

1    Secondly, to show that Mr. Michel was acting in the

2 interest of the United States and not the Chinese government

3 when he played a pivotal role in the return of a pregnant

4 American hostage being held by the People's Republic of China

5 in Beijing and to fully explore the facts that either support

6 or negate the Government's allegations of this matter.

7    Number two, what communications, if any, whether

8 directly or indirectly, occurred between Sessions and Broidy

9 about efforts to swap all four American hostages and other

10 consideration.

11    Because the Government alleges that Mr. Michel was

12 responsible for the actions of alleged coconspirator Elliot

13 Broidy, it is imperative to learn whether Broidy ever met with

14 Mr. Sessions and on what specific information he communicated

15 to Mr. Sessions that would tend to support or negate

16 allegations against Mr. Michel.

17    If they, in fact, communicated, did Broidy reveal his

18 conversation with Sun Lijun?

19    Numerous areas of inquiry also would be open about the

20 proof or lack of proof that the Government has for its many

21 allegations against Mr. Michel.

22    Three, when U.S. Senators Blumenthal and Warren wrote

23 to Mr. Sessions in 2018 asking him to negate -- sorry, asking

24 him to investigate Broidy for getting access for foreign

25 nationals to President Trump to enrich himself in his personal

1    business, what did Sessions and the DOJ do?

2          Did the DOJ also look into Broidy's efforts to have the

3    Malaysian Prime Minister meet with Trump for a golf game so

4    that Broidy could try to land the contract for his own

5    company's Circinus with Malaysia?

6          This conduct would be consistent with Broidy's efforts

7    to line up a golf game between Trump and Malaysian Prime

8    Minister and Broidy had intent to get work for his company, per

9    grand jury cited in the Trump proffer document at DOJ

10   0002467386 at pages 44 through 47.

11         Also, obtaining his testimony would rebut the

12   allegation that Broidy was acting in furtherance of Jho Low's

13   interest when, in fact, his conduct was not done as part of any

14   such conspiracy, but rather to further his personal business

15   interest in getting a contract for his company in Malaysia.

16   This conduct will be consistent with Broidy's pattern and habit

17   of using access to President Trump to enrich himself.

18         The testimony will also be used to indirectly impeach

19   the testimony that the Government will elicit from Elliot

20   Broidy.  The Government has acknowledged in the past that

21   Broidy's testimony and cooperation were critical to securing

22   the superceding indictment in this matter and, therefore, Mr.

23   Michel should have every opportunity to impeach Mr. Broidy.

24         Jeh Johnson, there is a tape-recorded conversation

25   that -- at a D.C. law firm offering legal representation by Jeh

1    Johnson after he left the Government to Guo Wengui.  The

2    audio -- on the audio-tape, Obama, the DHS Secretary, caught

3    discussing Donald Trump visa case with controversial Chinese

4    billionaire.  Here, the DOJ produced tape of what appears to be

5    the same taped conversation between Jeh Johnson and Guo.

6          Johnson is offering his legal services to assist Guo on

7    his asylum matter, noting that his representation of Guo would

8    have to first pass conflicts at his law firm.  But go on to say

9    that he is the only member of the Obama's cabinet to meet with

10   Donald Trump.

11         There is mention that Mr. Johnson will get Guo a pair

12   of cufflinks from the Secret Service that are kept in the Oval

13   Office for the President to individually give out.  And the

14   tape also, at about 2:20 into the tape, it mentions -- a woman

15   mentions no concern about making a deal with Trump, since Guo

16   is a member at Mar-a-Lago.  Jeh Johnson advises Guo not to tell

17   anyone that he has met with Jeh Johnson; that Guo should meet

18   with FBI first before meeting with Chinese.  Mr. Johnson says

19   he wants to be with Guo when he meets with the FBI.

20         This conversation that is recorded appears to be in the

21   second or third week of May in 2017, because Mr. Johnson

22   mentions he'll be out of town the last week in May.

23         Near the end of the tape, Jeh asks Guo if he has ever

24   donated to charity or things like human rights group, as this

25   may help him gain asylum, and Guo says he never did.

1          Praz also, apparently, obtained and then gave a thumb

2     drive of this meeting -- of the tape, rather, between Jeh

3     Johnson and Guo to the FBI; that's reflected in the 302 on Praz

4     at pages 8 and 11.

5          The FBI asked Praz if the FBI could get a copy of the

6     recording of Jeh Johnson speaking with Guo, and Praz obtained

7     the recording and gave it to the FBI.

8          A detailed article about Jeh Johnson and Guo tape, with

9     quotes from the tape reporting that Jeh's law firm confirmed

10    that Jeh Johnson on tape but denying law firm represents Guo.

11         There are separate documents produced by the Government

12    that indicate that Jeh Johnson had a close relationship with

13    the PRC, People's Republic of China; Vice Minister of Public

14    Security, who is listed in the superseding indictment as one of

15    the foreign principals with whom Mr. Michel and other alleged

16    coconspirators had an agreement to act as unregistered agents

17    in the U.S. to secretly petition the U.S. Government to return

18    Guo to the PRC, in exchange for the release of American

19    hostages, including the pregnant woman.

20         The proffer questions would include:

21         One, that Jeh Johnson had a long-term close

22    relationship with PRC Vice Minister Sun Lijun, who was alleged

23    in the superceding indictment to have agreed with Mr. Michel

24    and others to act as unregistered agents for Sun Lijun and the

25    People's Republic of China.

1          Secondly, that while Mr. Johnson was serving as

2     Secretary of Homeland Security in 2014 in the Obama

3     administration, Guo Wengui fled to the United States -- from

4     the United States -- to the United States to avoid imprisonment

5     from convictions for bribery and corruption that occurred in

6     the PRC.  And after Guo fled to the United States as a

7     fugitive, he had been flagged by Interpol and issued a red

8     notice -- a notice sent internationally to law enforcement --

9     for the return of -- I'm sorry, for the return of Guo to China.

10         Four, that as early as 2014, that it was no secret that

11    the Chinese wanted Guo returned to China to serve prison time

12    for his crime.

13         Five, that in 2017 when Johnson was working as a

14    private citizen for a law firm, he met face-to-face with Guo to

15    offer to represent him in his efforts to remain in the United

16    States.

17         Six, that the publicly distributed audio-tape

18    purporting to be a recording of the 2017 conversation between

19    Johnson and Guo, in fact, contained the voice of Johnson and

20    Guo.

21         Seven, that this conversation between them in May of

22    2017, when the defendants in this matter are allegedly involved

23    in a conspiracy on behalf of Mr. Sun and the People's Republic

24    of China to return Guo to China.

25         Eight, that Guo and his spouse, or a woman in the room,

1    told Johnson that Guo had made sure to obtain a membership at a

2    Mar-a-Lago Resort owned by President Trump.

3            The defense would also want to explore the following

4    areas with him:

5            What proposed him, Mr. Johnson, to solicit Guo as a

6    client?

7            Two, did he, at the request of President Trump or

8    anyone in his administration, do that?

9            Three, did Vice Minister Sun reach out to Johnson in

10   2017 to discuss the return of Guo to China?

11           Four, did Johnson know that the life of American

12   hostages were at stake if Guo were not returned to China?

13           Five, did Johnson know or come to know in 2017 that

14   Steve Wynn had reached out to President Trump on multiple

15   occasions to advocate for the return of Guo to China, in

16   exchange for the return of American hostages and other

17   consideration?

18           Six, the Government alleges in its case that Mr. Michel

19   and others engaged in a secret campaign to act as unregistered

20   agents of Vice Minister Sun and the People's Republic of China

21   to convince the U.S. to return Guo to China.

22           As of May 2017, when Johnson solicited Guo as a client,

23   did Johnson consider it a secret that China wanted Guo to

24   return to China?  Was that the widely known -- it was widely

25   known, both inside and outside the Government.

1          Seven, did Johnson ever advocate on behalf of Guo with

2     any members of the U.S. Government, either directly or

3     indirectly?

4          And eight, if Johnson ever advocated for that, would

5     any members of the U.S. Government, as a private citizen did he

6     register as an agent for Guo under Foreign Agent Registration

7     Act?  And if he didn't, why he didn't?

8          And that's, essentially, Your Honor the Offer of Proof

9     and the subject matter of the expected areas of inquiry.

10          I can document everything I've said directly to a DOJ

11     disclosure in discovery.  And that's why --

12          THE COURT:  Okay.  Well, it will be interesting to

13     know whether the Government actually is bringing all this out.

14     It seems to me that a lot of this is sort of ancillary, but I

15     don't know enough about the facts of the case to make any kind

16     of particular ruling.

17          I asked to have it on the record so that if there were

18     issues about it, we would deal with it in advance.

19          All right.  We have other dates that we've set.  I will

20     look at the *Daubert* and I will make a ruling, hopefully, before

21     you come back.

22          Anything else, Dorothy?  Are you all set?

23          DEPUTY CLERK:  No, Judge.  Nothing.  Just a speedy

24     trial -- oh, no, we already did that.

25          THE COURT:  We already did this.

1          Government, anything?

2          MR. KELLER:  No, Your Honor.

3          THE COURT:  Mr. Kenner, anything else?

4          MR. KENNER:  No, Your Honor.  Thank you so much and I

5     apologize for the late filing last night.

6          THE COURT:  All right.  Just don't do it again.

7          MR. KENNER:  I won't.

8          THE COURT:  All right.  The parties are excused.

9     Everybody take care and be well.  And I'll see you at the next

10    proceeding.

11

12          (The proceedings adjourned at 2:54 p.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25

C E R T I F I C A T E


      I hereby certify that the foregoing is an

accurate transcription of the proceedings in the

above-entitled matter.

      Please note: This hearing occurred during the

COVID-19 pandemic and is therefore subject to the technological

limitations of reporting remotely.


          Stacy Heavenridge, RPR
          Official Court Reporter
          for the District of Columbia
          333 Constitution Avenue NW
          Washington, D.C. 20001
          Stacy_Heavenridge@dcd.uscourts.gov

**BY MR. KELLER: [5]** 28/16 36/18 38/21 42/10 43/3
**BY MR. KENNER: [10]** 16/7 17/14 19/1 19/22 20/17 22/1 24/7 24/23 26/13 27/5
**DEPUTY CLERK: [8]** 4/5 4/8 4/13 4/16 4/20 36/8 36/13 71/23
**MR. KELLER: [30]** 4/24 13/10 13/14 13/16 19/18 23/11 28/14 36/5 36/10 36/15 38/11 38/18 42/9 42/23 43/16 43/19 44/23 46/18 46/22 46/25 47/17 49/12 49/24 50/7 51/17 52/5 52/22 55/5 55/19 72/2
**MR. KENNER: [42]** 5/1 7/7 8/18 8/20 9/19 9/25 10/6 11/22 12/1 15/18 16/5 18/25 19/14 19/21 24/6 24/15 26/12 28/10 38/4 43/22 44/6 44/22 45/6 47/9 47/11 50/22 50/25 51/3 51/21 53/18 53/24 54/6 54/15 54/25 55/6 55/13 55/22 56/2 56/9 56/14 72/4 72/7
**MR. MALONE: [1]** 4/15
**THE COURT REPORTER: [3]** 49/5 51/2 51/8
**THE COURT: [102]**
**THE WITNESS: [30]** 16/1 16/14 18/20 20/10 20/12 20/16 23/24 24/3 24/18 25/5 25/10 25/16 26/4 26/10 27/1 36/17 38/8 38/12 38/17 39/24 40/2 40/6 40/8 40/13 40/20 40/25 41/3 41/23 42/3 45/2

**$**
**$4.5 [2]** 28/4 28/6
**$41 [1]** 18/8
**$41 million [1]** 18/8
**$47 [1]** 18/8
**$47 million [1]** 18/8
**$7 [1]** 27/21
**$7 million [1]** 27/21
**$9.5 [1]** 27/18

**'**
**'12 [1]** 60/24

**0**
**0002467386 [1]** 66/10
**0002473253 [1]** 57/13
**0002628403 [1]** 36/21
**00148 [1]** 1/4

**1**
**10 [1]** 44/8
**1016 [1]** 1/16
**10th [1]** 63/13
**11 [1]** 68/4
**118 [1]** 45/7
**1212 [1]** 2/4
**12th [1]** 1/22
**1301 [1]** 1/16
**1400 [2]** 1/19 1/22
**148 [1]** 4/20
**15 [1]** 62/4
**155 [1]** 45/7
**15th [1]** 51/21
**16 [2]** 3/6 17/1
**16633 [1]** 2/4 2/10
**175 [1]** 18/15
**18 [3]** 29/16 59/9 59/12
**19 [1]** 73/7
**1956 [4]** 10/8 10/21 12/9 12/9
**1990s [3]** 33/12 33/18 33/21
**1:00 [1]** 1/7
**1:19-cr-00148 [1]** 1/4
**1Malaysia [1]** 30/19
**1MDB [24]** 6/23 7/10 7/13 7/15 11/3 15/5 30/19 35/18 35/24 35/25 36/2 37/19 37/25 38/2 45/10 45/12 46/2 46/6 47/4 47/7 47/13 47/15 47/20 47/24

**2**
**2.6 [1]** 54/1
**20 [2]** 1/7 62/4
**200 [1]** 54/1
**20001 [2]** 2/16 73/12
**20004 [1]** 2/8
**20005 [2]** 1/19 1/22
**2008 [7]** 59/20 60/7 60/9 60/19 60/24 61/22 62/1
**2009 [1]** 60/21
**2012 [10]** 32/2 32/4 37/14 59/20 60/12 60/15 60/15 60/19 61/22 62/1
**2013 [1]** 60/21
**2014 [2]** 69/2 69/10
**2015 [1]** 63/9
**2017 [13]** 14/10 17/12 22/10 32/3 63/7 63/13 67/21 69/13 69/18 69/22 70/10 70/13 70/22
**2018 [3]** 17/12 64/12 65/23
**2020 [1]** 57/13
**2023 [1]** 1/7
**20530 [1]** 1/16
**21st [1]** 63/9
**22 [1]** 30/3
**24th [1]** 50/13
**25 [1]** 16/24
**26th and [1]** 51/10
**26th if [1]** 51/11
**28 [1]** 3/7
**2:00 [2]** 44/8 44/8
**2:20 [1]** 67/14
**2:54 [1]** 72/12

**3**
**302 [4]** 39/5 40/7 40/17 68/3
**302s [17]** 20/7 26/5 26/8 38/16 38/19 38/20 38/23 39/1 39/4 39/6 39/23 40/23 41/1 41/6 41/13 41/15 41/20
**31st [2]** 50/14 57/13
**320s [1]** 40/13
**333 [2]** 2/15 73/11
**371 [3]** 34/4 34/16 43/9
**3rd [2]** 51/18 51/18

**4**
**44 [1]** 66/10
**47 [1]** 66/10
**4700-A [1]** 2/15

**6**
**611 [1]** 59/9
**612 [1]** 30/3
**641 [1]** 2/7

**7**
**702 [1]** 6/19
**735 [1]** 2/10

**9**
**90 percent [1]** 25/16
**91436 [2]** 2/4 2/11
**951 [2]** 29/17 59/12

**ability** [1]  26/18
**able** [7]  7/20 11/10 27/25
36/5 36/7 38/9 50/14
**about** [51]  4/11 5/11 6/16 7/2
7/15 7/15 8/3 10/2 10/16
11/16 12/21 12/21 17/22
18/23 19/16 19/16 28/1 28/2
29/22 34/13 38/19 39/13
39/17 40/22 41/18 43/10
44/19 45/14 47/1 47/15 48/18
49/11 50/18 52/3 52/23 56/12
56/22 56/24 57/1 57/20 57/23
58/1 58/24 64/16 65/9 65/19
67/14 67/15 68/8 71/15 71/18
**above** [2]  64/17 73/5
**above-entitled** [1]  73/5
**above-referenced** [1]  64/17
**Abraham** [1]  61/7
**absolutely** [1]  11/9
**abuse** [1]  17/3
**accept** [1]  53/24
**access** [5]  60/3 62/16 64/9
65/24 66/17
**accident** [1]  40/14
**accomplished** [1]  64/25
**according** [2]  5/13 56/20
**account** [9]  13/23 18/11
22/17 22/23 28/3 35/6 35/15
36/25 37/3
**accounting** [2]  16/17 16/21
**accounts** [11]  7/16 14/5 14/7
15/8 22/9 27/8 27/9 27/16
35/10 37/25 59/9
**accurate** [3]  12/20 23/21
73/4
**acknowledged** [1]  66/20
**act** [11]  14/23 14/25 27/2
29/21 30/3 34/18 64/14 68/16
68/24 70/19 71/7
**acting** [9]  30/8 30/11 57/25
58/18 59/11 59/15 59/16 65/1
66/12
**action** [2]  1/4 54/22
**actions** [1]  65/12
**activities** [1]  32/9
**activity** [24]  10/8 10/11
10/12 10/14 10/18 10/23 14/9
14/16 14/20 15/10 17/7 21/1
21/3 22/7 22/7 29/8 29/9
29/12 30/20 34/21 38/14

