**KENNER LAW FIRM**
**DAVID KENNER, SBN 41425**
**16633 VENTURA BLVD., STE. 735**
**ENCINO, CA  91436**
**PHONE: (818) 995-1195**
**FAX: (818) 475-5369**
**EMAIL: DAVID@KENNERLAW.COM**

**ATTORNEY FOR DEFENDANT**
**PRAKAZREL MICHEL**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) Case No.: 19-148-1 (CKK) |
| Plaintiffs, | ) **DEFENSE COUNSEL RESPONSE TO COURT'S MINUTE ORDER RE SHARING INFORMATION WITH MEDIA.** |
| vs. | ) |
| **PRAKAZREL MICHEL, *ET AL*.** | ) |
| Defendants. | ) **The Honorable Colleen Kollar-Kotelly** |

      Defense Counsel hereby files this response to the Court's Minute Order from March 3, 2023 related to whether information was shared with the media.

      Defense Counsel has responded to some questions asked by the authors of a recent Bloomberg article. Those responses were given prior to the time Counsel read the article.

      In furtherance of the Defense investigation into the facts of the case, we have shared some limited information only after the Protective Order was signed or acknowledged. In those limited instances, the recipient of any information has acknowledged to be bound by the terms of the Protective Order.

The authors of that article have been conducting their own investigation for some time into areas covered by the Protective Order.  In order to access their information to further the Defense investigation, they were acting as agents of the Defense as set forth in the Protective Order.

Counsel is unaware of the sources used by the authors of that article.

Counsel submits that any other information would be subject to the attorney-client or attorney work-product privilege.

DATED: March 3, 2023                                   Respectfully submitted,

**/s/ David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant


**/s/ Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that the foregoing is true and correct this 3rd day of March 2023, at Washington D.C., and that this document is executed under penalty of perjury according to the laws of the United States of America.

_____
Charles R. Haskell
Attorney at Law