IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>)<br>PRAKAZREL MICHEL,    )<br>LOW TAEK JHO    )<br>) | Crim. No. 1:19-cr-148 |

**NOTICE OF SUPPLEMENTAL WITNESS LIST**

The government provides this public notice of its supplemental witness list pursuant to the Court's Minute Order of October 8, 2022. Listed below are potential additional witnesses that may be called in the government's case-in-chief. The government may supplement this list with additional witnesses prior to trial.

1. Tom Reynolds
2. Michael Son
3. Michele Lipson

    Respectfully submitted,

    COREY R. AMUNDSON
    Chief, Public Integrity Section
    Criminal Division
    U.S. Department of Justice

    By: */s/ John D. Keller*
        John D. Keller
        Principal Deputy Chief
        Sean F. Mulryne
        Director of Enforcement & Litigation
        Election Crimes Branch
        Nicole Lockhart
        Trial Attorney
        1301 New York Ave., NW

Washington, DC 20530
Telephone:  202-514-1412
Facsimile:   202-514-3003
john.keller2@usdoj.gov
sean.mulryne@usdoj.gov
nicole.lockhart@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.

Dated:  March 13, 2023                                    */s/ John D. Keller*
                                                                                          John D. Keller