1

**KENNER LAW FIRM**                                    **ORAL ARGUMENT REQUESTED**
**DAVID KENNER, SBN 41425**

2

**16633 VENTURA BLVD., STE. 735**

3

**ENCINO, CA  91436**
**PHONE: (818) 995-1195**

4

**FAX: (818) 475-5369**
**EMAIL: DAVID@KENNERLAW.COM**

5

6

**ATTORNEY FOR DEFENDANT**
**PRAKAZREL MICHEL**

7

8

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

9

10

**UNITED STATES OF AMERICA,**          )   **Case No.: 19-148-1 (CKK)**
                                                              )

11

            **Plaintiffs,**          )   **SUPPLEMENT TO DEFENDANT'S**
                                                              )   **MOTION TO RECONSIDER ORDER**
                                                              )   **GRANTING UNITED STATES' MOTION**

12

                                                              )   **TO EXCLUDE WITNESSES.**
                                                              )

13

**vs.**                                                   )
                                                              )   **Date:**

14

                                                              )   **Time:**
                                                              )   **Place:**

15

**PRAKAZREL MICHEL,** *ET AL*.          )
                                                              )

16

            **Defendants.**          )
                                                              )

17

_____          )

18

19

        COMES NOW PRAKAZREL MICHEL, by and through counsel of record, and hereby files

20

this supplement to defendant's motion to reconsider order granting United States' motion to exclude

21

22

witnesses.

23

        The response is based on all the papers and records on file in this action and on such oral

24

and documentary evidence as may be presented at the hearing on the motion.

25

///

26

///

27

///

28

# I

# INTRODUCTION

Defendant Michel respectfully submits the following supplement to its Motion to Reconsider at ECF No. 215. The section of the brief discussing the need for the testimony of former President Obama should have the supplemental paragraph set forth below added at the end of paragraph on the bottom of page 6.

# II

# SUPPLEMENT

Before Frank White hosted fundraiser at his home in 2012 for President Obama at which Mr. Michel and Jho Low's father attended, White sent Mr. Michel the following email:

> Hey, Pras
>
> I've informed the team in Chicago and the House the great news, I'll be with
> the BIG MAN tomorrow unfortunately I'm sure you heard about the shooting in Denver so they're dealing with that today. But moving forward let your guys know I'll be sending a follow up email on Monday July the 23rd of what we like the contribution to be at. We like to have everything handle by the end
> of next week July the 27th thanks. By the way between you and I don't tell your guys yet but the BIG Man has a special bonus for your guy, he really appreciates his commitment to the campaign and he take cares of those who take care of him.

Superseding Indictment, ECF No. 84 at ¶ 54; DOJ-0002426914. This email, in turn, was forwarded to Joel Rousseau, who then forwarded it to Jho Low. Jho Low responded: "Done." ECF No. 84 at ¶ 54. The "BIG MAN" in White's email is a reference to then President Obama; "your guy" refers to Jho Low.

President Obama's testimony is relevant and necessary for multiple reasons, including: (1) to confirm that President Obama never had any such conversation with Frank White, his chief fundraiser; (2) to show that Frank White had been engaged in a campaign to manipulate Defendant Michel from the day he learned that the Defendant was an acquaintance of Jho Low. White, a

seasoned player in the political arena and campaign fundraising, had misled Mr. Michel into

believing that it was okay for Jho Low to donate to the Obama campaign. White made these

representations for the man in charge of fundraising for the President of the United States and Mr.

Michel had every reason to believe him. This speaks directly to Mr. Michel's state of mind and

rebuts the allegation that he knowingly and willfully engaged in a conspiracy to violate campaign

election laws. Mr. Michel was an entertainer and humanitarian who had wanted to lend his support

to President Obama. He was swimming with sharks, and the biggest shark of all was White.


DATED: March 15, 2023                           Respectfully submitted,


                                                **/s/ David Kenner**
                                                David E. Kenner
                                                Kenner Law Firm
                                                16633 Ventura Blvd., Suite 735
                                                Encino, CA 91436
                                                (818) 995-1195
                                                Email: david@kennerlaw.com
                                                CA Bar No.: 41425
                                                Counsel for Defendant


                                                **/s/ Charles Haskell**
                                                Charles R. Haskell
                                                The Law Offices of Charles R. Haskell
                                                641 Indiana Ave. NW
                                                Washington, DC 20004
                                                (202) 888-2728
                                                Email: Charles@CharlesHaskell.com
                                                DC Bar No.: 888304007
                                                Retained Counsel for the Defendant

SUPPLEMENT TO DEFENDANT'S MOTION TO RECONSIDER ORDER
GRANTING GOVERNMENT'S MOTION TO EXCLUDE WITNESSES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**<u>CERTIFICATE OF SERVICE</u>**

  I declare under penalty of perjury that the foregoing is true and correct this 15th day of March 2023, at Washington D.C., and that this document is executed under penalty of perjury according to the laws of the United States of America.


        _____
        Charles R. Haskell
        Attorney at Law

SUPPLEMENT TO DEFENDANT'S  MOTION TO RECONSIDER ORDER
GRANTING GOVERNMENT'S MOTION TO EXCLUDE WITNESSES