# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.          ) | Crim. No. 1:19-cr-148 |
| ) | |
| ) | Hon. Judge Kollar-Kotelly |
| PRAKAZREL MICHEL      ) | |
| ) | |
| Defendant.    ) | |

## NOTICE OF WITNESSES SERVED

Pursuant to the Court's March 17, 2023 Minute Order requiring Defense to attest to effecting service of process on proposed witnesses former President William J. Clinton, former Governor Christopher J. Christie, and Rudolph Giuliani, the defense states the following:

1. Governor Chris Christie has been served.

2. As of yesterday, President William J. Clinton has been attempted and an individual named "Chris" has responded to calls saying that "she is not authorized to accept service for the former president." It is unclear whether that individual is an attorney.

3. As of yesterday, Rudolph Giuliani has been attempted as well as attempts to serve his attorney who refused to accept service on his behalf.

4. Counsel have been waiting to file this notice because the process server has been in-flight for the past 3-4 hours and will be providing the most updated status to counsel by 5:45P ET at which point, defense will provide additional updates with respect to former President Clinton and Mr. Giuliani.

Respectfully submitted this 17th day of March, 2023.

/s/ **David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant


/s/ **Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell, Esq.
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated: March 17, 2023                                         */s/ Charles R. Haskell*