IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:19-cr-148 |
| | ) | |
| | ) | Hon. Judge Kollar-Kotelly |
| PRAKAZREL MICHEL | ) | |
| | ) | |
| Defendant. | ) | |

### UPDATED NOTICE OF WITNESSES SERVED

Pursuant to the Court's March 17, 2023 Minute Order requiring Defense to attest to effecting service of process on proposed witnesses former President William J. Clinton, former Governor Christopher J. Christie, and Rudolph Giuliani, the defense offers this update to its first notice of witness service from yesterday, via the most recent report from the process server, attached here as Exhibit 1.

Respectfully submitted this 18th day of March, 2023.

/s/ David Kenner
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant

/s/ Charles Haskell
Charles R. Haskell
The Law Offices of Charles R. Haskell, Esq.
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

Dated:  March 18, 2023                                                        */s/ Charles R. Haskell*