# EXHIBIT 1



INVESTIGATIVE RESEARCH SERVICES

18-Mar 2023

Be advised of the following facts regarding attempted service for William Clinton and Rudolph Guliani, in the matter of United States of America v PRAKAZREL MICHEL, Civil Action No. 1:19cr148 (CKK). (Subpoena to Appear and Testify at a Hearing or Trial in a Criminal Case).

As requested by counsel for the defense David Kenner, exhaustive efforts have been and are continued to be deployed in order to research, assist, and coordinate successful service of subpoena on the above named parties. To date, multiple attempts have been made on the parties as recently as within the past 24 hours.

This office has confirmed that persons associated with these specified witnesses have acknowledged being aware of the attempted service, and have communicated to the process servers their refusal to accept service on behalf of the subjects.

Specifically, attorney Robert Costello who has represented Rudolph Guliani communicated that he would refuse to accept service for the subject unless specifically permitted to do so by the client. Separate investigations have confirmed Rudolph Guliani was to have been in Tennessee, and information has been obtained that there may be pending travel to Texas. Resources are in both locations to attempt perfection of service.

Also, upon several attempts to serve WIlliam Clinton at various locations, the process server received a communication by phone from a person who identified themself as "Chris", who stated that she is not authorized to accept service unless authorized by the witness. The person Chris would not confirm whether they are an attorney, and provided a phone number of 270-869-4546. Investigation on this number does indicate a likely connection to a KRISTOPHER JEROME HAWKINS at a law firm of WILLIAMS CONNOLLY LLP, located in Washington DC.

In addition, many other witnesses for this same matter have been successfully located and properly served. Several of the witnesses are of as high profile and prominence as these two remaining examples. There is no current reason to believe that given time and resources, proper service results would not be similar to the other witnesses in this case. "Based on the current status of information and prior experience, it is reasonable to expect service to be completed on these two named witnesses on or before March 25 2023.

---

Active Intel Investigations                150 East Palmetto Park Road Suite 800.  Boca Raton, FL 33432

#A 1000143