**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | )   **Crim. No. 1:19-cr-148** |
| | ) |
| **PRAKAZREL MICHEL,** | ) |
| **LOW TAEK JHO** | ) |

I, Juliana N. Murray, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.      I am an Assistant United States Attorney in the Office of the United States Attorney for the Southern District of New York.

2.      I am one of the prosecutors handling the matter captioned *United States v. Kwok et al.*, 23 Cr. 118 (AT) (S.D.N.Y.) (the "Guo Case").  As such, I am familiar with the Guo Case and the matters described herein.

3.      The United States Attorney's Office for the Southern District of New York began its investigation into the conduct underlying the charges in the Guo Indictment in or about May 2020.

4.      On or about March 6, 2023, a federal grand jury in the Southern District of New York returned a sealed indictment (the "Guo Indictment") charging Ho Wan Kwok, a/k/a "Miles Guo," a/k/a "Miles Kwok," a/k/a "Guo Wengui," a/k/a "Brother Seven," a/k/a "The Principal" ("Guo") with 11 counts:  conspiracy to commit wire, securities, and bank fraud, and money laundering, in violation of 18 U.S.C. § 371; four counts of wire fraud, in violation of 18 U.S.C. §§ 1343 and 2; three counts of securities fraud, in violation of 15 U.S.C. §§ 78j(b) & 78ff, 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2; and three counts of money laundering, in violation of 18

U.S.C. §§ 1956(a)(2)(A), 1956(a)(2)(B)(i), 1957, and 2.  A copy of the Guo Indictment is attached as Exhibit A.

5.      The prosecutors in the Guo Case, including myself, have not been involved in the prosecution of Prakazrel Michel or Low Taek Jho (the "Michel Case"), and were not in contact with the prosecutors in the Michel Case until after the filing of the Guo Indictment.

6.      The charges in the Guo Indictment relate to alleged fraud conducted by Guo and others (including co-defendant Kin Ming Je, a/k/a "William Je") starting at least in or about 2018 and continuing through in or about March 2023.  (*See* Guo Indictment at ¶¶ 25, 33, 35, 37, 39, 41, 43, 45, 47, 49, 51.)

7.      The Guo Indictment alleges information about Guo's background, including that Guo fled to the United States in or about 2015, and further alleges that Guo founded two purported nonprofit organizations in or about 2018 that he used "to amass followers."  (*See* Guo Indictment at ¶ 6).)

8.      Prakazrel Michel is not, and has never been, a witness, target, subject, or "person of interest" in the Guo Case.

I declare under penalty of perjury that the information contained in this declaration is true and correct.

Respectfully submitted,

Dated: New York, New York
      March 20, 2023

Juliana N. Murray
Ryan B. Finkel
Micah F. Fergenson
Assistant United States Attorneys
Southern District of New York