IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Crim. No. 1:19-cr-148 |
| | ) | |
| | ) | |
| PRAKAZREL MICHEL, | ) | |
| LOW TAEK JHO | ) | |

## NOTICE OF SUPPLEMENTAL WITNESS LIST

The government provides this public notice of its supplemental witness list pursuant to the Court's Minute Order of October 8, 2022. Listed below are potential additional witnesses that may be called in the government's case-in-chief. The government may supplement this list with additional witnesses prior to trial.

1. Shervin Jalali

        Respectfully submitted,

        COREY R. AMUNDSON
        Chief, Public Integrity Section
        Criminal Division
        U.S. Department of Justice

By:  /s/ John D. Keller
     John D. Keller
     Principal Deputy Chief
     Sean F. Mulryne
     Director of Enforcement & Litigation
     Election Crimes Branch
     Nicole Lockhart
     Trial Attorney
     1301 New York Ave., NW
     Washington, DC 20530
     Telephone:  202-514-1412
     Facsimile:   202-514-3003
     john.keller2@usdoj.gov
     sean.mulryne@usdoj.gov
     nicole.lockhart@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.

Dated: March 20, 2023                                    */s/ John D. Keller*
                                                                        John D. Keller