# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Crim. No. 1:19-cr-148 |
| ) | |
| PRAKAZREL MICHEL, ) | |
| LOW TAEK JHO  ) | |

## NOTICE

The government provides this Notice pursuant to the Court's Minute Order of March 20, 2023.

1. In the investigative file for this matter, there are records and communications of which the defendant was aware that depict Guo in a negative light and were created, dated, or exchanged during the course of the charged conspiracy.

2. All such records from the prosecution team's investigative file depicting Guo in a negative light have been produced to the defendant in discovery.

3. Special Agent Andrew Zitman with the Federal Bureau of Investigation did not work as an investigative agent in either this pending case or the pending case in the United States District Court for the Southern District of New York, *United States v. Kwok et al.*, 23 Cr. 118 (AT) (S.D.N.Y.).

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: <u>*/s/ John D. Keller*</u>
    John D. Keller
    Principal Deputy Chief
    Sean F. Mulryne
    Director of Enforcement & Litigation
    Election Crimes Branch
    Nicole Lockhart
    Trial Attorney
    1301 New York Ave., NW
    Washington, DC 20530
    Telephone:  202-514-1412
    Facsimile:   202-514-3003
    john.keller2@usdoj.gov
    sean.mulryne@usdoj.gov
    nicole.lockhart@usdoj.gov

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.


Dated:  March 21, 2023                                    */s/ John D. Keller*
                                                                                    John D. Keller