IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:19-cr-148 |
| ) | |
| ) | |
| PRAKAZREL MICHEL, ) | |
| LOW TAEK JHO ) | |

**JOINT NOTICE OF STIPULATIONS**

The government and the defendant provide notice of the following stipulations for trial:

1. The government and the defense stipulate that the following exhibits are authentic under Federal Rule of Evidence 901 and constitute records of a regular conducted activity under Federal Rule of Evidence 803(6).

    a. Domestic Bank Records: Gov. Ex. 1-7; 9-10; 12-14; 16-17; 26-53; 56-64; 67-99; 192; 197-98; 249; 370; 382; 424; 437; 456; 473; 513-517; 526; 554-556; 570; 591-597; 651; 655-657; 662-663; 694; 731; 733.

    b. Domestic Phone Records: Gov. Ex. 54-55; 111; 190; 193; 195; 217; 224; 233-34; 244; 247; 289; 295-96; 298; 441; 527; 540-547; 559-564; 566; 586-587; 589; 659.

    c. Domestic Travel Records: Gov. Ex. 440; 502; 551.

2. The government and the defense stipulate that the following exhibits are authentic under Federal Rule of Evidence 901 and constitute public records under Federal Rule of Evidence 803(8).

    a. Records of the Federal Election Commission: Gov. Ex. 235-239; 242-243; 245-246; 252-253; 267; 518; 520-521; 567-568; 584-585; 686-693.

3. The government and the defense stipulate that the following exhibits are admissible as summaries under Federal Rule of Evidence 1006.

    a. Gov. Ex. 270; 548-550; 600-601; 664; 666-680.

4. The government and the defense stipulate that City National Bank, Morgan Stanley, and Citibank all had accounts insured by the Federal Deposit Insurance Corporation throughout 2017.

Respectfully submitted,

/s/ **David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By:  /s/ John D. Keller
　　　John D. Keller
　　　Principal Deputy Chief
　　　Sean F. Mulryne
　　　Director of Enforcement & Litigation
　　　Election Crimes Branch
　　　Nicole Lockhart
　　　Trial Attorney
　　　1301 New York Ave., NW
　　　Washington, DC 20530
　　　Telephone:  202-514-1412
　　　Facsimile:   202-514-3003
　　　john.keller2@usdoj.gov
　　　sean.mulryne@usdoj.gov
　　　nicole.lockhart@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.

Dated:  March 24, 2023                          */s/ John D. Keller*
                                                                                             John D. Keller