# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Crim. No. 1:19-cr-148 |
| ) | |
| PRAKAZREL MICHEL, ) | |
| LOW TAEK JHO ) | |

## NOTICE REGARDING GOVERNMENT WITNESS LIST

On October 9, 2022, the government filed its initial witness list. ECF No. 175. At number seven on the list, the government identified a witness as an "Additional City National Bank Witness." The government notifies the Court and the defendant that the additional witness is Leticia Santos.

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

By: */s/ John D. Keller*
    John D. Keller
    Principal Deputy Chief
    Sean F. Mulryne
    Director of Enforcement & Litigation
    Election Crimes Branch
    Nicole Lockhart
    Trial Attorney
    1301 New York Ave., NW
    Washington, DC 20530
    Telephone:  202-514-1412
    Facsimile:   202-514-3003
    john.keller2@usdoj.gov
    sean.mulryne@usdoj.gov
    nicole.lockhart@usdoj.gov

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve counsel for the Defendant via electronic notification.

Dated: March 24, 2023                           */s/ John D. Keller*
                                                                                John D. Keller