**Kenner Law Firm**
**David Kenner, SBN 41425**
16633 Ventura Blvd., Ste. 735
Encino, CA 91436
Phone: (818) 995-1195
Fax: (818) 475-5369
Email: David@KennerLaw.Com

**ATTORNEY FOR DEFENDANT**
**PRAKAZREL MICHEL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| THE UNITED STATES OF AMERICA, | CASE NO. 19-148-1(CKK) |
|---|---|
| VS. | **DEFENDANT MICHEL'S PROPOSED UPDATED SUPPLEMENTAL WITNESS LIST** |
| PRAKAZREL MICHEL, *ET AL.*, DEFENDANTS. | **The Honorable Colleen Kollar-Kotelly** |

COMES NOW DEFENDANT PRAKAZREL MICHEL, by and through counsel of record, and hereby lodges with the Honorable Court his proposed updated supplemental witness list. Mr. Michel respectfully reserves the right to update this witness list as circumstances dictate and allow.

///

///

///

| | |
|---|---|
| DATED: March 24, 2023 | Respectfully submitted, |
| | |
| | **/s/ David Kenner** |
| | David E. Kenner |
| | Kenner Law Firm |
| | 16633 Ventura Blvd., Suite 735 |
| | Encino, CA 91436 |
| | (818) 995-1195 |
| | Email: david@kennerlaw.com |
| | CA Bar No.: 41425 |
| | Counsel for Defendant |
| | |
| | **/s/ Charles Haskell** |
| | Charles R. Haskell |
| | The Law Offices of Charles R. Haskell |
| | 641 Indiana Ave. NW |
| | Washington, DC 20004 |
| | (202) 888-2728 |
| | Email: Charles@CharlesHaskell.com |
| | DC Bar No.: 888304007 |
| | Retained Counsel for the Defendant |

# UPDATED SUPPLEMENTAL WITNESS LIST

The Defense's investigation of this case and preparation for trial continues, and Defendant reserves the right to add witnesses should it become necessary.

The updated current witnesses are:

42. Kathryn Lestelle, Investigator

43. Thomas Reynolds, CNB

44. Mike Hartstock, FEC

45. Heather Hunt, FARA

The Defense is prepared to make an offer of proof as to any of the listed witnesses if the Court so requests and at a time convenient to the Court.

DATED: March 24, 2023                    Respectfully submitted,

/s/ David Kenner
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant


/s/ Charles Haskell
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that the foregoing is true and correct this 24th day of March, 2023, at Washington D.C., and that this document is executed under penalty of perjury according to the laws of the United States of America.

                                                  _____
                                                  Charles R. Haskell
                                                  Attorney at Law