**KENNER LAW FIRM**
**DAVID KENNER, SBN 41425**
**16633 VENTURA BLVD., STE. 735**
**ENCINO, CA 91436**
**PHONE: (818) 995-1195**
**FAX: (818) 475-5369**
**EMAIL: DAVID@KENNERLAW.COM**

**ATTORNEY FOR DEFENDANT**
**PRAKAZREL MICHEL**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-148-1 (CKK) |
| Plaintiffs, | EMERGENCY MOTION TO REQUEST REMOVAL OF PLEXIGLASS BARRIER AT DEFENSE COUNSEL LECTERN FOR DURATION OF TRIAL |
| vs. | |
| PRAKAZREL MICHEL, *ET AL*. | The Honorable Colleen Kollar-Kotelly |
| Defendants. | |

COMES NOW PRAKAZREL MICHEL, by and through counsel of record, and hereby files this emergency motion to request removal of the single plexiglass barrier at defense counsel lectern for duration of trial and in support thereof, states the following:

1. This is being filed as an emergency motion due to the time sensitivity of the request and to allow appropriate Court staff to perform any work required to fulfill this request.

2. Since the first day or two of trial has been reserved for voir dire, defense counsel expects that during time not spent in the trial courtroom, there would be sufficient time to allow Court staff to remove such barrier.

3. Due to lead defense counsel recent knee-related injury, he has requested, at the option of the Court, that defense lectern not be removed from the courtroom so it can be relied upon for those times counsel must stand, such as during its opening and closing arguments, and during direct and cross examination of witnesses.

4. To effectively examine witnesses and participate in trial, it will be challenging to do so with the plexiglass barrier located at the lectern because it creates a distorted view to the jury, and vice-versa.

5. Counsel appreciates and respects the need for health safety in the courtroom but believes that removing the single plexiglass barrier at defense counsel lectern will not affect the safety of the jury or Court staff because of the farther location of the lectern to others – i.e., not close enough in distance to create a risk when speaking.  Indeed, the middle lectern, typically used by counsel during trial has no plexiglass barrier but is closer to Court staff and the jury.

6. Since the Court has already allowed the removal of plexiglass barriers at counsel tables, and because the government has chosen to remove its lectern, this request only affects defense counsel.

For the reasons set forth above, defense respectfully requests the temporary removal of the plexiglass barriers at counsel table for the duration of the trial.

///

///

///

DATED: March 24, 2023            Respectfully submitted,

**/s/ David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant


**/s/ Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct this 24th day of March 2023, at Washington D.C., and that this document is executed under penalty of perjury according to the laws of the United States of America.

                                                                                         _____

Charles R. Haskell
Attorney at Law