**KENNER LAW FIRM**
**DAVID KENNER, SBN 41425**
**16633 VENTURA BLVD., STE. 735**
**ENCINO, CA  91436**
**PHONE: (818) 995-1195**
**FAX: (818) 475-5369**
**EMAIL: DAVID@KENNERLAW.COM**

**ATTORNEY FOR DEFENDANT**
**PRAKAZREL MICHEL**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19-148-1 (CKK) |
| Plaintiffs, | PETITION FOR A WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| vs. | |
| PRAKAZREL MICHEL, *ET AL*. | The Honorable Colleen Kollar-Kotelly |
| Defendants. | |

COMES NOW PRAKAZREL MICHEL, by and through counsel of record, pursuant to the authority of 28 U.S.C.A. § 2241(c)(5) and Fed. R. Civ. P. 81(a)(4), respectfully states as follows:

1. There is now pending before this court a criminal action against defendant, Criminal Case No. 19-148-1 (CKK), alleging Defendant Michel engaged in a conspiracy with the Chinese government to have the United States' return Guo Wengui (Wengui), a/k/a "Miles Kwok", a/k/a "Ho Wan Kwok" to China. The government has characterized Wengui as an honorable man who fled from the tyranny of the Chinese government and established himself in

America to function as a loud and vocal opponent of the Chinese government with a growing number of followers.

2. The testimony of Wengui, is material and necessary to Defendant for a successful defense and just resolution of the criminal action in order to rebut the above narrative proffered by the Government. As evidenced in an article published Mar 21, 2023, titled, DOJ-Employed Attorney Secretly Met with Chinese Ambassador, it appears Wengui is leaking information valuable to our defense. See Gavin Wax, Newsmax, https://www.newsmax.com/gavinwax/balloon-guo-higginbotham/2023/02/17/id/1109144/.

3. The Court has already ruled on the Governments motion to exclude Wengui's testimony. The Court issued an order excluding any Wengui testimony related to his current prosecution. United States v. Michel, 2023 WL 2388501 (D.D.C. Mar. 6, 2023); Order, ECF No. 242 (Mar. 22, 2023) Counsel is aware of this order and will in every way comply. The Court, however, did not preclude testimony about subjects within the timeframe in this trial before the Court. The indictment on trial before this Court began on or about March 2017 through on or about January 2018.  Superseding Indictment, ECF No. 84 ¶105.  The Wengui conspiracy alleged to started on or about 2018 through at least on or about March 2023. Indictment, ECF No. 2 ¶1 ("Guo Indictment"), United States v. Kwok, Crim. A. No. 23-118 (AT) (S.D.N.Y. Mar. 6, 2023) Counsel, will of course obey that order to the letter.

As the Court already addressed there is a slight overlap of approximately one month; however, "The vast majority of Guo's indictment occurred in 2020 or later." ECF No. 242 at FN6, comparing e.g., Guo. Indictment ¶¶ 1, 16, 22, 23 24 with, e.g., Superseding Indictment, ECF No. 84 ¶ 105. Of the twelve counts charged in the Guo Indictment, only

two counts, those involving purported money laundering, include conduct from 2018. Id. ¶¶ 47, 49.

Defendant will not seek testimony other than events that took place within this Defendant's conspiracy alleged and will certainly stop well before dates of the Guo Indictment. Additionally, statute of limitations have run in regards to the time period Wengui's testimony will be sought; therefore, Wengui will not be able to raise a sustainable claim of invoking the Fifth Amendment.

Furthermore, in response to Government's filed motion to exclude Wengui, the Court stated, "Any events that occurred after the charged conduct in this case cannot speak to circumstances upon which Defendant may or may not have relied at the time of the charged offenses." ECF No. 242, FN6, pp. 6-7. Hence, the Defense will only illicit testimony related to events prior to the Guo Indictment.

4. Guo Wengui is presently confined in Metropolitan Detention Center (MDC), Brooklyn, New York in Kings County. His BOP Register Number is 49134-510. Service for Guo Wengui has been attempted at MDC; however, Process Servicer was informed "Absolutely no legal papers are allowed to be served in premises for this case." See attached Exhibit 1.

5. The aforementioned criminal action against defendant is set for trial before this court beginning Monday, March 27, 2023.

6. Defendant has not filed any previous petition or application to secure the presence and testimony of Guo Wengui in defense of the above-mentioned criminal action. For reasons stated above, Guo Wengui's Fifth Amendment rights will not be violated. Wherefore, petitioner requests this court issue a Writ of Habeas Corpus Ad Testificandum to Herberto

Tellez the Warden of MDC, Brooklyn, New York in Kings County, to bring Guo Wengui before this court at a date and time forthcoming to testify as a witness in petitioner's trial, and to return Guo Wengui to the state penitentiary immediately on the conclusion of his testimony.

DATED: March 25, 2023                    Respectfully submitted,

**/s/ David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant

**/s/ Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

**CERTIFICATE OF SERVICE**

 I declare under penalty of perjury that the foregoing is true and correct this 25th day of March 2023, at Washington D.C., and that this document is executed under penalty of perjury according to the laws of the United States of America.

                _____
                Charles R. Haskell
                Attorney at Law