**Kenner Law Firm**
**David Kenner, SBN 41425**
16633 Ventura Blvd., Ste. 735
Encino, CA 91436
Phone: (818) 995-1195
Fax: (818) 475-5369
Email: David@KennerLaw.Com

**ATTORNEY FOR DEFENDANT**
**PRAKAZREL MICHEL**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| THE UNITED STATES OF AMERICA, PLAINTIFFS, VS. PRAKAZREL MICHEL, *ET AL.*, DEFENDANTS. | CASE NO. 19-148-1(CKK) DEFENDANT MICHEL'S NOTICE OF UPDATED EXHIBITS. The Honorable Colleen Kollar-Kotelly |
|---|---|

**DEFENDANT'S NOTICE OF UPDATED EXHIBITS**

Mr. Michel, by and through its undersigned attorneys, respectfully submits this Notice of updated exhibits with descriptions and corresponding Bates numbers. Defendant anticipates potentially identifying limited additional exhibits prior to and through trial.

**EXHIBITS**

| Ex. # | Ex. Description | Ex. Bates # |
|---|---|---|
| 1 | Higginbotham interview transcript.2017.09.11 | DOJ-0000106663 |
| 2 | Lidsky Grand Jury Transcript.2021.06.10 | DOJ-0002467340 |
| 3 | Lidsky Grand Jury Transcript2020.09.10 | DOJ-0002467873 |
| 4 | Lidsky Grand Jury Transcript2021.05.20 | DOJ-0002467988 |
| 5 | Lidsky Grand Jury Transcript2020.09.10 | DOJ-0002469291 |
| 6 | Higginbotham Interview Recordings | DOJ-0000106653 |

- 1 -
Defendant Michel's Notice of Updated Exhibits

| | | |
|---|---|---|
| 7 | Higginbotham Interview Recordings | DOJ-0000106654 |
| 8 | Higginbotham Interview Recordings | DOJ-0000106655 |
| 9 | Higginbotham Interview Recordings | DOJ-0000106656 |
| 10 | Higginbotham Interview Recordings | DOJ-0000106657 |
| 11 | Drive #9 – Bekkadem Audio Recording | DOJ-0002372936 |
| 12 | Elliot Broidy Recording | DOJ-0002809038 |
| 13 | Erica Hilliard 302 04.11.2018 | DOJ-0000099267 |
| 14 | Notes on Erica Hilliard | DOJ-0000099271 |
| 15 | Proffer of Pakazrel "Pras" Michel | DOJ-0002394154 |
| 16 | Pras Michel 302s 01.17.2018 | DOJ-0002394177 |
| 17 | Email from Lance Robinson to James Mann | DOJ-0002812844 |
| 18 | Higginbotham's Notebook | DOJ-0000106587 |
| 19 | Pras Michel Email to Higginbotham, Kulak, Moscowitz | USG-0000015172 |
| 20 | Email Higginbotham to Pras | USG-0000013708 |
| 21 | Email from Higginbotham to Pras | DOJ-0002802190 |
| 22 | Application for Search Warrant | DOJ-0002487158 |
| 23 | Memorandum of Investigation-Interview Higginbotham | DOJ-0000111922 |
| 24 | Email From Lance Robinson to James Mann | DOJ-0002812844 |
| 25 | Higginbotham Resignation Email to DOJ | DOJ-0002812842 |
| 26 | Higginbotham Resignation Email effective 08/17/2018 | DOJ-0002812843 |
| 27 | Higginbotham Resignation to DOJ | DOJ-0000196190 |
| 28 | Nickie Lum Davis 302 09/13/2019 | DOJ-0000094927 |
| 29 | Nickie Lum Davis screenshots | DOJ-0000112096 |
| 30 | Nickie Lum Davis screenshots | DOJ-0000112097 |
| 31 | Nickie Lum Davis screenshots | DOJ-0000112098 |
| 32 | Nickie Lum Davis screenshots | DOJ-0000112099 |
| 33 | Nickie Lum Davis screenshots | DOJ-0000112101 |
| 34 | Nickie Lum Davis screenshots | DOJ-0000112097 |
| 35 | Nickie Lum Davis screenshots | DOJ-0000112102 |
| 36 | Nickie Lum Davis screenshots | DOJ-0000112103 |
| 37 | Nickie Lum Davis screenshots | DOJ-0000112104 |
| 38 | Nickie Lum Davis screenshots | DOJ-0000112106 |
| 39 | Email from Erica Hilliard to Jim Hoch | DOJ-0001121007 |
| 40 | Nickie Lum Davis screenshots | DOJ-0000112108 |
| 41 | Nickie Lum Davis screenshots | DOJ-0000112110 |
| 42 | Nickie Lum Davis screenshots | DOJ-0000112111 |
| 43 | Nickie Lum Davis screenshots | DOJ-0000112112 |
| 44 | Nickie Lum Davis screenshots | DOJ-0000112113 |
| 45 | Nickie Lum Davis screenshots | DOJ-0000112114 |
| 46 | Nickie Lum Davis screenshots | DOJ-0000112115 |
| 47 | Nickie Lum Davis dcreenshots | DOJ-0000112116 |
| 48 | Nickie Lum Davis screenshots | DOJ-0000112117 |

