**RECEIVED BY CHAMBERS**
6/5/23

**LEAVE TO FILE GRANTED**
Judge CKollar-Kotelly
June 5, 2023

June 5, 2023

Judge Colleen Kollar-Kotley
U.S. District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
dcd_cmecf@dcd.uscourts.gov

    Re:    U.S.A. vs. Prakazrel Michel, Case No. 1:19-cr-00148

Your Honor,

    I hope this letter finds you well. I write to respectfully request a 30-day extension of time to obtain new counsel to represent me in all post-trial matters. I understand that the current deadline to file post-trial motions is June 9, 2023.

    However, my current attorney, David Kenner, and his team and I have a conflict that compromises their ability to competently represent me in any potential post-trial matters. I do not wish to waive this conflict because I strongly believe that I would be prejudiced if I did so.

    Thank you in advance for your comprehension. I look forward to receiving your response.

Sincerely yours,

Prakazrel Michel

cc:    Sean F. Mulryne, Prosecutor (sean.mulryne@usdoj.gov)

       Nicole Lockhart, Prosecutor (nicole.lockhart@usdoj.gov)

       John D. Keller, Prosecutor (john.keller2@usdoj.gov)