Kenner Law Firm
David Kenner, SBN 41425
16633 Ventura Blvd., Ste. 735
Encino, CA  91436
Phone: (818) 995-1195
Fax: (818) 475-5369
Email: David@KennerLaw.Com

**Attorney for Defendant
Prakazrel Michel**

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br><br>Prakazrel Michel, *ET AL*.<br><br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 19-148-1 (CKK)<br><br>**DEFENDANT'S COUNSEL:  DAVID E. KENNER, ALON ISRAELY AND CHARLES R. HASKELL MOTION TO WITHDRAW.**<br><br><br><br><br><br>**The Honorable Colleen Kollar-Kotelly** |
|---|---|---|
| | | |

COMES NOW DEFENDANT'S COUNSEL, and hereby files this Motion to Withdraw.

The motion is based on all the papers and records on file in this action.

On August 25, 2023 in a series of docket entries, this honorable court acknowledged the substitution of new counsel for this case (ECF 295).  Based upon there being new counsel of record for Mr. Michel, prior counsel requests an order allowing them to withdraw as counsel of record on the above captioned matter.

This Honorable Court has previously refused to consider a motion to withdraw by the above

named counsel to withdraw unless and until after new counsel became attorney(s) for defendant.

Based on the foregoing, counsel requests that the court grant their request to withdraw.

DATED: August 25, 2023                          Respectfully submitted,

**/s/ David Kenner**
David E. Kenner
Kenner Law Firm
16633 Ventura Blvd., Suite 735
Encino, CA 91436
(818) 995-1195
Email: david@kennerlaw.com
CA Bar No.: 41425
Counsel for Defendant

**/s/ Charles Haskell**
Charles R. Haskell
The Law Offices of Charles R. Haskell
641 Indiana Ave. NW
Washington, DC 20004
(202) 888-2728
Email: Charles@CharlesHaskell.com
DC Bar No.: 888304007
Retained Counsel for the Defendant

## CERTIFICATE OF SERVICE

I declare under penalty of perjury that the foregoing is true and correct this 25th day of August 2023, at Washington D.C., and that this document is executed under penalty of perjury according to the laws of the United States of America.

_____
Charles R. Haskell
Attorney at Law