# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **Crim. No. 1:19-cr-148** |
| | ) | |
| | ) | [PROPOSED] ORDER FOR |
| **PRAKAZREL MICHEL** | ) | DEFENDANT'S COUNSEL |
| | ) | DAVID E. KENNER, ALON |
| | ) | ISRAELY AND CHARLES |
| | | R. HASKELL TO WITHDRAW |

GOOD CAUSE APPEARANCE based on the contents of Defendant's motion to withdraw, IT IS ORDERED that the Court grants defendant's counsel David E. Kenner, Alon Israely and Charles R. Haskell motion to withdraw from the above captioned case.

**IT IS SO ORDERED.**

_____
Honorable Colleen Kollar-Kotelly
United States District Judge