# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 19-148-1 (CKK) |
| ) | |
| PRAKAZREL MICHEL (1), ) | **Declaration of Jasmine Zaki** |
| ) | |
| Defendant. ) | |

My name is Jasmine Zaki, and I submit the following declaration in support of Prakazrel Michel's Motion For New Trial.

1. I have been an attorney since 2010. My practice focuses on international trade. In my practice, I advised clients on FARA regulations and was a FARA agent myself for over a decade, representing a number of foreign governments' interests in Washington, D.C.

2. I have a mutual acquaintance in common with Mr. Michel. This friend contacted me on April 12, 2023, while Mr. Michel's trial was ongoing. My acquaintance told me that someone from Mr. Michel's trial team would be contacting me because they needed help with FARA.

3. That same day, I received a call from Mr. Michel, who said his lawyers would be calling me. A short time later, Alon Israely, one of Mr. Michel's trial counsel, called me and asked if I would meet the trial team at their hotel, the Hyatt Hotel on Capitol Hill, that evening.

4. That night, I went to the hotel and went to the "war room" where Mr. Michel's attorneys were working. When I arrived, I met David Kenner, Mr. Michel's lead attorney. I was taken aback when Mr. Kenner began asking me the most basic questions about FARA, such as who it covered and what type of activities it covered. I initially thought they were testing

1

my knowledge, but it then became clear to me that Mr. Michel's attorneys had very little understanding of FARA.

5. During our discussions, Mr. Kenner indicated that he would like for me to testify as an expert at the trial. I was startled to hear this request. Although I was familiar with FARA from my work at several law firms, I did not consider myself qualified to testify as an expert on FARA. In addition, although I am not a litigator, I believed experts needed to be noticed long before the start of a trial.

6. I spent less than an hour with the trial team and then suggested that I could find them someone who, in my opinion, would be qualified to testify as an expert on FARA. Mr. Kenner said that he appreciated the suggestion but I was his choice as an expert.

7. The following day I sent an engagement letter to the defense team. I was told by Mr. Israely that the Court would not permit me to testify but that they still wanted me to assist them with FARA issues as a consultant. Although I have advised Michel since the trial, I never testified at the trial.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on October 26, 2023

Oakton, VA

_____

Jasmine Zaki