**actual** [1]  21/18
**actually** [1]  71/13
**ad** [1]  28/6
**addition** [1]  14/24
**additional** [7]  6/4 13/3 42/7
44/14 44/16 50/10 52/7
**address** [2]  11/19 50/11
**adjourned** [1]  72/12
**administration** [12]  16/16
16/20 27/11 47/20 59/21
59/25 60/4 60/10 61/2 61/21
69/3 70/8
**admit** [1]  25/11
**advance** [4]  5/23 6/14 58/6
71/18
**advertising** [1]  60/17
**advised** [1]  58/9
**advises** [1]  67/16
**advisor** [3]  60/17 61/1 61/20
**advocate** [2]  70/15 71/1
**advocated** [1]  71/4
**affirmatively** [1]  30/7
**after** [14]  5/10 8/9 10/15
12/16 15/5 17/2 17/10 44/7
44/8 51/1 51/7 55/8 67/1 69/6
**afternoon** [3]  4/3 5/1 15/20
**afterwards** [2]  6/5 6/11
**again** [13]  10/25 32/10 32/17
34/12 35/21 37/9 39/20 41/7
48/25 52/10 52/12 60/12 72/6
**against** [6]  18/11 45/22 58/3
59/8 65/16 65/21
**agencies** [1]  19/9
**agenda** [1]  59/22
**agent** [17]  14/23 14/25 16/25
17/1 25/2 25/7 26/20 28/18
29/17 30/4 30/8 30/11 59/15
64/4 64/7 71/6 71/6
**Agent's** [1]  29/21
**agents** [5]  58/18 59/11 68/16
68/24 70/20
**ago** [3]  7/19 29/22 34/12
**agree** [5]  6/1 25/1 35/9 35/12
43/14
**agreed** [3]  15/6 15/7 68/23
**agreement** [8]  11/2 14/23
15/2 18/7 18/16 34/17 48/21
68/16
**agreements** [2]  25/6 31/21
**ahead** [8]  5/16 8/19 16/15

19/20 24/19 55/14 55/18
56/13
**aiming** [1]  51/11
**Al** [1]  33/3
**Al-Husseiny** [1]  33/3
**alerted** [1]  5/24
**all** [60]  4/18 5/4 6/25 9/2
10/25 12/2 12/25 15/14 15/19
17/8 17/24 20/8 21/9 22/22
24/5 24/17 24/18 25/1 25/19
28/10 28/12 29/2 29/4 29/14
30/16 30/20 32/11 34/16 37/5
41/10 41/22 42/1 42/6 43/2
43/16 45/16 46/4 48/5 48/7
49/6 49/16 49/16 49/22 50/12
51/14 51/24 52/21 54/17
55/14 56/13 57/12 58/3 61/15
61/24 65/19 71/13 71/19 71/22
72/6 72/8
**All's** [1]  29/6
**allegation** [2]  62/25 66/12
**allegations** [6]  30/17 58/4
59/9 65/6 65/16 65/21
**alleged** [16]  8/9 12/10 12/11
20/18 24/8 29/8 29/11 29/16
30/25 39/9 58/4 59/10 64/23
65/12 68/15 68/22
**allegedly** [2]  7/16 69/22
**alleges** [5]  8/5 8/6 23/5 65/11
70/18
**alleging** [3]  10/7 26/14 33/19
**allow** [1]  6/11
**allowed** [1]  6/12
**ALON** [2]  2/9 5/2
**along** [2]  4/25 5/2
**already** [10]  11/17 47/17
49/25 52/8 58/23 63/25 64/20
64/25 71/24 71/25
**Alsen** [3]  32/8 36/25 37/13
**also** [23]  7/20 20/20 22/16
23/20 24/8 27/6 27/21 30/19
33/1 35/17 35/22 41/13 53/15
60/19 60/20 64/9 65/19 66/2
66/11 66/18 67/14 68/1 70/3
**although** [1]  7/8
**altogether** [1]  19/18
**always** [2]  16/2 41/3
**am** [3]  33/7 36/5 53/24
**Ambassador** [4]  60/14 61/5
64/3 64/17
**AMERICA** [1]  1/3

**A**

**American [8]** 59/3 59/7 60/13 65/4 65/9 68/18 70/11 70/16
**amongst [1]** 25/6
**analyzed [1]** 9/11
**ancillary [1]** 71/14
**Andrew [1]** 63/24
**Angeles [3]** 17/3 18/14 33/16
**Anicorn [9]** 13/22 13/24 14/8 14/14 20/3 21/6 22/11 27/7 31/24
**another [5]** 18/13 21/24 24/16 54/22 55/15
**answer [7]** 12/4 12/19 15/15 16/15 28/25 30/14 32/10
**answering [1]** 25/12
**answers [1]** 5/20
**any [47]** 7/21 9/7 15/11 22/7 23/2 23/4 25/3 25/4 25/5 25/6 25/10 25/12 25/13 25/19 25/20 25/22 26/17 26/17 26/21 27/10 27/15 27/17 27/25 28/7 31/4 31/17 32/25 33/5 35/2 37/21 38/2 38/13 40/19 41/20 42/4 42/6 43/17 43/22 45/17 50/19 51/23 57/21 65/7 66/13 71/2 71/5 71/15
**anybody [3]** 25/6 53/12 54/20
**anyone [3]** 56/25 67/17 70/8
**anything [17]** 6/12 8/16 9/3 18/23 21/14 24/24 26/21 27/3 27/13 35/25 44/1 47/15 52/11 54/23 71/22 72/1 72/3
**apologize [3]** 41/7 53/25 72/5
**apparently [1]** 68/1
**appearance [1]** 62/4
**APPEARANCES [2]** 1/13 2/1
**appears [2]** 67/4 67/20
**applying [1]** 19/3
**apportionment [1]** 26/22
**appreciate [2]** 44/25 49/25
**appropriate [1]** 13/2
**approved [1]** 61/15
**approximate [1]** 49/3
**approximately [2]** 17/20 51/7
**April [1]** 64/12

**Archibald [1]** 40/16
**Ardel [1]** 40/15
**are [39]** 6/20 7/8 8/1 8/7 9/11 10/3 11/17 12/10 12/19 13/6 18/17 23/14 33/9 38/3 38/7 39/8 44/25 46/6 46/8 47/24 48/18 50/19 50/19 52/15 52/15 52/16 54/13 55/2 56/4 56/4 62/3 62/10 63/7 64/14 67/12 68/11 69/22 71/22 72/8
**areas [3]** 65/19 70/4 71/9
**argument [3]** 15/15 45/11 46/1
**Argumentative [1]** 38/4
**arguments [7]** 6/20 48/6 49/16 49/22 50/5 50/17 51/14
**arising [1]** 8/8
**Armstrong [2]** 63/5 63/12
**around [2]** 61/25 62/5
**arranged [1]** 63/14
**arrangement [2]** 48/4 50/24
**arrived [1]** 57/2
**Artemis [9]** 13/22 13/24 14/8 14/14 20/3 21/6 22/12 27/7 31/24
**article [1]** 68/8
**as [90]**
**Asia [2]** 32/4 37/3
**Asian [1]** 60/13
**ask [21]** 9/20 19/16 23/22 24/12 24/14 24/21 27/6 42/7 42/19 42/21 43/1 44/2 46/9 48/10 48/13 48/16 50/15 51/24 53/16 57/6 64/16
**asked [12]** 5/7 5/7 5/24 21/24 38/18 45/16 55/7 57/6 57/14 58/10 68/5 71/17
**asking [9]** 11/14 21/24 24/20 41/25 42/18 43/20 64/12 65/23 65/23
**asks [1]** 67/23
**assist [1]** 67/6
**assistant [2]** 33/23 57/3
**associated [2]** 14/5 14/7
**associates [1]** 31/2
**association [2]** 32/21 32/23
**assume [1]** 39/22
**assumed [2]** 11/19 56/11
**assuming [3]** 44/3 49/6 54/13
**asylum [2]** 67/7 67/25

**Atlantic [1]** 60/6
**attach [1]** 10/20
**attempting [1]** 7/25
**attended [2]** 62/3 63/9
**attendees [1]** 63/11
**attending [1]** 63/8
**attention [1]** 5/18
**attorney [5]** 18/11 22/18 33/7 33/23 64/12
**Attorney's [1]** 54/7
**attorneys [4]** 54/4 54/5 54/9 54/12
**audience [1]** 64/24
**audio [3]** 67/2 67/2 69/17
**audio-tape [2]** 67/2 69/17
**auditor [1]** 16/23
**August [1]** 57/13
**August 31st [1]** 57/13
**auto [2]** 18/13 18/14
**available [1]** 44/25
**Avenue [6]** 1/16 1/19 1/22 2/7 2/15 73/11
**avoid [1]** 69/4
**Aziz [1]** 62/23

**B**

**bachelor's [2]** 16/16 16/20
**back [13]** 8/24 18/19 26/6 27/24 33/21 41/17 44/10 49/15 50/3 50/5 55/17 55/18 71/21
**background [2]** 16/3 16/10
**Bangkok [1]** 15/3
**bank [46]** 17/6 19/25 20/1 20/2 21/9 22/8 22/10 22/14 22/24 24/4 24/16 24/17 25/16 25/17 25/17 26/2 26/8 27/6 33/16 33/18 34/23 34/24 35/2 35/6 35/14 35/17 37/7 37/16 37/24 38/16 38/17 39/25 40/5 40/6 40/15 40/21 40/21 41/12 41/24 41/24 42/3 42/4 42/13 42/24 43/5 43/10
**Bankruptcy [1]** 2/14
**banks [4]** 7/19 24/18 25/18 25/18
**barred [1]** 45/8
**Barzon [1]** 60/1
**based [35]** 6/17 9/12 13/21 13/23 14/12 21/19 23/23 23/23 24/2 24/3 24/9 26/9

## B

**based...** [23]  33/9 35/9 38/1 38/15 39/23 39/24 39/24 41/20 42/13 42/24 43/5 46/4 47/4 47/24 48/21 49/8 52/12 52/16 52/20 53/8 55/20 55/20 55/22
**bases** [1]  31/20
**basically** [4]  19/6 20/3 24/3 26/7
**basis** [4]  8/12 9/17 9/19 22/2
**Bates** [3]  36/20 36/21 36/21
**Bates-stamped** [1]  36/21
**be** [55]  5/13 5/17 5/25 6/4 6/12 6/12 6/13 6/16 6/25 7/20 8/12 8/24 9/18 10/18 11/7 11/7 11/10 12/16 13/11 13/16 22/3 23/7 23/10 36/7 38/15 40/10 40/22 41/4 44/18 45/1 45/8 46/11 47/8 47/13 49/10 50/13 51/10 51/10 51/13 53/4 55/16 62/12 64/15 64/22 65/19 66/6 66/16 66/18 67/4 67/19 67/20 67/22 69/18 71/12 72/9
**because** [9]  4/10 11/16 13/5 34/10 45/10 46/4 55/25 65/11 67/21
**Beckiden** [1]  32/16
**becomes** [2]  46/14 54/21
**becoming** [1]  52/6
**been** [25]  5/4 5/14 15/22 17/12 17/21 33/19 34/12 36/11 37/10 43/12 48/11 50/9 51/15 52/8 52/9 52/17 52/23 53/21 56/3 56/7 57/4 58/23 63/21 64/25 69/7
**before** [13]  1/10 4/11 5/12 8/11 10/14 12/23 14/15 19/24 26/7 37/14 44/2 67/18 71/20
**beforehand** [1]  5/21
**begin** [1]  56/4
**beginning** [1]  45/16
**behalf** [7]  4/24 5/2 50/22 57/21 57/25 69/23 71/1
**behind** [2]  13/18 34/23
**Beijing** [1]  65/5
**being** [7]  11/1 29/17 47/5 47/25 52/16 54/20 65/4
**believe** [17]  8/8 8/11 9/17 21/11 22/3 22/21 28/4 28/8

29/1 29/23 38/2 38/9 39/7 42/11 42/23 43/4 50/11
**believes** [1]  45/24
**Ben** [5]  55/10 63/4 63/6 63/8 63/12
**benefit** [4]  13/11 13/12 13/17 13/17
**Berhad** [1]  30/19
**better** [6]  4/18 4/19 6/16 12/6 13/5 20/11
**between** [18]  8/24 11/1 14/13 38/6 57/22 57/24 58/5 62/14 62/18 62/19 63/5 64/3 65/8 66/7 67/5 68/2 69/18 69/21
**Biden** [1]  60/18
**big** [4]  17/25 18/4 33/12 33/13
**billionaire** [1]  67/4
**billions** [1]  30/17
**Billy** [1]  61/1
**bit** [6]  4/17 13/13 16/18 40/20 40/23 40/24
**black** [1]  36/16
**Blackstone** [4]  32/4 32/16 37/3 37/13
**Blacture** [1]  28/5
**blank** [2]  18/19 18/22
**Blumenthal** [2]  64/11 65/22
**Board** [1]  61/15
**both** [8]  6/4 14/19 32/2 54/12 60/24 61/22 62/1 70/25
**bottom** [1]  36/20
**Boulevard** [2]  2/4 2/10
**Bowl** [1]  28/6
**brain** [1]  60/3
**Brandon** [1]  61/3
**break** [2]  32/3 43/25
**bribery** [1]  69/5
**brief** [5]  5/6 13/11 45/7 50/2 53/6
**briefing** [6]  6/11 12/5 13/3 49/4 49/14 50/10
**briefings** [1]  6/4
**briefly** [3]  6/21 13/18 18/3
**bring** [1]  45/20
**bringing** [2]  47/13 71/13
**broadly** [1]  12/7
**Broidy** [34]  14/16 15/4 31/11 39/4 56/16 56/21 57/4 57/7 57/14 57/16 57/16 57/19

57/21 57/24 58/4 58/10 58/15 58/18 63/18 63/23 64/5 64/9 64/13 64/18 65/8 65/13 65/13 65/17 65/24 66/4 66/8 66/12 66/20 66/23
**Broidy's** [6]  57/18 64/10 66/2 66/6 66/16 66/21
**Budget** [1]  61/10
**bulk** [2]  20/3 29/1
**business** [11]  16/16 16/20 22/25 28/5 28/5 57/17 60/11 62/12 64/11 66/1 66/14

## C

**CA** [2]  2/4 2/11
**cabinet** [2]  61/5 67/9
**California** [3]  16/22 16/24 17/6
**call** [2]  4/3 50/25
**Callahan** [1]  61/1
**called** [6]  20/20 28/5 30/19 57/4 62/6 64/2
**calling** [2]  23/16 55/16
**came** [11]  7/13 15/8 21/10 22/21 25/19 25/22 28/1 28/2 29/2 34/9 38/10
**campaign** [12]  59/24 60/8 60/9 60/9 60/16 60/20 60/25 61/23 61/23 61/24 61/25 70/19
**campaigns** [2]  60/18 62/1
**campaigns'** [1]  59/20
**can** [55]  4/17 4/18 5/22 6/1 6/3 6/4 6/18 8/2 8/14 9/9 9/23 10/3 10/24 11/11 11/15 12/16 13/13 16/10 18/3 19/8 19/16 19/17 20/22 22/2 23/20 25/14 28/12 36/8 36/10 36/15 39/22 40/8 40/11 44/8 46/19 47/3 48/9 48/10 48/20 48/25 49/5 49/12 50/3 50/3 50/11 50/15 50/24 51/4 51/6 51/11 54/12 55/13 61/18 64/24 71/10
**can't** [15]  17/22 18/2 18/15 18/19 21/16 24/12 24/14 24/21 32/16 38/12 41/17 42/19 46/10 46/24 48/20
**Candy** [1]  63/7
**cannot** [3]  4/16 8/12 46/11
**capital** [3]  6/24 6/24 6/24
**care** [2]  45/3 72/9

**carefully [1]** 51/25
**Carlos [1]** 61/11
**carrying [1]** 10/22
**cars [1]** 18/15
**Carson [4]** 55/10 63/7 63/9 63/12
**cart [2]** 8/11 10/14
**case [36]** 4/4 4/20 14/24 18/9 18/13 19/23 20/18 22/4 24/21 29/14 29/16 29/18 31/24 33/11 33/13 33/13 33/16 33/19 34/10 35/3 35/15 35/23 38/2 39/10 41/4 45/18 45/20 45/21 45/22 46/6 46/7 53/20 56/8 67/3 70/18 71/15
**Case 19-148 [1]** 4/20
**cases [10]** 9/10 9/11 9/19 17/11 17/25 18/4 19/6 33/17 49/18 54/8
**cash [2]** 27/15 27/17
**casino [2]** 18/6 34/10
**casinos [1]** 34/11
**caught [1]** 67/2
**certain [1]** 20/8
**certainly [5]** 5/10 6/2 15/2 40/10 59/15
**certify [1]** 73/3
**cetera [1]** 52/4
**Chair [1]** 59/24
**chairs [1]** 61/14
**chance [4]** 32/8 36/25 37/13 48/22
**chances [1]** 57/17
**charge [3]** 7/24 23/6 34/3
**charged [7]** 12/8 33/17 42/25 43/6 45/12 45/17 46/2
**charges [3]** 12/7 14/24 47/24
**charity [1]** 67/24
**CHARLES [3]** 2/6 2/6 5/2
**chart [1]** 32/11
**charts [1]** 32/7
**Chief [3]** 61/3 61/7 61/11
**China [20]** 56/20 57/5 57/6 57/25 64/6 64/20 65/4 68/13 68/25 69/9 69/11 69/24 69/24 70/10 70/12 70/15 70/20 70/21 70/23 70/24
**Chinese [16]** 56/19 56/23 58/11 58/14 58/18 58/19 58/22 59/2 59/3 59/6 64/3