| | | |
|---|---|---|
| 49 | Nickie Lum Davis screenshots | DOJ-0000112118 |
| 50 | Nickie Lum Davis screenshots | DOJ-0000112119 |
| 51 | Nickie Lum Davis screenshots | DOJ-0000112120 |
| 52 | Nickie Lum Davis screenshots | DOJ-0000112121 |
| 53 | Nickie Lum Davis screenshots | DOJ-0000112122 |
| 54 | Nickie Lum Davis screenshots | DOJ-0000112123 |
| 55 | Lum Davis Forfeiture Claim | DOJ-0000142222 |
| 56 | Lum Davis seized hard copy Consulting Agreement | DOJ-0000142227 |
| 57 | Lum Davis seized hard copy re: Consulting Agreement | DOJ-0000142413 |
| 58 | Hillard Overview of Proffer Agreement | DOJ-0000092749 |
| 59 | Iphone message from Trish Lum to Pras and Nickie | DOJ-0002807885 |
| 60 | Letter Lidsky to Gontarek re: Pras deposits | DOJ-0002808050 |
| 61 | Email Pollack to Pras re: pre-indictment resolution | PRAS00000054 |
| 62 | Excel sheet of LUM Bates | DOJ-0002812650 |
| 63 | Agent to Agent text | DOJ-0002809053 |
| 64 | Production 17 | DOJ-0002809061 |
| 65 | Production 17 | DOJ-0002809062 |
| 66 | Review Negotiate agreements for Pras music Production Platform | DOJ-0002812846 |
| 67 | Email from Kreger to Ellersick | DOJ-0002813850 |
| 68 | Email from Masselli to Sean Mulryne re: Willis | DOJ-0002812851 |
| 69 | Robert Willis Proffer Agreement | DOJ-0002812852 |
| 70 | Email form Kaplan to Sean Mulryne | DOJ-0002812854 |
| 71 | Email from Ryan Ellersick | DOJ-0002812857 |
| 72 | FBI Pras Interview Notes | DOJ-0002812860 |
| 73 | Email from Lidsky to Sean Mulryne re: timing of transactions | DOJ-0002812862 |
| 74 | Prasperity Group Development Fund Agreement | DOJ-0002812865 |
| 75 | Interview of Frank White | DOJ-0002812872 |
| 76 | FOIS confidential treatment request confidential settlement communication | DOJ-0002812880 |
| 77 | Elliot Broidy WhatsApp Message | DOJ-0002812909 |
| 78 | Submission to the Public Integrity Section | DOJ-0002812915 |
| 79 | Ron Vinder 302 02/23/2018 | DOJ-0000103858 |
| 80 | Steven Plotnick 302 07/19/2018 | DOJ-0000105514 |
| | | |
| 81 | Frank White Junior 302 08/14/2018 | DOJ-0000105522 |
| 82 | Interview of Steve Wynn 8/31/2020 | DOJ-0002473136 |
| 83 | Consensual recording of Interview with Higginbotham 09/11/2017 | DOJ-0000103485 |
| 84 | Memorandum of Investigation Interview of | DOJ-0002473157 |