**choice [1]** 19/15
**choices [1]** 38/7
**choose [1]** 5/14
**Christmas [1]** 62/18
**Circinus [2]** 57/18 66/5
**circle [1]** 61/17
**circumstances [1]** 64/19
**circumstantial [2]** 7/24 11/7
**cite [1]** 51/11
**cited [1]** 66/9
**citizen [2]** 69/14 71/5
**City [4]** 17/2 20/2 22/14 25/17
**claiming [1]** 10/13
**clarified [2]** 42/12 43/5
**clarify [2]** 42/2 42/8
**clear [6]** 9/23 10/1 11/6 38/22 41/12 52/23
**clearly [2]** 8/1 46/8
**client [4]** 22/17 22/17 70/6 70/22
**close [4]** 53/20 53/20 68/12 68/21
**closer [2]** 53/10 53/25
**closest [1]** 60/3
**clutch [2]** 62/1 62/6
**coconspirator [2]** 58/4 65/12
**coconspirator's [1]** 15/3
**coconspirators [4]** 14/16 39/9 59/11 68/16
**Code [1]** 29/17
**Colfax [6]** 14/13 14/18 27/19 27/20 28/1 31/7
**COLLEEN [1]** 1/10
**COLUMBIA [2]** 1/1 73/11
**combat [1]** 46/14
**combating [1]** 46/11
**come [10]** 18/18 20/14 25/9 25/12 41/17 48/20 50/4 52/14 70/13 71/21
**comes [2]** 50/13 57/12
**Comey [3]** 58/25 63/20 63/21
**coming [4]** 22/15 25/23 34/10 58/14
**commission [1]** 8/11
**commit [8]** 9/14 20/19 21/21 23/5 24/11 34/4 42/14 42/16
**commitments [1]** 48/12
**committee [2]** 59/21 60/22
**communicate [1]** 48/17

**communicated [2]** 65/14 65/17
**communication [2]** 58/8 58/21
**communications [1]** 65/7
**companies [4]** 21/10 21/13 21/15 22/15
**company [6]** 21/10 32/8 57/18 62/14 66/8 66/15
**company's [1]** 66/5
**compensated [1]** 27/4
**complete [1]** 28/25
**compliance [1]** 17/6
**conceal [4]** 14/19 14/20 21/3 21/3
**concealment [9]** 8/7 14/11 20/20 21/21 22/3 22/5 23/6 23/9 42/16
**concern [1]** 67/15
**concludes [1]** 19/14
**conclusion [6]** 9/17 24/13 24/22 25/9 25/22 42/22
**conduct [9]** 8/8 14/10 15/6 15/8 23/3 63/2 66/6 66/13 66/16
**conduit [1]** 63/1
**conference [1]** 45/19
**confidential [1]** 63/10
**confirm [6]** 61/20 61/22 62/10 62/15 62/17 62/21
**confirmed [3]** 61/16 61/25 68/9
**conflicts [1]** 67/8
**confronting [1]** 46/12
**confusion [1]** 11/1
**Congress [1]** 61/13
**connection [3]** 7/20 11/7 19/23
**consider [1]** 70/23
**consideration [2]** 65/10 70/17
**considered [2]** 60/2 61/17
**consistent [2]** 66/6 66/16
**conspiracies [1]** 42/25
**conspiracy [26]** 9/14 14/4 14/25 20/19 21/21 23/5 24/11 26/14 26/15 26/16 34/4 34/4 34/18 42/14 42/14 42/16 42/20 43/6 43/8 43/13 47/23 62/25 64/23 64/24 66/14 69/23

conspired [1] 39/9
constitute [1] 59/15
Constitution [2] 2/15 73/11
consultant [1] 60/12
consulted [1] 18/1
contact [2] 48/3 60/8
contacted [1] 57/5
contained [1] 69/19
contains [1] 45/13
context [3] 35/1 35/3 48/24
Continued [1] 2/1
continuing [1] 53/2
contract [5] 17/5 17/8 28/21
66/4 66/15
contracted [1] 28/24
contractor [1] 29/3
contradictory [1] 46/5
contribution [1] 63/2
control [2] 58/19 59/17
controlled [3] 32/12 32/13
32/18
controller's [1] 17/3
controversial [1] 67/3
conversation [8] 34/13
57/23 65/18 66/24 67/5 67/20
69/18 69/21
convicted [1] 18/10
convictions [1] 69/5
convince [1] 70/21
cooperated [1] 39/12
cooperation [1] 66/21
copy [1] 68/5
CORP [1] 2/10
correct [29] 11/24 11/24
27/8 29/6 29/13 29/25 30/11
30/15 31/1 31/6 31/8 31/10
31/12 31/14 31/16 32/22
32/24 33/6 33/7 34/3 35/4
35/7 35/8 35/25 37/15 38/16
38/17 39/25 44/4
correspondence [1] 64/17
correspondent's [1] 64/20
Corrupt [1] 64/13
corruption [1] 69/5
could [17] 7/4 21/9 21/18
22/3 22/22 23/22 35/21 43/12
43/14 43/25 51/8 51/17 51/21
55/19 63/22 66/4 68/5
couldn't [4] 21/16 22/7 25/22
38/12

counsel [4] 4/22 50/18 52/17
61/8
counsel's [2] 13/12 13/17
count [3] 24/8 43/9 62/25
Count 1 [1] 62/25
counter [1] 62/24
country [3] 20/25 57/18 60/5
counts [5] 14/25 18/16 33/15
58/3 59/10
couple [8] 4/11 5/16 6/20
20/6 26/5 38/20 43/23 45/4
course [4] 15/6 17/15 42/9
47/22
court [13] 1/1 2/13 2/14 5/21
5/24 15/24 19/24 33/9 43/23
47/18 48/21 52/22 73/10
Court's [2] 13/11 13/16
Courts [1] 2/14
coverage [1] 45/19
COVID [1] 73/7
COVID-19 [1] 73/7
CPA [1] 16/21
cr [1] 1/4
creative [1] 60/20
Credit [1] 61/14
crime [3] 29/24 35/1 69/12
criminal [9] 1/4 1/15 1/21
4/20 10/20 16/25 19/3 28/18
39/13
criteria [1] 9/13
critical [1] 66/21
cross [2] 9/16 19/17
cross-examine [1] 9/16
cufflinks [1] 67/12
current [1] 57/22
currently [1] 59/3
cuts [1] 59/8
cybersecurity [1] 59/4

**D**

D.C [7] 1/6 1/16 1/19 1/22 2/8
66/25 73/12
Dan [1] 61/14
date [2] 49/1 53/17
dated [1] 64/12
dates [2] 51/6 71/19
DAUBERT [5] 1/9 5/4 5/7
55/8 71/20
DAVID [2] 2/3 5/1
Davis [7] 14/16 27/22 31/13
39/6 63/17 64/1 64/18

day [1] 49/3
DC [1] 2/16
dcd.uscourts.gov [1] 73/12
DCF [1] 45/7
DEA [9] 17/8 17/24 17/25
18/6 19/8 28/22 28/24 29/2
29/3
deadline [3] 51/18 52/25
52/25
deadlines [6] 5/18 53/1
53/13 53/21 54/16 54/17
deal [4] 10/24 64/21 67/15
71/18
dealer [2] 18/13 18/14
dealings [1] 31/5
deals [1] 61/15
decide [2] 9/9 50/16
decision [2] 13/4 49/10
49/20 52/20 53/8
decisions [4] 6/18 12/21
13/7 53/15
defendant [4] 1/7 2/3 6/8
39/9
defendant's [2] 7/8 37/14
defendants [1] 69/22
defense [10] 5/9 6/5 11/10
13/12 13/17 50/22 52/24 53/2
64/16 70/3
defer [1] 30/12
define [1] 34/22
definitively [1] 46/20
defraud [1] 62/25
degree [3] 12/13 16/16 16/20
demarcation [1] 11/6
demonstrate [1] 26/18
denied [1] 47/18
Denmark [1] 60/14
denying [1] 68/10
DEPARTMENT [8] 1/14 1/18
1/21 16/23 17/17 61/3 61/19
63/18
Deputy [2] 61/13 61/14
describe [1] 18/3
despite [1] 37/16
destination [1] 19/6
detailed [1] 68/8
determine [1] 21/12
determining [1] 19/10
development [1] 60/18
DHS [1] 67/2
DiCaprio [1] 62/23

# D

**did [70]** 4/5 5/15 7/22 17/4 17/8 17/10 17/15 17/24 19/8 19/12 19/23 20/5 21/5 21/5 21/7 21/12 21/14 22/10 22/10 22/16 22/19 22/20 24/24 26/3 26/4 27/10 27/15 27/18 27/21 27/24 28/7 29/3 29/4 29/6 31/19 31/22 33/12 33/13 34/21 36/22 36/25 37/3 37/7 37/24 38/22 39/4 39/6 40/4 40/10 41/21 42/13 42/19 43/6 46/19 51/5 55/6 56/25 65/17 66/1 66/2 67/25 70/7 70/9 70/11 70/13 70/23 71/1 71/5 71/24 71/25

**didn't [24]** 6/23 20/8 23/4 25/3 25/5 25/10 25/12 25/19 25/20 26/21 27/3 27/13 31/17 31/20 35/25 37/21 38/9 38/13 39/16 42/7 48/22 52/11 71/7 71/7

**differences [3]** 12/20 13/6 52/2

**different [10]** 8/3 8/7 9/14 37/23 37/25 38/3 42/20 42/21 48/11 52/18

**diligent [1]** 52/23

**dinner [5]** 56/24 57/2 62/5 62/9 63/12

**dinners [1]** 62/3

**dire [9]** 3/4 6/10 13/1 13/2 16/6 19/16 23/20 28/13 28/15

**directed [1]** 14/1

**direction [2]** 58/19 59/17

**directly [6]** 22/17 27/4 64/8 65/8 71/2 71/10

**director [8]** 58/25 60/7 60/15 60/21 60/23 61/9 63/20 63/24

**dirty [3]** 21/2 23/7 25/23

**disagreements [1]** 48/18

**disappear [1]** 44/8

**disbursed [2]** 10/4 11/18

**disbursement [1]** 28/3

**disbursements [1]** 27/9

**disclosure [3]** 59/14 61/19 71/11

**discovery [6]** 52/25 54/1 54/2 55/22 61/19 71/11

**discuss [3]** 56/17 63/22 70/10

**discussing [2]** 34/9 67/3

**discussion [3]** 33/23 44/11 48/16

**discussions [2]** 25/6 34/11

**dismissed [1]** 63/23

**dispensary [1]** 18/10

**dissident [1]** 56/19

**distinction [1]** 48/2

**distributed [1]** 69/17

**DISTRICT [7]** 1/1 1/1 1/10 2/14 45/22 53/19 73/11

**division [3]** 1/15 1/21 16/25

**DIXON [1]** 1/14

**do [60]** 4/10 4/14 5/16 6/7 7/23 9/15 9/16 10/1 11/5 11/6 11/8 11/9 12/3 12/25 19/17 19/18 22/24 26/16 26/17 27/2 30/6 30/9 32/5 36/4 36/11 36/13 36/15 37/14 37/15 38/1 38/5 39/1 39/3 41/10 42/1 42/19 43/17 43/17 44/4 46/11 46/15 46/17 46/21 48/15 48/23 49/13 50/4 50/7 50/12 50/14 50/15 50/22 51/4 51/19 55/6 55/11 55/13 66/1 70/8 72/6

**document [7]** 20/1 28/8 36/21 36/22 61/18 66/9 71/10

**documentary [1]** 23/4

**documents [5]** 20/7 35/6 35/18 39/16 68/11

**DOE [1]** 61/14

**does [12]** 7/11 8/24 9/6 9/8 23/6 23/9 30/24 45/10 45/25 46/5 46/11 49/11

**doesn't [7]** 20/14 30/7 38/13 48/18 52/14 53/17 59/15

**doing [10]** 19/2 19/4 20/5 27/2 33/9 34/20 37/9 52/9 52/10 57/7

**DOJ [11]** 1/15 19/8 36/21 57/13 57/22 64/4 66/1 66/2 66/9 67/4 71/10

**DOJ-0002628403 [1]** 36/21

**DOJ-PIN [1]** 1/15

**dollars [1]** 30/18

**domestic [14]** 10/9 12/10 12/12 14/6 14/11 22/13 24/17 24/18 25/18 26/8 34/1 38/16 38/17 41/12

**domestically [1]** 59/22

**Don [1]** 61/13

**don't [60]** 9/15 10/12 10/15 10/23 11/6 12/2 12/4 12/14 12/19 13/8 15/11 18/1 20/12 26/6 27/2 27/3 27/17 30/13 30/13 31/4 32/12 32/13 32/18 32/21 33/5 34/12 35/15 37/2 37/2 37/5 37/9 37/10 37/12 39/5 39/7 41/6 41/13 43/22 44/8 44/9 44/9 45/20 46/4 46/13 46/22 46/25 48/5 48/6 49/15 49/17 50/19 51/5 54/3 54/11 54/14 54/19 55/3 55/24 71/15 72/6

**Donald [3]** 56/17 67/3 67/10

**donated [1]** 67/24

**done [5]** 12/16 14/18 19/2 62/20 66/13

**Dorothy [1]** 71/22

**down [2]** 57/21 62/4

**Dr. [2]** 63/6 63/12

**Dr. Ben [2]** 63/6 63/12

**drabble [1]** 49/17

**drafted [1]** 64/5

**draw [1]** 25/22

**dribble [1]** 49/17

**dribble-drabble [1]** 49/17

**drive [1]** 68/2

**drop [1]** 47/20

**dropped [1]** 15/5

**drug [3]** 29/8 33/9 34/21

**drug-related [1]** 33/9

**duly [1]** 15/22

**durable [1]** 33/14

**during [6]** 56/24 60/8 60/24 61/25 62/12 73/6

**DuSable [1]** 62/14

**Dutta [7]** 60/6 60/8 60/9 60/12 61/20 62/13 63/2

# E

**E-X-H-I-B-I-T-S [1]** 3/10

**each [3]** 20/22 48/17 62/6

**earlier [4]** 5/15 42/11 43/5 56/2

**early [1]** 69/10

**Eastern [1]** 53/19

**education [2]** 16/11 61/23

**effort [2]** 58/6 64/23

**efforts [5]** 64/20 65/9 66/2 66/6 69/15

**E**

eight [3] 34/12 69/25 71/4
either [8] 15/12 21/12 25/25
 41/1 53/12 58/19 65/5 71/2
 60/15
election [1] 60/16
element [1] 22/6
elements [2] 34/15 34/16
elicit [4] 6/9 58/9 64/15 66/19
elicited [1] 63/11
ELLIOT [11] 2/3 31/11 39/4
 56/16 57/14 57/16 57/19 58/4
 64/5 65/12 66/19
else [11] 6/13 18/23 40/4
 41/2 44/1 53/12 54/23 55/21
 56/25 71/22 72/3
emails [1] 64/5
embezzle [1] 6/23
embezzlement [9] 23/2
 30/16 30/25 35/19 35/24 36/2
 47/5 47/6 47/25
emissive [1] 9/22
emphasis [2] 16/17 16/21
employed [1] 29/3
Encino [2] 2/4 2/11
end [5] 18/17 20/15 44/22
 54/12 67/23
Energy [1] 61/4
enforcement [2] 19/9 69/8
engage [1] 35/11
engaged [2] 20/19 70/19
enormous [1] 54/11
enough [1] 71/15
enrich [2] 65/25 66/17
enrichment [1] 63/3
enter [1] 11/1
entities [11] 13/22 13/24
 14/8 14/14 31/23 32/1 32/2
 32/12 32/19 35/11 37/14
entitled [3] 8/1 46/8 73/5
entity [2] 21/18 32/9
equipment [1] 33/14
Eric [3] 32/25 60/1 60/20
Erik [2] 60/17 60/19
ESQUIRE [6] 1/14 1/17 1/20
 2/3 2/6 2/9
essentially [5] 26/14 29/2
 29/4 62/7 71/8
establish [2] 7/25 47/12
establishing [1] 9/13
Estate [2] 32/5 37/4
et [2] 52/3 59/10

euro [1] 13/23
euro-based [1] 13/23
even [2] 5/19 7/2
event [1] 63/9
events [2] 60/20 61/25
ever [7] 35/19 64/8 64/18
 65/13 67/23 71/1 71/4
every [1] 66/23
everybody [9] 5/19 5/19 6/3
 36/16 49/1 49/7 53/13 54/1
 72/9
everybody's [2] 44/20 54/22
everyone [1] 4/3
everything [3] 52/1 61/18
 71/10
evidence [25] 7/12 7/24 11/8
 23/4 24/25 25/3 25/4 25/5
 26/17 34/17 34/18 34/22 35/2
 37/21 38/1 42/14 42/25 43/6
 45/11 46/1 46/6 46/14 48/15
 52/3 52/14
evidentiary [1] 52/16
evidently [1] 10/24
exactly [1] 41/14
examination [4] 3/4 16/6
 28/15 46/3
examine [1] 9/16
examined [1] 15/22
example [1] 62/1
Examples [1] 64/14
except [1] 59/3
exchange [3] 59/2 68/18
 70/16
exchanged [1] 64/3
exclude [2] 48/15 48/21
excluded [1] 6/12
excluding [1] 8/13
excuse [8] 6/23 11/11 40/3
 44/2 44/18 53/5 54/14 54/25
excused [1] 72/8
excusing [1] 44/25
exhibit [2] 36/6 52/25
exist [1] 64/24
existed [1] 19/11
expect [4] 5/13 5/25 7/22
 34/22
expectation [1] 5/25
expected [2] 25/11 71/9
expects [1] 6/9
expedited [4] 6/1 6/6 48/4
 48/9

experience [9] 21/19 24/10
 29/2 30/13 33/5 33/9 34/6
 34/20 35/9
experienced [1] 54/13
expert [18] 5/6 6/9 6/18 7/1
 7/15 8/1 8/22 8/25 9/8 10/2
 11/10 11/15 16/4 20/1 45/13
 45/14 53/5 53/6
experts [1] 6/15
explain [1] 20/22
explained [2] 56/21 64/1
explanation [1] 11/20
explore [2] 65/5 70/3
extensions [1] 53/16
extensive [1] 50/10
extent [2] 5/22 46/20
extra [4] 45/4 49/22 51/7
 62/8