| | | Marc Moscowitz 08/05/2020 | |
|---|---|---|---|
| | 85 | BRB Holdings WF 4690 Stmts ($2.5M deposit) | DOJ-0002537859 |
| | 86 | BRB Holdings WF Acct 4690 Deposit $2.5M | DOJ-0002772395 |
| | 87 | PJ 2012 WF 3232 $6.5Mill withdrawn by Barry B | DOJ-0002771523 |
| | 88 | SPM 2012 WF 3240 Withdrawal Barry B $2.5M | DOJ-0002772396 |
| | 89 | Anicorn Stmt 05-2017 $8M In from Lucky Mark | DOJ-0001516783 |
| | 90 | CC $702K to Colfax Law Office | DOJ-0001516788 |
| | 100 | CC $305K to Colfax Law Office | DOJ-0001516789 |
| | 101 | Anicorn Stmt 95870 03 to 07 2017 | DOJ-0001516794 |
| | 102 | Anicorn Stmt 95889 03 to 07 2017 | DOJ-0001516806 |
| | 103 | Artemus Stmt 95919 03 to 07 2017 | DOJ-0001516834 |
| | 104 | Artemus Stmts 95900 04 to 07 2017 | DOJ-0001843384 |
| | 105 | Lucky Mark Registration HK | DOJ-0001843410 |
| | 106 | Articles of Assoc Lucky Mark | DOJ-0001843427 |
| | 107 | Cert of Inc Lucky Mark | DOJ-0001843436 |
| | 108 | Higginbotham Ltr to CNB | DOJ-0001843437 |
| | 109 | Archerfield Funding WF 3122 Stmts | DOJ-0002537977 |
| | 110 | Archerfield Funding WF 3122 Transfers | DOJ-0002541957 |
| | 111 | Bekkedam WF 2980 Stmts | DOJ-0002543580 |
| | 112 | Bekkedam WF 3004 Stmts | DOJ-0002543240 |
| | 113 | Bekkedam WF 5495 Stmts | DOJ-0002543181 |
| | 114 | Bekkedam WF 6310 Stmts | DOJ-0002543657 |
| | 115 | BRB Holdings WF 4690 Stmts | DOJ-0002537859 |
| | 116 | BRB Holdings WF 4690 Transfers | DOJ-0002541913 |
| | 117 | BRB Holdings WF Acct 4690 Deposit $2.5M | DOJ-0002772395 |
| | 118 | Cruden Bay Ptrs WF 0004 Stmts | DOJ-0002542495 |
| | 119 | PJ 2012 WF 3232 Stmts | DOJ-0002771629 |
| | 120 | PJ 2012 WF 3232 Transactions | DOJ-0002771523 |
| | 121 | PJ 2012 WF 3232 Wires | DOJ-0002541901 |
| | 122 | PJ 2012 WF 3232 Wires over $1 mill out by Barry | DOJ-0002771658 |
| | 123 | SPM 2012 WF 3240 Stmts | DOJ-0002771257 |
| | 124 | SPM 2012 WF 3240 Withdrawal Barry B $2.5M | DOJ-0002772396 |
| | 125 | SPM 2012 WF 68912 | DOJ-0002543075 |
| | 126 | SPM 2012 WF 68912 Stmts Savings | DOJ-0002771424 |
| | 127 | SPM Holdings WF 3240 Wires Barry B initiated | DOJ-0002771677 |
| | 128 | Fundraising image | KLFPM-00000001 |
| | 129 | Pras_BHO_picture | KLFPM-00000002 |
| | 130 | OFA_Picture | KLFPM-00000003 |
| | 131 | Pras_WC_Penn_Picture | KLFPM-00000004 |
| | 132 | Blacture_Bus | KLFPM-00000005 |