**F**

face [2] 69/14 69/14
fact [7] 37/16 37/23 47/19
 58/16 65/17 66/13 69/19
facts [4] 23/14 23/21 65/5
 71/15
factual [1] 31/20
fair [2] 5/19 33/8
fairly [2] 47/8 52/23
faith [1] 59/8
falling [1] 27/7
familiar [2] 30/2 30/4
far [1] 54/20
FARA [24] 8/9 8/12 10/13
 10/13 10/15 14/2 14/9 14/20
 14/23 25/2 27/2 29/12 29/14
 29/24 30/14 42/14 42/15
 42/17 43/13 45/12 45/18 46/2
 59/9 59/16
father [1] 62/9
FBA [1] 17/10
FBI [11] 19/8 20/6 58/25
 63/18 63/20 67/18 67/19 68/3
 68/5 68/5 68/7
February [2] 51/18 51/18
February 3rd [1] 51/18
federal [1] 19/3
felon [1] 18/10
few [3] 4/7 4/10 6/7
field [1] 5/19
figure [1] 49/4
file [11] 5/14 5/20 47/11

## F

file... [8] 48/14 48/20 49/8 49/12 51/17 52/7 53/2 53/22
filed [7] 5/10 5/13 5/15 50/1 51/14 51/15 51/25
filing [6] 6/17 7/14 11/4 45/13 53/25 72/5
filings [1] 55/2
Finance [2] 59/24 60/15
financial [13] 7/21 10/10 10/16 10/19 13/25 17/8 17/16 28/21 31/5 33/10 35/11 39/18 43/12
Financing [1] 60/7
find [4] 22/20 24/24 34/22 40/13
fine [5] 12/24 19/19 50/12 50/21 51/22
Finebaum [1] 60/1
finish [1] 55/1
finished [1] 44/20
fired [2] 58/25 63/21
firm [10] 2/3 2/10 27/19 27/20 28/1 66/25 67/8 68/9 68/10 69/14
first [9] 9/22 10/18 15/22 30/2 56/15 57/9 62/18 67/8 67/18
fit [1] 53/3
five [6] 44/7 55/7 56/5 59/6 69/13 70/13
flagged [1] 69/7
fled [2] 69/3 69/6
Floor [1] 1/22
flow [1] 22/11
flowchart [1] 36/16
flowing [1] 22/17
focus [2] 46/2 60/13
followed [1] 10/19
following [3] 19/5 60/9 70/3
follows [1] 15/23
footnote [3] 7/14 7/14 11/4
forced [1] 46/15
foregoing [1] 73/3
foreign [23] 7/19 14/5 14/24 15/1 22/11 25/2 25/7 25/19 26/20 29/17 29/21 30/4 30/8 30/11 59/12 59/16 62/16 63/1 64/10 64/13 65/24 68/15 71/6
forfeiture [4] 10/3 11/16 11/16 47/21
forgot [1] 37/9
form [2] 9/19 27/25
format [1] 9/12
formed [2] 15/2 28/5
former [7] 55/9 55/9 56/9 56/15 59/18 61/3 61/5
forms [2] 7/4 9/14
forth [2] 8/24 49/15
forward [2] 15/9 54/19
foundation [4] 56/14 59/19 63/4 63/16
four [6] 57/23 58/21 59/1 65/9 69/10 70/11
framework [4] 7/5 8/15 8/16 9/1
Frank [7] 59/23 60/8 61/16 62/11 62/13 62/14 62/20
frankly [3] 12/6 54/7 54/17
fraud [4] 17/3 33/14 33/16 33/18
Friday [1] 51/18
front [1] 62/18
fugitive [1] 69/7
full [10] 6/17 13/6 15/15 49/19 50/21 50/23 51/4 51/5 51/8 59/14
fully [1] 65/5
fund [1] 14/20
funding [1] 14/1
fundraising [5] 60/13 61/23 61/24 61/25 63/9
funds [30] 6/25 7/12 7/15 7/25 8/9 10/3 10/7 11/3 11/17 12/11 14/11 14/15 14/20 14/21 22/16 23/1 23/7 23/10 26/19 26/22 26/24 30/18 37/12 37/17 38/2 45/9 45/11 45/15 46/1 46/6
further [4] 14/19 44/5 64/10 66/14
furtherance [4] 34/18 45/12 46/1 66/12
future [2] 41/9 47/2

## G

gain [1] 67/25
gal [1] 18/8
game [5] 57/17 58/1 58/5 66/3 66/7
gave [5] 11/20 23/25 26/1 68/1 68/7
General [1] 64/12
generally [4] 16/10 19/5 34/21 38/20
generated [1] 10/18
George [4] 22/18 31/15 38/23 39/1
get [29] 5/20 6/1 12/5 12/19 12/24 13/1 15/5 15/14 15/16 40/18 46/10 47/20 48/4 48/6 48/14 48/19 48/22 49/1 49/17 51/23 53/10 53/25 55/1 55/19 57/6 64/23 66/8 67/11 68/5
gets [9] 5/19 5/19 7/3 12/21 48/18 49/7 49/10 49/19 52/17
getting [8] 6/25 11/24 12/13 44/10 44/17 53/11 65/24 66/15
Gifford [2] 60/2 60/14
gifts [1] 62/10
give [8] 4/17 12/17 16/12 22/2 49/15 49/21 57/7 67/13
given [4] 23/11 23/17 62/10 62/11
giving [2] 17/16 62/8
go [17] 5/15 8/2 8/14 8/19 16/15 19/20 24/19 26/6 27/24 41/9 41/17 49/15 55/14 55/18 56/13 62/5 67/8
goals [1] 60/11
going [28] 4/13 5/15 5/17 6/2 6/7 6/8 6/14 6/25 8/21 9/2 9/3 11/5 11/9 11/15 11/18 12/24 15/14 23/12 24/13 33/21 40/13 49/8 49/10 50/5 52/15 53/4 53/10 53/22
golf [6] 57/15 57/17 58/1 58/5 66/3 66/7
good [8] 4/3 5/1 15/19 16/8 16/9 20/5 49/23 59/7
got [5] 8/11 12/18 28/17 48/23 62/1
governed [1] 6/19
government [66] 4/23 4/24 5/5 5/11 6/5 6/9 7/11 7/14 7/18 7/23 8/5 8/6 8/8 8/25 9/6 9/16 9/21 10/3 10/7 10/13 10/24 11/8 12/2 18/8 20/18 21/18 22/25 23/1 23/5 26/14 27/10 29/18 32/7 32/10 39/13 45/8 45/10 45/25 46/5 46/10 47/3 47/6 50/1 51/24 51/24

**government... [21]** 54/3 54/3 55/2 57/1 58/14 58/20 59/12 65/2 65/11 65/20 66/19 66/20 67/1 68/11 68/17 70/18 70/25 71/2 71/5 71/13 72/1
**Government's [14]** 7/9 13/25 14/3 14/17 15/12 24/25 26/18 45/7 45/13 56/20 58/3 59/8 62/25 65/6
**grainy [1]** 36/16
**grand [3]** 31/17 64/4 66/9
**granted [1]** 60/3
**Graves [1]** 61/13
**great [2]** 8/14 33/22
**Grisolano [1]** 60/23
**group [3]** 28/23 62/5 67/24
**groups [1]** 12/11
**guarantee [1]** 61/15
**guess [1]** 50/8
**Guo [42]** 56/19 58/12 58/14 59/2 63/22 64/6 64/21 67/1 67/5 67/6 67/7 67/11 67/15 67/16 67/17 67/19 67/23 67/25 68/3 68/6 68/8 68/10 68/18 69/3 69/6 69/9 69/11 69/14 69/19 69/20 69/24 69/25 70/1 70/5 70/10 70/12 70/15 70/21 70/22 70/23 71/1 71/6

**H**

**H-E-L-I-O-S [1]** 62/15
**habit [1]** 66/16
**had [38]** 5/5 7/18 7/19 7/21 9/5 17/24 18/9 28/3 28/6 33/15 33/16 44/14 44/15 45/4 45/18 53/5 53/21 57/4 57/4 57/6 58/10 58/15 58/17 58/23 59/7 60/10 63/12 63/20 63/21 64/9 64/25 66/8 68/12 68/16 68/21 69/7 70/1 70/14
**half [1]** 28/1
**hand [1]** 7/10
**happened [2]** 34/25 62/8
**happy [1]** 50/7
**hard [2]** 25/11 49/1
**Harry [1]** 64/4
**has [21]** 5/4 7/10 9/15 12/23 20/18 45/18 50/1 51/14 51/15 51/15 52/6 52/17 52/22 52/24

**HASKELL [3]** 2/6 2/6 5/2
**have [123]**
**haven't [2]** 35/2 55/25
**having [7]** 7/9 15/22 16/19 25/11 33/22 57/20 58/1
**he [47]** 4/12 8/20 9/15 11/2 11/4 11/5 11/18 12/23 13/1 14/12 30/24 31/2 42/24 43/20 44/18 45/14 45/24 48/18 48/18 49/10 49/11 51/14 51/15 52/6 57/2 57/8 58/1 58/15 62/4 62/6 63/20 63/22 65/3 65/14 67/1 67/9 67/17 67/19 67/19 67/23 67/25 69/7 69/14 70/7 71/5 71/7 71/7
**he'll [1]** 67/22
**he's [6]** 4/8 4/8 11/5 38/19 38/20 53/9
**head [1]** 20/2
**hear [14]** 6/7 6/8 6/21 7/4 8/21 9/2 9/8 39/21 41/5 46/19 46/24 48/6 52/11 54/14
**heard [1]** 15/15
**hearing [16]** 1/9 5/5 5/7 7/11 7/21 12/16 16/19 23/17 39/21 41/8 44/18 51/1 55/9 55/18 57/10 73/6
**heart [1]** 14/10
**HEAVENRIDGE [5]** 2/13 48/4 50/25 73/10 73/12
**held [4]** 10/3 11/17 63/5 65/4
**Helios [1]** 62/15
**help [3]** 9/12 57/17 67/25
**helped [1]** 9/19
**her [4]** 5/24 6/5 64/2 64/2
**here [14]** 4/6 32/18 33/9 34/3 34/13 36/20 39/21 42/12 43/25 48/24 53/2 53/17 61/18 67/4
**hereby [1]** 73/3
**hide [1]** 58/15
**Higginbotham [9]** 22/18 22/23 27/13 28/3 31/15 38/23 38/25 39/2 40/16
**Higginbotham's [1]** 27/8
**high [3]** 40/15 57/5 60/19
**high-profile [1]** 60/19
**high-ranking [1]** 57/5
**highly [1]** 61/20

**him [15]** 4/9 9/16 9/18 15/4 16/4 24/12 24/21 38/5 56/21 65/23 65/24 67/25 69/15 70/4 70/5
**himself [2]** 65/25 66/17
**hired [2]** 60/9 60/12
**his [45]** 9/12 9/12 9/19 11/4 14/13 15/4 15/15 16/3 16/15 18/23 19/16 30/24 30/25 38/6 38/19 39/5 42/23 42/24 44/4 44/5 45/13 46/2 46/3 51/14 53/7 57/17 57/17 59/10 63/7 65/17 65/25 66/4 66/8 66/11 66/13 66/14 66/15 67/6 67/7 67/7 67/8 69/12 69/15 69/25 70/8
**hit [1]** 15/8
**Hold [2]** 55/15 55/17
**holder [2]** 35/7 35/15
**Holding [2]** 32/8 37/1
**home [1]** 63/10
**Homeland [1]** 69/2
**honestly [3]** 26/6 34/11 41/5
**Hong [2]** 21/17 63/19
**Honor [39]** 4/25 5/1 7/7 7/18 8/3 13/10 13/14 15/13 16/5 19/14 19/18 28/10 28/14 36/5 38/4 38/18 42/9 43/16 46/18 46/22 47/17 49/12 49/24 50/17 51/17 51/21 52/5 52/22 54/15 54/25 55/5 55/6 55/11 55/13 56/2 71/8 72/2 72/4
**HONORABLE [1]** 1/10
**hope [1]** 41/24
**hopefully [1]** 71/20
**hoping [1]** 56/7
**horse [2]** 8/12 10/15
**hostage [2]** 59/7 65/4
**hostages [6]** 59/3 64/21 65/9 68/19 70/12 70/16
**hours [1]** 5/10
**House [3]** 56/25 62/16 62/16
**how [9]** 9/6 10/23 17/20 27/25 28/2 39/1 49/2 61/23 64/24
**however [5]** 7/13 11/4 45/13 46/21 48/17
**human [1]** 67/24
**hundred [1]** 17/23
**hundreds [2]** 18/1 34/20
**Hurlbut [1]** 61/3

**Husseiny [1]** 33/3
**hypothetical [1]** 47/1

**I**

**I'd [8]** 12/20 26/6 32/17 38/5
41/4 43/23 48/16 49/21
**I'll [10]** 9/21 12/17 13/3 17/22
19/18 32/3 47/11 48/23 55/2
72/9
**I'm [64]** 4/13 5/15 6/2 6/7 6/8
6/14 8/16 8/19 8/21 9/1 9/2
9/3 10/16 12/6 12/24 15/14
16/21 18/20 18/21 20/5 20/10
20/10 20/12 23/12 23/24
25/11 35/21 35/21 37/5 37/20
37/20 38/14 38/25 40/8 40/18
40/22 41/5 41/10 42/1 42/1
43/9 43/19 43/20 44/3 45/2
49/3 49/10 50/7 50/8 50/8
50/20 52/9 52/10 53/20 53/20
53/21 53/22 54/2 54/13 54/16
55/10 61/18 62/10 69/9
**I've [8]** 5/12 5/16 17/12 28/17
41/3 52/10 53/9 71/10
**I-N-D-E-X [1]** 3/2
**icon [1]** 36/13
**idea [2]** 15/4 63/23
**ideas [1]** 63/21
**identification [1]** 36/19
**identify [1]** 4/22
**ignore [1]** 53/10
**ignored [3]** 52/24 52/25 53/1
**Igor [1]** 63/10
**illegal [10]** 8/1 14/1 23/1 23/2
23/10 23/10 35/11 38/14 58/6
63/1
**illegally [1]** 59/11
**impact [1]** 57/21
**impeach [2]** 66/18 66/23
**imperative [1]** 65/13
**important [2]** 10/25 41/4
**imposed [1]** 61/22
**imprisonment [1]** 69/4
**improper [1]** 23/16
**inappropriate [1]** 9/18
**Inauguration [1]** 60/21
**incidence [1]** 62/9
**include [2]** 59/23 68/20
**included [1]** 64/14
**includes [1]** 52/3

**including [5]** 51/25 58/24
60/1 64/19 68/19
**incorporation [1]** 21/15
**independent [1]** 18/13
**Indiana [1]** 2/7
**indicate [11]** 5/5 21/14 25/5
25/14 25/21 25/24 26/21
26/24 27/3 38/6 68/12
**indicated [10]** 7/11 7/18 7/20
23/1 23/23 24/1 26/1 38/19
41/13 56/2
**indictment [6]** 12/8 13/19
20/24 66/22 68/14 68/23
**indirectly [4]** 64/8 65/8 66/18
71/3
**individual [2]** 32/25 62/7
**individually [1]** 67/13
**individuals [1]** 59/23
**inextricable [1]** 47/22
**influence [3]** 14/2 15/4 59/21
**inform [1]** 41/21
**informant [1]** 63/10
**information [2]** 53/15 64/14
**informed [5]** 39/17 49/20
53/9 53/14 53/15
**informs [1]** 34/13
**initial [1]** 6/8
**initially [2]** 16/22 25/20
**inquiry [2]** 65/19 71/9
**inside [1]** 70/25
**inspection [1]** 17/4
**Instead [1]** 10/21
**Insurance [1]** 16/23
**integral [1]** 61/21
**Integrity [1]** 1/18
**intend [8]** 7/12 35/5 35/17
45/11 45/25 46/5 46/11 58/9
**intended [1]** 35/22
**intends [1]** 11/5
**intent [4]** 10/22 34/22 47/12
66/8
**interacted [1]** 59/25
**interest [5]** 58/7 64/11 65/2
66/13 66/15
**interested [1]** 50/20
**interesting [1]** 71/12
**interim [1]** 63/23
**international [12]** 8/6 12/9
12/12 13/20 13/21 13/24
20/21 32/1 33/25 34/3 34/5
34/7

**internationally [2]** 59/22
69/8
**Interpol [1]** 69/7
**interpretation [1]** 11/23
**interpreted [1]** 58/21
**interrupt [2]** 11/12 42/8
**intertwined [1]** 47/22
**intervene [1]** 57/21
**interviewed [1]** 56/7 56/9
**interviews [2]** 38/23 55/20
**introduce [1]** 7/12
**investigate [2]** 64/13 65/24
**investigated [2]** 29/14 29/18
**investigating [1]** 18/4
**investigation [7]** 15/5 16/25
29/11 30/17 47/21 56/21
57/12
**investigations [8]** 17/20 19/2
28/19 29/5 29/7 30/20 33/10
34/20
**investigative [2]** 17/16 30/23
**investigator [5]** 16/22 17/5
17/8 17/13 28/22
**Investment [1]** 37/7
**involve [1]** 10/10
**involved [15]** 6/13 17/21
18/6 21/20 24/10 25/18 25/18
29/7 30/16 30/20 31/24 33/19
33/23 35/14 69/22
**involving [3]** 29/16 30/17
34/21
**IRS [2]** 16/25 28/18
**is [158]**
**ISRAELY [2]** 2/9 5/2
**issue [7]** 8/24 11/20 38/2
46/17 49/25 54/21 59/5
**issued [2]** 7/19 69/7
**issues [10]** 5/6 7/5 44/18
46/9 50/9 50/18 52/7 52/15
57/8 71/18
**it [141]**
**it's [31]** 5/25 6/24 9/24 10/25
11/9 11/13 11/13 11/14 13/5
16/14 19/17 24/22 29/23
29/24 34/4 34/12 35/14 36/11
37/18 41/12 41/19 42/21 43/2
46/23 47/1 47/14 47/22 47/22
49/1 52/15 55/20
**its [6]** 14/1 32/9 45/22 50/1
65/20 70/18