| | | |
|---|---|---|
| 133 | Blacture_ppt | KLFPM-00000017 |
| 134 | Blacture_App | KLFPM-00000024 |
| 135 | Pras_Business | KLFPM-00000030 |
| 136 | Field Test | KLFPM-00000040 |
| 137 | Financials | KLFPM-00000066 |
| 138 | CertAgr | KLFPM-00000079 |
| 139 | BlactureApp | KLFPM-00000091 |
| 140 | StrCred | KLFPM-00000098 |
| 141 | USPTO | KLFPM-00000113 |
| 142 | White_Lotto | KLFPM-00000121 |
| 143 | Syte | KLFPM-00000133 |
| 144 | Blacture4 | KLFPM-00000136 |
| 145 | BlactureFin | KLFPM-00000162 |
| 146 | BlactureFocus | KLFPM-00000168 |
| 147 | Blacture6 | KLFPM-00000211 |
| 148 | Movi_Zmbizi | KLFPM-00000221 |
| 149 | VisaLic | KLFPM-00000294 |
| 150 | FCCReq | KLFPM-00000306 |
| 151 | OEM | KLFPM-00000311 |
| 152 | EMVCo | KLFPM-00000319 |
| 153 | Verizon_EMEA | KLFPM-00000322 |
| 154 | Blacture7 | KLFPM-00000335 |
| 155 | ZmBIZI | KLFPM-00000338 |
| 156 | ZMBIZIApp | KLFPM-00000340 |
| 157 | Blacture8 | KLFPM-00000342 |
| 158 | Syte2 | KLFPM-00000346 |
| 159 | Blacture9 | KLFPM-00000350 |
| 160 | ZmbiziApp3 | KLFPM-00000352 |
| 161 | ZMBIZIAPp4 | KLFPM-00000365 |
| 162 | Marketing Plan | KLFPM-00000378 |
| 163 | ZMBIZIApp9 | KLFPM-00000434 |
| 164 | Skrill | KLFPM-00000450 |
| 165 | Visa_ZMBIZI | KLFPM-00000459 |
| 166 | Nuntiux_ZMBIZI | KLFPM-00000468 |
| 167 | Blacture10 | KLFPM-00000471 |
| 168 | ZMBIZI11 | KLFPM-00000483 |
| 169 | ZBIZI | KLFPM-00000486 |
| 170 | Blacture12 | KLFPM-00000488 |
| 171 | Blacture11 | KLFPM-00000493 |
| 172 | Blacture12 | KLFPM-00000497 |
| 173 | Vizenze | KLFPM-00000532 |
| 174 | VisaLic | KLFPM-00000564 |
| 175 | ADAgr_AppTap | KLFPM-00000576 |
| 176 | ZMBIZIP2 | KLFPM-00000590 |
| 177 | THXLic | KLFPM-00000610 |

| | | |
|---|---|---|
| 178 | Kanisi | KLFPM-00000612 |
| 179 | USPTO2 | KLFPM-00000622 |
| 180 | Island_Wireless_SOW | KLFPM-00000629 |
| 181 | ZMBIZI_TermSht | KLFPM-00000633 |
| 182 | Blacture13 | KLFPM-00000635 |
| 183 | CrispxMSA | KLFPM-00000644 |
| 184 | Financials3 | KLFPM-00000651 |
| 185 | Vendors | KLFPM-00000670 |
| 186 | Blacture14 | KLFPM-00000677 |
| 187 | AppTapMSA | KLFPM-00000692 |
| 188 | THXAgr | KLFPM-00000706 |
| 189 | BorqsSOW | KLFPM-00000726 |
| 190 | iHeartMedia | KLFPM-00000741 |
| 191 | Aerapay | KLFPM-00000749 |
| 192 | ZMVIZI_NDA | KLFPM-00000752 |
| 193 | Pras_Financials | KLFPM-00000757 |
| 194 | JL_Party | KLFPM-00000795 |
| 195 | EmilyHuang_chat-w-flight-info.jpeg | KLFPM-00000796 |
| 196 | NLD_Trump_Defense | KLFPM-00000797 |
| 197 | WHLog | KLFPM-00000798 |
| 198 | Basquist_DTR Art Holdings | KLFPM-00000799 |
| 199 | PrasLA | KLFPM-00000808 |
| 200 | PrasWC | KLFPM-00000831 |
| 201 | PrasLA2 | KLFPM-00000832 |
| 202 | Art | KLFPM-00000809 |
| 203 | Pras_WC_Penn_Picture | KLFPM-00000804 |
| 204 | Pras_Watches | KLFPM-00000803 |
| 205 | Art3 | KLFPM-00000833 |
| 206 | Fugees_Verizon | KLFPM-00000835 |
| 207 | OFA2 | KLFPM-00000800 |
| 208 | Fugees TourAgr | KLFPM-00000838 |
| 209 | Pras_Harlem | KLFPM-00000801 |
| 210 | Art4 | KLFPM-00000837 |
| 211 | PrasWC | KLFPM-00000802 |
| 212 | FinInvest | KLFPM-00000805 |
| 213 | Pras_BHO | KLFPM-00000836 |
| 214 | Art5 | KLFPM-00000807 |
| 215 | Art6 | KLFPM-00000806 |
| 216 | Pras_Biden | KLFPM-00000834 |

The Defense's investigation of this case and preparation for trial continues, and Defendant reserves the right to add exhibits should it become necessary.

DEFENDANT MICHEL'S NOTICE OF UPDATED EXHIBITS

DATED: March 26, 2023

Respectfully submitted,

**/s/ David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant

**/s/ Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that the foregoing is true and correct this 26th day of March, 2023, at Washington D.C., and that this document is executed under penalty of perjury according to the laws of the United States of America.

                                                                    _____
                                                                    Charles R. Haskell
                                                                    Attorney at Law