**J**

**January [2]**  1/7 54/8
**January 6 [1]**  54/8
**Jason [1]**  61/9
**Jeff [7]**  55/10 63/16 63/17
63/24 64/3 64/6 64/24
**Jeh [13]**  55/10 66/24 66/25
67/5 67/16 67/17 67/23 68/2
68/6 68/8 68/10 68/12 68/21
**Jeh's [1]**  68/9
**Jho [19]**  14/1 14/21 15/3
21/13 24/25 30/24 30/24
32/23 35/6 35/15 36/1 47/19
57/21 57/22 57/25 58/7 62/9
62/19 66/12
**JOHN [2]**  1/14 4/24
**Johnson [29]**  55/10 66/24
67/1 67/5 67/6 67/11 67/16
67/17 67/18 67/21 68/3 68/6
68/8 68/10 68/12 68/21 69/1
69/13 69/19 69/19 70/1 70/5
70/9 70/11 70/13 70/22 70/23
71/1 71/4
**joint [1]**  62/13
**JR [3]**  3/5 15/21 16/14
**judge [4]**  1/10 4/5 55/15
71/23
**Julienne [1]**  60/1
**jumped [1]**  27/13
**June [1]**  63/13
**June 10th [1]**  63/13
**jurisdictions [1]**  54/10
**jury [7]**  7/3 9/8 23/12 24/13
31/17 64/5 66/9
**just [35]**  4/9 4/10 5/5 6/21
7/4 8/15 8/22 9/1 11/5 11/11
11/20 18/2 23/22 28/17 32/10
33/8 38/22 41/6 42/1 42/18
43/20 43/25 44/13 47/14 49/3
50/8 51/12 53/1 53/16 55/1
55/16 55/19 57/10 71/23 72/6
**JUSTICE [6]**  1/14 1/18 1/21
17/17 61/19 63/18

**K**

**keep [1]**  20/9
**KELLER [20]**  1/14 3/7 4/24
7/10 11/1 13/1 13/8 19/15
28/12 42/6 45/17 45/24 46/17
47/16 48/14 49/7 49/23 51/13
55/4 55/23

**Keller's [2]**  45/20 47/14
**KENNER [33]**  2/3 2/3 2/10
3/6 5/2 5/12 6/21 7/6 12/13
12/25 15/16 16/3 17/22 18/23
19/20 24/5 24/19 26/11 38/8
41/3 42/19 43/17 43/20 45/1
45/4 47/1 48/25 49/16 51/19
52/6 53/6 53/9 72/3
**Kenner's [2]**  14/2 27/1
**kept [2]**  62/11 67/12
**Kim [1]**  33/1
**kind [5]**  9/7 20/12 26/21
38/19 71/15
**kinds [1]**  34/19
**Kirk [1]**  61/5
**know [45]**  5/22 8/21 9/6 9/15
10/12 10/23 12/3 12/14 13/8
17/22 20/1 25/21 29/22 30/13
32/12 32/18 32/21 34/9 37/12
38/18 40/5 40/24 41/5 41/16
41/19 46/15 46/22 46/25 48/7
49/9 49/17 49/20 51/12 53/14
54/2 54/20 55/3 55/24 56/8
63/13 70/11 70/13 70/13
71/13 71/15
**knowledge [16]**  30/23 30/23
31/2 31/4 31/7 31/23 31/25
32/1 32/4 32/6 32/8 32/9
32/25 33/2 33/4 37/17
**known [4]**  30/19 33/1 70/24
70/25
**KOLLAR [1]**  1/10
**KOLLAR-KOTELLY [1]**  1/10
**Kong [2]**  21/17 63/19
**Korbatov [1]**  63/11
**Korea [1]**  57/8
**Korean [1]**  59/5
**KOTELLY [1]**  1/10

**L**

**lack [2]**  24/25 65/20
**lacked [1]**  22/5
**Lady [1]**  62/19
**Lago [2]**  67/16 70/2
**land [1]**  66/4
**language [2]**  30/5 30/6
**Larry [1]**  60/23
**Las [1]**  18/6
**last [13]**  5/9 7/21 12/18 17/1
18/6 23/22 23/25 48/23 51/15
51/25 53/25 67/22 72/5

**late [3]**  6/17 53/25 72/5
**later [3]**  12/16 15/2 64/2
**latest [1]**  9/22
**launderers [1]**  35/10
**laundering [50]**  7/24 8/4 8/5
8/6 9/14 10/9 12/7 12/9 12/10
12/12 13/19 13/20 14/3 14/11
17/9 17/11 17/20 18/5 18/11
18/16 19/4 19/10 20/20 20/21
21/21 22/4 22/5 23/6 24/9
24/11 29/2 29/4 29/7 33/10
33/14 33/15 33/17 33/20
33/24 33/25 34/2 34/3 34/5
34/8 34/21 42/15 42/16 43/13
47/4 47/24
**law [14]**  2/3 2/6 2/10 19/9
27/19 27/20 28/1 31/7 66/25
67/8 68/9 68/10 69/8 69/14
**lead [1]**  61/2
**leading [1]**  52/24
**learn [1]**  65/13
**learned [2]**  59/1 59/6
**least [6]**  7/5 13/11 13/18
17/25 18/11 48/8
**leave [2]**  44/9 46/16
**leaves [1]**  40/3
**Lee [1]**  61/1
**left [3]**  57/8 60/10 67/1
**legal [19]**  6/20 8/23 9/13 9/17
13/3 15/11 15/15 21/23 23/16
24/12 24/22 42/18 42/20
42/22 44/17 48/22 57/22
66/25 67/6
**legislative [1]**  60/4
**legitimate [1]**  25/24
**Leonardo [1]**  62/23
**let [17]**  5/5 9/20 9/23 9/23
11/11 17/19 19/15 27/6 27/6
27/24 38/5 44/7 48/23 51/12
55/1 55/2 55/16
**let's [5]**  4/3 15/16 15/16
15/20 36/10
**letter [2]**  63/25 64/12
**letters [1]**  64/2
**letting [1]**  9/1
**leverage [1]**  57/7
**liability [1]**  10/20
**licensed [2]**  16/21 16/21
**Lidsky [2]**  64/4 64/7
**life [1]**  70/11
**light [1]**  4/18

**Lijun [9]** 56/18 58/11 59/13 63/19 64/19 64/23 65/18 68/22 68/24

**like [14]** 6/21 17/23 18/15 21/23 22/21 26/4 29/18 37/23 38/5 41/4 43/23 46/3 48/25 67/24

**limine [5]** 47/12 47/18 50/1 52/7 52/12

**limitations [1]** 73/8

**Limited [3]** 21/11 37/1 37/8

**limiting [1]** 8/12

**line [3]** 11/6 30/2 66/7

**link [1]** 35/25

**Lipscomb [1]** 40/17

**Lisa [2]** 63/10 63/10

**list [4]** 35/6 35/15 52/25 56/5

**listed [1]** 68/14

**listened [1]** 57/11

**litigated [2]** 47/17 49/25

**little [8]** 4/17 13/13 16/18 16/19 40/20 40/23 40/24 43/25

**living [1]** 56/19

**loan [1]** 61/15

**LOCKHART [2]** 1/20 4/25

**log [1]** 4/14

**logging [1]** 45/2

**logistics [1]** 61/25

**long [3]** 28/21 49/2 68/21

**long-term [1]** 68/21

**longer [3]** 10/3 11/17 51/12

**look [15]** 6/3 18/19 20/8 21/5 22/10 22/16 38/24 40/11 41/17 44/1 44/13 51/14 51/24 66/2 71/20

**looked [8]** 19/25 20/23 22/21 27/9 27/12 30/1 40/9 41/13

**looking [6]** 12/8 17/10 24/3 34/16 37/10 40/14

**Loon [1]** 33/1

**Los [3]** 17/3 18/14 33/16

**lot [4]** 13/5 18/2 49/18 71/14

**love [1]** 62/8

**Low [18]** 14/1 14/21 15/3 15/7 21/13 25/1 30/24 30/24 32/23 35/6 35/15 36/1 47/19 57/21 57/22 57/25 58/7 62/19

**Low's [3]** 31/4 62/9 66/12

**Lucky [6]** 13/21 14/6 14/13

**Lum [7]** 14/16 27/21 31/13 39/6 63/17 64/1 64/18

# M

**made [7]** 11/7 13/23 50/18 52/10 52/16 57/19 70/1

**Madeleine [2]** 57/3 57/9

**mainly [4]** 39/24 39/25 40/1 40/3

**major [2]** 18/6 18/13

**majority [1]** 23/13

**make [28]** 6/2 6/3 6/14 6/18 7/20 12/20 13/4 13/6 28/17 41/11 43/23 44/14 45/5 45/6 48/4 49/18 49/18 49/22 50/5 50/5 50/24 53/7 53/13 53/14 62/4 63/1 71/15 71/20

**makes [1]** 48/1

**making [8]** 12/21 13/7 44/3 44/24 46/7 49/10 52/20 67/15

**Malaysia [6]** 30/18 57/18 58/6 62/14 66/5 66/15

**Malaysian [4]** 57/15 63/6 66/3 66/7

**MALONE [27]** 3/5 4/13 8/13 9/12 15/16 15/19 15/21 16/8 16/14 20/18 28/17 36/22 38/6 38/22 42/11 43/4 44/2 44/15 44/18 44/20 44/24 45/8 46/3 46/8 48/7 48/19 49/9

**Management [2]** 61/9 61/10

**many [5]** 17/20 18/1 18/1 39/1 65/20

**Mar [2]** 67/16 70/2

**marijuana [1]** 18/9

**Mark [5]** 14/6 14/13 21/10 22/9 25/21

**Mart [1]** 13/21

**Martin [1]** 62/22

**materials [3]** 19/23 21/20 24/10

**matter [11]** 45/18 47/14 54/23 58/24 63/22 65/6 66/22 67/7 69/22 71/9 73/5

**matters [1]** 57/22

**Matthew [1]** 60/1

**may [13]** 41/20 46/15 52/18 53/11 57/7 57/17 57/20 63/9 67/21 67/22 67/25 69/21 70/22

**maybe [1]** 13/12

**McCabe [1]** 63/24

**me [36]** 4/9 5/5 6/23 9/20 9/23 9/23 11/11 11/11 16/10 17/19 19/15 21/22 27/6 27/6 27/12 27/13 27/24 28/24 34/15 35/12 36/10 38/13 40/3 44/7 49/16 49/23 50/25 53/5 53/14 54/25 55/1 55/6 55/7 55/16 55/16 71/14

**mean [6]** 10/1 24/20 26/3 28/25 36/11 42/7

**Media [1]** 60/24

**medical [1]** 33/14

**meet [7]** 15/3 58/24 63/22 63/24 66/3 67/9 67/17

**meeting [10]** 15/5 63/5 63/14 63/15 63/20 63/23 64/1 64/18 67/18 68/2

**meetings [1]** 63/8

**meets [1]** 67/19

**member [2]** 67/9 67/16

**members [3]** 59/25 71/2 71/5

**membership [1]** 70/1

**Memoranda [1]** 57/12

**Memorandum [1]** 56/20

**memory [1]** 33/22

**mention [2]** 57/19 67/11

**mentioned [2]** 57/4 57/8

**mentions [4]** 57/7 67/14 67/15 67/22

**merely [2]** 58/22 59/13

**message [3]** 58/22 59/13 60/18

**met [5]** 56/16 63/19 65/13 67/17 69/14

**Mexico [1]** 34/10

**MICHEL [44]** 1/6 4/16 4/17 4/21 5/3 6/23 7/12 7/17 10/4 11/17 18/18 18/21 21/19 21/20 24/10 25/1 25/1 25/7 26/20 27/4 28/5 32/21 35/19 35/23 36/2 39/10 45/9 45/17 49/19 53/12 58/5 59/10 63/12 63/18 64/2 64/18 65/1 65/11 65/16 65/21 66/23 68/15 68/23 70/18

**Michel's [7]** 13/22 14/7 14/7 14/12 15/8 32/2 40/17

**Michelle [1]** 62/19

**M**

**Mid [1]** 60/6
**Mid-Atlantic [1]** 60/6
**Miller [1]** 61/9
**million [10]** 18/8 18/8 20/7
27/18 27/21 28/1 28/4 28/6
54/1 54/2
**mind [1]** 48/1
**minister [21]** 56/18 57/15
57/20 58/2 58/6 58/11 58/23
59/13 61/5 62/12 62/23 63/6
63/14 63/19 64/19 66/3 66/8
68/13 68/22 70/9 70/20
**minutes [3]** 4/7 4/10 62/4
**missed [1]** 53/21
**missing [1]** 43/8
**missive [2]** 12/18 48/23
**misstarting [1]** 23/15
**misstating [1]** 23/14
**Mohamed [1]** 33/3
**money [77]**
**money-laundering [5]** 7/24
8/4 8/5 8/6 9/14
**moneys [1]** 21/5
**Monje [1]** 61/11
**month [1]** 29/22
**months [1]** 17/5
**more [10]** 4/18 8/2 13/13
16/18 18/1 23/21 27/1 28/25
50/16 53/10
**morning [2]** 16/8 16/9
**Moscowitz [1]** 40/17
**most [2]** 18/17 61/17
**mostly [3]** 19/25 40/21 41/23
**motion [3]** 47/11 47/18 50/1
**motions [4]** 52/7 52/12 53/1
53/3
**move [3]** 9/21 28/13 54/22
**movie [1]** 62/21
**moving [1]** 54/19
**MR [14]** 3/6 3/7 4/13 7/6 15/7
38/22 52/6 58/18 59/1 59/1
65/14 65/23 66/22 67/18
**Mr. [132]**
**Mr. Beckiden [1]** 32/16
**Mr. Broidy [4]** 14/16 15/4
56/21 66/23
**Mr. Higginbotham [2]** 22/23
27/13
**Mr. Johnson [4]** 67/11 67/21
69/1 70/5

**Mr. Keller [17]** 7/10 11/1
13/1 13/8 19/15 28/12 42/6
45/17 45/24 46/17 47/16
48/14 49/7 49/23 51/13 55/4
55/23
**Mr. Keller's [2]** 45/20 47/14
**Mr. Kenner [26]** 5/12 6/21
12/13 12/25 15/16 16/3 17/22
18/23 19/20 24/5 24/19 26/11
38/8 41/3 42/19 43/17 43/20
45/1 45/4 47/1 48/25 49/16
51/19 53/6 53/9 72/3
**Mr. Kenner's [2]** 14/22 27/1
**Mr. Low's [1]** 31/4
**Mr. Malone [22]** 8/13 9/12
15/16 15/19 16/8 20/18 28/17
36/22 38/6 42/11 43/4 44/2
44/15 44/18 44/20 44/24 45/8
46/3 46/8 48/7 48/19 49/9
**Mr. Michel [34]** 4/16 4/17 5/3
6/23 7/12 7/17 10/4 11/17
18/18 18/21 20/19 21/20
24/10 25/7 27/4 28/5 32/21
35/23 36/2 39/10 45/9 45/17
49/19 53/12 58/5 59/10 64/2
65/1 65/11 65/16 65/21 68/15
68/23 70/18
**Mr. Michel's [6]** 14/7 14/7
14/12 15/8 32/2 40/17
**Mr. Sessions [2]** 64/16
65/15
**Mr. Sun [1]** 69/23
**Mr. Trump [4]** 57/16 58/8
58/13 58/21
**Mr. Wynn [3]** 56/21 56/22
58/17
**Mr. Wynn's [1]** 58/8
**Ms. [3]** 14/16 36/15 50/25
**Ms. Heavenridge [1]** 50/25
**Ms. Lum [1]** 14/16
**Ms. Patterson [1]** 36/15
**much [1]** 72/4
**MULRYNE [2]** 1/17 4/25
**multiple [1]** 70/14
**must [1]** 23/7
**mute [1]** 44/8
**my [16]** 5/25 11/23 12/21
20/2 33/21 34/15 35/22 36/5
44/1 44/13 44/22 47/13 48/1
48/3 49/10 49/20
**myself [1]** 40/13

**N**

**Najib [2]** 62/12 63/6
**name [1]** 16/12
**named [4]** 21/13 32/25 40/15
59/23
**names [1]** 35/10
**National [4]** 20/2 22/14 25/17
61/7
**nationals [4]** 59/3 62/17
64/10 65/25
**nature [2]** 18/3 21/4
**NBC [2]** 28/4 28/9
**Near [1]** 67/23
**necessarily [1]** 12/4
**necessary [1]** 11/10
**need [29]** 9/2 9/8 15/24
15/25 16/2 16/3 16/18 18/18
18/18 20/9 30/10 40/4 40/23
41/9 41/16 41/19 48/5 48/5
48/6 48/7 49/21 50/4 51/7
51/23 52/18 54/22 55/2 55/3
55/15
**needed [3]** 39/16 49/13
52/12
**needs [1]** 6/13
**negate [3]** 65/6 65/15 65/23
**nephew [1]** 62/23
**never [4]** 29/11 29/14 29/18
67/25
**new [7]** 1/16 1/19 1/22 41/18
45/23 50/9 53/17
**next [5]** 16/24 56/5 59/18
60/6 72/9
**Nickie [4]** 27/21 31/13 39/6
63/17
**NICOLE [2]** 1/20 4/25
**night [7]** 5/9 12/18 48/23
51/15 51/25 53/25 72/5
**nine [4]** 17/7 17/24 21/10
27/25
**no [60]** 1/4 8/21 9/10 10/3
11/17 15/2 20/14 21/15 23/4
26/21 26/22 27/14 27/17 28/2
29/20 30/3 30/10 30/10 30/22
30/23 30/23 31/2 31/3 31/7
31/23 31/25 31/25 32/1 32/4
32/6 32/8 32/8 33/2 33/4 34/1
34/6 34/24 35/4 35/16 37/2
37/6 37/10 37/15 37/17 37/20
38/5 39/19 41/23 43/14 44/14
56/9 57/19 58/15 58/17 67/15

## N

no... **[5]** 69/10 71/23 71/24 72/2 72/4
none **[5]** 3/11 35/5 35/17 35/22 56/6
nonpros **[1]** 18/7
North **[2]** 57/8 59/5
not **[97]**
note **[1]** 73/6
notes **[2]** 40/11 44/1
nothing **[8]** 26/23 27/2 27/12 43/10 44/4 44/15 57/23 71/23
notice **[6]** 53/22 53/24 54/22 61/23 69/8 69/8
noting **[1]** 67/7
novel **[1]** 50/9
now **[13]** 4/8 4/8 12/14 19/16 19/24 41/8 47/14 48/23 49/1 50/4 53/13 53/16 55/13
nuanced **[2]** 12/19 13/6
number **[7]** 18/2 36/20 45/7 57/13 57/23 58/17 65/7
Numerous **[1]** 65/19
nutshell **[1]** 19/7
NW **[6]** 1/16 1/19 1/22 2/7 2/15 73/11

## O

oath **[2]** 15/22 37/18
Obama **[15]** 55/9 56/10 59/18 59/24 59/25 60/18 61/2 61/6 62/3 62/8 62/18 62/19 62/22 67/2 69/2
Obama's **[10]** 59/20 59/22 60/2 60/3 60/7 60/10 60/20 61/17 61/21 67/9
Obama/Biden **[1]** 60/18
object **[4]** 13/21 14/3 15/12 23/13
Objection **[1]** 38/4
objectionable **[1]** 23/14
objections **[1]** 23/18
objects **[1]** 13/19
observation **[1]** 45/6
obtain **[1]** 70/1
obtained **[3]** 7/21 68/1 68/6
obtaining **[2]** 57/17 66/11
obvious **[1]** 27/12
obviously **[10]** 6/10 6/18 12/5 12/15 23/12 23/19 48/8 48/10 51/7 52/14

occasions **[1]** 10/15
occur **[1]** 10/15
occurred **[3]** 65/8 69/5 73/6
OCDIFT **[1]** 28/24
off **[4]** 4/14 20/2 44/11 45/2
offense **[1]** 42/17
offenses **[1]** 29/7
offer **[8]** 56/14 57/14 59/19 61/16 63/4 63/17 69/15 71/8
offered **[1]** 33/8
offering **[3]** 59/2 66/25 67/6
Offers **[1]** 55/7
office **[9]** 17/4 20/1 31/7 33/16 54/7 61/9 62/11 62/22 67/13
OFFICES **[1]** 2/6
official **[3]** 2/14 57/5 73/10
officials **[3]** 27/10 58/24 59/20
often **[1]** 35/10
oh **[1]** 71/24
OIG **[1]** 64/4
okay **[38]** 4/15 4/18 11/23 16/1 18/23 19/13 20/10 20/16 24/15 24/19 26/1 28/3 29/23 34/6 35/17 36/10 40/1 43/1 43/15 43/24 44/7 44/10 45/2 47/11 48/19 49/6 49/15 50/3 51/19 52/21 53/7 53/20 55/3 55/18 56/6 56/14 57/11 71/12
omission **[2]** 8/10 29/24
once **[4]** 29/22 46/3 48/14 51/23
one **[27]** 7/1 7/10 9/20 12/3 18/11 20/24 21/2 21/16 21/16 22/5 28/3 28/8 33/22 38/24 39/5 40/15 46/10 47/2 52/2 52/10 55/15 59/18 60/2 60/6 64/16 68/14 68/21
ones **[3]** 18/6 40/7 40/9
only **[5]** 21/15 46/13 50/15 62/10 67/9
open **[3]** 9/23 46/16 65/19
opine **[2]** 6/15 12/21
opining **[1]** 7/15
opinion **[26]** 9/19 21/19 22/24 23/7 23/22 23/25 24/1 24/9 27/25 29/23 37/18 37/23 38/6 39/17 39/22 39/23 41/18 41/19 41/21 42/12 42/12 42/18 42/24 43/4 52/3 60/24

opinions **[10]** 8/3 9/12 22/2 23/16 26/9 33/8 34/13 40/19 41/16 45/14
opportunity **[8]** 5/20 6/10 12/17 23/19 23/20 53/7 53/14 66/23
oral **[1]** 6/3
orally **[4]** 46/20 55/12 55/12 55/13
order **[5]** 6/2 7/19 10/20 16/4 60/4
originally **[1]** 51/14
originated **[1]** 14/5
other **[35]** 7/2 7/16 9/5 9/6 9/10 9/11 9/20 10/13 11/18 14/14 19/9 21/2 23/2 25/18 25/18 25/21 26/2 26/3 26/15 27/12 32/6 35/11 42/6 44/3 44/4 48/17 52/2 54/9 55/18 56/12 59/25 65/9 68/15 70/16 71/19
others **[5]** 10/4 20/19 25/1 68/24 70/19
otherwise **[2]** 55/3 57/19
our **[1]** 8/1
out **[16]** 8/22 10/22 27/7 27/13 41/15 49/4 49/22 52/15 53/6 54/18 54/24 67/13 67/22 70/9 70/14 71/13
outline **[1]** 13/18
outside **[4]** 20/24 23/12 63/19 70/25
Oval **[3]** 62/11 62/22 67/12
over **[2]** 17/23 20/7
overall **[1]** 35/1
overseas **[1]** 25/20
overseeing **[1]** 17/6
oversees **[1]** 10/22
overt **[1]** 34/18
overwhelming **[1]** 45/19
own **[3]** 45/22 63/3 66/4
owned **[5]** 18/10 21/13 21/14 42/4 70/2
owner **[1]** 21/18

## P

P.A **[1]** 2/7
p.m **[2]** 1/7 72/12
page **[3]** 9/22 9/24 10/17
page 7 **[3]** 9/22 9/24 10/17
pages **[4]** 54/1 54/2 66/10

**pages...** [1] 68/4
**paid** [3] 10/4 28/4 60/23
**pair** [1] 67/11
**pandemic** [1] 73/7
**paper** [2] 21/15 21/17
**paragraph** [1] 9/22
**Parson** [1] 63/4
**part** [10] 5/21 11/22 36/22 43/12 49/20 50/1 61/17 64/21 64/22 66/13
**particular** [5] 8/23 10/21 10/24 46/7 71/16
**particularly** [1] 9/3
**parties** [6] 6/1 14/14 14/18 15/6 35/11 72/8
**partner** [1] 61/2
**Partners** [2] 32/5 37/4
**pass** [2] 58/10 67/8
**passed** [1] 57/2
**passing** [2] 58/22 59/13
**past** [2] 41/10 66/20
**pattern** [3] 52/6 64/9 66/16
**Patterson** [1] 36/15
**pay** [3] 5/18 15/7 26/19
**paying** [1] 47/19
**payment** [3] 27/18 27/21 27/25
**payments** [1] 27/10
**penalizes** [2] 10/9 10/21
**people** [5] 41/5 47/20 54/13 56/3 63/8
**People's** [6] 57/25 65/4 68/13 68/25 69/23 70/20
**per** [1] 66/8
**percent** [2] 25/16 26/2
**percentage** [1] 26/2
**perform** [1] 64/25
**perhaps** [2] 4/11 56/11
**permit** [1] 42/15
**person** [3] 21/13 30/3 62/7
**personal** [10] 30/23 31/4 31/7 31/23 31/25 32/1 32/25 64/11 65/25 66/14
**personnel** [1] 19/9
**perspective** [2] 8/17 44/21
**persuade** [1] 64/6
**perused** [1] 38/20
**petition** [1] 68/17
**ph** [1] 32/16
**photographs** [1] 63/8

**photos** [2] 57/2 57/9
**picture** [1] 62/17
**piece** [1] 21/17
**PIN** [1] 1/15
**pivotal** [1] 65/3
**PJS** [1] 37/8
**place** [2] 6/15 10/16
**placed** [1] 28/24
**Plaintiff** [2] 1/4 1/14
**plans** [1] 52/7
**play** [1] 57/15
**played** [2] 61/21 65/3
**playing** [1] 5/19
**plea** [3] 18/16 18/16 31/21
**pleading** [1] 5/9
**pleadings** [2] 5/20 51/25
**pleas** [1] 31/20
**please** [2] 4/22 73/6
**point** [21] 5/15 5/17 6/16 10/24 13/5 14/22 14/23 15/9 15/15 27/2 43/21 44/17 44/20 45/1 48/3 50/8 52/20 54/8 54/19 54/20 60/8
**points** [5] 43/23 44/3 45/4 64/6 64/8
**policy** [2] 61/24 62/16
**Poneman** [1] 61/14
**pop** [1] 53/16
**portion** [2] 45/21 48/9
**portions** [1] 26/19
**position** [4] 7/8 7/9 8/23 8/23
**positions** [1] 46/5
**possibly** [1] 55/8
**postal** [1] 17/4
**potentially** [2] 7/3 13/17
**practice** [2] 17/12 22/18
**Practices** [1] 64/14
**PRAKAZREL** [3] 1/6 4/21 13/22
**Praz** [4] 68/1 68/3 68/5 68/6
**PRC** [5] 58/7 68/13 68/18 68/22 69/6
**preclude** [1] 9/3
**precluded** [2] 46/11 47/13
**precluding** [1] 8/16
**pregnant** [3] 59/7 65/3 68/19
**prejudice** [1] 54/21
**prejudiced** [1] 54/20
**preliminary** [1] 23/17
**preparation** [1] 36/23
**prepared** [2] 12/5 55/10

**preparing** [1] 6/6
**presence** [1] 23/12
**present** [6] 4/5 5/3 45/11 45/25 46/14 62/9
**presented** [4] 50/10 52/17 62/12 62/21
**President** [28] 55/9 55/9 56/10 56/15 56/16 56/22 57/15 58/9 59/14 59/18 59/20 59/22 60/2 60/7 60/10 61/6 62/3 62/8 62/11 62/18 62/22 64/10 65/25 66/17 67/13 70/2 70/7 70/14
**President's** [2] 60/4 60/15
**presidential** [3] 59/24 60/18 60/21
**presidents** [1] 56/11
**press** [1] 45/19
**pretrial** [1] 23/11
**previous** [1] 27/24
**previously** [2] 7/10 28/18
**primarily** [1] 33/11
**prime** [10] 57/15 57/19 58/2 58/6 62/12 62/23 63/6 63/14 66/3 66/7
**principal** [6] 14/24 15/1 30/4 30/8 30/11 59/16
**principally** [1] 22/14
**principals** [1] 68/15
**prior** [5] 7/11 7/14 11/4 33/5 64/18
**priorities** [1] 60/5
**prison** [1] 69/11
**prisons** [1] 59/4
**private** [6] 16/22 17/12 17/13 22/18 69/14 71/5
**probably** [2] 45/21 49/12
**problem** [4] 5/17 15/12 50/19 51/5
**problems** [1] 53/11
**proceed** [1] 15/17
**proceeding** [3] 47/4 47/6 72/10
**proceedings** [3] 47/21 72/12 73/4
**proceeds** [13] 10/10 10/18 10/19 14/22 15/9 35/18 35/24 37/19 37/25 38/3 42/16 45/12 46/2
**produced** [3] 60/19 67/4 68/11

**P**

**product** [2]  19/10 23/2
**production** [1]  17/7
**PROFESSIONAL** [1]  2/10
**proffer** [4]  55/20 64/15 66/9
68/20
**profile** [1]  60/19
**prohibit** [1]  30/7
**prohibiting** [1]  34/7
**prohibits** [3]  14/23 29/17
29/24
**project** [2]  61/2 62/15
**promote** [5]  10/7 10/22
20/25 42/15 60/4
**promoting** [1]  14/8
**promotion** [1]  28/4
**promotional** [13]  8/5 13/20
14/3 20/21 24/8 24/11 33/19
33/24 33/25 34/2 34/5 34/7
42/15
**proof** [12]  38/13 46/7 55/7
56/15 57/14 59/19 61/16 63/5
63/17 65/20 65/20 71/8
**propose** [2]  48/14 49/8
**proposed** [3]  46/25 62/13
70/5
**prosecution** [1]  36/1
**prosecutions** [2]  7/2 9/7
**prosecutor** [1]  33/5
**prosecutors** [1]  54/9
**prove** [2]  37/24 42/14
**provide** [4]  17/15 23/20
39/17 53/14
**provided** [12]  19/25 22/25
25/13 25/14 32/7 33/11 35/19
39/13 52/21 54/18 55/22
61/24
**providing** [1]  64/9
**Public** [5]  1/18 56/18 58/11
58/23 68/13
**publicly** [1]  69/17
**pull** [1]  38/24
**pulled** [1]  37/5
**punishes** [1]  8/10
**purported** [1]  7/1
**purporting** [1]  69/18
**purpose** [9]  14/1 14/8 14/19
14/19 26/24 34/22 39/17
62/24 63/15
**purposes** [2]  12/7 36/19
**pursue** [1]  15/7

**push** [2]  12/15 55/16
**pushed** [1]  55/18
**pushy** [1]  40/22
**put** [16]  4/9 4/13 7/16 12/15
12/25 16/3 18/2 35/1 35/2
40/11 46/5 46/20 46/21 49/2
49/22 54/23
**putting** [2]  10/14 53/22

**Q**

**qualifications** [2]  18/24
19/16
**qualified** [2]  8/2 16/4
**question** [14]  9/5 9/6 9/20
16/15 21/23 24/13 24/16
24/20 24/21 27/24 30/14
41/21 42/21 42/23
**questions** [8]  5/10 6/8 23/13
23/14 42/7 44/15 48/8 68/20
**quick** [1]  12/19
**quickly** [1]  6/2
**quite** [1]  45/17
**quote** [2]  45/10 59/11
**quotes** [1]  68/9

**R**

**raised** [2]  5/6 12/23
**raises** [1]  5/10
**raising** [2]  11/19 50/8
**ranking** [1]  57/5
**rather** [5]  12/20 49/21 63/2
66/14 68/2
**Razak** [2]  62/12 63/6
**Razak's** [1]  62/23
**REA** [1]  1/20
**reach** [2]  24/13 70/9
**reached** [1]  70/14
**read** [7]  9/11 26/5 29/21
29/22 38/24 40/25 64/2
**reading** [1]  39/5
**reads** [1]  30/3
**Real** [2]  32/4 37/4
**really** [4]  4/16 43/22 46/4
50/16
**reasonable** [1]  54/17
**rebut** [1]  66/11
**recall** [8]  21/16 27/17 30/6
32/14 37/6 37/10 39/1 39/5
**recalling** [1]  34/15
**received** [6]  5/9 7/13 14/13
37/25 45/9 46/6
**recent** [1]  18/17

**recently** [4]  29/22 58/24
58/25 63/21
**reception** [1]  63/11
**recipients** [1]  14/15
**recollection** [1]  33/22
**record** [18]  4/23 6/17 12/15
12/25 13/7 15/25 16/13 23/15
38/22 44/11 44/13 45/25
49/19 52/16 52/18 52/21
55/19 71/17
**recorded** [2]  66/24 67/20
**recording** [3]  68/6 68/7
69/18
**records** [54]  7/21 19/25 20/2
21/9 22/10 22/13 22/13 22/14
22/22 22/23 22/24 22/25 24/4
24/16 24/17 24/24 25/8 25/10
25/13 25/17 25/19 25/20
25/24 26/2 26/3 26/8 26/17
27/7 28/7 33/11 34/23 34/24
35/3 35/14 37/17 37/24 38/16
38/17 39/25 40/5 40/6 40/14
40/15 40/21 40/21 41/12
41/24 41/24 42/3 42/4 42/13
42/24 43/6 43/10
**red** [6]  21/10 22/9 22/21
22/22 25/21 69/7
**redirect** [3]  43/18 43/21
43/22
**reelection** [1]  60/13
**refer** [1]  50/3
**reference** [1]  36/19
**referenced** [1]  64/17
**referred** [1]  62/15
**reflected** [1]  68/3
**regard** [6]  7/10 19/3 23/8
24/8 63/4 63/16
**regarding** [5]  24/25 58/8
58/14 61/22 62/16
**Regional** [1]  60/7
**register** [8]  25/2 25/7 26/15
26/20 27/3 30/9 30/10 71/6
**registering** [2]  27/4 29/24
**Registration** [2]  29/21 71/6
**related** [5]  7/13 20/3 33/9
59/9 64/8
**relating** [1]  5/6
**relationship** [2]  68/12 68/22
**relativity** [2]  20/6 20/7
**release** [2]  59/3 68/18
**released** [1]  59/7

# R

**relevance [2]**  9/7 47/19
**relevant [6]**  6/25 7/2 11/9
 47/14 47/22 64/22
**relied [16]**  25/8 25/10 25/15
 40/5 40/5 40/6 40/7 40/19
 40/20 40/23 41/11 41/12
 41/15 41/23 42/2 42/3
**rely [4]**  19/9 40/4 40/21 50/6
**relying [2]**  26/23 50/6
**remain [1]**  69/15
**remember [12]**  17/23 17/25
 18/15 26/6 32/17 33/21 34/12
 37/2 37/9 40/8 41/6 41/13
**remotely [1]**  73/8
**render [1]**  8/3
**renders [1]**  45/14
**replies [1]**  53/1
**reply [2]**  51/23 55/2
**report [3]**  40/10 40/11 45/14
**reporter [5]**  2/13 2/14 5/24
 15/25 73/10
**reporting [2]**  68/9 73/8
**reports [1]**  17/7
**represent [1]**  69/15
**representation [2]**  66/25
 67/7
**representative [1]**  61/6
**represents [1]**  68/10
**Republic [6]**  57/25 65/4
 68/13 68/25 69/23 70/20
**request [9]**  49/8 56/16 56/17
 56/23 58/10 58/13 59/15
 62/20 70/7
**requesting [1]**  64/1
**requests [1]**  48/21
**require [2]**  23/6 53/22
**required [1]**  8/25
**requirement [1]**  10/17
**Research [1]**  60/24
**resolve [1]**  46/17
**resolved [4]**  49/15 52/2 52/8
 52/9
**Resort [1]**  70/2
**resources [2]**  54/3 54/11
**respect [8]**  9/10 16/11 17/11
 17/19 33/14 33/17 56/15
 59/18
**respond [9]**  9/18 12/3 12/14
 12/18 12/23 13/9 48/22 48/25
 51/20

**responding [1]**  51/3
**response [2]**  5/7 13/11
**responses [2]**  16/2 49/21
**responsible [2]**  18/4 65/12
**rest [4]**  28/13 48/6 48/11
 50/17
**resulted [1]**  18/10
**resulting [1]**  18/14
**retiring [1]**  17/2
**return [16]**  18/7 56/19 58/11
 64/6 64/20 64/21 65/3 68/17
 69/9 69/9 69/24 70/10 70/15
 70/16 70/21 70/24
**returned [3]**  57/6 69/11
 70/12
**returning [2]**  59/2 63/22
**reveal [1]**  65/17
**review [24]**  19/23 21/20
 24/10 26/6 27/18 31/17 31/20
 32/17 36/22 36/25 37/3 37/7
 38/15 38/19 38/23 39/4 39/6
 39/16 39/19 39/19 41/9 42/24
 43/5 61/15
**reviewed [13]**  24/24 27/6
 35/2 35/6 35/18 37/16 37/24
 38/1 41/7 41/10 41/20 43/11
 44/14
**revisit [2]**  52/12 52/19
**reword [1]**  24/20
**RICHARD [3]**  3/5 15/21
 16/14
**right [34]**  4/18 5/4 9/20 12/2
 15/14 15/19 24/5 27/1 28/12
 28/17 28/19 29/12 30/10
 31/25 32/20 35/12 35/20
 35/24 36/3 39/10 39/11 42/6
 43/2 43/4 43/7 45/17 49/6
 50/12 55/13 55/14 56/13
 71/19 72/6 72/8
**rights [1]**  67/24
**risk [2]**  53/2 53/9
**River [1]**  28/23
**Riza [1]**  62/23
**Robin [1]**  31/9
**Rock [5]**  21/10 22/9 22/21
 22/22 25/21
**role [4]**  30/24 30/25 61/21
 65/3
**roles [1]**  59/21
**Ron [1]**  61/5
**room [4]**  2/15 4/9 4/14 69/25

**roughly [2]**  49/2 51/6
**routing [3]**  14/12 14/18
 14/18
**Rozenzweig [1]**  31/9
**RPR [2]**  2/13 73/10
**rude [1]**  20/13
**Rufus [2]**  60/2 60/14
**rule [2]**  5/22 6/19
**Rule 702 [1]**  6/19
**rules [1]**  61/22
**ruling [3]**  52/10 71/16 71/20
**rulings [5]**  5/21 6/2 6/3 6/14
 49/19
**running [1]**  53/2

# S

**Safety [1]**  58/23
**said [13]**  17/23 32/13 40/23
 41/3 41/5 48/11 51/15 51/22
 52/13 55/8 57/11 63/19 71/10
**same [3]**  32/10 47/23 67/5
**saw [13]**  20/6 20/7 20/23
 21/15 26/5 27/20 28/8 32/10
 32/13 36/24 37/9 40/15 42/24
**say [21]**  8/20 9/16 10/5 10/6
 17/22 17/23 18/1 25/23 26/4
 30/12 30/15 33/8 35/21 38/12
 39/22 41/23 47/3 48/18 48/19
 56/7 67/8
**saying [10]**  11/14 11/25
 26/25 37/20 37/20 38/1 38/14
 43/9 47/23 61/18
**says [6]**  11/4 36/13 45/24
 52/18 67/18 67/25
**schedule [1]**  52/24
**scheduled [1]**  58/23
**scheme [10]**  14/2 14/9 23/2
 30/25 35/19 35/24 45/12 46/2
 47/5 47/25
**scope [2]**  5/11 17/15
**Scorese [1]**  62/22
**screen [5]**  18/19 18/22 36/5
 36/14 40/12
**SEAN [2]**  1/17 4/25
**searches [2]**  20/5 20/6
**searching [1]**  26/5
**second [4]**  7/1 28/6 55/15
 67/21
**Secondly [2]**  65/1 69/1
**secret [6]**  58/18 59/15 67/12
 69/10 70/19 70/23

**Secretary [5]** 61/11 61/13 61/14 67/2 69/2
**secretly [2]** 57/24 68/17
**section [4]** 1/18 28/24 29/17 30/3
**secured [1]** 18/7
**securing [1]** 66/21
**security [6]** 56/18 57/5 58/11 61/8 68/14 69/2
**see [44]** 4/16 4/18 9/24 21/14 23/4 25/3 25/5 25/10 25/11 25/12 25/19 25/20 26/17 26/21 27/3 27/13 27/15 27/21 28/7 34/16 34/24 35/25 36/10 36/13 36/16 36/17 37/21 38/13 40/8 40/16 40/16 41/4 42/4 42/13 43/6 44/1 48/9 51/23 53/3 54/11 54/20 56/7 72/9
**seeing [4]** 32/6 37/2 37/6 37/10
**seek [3]** 10/3 11/2 11/15
**seeking [1]** 58/5
**seem [1]** 8/24
**seems [2]** 47/8 71/14
**seen [1]** 26/17
**seizure [1]** 18/14
**self [2]** 61/22 63/3
**self-enrichment [1]** 63/3
**self-imposed [1]** 61/22
**sell [1]** 15/3
**selling [1]** 62/16
**Senators [2]** 64/11 65/22
**senior [3]** 59/19 60/17 61/1
**sense [2]** 58/15 58/17
**sent [6]** 5/5 14/6 54/18 56/3 64/12 69/8
**separate [2]** 59/10 68/11
**September [1]** 63/7
**seq [1]** 59/10
**serve [1]** 69/11
**served [3]** 56/3 60/20 60/23
**service [2]** 17/5 67/12
**services [2]** 17/16 67/6
**serving [3]** 56/4 56/4 69/1
**Sessions [16]** 55/10 63/16 63/17 63/25 64/1 64/3 64/6 64/8 64/13 64/16 64/24 65/8 65/14 65/15 65/23 66/1
**set [20]** 5/4 5/8 5/12 5/13

5/18 7/5 8/15 8/22 9/1 13/23 35/10 36/11 48/13 48/25 51/6 53/13 58/5 63/20 71/19 71/22
**setting [2]** 52/23 54/16
**Seven [2]** 69/21 71/1
**several [1]** 64/5
**shall [1]** 30/3
**share [3]** 36/5 36/8 36/13
**she [2]** 4/12 63/18
**Shomic [3]** 60/6 61/20 62/13
**short [1]** 43/25
**shortly [1]** 55/16
**should [14]** 5/14 6/5 6/12 6/15 6/15 36/7 37/5 41/7 44/18 44/18 45/8 47/13 66/23 67/17
**show [6]** 22/6 36/6 37/21 42/4 59/7 65/1
**showed [3]** 22/15 23/4 35/18
**showing [2]** 23/6 27/7
**shut [1]** 57/21
**sic [1]** 10/8
**signaled [1]** 52/6
**significant [2]** 27/15 27/17
**simply [4]** 7/4 10/6 46/15 53/16
**since [3]** 17/12 48/22 67/15
**sir [3]** 16/12 20/9 29/21
**sit [1]** 62/4
**sitting [1]** 32/18
**Six [3]** 17/5 69/17 70/18
**slightly [1]** 36/16
**Smith [1]** 60/17
**Smogue [1]** 60/1
**so [85]**
**solicit [1]** 70/5
**solicited [1]** 70/22
**some [22]** 5/6 5/17 6/4 7/19 12/5 12/13 12/15 13/3 19/6 20/5 26/4 26/5 28/8 32/13 33/17 39/12 41/13 42/8 44/3 47/1 53/11 56/1
**someone [1]** 40/15
**something [13]** 7/3 9/9 20/20 26/4 40/4 41/15 43/8 46/16 48/15 48/20 52/18 55/21 64/25
**sometimes [1]** 52/14
**somewhat [1]** 48/22
**sorry [14]** 8/19 18/20 20/10 20/10 20/16 23/24 35/21

35/21 37/5 41/6 43/19 62/10 65/23 69/9
**sort [2]** 7/4 71/14
**sought [1]** 5/25
**sound [1]** 20/13
**sounds [2]** 21/23 37/23
**source [12]** 7/15 7/25 14/21 19/6 22/8 23/1 25/24 37/12 37/17 37/21 45/14 59/14
**sourced [3]** 22/6 23/10 45/10
**sources [4]** 12/11 21/5 22/11 23/7
**Southern [1]** 45/22
**sovereign [1]** 30/18
**speak [6]** 6/5 11/10 13/13 15/24 16/18 56/25
**speaking [2]** 50/22 68/6
**special [6]** 16/24 17/1 28/18 60/19 64/4 64/7
**specific [3]** 34/6 61/19 65/14
**specifically [5]** 26/19 32/14 34/16 60/13 63/13
**specified [13]** 10/8 10/11 10/12 10/14 10/23 14/9 20/25 21/3 22/6 29/8 29/12 47/5 47/7
**speedy [1]** 71/23
**split [1]** 54/12
**spoke [2]** 56/24 58/1
**spoken [2]** 55/25 56/1
**spouse [1]** 69/25
**STACY [5]** 2/13 48/3 49/2 73/10 73/12
**staff [4]** 61/3 61/7 61/11 61/24
**stage [1]** 23/11
**stake [1]** 70/12
**stamped [1]** 36/21
**standing [2]** 62/17 62/19
**start [3]** 4/12 6/22 28/12
**starting [1]** 4/23
**starts [2]** 4/12 10/25
**state [3]** 16/22 16/23 17/2
**stated [1]** 63/25
**statement [3]** 23/21 43/14 47/14
**statements [7]** 25/17 36/25 37/3 37/7 39/13 50/18 52/1
**states [20]** 1/1 1/3 1/10 4/20 14/2 17/16 20/25 29/16 33/23 45/8 56/18 56/20 57/1 63/1

**states... [6]** 65/2 69/3 69/4
69/4 69/6 69/16
**stating [1]** 47/10
**station [1]** 28/9
**statute [8]** 8/10 10/9 10/9
10/17 30/2 30/5 30/7 34/7
**statutes [1]** 19/3
**Steve [3]** 56/16 58/9 70/14
**stipulation [4]** 11/2 46/10
46/14 46/25
**stolen [1]** 30/18
**stop [1]** 44/9
**straightforward [1]** 47/8
**Street [1]** 62/21
**strict [1]** 52/23
**strictly [1]** 17/9
**stuff [2]** 49/18 53/23
**stumbled [1]** 40/14
**SUA [1]** 47/25
**subject [2]** 71/9 73/7
**subpoenas [2]** 7/19 56/3
**subsection [1]** 34/7
**subsections [1]** 12/8
**subset [1]** 33/10
**substance [1]** 34/11
**substantive [1]** 14/25
**such [3]** 23/2 45/18 66/14
**sufficient [2]** 30/13 42/13
**suggest [4]** 5/18 10/1 43/11
52/12
**suggested [2]** 57/24 63/24
**suggestion [1]** 48/3
**Suite [3]** 1/16 2/4 2/10
**summary [1]** 7/4
**Sun [15]** 56/18 58/10 63/19
63/19 63/21 63/24 63/25
64/19 64/23 65/18 68/22
68/24 69/23 70/9 70/20
**Super [1]** 28/6
**superceding [3]** 13/19 66/22
68/23
**superseding [1]** 68/14
**supervised [2]** 33/12 33/13
**supervisor [1]** 33/15
**supervisory [1]** 17/1
**support [5]** 7/24 26/18 28/7
65/5 65/15
**supposed [1]** 55/16
**sure [13]** 12/20 13/6 20/23
28/17 38/25 41/11 44/14

49/18 49/22 50/8 53/13 56/12
70/1
**surprising [1]** 35/14
**surrounding [1]** 64/19
**suspicion [1]** 17/7
**swap [1]** 65/9
**swear [1]** 15/20
**switch [1]** 52/18
**sworn [1]** 15/22

**T**

**table [1]** 62/5
**Taek [1]** 30/24
**take [14]** 6/3 6/15 10/16
34/24 43/25 44/7 45/3 45/21
49/2 51/14 52/19 54/21 55/8
72/9
**taken [1]** 62/17
**takes [1]** 51/12
**taking [1]** 53/9
**talk [4]** 4/11 57/20 62/5 62/6
**talked [1]** 17/22
**talking [7]** 10/16 11/16 18/21
44/19 47/1 64/5 64/7
**talks [1]** 7/14
**Tan [2]** 32/25 33/1
**tape [11]** 66/24 67/2 67/4
67/14 67/14 67/23 68/2 68/8
68/9 68/10 69/17
**tape-recorded [1]** 66/24
**taped [1]** 67/5
**task [1]** 19/4
**Technically [1]** 28/23
**technological [1]** 73/7
**tell [11]** 16/10 19/8 21/9
21/17 21/18 22/8 22/22 38/9
38/12 49/23 67/16
**templates [1]** 54/18
**ten [1]** 60/10
**tend [1]** 65/15
**tendency [1]** 53/16
**term [1]** 68/21
**terms [16]** 5/11 6/6 9/7 12/21
12/22 13/2 43/24 47/10 48/8
48/11 48/12 48/16 48/24 52/2
53/4 53/11
**testified [4]** 15/23 29/1 29/23
42/11
**testify [8]** 10/2 11/15 35/5
35/17 35/22 46/9 49/11 55/25
**testifying [2]** 37/18 45/9

**testimony [36]** 6/19 6/22
6/22 7/2 8/13 8/23 8/25 9/3
9/8 12/24 12/25 23/15 25/12
25/13 31/17 41/4 43/25 44/4
44/5 46/12 48/5 48/7 48/16
49/9 50/4 50/16 50/17 58/3
59/8 62/24 64/15 64/22 66/11
66/18 66/19 66/21
**than [9]** 5/15 8/2 10/13 15/2
25/21 27/12 32/6 37/25 50/16
**thank [13]** 4/19 13/15 15/18
16/5 18/22 19/21 28/14 36/15
44/24 45/2 51/3 55/5 72/4
**that [385]**
**That mainly [1]** 40/1
**that's [54]** 4/18 6/12 6/23
10/8 11/5 11/19 11/23 12/24
17/24 19/7 19/14 19/19 20/8
20/11 22/22 24/12 24/21
28/10 28/25 28/25 29/2 29/6
30/1 30/1 30/15 31/1 31/6
32/11 33/7 33/12 35/25 37/15
37/20 38/14 41/24 42/18 43/9
43/16 46/2 47/12 47/23 50/12
50/13 50/21 52/10 53/5 53/5
53/11 54/18 55/16 56/8 68/3
71/8 71/11
**that's concludes [1]** 19/14
**their [17]** 5/20 6/9 7/15 10/13
17/6 17/11 31/20 31/20 32/21
32/23 46/7 47/12 49/4 54/12
59/16 59/21 63/3
**them [22]** 12/8 15/7 18/12
21/16 32/10 32/13 37/9 39/12
39/19 39/19 40/14 40/19
40/20 41/7 41/20 51/12 54/11
55/25 56/4 56/5 62/19 69/21
**themselves [2]** 9/9 34/23
**then [31]** 6/10 7/16 7/16 9/5
9/21 11/9 13/2 16/24 17/7
17/11 17/25 19/20 28/21 30/7
32/3 35/1 39/22 41/16 47/11
48/20 48/24 50/12 51/13
51/23 54/21 56/16 56/22 58/9
62/5 64/1 68/1
**then-President [3]** 56/16
56/22 58/9
**theories [4]** 8/4 8/7 12/6
15/12
**theory [6]** 13/18 13/25 14/3
14/17 47/4 47/6

**there [43]** 6/4 6/20 9/7 10/5 10/6 17/9 18/8 18/9 18/13 18/15 20/1 20/7 22/3 22/16 24/4 24/8 25/6 25/24 27/18 29/3 34/17 34/17 34/17 39/1 39/5 42/4 43/13 44/14 48/17 49/22 50/9 50/9 52/3 54/23 62/3 62/7 63/5 63/7 63/25 66/24 67/11 68/11 71/17

**there's [14]** 15/11 15/11 15/19 21/24 26/23 30/10 30/10 40/4 41/15 42/20 43/10 44/1 53/15 54/21

**therefore [2]** 66/22 73/7

**thereof [1]** 24/25

**these [22]** 5/18 10/15 12/19 13/6 13/7 13/22 22/22 22/23 23/13 23/13 24/17 39/17 40/13 45/14 47/19 52/15 53/13 54/8 54/18 55/24 56/6 59/23

**they [29]** 4/11 7/18 7/20 7/21 7/22 8/7 9/9 11/15 13/25 14/6 14/22 15/7 19/12 21/8 24/18 28/24 32/13 37/14 46/8 46/14 46/15 47/13 51/11 53/3 53/21 54/4 56/4 56/4 65/17

**they'll [1]** 56/7

**they're [8]** 12/20 23/14 23/15 23/16 46/9 46/15 54/9 54/16

**they've [2]** 8/11 52/9

**thing [4]** 12/3 21/15 47/23 50/20

**things [12]** 4/11 5/12 5/13 5/14 17/15 20/22 34/19 42/8 48/11 48/22 53/11 67/24

**think [31]** 6/16 6/24 8/1 9/18 10/25 11/9 12/12 13/2 13/5 13/10 13/16 15/11 17/12 19/12 20/6 21/17 21/23 23/13 26/5 36/7 38/24 39/16 41/8 43/24 44/17 46/13 51/17 52/15 53/1 54/16 55/3

**third [4]** 14/14 14/18 35/11 67/21

**thirty [1]** 28/6

**thirty-second [1]** 28/6

**this [99]**

**thorough [2]** 49/14 51/22

**those [44]** 7/5 9/10 10/19

13/23 13/24 14/17 17/1 17/16 18/17 20/8 20/22 21/12 21/14 22/13 22/13 22/15 22/21 23/18 26/5 26/7 27/15 29/7 31/17 32/6 32/12 32/18 33/18 34/11 34/13 34/19 37/2 37/5 37/16 37/17 38/3 39/8 39/8 39/16 43/11 46/9 54/17 55/9 63/8 64/7

**though [2]** 37/11 47/3

**thought [8]** 22/5 23/9 23/23 24/1 43/8 46/19 57/9 57/16

**three [10]** 17/25 18/4 40/16 54/4 54/4 54/12 58/17 64/21 65/22 70/9

**through [11]** 7/16 13/23 14/13 14/14 14/18 14/18 20/14 28/13 40/14 59/1 66/10

**thumb [1]** 68/1

**Thursday [1]** 51/9

**thus [1]** 60/3

**Tim [1]** 61/1

**time [17]** 4/6 7/19 25/11 28/10 28/21 49/4 49/22 49/23 51/7 53/23 57/1 57/10 58/25 59/6 62/2 62/6 69/11

**timely [1]** 5/21

**times [1]** 5/16

**today [20]** 4/6 6/3 8/16 9/4 12/4 32/18 34/14 37/18 40/19 41/7 41/16 41/19 42/12 48/12 50/10 51/16 52/1 52/6 52/11 52/13

**together [2]** 49/1 49/3

**told [8]** 5/12 38/8 56/21 56/22 57/16 63/17 64/4 70/1

**top [3]** 9/24 10/17 20/2

**topic [1]** 57/10

**total [2]** 11/13 54/1

**totally [2]** 8/7 11/14

**touch [1]** 45/1

**town [1]** 67/22

**trace [1]** 11/2

**tracing [2]** 19/5 19/5

**track [1]** 22/11

**trade [1]** 61/6

**Trading [1]** 14/6

**trainee's [1]** 56/17

**training [4]** 21/19 24/9 34/15 35/9

**transaction [1]** 10/19

**transactions [9]** 10/10 10/16 13/25 14/17 34/23 35/12 39/18 43/11 43/12

**transcript [15]** 1/9 5/25 6/1 6/6 6/11 13/3 48/5 48/10 49/3 50/21 50/23 51/4 51/6 51/8 51/11

**transcription [1]** 73/4

**transfer [4]** 8/9 10/22 26/19 26/24

**transferred [8]** 7/17 14/15 20/24 21/6 21/8 32/2 35/23 37/13

**transfers [3]** 13/21 14/12 27/20

**Transportation [1]** 61/12

**tree [1]** 62/18

**trial [11]** 5/6 6/16 26/7 45/7 45/21 50/1 52/24 53/1 54/1 54/19 71/24

**trials [1]** 52/14

**tried [1]** 11/7

**trip [2]** 15/3 62/13

**trouble [3]** 7/9 16/19 44/9

**true [3]** 14/19 14/21 33/12

**truly [1]** 46/4

**Trump [38]** 27/11 55/10 56/15 56/17 56/22 56/24 57/4 57/6 57/8 57/10 57/10 57/15 57/16 57/20 57/20 57/24 58/1 58/5 58/8 58/10 58/13 58/17 58/21 59/1 59/6 59/14 64/10 65/25 66/3 66/7 66/9 66/17 67/3 67/10 67/15 70/2 70/7 70/14

**Trump's [1]** 57/3

**trust [1]** 22/17

**trusted [2]** 61/17 61/20

**trusts [1]** 60/3

**try [3]** 15/4 47/20 66/4

**trying [16]** 7/23 8/18 10/5 10/6 11/8 12/6 40/8 40/18 40/22 41/10 42/1 42/4 42/8 45/20 49/3 58/15

**Tuesday [4]** 49/5 49/7 50/13 56/5

**turn [1]** 56/22

**TV [1]** 28/9

**two [19]** 7/5 8/3 8/7 9/14 13/18 13/23 14/13 20/23 21/10 22/15 27/15 38/7 40/16

**T**

**two... [6]** 40/16 56/11 57/2 58/13 65/7 70/7

**U**

**U.S [19]** 1/14 1/18 2/14 54/7 54/9 57/7 58/24 59/4 59/4 60/14 61/6 64/10 64/21 65/22 68/17 68/17 70/21 71/2 71/5
**U.S.C [3]** 30/3 59/9 59/12
**ultimate [2]** 14/15 24/21
**ultimately [1]** 7/17
**unclear [1]** 64/7
**under [8]** 25/2 37/18 54/8 58/19 59/9 59/16 59/16 71/6
**undercover [1]** 33/13
**underlie [1]** 12/11
**underlying [2]** 12/7 30/16
**understand [14]** 11/13 12/6 34/2 34/4 35/5 36/1 36/2 39/8 39/12 41/11 45/20 46/4 49/24 53/18
**understanding [4]** 7/9 12/18 12/22 35/22
**understood [6]** 9/11 13/10 38/11 52/5 52/22 58/13
**underway [1]** 64/20
**Union [1]** 17/5
**unit [2]** 17/3 17/6
**UNITED [19]** 1/1 1/3 1/10 4/20 14/2 17/16 20/25 29/16 33/23 56/18 56/19 56/25 63/1 65/2 69/3 69/4 69/4 69/6 69/15
**unlawful [16]** 10/8 10/11 10/12 10/14 10/18 10/23 14/9 15/9 20/25 21/3 22/7 22/7 29/8 29/12 47/5 47/7
**unless [2]** 12/4 47/1
**unlicensed [1]** 18/9
**unregistered [3]** 68/16 68/24 70/19
**until [5]** 10/15 19/17 46/22 51/21 53/3
**untimely [1]** 6/17
**up [27]** 5/8 5/13 5/14 9/23 13/13 13/23 15/24 16/18 19/17 20/9 32/3 34/9 35/10 36/11 37/5 38/24 41/17 47/13 52/17 52/24 53/3 53/16 54/12 55/8 58/5 63/20 66/7

**us [6]** 1/15 4/17 16/12 18/3 19/8 22/2
**use [5]** 7/23 8/8 19/6 21/2 35/10
**used [7]** 8/12 34/25 45/11 46/1 59/21 64/6 66/18
**useful [1]** 53/12
**using [3]** 15/4 54/9 66/17
**utilized [1]** 46/6

**V**

**Vegas [1]** 18/7
**Ventura [2]** 2/4 2/10
**venture [1]** 62/14
**verbal [1]** 16/2
**versus [1]** 4/21
**very [13]** 6/21 7/4 12/19 12/20 13/6 18/3 18/3 33/22 37/23 37/25 38/3 45/16 52/23
**Vice [11]** 56/17 58/11 58/22 59/13 59/23 63/19 64/18 68/13 68/22 70/9 70/20
**video [1]** 44/9
**view [3]** 9/2 23/21 47/13
**views [1]** 9/12
**violation [5]** 8/10 29/12 45/18 59/12 64/13
**violations [4]** 9/13 10/15 17/11 29/16
**Virginia [1]** 53/20
**visa [1]** 67/3
**voice [2]** 20/9 69/19
**voir [9]** 3/4 6/10 13/1 13/2 16/6 19/16 23/20 28/13 28/15
**vs [1]** 1/5

**W**

**wait [1]** 19/17
**waiting [2]** 4/9 4/14
**Wall [1]** 62/21
**want [48]** 4/5 4/8 8/15 10/2 11/20 11/22 12/3 12/14 12/17 12/19 12/23 13/8 18/1 20/12 21/25 28/17 36/19 43/1 43/17 44/1 44/2 46/17 46/20 46/21 48/13 48/14 48/15 49/14 49/14 49/15 49/16 49/17 49/18 50/6 50/16 50/16 50/17 50/20 50/23 51/19 51/22 52/1 53/6 54/14 55/6 63/13 70/3
**wanted [8]** 8/22 11/19 44/13

**wants [2]** 13/1 67/19
**warned [1]** 5/16
**warrant [1]** 50/10
**Warren [2]** 64/11 65/22
**was [128]**
**Washington [7]** 1/6 1/16 1/19 1/22 2/8 2/16 73/12
**wasn't [4]** 9/23 10/1 38/9 56/12
**waste [1]** 17/3
**water [1]** 54/8
**way [18]** 5/13 5/21 12/16 18/9 21/24 21/24 24/14 24/22 25/25 30/1 30/1 40/19 41/20 42/20 42/21 43/1 52/2 52/15
**we [64]** 4/10 4/16 4/18 5/12 6/1 6/11 6/17 7/8 8/1 8/8 8/11 11/6 12/5 12/15 12/24 15/24 15/25 16/2 17/22 18/7 18/18 18/19 18/21 33/13 33/15 33/16 33/17 34/9 38/22 40/4 41/8 41/16 41/16 43/25 44/2 44/9 44/18 44/25 46/10 46/11 46/19 46/19 48/9 48/10 48/13 48/23 48/24 49/9 49/12 49/13 49/25 50/7 50/11 51/6 51/17 52/12 53/25 55/19 56/3 63/13 71/18 71/19 71/24 71/25
**we'll [3]** 8/21 50/12 53/7
**we're [14]** 10/6 10/14 11/16 16/19 23/11 39/21 44/17 44/19 46/8 51/11 52/20 53/2 53/19 54/19
**we've [5]** 5/13 15/15 47/17 53/21 71/19
**wealth [1]** 30/18
**week [6]** 49/13 50/11 56/3 56/5 67/21 67/22
**weeks [1]** 45/21
**Wehba [1]** 63/10
**well [15]** 5/10 8/2 13/12 13/17 19/9 23/9 30/7 34/2 41/8 42/1 46/13 51/15 52/1 71/12 72/9
**Wengui [9]** 56/19 56/24 57/1 57/3 57/6 57/9 57/10 67/1 69/3
**went [3]** 22/8 34/25 37/14
**were [67]** 7/13 7/16 9/16 10/4 11/17 11/19 13/22 13/24

# W

**were... [59]**  14/1 14/6 14/15 15/9 18/4 18/15 19/2 19/4 19/25 20/1 20/7 21/5 21/8 21/13 22/13 22/13 22/14 22/16 22/23 23/1 24/17 24/18 25/14 26/2 26/19 27/25 29/3 30/18 30/20 31/23 32/7 32/9 33/11 33/18 34/9 34/17 35/19 35/24 37/13 38/2 39/1 42/4 44/14 45/9 45/12 46/2 54/17 55/9 58/15 58/18 59/2 59/11 61/24 62/11 64/8 66/21 70/12 70/12 71/17

**weren't [5]**  14/22 22/22 25/24 30/16 30/19

**West [1]**  28/23

**Westerhout [1]**  57/3

**what [123]**

**whatever [14]**  6/13 13/1 16/3 24/1 41/1 48/15 48/24 49/8 49/12 50/4 50/5 50/6 50/6 53/6

**when [24]**  5/12 5/14 6/11 17/23 19/2 20/5 26/4 29/3 33/15 34/9 49/7 49/23 51/6 51/13 51/19 57/2 58/1 65/3 65/22 66/13 67/19 69/13 69/22 70/22

**where [14]**  15/6 18/7 25/21 29/8 29/11 33/13 33/17 34/25 36/13 38/9 53/21 62/3 62/6 62/9

**whether [26]**  8/25 10/2 11/15 12/3 12/14 13/8 19/10 21/12 22/16 22/24 25/23 40/18 41/19 42/20 42/23 48/17 49/10 51/23 55/20 55/24 56/7 64/7 64/22 65/7 65/13 71/13

**which [20]**  5/6 5/9 8/10 11/8 11/20 12/12 14/9 14/20 14/21 21/16 25/25 28/4 28/6 29/17 30/3 40/7 40/9 49/9 50/11 64/25

**while [1]**  69/1

**white [11]**  36/16 56/25 59/23 60/2 61/16 62/11 62/13 62/15 62/16 62/20 63/2

**White's [2]**  60/8 62/14

**who [28]**  5/3 8/2 12/21 21/8 21/14 21/18 28/23 31/2 32/12

32/13 32/15 33/18 41/11 42/4 57/5 58/23 59/23 60/6 60/23 61/1 61/1 62/1 62/7 62/13 63/13 63/22 68/14 68/22

**whom [1]**  68/15

**why [12]**  6/21 6/22 7/1 7/3 9/2 9/16 11/20 50/11 53/5 54/18 71/7 71/11

**wide [1]**  45/18

**widely [2]**  70/24 70/24

**wife [1]**  63/7

**will [27]**  5/25 6/10 6/11 11/7 12/5 23/17 39/19 39/19 41/4 45/1 45/21 48/13 49/2 50/8 51/2 51/23 54/21 54/23 55/25 56/4 66/16 66/18 66/19 67/11 71/12 71/19 71/20

**Williams [2]**  63/6 63/13

**willing [1]**  11/1

**wires [1]**  22/15

**wish [4]**  42/7 43/22 46/15 57/20

**wishes [2]**  8/3 43/20

**withdraw [1]**  17/19

**withdrawals [2]**  27/15 27/17

**withhold [1]**  23/18

**within [3]**  49/13 50/11 61/21

**witness [7]**  3/4 4/5 23/15 36/6 38/6 38/19 52/17

**witnesses [6]**  31/18 55/7 55/21 55/24 56/6 56/12

**Wolf [1]**  62/21

**woman [3]**  67/14 68/19 69/25

**won't [2]**  12/14 72/7

**words [3]**  11/18 26/15 44/5

**work [5]**  19/10 53/17 54/13 59/4 66/8

**worked [7]**  16/23 17/2 17/4 28/18 28/21 28/23 29/11

**working [2]**  18/12 69/13

**would [63]**  4/22 5/17 6/16 6/20 8/20 9/18 9/18 11/2 13/10 13/16 15/7 16/12 17/23 25/1 25/7 25/8 25/11 25/12 26/18 30/12 30/15 34/24 34/24 35/1 35/9 35/12 37/10 38/15 38/24 39/19 40/10 41/23 46/3 46/9 48/13 48/25 49/7 50/13 50/15 50/25 51/6 51/10 51/10 51/13 51/24

52/11 55/8 56/8 58/9 62/4 62/6 64/15 64/16 64/22 65/15 65/19 66/6 66/11 67/7 68/20 70/3 71/4 71/18

**writing [2]**  46/21 55/12

**wrote [1]**  65/22

**Wyatt [1]**  40/17

**Wynn [17]**  56/16 56/21 56/22 56/24 56/25 57/2 57/3 57/6 57/8 57/9 58/9 58/10 58/15 58/17 58/22 59/1 70/14

**Wynn's [1]**  58/8

# Y

**Yeah [2]**  33/21 36/7

**year [2]**  17/4 17/10

**years [5]**  16/24 17/1 17/7 17/24 34/12

**yelling [2]**  20/12 20/15

**yes [48]**  4/7 7/7 11/22 12/1 13/14 16/1 17/18 18/25 19/12 21/7 22/13 22/19 23/9 24/6 24/18 26/10 26/12 27/1 27/9 27/9 27/20 27/23 28/8 28/20 28/23 29/6 29/10 30/6 33/21 33/24 34/5 35/13 36/8 36/9 36/24 39/15 40/20 43/14 44/6 44/22 44/23 46/18 46/22 47/9 50/25 51/2 54/6 54/15

**yet [1]**  56/9

**Yohannes [1]**  61/7

**York [4]**  1/16 1/19 1/22 45/23

**you [321]**

**you'll [2]**  23/19 24/20

**you're [21]**  6/25 10/5 11/9 11/13 11/24 11/25 12/4 20/14 24/20 26/23 26/25 30/2 30/4 30/11 37/18 41/24 44/3 49/8 50/5 53/10 56/7

**you've [8]**  11/20 21/24 29/14 29/18 37/16 38/18 41/9 56/1

**you-all [2]**  52/21 54/17

**your [87]**

**yours [1]**  49/16

**yourself [2]**  4/22 44/24