```
 1                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2       - - - - - - - - - - - - - - - x
         THE UNITED STATES OF AMERICA,
 3                                          Criminal Action No.
                       Plaintiff,          1:19-cr-00148-CKK-1
 4                                          Tuesday, April 4, 2023
         vs.                                9:10 a.m.
 5                                          *MORNING SESSION*
         PRAKAZREL MICHEL,
 6
                       Defendant.
 7       - - - - - - - - - - - - - - - x
 8       _____

 9                    TRANSCRIPT OF JURY TRIAL
              HELD BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
10                    UNITED STATES DISTRICT JUDGE
         _____

11       APPEARANCES:

12       For the United States:      JOHN DIXON KELLER, ESQ.
                                     U.S. DEPARTMENT OF JUSTICE
13                                   1301 New York Avenue NW
                                     Suite 1016
14                                   Washington, DC 20530
                                     (202) 598-2231
15                                   john.keller2@usdoj.gov

16                                   SEAN F. MULRYNE, ESQ.
                                     NICOLE RAE LOCKHART, ESQ.
17                                   U.S. DEPARTMENT OF JUSTICE
                                     Public Integrity Section
18                                   1400 New York Avenue, NW
                                     Washington, DC 20005
19                                   (202) 598-2816
                                     sean.mulryne@usdoj.gov
20                                   nicole.lockhart@usdoj.gov

21       For the Defendant:          DAVID ELLIOTT KENNER, ESQ.
                                     ALON ISRAELY, ESQ.
22                                   KENNER LAW FIRM
                                     16633 Ventura Boulevard
23                                   Encino, CA 91436
                                     (818) 995-1195
24                                   david@kennerlaw.com
                                     aicb@biaprotect.com

25       (Continued on Next Page)
```

1    APPEARANCES (CONTINUED):

2    For the Defendant:          **CHARLES R. HASKELL, ESQ.**
                                 **LAW OFFICES OF CHARLES R.**
3                                **HASKELL, P.A.**
                                 641 Indiana Avenue, NW
4                                Washington, DC 20004
                                 (202) 888-2728
5                                charles@charleshaskell.com

6
     Court Reporter:            Lisa A. Moreira, RDR, CRR
7                               Official Court Reporter
                                U.S. Courthouse, Room 6718
8                               333 Constitution Avenue, NW
                                Washington, DC  20001
9                               (202) 354-3187

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

I N D E X

WITNESS                                                          PAGE

**MICHAEL HARTSOCK**
     (By Mr. Kenner)......................................13
     (By Mr. Mulryne)....................................36


**ELLIOTT BROIDY**
     (By Mr. Mulryne)....................................40

```
 1                     P R O C E E D I N G S
 2              THE COURTROOM DEPUTY:  Criminal Case 19-148-1, the
 3   United States vs. Pras Michel.
 4              Counsel, will you please identify yourself for the
 5   record, starting with the government.
 6              MR. MULRYNE:  Good morning, Your Honor; Sean
 7   Mulryne, John Keller, and Nicole Lockhart on behalf of the
 8   United States.
 9              THE COURT:  All right.  Good morning.
10              MR. KENNER:  Good morning, Your Honor; David
11   Kenner, Charles Haskell, Alon Israely, and Kriss Anne
12   Carlstrom on behalf of the defense.
13              THE COURT:  All right.  I want to bring up two
14   matters.  We don't have all the jurors here.
15              Mr. Kenner did send a proffer of proof for the
16   potential witness for the defense of Richard Kromka, K-R-O-
17   M-K-A.
18              Mr. Kenner, if you don't mind, I'm going to read
19   this into the record and then give you my answer so that my
20   response is in context.
21              Do you have any problem with that?
22              MR. KENNER:  No, I don't, Judge.
23              THE COURT:  So that we have what you had indicated
24   instead of my doing another order, or another written order.
25              "Mr. Michel disputes that there was any conspiracy
```

1    between Mr. Low and Mr. Michel to funnel Mr. Low's money to

2    the Obama campaign.  Mr. Low wanted the highest price photo

3    op ever, and the money from Mr. Low to Mr. Michel was

4    intended to get that photo, which was in Low's eyes a great

5    trophy for him, particularly in Asia.  That Mr. Michel chose

6    to give a small fraction of his windfall to the Obama

7    campaign directly or to give a small portion to others who

8    attended a campaign event does not mean that Mr. Low and

9    Mr. Michel were trying to funnel money to the Obama

10   campaign.

11        "The vast majority of money that Mr. Michel

12   received from Jho Low was kept by Mr. Michel and never went

13   to the campaign.  Mr. Kromka's testimony on the value of a

14   photo op with the President will help rebut the notion that

15   Mr. Low wanted to help the Obama campaign.  He could care

16   less about that.  Instead, he just wanted the photo op, and

17   he paid Mr. Low and Frank White big money to get that.

18        "All of this rebuts the allegation that Mr. Low

19   and Mr. Michel entered a conspiracy to get Mr. Low's

20   money to the Obama campaign.  Only a very small fraction of

21   that money found its way to the campaign and only because

22   Mr. Michel gave it directly or gifted some of it to friends

23   who would want to donate that to the Obama campaign and to

24   attend a dinner."

25        So it puts it in context in terms of my comments.

1          So I've reviewed the proffer.  As we've

2     discussed in a couple of other instances before, I've

3     concluded that the motivations of the alleged straw donors

4     in contributing to the Obama re-election campaign is not

5     probative of Mr. Michel's intent.

6          To prevail on the first conspiracy, the government

7     must prove that, one, Mr. Michel conspired with Mr. Low to

8     cause conduit contributions and/or contributions sourced

9     with foreign funds to be made to at least one of the Obama

10    campaign committees; and, two, Mr. Michel acted knowingly

11    and willfully.

12          First, why a straw donor contributed to the

13    campaign cannot bear on Mr. Michel's state of mind because

14    the straw donor doesn't know Mr. Michel's state of mind.

15    Were the motive of the straw donor relevant, it would

16    impermissibly distract from the key state of mind at issue

17    in this case; Mr. Michel's state of mind.

18          Second, it bears noting that causing straw

19    contributions to be made to a political campaign in order to

20    receive a photo is still unlawful if the person acted

21    knowingly and willfully.

22          Having carefully weighed the probative value and

23    lack thereof of the proffered testimony, I'm going to

24    exclude it under 401 and alternatively under 403 as

25    distracting to the jury and confusing and getting them off

1        track in terms of whose intent they need to look at.

2                Now, is there any other reason why Mr. Kromka

3        should not be released from his subpoena?

4                MR. KENNER:  Based on Your Honor's ruling, he can

5        be released.

6                THE COURT:  Okay.  Then Mr. Kromka can be told

7        that he can be released.

8                Now, in terms of another issue that came up, I

9        will say we've been trying to keep track of your emails that

10       you send in the evening, and you did send an issue around

11       the order of witnesses at around 7:00.  Unfortunately, it

12       appears the computers were down.  The emails did not show up

13       on our chambers' email until 4:00 a.m.  Now, we do monitor

14       them, but not at 4:00 a.m. in this morning, so we didn't see

15       this until this morning or else I would have certainly

16       promptly told you.

17               So this seems to be an issue of the government

18       remaining with the three witnesses that they've indicated

19       but taking them out of order.

20               Mr. Kenner, the only thing I ordered about

21       witnesses originally in terms of -- it was in part of the

22       trial template where you were required to produce the name

23       so we would get -- have an opportunity if there were

24       problems with the witnesses, whether government witnesses or

25       defense.

1          I did ask and requested -- I did not order -- that

2    because of the length of the trial and, frankly, the number

3    of witnesses that were proposed to be called -- 30 -- that

4    trying to prepare for 30 witnesses without knowing, you

5    know, who was going to get called makes it very difficult.

6    So I proposed and requested that counsel provide the name of

7    the witnesses they thought they would be calling, to the

8    extent they knew the order in which they would be called.  I

9    made it clear to you and to government counsel that, you

10   know, if the witnesses didn't get called, they got called

11   out of order, you know, other things come up, that you could

12   not then complain that they weren't following what I had

13   suggested they do.

14          And they've given a very good reason for, frankly,

15   indicating why they're now left calling Mr. Broidy earlier

16   than they would have, and I would think that you would

17   appreciate the fact they're trying to get Mr. Broidy out --

18   on the stand and off before he has to go off to the Jewish

19   holiday.

20          MR. KENNER:  I don't have a problem with that at

21   all, Your Honor.  What I have a problem with was during the

22   noon recess yesterday I was given a list that had several

23   important witnesses before Mr. Broidy.  I'm kind of -- and I

24   also received an email about an updated interview that was

25   had with Mr. Broidy.  I'm just wondering what came up

1      between 2:00 and ten minutes to 6:00 that they didn't

2      know before that with regard to the Jewish holiday and

3      Mr. Broidy.

4              THE COURT:  Well, part of it they indicate -- I'll

5      read you their email, which is below:  "The order has not

6      changed because it came to the attention of the government

7      yesterday that Mr. Broidy would be unavailable on Thursday

8      due to a family observance of a religious holiday.  The

9      government anticipated this morning" -- which would have

10     been yesterday morning, I'm assuming, or this morning.  I'm

11     not sure which morning it would be.  This morning or

12     yesterday morning?

13             MR. KELLER:  Yesterday morning, Your Honor.

14             THE COURT:  All right.

15             -- "that we would complete the examination of

16     enough witnesses to allow Mr. Broidy to testify tomorrow and

17     Wednesday in the original order provided to defense counsel.

18     Because we didn't complete the testimony of Mr. Hartsock due

19     to defense counsel's request to end early and because we did

20     not get to the testimony of FBI financial analyst Eric Van

21     Dorn, who we anticipated would testify today" -- which I

22     assume is today -- "we need to call Mr. Broidy immediately

23     after Mr. Hartsock's cross-examination tomorrow to ensure

24     that Mr. Broidy's testimony is complete by our midday break

25     on Wednesday so that Mr. Broidy can return home to observe

1    the religious holiday on Thursday."

2          I mean, you know, these things come up.  I'm

3    assuming that they're not purposefully doing something to

4    create a problem for you.

5          Do you want to add anything else, Mr. Keller?

6          MR. KELLER:  I would just note, Your Honor, we're

7    trying to plan, as the Court noted, travel and logistics and

8    testimony for at least a couple of dozen witnesses over the

9    course of this trial, trying to cater to their schedules, to

10   the Court's schedule.  And in trying to plan our days in

11   terms of how many witnesses are going to testify, when we

12   start late, when Mr. Kenner asks for additional breaks

13   throughout the day, when we end early, it throws off our

14   order, and we're not able to get through as many witnesses

15   as we would have hoped to; and that wreaks havoc on

16   scheduling, and so we have to switch things around.

17         I think that's typical in longer trials, and we're

18   doing the best we can.  This is not gamesmanship.  We're

19   simply juggling a lot of different witnesses' schedules.

20         THE COURT:  All right.  So, you know, my feeling

21   is I don't think that they're doing something purposefully,

22   and I do think that trying to get Mr. Broidy on and off, you

23   know -- and trials are obviously going to, you know, take

24   longer or shorter or whatever else in terms of, you know,

25   what comes up.  So it's very hard to plan anything.

```
1              MR. KENNER:  And, Your Honor, if counsel's

2      position is that this is the result of my asking for a break

3      14 minutes before the end of the day, then that's his --

4              THE COURT:  14 minutes is 14 minutes of

5      examination.  Would you have finished?  I have no clue.  All

6      I'm saying is cumulatively -- I'm not laying in and blaming

7      you, Mr. Kenner.  When you need breaks, you need breaks, and

8      you had a very good reason for ending it early or I would

9      not have ended it early.  So there's not an issue.

10             But it does mean, in terms of management of

11     witnesses, in terms of getting them on and off the stand --

12     most of whom are not from this area.  Obviously we've had

13     discussions about legal issues and various other things.

14             At any rate, you know, I'm always loathe to make

15     this request, although I think it's a sensible one, for

16     people to not have to prepare 30 witnesses and to know what

17     it is.  There are always going to be changes and movements

18     around and things take longer or shorter.

19             And it's the same set of witnesses, so they

20     haven't added some new one.  It's just a matter of when

21     they're going to be calling them.

22             So I don't -- as I said, you asked for an order.

23     I didn't order it.  I never order it.  I make a suggestion

24     and hope that, you know, it will alleviate some of the

25     concerns and also make it a little easier to prepare for the
```

1     cases.  But, you know, you can't order what -- they have

2     discretion as to when they want to put witnesses on.  I just

3     think that it makes it a better and smoother way of doing it

4     to be able to indicate which witnesses -- and if you can do

5     the order, but this is certainly not the first case where

6     the order has changed.  Right?

7              So I'm certainly not ordering them to insist that

8     Mr. Broidy wait until after the other people so we don't get

9     his testimony finished before he has to leave to celebrate

10    the Jewish holiday.

11             So I don't know whether we have everybody, but

12    we're ten minutes late for the jury.

13             Do we have everybody?

14             THE COURTROOM DEPUTY:  Yes.

15             THE COURT:  Okay.  Let's bring them in, and let's

16    get moving.

17             Can you get the witness back, please?  Can we get

18    on the stand the witness that we need, that we started with.

19             We also have an issue with one of the jurors and

20    timing.  I will send an email to you about how I think we

21    should resolve it.

22             Mr. Hartsock, please come back up here.  You can

23    go ahead and sit down, sir.

24             (Jury enters courtroom)

25             THE COURT:  Everybody can go ahead and sit down.

```
1              Good morning, Members of the Jury.

2              JURY IN UNISON:  Good morning.

3              THE COURT:  Okay.  I want to remind you of your

4    making sure that you stay away from reading any newspapers,

5    media, or anything else.  Keep in mind, you're here.  You

6    know what goes on.  You don't have to read about it.

7              So we're ready to resume at this point with

8    Mr. Hartsock, and Mr. Kenner will be beginning the cross-

9    examination.

10             MR. KENNER:  Thank you, Your Honor.

11                  MICHAEL HARTSTOCK, Resumed

12                     CROSS-EXAMINATION

13   BY MR. KENNER:

14   Q.  Good morning, Mr. Hartsock.  How are you?

15   A.  Good morning, sir.

16   Q.  Sir, you would consider yourself to be very

17   knowledgeable about the rules and regulations of the Federal

18   Elections Commission, wouldn't you?

19   A.  Yes, specifically with the reporting part of it.

20   Q.  Okay.  In fact, on December 4th of 2017, did you make a

21   presentation on that subject to the Department of Justice?

22   A.  I can't recall specifically doing that.  It's quite

23   possible.

24             MR. KENNER:  I'm going to ask Mr. Campbell to --

25   Your Honor, I have a document that I would like to use just
```

1   to refresh -- to see if it refreshes the witness's

2   recollection.  I unfortunately did not previously mark it as

3   an exhibit.  May it be marked exhibit next in order?

4           THE COURT:  What exhibit -- what number is it,

5   Dorothy?

6           THE COURTROOM DEPUTY:  It will be 219.

7           THE COURT:  I'm sorry?

8           THE COURTROOM DEPUTY:  219.

9           THE COURT:  219, okay.  And it's being used to

10  refresh recollection?

11          Sam, I actually need a copy of the exhibit list

12  for the defense.  Do you have an extra one?  If you don't, I

13  can get one later.

14          THE LAW CLERK:  Not here.

15          MR. KENNER:  Your Honor, may I approach the

16  witness?

17          THE COURT:  Yes.

18          MR. KENNER:  Or ask someone from my team to do

19  that?

20          THE COURT:  I'm sorry.  You can do that, or

21  somebody can put it on the ELMO for him to see, whatever's

22  easier.

23          MR. KENNER:  Put it on the ELMO, just for --

24          THE COURT:  What I would do -- okay.  That's

25  probably the easiest, if we can.

1          It's to refresh your recollection, so when it

2     shows up on your screen, it's not going to be visible to the

3     jury or anybody else.  Read it to yourself, and then at the

4     end, you can -- they'll have some questions, and we'll see

5     whether that refreshes your memory.

6          Didn't you say something about the Department of

7     Justice?  This doesn't look like it's something from the

8     Department of Justice.

9          MR. KENNER:  I apologize, Your Honor.  It was the

10    National Institute for Lobbying and Ethics.

11         THE COURT:  Why don't you ask your question again,

12    and maybe he will remember it without looking at this.

13         MR. KENNER:  Sure.

14    BY MR. KENNER:

15    Q.  Do you recall making a presentation to the National

16    Institute for Lobbying and Ethics?

17    A.  Yes, I believe I recall making a presentation for

18    this --

19         THE COURT:  You need to speak in the microphone.

20    And the question is do you recall it without reading that?

21         If you can't recall it on your own, then you can

22    read it.  Okay?

23         So would you take it off for a second and ask the

24    question you want to know.

25         MR. KENNER:  Yes.

1          THE COURT:  Okay.

2     Q.  Did that refresh your recollection with regard to

3     whether or not you made a presentation to the National

4     Institute for Lobbying and Ethics on December 4, 2017,

5     regarding compliance with the Federal Election Commission?

6     A.  Yes, I do recall.

7     Q.  All right.  And as part of that presentation, you

8     explained to them your view about how the Federal Election

9     Commission regulations would apply with regard to lobbying

10    or with regard to ethics, correct?

11          MR. MULRYNE:  Objection, Your Honor; relevance.

12          THE COURT:  At this point I'm not sure what his

13    speech has to do with what's happening here, so if we could

14    move to whatever it is.

15    Q.  Sir, does the FEC provide training to campaign staff

16    with respect to what the rules are and how they should

17    follow them and in what manner?

18    A.  The FEC does offer training to the public throughout the

19    year.

20    Q.  And is that same training offered to campaigns?

21    A.  Yes, campaigns are able to attend those trainings.

22    Q.  All right.  And in your view they should, shouldn't

23    they, to get to know the rules?

24          MR. MULRYNE:  Objection, Your Honor; calls for

25    opinion, relevance.

1          THE COURT:  Sustained.  That's not why he's been

2    put on the stand.

3    Q.  Do you recall whether or not in 2012 any members of --

4    related to Obama fundraising took a course with regard to

5    what the FEC rules were and how they were to comply with

6    them?

7    A.  I cannot recall the specifics of whether or not that

8    occurred.

9    Q.  Okay.  Do you know who William Kirk is?

10   A.  No, I do not.

11   Q.  Okay.  Do you know whether or not William Kirk --

12   whether you know him or not -- was an attorney and treasurer

13   of the Obama PAC?

14          MR. MULRYNE:  Objection, Your Honor; asked and

15   answered.

16          THE COURT:  He's indicated he doesn't know any of

17   that -- whether or not they had training in 2012.

18          You might want to put some groundwork here in

19   terms of whether he would know that, whether that's part of

20   his responsibilities.

21          MR. KENNER:  Thank you.

22   Q.  Does the FEC send -- I'll call them warning letters, for

23   lack of a better phrase.  Does the FEC communicate to a

24   campaign when they see something they perceive to be a

25   violation?

1    A.  Yes.  Those are called Requests for Additional

2    Information letters.

3    Q.  Okay.  And with regard to the Obama campaign in 2012,

4    let's start with the Obama Victory Fund, did you send any

5    such notices to anybody involved in campaign finance?

6    A.  I do not know.

7    Q.  Have you looked to see to prepare yourself for

8    testimony?

9    A.  I have not.

10   Q.  Do you not consider that important to what you're

11   testifying about?

12          MR. MULRYNE:  Objection, Your Honor;

13   argumentative.  And that's not what Mr. Hartsock testified

14   about.

15          THE COURT:  He doesn't decide what to testify.

16   Counsel do, in terms of discussing it with him so...

17          MR. KENNER:  I'm sorry, what was the ruling?

18          THE COURT:  You referred to him as a witness to

19   decide what he wants to talk about.  The government decides,

20   or whoever the counsel is decides what area they'd like to

21   present them with.

22          MR. KENNER:  Okay.

23          Your Honor, I -- let me --

24          THE COURT:  You're asking him why he's here on

25   something --

```
1              MR. KENNER:  May I go to the phone?  May I have a

2      quick --

3              THE COURT:  -- when you know that that's not

4      generally how decisions about the subject matter of

5      testimony is done.

6              MR. KENNER:  May I have a...?

7              (The following is a bench conference

8               held outside the hearing of the jury)

9              THE COURT:  Mr. Kenner, you're asking him

10     something that -- he's been put on for something specific.

11     You have not asked him as to whether these are areas that he

12     would -- apart from preparing, which obviously the

13     government decides what they want to have him talk about;

14     for all witnesses.  You should not be of the impression that

15     he decides what he wants to talk about in terms of the

16     subject matter.

17             As to whether these are areas that in his work he

18     would come in contact with, if it turns out that he would

19     get these letters or review them or something else, it would

20     be very pertinent and probative on your part to bring it

21     out.  We don't know whether he has anything to do with them.

22     He just looks at reports.

23             We don't know whether or not he has anything to do

24     with these -- what you've called these warning letters.

25             MR. KENNER:  All right.  Your Honor, I talked to
```

1    Mr. Keller earlier, and I asked him if he was going to keep

2    me strictly to the confines of direct, if he -- which is

3    fine, and I'll recall the witness in my own case.

4           Mr. Keller indicated that he would rather I cover

5    the subject matter now rather than recall him.

6           THE COURT:  But nobody's asked the question --

7    nobody has said this is not direct, that it's not within --

8    that's not been the objection.

9           The objection has been more in the context of

10   you're asking him a question about why he didn't prepare for

11   this when obviously it depends on what the government told

12   him what the subject matter they want to bring him here for,

13   and you have not set the groundwork to discuss whether this

14   witness would have ever looked at these letters.

15          So if you want to have him as your witness, you

16   need to set the groundwork that this is an area that he

17   should know about.

18          MR. KENNER:  Thank you.

19          (This is the end of the bench conference)

20          THE COURT:  And I take it this witness was going

21   to be considered both a government and a defense witness

22   potentially.

23   BY MR. KENNER:

24   Q.  Sir, your work at the FEC is in the area of compliance;

25   is that correct?

1    A.  Yes.  I work in the reports analysis division within the

2    office of compliance.

3    Q.  Okay.  And are you the chief of that section?

4    A.  No.  I'm one of the branch chiefs within the division,

5    the reports analysis division.

6    Q.  Okay.  And in the course of your duties as a compliance

7    officer, is it your job to review reports that have been

8    sent in to determine whether or not they're in compliance

9    with the FEC rules?

10   A.  Our analysts within the reports analysis division

11   perform the analysis on those reports, and my current role

12   would be as second-level review for quality control of the

13   analysis.

14   Q.  Okay.  So after your team or others do the analysis, do

15   they report the result of their work to you?

16   A.  Yes.

17   Q.  All right.  And do you review their work?  Do you look

18   at the reports they give you to see whether, in fact,

19   they're in compliance or not with the FEC rules?

20   A.  We do verify the findings that the analysts present.

21   Q.  All right.  And what is the process you use to verify

22   the findings?

23   A.  Oftentimes we will look at the report that is reviewed

24   by the analyst and review their documentation based upon the

25   review and the analysis that they've conducted on the

1    report.

2    Q.  And part of that analysis is based upon the report that

3    the campaign is required to provide to the FEC; is that

4    correct?

5    A.  Yes.

6    Q.  And that would include a form -- I'm sorry, I don't

7    remember the number of it, but the form in which a donor is

8    asked for their name, their address, their Social Security

9    number, date of birth; is that correct?

10   A.  Campaigns and committees are required to disclose and

11   itemize contributions from individuals on Schedule A of the

12   report.

13          I would point out that date of birth is not one of

14   those requirements to be disclosed on the FEC report.

15   Q.  Okay.  And then when you get that information, do you do

16   anything to verify its accuracy?

17   A.  We conduct our analysis based upon what the committee

18   discloses on the report.

19   Q.  And if you found what you might consider something

20   suspicious, would you cause there to be a follow-up on that

21   information?

22   A.  One of the actions that we can take in the reports

23   analysis division is to send the committee or the campaign a

24   letter, the Request for Additional Information letter, if we

25   have a question about something disclosed on the report.

1   Q.  Are you aware of whether or not you or anyone under

2   you -- and when I say "under you," I mean that works for

3   you -- sent any letters to the Obama campaign in 2012?

4   A.  I cannot recall whether or not that occurred.

5   Q.  Is that kind of information available to you?

6   A.  That information would actually be available to anyone

7   in the public on the FEC website.

8   Q.  Okay.  And "anyone" would include you, correct?

9   A.  Yes, sir.

10  Q.  *So would it follow that if there are no complaint

11  letters to the campaign, that the FEC would have found there

12  was nothing irregular?

13          MR. MULRYNE:  Objection, Your Honor; relevance,

14  speculation.

15          THE COURT:  Well, I guess the question is, is this

16  in the context of your calling him as your witness as

17  opposed to in response to the direct and cross?

18          MR. KENNER:  Yes, Your Honor.

19          THE COURT:  I'll allow this one question, assuming

20  he knows the answer.

21  Q.  Do you know the answer, or do you remember the question?

22  A.  Sorry, sir.  Could you please repeat?

23          MR. KENNER:  Yes, may I ask that the question be

24  read back, please?

25              *(Question read)

1   A.  If there were no RFAI letters sent to the committee,

2   that would mean that we in the reports analysis division

3   found nothing that was justified in questioning.

4   Q.  Okay.  Are you -- can you tell me, in the training

5   sessions that are available for campaigns, specifically the

6   one for Mr. -- for past President Obama in 2012 -- in the

7   year 2012, what kinds of topics were covered in the training

8   courses?

9          THE COURT:  You've asked a couple of questions in

10  here.  One is whether -- it's not clear to me that you're

11  talking about training sessions in 2012, or the campaign in

12  2012, or whether there were any training sessions in 2012 of

13  the campaign.

14         MR. KENNER:  Okay.

15         THE COURT:  Can you clarify or break it down?

16         MR. KENNER:  Yes.  Certainly, Your Honor.

17  Q.  Were there training courses being offered to campaigns

18  in 2012?

19  A.  Yes.

20  Q.  Do you know or is there information -- let me withdraw

21  it.

22         Is there information that you maintain at the FEC

23  that would help you determine whether or not anybody from

24  the Obama campaign in 2012 attended any of these training

25  sessions?

1    A.   It's possible.   Not to my specific knowledge.

2              Our information division at our agency runs these

3    training sessions; so they may maintain those records, but I

4    don't have direct access to those records.

5    Q.   Could you access them, if you wanted to?

6              MR. MULRYNE:   Your Honor, objection to this line

7    of questioning on relevance about whether the campaign had

8    training or no training.

9              THE COURT:   Yes, it does seem to me that perhaps

10   this is a -- let me instead of saying it out loud...

11             (The following is a bench conference

12              held outside the hearing of the jury)

13             THE COURT:   Mr. Kenner?

14             MR. KENNER:   Yes.

15             THE COURT:   You're asking, I think, the wrong

16   person.   I mean, it sounds to me that he doesn't -- you

17   know, the agency does it.   In terms of asking, you know,

18   whether or not they came, he doesn't have it.

19             Are you asking him to -- what?   To go and look at

20   it?   I mean, as a practical matter, this doesn't appear to

21   be the right person to be asking about what training they've

22   done.   He's not specifically providing it, as far as I can

23   tell, and doesn't keep the records.

24             So there's no point in asking him for what he

25   doesn't know.

```
1              MR. KENNER:  Thank you, Your Honor.
2              THE COURT:  Okay.
3              (This is the end of the bench conference).
4    BY MR. KENNER:
5    Q.  Sir, can you then again tell me the difference between a
6    Super PAC and a campaign fund, in this case the Obama
7    Victory Fund versus the Black Men Vote PAC?
8    A.  A Super PAC is a committee, a PAC, that can take in
9    unlimited contributions to make independent expenditures to
10   support or oppose --
11             THE COURT:  Can you keep your voice up.
12   A.  -- a candidate for federal election.
13   Q.  Okay.  You would agree, would you not, that the PAC that
14   receives the money is not required to give it to a specific
15   candidate?
16   A.  That's my understanding.
17   Q.  So money that went to the Black Men Vote PAC could have
18   been used on behalf of any Democratic candidate anywhere in
19   the country?
20             MR. MULRYNE:  Objection, Your Honor; no evidence
21   in the record -- foundation -- that the witness knows about
22   that particular PAC.
23             THE COURT:  I would agree with that, so I'll
24   sustain it.
25             MR. KENNER:  Okay.
```

1          THE COURT:  And you've included information that

2    we don't know that he knows as to whether Black Lives Matter

3    [sic] is or is not a Super PAC.

4    Q.  Would you agree, though, again, that a donation to a

5    Super PAC is to be used at the discretion of the Super PAC,

6    and that it is not required to be used for a particular

7    person or candidate?

8          MR. MULRYNE:  Asked and answered, Your Honor.

9          THE COURT:  He's answered that already.

10         MR. KENNER:  Can I ask that he remind me of the

11   answer?

12         MR. MULRYNE:  Same objection, Your Honor.

13         MR. KENNER:  Okay.  I'll move on.

14   Q.  Is there a -- let me withdraw that.

15         Are reports being filed by a campaign with the FEC

16   during the entire length of a campaign?

17   A.  Yes, as long as the committee's actively filing reports.

18   Q.  Okay.  And are there opportunities for a campaign to

19   modify or correct information that they may think was wrong

20   when they submitted it?

21   A.  Yes.

22   Q.  Is that something that's commonly done?

23   A.  Yes.  We do see committees amend their reports from time

24   to time.

25   Q.  Do you recall whether or not you saw or there were filed

1    with your Federal Elections Commission supplemental reports

2    modifying factual information?

3    A.   I'm sorry, are you asking for a specific committee?

4         THE COURT:  Do you recall whether or not there

5    were filed supplemental reports in any time frame?

6         MR. KENNER:  During the Obama campaign.

7         THE COURT:  You didn't put that in.

8         MR. KENNER:  I apologize.

9         THE COURT:  So ask it again.

10        MR. KENNER:  Yes.

11   Q.   Do you have access to information that would allow you

12   to determine whether or not there were supplemental or

13   corrective reports filed by the Obama campaign in 2012 or

14   thereafter?

15   A.   I don't know the answer to that question, but I do have

16   access to it, like everyone would, by going to the FEC

17   website and looking at the committee's filings.

18   Q.   Is it your testimony that the accuracy of forms that are

19   filled out and provided to the FEC, accuracy is -- of that

20   information is not a factor to your evaluation?

21   A.   Our job in the reports analysis division is to review

22   what is presented on the reports.

23   Q.   Okay.  So you rely on the campaign that sent you these

24   reports to make sure that they're accurate.  Would that be

25   fair?

1    A.  Yes.  We perform the analysis that is disclosed on the

2    report.

3    Q.  In those instances where the Federal Elections

4    Commission sends notice to somebody about something that's

5    inaccurate or incomplete in an FEC campaign filing, who

6    would the FEC notify?  The candidate or somebody else?

7    A.  When a Request for Additional Information letter is sent

8    from our division, it is addressed to the designated

9    treasurer of the committee.  That's who the letter is sent

10   to.

11   Q.  Do you know who the treasurer was for the Obama -- I'm

12   sorry, for Black Men Vote?

13        MR. MULRYNE:  Objection, Your Honor; relevance,

14   asked and answered from earlier.

15        THE COURT:  I don't see whether knowing who the

16   person is specifically has anything to do with it at this

17   point, so I'll sustain it.

18        MR. KENNER:  All right.

19   Q.  Did you ever have occasion to make a determination who

20   was the treasurer or co-treasurer of the Obama Victory Fund?

21   A.  No.

22   Q.  Am I correct in -- am I correct that the PAC, the Super

23   PAC, is required to refund donations that are considered to

24   be questionable?

25   A.  I'm not certain.  Are you speaking about a specific

1    committee, or in a general sense?

2    Q.  If a particular PAC -- in this case, the Black Men

3    Vote -- would they be required under the FEC rules to refund

4    donations that were considered to be questionable?

5    A.  Yes.  That's my understanding; that they would screen

6    their contributions and take appropriate actions.

7    Q.  And is the appropriate -- among the appropriate actions

8    is to refund the contribution?

9    A.  Yes.

10   Q.  If I were to ask you the same question regarding the

11   Obama Victory Fund, is it the campaign fund's responsibility

12   to refund donations considered to be questionable?

13   A.  Yes.

14   Q.  Do you know -- and perhaps you don't.  Do you know

15   whether the Black Men Vote fund returned any contributions?

16           MR. MULRYNE:  Objection, Your Honor.  I think

17   we've already established a lack of knowledge.  And

18   foundation.

19           THE COURT:  It appears that he does not know

20   specifically about the Black Men Vote fund, so I don't know

21   how he could answer if he doesn't know anything about it.

22           MR. KENNER:  Okay.

23   Q.  Would it be within the purview of your job in a

24   presidential election to become familiar with the

25   fundraising efforts of that presidential candidate?

1    A.  We would have an assigned analyst for each committee

2    that reviews the reports.

3    Q.  Okay.  So there would have been an assigned analyst

4    reviewing both the Black Men Vote and the Obama Victory

5    Fund; is that correct?

6    A.  That's correct.

7    Q.  Do you know whether or not you ever saw any reports from

8    either of those two people or more?

9    A.  I can't say that I have seen any of those reports.

10   Q.  Are there any FEC regulations, to your knowledge, about

11   the time frame within which a questionable contribution

12   should be returned by the campaign?

13   A.  Based upon my understanding, it would be 30 days.

14   Q.  Were you able to determine whether or not any

15   campaign -- do you have access to the records that reflect

16   what contributions have been returned?

17   A.  That information would be disclosed on the committee's

18   reports, which would be accessible to anyone in the public.

19          So to answer your question, yes, I would have

20   access to that information.

21   Q.  Okay.  If a PAC ends up with a surplus -- and by that I

22   mean, when the campaign is over, they have more money than

23   they spent -- are there regulations with respect to what's

24   supposed to happen to that excess money?

25   A.  To my understanding, there are various options that a

1    committee could get rid of those excess funds, if they so

2    choose to.

3    Q.  The same with the direct campaign fundraising?  If they

4    end up with more money than they spent, does the FEC require

5    that that money -- that anything specific be done with that

6    money?

7             THE COURT:  Who are you talking about?

8             MR. KENNER:  Now we're talking about the Obama

9    Victory Fund.

10            THE COURT:  Okay.

11   A.  The FEC doesn't require anything specifically.  There

12   are various options that a committee could undertake to

13   expend those excess funds.

14   Q.  Okay.  Can either a Super PAC or a direct campaign fund

15   independently decide where they want to spend the excess

16   funds?  Do they have the right to do that?

17            THE COURT:  Independent of whom?

18            MR. KENNER:  Independent of the FEC.

19            THE COURT:  Okay.

20   A.  There are a set amount of options that a committee could

21   take to expend those funds.

22   Q.  Does the FEC maintain -- I'll call it a hotline, for

23   lack of a better term -- a line that a campaign can quickly

24   access to get information about any questions that they

25   might have?

1    A.  Yes.  Our information division at the agency maintains a

2    1-800 number that campaigns or PACs can call in to with

3    questions.

4    Q.  And the FEC would address those questions to the best of

5    their ability to clarify the FEC position with regard to the

6    question?

7    A.  Yes.  That's my understanding.

8              MR. KENNER:  May I just have a moment, Your Honor?

9              (Pause)

10   Q.  Do you know what the limitation -- you said there's

11   limitations on what the campaign can do by virtue of FEC

12   rules.  Do you know what those options are that are proper

13   within the FEC?

14             THE COURT:  Are you talking about a surplus or

15   something else?

16             MR. KENNER:  I'm sorry?

17             THE COURT:  Are you talking about a surplus --

18             MR. KENNER:  Yes --

19             THE COURT:  -- or are you talking about --

20             MR. KENNER:  -- I'm talking about a surplus.

21   A.  I'm familiar with some of those options.  I'm not sure

22   if I'd be able to recall all of them.

23   Q.  Okay.  Do you want to tell us those that you can recall?

24   A.  Sure.  One of the options would be for the committee to

25   make contributions to candidates or other committees of

1    their choosing.

2              Another option would be to refund those excess

3    contributions to the original contributor.

4              Another option that a committee could do is make a

5    charitable contribution with those excess funds.

6              Those are the ones that I can recall.

7    Q.  All right.  Do I understand correctly that if I made a

8    contribution to the Obama Victory Fund and there was surplus

9    money left in that fund, that the campaign could redirect my

10   contribution to any candidate of their choosing?

11   A.  I'm not sure I understand your question.  You've asked

12   about the joint fundraising committee and the campaign,

13   which are two different entities.

14             So could you clarify, please?

15   Q.  Sure.  Let's start with the fundraising campaigns, in

16   this case the Obama Victory Fund.

17             THE COURT:  Instead of calling it -- since he

18   doesn't seem to be familiar one way or the other with the

19   Obama Victory Fund or the Black Lives Fund, why don't we

20   discuss it as a Super PAC or whatever it is so that he can

21   answer them.

22             MR. KENNER:  Sure.

23   Q.  Let's start first with the Super PAC.  Can a Super PAC,

24   if it has a surplus, donate the money to whoever they want?

25   A.  Yes.

1   Q.  And without having to get the consent of the person that

2   donated?

3   A.  That's my understanding, yes.

4   Q.  All right.  Is that in part because the PAC, a Super

5   PAC, can choose to direct the money they receive as they

6   wish?

7   A.  Yes.

8   Q.  Even without it being a surplus?

9   A.  Yes.

10  Q.  And now with regard to the campaign fund, does the --

11  does a campaign fund have the ability to pick whoever they

12  might want to send money to out of any amount that's left

13  over?

14  A.  I believe that would be an option for them.

15  Q.  Okay.  And do they have to report -- let's talk first

16  about the PAC.  Do they have to file a report with the FEC

17  that would advise the FEC of what they did with the surplus

18  money, how specifically they spent it?

19  A.  Every expenditure or disbursement from the PAC account

20  should be reported on an FEC report.

21  Q.  Okay.  And would the same be true of a campaign?

22  A.  Yes.

23  Q.  And you don't know whether that was done with either the

24  PAC or the campaign fund in connection with the 2012 Obama

25  presidential race?

```
 1    A.  I do not know.

 2    Q.  Thank you.

 3              MR. KENNER:  I have nothing further.

 4              THE COURT:  Redirect.

 5              MR. MULRYNE:  Yes, Your Honor.

 6                    REDIRECT EXAMINATION

 7    BY MR. MULRYNE:

 8    Q.  Good morning, Mr. Hartsock.

 9    A.  Good morning, sir.

10    Q.  Just a few questions.

11              You were testifying, I believe, both on direct and

12    on cross-examination, that the FEC relies on information,

13    the filings provided to it, from campaigns; is that right?

14    A.  Yes.

15    Q.  So if one of these FEC filings, this campaign report,

16    indicates, for example, that an individual -- say, a Rudolph

17    Moise -- contributes $30,000 to a campaign, does the FEC

18    rely on that report when it's reviewing that information?

19    A.  Yes.

20    Q.  Does the FEC separately go and interview, in this

21    example, Mr. Moise?

22    A.  No.

23    Q.  You were asked on cross-examination from defense counsel

24    about irregularities that appear in FEC reports and whether

25    or not letters are sent by the FEC if there's an
```

1    irregularity that's identified; is that right?

2    A.  Yes.

3    Q.  Would it always be -- in your experience, would it

4    always be readily apparent on the face of an FEC report

5    whether or not the contributor listed is the true source of

6    that particular contribution?

7    A.  No.

8    Q.  Are you familiar at all with what's called conduit

9    contributions or straw donors?

10   A.  Yes, I am.

11   Q.  All right.  And just generally, based on your

12   understanding, what is a conduit contribution or a straw

13   donor?

14   A.  Specifically a straw donor would be an individual that

15   is listed as being the direct source of the contribution

16   when, in fact, they are not the true source of the

17   contribution.

18   Q.  If someone were to make a conduit contribution to a

19   campaign, and the campaign were to rely on that information

20   and list the person who actually made the contribution, not

21   the true source, would the FEC know who the true source is

22   of that conduit contribution?

23   A.  No.

24   Q.  And based on your experience and understanding in the

25   reports analysis division, is that the point of a straw

1    donor or conduit contribution, to conceal the true source of

2    the contribution?

3    A.   Yes.

4    Q.   Nonetheless, does it matter to the FEC whether or not

5    the contribution information on an FEC filing is true and

6    accurate?

7    A.   Yes.

8    Q.   Why does that matter to the FEC?

9    A.   I would say it matters for several reasons.

10             First of all, for public transparency.  One of the

11   missions and the goals of our agency is to present the

12   public with clear and accurate information so anyone would

13   be able to see exactly who's contributing to a given

14   committee.

15             Secondly, I would say it's important from the

16   FEC's standpoint that we have accurate information so we can

17   perform an accurate analysis on that information.

18             MR. MULRYNE:  No further questions, Your Honor.

19             THE COURT:  All right.  Can he be excused all

20   together?

21             MR. KENNER:  Yes, Your Honor.

22             MR. MULRYNE:  Yes, Your Honor.

23             THE COURT:  All right.  You're excused, sir.

24             THE WITNESS:  Thank you.

25             THE COURT:  All right.  Your next witness?

 1          MR. MULRYNE:  Your Honor, the government calls

 2     Elliott Broidy.

 3          THE COURT:  Okay.

 4          All right.  Sir, if you would step up over here.

 5          If you would step up, and then if you would

 6     stop -- excuse me a minute.  We need to swear you in, sir.

 7     We need to have you stand and be sworn in.

 8          (Witness sworn)

 9          THE COURT:  All right, sir.  You can move the

10     chair up.  You need to move the microphone down, and you can

11     take your mask off so we can hear you.  All right?

12          THE WITNESS:  Thank you.

13          THE COURT:  And I would ask that you allow counsel

14     to finish their questions, even if you know what they're

15     asking you, before you start to answer so we have the

16     question and the answer for the record.

17          If you hear the word "objection," or probably more

18     likely see counsel at either table stand or start to stand,

19     they're going to object.  If you haven't started to answer,

20     don't.  If you're in the middle of your answer, please stop,

21     let me hear what the objection is, and then I'll tell you

22     whether you can answer.  All right?

23          THE WITNESS:  Yes.

24          MR. MULRYNE:  Excuse me one moment, Your Honor.

25          THE COURT:  Certainly.

```
 1              MR. MULRYNE:  We're good.  Just a technical issue.
 2                       ELLIOTT BROIDY, Sworn
 3                        DIRECT EXAMINATION
 4    BY MR. MULRYNE:
 5    Q.  Good morning, Mr. Broidy.
 6    A.  Good morning.
 7    Q.  Could you please state and spell your full name for the
 8    Court and the court reporter.
 9    A.  Elliott Broidy; E-L-L-I-O-T-T, B-R-O-I-D-Y.
10    Q.  Mr. Broidy, in what city and state do you reside?
11    A.  Boca Raton, Florida.
12    Q.  And what is it that you do for a living?
13    A.  I manage a couple of businesses that I'm involved with.
14    Q.  All right.  And I'm not going to ask you for a complete
15    or exhaustive list of your businesses, but could you just
16    tell us generally about a few of the business entities that
17    you own and operate.
18    A.  Sure.  One is Cir --
19              THE COURT:  Can I ask you to speak up?  Think of
20    it as you're speaking to somebody at the back door.  You
21    need to speak up more so we can get a record and hear you.
22              THE WITNESS:  Yes, I'd be happy to.
23    A.  One is called Circinus; it's a government contractor
24    that provides intel analysts mostly to the Department of
25    Defense.  The company has facility and various security
```

1    clearances, and also an expertise in open source

2    intelligence.

3              Another company that I'm involved with has

4    products that are used in public safety, mostly helping law

5    enforcement.

6              Then I have an entity called Broidy Capital that

7    is my family holding company.

8    Q.  And just to be clear on the last one or in case this

9    is -- it might be different, I know we're going to see some

10   emails I believe where Broidy Capital Management is

11   mentioned.  What is Broidy Capital Management?

12   A.  That's an entity that I use just to manage my

13   investments.

14   Q.  Okay.  I want to take a moment to talk a little bit

15   about your political involvement over the years.

16              First, before I do, what is the Republican

17   National Committee or the RNC?

18   A.  It's kind of the governing body of the Republican party.

19   It's responsible for the political platform, the convention,

20   presidential conventions every four years, the fundraising

21   for the party, things of that nature.

22   Q.  In the early to mid-2000s, were you involved in any

23   official capacity with the RNC?

24   A.  Yes.  I was the finance chairman of the Republican

25   National Committee from 2006 to 2008.

1    Q.  Did you have some occasion -- after that period, 2006 to

2    2008, did you have some occasion thereafter where you

3    assumed a similar position with the RNC?

4    A.  Yes, a less senior position.  I was a vice chairman of

5    finance for the RNC in 2016 after Donald Trump became the

6    presumptive nominee of the Republican party.

7    Q.  And in that role, in that capacity during that time in

8    2016, what were your duties and responsibilities?  What is

9    it that you were doing?

10   A.  It was more regional and more focused on fundraising.  I

11   fundraised western states, around 15 western states, and

12   Alaska and Hawaii, and was involved for that period of time;

13   and then again was involved as a vice chairman, continued in

14   the role, after Trump was elected.

15   Q.  In your role with the RNC again in 2016, did you

16   interact with, work, and travel with high-ranking officials

17   that were part of President Trump's -- then-candidate

18   Trump's -- campaign?

19   A.  Yes.

20   Q.  And did many of those individuals go on to serve in

21   high-ranking positions within President Trump's

22   administration?

23   A.  Yes.

24   Q.  In your role with the RNC during that time, did you meet

25   personally with President -- then-candidate -- Trump?

1    A.   Yes.

2    Q.   Once?   On multiple occasions?

3    A.   Multiple occasions.

4    Q.   As a result of your work with the RNC during that

5    period, did you believe and understand yourself to have

6    access to President Trump's administration after he took

7    office?

8    A.   Yes.

9    Q.   Okay.   Mr. Broidy, I want to now talk more specifically

10   about this case and this matter.

11          In 2017, did you, Mr. Michel, and others agree to

12   use your access and influence with the administration on

13   behalf of a foreign national?

14   A.   Yes.

15   Q.   What was the name of that foreign national?

16   A.   Jho Low.

17   Q.   Also known as Low Taek Jho?

18   A.   Yes.

19   Q.   And what was the -- generally speaking.   We're going to

20   talk more about this in detail in a moment.

21          But generally, what was the matter or issue with

22   which you, Mr. Michel, and others agreed to help Mr. Low?

23   A.   With a civil forfeiture brought by the United States

24   with regard to 1MDB.

25   Q.   We're going to talk more about 1MDB in a moment.

1      Did you understand that matter involving 1MDB to

2  be a legal matter investigation by the United States

3  Department of Justice?

4  A.  Yes.

5  Q.  And how did you and Mr. Michel and others attempt to

6  help Jho Low with regard to that 1MDB matter?

7      MR. KENNER:  Objection, Your Honor; compound.

8  Mr. Michel and --

9      THE COURT:  You want to separate it out in terms

10  of Mr. Michel and others?  Separate it.

11      MR. MULRYNE:  It's one endeavor, Your Honor.

12      THE COURT:  Okay.  Then I'll have you go ahead and

13  answer the question as he has posed it.

14  Q.  Mr. Broidy, I'll ask it again, if that would be helpful.

15  A.  Please.

16  Q.  How did you, Mr. Michel, and others agree to help

17  Mr. Low regarding this 1MDB matter?

18  A.  I sought to use the relationships I had in the

19  administration and government to -- in the hopes of helping

20  resolve the 1MDB matter.

21  Q.  To get rid of or resolve the 1MDB matter for Mr. Low?

22  A.  Yes.

23  Q.  And what, if anything, did Jho Low agree to provide you,

24  Mr. Michel, and the others in exchange -- in return for that

25  influence campaign?

1    A.   In my case, I was offered compensation, $8 million as a

2    retainer, along with a success fee based on the duration of

3    the engagement, how long it would take to settle.   That

4    ranged between $50 and $75 million.

5    Q.   Did you, in fact, receive millions of dollars from

6    Mr. Low?

7    A.   I received the retainer plus an additional fee.

8    Q.   And did you understand Mr. Michel and others involved to

9    also receive money from Mr. Low as a result?

10   A.   I believe so.  I know in the case of Nickie Lum Davis,

11   she received 30 percent of what I received.

12            I don't have firsthand knowledge of what

13   Mr. Michel's deal was.

14   Q.   Did you understand Mr. Michel to be taking a cut of the

15   monies that he received from Mr. Low?

16            MR. KENNER:  Objection, Your Honor; calls for

17   speculation, no foundation.

18            THE COURT:  No.  The question is whether he knows

19   this or not.

20   A.   Yes.

21   Q.   In addition to the 1MDB matter, did you, Mr. Michel,

22   Mr. Low, and another person meet with a Chinese government

23   official in China in 2017?

24   A.   Yes.

25   Q.   Was the Chinese government official you met with named

1    Sun Lijun?

2    A.  Yes.

3              THE COURT:  Can you spell that for the record.

4              MR. MULRYNE:  Yes, Your Honor.  Sun, S-U-N; Lijun,

5    L-I-J-U-N.

6    Q.  Mr. Broidy, during this meeting in China with Mr. Sun,

7    did Mr. Sun mention a Chinese national who was living in the

8    United States at the time?

9    A.  Yes.

10   Q.  And what, if anything, did he express to you and

11   Mr. Michel and others about what the Chinese government

12   wanted to have happen to that individual?

13   A.  They were interested in extraditing the individual.  He

14   spoke about the guy's criminal behavior, and he offered for

15   the United States a number of things that he thought would

16   be of interest to the United States, including release of a

17   pregnant woman, returning dozens of Chinese nationals living

18   in the United States or incarcerated criminals, and other

19   things of that nature.

20   Q.  And you mentioned a moment ago extradition of this

21   Chinese individual living in the United States.  Just to be

22   clear, what does it mean to extradite?

23   A.  I understand it would be to return him to China.

24   Q.  Okay.  And how did you, Mr. Michel, and others seek to

25   help in this effort to extradite this Chinese individual?

1   A.  In my case, I talked to a person named Steve Wynn, who

2   had experience in Asia and was the Republican National

3   Committee finance chairman.  And I sent him information

4   about Guo as an example, and he indicated that he was going

5   to do due diligence and get back to me.

6          THE COURT:  Can you keep your voice up?  I'm

7   sorry, sir, to interrupt, but can you keep your voice up?

8          THE WITNESS:  Yes.

9          THE COURT:  You can move the microphone closer and

10  move yourself closer.

11         THE WITNESS:  Yes, sorry.

12  A.  I also, at the request of Vice Minister Sun -- he

13  was trying to set up meetings through official channels, and

14  I -- he asked me if I would help him.  He wasn't having any

15  luck.  So I also attempted to do that.

16         He wanted to pitch his idea that he described to

17  me to Attorney General Sessions, for example.

18  Q.  And, again, we'll talk about those in more detail here

19  in a moment.

20         Did you understand that in exchange for assisting

21  in those efforts to extradite this Chinese individual, that

22  you could potentially receive more money from Jho Low?

23  A.  I think Nickie said they might throw us a bone or

24  something if we -- that Jho Low might.

25  Q.  And did you understand that throwing you a bone, as you

1    just testified, to mean Mr. Low would provide you more money

2    in assisting on the Guo extradition?

3    A.  Yes.

4    Q.  Did you understand the Guo extradition to also be

5    important to Mr. Low?

6    A.  Definitely.

7    Q.  At any time during this matter did you, Mr. Michel, or

8    anyone else, to your knowledge, disclose your arrangement

9    and your agreement with Jho Low?

10   A.  No.

11   Q.  Disclose it to any government officials?

12   A.  No.

13   Q.  Mr. Broidy, I want to step back for a moment now before

14   we move forward on some of the details that I mentioned

15   moments ago.

16           For your role in this matter, did you plead guilty

17   before this Court in 2020, pleading guilty to one count of

18   conspiracy to commit a violation of the Foreign Agents

19   Registration Act?

20   A.  Yes.

21   Q.  All right.  And as part of that plea agreement, did you

22   enter into an agreement with the government where you agreed

23   to cooperate during this investigation?

24   A.  Yes, I did.

25           MR. MULRYNE:  If we could pull up what's been

1    marked for identification Government Exhibit 531, not yet

2    admitted.

3    Q.  And, Mr. Broidy, at any time if you have trouble seeing

4    something on the screen or if you need to see other pages of

5    the exhibit, just let us know.

6            My question here:  Do you recognize this on the

7    screen as your plea agreement that you executed with the

8    government in the case I just mentioned?

9    A.  Yes.

10           THE COURT:  I'm sorry, what was the number?

11           MR. MULRYNE:  This is Government Exhibit 531, Your

12   Honor.

13           THE COURT:  Oh, '31, okay.

14           MR. MULRYNE:  And the government now moves to

15   admit 531.

16           THE COURT:  Any objections?

17           MR. KENNER:  No, Your Honor.

18           MR. MULRYNE:  If we may publish?

19           THE COURT:  Hold on a second.

20           I'll admit Government's Exhibit 531 without

21   objection.

22   Q.  Mr. Broidy, as part of your plea agreement, what is it

23   that you agreed to do?

24   A.  I agreed to provide truthful and complete testimony.

25   Q.  And in return for providing truthful and complete

1    testimony, did you -- as part of this agreement, did the

2    government agree to bring your cooperation to the attention

3    of the Court?

4    A.  Yes.

5    Q.  And if that were to have happened, what was it that you

6    were hoping for from the Court?

7    A.  A reduced sentence.

8    Q.  Okay.  What did you understand would happen if you did

9    not provide truthful and honest testimony pursuant to the

10   plea agreement?

11          In other words, what would happen if you were to

12   lie or provide false information pursuant to this agreement?

13   A.  I understood I'd be prosecuted for perjury, possibly

14   obstruction.

15   Q.  So this plea agreement we see, it's dated September 30,

16   2020.  Moving ahead a few months, in January of 2021 did you

17   receive a full presidential pardon related to the conduct

18   involved in that case?

19   A.  Yes.

20   Q.  And, I'm sorry, Mr. Broidy, one other thing before I

21   move on there.

22          MR. MULRYNE:  If I can show you Government Exhibit

23   532 also marked for identification, not admitted yet.

24   Q.  Mr. Broidy, do you recognize this as the Statement of

25   Offense that was executed and accompanied your plea

1    agreement in late 2020?

2    A.  Yes.

3           MR. MULRYNE:  Your Honor, move to admit Government

4    Exhibit 532.

5           THE COURT:  Any objections?

6           MR. KENNER:  No, Your Honor.

7           THE COURT:  I'll admit 532 without objection.

8    Q.  Mr. Broidy, I'm not going to go through this in detail

9    now, but do you understand the facts reflected in this

10   Statement of Offense to be true and accurate?

11   A.  Yes.

12   Q.  So you said -- moments ago you testified you received a

13   full presidential pardon in January 2021; is that correct?

14   A.  Yes.

15   Q.  Notwithstanding that pardon, did you agree to continue

16   to cooperate with the government during its investigation?

17   A.  Yes.

18          MR. MULRYNE:  Showing you what's been marked as

19   Government's Exhibit 530, not yet admitted.

20   Q.  Mr. Broidy, do you recognize this document as the

21   cooperation agreement that you entered into with the

22   government following the pardon?

23   A.  Yes.

24          MR. MULRYNE:  Your Honor, move to admit Government

25   Exhibit 530.

1                THE COURT:  Any objections?

2                MR. KENNER:  May I just have a moment, Your Honor?

3                THE COURT:  Yes.

4                (Pause)

5                MR. KENNER:  No objection.

6                THE COURT:  All right.  I'll admit 530 without

7  objection.

8  Q.  Mr. Broidy, pursuant to this agreement, what is it that

9  you agreed to do pursuant to this agreement?

10  A.  To provide truthful testimony.

11  Q.  And did you understand that pursuant to this agreement,

12  if you upheld your obligations, that the government would

13  not prosecute or pursue any other criminal conduct known to

14  it related to you?

15  A.  Yes.

16  Q.  And pursuant to this agreement, what do you understand

17  would happen if you were to lie or provide false information

18  during your testimony?

19  A.  I could be prosecuted for perjury or possibly

20  obstruction.

21  Q.  All right.  Mr. Broidy, I want to return back now to

22  what we were discussing more generally moments ago, and so I

23  want to take you back to early 2017.

24                In early 2017, did an individual named Nickie Lum

25  Davis approach you about a potential business opportunity?

1    A.  Yes.

2    Q.  First things first.  Who is Nickie Lum Davis?

3    A.  She is an entrepreneur from Hawaii who was splitting her

4    time between LA and Hawaii.

5         I knew her through her ex-husband for at that

6    point I'd say more than a decade.

7    Q.  And --

8         MR. KENNER:  I'm sorry, Your Honor.  I didn't hear

9    the last part of the answer.

10        THE COURT:  More than a decade.

11        You can actually move the microphone.  Instead of

12   being uncomfortable moving forward, just move it forward.

13        THE WITNESS:  Thank you, Your Honor.

14        THE COURT:  Okay.  There you go.

15   Q.  Can you tell us about this business opportunity that

16   Ms. Lum Davis presented to you in early 2017?

17   A.  She believed that there could be opportunities because

18   of the election of President Trump, the change of the

19   administration, and was exploring that.  The opportunity she

20   brought to me was involving this forfeiture action with

21   regard to Jho Low.

22   Q.  This 1MDB matter that you testified moments ago about?

23   A.  Yes.

24   Q.  And so at this point, what is it that Ms. Lum Davis told

25   you about this 1MDB matter?

1    A.  I think she mentioned that or sent me an email

2    describing it and wanted to get together and talk about the

3    action.

4    Q.  You mentioned 1MDB.  I think that's come up a couple of

5    times.

6              What is 1MDB?  What did you understand it to be?

7    A.  I understood that it was a government entity of Malaysia

8    that was an investment entity that was subject to a

9    forfeiture action in the United States.

10             MR. MULRYNE:  If we can pull up Government's

11   Exhibit 231 for identification, not yet admitted.  And we'll

12   zoom in here in a moment.

13   Q.  Mr. Broidy, do you recognize this as an email to you at

14   Broidy Capital Management from Ms. Lum Davis in March 2017

15   regarding this matter?

16   A.  Yes.

17             MR. MULRYNE:  Your Honor, move to admit Government

18   Exhibit 231.

19             THE COURT:  Any objection?

20             MR. KENNER:  No, Your Honor.

21             THE COURT:  All right.  I'll admit 231 without

22   objection.

23   Q.  All right.  Mr. Broidy, so this email from Ms. Lum

24   Davis --

25             THE COURT:  Do you want it published?

 1          MR. MULRYNE:  It is, Your Honor.

 2          THE COURT:  It is?  Okay.

 3   Q.  Mr. Broidy, this email from Ms. Lum Davis on March 5,

 4   2017, we see here an article that reads in part -- looking

 5   at the latter portion of that link -- "jho-low-trusts-ask-

 6   to-file-late-claims-in-forfeiture-lawsuits."

 7          Do you see that?

 8   A.  Yes.

 9   Q.  Is this concerning -- related to this matter involving

10   Mr. Low?

11   A.  Correct.

12   Q.  All right.  Who did you understand Jho Low to be?

13   A.  Generally the manager of the 1MDB entity.

14          MR. MULRYNE:  If we can pull up what's marked for

15   identification Government Exhibits 123 and 124.  This is an

16   email and an attachment not yet admitted.

17          MR. KENNER:  I can't -- oh.

18   Q.  Mr. Broidy, we're going to zoom in on 123 first here.

19          Do you recognize this as an email from Ms. Lum

20   Davis on the same day regarding this same matter?

21   A.  Yes.

22   Q.  And the attachment there, 124?

23   A.  Yes.

24          MR. MULRYNE:  Move to admit Government's Exhibits

25   123 and 124.

1          MR. KENNER:  No objection.

2          THE COURT:  All right.  I'll admit 123 and 124

3    without objection.

4    Q.  So, Mr. Broidy, looking first at 123, so an email from

5    Ms. Lum Davis to you on March 5, 2017.  And do you see there

6    the "Subject:  complaint"?

7    A.  Yes.

8    Q.  All right.  And then if we go to Government Exhibit 124,

9    the attachment, we see this is a legal filing involving *The*

10   *Wolf of Wall Street* motion picture; is that right?

11   A.  Correct.

12   Q.  What did you understand the relevance of this to be,

13   this legal filing involving the film *The Wolf of Wall*

14   *Street*?

15   A.  Just that that was one of the investments of 1MDB that

16   was subject to the forfeiture action.

17   Q.  All right.

18          MR. MULRYNE:  And if we go to Page 7 of Exhibit

19   124, specifically Paragraph 8.

20   Q.  And just as an example, Mr. Broidy, did you understand

21   Jho Low to be referenced throughout this filing?

22   A.  Yes.

23   Q.  What did you understand -- why did you understand

24   Ms. Lum Davis to have approached you about this 1MDB matter

25   involving Mr. Low?

1    A.  She indicated that she had a friend, Pras Michel, who

2    had known Jho Low for years and had a relationship with him,

3    and she thought there could be a business opportunity.

4    Q.  And why did she approach you with this opportunity in

5    particular?

6              MR. KENNER:  Objection; calls for speculation.

7              THE COURT:  No, I'll allow it.

8    A.  I think because of my political connections and

9    potential influence.

10   Q.  To that point, what did you understand your potential

11   role in this endeavor would be?

12   A.  To use those relationships in an attempt to resolve the

13   civil forfeiture action.

14   Q.  And you testified moments ago, did you understand from

15   Ms. Lum Davis that you stood to potentially receive millions

16   and even tens of millions of dollars in return for these --

17   for this work?

18   A.  Yes.

19             MR. KENNER:  Objection, Your Honor; leading.

20   A.  Yes.

21             THE COURT:  He has an objection.  He's answered

22   it.

23             Hold on one second.

24             What's your objection?

25             MR. KENNER:  Leading.

1           THE COURT:  Oh, he's answered the question.

2           I would just be careful in the future.

3           MR. MULRYNE:  Yes, Your Honor.

4    Q.  Mr. Broidy, you mentioned this moments ago, but who did

5    you understand -- or you referenced this moments ago, but

6    who did you understand Pras Michel to be?

7    A.  I understood that he was good friends with Nickie.  She

8    explained they'd done business together and were long-time

9    friends, that he had been very successful in the

10   entertainment and music industry, was one of the founders of

11   the band The Fugees, and had a relationship dating back

12   several years with Jho Low.

13   Q.  We'll turn it back to Mr. Michel in a moment.

14          MR. MULRYNE:  Let me show you Government Exhibit

15   429 not yet admitted.

16          THE COURT:  429 has been admitted.

17          MR. MULRYNE:  This is 429, Your Honor.  Did I

18   misspeak?

19          THE COURT:  I think I -- I have it admitted.  Do

20   you, Dorothy?

21          MR. MULRYNE:  It is on the screen right now, Your

22   Honor.

23          THE COURTROOM DEPUTY:  No, it hasn't.

24          THE COURT:  It's not been?

25          I don't know.  I, for some reason, thought it was.

```
1    All right.  I must have gotten another number.

2              MR. KENNER:  No objection.

3              MR. MULRYNE:  If we may publish, Your Honor?

4              THE COURT:  I'm assuming you're asking to admit

5    429, and he does not object.  Is that --

6              MR. MULRYNE:  We are, Your Honor, yes.

7              THE COURT:  All right.  Then I'll admit 429

8    without objection.

9    Q.  All right.  Mr. Broidy, looking here at the header

10   information, do you recognize this as an email from Erica

11   Hilliard to Ms. Lum Davis copying you?

12   A.  Yes.

13   Q.  Who is Erica Hilliard?

14   A.  She was an assistant.  She worked for me at the time.

15   Q.  All right.

16             MR. MULRYNE:  If we can drop down to Page 2 of

17   this document toward the bottom, and we'll zoom in here in a

18   moment.

19   Q.  So, Mr. Broidy, if you see here, Ms. Lum Davis emails

20   Ms. Hilliard on March 3, 2017.  And looking at the last line

21   of this email, Ms. Lum Davis says, "Lastly - do you have any

22   photos of Elliott w the President?"

23             Do you see that?

24   A.  Yes.

25             MR. MULRYNE:  Now, if we return to Page 1 of the
```

 1    exhibit.  If you go up toward the top, we'll zoom in.

 2    Q.  And we see here Ms. Hilliard responds, "Hi Nickie, we

 3    were able to track down this photo from the GOP Debate."

 4              MR. MULRYNE:  If we can drop down to Page 3 of

 5    this exhibit.

 6    Q.  And, Mr. Broidy, here -- maybe this speaks for itself,

 7    but who is in this picture?

 8    A.  Donald Trump, myself, and a friend of mine.

 9    Q.  Why did you understand Ms. Lum Davis was asking you for

10    a photograph of you with President Trump?

11    A.  She wanted to demonstrate that I had a relationship with

12    President Trump.

13              MR. KENNER:  Your Honor, move to strike;

14    speculation on behalf of this witness.

15              THE COURT:  I can't hear you, Mr. Kenner.  You

16    need to speak into the microphone.

17              MR. KENNER:  I'm sorry, Your Honor.

18              I move to strike the answer and object to it as

19    calling for a conclusion about what Nickie Lum's intent was.

20              MR. MULRYNE:  The question was about his

21    understanding, Your Honor.

22              THE COURT:  Yes, but we have, on other occasions,

23    in terms of what their intentions -- it's basically what

24    Ms. Davis intended, and we have kept that out on other

25    occasions; so I'll sustain it.

1   Q.  So, Mr. Broidy, here you provide, through your

2   assistant, a photograph of you with the President to Ms. Lum

3   Davis; is that right?

4   A.  My assistant found this photograph.

5   Q.  Okay.

6            MR. MULRYNE:  Let me show you what's marked for

7   identification Government Exhibit 232 not yet admitted.

8   Q.  So, Mr. Broidy, this is a two-page document.  This is

9   the first page here, and then the second page here listed as

10  "Biographical Information."

11           Do you recognize this as a document that was

12  shared between you and Ms. Lum Davis?

13  A.  Yes.

14  Q.  All right.

15           MR. MULRYNE:  Your Honor, move to admit Government

16  Exhibit 232.

17           MR. KENNER:  No objection.

18           THE COURT:  All right.  I'll admit 232 without

19  objection.

20  Q.  Mr. Broidy, showing you first Page 2 of Exhibit 232.

21  And we're not going to read all of this, but do you see here

22  what's listed as "Elliott Broidy Biographical Information,"

23  the first couple paragraphs there making reference to your

24  political involvement, political roles, with the

25  presidential campaign and the RNC?  Do you see that?

1    A.  Yes.

2                    MR. MULRYNE:  All right.  And then if we go to

3    Page 1 of the exhibit, 232.  If we can zoom in -- well,

4    actually, that's fine.

5                    Thank you, Ms. Orozco.

6    Q.  So, Mr. Broidy, I just want to point out a few things

7    here, and I have a couple of questions.

8                    So the first line that reads, "Single largest

9    fundraiser for Trump - raised the most money of any other

10   person;" is that right?

11   A.  Yes.

12   Q.  All right.  Dropping down to the fourth paragraph where

13   it begins reading, "Has long standing relationship with Sec

14   of Justice Dept - Jeff Sessions that goes back 15 years."

15                   Do you see that?

16   A.  Yes.

17   Q.  In the context in which this document was created and

18   the sharing of it between you and Ms. Lum Davis, what is the

19   significance of your relationship with Jeff Sessions?

20                   MR. KENNER:  Objection, Your Honor.

21                   THE COURT:  No, he -- this is prepared by

22   Mr. Broidy or his staff, so what was his intention?

23                   Go ahead.

24   A.  Well, can I clarify something?

25   Q.  You may.

1    A.  So I don't believe I wrote this because I would never

2    say "secretary of Justice Department."  So I think it was

3    written between Nickie and my staff, and I approved it.

4            It's a small thing, but obviously he was the

5    Attorney General.  There is no secretary of the Justice

6    Department.

7    Q.  All right.  And so as having reviewed this document that

8    was prepared in part by Ms. Lum Davis and you believe your

9    staff, what was the significance, then, of Attorney General

10   Sessions, your relationship with him, in this context?

11   A.  The forfeiture action was an action brought by the

12   Department of Justice.

13   Q.  Okay.  And then if we drop down just below that

14   paragraph to the one that begins "Great relationship," it

15   reads, "Great relationship with the White House counsel -

16   and we believe solution will be a collaboration between Dept

17   of Justice and Atty General Sessions, US" -- is that

18   attorney, "atty"?

19   A.  I guess.

20   Q.  All right -- "US atty in LA, and the White House

21   counsel."

22           The reference here to "we believe solution will be

23   a collaboration," a solution to what?

24   A.  Resolution of the civil forfeiture action of 1MDB.

25   Q.  The 1MDB matter that Mr. Low was concerned with?

1    A.  Yes.

2    Q.  All right.  And if we drop to the paragraph below that,

3    it reads, "He has long standing relationship with the

4    incoming US attorney for the central district of CA (which

5    is handling the case now)."

6         The reference here to "he has long standing

7    relationship," do you understand that to be a reference to

8    you?

9    A.  Yes.

10   Q.  Okay.  And the reference to the "incoming US attorney

11   for the central district of California (which is handling

12   the case now)," handling what case?

13   A.  The same, the 1MDB matter.

14        This is a -- you know, as I look at it, it's -- I

15   approved it, but it's a marketing piece written --

16   Q.  A marketing piece for whom?  For what purpose?

17   A.  For Jho Low.

18   Q.  To market what?

19   A.  An engagement, to obtain the engagement.

20   Q.  All right.  Last question about this document.

21        MR. MULRYNE:  If we just can pull down a little

22   bit to the lower half.

23   Q.  And just very quickly, the second line there, "Looking

24   to craft a solution that makes sense for all parties."

25        Is this again with regard to this 1MDB matter?

1    A.  Yes.

2         MR. MULRYNE:  You can take it down, please.

3    Q.  So around this time, Mr. Broidy, in March, give or take,

4    of 2017, did you and Ms. Lum Davis meet with Mr. Michel?

5    A.  Yes.

6         MR. MULRYNE:  All right.  Can we pull up what's

7    been marked as Government Exhibit 297 not yet admitted.

8    Q.  Mr. Broidy, generally, before we go to anywhere in

9    particular in this document, do you recognize this as text

10   exchanges between you and Ms. Lum Davis during the course of

11   the relevant period here, 2017?

12   A.  Yes.

13   Q.  And throughout this exhibit, throughout these text

14   exchanges, are there references and communications regarding

15   this matter involving Mr. Low, 1MDB, the Chinese government,

16   and the Chinese national that we discussed?

17   A.  Yes.

18        MR. MULRYNE:  Your Honor, government moves to

19   admit Government Exhibit 297 into evidence.

20        MR. KENNER:  No objection.

21        THE COURT:  All right.  I'll admit 297 without

22   objection.

23        MR. MULRYNE:  If we can please go to Page 7, Entry

24   83.  And we'll zoom in in a moment.

25   Q.  Mr. Broidy, we see here a text message.  Before we get

1   to the substance, I'm looking here on the third column to

2   the left.  It says "Joe & Nickie Shapira."

3           Does that reflect a text message from Ms. Lum

4   Davis?

5   A.  Yes.  It was in my contact list under her married name

6   with her husband's name.

7   Q.  Got it.

8           And so we see this text message on March 8, 2017,

9   and it reads, "Are you in la to meet on the 16th w Pras

10  prior to his travel that weekend in Asia?"

11  A.  Yes, I see that.

12  Q.  So did you, in fact, meet with Mr. Michel and Ms. Lum

13  Davis sometime around that period?

14  A.  Yes.

15  Q.  And can you please tell us, where was the -- where did

16  the meeting take place?

17  A.  At my office in Los Angeles.

18  Q.  And what was the purpose of this meeting?

19  A.  For Pras to meet me and for us to get to know each other

20  and to discuss a potential engagement with Jho Low with

21  regard to the 1MDB matter.

22  Q.  Who was present for this meeting?

23  A.  Pras Michel, Nickie Lum Davis, and myself.

24  Q.  I don't think I've asked you to this point, but do you

25  see Mr. Michel here in the courtroom today?

1    A.  Yes.

2              MR. KENNER:  I'll stipulate they're referring to

3    Mr. Michel, Your Honor.

4              THE COURT:  All right.  The record should reflect

5    that there's no dispute that Mr. Michel has been identified

6    by Mr. Broidy.

7    Q.  Did Mr. Michel -- can you tell us, what did Mr. Michel

8    share with you during that meeting about his relationship

9    with Jho Low?

10   A.  He went into the history a little bit; that Jho Low was

11   a good friend; that they'd known each other, I think, for

12   several years.  I don't remember the precise timing, but

13   probably 2010 or something in that range.  They had done

14   different things together.  He talked about Mr. Low's

15   character and his -- that he was a good friend and very

16   generous and good guy.

17             He talked a little bit about a party that they put

18   on together somewhere near Las Vegas.  And we got to know

19   each other a little bit.

20   Q.  What, if anything, did Mr. Michel say during that

21   meeting to you about Mr. Low and the 1MDB matter?

22   A.  That he was putting a team together, and ultimately it

23   would be Mr. Low's decision whether I would be part of that

24   team; but he was looking for people to be on the team to

25   work on the matter.

 1   Q.  You said a moment ago "he was putting a team together."

 2   Who was putting a team together?

 3   A.  I believe Pras was.

 4   Q.  All right.  And what, if anything, did Mr. Michel

 5   express to you that your role or involvement in this team

 6   could be?

 7   A.  I think the emphasis was on my relationships in the

 8   administration, Congress, that sort of thing.

 9   Q.  And what, if anything, then, did the defendant -- did

10   Mr. Michel say to you or did you understand you would be

11   doing with those relationships in the administration?

12   A.  I would try to further the potential for a settlement.

13   Q.  During this meeting, did Mr. Michel express to you that

14   he would need to discuss with Mr. Low whether or not you

15   would be retained essentially?

16   A.  Yes.

17   Q.  Following this meeting in March of 2017, in or around

18   April of 2017, did Mr. Michel, Ms. Lum Davis, ask you to

19   travel to Bangkok, Thailand?

20   A.  Yes.

21   Q.  For what purpose?

22   A.  To meet Jho Low.

23   Q.  Did you understand that Mr. Michel had made previous

24   trips to Asia to meet with Mr. Low?

25            MR. KENNER:  Objection; no foundation,

1    speculation.

2              THE COURT:  No, I'll allow it.

3    A.  I believe so, yes.

4              MR. KENNER:  Move to strike what his belief is,

5    Your Honor.

6              THE COURT:  I can't hear you, Mr. Kenner.

7              MR. KENNER:  I move to strike what his belief is.

8    He's not giving a basis of knowledge.

9              THE COURT:  Do you want to respond to it?

10             MR. MULRYNE:  He's testifying about his belief,

11   Your Honor.  It's weight of the evidence.

12             THE COURT:  The jury can decide how much weight to

13   give it.  I'll deny the striking.

14   Q.  Mr. Broidy, before you would agree to take this trip to

15   Bangkok, what, if anything, did you request?

16   A.  I requested an appearance fee because I wasn't sure if I

17   would be selected and how long it would take and if this was

18   worth my while.  I'd only just met Mr. Michel, and, you

19   know, I hadn't done business with Nickie, you know.  So I

20   requested an appearance fee of $1 million.

21   Q.  And did you share with Mr. Michel your request for this

22   $1 million appearance fee?

23   A.  Yes.

24   Q.  How did Mr. Michel respond?

25   A.  I think he agreed to it eventually.  And I made clear,

1    because there was a forfeiture action, that I wanted to

2    receive funds that were not tainted in any way by illegal

3    activity.

4    Q.  What do you mean by untainted funds?

5    A.  I mean that there was not some possibility of the funds

6    being clawed back because it was part of the 1MDB or some

7    other activity subject to DOJ intervention.

8    Q.  How did Mr. Michel respond to your request for $1

9    million that was untainted and not subject to --

10   A.  I think he eventually guaranteed that it would be done

11   and from his personal funds.

12   Q.  From his personal funds?

13   A.  Yes.

14            THE COURT:  Who is the "his"?

15            THE WITNESS:  Mr. Michel.

16            THE COURT:  Okay.

17   Q.  I'm sorry, Mr. Broidy, did you just testify Mr. Michel

18   said that it was from his personal funds?

19   A.  That was my understanding, yes.

20   Q.  Did you, in fact, eventually receive that $1 million

21   from Mr. Michel?

22   A.  Yes.

23   Q.  And did you and Mr. Michel and Ms. Lum Davis travel to

24   Bangkok to meet with Mr. Low?

25   A.  Yes.  We met there in Bangkok.

```
 1              MR. MULRYNE:  Can we pull up Government Exhibit

 2    297 previously admitted.  And we'll go to Page 22 and

 3    Entries 292 through 295.

 4    Q.  All right.  Mr. Broidy, so we see here a text exchange

 5    between you and Ms. Lum Davis on April 29, 2017.  You write,

 6    "Should I work on reservations?"

 7              And then respond, "Does the principal want us in a

 8    particular hotel in either location?"

 9              Do you see that?

10    A.  Yes.

11    Q.  Your reference here to "the principal," to whom are you

12    referring?

13    A.  Jho Low.

14    Q.  At any point during your dealings, your interactions,

15    with Mr. Michel, did he ever explain to you that you

16    shouldn't use Jho Low's name or that you should keep Jho

17    Low's name out of communications and contacts?

18    A.  I can recall one occasion when we -- before we met with

19    Prime Minister Najib, he mentioned not to mention Jho Low.

20    Q.  Okay.  And we'll talk more about that --

21              THE COURT:  Can you keep your voice up and make

22    sure I can hear you.  I can tell people are having a little

23    trouble.

24              THE WITNESS:  Yes.

25    Q.  We'll talk more about that in a moment.
```

1      So the reference here to "the principal," why,

2  then, are you referring to Mr. Low as "the principal"

3  instead of referring to him by name?

4  A.  For the sake of confidentiality.

5  Q.  And why was confidentiality important?

6      MR. KENNER:  Objection; calls for speculation.

7      THE COURT:  No, he's -- this is a decision he's

8  made.

9  A.  We didn't -- I didn't want to advertise that I had the

10 engagement or was working on an engagement for Jho Low.

11 Q.  And, Mr. Broidy, I'll just point out here at the bottom

12 of the text exchange in 295 it reads from Ms. Lum Davis, "we

13 should book at the shangri la hotels."

14     Did you all actually stay there at the Shangri-La

15 Hotel?

16 A.  Yes.

17 Q.  All right.  Before we talk more, then, about your

18 meeting, let me pull up Government Exhibit 130 not

19 previously admitted.

20     MR. MULRYNE:  This has not been admitted.

21 Q.  Mr. Broidy, do you recognize this as an email between

22 you and Ms. Lum Davis, May 2, 2017?

23 A.  Yes.

24 Q.  This is about the upcoming trip?

25 A.  Correct.

1              MR. MULRYNE:  Move to admit Government Exhibit

2      130.

3              MR. KENNER:  No objection.

4              THE COURT:  All right.  I'll admit 130.

5              Mr. Mulryne, we're getting close to the time for a

6      morning break, so I don't want to -- I don't know if this is

7      a good time, or do you want a few more questions?

8              MR. MULRYNE:  I could just finish this email, Your

9      Honor, and --

10             THE COURT:  That's fine.  We'll take a break.

11             MR. MULRYNE:  -- take a break, if that works for

12     the Court.

13     Q.  Mr. Broidy, looking at the bottom portion here, the

14     email from Ms. Lum Davis to you.  She writes, "Since u land

15     earlier - Pras and I will see you at arrivals.

16     International arrivals should all be in same area."

17             And then the second line there, "Thanks, and bon

18     voyage - here's to the start of an exciting and prosperous

19     adventure!"

20             What did you understand to be?

21     A.  That it would be lucrative financially.

22     Q.  What would be?

23     A.  If we obtained the engagement, it would be lucrative

24     financially.

25     Q.  The engagement with Mr. Michel and Mr. Low?

```
 1    A.  That's right.
 2              THE COURT:  All right.  We'll take a break at this
 3    point, our morning break.
 4              So it's five to 11:00.  We'll take it until 11:15,
 5    okay, so we have enough time.
 6              And if you could wait, Mr. Broidy, to just let
 7    them get by.
 8              (Jury exits courtroom)
 9              THE WITNESS:  Your Honor, should I stand when the
10    jury gets up?
11              THE COURT:  That's a decision you can make.  They
12    seem to do it, but it's not required.
13              THE WITNESS:  I didn't know that was the protocol.
14              THE COURT:  No, it's not required, particularly if
15    it's a problem getting up and down.
16              So you're excused until a quarter after.  Just
17    don't talk about the case with anybody.
18              THE WITNESS:  And then I come right back here?
19              (Pause)
20              MR. KELLER:  Your Honor, once the witness is
21    excused, there's just an issue I could just raise with the
22    Court.  Once the witness has left the courtroom?
23              THE COURT:  I'm sorry?
24              MR. KELLER:  There is one issue I'd like to raise
25    with the Court once the witness has left the courtroom.
```

```
 1              THE COURT:  Sure.  Okay.  He's out of the
 2    courtroom.
 3              MR. KELLER:  Your Honor, based on my observations
 4    and others at government counsel table, Juror No. 4 was
 5    visibly sleeping for much of that testimony of Mr. Broidy.
 6    It's my understanding others at government counsel have
 7    noticed her sleeping intermittently at other points
 8    throughout trial.
 9              The government would move to excuse Juror No. 4 on
10    this basis.
11              MR. KENNER:  I object, Your Honor.
12              THE COURT:  I have to say she has not been --
13    there have been occasions when she certainly has appeared to
14    be with her eyes closed or her head down, and you can't tell
15    whether she's paying any attention.  I would -- my
16    suggestion is that we not do something right now, but I will
17    take it under advisement, and I will continue to take a look
18    at her.
19              But it has been something that, when I look over,
20    she then suddenly sort of becomes perkier.  So I think there
21    is a problem, but I won't do it right this instant.
22              MR. KENNER:  As Your Honor previously --
23              THE COURT:  What's your objection?  Have you
24    observed her, or have you even noticed her?
25              MR. KENNER:  I have not observed her to be
```

1     sleeping.  I have observed at times she has her eyes closed.

2     As Your Honor pointed out, that doesn't mean someone's

3     sleeping.  Many people listen with their eyes closed.

4              THE COURT:  Well, what I will do is I'll continue

5     to observe her, and I will say something to the jury.

6              But I'll take it under advisement in terms of

7     watching it.

8              MR. KELLER:  Thank you, Your Honor.

9              THE COURT:  We have one other issue that I'll

10    discuss at the end of the day or near -- before we do lunch

11    that doesn't -- it's about a juror wanting some time off in

12    terms of making a mistake about when she was traveling.  She

13    thought it was a Saturday.  It turns out it may be Friday.

14    But I need to find out whether it's the whole day or not.

15             My suggestion would be to do nothing and see where

16    we are close -- because it's near the end of what we have

17    indicated for the trial, as to whether she's somebody that

18    we would, you know, take the day off, or a portion of it, or

19    we're near the end, or whatever it is.  We can make a

20    decision then.  But I'll tell you which one confidentially,

21    not in the open courtroom.

22             MR. KENNER:  Thank you, Your Honor.

23             MR. KELLER:  Thank you, Your Honor.

24             (Recess taken)

25             (Jury enters courtroom)

```
 1                THE COURT:  All right.  Everybody can sit down.
 2                Good morning, again, Members of the Jury.  I want
 3      to remind you, if you all are tired or -- and also if you
 4      keep your eyes closed, I can't tell whether you're paying
 5      attention or not, so I'm going to assume you're sleeping; so
 6      make sure you keep your eyes open.  And we're still in the
 7      direct of Mr. Broidy.
 8                Go ahead, Mr. Mulryne.
 9                MR. MULRYNE:  Thank you, Your Honor.
10      BY MR. MULRYNE:
11      Q.  Good morning again, Mr. Broidy.
12      A.  Good morning.
13      Q.  So we were -- we left off about your trip to Bangkok,
14      Thailand, with Mr. Michel and Ms. Lum Davis to meet Mr. Low.
15      Do you recall that?
16      A.  Yes.
17      Q.  Okay.  So, again, did you, in fact, meet with Mr. Low
18      along with Mr. Michel and Ms. Lum Davis in Bangkok in or
19      around early May 2017?
20      A.  Yes.
21      Q.  All right.  And where did you meet?
22      A.  At the Shangri-La Hotel in Bangkok, Thailand.
23      Q.  Who was present during that meeting?
24      A.  Jho Low, Nickie Lum Davis, Pras Michel, Joel Rousseau,
25      and myself.
```

1    Q.  You mentioned Joel Rousseau.  Who is Joel Rousseau?

2    A.  He was another -- a friend of Jho Low's and a friend of

3    Pras Michel.

4    Q.  Can you tell us, during this meeting, what did Mr. Low

5    share with you?

6    A.  He talked about -- a bit about the civil forfeiture

7    action.  He believed it was unjust; that he'd already been

8    exonerated in Malaysia.  And after, you know, we spent a

9    little time getting to know each other, he -- we began to

10   talk about the subject of my potential engagement.

11   Q.  And what, if anything, did Mr. Low say to you or ask of

12   you about your potential engagement?

13   A.  He was interested in my relationships in the

14   administration with the President and with others that could

15   be relevant in the context of a settlement.

16              THE COURT:  Can you keep your voice up.  Maybe

17   what you can do is just move the microphone, yes.

18              You have to talk right into the head in order to

19   have it be loud enough.

20   Q.  And during this meeting, what, if anything, did you

21   share with Mr. Low about what you could potentially do for

22   him?

23   A.  I talked about the relationships that I had in the

24   administration and with the President, and that I felt that

25   I could be helpful in this regard.

1    Q.  And during this meeting, did you also mention your

2    business Circinus?

3    A.  I did, yes.  I felt that Malaysia could benefit from

4    open source intelligence, and I mentioned that as well.

5    Q.  During this meeting, what, if anything, did you share

6    with Mr. Low, Mr. Michel, and the others regarding the money

7    that you could potentially be receiving from Mr. Low?

8    A.  The same deal terms were discussed by Mr. Low with me

9    and in the presence of the others.

10              MR. KENNER:  I'm sorry, I can't hear the witness,

11   Your Honor.

12              THE COURT:  I think -- Dorothy, can I ask you to

13   fix the head so it's -- he's off to the side.  If you could

14   adjust it first.

15              THE WITNESS:  Shall I repeat?

16              THE COURT:  Let me -- why don't we -- we'll fix

17   the microphone for you.

18              You have to talk directly into --

19              THE WITNESS:  Okay, I'm going to be much more,

20   Your Honor --

21              THE COURT:  That's better.

22              MR. KELLER:  Can he repeat the last answer,

23   please, or have it read back?

24              THE WITNESS:  Yeah, it would be best if they read

25   it back.  Thank you.

1          THE COURT:  "I can tell you the same deal terms

2     were discussed by Mr. Low with me and in the presence of the

3     others."

4          THE WITNESS:  Yes, that's correct.

5     BY MR. MULRYNE:

6     Q.  And just to be specific, what were the terms of that --

7     A.  That was the $8 million retainer together with a success

8     fee of $50 to $75 million, dependent upon the duration of

9     the length of time to settlement.

10    Q.  Did the issue that you discussed with Mr. Michel

11    previously, before your trip to Bangkok, about funds that

12    were clean or untainted, did that come up during this

13    meeting as well?

14    A.  Yes.

15    Q.  And can you tell the jury what was discussed about the

16    money in that regard?

17    A.  Yes.  I expressed that concern, and I was assured by Jho

18    Low that the funds would be untainted.  He had a source of

19    the funds, a guy called Fang -- I don't remember the second

20    part of his name -- who was going to be putting up the money

21    for this purpose.

22    Q.  And Mr. Michel and Ms. Lum Davis, did they share your

23    concern about the cleanness, the untaintedness, of the

24    money?

25    A.  Yes.

1    Q.  Did you understand -- you mentioned a moment ago this

2    individual Fang.  Did you understand that any monies that

3    were -- that you received from him would be monies that were

4    directed by Mr. Low?

5              MR. KENNER:  Objection; calls for speculation.

6              MR. MULRYNE:  It calls for his understanding, Your

7    Honor.

8    A.  I don't recall that.

9              THE COURT:  Hold on.  There's an objection I need

10   to rule on.

11             No, I'll allow that specific question.

12             So you can answer it.

13   A.  I don't recall that.

14   Q.  Your agreement with Mr. Low, did you understand that

15   Mr. Low was offering you the $8 million plus the success

16   fee?

17   A.  Yes.

18   Q.  Okay.  Let's talk a little bit more about the financial

19   arrangement here.

20             So how was the money going to be provided from

21   Mr. Low, the foreign money, into the United States?  What

22   was going to be the money flow?

23   A.  My understanding is that the money, untainted funds,

24   would flow to Mr. Michel, and then Mr. Michel would fund in

25   this case Colfax.  And from there, we would pay Nickie her

1    30 percent fee.

2    Q.  You said that Mr. Michel would initially receive the

3    foreign monies?

4    A.  Or his entities, yes.

5    Q.  All right.  Are you familiar with what's known as

6    Artemus and Anicorn?

7    A.  I know the names.

8    Q.  And what do you know of those entities, if anything?

9    A.  They remitted some funds to Colfax or to me.

10   Q.  And who was it that controlled those entities?

11          MR. KENNER:  Objection; calls for a legal

12   conclusion.

13          MR. MULRYNE:  I'll rephrase, Your Honor.

14          THE COURT:  I'd rephrase it.

15   Q.  Who did you understand to be associated with those

16   entities?

17   A.  Mr. Michel.

18   Q.  Could we pull up Government's 297, previously admitted,

19   and we'll go to Page 22, Entry 289.

20          So, Mr. Broidy, here we see a text message.  This,

21   again, is the text chain between you and Ms. Lum Davis dated

22   April 28, 2017.

23          You write, "I would like the funds to go to

24   colfax;" is that right?

25   A.  Yes.

1    Q.  And you did just mention Colfax a moment ago as being

2    the recipient of the monies that Mr. Michel received from

3    Mr. Low; is that right?

4    A.  Yes.

5    Q.  All right.  What is Colfax?

6    A.  It's a sole proprietorship, legal entity, that my wife

7    ran.

8    Q.  All right.  And your wife, what's her name?

9    A.  Robin Rosenzweig.

10   Q.  Was she the only attorney at this time in Colfax?

11   A.  Yes.

12   Q.  As a -- I think you said it's a sole practitionership.

13   Is that what you said, sir?

14   A.  Proprietorship.  Practitionership is fine.

15   Q.  Proprietorship.

16          What kind of law did she practice?

17   A.  Business law, corporate.

18   Q.  All right.  And you testified a moment ago, upon

19   Mr. Michel providing the money to Colfax, Colfax then would

20   provide a portion of the monies to Ms. Lum Davis?

21   A.  Yes, that's correct.

22   Q.  All right.  We had talked about earlier the million

23   dollars that Mr. Michel personally promised you that he

24   would provide you.  Do you recall that?

25   A.  Yes.

1    Q.  And did you ultimately receive that money from

2    Mr. Michel?

3    A.  Yes.

4              MR. MULRYNE:  If we can go to Page 24, same

5    exhibit, 297.

6              Page 24, Entries 316 through 318.

7    Q.  So Mr. Broidy, here we see texts from Ms. Lum Davis on

8    May 8, 2017.

9              Up top it begins, "Wire in.  Call me."

10             Then we see below that, "Both wires in colfax are

11   from Pras."

12             There's a reference to a "remaining balance."  And

13   then there's a reference below that to "702 total cashier

14   check."

15             Does that concern money that Mr. Michel was

16   passing on to you?

17   A.  Yes.

18             MR. MULRYNE:  All right.  If we can go to Page 27,

19   same exhibit.  Or I'm sorry, we're on -- yes, Page 27,

20   Entries 357 through 363.

21   Q.  So, Mr. Broidy, we're fast forwarding just a week, week

22   and a half or so.  This is now May 17, 2017.  We see you and

23   Ms. Lum Davis exchanging texts.

24             Up top you write, "Did you get 2nd confirm?"

25             Ms. Lum Davis responds, "When Asia opens."

1          If we move down a bit we see you write, "Yes.

2     Hammer them for the next 2 wires."

3          And then at the bottom you write, "I think around

4     midnight.  Assuming second 3 is in and confirmation that

5     last 2 is being sent.  Please ask Erica."

6          Did I read that correctly?

7     A.  Yes, you did.

8     Q.  And the reference there -- this discussion about money

9     wires, the reference that I had read moments ago, "hammer

10     them for the next 2 wires," who are you asking Ms. Lum Davis

11     to hammer for the next two wires?

12     A.  My guess, Pras.  I think they were late in the payments,

13     but they were making the payments.

14     Q.  All right.  In total, approximately how much money did

15     you receive from Mr. Low from Mr. Michel as part of this

16     scheme?

17     A.  $9 million.

18     Q.  Mr. Broidy, I want to take a moment to talk to you about

19     the Foreign Agent Registration Act or FARA.

20          You testified at the beginning that you had

21     pleaded guilty in this case to one count of conspiracy to

22     violate FARA; is that right?

23     A.  Yes.

24     Q.  Prior to your arrangement with Mr. Michel and Mr. Low,

25     were you generally familiar with FARA?

1   A.  Generally, yes.

2   Q.  And what was your general understanding of it?

3   A.  Well, I understood that there were certain exceptions,

4   but that if you were representing foreign governments or

5   individuals, there was a requirement to register.

6   Q.  Okay.  At the outset of this arrangement, did you

7   believe that the work you and others would be conducting

8   might fall within a legal services exception to FARA?

9   A.  Yes.

10  Q.  However, over the course of your dealings with

11  Mr. Michel, Mr. Low, and Ms. Lum Davis, did your

12  understanding change about the possible application of that

13  exception?

14  A.  Eventually, yes.

15  Q.  Okay.  Did there come a point where you then realized

16  and believed that registration under FARA was required for

17  you, Mr. Michel, and the others?

18  A.  Yes.

19  Q.  What were the -- and we're going to talk more about this

20  in a moment in some detail, but what were the services, what

21  was the work that you were agreeing to and indeed going to

22  provide for Mr. Low along with Mr. Michel and the others?

23  A.  To -- initially it was to work with government officials

24  in an attempt to resolve the 1MDB matter; and eventually a

25  second matter was added, the Guo matter.  And ultimately I

1   took certain steps setting up meetings and providing

2   information.

3   Q.  Okay.  Did you at any time register under FARA?

4   A.  No.

5   Q.  To your knowledge, did Mr. Michel or anyone else

6   register under FARA?

7              MR. KENNER:  Objection; calls for speculation.

8              THE COURT:  No, it's to your knowledge.  If he

9   knows or he doesn't know.

10  A.  I don't know.  I don't -- I don't think so.

11  Q.  Did anyone --

12             MR. KENNER:  Move to strike "I don't think so."

13             THE COURT:  I'll strike "I don't think so," and

14  leave he doesn't know.

15  Q.  Did Mr. Michel or anyone else tell you that they ever

16  registered?

17  A.  No.

18  Q.  Did you want anyone to know that you were working with

19  and on behalf of Mr. Low?

20  A.  No.

21  Q.  Why not?

22  A.  I thought it would be very -- make it very difficult if

23  I disclosed that, so I chose to keep it confidential.

24  Q.  Difficult in what regard?

25  A.  Difficult to be successful with the engagement,

1  difficult on my own business, things of that nature.

2  Q.  And when you say difficult on the engagement, you're

3  talking about this engagement of the 1MDB matter?

4  A.  Yes.

5  Q.  Okay.  So now orienting you in or around mid-May of

6  2017, did you, Mr. Michel, and Ms. Lum Davis travel to

7  China?

8  A.  Yes.

9  Q.  And who asked you to participate in that trip?

10  A.  Nickie Lum Davis said that Jho Low wanted the three of

11  us, Pras Michel, Nickie, and myself, to travel for another

12  meeting to discuss Guo.

13  Q.  And you're mentioning Guo.  Who is Guo Wengui?

14  A.  He was a Chinese person living in the United States

15  with -- and she had sent me some information about him at

16  that time.

17  Q.  So you had testified earlier about, and as we are about

18  to get to, a meeting you had with a Chinese government

19  official about a Chinese individual living in the United

20  States whom China wanted to extradite; is that right?

21  A.  That's right.

22  Q.  Is that individual Guo Wengui?

23  A.  Yes.

24  Q.  Before the trip to China, did Ms. Lum Davis provide you

25  some information about Mr. Guo?

1    A.  Yes.

2              MR. MULRYNE:  Showing you what's marked as

3    Government Exhibit 122 for identification, not yet admitted.

4    Q.  Mr. Broidy, do you recognize this as an email from

5    Ms. Lum Davis to you in May 2017 with article links

6    involving Mr. Guo?

7    A.  Yes.

8              MR. MULRYNE:  All right.  Move to admit Government

9    Exhibit 122, Your Honor.

10             MR. KENNER:  No objection.

11             THE COURT:  All right.  I'll admit 122 without

12   objection.

13   Q.  All right.  And so Mr. Broidy, generally speaking,

14   what's contained within this email?

15   A.  Information about Guo Wengui.

16   Q.  Okay.

17   A.  The fact that he's a fugitive and that he -- there was

18   an INTERPOL Red Notice, et cetera.

19   Q.  Did you and Mr. Michel and Ms. Lum Davis, did you, in

20   fact, travel to China?

21   A.  Yes.

22   Q.  And where is it that you first went?

23   A.  We flew to Hong Kong, and then we were taken to

24   Shenzhen, China.

25   Q.  Shenzhen, is that mainland China?

1    A.  Yes.

2    Q.  And you said you were taken there.  Who took you from

3    Hong Kong to Shenzhen?

4    A.  There was a -- they were either assistants of Jho Low or

5    somebody that he'd hired.  I don't really know.

6    Q.  All right.  Where did they take you into Shenzhen?

7    A.  To a hotel in Shenzhen.

8    Q.  All right.  And when you arrived there, with whom did

9    you meet?

10   A.  We were taken to a hotel suite by security.  Jho Low was

11   present, as well as a person who identified himself as a

12   vice minister in the criminal justice area called Sun, Vice

13   Minister Sun.

14   Q.  Sun Lijun?

15   A.  Yes.

16   Q.  And did you understand Mr. Sun to be a member of the

17   People's Republic of China government?

18   A.  Well, I assumed so because he was -- he said he was a

19   government official.

20   Q.  All right.  Can you tell us, what did Mr. Sun share with

21   you, Mr. Michel, and others during that meeting?

22   A.  He indicated that he was planning a trip to the United

23   States, to Washington; that through official channels, he

24   was working on meetings.  He was concerned he wasn't going

25   to obtain the meetings that he wanted.

1          He explained that he had a good relationship with

2     our DOJ and in particular with Director Comey in the

3     previous administration.  Because this was a new

4     administration, he didn't know if he'd be successful.  And

5     he asked if I could be helpful in trying to ensure that he

6     receives those meetings.

7          He also talked about generally his proposal,

8     extradition of Guo.  He talked about, you know, that he was

9     a criminal and a rapist and all of the different criminal

10    concerns they had, and that he wanted him extradited.

11         At the same time, he indicated a variety of things

12    that he believed, you know, would be attractive to the U.S.

13    government.  As I mentioned, return of a pregnant woman or

14    other prisoners, return of Chinese nationals living in the

15    United States who were criminals.  And he had sort of a

16    proposal in that regard and wanted me to try to help get

17    meetings and -- because he had a trip that was upcoming

18    fairly quickly.

19    Q.  So with respect to Mr. Sun's request about trying to

20    arrange meetings, were those meetings with high-ranking

21    government officials that he was seeking?

22    A.  Yes.

23    Q.  With regard to those meetings that he was seeking, and

24    with regard to this Guo extradition matter, did you agree to

25    help?

1    A.  I did.  I felt that it was part of my engagement with

2    Jho Low; that I was there, and I thought I would try to help

3    him assist with getting the meetings.

4    Q.  So you said that you felt this was sort of also related

5    to your arrangement with Mr. Low.  How did you understand

6    Mr. Low to be connected at all to this request?

7    A.  Well, he told us to come there.  It was his meeting.  He

8    set up the meeting, and he was present.  Although he didn't

9    say much, he was present during the meeting.

10   Q.  So following this meeting after agreeing to help, as I

11   asked you earlier, did you and Ms. Lum Davis have a

12   discussion in which she raised a possibility of receiving

13   some money from Mr. Low regarding this.

14   A.  Yes.

15   Q.  And, again, what is it that she told you?

16   A.  If they were successful, they would throw us a bone.

17   Q.  Successful with respect to Mr. Guo's extradition?

18   A.  Yes.

19   Q.  So from this point, we've talked about your meetings

20   with Mr. Michel -- your meeting with Mr. Michel in March of

21   2017; your meeting with Mr. Michel, Mr. Low, and Ms. Lum

22   Davis in Bangkok in or around May of 2017; and now this

23   meeting in China with Mr. Michel, Mr. Low, Mr. Sun, and

24   Ms. Lum Davis.

25           At this point going forward, were you, Mr. Michel,

1    and Ms. Lum Davis working on both of these issues; that

2    being the 1MDB matter and the Guo extradition?

3    A.  Yes.

4    Q.  And what did you -- what was your role in this

5    arrangement?

6    A.  Well, I was -- I attempted to be helpful in this regard.

7    With respect to Sun's request, I attempted to arrange the

8    meetings that he was requesting that had also been requested

9    in official channels, and I -- he did travel to Washington.

10   Ultimately his time there was not successful.  He did not

11   have the meetings.

12           And he met with me again just one-on-one at

13   Nickie's request.  I met with him at a hotel, and he was,

14   you know, very disappointed.

15   Q.  And I want to talk more about that in a moment, but

16   before we get into those details.

17           So for this arrangement involving 1MDB, involving

18   Mr. Guo, you've talked a little bit about your role.  What

19   did you understand Ms. Lum Davis's role to be in this

20   arrangement?

21   A.  She was kind of an intermediary in the chain of command

22   or conversation between Pras and Jho Low and myself.

23   Q.  And did you understand Mr. Michel to be the facilitator

24   between Mr. Low and Ms. Lum Davis and yourself?

25   A.  Yes.

1    Q.  At some point during this period -- so we're sort of in

2    and around the summer of 2017.  Did you attempt to set up a

3    golf game between President Trump and Malaysian Prime

4    Minister Najib Razak?

5    A.  Yes.

6    Q.  Why?

7    A.  One of the people that worked for me at Circinus

8    indicated that Prime Minister Najib was a golfer, liked to

9    golf.  I knew that that was a passion of Trump's, and we've

10   learned that -- you know, that they both liked it.

11           And then later I learned -- when I suggested it to

12   Nickie, later I learned from Pras and Nickie that President

13   Obama had played with Najib, I think, in Hawaii; and I

14   thought it would be a good opportunity, something that Jho

15   Low would be pleased with.

16   Q.  Whom did you understand Ms. Lum Davis to share the golf

17   game idea with?

18   A.  With Mr. Michel.

19   Q.  And whom did you understand Mr. Michel to share this

20   idea with?

21           MR. KENNER:  Objection, Your Honor; calls for

22   speculation.

23           MR. MULRYNE:  It's asking his understanding.

24           THE COURT:  And they're all co-conspirators at

25   this point; am I correct?

```
 1                    MR. MULRYNE:  Yes, Your Honor.

 2                    THE COURT:  All right.  I'll allow it.

 3                    THE WITNESS:  Should I answer?

 4                    THE COURT:  You can answer.

 5      A.   From Jho Low.

 6      Q.   From Mr. Michel to Jho Low?

 7      A.   Yes.

 8      Q.   So ultimately this idea of setting up a golf game

 9      between President Trump and the prime minister, Prime

10      Minister Najib, did you learn that Mr. Michel and Mr. Low

11      approved that idea?

12      A.   Yes.

13                    MR. MULRYNE:  Can we pull up Government Exhibit

14      297, previously admitted.

15      Q.   And as we're doing that, Mr. Broidy, let me ask:  This

16      golf game that was attempting to be set -- well, hold on one

17      moment.  Let me pull up the exhibit.

18                    All right.  So, Mr. Broidy, I'm showing you here

19      297.  This is a text message from Ms. Lum Davis to you, June

20      19, 2017.  And do you see here an article link?  If you can

21      follow it the best you can.  Here it reads, "Malaysia PM Naj

22      office slams latest U.S. action to seize 1MDB-linked

23      assets."

24      A.   Yes, I see that.

25      Q.   All right.  And "Malaysian PM," the Malaysian prime
```

1    minister at this time, his name was...?

2    A.  Najib.

3    Q.  And that's with whom you were trying to set up the golf

4    game with President Trump?

5    A.  Yes.

6    Q.  What was the idea among you, Ms. Lum Davis, Mr. Michel,

7    and Mr. Low as to how this golf game between President Trump

8    and Malaysian Prime Minister Najib Razak, how that would

9    somehow relate to the 1MDB matter that Mr. Low wanted

10   resolved?

11          MR. KENNER:  Your Honor, I object to the form of

12   the question.  What was your view of the idea that somebody

13   else had?  Is that -- did I understand that question

14   correctly?

15          THE COURT:  I think you need to reword this.

16          MR. MULRYNE:  Sure.

17   Q.  So this effort to set up a golf game between President

18   Trump and Prime Minister Najib, was that related to the 1MDB

19   matter that Mr. Low wanted resolved?

20   A.  Yes.

21   Q.  And how was it that setting up a golf game between the

22   prime minister and the President would address potentially

23   this 1MDB matter?

24   A.  Well, they would potentially spend some time together,

25   and Prime Minister Najib could discuss the matter.

```
 1                  MR. MULRYNE:  You can take this down.
 2   Q.  In or around June of 2017, did you meet with President
 3   Trump?
 4   A.  Yes.
 5   Q.  Where did you meet with him?
 6   A.  At an event at the Trump Hotel.
 7   Q.  During that meeting, did you raise the possibility --
 8   the suggestion of a golf game between the President and the
 9   prime -- the Malaysian prime minister?
10   A.  Yes.  I asked the President or I reminded the President
11   that he played golf with Najib in the past, and I asked him
12   if he'd like to play golf with him at some point in the near
13   future, and he said that he would.
14   Q.  So in and around the summer of 2017, what were some of
15   the things that you were doing in an effort to try to get
16   set up this golf game between the President and the prime
17   minister?
18   A.  Well, I followed up with the chief of staff, Reince
19   Priebus, when it wasn't resolved.
20              Reince Priebus said that it was in the National
21   Security Council, so I followed up with a staff member
22   there.
23              It still wasn't resolved by the time Priebus left
24   his post as chief of staff and General John Kelly took over.
25              I then asked Steve Wynn if he would ask about it
```

1    because I didn't have a relationship with Kelly really.  And

2    then I went to one of Kelly's staff and tried to see if I

3    could nudge it along.

4            Ultimately the game never occurred.

5    Q.  Okay.  Let's go through this just a little bit, if I

6    may.

7            MR. MULRYNE:  So Government Exhibit 525 not yet

8    admitted.  We'll zoom in here in a moment.

9    Q.  Mr. Broidy, is this an email from Ms. Hilliard, your

10   assistant, to an individual, John Rader?

11   A.  Yes.

12   Q.  All right.  And does this concern the golf game we're

13   discussing?

14   A.  Yes.

15           MR. MULRYNE:  Your Honor, move to admit Government

16   Exhibit 525.

17           MR. KENNER:  No objection.

18           THE COURT:  All right.  I'll admit 525 without

19   objection.

20   Q.  Mr. Broidy, so this email dated July 27, 2017, to John

21   Rader.  Whom did you know Mr. Rader to be?

22   A.  I didn't know -- I didn't know Mr. Rader, but I

23   understood he was the person who might handle this type of a

24   matter, and so I reached out to him.

25   Q.  We see there in his email address, it says "nsc."  Do

1    you know what the acronym NSC stands for with regards to

2    that --

3    A.  National Security Council.

4    Q.  All right.  The subject of this is "Visit of Malaysian

5    PM with POTUS on Sept. 9th, Bedminster, NJ."

6            And we don't need to read this whole thing, but

7    what was the purpose of this -- what was the purpose of this

8    email to Mr. Rader at NSC?

9    A.  I was trying to get the golf game scheduled.

10   Q.  And we see reference there in the third line, there's a

11   reference to "Reince indicated the date and approval a few

12   days ago."

13           Is that a reference to Mr. Priebus, the chief of

14   staff whom you just mentioned?

15   A.  Yes.

16           MR. MULRYNE:  All right.  Can we pull up

17   Government Exhibit 149 not yet admitted.

18   Q.   So, Mr. Broidy, we'll just zoom in here maybe on the

19   top here just so you can identify this document.

20           Do you recognize this as text exchanges between

21   you and Reince Priebus?

22           MR. KENNER:  Excuse me, Counsel -- oh, there we

23   go.  Thank you.

24   A.  Yes.

25   Q.  And as part of your text exchanges, were you texting

1    Mr. Priebus about setting up this golf game between

2    President Trump and the Malaysian prime minister?

3    A.  Yes.

4    Q.  Did you also text Mr. Priebus with respect to Mr. Guo

5    Wengui?

6    A.  I did.

7            MR. MULRYNE:  Your Honor, move to admit Government

8    Exhibit 149.

9            MR. KENNER:  No objection.

10           THE COURT:  All right.  I'll admit 149 without

11   objection.

12           MR. MULRYNE:  If we can go to Page 4, please.

13   Q.  So, Mr. Broidy, starting on the top portion here, the

14   first text dated June 29, 2017, at 4:12.

15           Here you write, "Hi Reince,

16           "As I mentioned, POTUS agreed to play a round of

17   golf in DC or Bedminster in late July or early August with

18   Malaysian Prime Minister Najib Razak.  Thank you very much

19   for getting back to me with the date."

20           Is that in regard to the golf game you were

21   attempting to set up?

22   A.  That's correct.

23   Q.  All right.  And so during the same period, are you also

24   reaching out to Mr. Priebus about Mr. Guo's extradition and

25   his status in the United States?

1    A.  Yes.

2    Q.  And let me ask, why is it that you're contacting

3    Mr. Priebus about Mr. Guo?

4    A.  He was the chief of staff to the President, someone that

5    I knew well, and I thought that he could be helpful in this

6    regard.

7    Q.  With regard to Mr. Guo's extradition?

8    A.  That's right.

9    Q.  And so if we look at that email there, below June --

10   also June 29th at 4:17 you write:

11           "Hi Reince,

12           "As I mentioned, Guo Wengui's VISA must not be

13   renewed as time is of the essence - it expires tomorrow June

14   30th.

15           "Was the VISA issued already or did US deny it?

16           "Please also place that Guo Wengui is on the DHS

17   no fly list as he has 12 passports.  Very concerned that Guo

18   Wengui will flee.

19           "I hope we can confirm and move to deportation.

20   This will be an incredible step forward for our two

21   countries."

22           Did I read that correctly?

23   A.  Yes.

24   Q.  So during this period, the summer of 2017, did you

25   continue to reach out to Mr. Priebus on this golf game,

1    trying to set it up between the President and the prime

2    minister?

3    A.  Yes.

4              MR. MULRYNE:  If we can go to Page 6 of this

5    exhibit.

6    Q.  All right.  So, Mr. Broidy, here we see on Page 6 of

7    Exhibit 149 that this is July 21, 2017, and, again you're

8    texting Mr. Priebus.

9              And what's this with regard to?

10   A.  It's a follow-up, more assertive follow-up about the

11   golf game.

12   Q.  All right.  And you write there -- I'm looking at sort

13   of the third -- second line at the bottom, "I know you are

14   busy and procedures apply but I've been more than patient.

15   Instead of being positive, this is now causing me damage.  I

16   would truly appreciate it if you could get back to me today

17   with a date."  Is that right?

18   A.  That's right.

19             MR. MULRYNE:  Okay.  Can we pull up Government

20   Exhibit 498 not yet admitted.

21   Q.  If we zoom in here --

22             MR. KENNER:  Excuse me, I can't read it yet.

23             Okay.  Thank you.

24             May I just have a moment, Your Honor?

25             THE COURT:  Yes.

1    Q.  Mr. Broidy, is this an email from you to a Zachary

2    Fuentes on August 31, 2017?

3    A.  Yes.  Fuentes was a staff person to chief of staff --

4    then chief of staff General Kelly.

5    Q.  All right.  General John Kelly?

6    A.  That's right.

7    Q.  And is this -- is General John Kelly -- this is after

8    Mr. Priebus left the chief of staff post?

9    A.  Correct.

10            MR. MULRYNE:  All right.  The government moves to

11   admit Government Exhibit 498.

12            MR. KENNER:  No objection.

13            THE COURT:  All right.  I'll admit 498 without

14   objection.

15   Q.  Mr. Broidy, I won't ask you to read the whole email, but

16   can you just tell us again generally the subject matter here

17   and the purpose?

18   A.  Yes.  It's the follow-up.  I guess the golf game is

19   still not arranged.

20   Q.  Just looking at the second paragraph, the first line, it

21   reads, "I have done work in Malaysia over many years and

22   know Prime Minister Najib Razak well."

23            Was that true?

24   A.  No.

25   Q.  Why include that in the email?

1    A.  I tried to give it context even though it was not true,

2    and I was puffing about it.  I was trying to give it context

3    in trying to get this moved along.

4              I regret doing that.

5    Q.  And why was it important to try to move this along?

6    A.  It was something that was important to the client, Jho

7    Low.

8              MR. MULRYNE:  If we could pull up Government

9    Exhibit 499 not yet admitted.

10   Q.  Mr. Broidy, is this another email from you to

11   Mr. Fuentes regarding the same subject matter?

12   A.  Yes.

13             MR. MULRYNE:  Move to admit Government Exhibit

14   499.

15             MR. KENNER:  No objection.

16             THE COURT:  I'll admit 499 without objection.

17   Q.  So, Mr. Broidy, this is an email from you to Mr. Fuentes

18   on September 10, 2017.  And, again, is this following up on

19   this issue of trying to set up a meeting, a golf game,

20   something between the President and the Malaysian prime

21   minister?

22   A.  Well, I think at this point we were trying just to

23   extend the bilateral meeting, which we understood did not

24   include a meal.

25   Q.  So at this point there was a pivot from a golf game to

1    trying to set up a --

2    A.   Something where he would have a little more time to

3    visit with the administration and with Trump in particular.

4    Q.   "He" being the prime minister --

5    A.   Prime Minister Najib.

6    Q.   Okay.  Mr. Broidy, during these contacts, your outreach

7    to these various government officials, did you ever disclose

8    your agreement with Mr. Low and Mr. Michel to any of those

9    individuals?

10   A.   No.

11   Q.   Did you ever disclose to members of the NSC the

12   financial arrangement that you and Mr. Michel had with

13   Mr. Low?

14   A.   No.

15   Q.   Did you disclose any of those details with Mr. Priebus

16   or Mr. Kelly, General Kelly?

17   A.   No.

18   Q.   Can you tell us, who is Rick Gates?

19   A.   He's a person who was involved in the campaign and then

20   involved in various aspects of the administration as it was

21   being set up and had a lot of contacts inside the

22   administration.

23            He's a person that I knew since roughly 2006, and

24   I enlisted his help and hired him to help me as a

25   consultant.

1   Q.  When you say he had experience or contacts with the

2   campaign and the administration, are you referring to

3   President Trump's campaign and President Trump's

4   administration?

5   A.  Correct.

6   Q.  You said that you hired him to help.  Did you have

7   Mr. -- did you contact -- did you reach out to Mr. Gates

8   to assist you on these efforts involving 1MDB and involving

9   Mr. Guo?

10  A.  Yes, passing along information or setting up meetings.

11       MR. MULRYNE:  Can we pull up what's marked for

12  identification as Government Exhibit 144.

13  Q.  So, Mr. Broidy, do you recognize this document generally

14  as text messages exchanged between you and Mr. Gates?

15  A.  Yes.

16  Q.  And within these messages, is there messages regarding

17  setting up the golf game between the President and the prime

18  minister?

19  A.  I think these are more relating to Gates meeting with

20  me.  I'm not sure it's anything on the one you --

21       MR. MULRYNE:  If we can drop the callout.

22  Q.  So more generally, this exchange, this string of text

23  messages, do you know there to be texts between you and

24  Mr. Gates regarding the golf game?

25  A.  Yes.

1   Q.  And also references to setting up meetings for Mr. Sun?

2   A.  Correct.

3           MR. MULRYNE:  Your Honor, move to admit Government

4   Exhibit 144.

5           MR. KENNER:  No objection.

6           THE COURT:  144?

7           MR. MULRYNE:  Yes, Your Honor.

8           THE COURT:  All right.  I'll admit 144 without

9   opposition.

10          MR. MULRYNE:  If we can go to Page 6 of

11  Exhibit 144, and if we could pull up, please, to that top

12  line.

13  Q.  Do you see, Mr. Broidy, where it reads, on May 18, 2017:

14  "Hi Rick - Please work on Asian country visit.  Date in

15  July"?

16  A.  Yes.

17  Q.  Is that with respect to the prime minister and President

18  golf game?

19  A.  Yes.

20  Q.  All right.

21          MR. MULRYNE:  We can take that down for a moment.

22  Q.  In or around early August of 2017, did you understand

23  Secretary of State Rex Tillerson to have an upcoming meeting

24  with Prime Minister Najib?

25  A.  That's correct.

1    Q.  And did you and Mr. Gates coordinate to provide

2    Malaysian talking points to Mr. -- to Secretary Tillerson

3    prior to that meeting?

4    A.  Yes.  I received talking points from Nickie that I

5    shared with Gates, and I asked him to share them with staff

6    of Secretary Tillerson.

7             I understood them to be notes from Prime Minister

8    Najib of what he was going to be discussing at the meeting

9    with Tillerson.

10            MR. MULRYNE:  Can we pull up Government Exhibit

11   455, please.  And we'll just zoom in to the upper half just

12   so that you have a moment to look at this.

13   Q.  Mr. Broidy, do you recognize this as an email between

14   you and Ms. Hilliard regarding these talking points that you

15   just mentioned?

16   A.  Yes.

17            MR. MULRYNE:  Your Honor, government moves to

18   admit Government Exhibit 455.

19            THE COURT:  Mr. Kenner?

20            MR. KENNER:  I'm sorry, may I have a moment?

21            THE COURT:  Certainly.

22            (Pause)

23            MR. KENNER:  No objection.

24            THE COURT:  All right.  I'll admit 455 without

25   objection.

1    Q.  So just focusing on the top portion right now,

2    Mr. Broidy.  So this is an email from you to Ms. Hilliard on

3    August 8, 2017.  The subject line there reads, "call with

4    Nickie Aug 7."

5              Again, who provided you the information that's in

6    this document?

7    A.  I think Nickie may have either provided it to Erica

8    Hilliard or dictated it or something.

9              MR. KENNER:  Your Honor, move to strike the answer

10   as "may have."

11             THE WITNESS:  I didn't prepare it, just to try to

12   clarify.

13             THE COURT:  So the answer -- the question was who

14   provided you the information?

15             THE WITNESS:  Nickie Lum Davis.

16             THE COURT:  All right.  Then I'll leave the

17   answers as they are.

18   Q.  All right.  And from whom did you understand Ms. Lum

19   Davis to get this information?

20   A.  From Pras or Jho Low.

21   Q.  And if we drop down to Page -- the bottom part of Page 1

22   to Page 2.  So there's a number of prior -- that's listed

23   here as priorities, but looking here specifically at

24   "Priority #4" labeled "MBD."

25             Do you see that, Mr. Broidy?

1    A.  Yes.

2    Q.  All right.  So No. 1 here, "1MDB message on all levels

3    this is being handles by Saudi Arabia and Abu Dhabi, and

4    Malaysia.

5                "No. 2.  No American has been harmed by any 1MDB.

6                "No. 3.  The involvement of US prosecutors

7    involvement has caused unnecessary tension American, and

8    could cause a negative reaction among Malaysia."

9                No. 4 notes the Attorney General having "publicly

10   announced no harm has been caused to any investors."

11               And then lastly, No. 5.  "I will send my Attorney

12   General ahead of my visit in September to meet President

13   Trump.  I would like an introduction to Attorney General

14   Sessions."

15               This was all information that had been provided to

16   you to provide to Secretary Tillerson; is that right?

17   A.  Yes.

18               It's in first person from Najib himself, and I

19   note the way it's written.  So I don't know if he personally

20   wrote it, but that's -- that's how it was, and it was

21   conveyed to me.

22               MR. MULRYNE:  If we jump back up to the top of

23   Page 1 and back to the header information.

24   Q.  So, again, we see that you send this to Ms. Hilliard,

25   and this is "call with Nickie Aug 7."

```
 1            MR. MULRYNE:  Can we jump to Government Exhibit
 2     118 not yet admitted.  Can we zoom in on the upper portion
 3     here.
 4            MR. KENNER:  May I have a moment to review the
 5     exhibit, please?
 6            THE COURT:  Yes.
 7            (Pause)
 8            MR. KENNER:  Counsel, can you ask the callout to
 9     come down.
10            MR. MULRYNE:  If we can remove the --
11            MR. KENNER:  Thank you.
12            (Pause)
13            MR. KENNER:  Thank you, Your Honor.  No objection.
14            MR. MULRYNE:  Move to admit, Your Honor.
15            THE COURT:  I'll admit 118 without objection.
16     Q.  Mr. Broidy, so this is an email from you to Ms. Hilliard
17     on August 8, 2017, and this is labeled in the subject
18     "Malaysia Talking Points *Final*."  Is that right?
19     A.  Yes.
20            MR. MULRYNE:  All right.  And then if we pull down
21     the callout and just, again, we can zoom into the bottom
22     portion, first page to second page.
23     Q.  And is this, again, substantially the same information
24     that we had seen in the draft regarding the call with
25     Nickie?
```

1    A.  Yes.

2              MR. MULRYNE:  We can take that down, please.

3    Q.  During this time -- again, throughout the summer of

4    2017, sort of heading into the fall of 2017 -- did you

5    continue to communicate and update Ms. Lum Davis about your

6    efforts regarding 1MDB and setting up this golf game?

7    A.  Yes.

8    Q.  And what did you understand she was doing with the

9    information that you were relaying to her?

10   A.  Providing the information to Mr. Michel.

11   Q.  For what purpose?

12             MR. KENNER:  Move to strike that, Your Honor.  No

13   foundation.  Calls for speculation.

14             THE COURT:  No, I'll allow that question.

15             Go ahead.

16   Q.  For what purpose did you understand Ms. Lum Davis to be

17   sending your reports and updates to Mr. Michel?

18   A.  So that he could update Jho Low.

19             MR. MULRYNE:  If we pull up Government Exhibit --

20             MR. KENNER:  Your Honor, again, I'm going to move

21   to strike that.  It's not --

22             THE COURT:  I'm not striking it.

23             Go ahead.

24   Q.  So, Mr. Broidy, we're talking during this time frame

25   again about setting up this golf game.  I'm going to show

```
 1     you Government Exhibit 297.

 2               So this is Page 49, Entry 680 through 684.  And if

 3     you see here at the top, Mr. Broidy, July 11, 2017, Ms. Lum

 4     Davis texts you, "It's 5 pm" --

 5               MR. KENNER:  Has this been admitted, Your Honor?

 6     I don't believe so.

 7               MR. MULRYNE:  It has been admitted, Your Honor.

 8     This is Exhibit 297 that we've referenced, the text

 9     messages --

10               THE COURT:  I'm sorry, which exhibit number is

11     this?

12               MR. MULRYNE:  297.

13               MR. KENNER:  I just don't see it on the screen.

14               THE COURT:  It's been admitted.

15               MR. MULRYNE:  I don't believe it's been published,

16     Your Honor.

17               THE COURT:  It has been admitted.

18               MR. MULRYNE:  Now it has.

19               MR. KENNER:  I'll accept his word, Your Honor.  I

20     withdraw the objection.

21     Q.  So, Mr. Broidy, this is Exhibit 297, the text messages

22     between you and Ms. Lum Davis.

23               The top entry there, "It's 5 pm   I think we need

24     to make a move.  Date and otherwise.  We're getting killed."

25               Do you see that?
```

     1    A.  Yes.

     2    Q.  Ms. Lum Davis asks, "Call me please."

     3          She continues below, "Please call because we need

     4    to strategize."

     5          "I'm getting inundated."

     6          I'm working my way down this chain.

     7          "I'm getting inundated."

     8          And then lastly we see a reference "see w kr."

     9          Do you see that?

    10    A.  Yes.

    11    Q.  One question here, the "w kr," are you familiar at all

    12    with what's referred to as Wickr?

    13    A.  Yes.

    14    Q.  And there's references to Wickr throughout your text

    15    exchanges with Ms. Lum Davis; is that right?

    16    A.  Yes.

    17    Q.  What is Wickr?

    18    A.  It's a secure messages app.

    19    Q.  Did you and Ms. Lum Davis use Wickr in between text

    20    messages?

    21    A.  Yes.

    22    Q.  For what reason or purpose?

    23    A.  For confidentiality.

    24          MR. MULRYNE:  If we can go to Page 52 of the same

    25    exhibit.

1    Q.  We're looking at Entry 725.  Ms. Lum Davis texts you on

2    July 17th, "Reince needs to give u this date now and ask him

3    for update on other thing.  We look impotent."

4            MR. MULRYNE:  If we can jump to the next page,

5    Page 53, Entry 738.

6    Q.  Ms. Lum Davis writes to you on July 18th, "really really

7    need that date.  It's been crazy for me all day w this.

8    He's panicking."

9            Who in this text exchange do you understand is the

10   "he" in "he's panicking"?

11           MR. KENNER:  Objection; calls for speculation,

12   Your Honor.

13           MR. MULRYNE:  It's his understanding of a co-

14   conspirator's statement, Your Honor.

15           THE COURT:  I didn't hear what you said.

16           MR. MULRYNE:  It's his understanding of a co-

17   conspirator's statement.

18           THE COURT:  I'll allow it in that context, which

19   is different than some of the others where we've used

20   "understand" and it was not involving co-conspirators, so

21   I'm making that distinction.

22           But understand that has limitations as well,

23   Attorney Mulryne.

24           MR. MULRYNE:  Yes, Your Honor.

25   A.  I took that to mean Mr. Michel was being referred to.

1    Q.  So we see during this period this reference to "he's

2    panicking."  We saw moments ago about "we're getting killed.

3    We really need this date.  We look impotent."

4           What did you understand was happening at this

5    point in terms of your dealings with Ms. Lum Davis,

6    Mr. Michel, and Mr. Low?

7           MR. KENNER:  Objection, Your Honor; same

8    objection.

9           THE COURT:  Overruled.

10   A.  I believe that Mr. Low was pressuring Mr. -- in this

11   chain of conversations, pressuring Mr. Michel, who was

12   pressuring Nickie, who was pressuring me.

13   Q.  So ultimately -- we've been talking about this golf

14   game.  Ultimately did President Trump meet with Prime

15   Minister Najib in September of 2017?

16   A.  Yes.  They had a scheduled bilateral meeting between the

17   two countries at the White House in September of 2017.

18   Q.  Was there a golf game between the President and the

19   prime minister?

20   A.  No.

21   Q.  During Prime Minister Najib's trip to the United States,

22   did you have an opportunity -- did you meet with him in or

23   around September of 2017?

24   A.  Yes.

25   Q.  And who asked you to attend that meeting?

1    A.  Nickie Lum Davis.

2    Q.  All right.  Where did you -- where did you meet with

3    Prime Minister Najib?

4    A.  In his hotel room at the Trump Hotel.

5              MR. KENNER:  Your Honor, I'm having trouble

6    hearing again.

7    A.  At Najib's hotel room.

8    Q.  Who was -- I'm sorry, you were saying where?

9    A.  At the Trump Hotel.

10   Q.  Who was present during that meeting?

11   A.  The prime minister, Nickie Lum Davis, Pras Michel, and

12   myself.

13   Q.  And just generally, what was discussed during that

14   meeting?

15   A.  The prime minister discussed his meeting to be held the

16   next day, kind of his agenda, what he -- was important to

17   him.  And, you know, he mentioned the different -- different

18   things he -- with regard to the meeting.

19              He also talked about -- still talked about getting

20   a golf game, showed me a picture that Trump, when he was a

21   private citizen, had autographed.

22   Q.  Was Mr. Low mentioned at all during that meeting?

23   A.  No.

24              MR. MULRYNE:  Showing you Government Exhibit 125.

25   If we can just zoom in to the top.

1   Q.  Mr. Broidy, do you recognize this as an email from

2   Ms. Lum Davis to you, September 12, 2017?

3   A.  Yes.

4   Q.  And is this email addressed to President Trump?

5   A.  Yes, the draft is.

6   Q.  Okay.

7           MR. MULRYNE:  The government moves to admit

8   Government Exhibit 125.

9           MR. KENNER:  May I just have a moment, Your Honor?

10          THE COURT:  Yes.

11          (Pause)

12          MR. KENNER:  No objection.

13          THE COURT:  All right.  I'll admit 125 without

14  objection.

15  Q.  Mr. Broidy, the email here from Ms. Lum Davis to you, it

16  says, "Dear Mr. President" at the top.

17          It goes on to read there in the beginning, "I

18  wanted you to know I had a good meeting with the prime

19  minister of Malaysia, Najib Razak this evening.  He's very

20  excited about seeing you again.  He remembers your golf game

21  together at Bedminster and showed me the photo where you

22  wrote 'to my favorite prime minister.'"

23          And then goes on to talk about various items

24  between the countries; is that right?

25  A.  That's correct.

1    Q.  Why did -- what was your understanding as to why Ms. Lum

2    Davis provided you this content?

3    A.  I think she hoped that I would send that to Trump.

4    Q.  Did you ultimately send it to President Trump?

5    A.  No.

6    Q.  Why is that?

7    A.  I wasn't comfortable doing that.  They were meeting the

8    next morning at 9:00 or 10:00, and this was 4:00 in the

9    morning or whatever it says there.

10   Q.  Mr. Broidy, just going back one step.  Before I showed

11   you that email, you were testifying about your meeting with

12   Prime Minister Najib, Mr. Michel, and Ms. Lum Davis.  I had

13   asked you did -- if Mr. Low's name came up in the meeting,

14   and you said he did not.  Is that right?

15   A.  That's correct.

16   Q.  Were you directed by anyone not to bring up Mr. Low's

17   name during that meeting?

18   A.  Prior to the meeting, I had a short meeting with

19   Mr. Michel and Ms. Lum Davis, and Mr. Michel said not to

20   mention Jho Low at the meeting.

21   Q.  Did he explain to you why?

22   A.  No.

23   Q.  Fast forwarding a bit now, still in 2017.  In September

24   of 2017, did you have occasion to meet again with President

25   Trump?

1    A.   Yes.

2    Q.   Where did you meet with the president?

3    A.   In the White House.

4    Q.   And what was the general purpose of that meeting?

5    A.   I wanted to talk to him about an idea to create a Muslim

6    country-led counterterrorism force that already had buy-in

7    from Leon Panetta and General McChrystal and a couple of

8    other high-ranking former government officials.

9    Q.   During that meeting, did you discuss the 1MDB matter?

10   A.   No.

11   Q.   Or the Mr. Guo extradition matter?

12   A.   No.

13   Q.   Did you later tell Ms. Lum Davis that you did bring up

14   those issues with the President during that meeting?

15   A.   Yes.

16   Q.   And why did you do that?

17   A.   To placate her.  I felt pressured, but at the same time

18   my time was limited, and I didn't feel comfortable bringing

19   that up.

20   Q.   When you say you felt pressured, pressured in what way?

21   A.   From Nickie blowing up my phone with all of her -- you

22   know, constantly the status and everything.

23   Q.   Similar to some of the text messages we just reviewed?

24   A.   That's right.

25   Q.   All right --

```
 1                THE COURT:  If we could stop for just a second.

 2                It's too early for the lunch break, but I see

 3      people getting restless.  Do you want to stand and stretch,

 4      Jury?

 5                And you can stand and stretch, too.

 6                (Pause)

 7                THE COURT:  All right.  They're starting to look a

 8      little more sparkly, so let's proceed.

 9                It's not you, Mr. Mulryne.  It's a lot of

10      information to absorb.

11                MR. MULRYNE:  Understood, Your Honor.

12                Thank you, Your Honor.

13      BY MR. MULRYNE:

14      Q.  Mr. Broidy, so we had been testifying -- you had been

15      testifying about the -- just moments -- for the 1MDB matter

16      in setting up this golf game with the President and the

17      prime minister.

18                During this same time, are you directly or

19      indirectly reaching out regarding the Guo extradition

20      matter?

21      A.  Yes.

22      Q.  And by "reaching out," I mean reaching out to government

23      officials?

24      A.  Yes.

25                MR. MULRYNE:  Let me pull up what's been marked
```

1     for identification Government Exhibits 179 and 180.  These

2     have not yet been admitted.

3                    MR. KENNER:  Your Honor, instead of the callout,

4     may I see the --

5                    THE COURT:  I'm sorry, I can't hear you.

6                    MR. KENNER:  I'm sorry, Your Honor.  I'm looking

7     at a callout but not the document.

8                    THE COURT:  Okay.  I think he's trying to show you

9     both the top as well as the rest.

10                   MR. KENNER:  Thank you.

11                   THE COURT:  Take your time.

12                   (Pause)

13                   MR. KENNER:  Your Honor, is the document on the

14    right part of Exhibit 179?

15                   THE COURT:  Mr. Mulryne?

16                   MR. MULRYNE:  179 is the email header that's

17    highlighted.

18                   MR. KENNER:  And what -- are you moving to admit

19    the document to the right as well?

20                   MR. MULRYNE:  Yes.  The government's moving to

21    admit Government Exhibits 179 and 180.

22                   MR. KENNER:  May I see a version of 180 that I can

23    read, please?

24                   (Pause)

25                   MR. KENNER:  Thank you.

1              Can I inquire?  Is that as clear as it gets?  I'm

2      having trouble reading it.

3              MR. MULRYNE:  Your Honor, I don't believe this

4      exhibit can be much clearer than what's on the screen.

5              (Pause)

6              THE COURT:  If we did it, taking out 179 and only

7      180, would it be a little bigger?  Can we try that and see?

8      Maybe it will be clearer.

9              MR. MULRYNE:  We can try, Your Honor.  I believe

10     we've also provided hard copies of these documents.

11             MR. KENNER:  Thank you.  I've been able to make it

12     out, Your Honor.

13             I have no objection to either 179 or 180.

14             THE COURT:  All right.  Then I'll admit 179 and

15     180 without objection to both exhibits.

16     Q.  All right.  If we go back to -- I'm sorry, if we can go

17     back to 179.

18             So, Mr. Broidy, do you recognize this as an email

19     from Ms. Lum Davis to an email address for Robin Broidy?  Is

20     that your wife's email address?

21     A.  Yes.

22     Q.  And then your email is blind copied on this; is that

23     right?

24     A.  That's right.

25     Q.  This is May 22, 2017.  We see an attachment.

1          And if we go to the other exhibit, Exhibit 180.

2          And so I realize it's a little blurry, perhaps,

3    Mr. Broidy, but do we see here what appears to be a

4    screenshot of a letter from the Embassy of the People's

5    Republic of China addressed to Attorney General Sessions?

6    A.  Yes.

7          MR. MULRYNE:  All right.  If we can zoom back in

8    to just the body of the document as we were.

9    Q.  And, Mr. Broidy, we're not going to read this, but do

10   you see here references in the second paragraph, "I'm

11   writing to introduce you to Sun Lijun, Vice Minister of

12   Public Security of China"?  Do you see that?

13   A.  Yes.

14   Q.  Is that the individual with whom you, Mr. Michel, and

15   others met in China back in May of 2017?

16   A.  Correct.

17   Q.  And this letter, is this about -- this letter to

18   Attorney General Sessions, is this about Mr. Sun coming to

19   Washington, D.C., and seeking meetings?

20   A.  Yes.

21   Q.  All right.  So this letter that Ms. Lum Davis provides

22   to you, if we can now go to Government's Exhibit --

23          MR. KENNER:  Objection, Your Honor; no foundation

24   that --

25          THE COURT:  It was attached to the email.

```
1              MR. KENNER:  Oh, okay.  I'm sorry.  I apologize.

2              THE COURT:  Go ahead.

3    Q.  This letter that Ms. Lum Davis provides to you --

4              MR. MULRYNE:  If we can go to Government's Exhibit

5    131 and 132.  And we'll zoom in on 131.

6    Q.  Is this an email, Mr. Broidy, from you to Mr. Gates?

7    A.  Yes.

8    Q.  And is this attaching essentially -- is this attaching

9    the letter that we just saw, the screenshot of the letter?

10   A.  Correct.

11             MR. MULRYNE:  Government moves to admit

12   Government's Exhibits 131 and 132.

13             MR. KENNER:  No objection, Your Honor.

14             THE COURT:  All right.  Then I'll admit 131 and

15   132, both without objection.

16   Q.  And so, Mr. Broidy, you then emailed the letter provided

17   to you from Ms. Lum Davis to Mr. Gates; is that right?

18   A.  Correct.

19   Q.  And during this time, were you and Mr. Gates working

20   together in order to try to coordinate to set up meetings

21   for Mr. Sun?

22   A.  Yes.

23   Q.  Meetings between Mr. Sun and whom?

24   A.  Attorney General Sessions and others in the law

25   enforcement principally.
```

1    Q.  Other high-ranking U.S. government officials?

2    A.  Yes.

3    Q.  As part of your efforts regarding Mr. Guo and his

4    extradition, did you attempt to pass a memorandum to

5    Attorney General Sessions through Mr. Gates?

6    A.  Yes.

7         MR. MULRYNE:  If we can pull up Government Exhibit

8    139 and Exhibit 140.

9    Q.  All right.  So, Mr. Broidy, 139, this is an email to you

10   from Mr. Gates regarding -- the subject is "Opportunity for

11   Significantly Increased Law Enforcement Cooperation between

12   US and China."  Is that right?

13        MR. KENNER:  May I just inquire?  Has this been

14   admitted, Counsel?

15        MR. MULRYNE:  This has not.

16        MR. KENNER:  Then I would ask that you not read

17   from it until it is.

18        THE COURT:  All right.

19        MR. MULRYNE:  Let me rephrase.

20   Q.  Mr. Broidy, is this an email from you to Mr. Gates

21   regarding issues between the United States and China?

22        MR. KENNER:  Your Honor, could the callout be

23   taken away so that I can see the document?

24        THE COURT:  Well, as a practical matter, the email

25   is what he's talking about, and there's nothing else except

```
1    something attached, which is to the right.  So there's
2    nothing more to the email than the header, and then it says
3    that something is attached.
4              MR. KENNER:  Thank you.
5              If he's going to admit what's attached, I'd ask
6    that it be -- the callout be brought down and it be enlarged
7    so I can read the attachment, if he wants to admit it.
8              THE COURT:  Okay.  I think he was trying to get an
9    identification --
10             MR. MULRYNE:  I was, Your Honor.
11             THE COURT:  -- from Mr. Broidy.
12             But if you want to go forward with making a
13    decision about admitting it, we can take it off and have --
14    let Mr. Kenner read it.
15             MR. KENNER:  Thank you, Your Honor.
16             MR. MULRYNE:  And with that, Your Honor, the
17    government would move to admit Government's Exhibits 139 and
18    140.
19             MR. KENNER:  I haven't been able to read 140 yet.
20             THE COURT:  I know.  I know.  Go ahead.  We're not
21    rushing.  He's just pointing out that instead of asking
22    questions, he's moving to admit it.
23             Take your time.
24             (Pause)
25             MR. KENNER:  Thank you, Your Honor.  I have no
```

1    objection.

2              THE COURT:  All right.  I'll go ahead and admit --

3    what is it?

4              MR. MULRYNE:  139 and 140, Your Honor.

5              THE COURT:  Okay.  139 and 140 are admitted

6    without objection, both of them.

7    Q.  So, Mr. Broidy, we see here an email, Government Exhibit

8    139, an email from you to Mr. Gates dated May 22, 2017; is

9    that right?

10   A.  That's right.

11   Q.  And we see it has a reference to a memo attached.

12             MR. MULRYNE:  If we can just go to Government

13   Exhibit 140.  And if we just zoom in real quick.

14   Q.  So, Mr. Broidy, there's a reference in here about "I was

15   asked by my Malaysian" --

16             MR. MULRYNE:  I'm sorry, can we scroll up, please,

17   to the first paragraph.

18   Q.  Here it says, "While conducting business in Malaysia for

19   one of my companies, a potential opportunity for the US and

20   China to increase their law enforcement cooperation came

21   up."

22             That line, is that accurate?

23   A.  No.

24   Q.  Why did you include that here in this memo?

25   A.  To try to create credibility.  I regret doing so.

1    Q.  All right.  And if we just jump to the second page --

2              MR. KENNER:  I'm sorry, Your Honor.  I didn't

3    catch the last answer.

4              THE COURT:  He said, "To try and create

5    credibility.  I regret doing so."

6              MR. KENNER:  Thank you.

7              MR. MULRYNE:  If we can jump to the second page of

8    this document.

9    Q.  So, Mr. Broidy -- and then there's references about Sun

10   Lijun attempting to get a meeting; is that right?

11   A.  Correct.

12             MR. MULRYNE:  Can we go to the last page.

13             Oh, I'm sorry, pull this down, please.

14             Can we go to Government Exhibit 141.

15             I apologize.  This hasn't been admitted, but this

16   also was an attachment to Government Exhibit 139.  Move to

17   admit.

18             MR. KENNER:  No objection.

19             THE COURT:  All right.  Then I'll admit the

20   attachment to 139, which was an email.  And this is attached

21   to the email in addition to 140; is that correct?

22             MR. MULRYNE:  That's correct, Your Honor.

23             THE COURT:  All right.

24   Q.  So, Mr. Broidy, we saw the email, 139, from you to

25   Mr. Gates.  We saw the memo that was attached to 139.  And

 1   then 141, do you recognize this as a Red Notice?

 2   A.  Correct.

 3   Q.  And just generally, what is your understanding of what a

 4   Red Notice is?

 5   A.   It's something INTERPOL puts out with regard to

 6   criminals.

 7   Q.  All right.

 8           MR. MULRYNE:  If we pull that down, please.

 9           THE COURT:  You're speeding up, Mr. Mulryne.  Slow

10   down.

11           MR. MULRYNE:  Sure.  Thank you, Your Honor.

12   Q.  Mr. Broidy, the memo that we were looking at a moment

13   ago that was addressed to Attorney General Sessions, in

14   there is there any reference to Jho Low?

15   A.  No.

16   Q.  Any reference to your arrangement or agreement with

17   Mr. Low?

18   A.  No.

19   Q.  Any reference to the possibility of you receiving more

20   money possibly regarding this issue involving Guo, Mr. Guo

21   and his extradition?

22   A.  No.

23           MR. MULRYNE:  If I may have one moment, Your

24   Honor?

25           (Pause)

1          MR. MULRYNE:  All right.  If we could pull up

2     Government's Exhibit 133.  133.

3          THE COURT:  Has that been admitted?

4          MR. MULRYNE:  This is Exhibit 133.  It has not

5     been admitted, Your Honor.

6          THE COURT:  Okay.

7          MR. KENNER:  May it be enlarged slightly so I can

8     read it?

9          (Pause)

10    Q.  Mr. Broidy, while defense counsel looks at the email, is

11    this an email from you to Ms. Lum Davis; an email chain, I

12    should say, between you and Ms. Lum Davis?

13    A.  Yes.

14    Q.  Dated May 29, 2017?

15    A.  May 28.  Oh, sorry, May 29, my bad.

16          MR. KENNER:  I have no objection.

17          MR. MULRYNE:  Move to admit, Your Honor.

18          THE COURT:  Okay.  We're talking about 133?

19          MR. MULRYNE:  Yes, ma'am.

20          THE COURT:  I'll admit 133 without objection.

21    Q.  All right.  And, Mr. Broidy, do you recognize this as an

22    email exchange Ms. Lum Davis is sending you -- and we can

23    scroll here so you can see it -- sending you what purports

24    to be correspondence involving Attorney General Sessions?

25    A.  Yes.

 1            MR. MULRYNE:  And if we scroll down below.

 2            You can continue, please.

 3            Further, please.

 4   Q.  Correspondence between Attorney General Sessions and --

 5   as we make our way to the bottom -- and what purports to be

 6   a Chinese government official?

 7   A.  Yes.

 8   Q.  All right.  So this is sent to you by Ms. Lum Davis.

 9            MR. MULRYNE:  If we pull up Government Exhibit

10   117.

11            If we could just zoom into the upper half so

12   defense counsel also can take a look.

13            MR. KENNER:  Thank you, Counsel.

14   Q.  Do you recognize this, Mr. Broidy, as an email from you

15   to Mr. Gates -- and we can expand below -- regarding

16   essentially the same correspondence?

17   A.  Yes.

18            MR. KENNER:  Thank you.  No objection.

19            MR. MULRYNE:  Move to admit, Your Honor.

20            THE COURT:  All right.  I'll admit 117 without

21   objection.

22   Q.  All right.  And if we can just scroll to the bottom half

23   where it begins, "Rick," where it says, "Rick, below is

24   transcribed correspondence."

25            And so, Mr. Broidy, this again -- this is you

1    sending along what Ms. Lum Davis had sent you regarding

2    correspondence between Attorney General Sessions and the

3    Chinese ambassador; is that correct?

4    A.  That's correct.

5              MR. MULRYNE:  Take it down, please.

6    Q.  In May -- so we're still in 2017.  We've jumped around a

7    little bit.

8              We talked about the 1MDB.  We're now talking about

9    Mr. Guo and his efforts with his extradition.

10             In May of 2017, did you meet with Sun Lijun, the

11   Chinese government official in Washington, D.C.?

12   A.  Yes.

13   Q.  Can you tell us how that meeting came about?

14   A.  Nickie Lum Davis told me or communicated with me via

15   text that --

16             THE COURT:  Can you move back just a teeny bit

17   from the microphone.  I know that sounds weird, but there is

18   a reverberation.

19             Okay.  Go ahead.

20   A.  Communicated to me.

21             MR. KENNER:  I didn't hear who communicated to

22   you.

23             THE COURT:  If you could start again.  I'm sorry,

24   I interrupted you because we were having a reverberation.

25             If you could go ahead and answer the question.

1    A.  Nickie Lum Davis contacted me to let me know that Vice

2    Minister Sun was very despondent in that he hadn't gotten

3    the meetings.

4           She asked me to meet with him that same evening or

5    late at night to talk with him about where he stood with his

6    trip to the Capitol.

7    Q.  Did you, in fact, meet with Mr. Sun?

8    A.  I did.

9    Q.  Can you just describe that meeting, the conversation

10   that occurred during that meeting?

11   A.  He was very depressed and upset and embarrassed that he

12   would be heading back and didn't get any of the meetings

13   that weren't set up either through his official channel or

14   through my efforts and said he wanted to come back to

15   Washington again in a couple of weeks and get his meetings.

16   Q.  Around this time, and given that conversation, did you

17   continue along with Mr. Gates to try to arrange some

18   meetings for Mr. Sun with government officials?

19   A.  I think so.

20           MR. MULRYNE:  Let me show you Exhibit 144,

21   previously admitted.

22           We'll go to Page 10 of 144.

23   Q.  So, Mr. Broidy, here we see on May 31, 2017, you're

24   texting -- and I'm sorry, 144.  Do you recognize these as

25   your texts with Mr. Gates?

1           MR. MULRYNE:  We can expand, if necessary.

2    A.  Yes.

3    Q.  All right.  You write, "if you get the meeting, can we

4    have the political WH liaison meet the VM at DHS?  He can

5    mention my name.  Also try to get Kelly to warm up

6    situation.  Mention me as well.  Thank you!  Fingers

7    crossed."

8           The reference to WH is...?

9    A.  White House liaison.

10   Q.  VM?

11   A.  Vice Minister Sun.

12   Q.  DHS, is that Department of Homeland Security?

13   A.  Correct.

14   Q.  And then the reference to Kelly?

15   A.  Who was Secretary of Homeland Security.

16          MR. MULRYNE:  Can we go down the same page, same

17   day, May 31st.  Can we expand that, please.

18          Can we expand that a little bit further up, as

19   well.  Actually, that might be fine.

20   Q.  So --

21          MR. MULRYNE:  That's it.  Thank you.

22   Q.  Mr. Broidy, you write, "I need to perform.  Thanks.

23          "For Kelly meeting can be 2 weeks or so."

24          MR. MULRYNE:  Thank you, Ms. Orozco.

25   Q.  So you see above there there's reference again to "VM"

1    and "General Kelly."

2            You then write, "Can we confirm a meeting date

3    with Kelly 10 days out?"

4            "I need to perform.  Thanks."

5            And then again the reference to Kelly meeting.

6            This is with respect to trying to set up a meeting

7    for Mr. Sun?

8    A.  Correct.

9    Q.  And when you write "I need to perform," why did you feel

10   you needed to perform?

11   A.  I'd been totally unsuccessful.

12   Q.  And then we also happened to see just below that where

13   we see it reads, "And to set Malaysian PM visit.  In July."

14           Is that a reference -- a call back to your

15   reference to set up the meeting with the President and the

16   Malaysian prime minister?

17   A.  Yes.

18   Q.  During this time in which you are trying to set up these

19   meetings for Mr. Sun, are you continuing to communicate and

20   update Ms. Lum Davis?

21   A.  Yes.

22   Q.  All right.

23           MR. MULRYNE:  Can we pull up Government Exhibit

24   297 previously admitted.

25           And if we go to Page 34, these being your text

1    messages with Ms. Lum Davis, and if we can look at Entries

2    472 through 474.

3    Q.  And so here we see on May 31st, around the same date of

4    some of the other messages we just reviewed, Ms. Lum Davis

5    writes, "just spoke w VM and he sounded like he was crying.

6              "Really sad."

7              And then you respond to her.

8              Is this with regard to the meetings and his lack

9    of meetings?

10   A.  Correct.

11   Q.  All right.

12             MR. MULRYNE:  If we can go to Page 35, Entries 476

13   through 478.

14   Q.  And then we see Ms. Lum Davis now, same day, May 31st,

15   writing, "Any word on a date?

16             "Let's focus on other thing.

17             "Distract and redirect our client."

18             Did I read that correctly?

19   A.  Yes.

20   Q.  And who is the client that's being referenced there?

21   A.  Jho Low.

22   Q.  And did you understand, as you were providing updates to

23   Ms. Lum Davis, that she, in turn, was providing those

24   updates to Mr. Michel?

25   A.  Yes.

1    Q.  So, Mr. Broidy, you've mentioned I think a few times

2    earlier in your testimony about an individual named Steve

3    Wynn.  Who is Steve Wynn?

4    A.  He was an enormously successful casino and hotel

5    entrepreneur.

6    Q.  Did you understand Mr. Wynn to have any contacts or

7    access with President Trump and his administration?

8    A.  Yes.

9    Q.  Okay.  In or around June of 2017, did you reach out to

10   Mr. Wynn through his wife?

11   A.  Yes.

12   Q.  And primarily for what purpose?

13   A.  I wanted to send him information about Guo Wengui and

14   see if he could be helpful.

15         We spoke about it, and he said that he had a lot

16   of contacts in Asia, and he would do his own due diligence

17   and come back to me as to whether he would -- what he

18   thought about the matter.

19         MR. MULRYNE:  Let me pull up what's marked as

20   Government's Exhibit 145.

21   Q.  Before we look at any specific messages -- and we can

22   zoom in to the upper half of the document, if it helps with

23   the identification.

24         MR. KENNER:  Your Honor, has this been admitted?

25         MR. MULRYNE:  This has not been admitted, Your

```
1    Honor.  We're identifying.
2              MR. KENNER:  Thanks.  It was just made larger so I
3    can read it.
4              May I have a moment, Your Honor?
5              THE COURT:  Yes.
6    Q.  Mr. Broidy, do you recognize these as text messages
7    between you and Mr. Wynn's wife?
8    A.  Yes.
9    Q.  And what was Mr. Wynn's wife's name?
10   A.  Andrea.
11             MR. MULRYNE:  Your Honor -- I'm sorry.
12             MR. KENNER:  May I just have a moment, please?
13             (Pause)
14             MR. KENNER:  No objection.
15             MR. MULRYNE:  Move to admit, Your Honor.
16             THE COURT:  I've forgotten what the number is at
17   this point.  What is it?
18             MR. MULRYNE:  It's 145, Your Honor.
19             THE COURT:  All right.  I'll admit 145 without
20   objection.
21   Q.  So, Mr. Broidy, did you recognize these as text
22   exchanges between you and Mr. Wynn's wife?
23   A.  Yes.
24             MR. MULRYNE:  Okay.  If we can go to Page 1.
25             And, I'm sorry, can we -- can we go up on this
```

1    chain, please.

2            All right.  And I think we're going to need to go

3    just a little bit higher to the top of that first message.

4    Q.  All right.  So, Mr. Broidy, here we see a message you're

5    sending to Mr. Wynn's wife on June 27, 2017.  And I won't --

6    we won't read this line by line, but generally speaking,

7    what is it that you're conveying to Mr. Wynn?

8    A.  That it's important that Guo be extradited.

9    Q.  And, again, why is it that you're -- why is it that

10   you're providing this information to Mr. Wynn?  What is it

11   that you were expecting or hoping that Mr. Wynn --

12   A.  That he would do some work on it, and, if he concurs, he

13   can be an important ally in the effort.

14   Q.  How so?

15   A.  Well, he had relationships in the White House.

16   Q.  Was it your intention, then, that Mr. Wynn would lobby

17   government officials, much as you had been doing, to try to

18   get Mr. Guo extradited?

19   A.  I don't know if I thought that far along, but I first

20   wanted to see if he would be -- what he thought of the

21   situation, and, if so, whether he thought it was the right

22   thing to do.

23   Q.  Okay.  And you mentioned again Mr. Wynn having contacts

24   and influence with the administration; is that right?

25   A.  Yes.

1    Q.  All right.  And, in fact, to your knowledge, did

2    Mr. Wynn contact the government regarding this issue of

3    Guo's extradition?

4    A.  Yes.

5    Q.  All right.  Was there an occasion in or around August of

6    2017 when you were with Mr. Wynn on a boat?

7    A.  Yes.

8    Q.  And can you tell us, did the issue of Mr. Guo's

9    extradition come up between you and Mr. Wynn during that

10   occasion?

11   A.  Yes.

12   Q.  And can you explain what was said?  What happened?

13   A.  He followed up and got in touch with President Trump and

14   asked him the status on extradition of Guo.

15   Q.  When you say that Mr. Wynn got in touch with President

16   Trump, was it during the time that you and he were on the

17   boat together?

18   A.  Yes.

19   Q.  And how is it that Mr. Wynn contacted the President?

20   A.  Via telephone.

21   Q.  And can you relay what is it that Mr. Wynn asked

22   President Trump?

23   A.  He asked what the status was with potential for Guo

24   being extradited.

25   Q.  And were you privy to President Trump's response?

1   A.  I was just sitting there, but he had him on a

2   speakerphone.

3   Q.  And what did you learn?

4   A.  The President said they were working on it, looking at

5   it.

6   Q.  Did you provide this information, the fact that this

7   call had occurred, did you provide that back to Ms. Lum

8   Davis?

9   A.  Yes.

10  Q.  For what purpose?

11  A.  To placate her and show progress, potential progress.

12  Q.  Lastly, Mr. Broidy, turning --

13          MR. MULRYNE:  If we can take that down.  Thank

14  you, Ms. Orozco.

15  Q.  During this same period, did you learn from Ms. Lum

16  Davis at some point that Mr. Michel had met or was going to

17  be meeting with FBI agents?

18  A.  Yes.

19          MR. MULRYNE:  Can I pull up Government Exhibit

20  297, and we're going to go to Page 50, Entry 695.

21          THE COURT:  297's been admitted?

22          MR. MULRYNE:  It has, Your Honor.

23  Q.  So, Mr. Broidy, here we see here, July 13, 2017, a text

24  message from Ms. Lum Davis reading "Pras met w FBI."

25          Did you understand Mr. Michel's meeting with the

1    FBI to have something to do with Mr. Guo's security detail?

2              MR. KENNER:  Objection, Your Honor; calls for

3    speculation, no foundation.

4              THE COURT:  I think you're going to have to do it

5    some other way to get some of this in.

6              MR. MULRYNE:  Sure.

7    Q.  Did you hear from Mr. Michel or Ms. Lum Davis about the

8    purpose of Mr. Michel's meeting with the FBI?

9    A.  I think it may have been about the security detail,

10   which had a lot of FBI agents in that or former agents.

11   Q.  Whose security detail?

12   A.  The detail of Guo.

13             MR. MULRYNE:  No further questions, Your Honor.

14             THE COURT:  All right.  We'll take our lunch

15   break.

16             I'm going to ask you to come back at 2:00.  Keep

17   in mind we'll be breaking sometime before 4:15, depending on

18   where we are with our witnesses.

19             All right.  Everybody have a good lunch.  Don't

20   talk about the case.

21             (To the witness) All right.  You're excused.

22   Again, just don't talk about your testimony.  All right?

23   And we'll be back at 2:00.

24             THE WITNESS:  Thank you, Your Honor.

25             (Lunch recess taken)

1                    **CERTIFICATE OF OFFICIAL COURT REPORTER**

2

3              I, LISA A. MOREIRA, RDR, CRR, do hereby

4      certify that the above and foregoing constitutes a true and

5      accurate transcript of my stenographic notes and is a full,

6      true and complete transcript of the proceedings to the best

7      of my ability.

8         Dated this 4th day of April, 2023.

9

10                              /s/Lisa A. Moreira, RDR, CRR
                                Official Court Reporter
11                              United States Courthouse
                                Room 6718
12                              333 Constitution Avenue, NW
13                              Washington, DC 20001

14

15

16

17

18

19

20

21

22

23

24

25

**$**

**$30,000** [1] - 36:17
**$50** [2] - 45:4, 80:8
**$75** [2] - 45:4, 80:8

**'**

**'31** [1] - 49:13
**'to** [1] - 118:22

**/**

**/s/Lisa** - 144:10

**1**

**1** [10] - 59:25, 62:3,
69:20, 69:22, 70:8,
70:20, 109:21,
110:2, 110:23,
139:24
**1-800** [1] - 33:2
**10** [3] - 104:18,
134:22, 136:3
**1016** [1] - 1:13
**10:00** [1] - 119:8
**11** [1] - 113:3
**117** [2] - 132:10,
132:20
**118** [2] - 111:2, 111:15
**11:00** [1] - 74:4
**11:15** [1] - 74:4
**12** [1] - 101:17, 118:2
**122** [3] - 89:3, 89:9,
89:11
**123** [5] - 55:15, 55:18,
55:25, 56:2, 56:4
**124** [6] - 55:15, 55:22,
55:25, 56:2, 56:8,
56:19
**125** [3] - 117:24,
118:8, 118:13
**13** [1] - 142:23
**130** [3] - 72:18, 73:2,
73:4
**1301** [1] - 1:13
**131** [4] - 125:5,
125:12, 125:14
**132** [3] - 125:5,
125:12, 125:15
**133** [5] - 131:2, 131:4,
131:18, 131:20
**139** [10] - 126:8, 126:9,
127:17, 128:4,
128:5, 128:8,
129:16, 129:20,
129:24, 129:25
**14** [3] - 11:3, 11:4
**140** [7] - 126:8,
127:18, 127:19,

128:4, 128:5,
128:13, 129:21
**1400** [1] - 1:18
**141** [2] - 129:14, 130:1
**144** [8] - 106:12,
107:4, 107:6, 107:8,
107:11, 134:20,
134:22, 134:24
**145** [3] - 138:20,
139:18, 139:19
**149** [4] - 99:17, 100:8,
100:10, 102:7
**15** [2] - 42:11, 62:14
**16633** [1] - 1:22
**16th** [1] - 66:9
**17** [1] - 84:22
**179** [8] - 122:1,
122:14, 122:16,
122:21, 123:6,
123:13, 123:14,
123:17
**17th** [1] - 115:2
**18** [1] - 107:13
**180** [7] - 122:1,
122:21, 122:22,
123:7, 123:13,
123:15, 124:1
**18th** [1] - 115:6
**19** [1] - 95:20
**19-148-1** [1] - 4:2
**1:19-cr-00148-CKK-1**
[1] - 1:3
**1MDB** [38] - 43:24,
43:25, 44:1, 44:6,
44:17, 44:20, 44:21,
45:21, 53:22, 53:25,
54:4, 54:6, 55:13,
56:15, 56:24, 63:24,
63:25, 64:13, 64:25,
65:15, 66:21, 67:21,
70:6, 86:24, 88:3,
93:2, 93:17, 95:22,
96:9, 96:18, 96:23,
106:8, 110:2, 110:5,
112:6, 120:9,
121:15, 133:8
**1MDB-linked** [1] -
95:22

**2**

**2** [9] - 59:16, 61:20,
72:22, 85:2, 85:5,
85:10, 109:22,
110:5, 135:23
**20001** [2] - 2:8, 144:13
**20004** [1] - 2:4
**20005** [1] - 1:18
**2006** [3] - 41:25, 42:1,
105:23

**2008** [2] - 41:25, 42:2
**2010** [1] - 67:13
**2012** [13] - 17:3, 17:17,
18:3, 23:3, 24:6,
24:7, 24:11, 24:12,
24:18, 24:24, 28:13,
35:24
**2016** [3] - 42:5, 42:8,
42:15
**2017** [60] - 13:20, 16:4,
43:11, 45:23, 52:23,
52:24, 53:16, 54:14,
55:4, 56:5, 59:20,
65:4, 65:11, 66:8,
68:17, 68:18, 71:5,
72:22, 77:19, 82:22,
84:8, 84:22, 88:6,
89:5, 92:21, 92:22,
94:2, 95:20, 97:2,
97:14, 98:20,
100:14, 101:24,
102:7, 103:2,
104:18, 107:13,
107:22, 109:3,
111:17, 112:4,
113:3, 116:15,
116:17, 116:23,
118:2, 119:23,
119:24, 123:25,
124:15, 128:8,
131:14, 133:6,
133:10, 134:23,
138:9, 140:5, 141:6,
142:23
**202** [4] - 1:14, 1:19,
2:4, 2:9
**2020** [3] - 48:17,
50:16, 51:1
**2021** [2] - 50:16, 51:13
**2023** [2] - 1:4, 144:8
**20530** [1] - 1:14
**21** [1] - 102:7
**219** [3] - 14:6, 14:8,
14:9
**22** [4] - 71:2, 82:19,
123:25, 128:8
**231** [3] - 54:11, 54:18,
54:21
**232** [5] - 61:7, 61:16,
61:18, 61:20, 62:3
**24** [2] - 84:4, 84:6
**27** [4] - 84:18, 84:19,
98:20, 140:5
**28** [2] - 82:22, 131:15
**289** [1] - 82:19
**29** [4] - 71:5, 100:14,
131:14, 131:15
**292** [1] - 71:3
**295** [2] - 71:3, 72:12
**297** [14] - 65:7, 65:19,

65:21, 71:2, 82:18,
84:5, 95:14, 95:19,
113:1, 113:8,
113:12, 113:21,
136:24, 142:20
**297's** [1] - 142:21
**29th** [1] - 101:10
**2:00** [3] - 9:1, 143:16,
143:23
**2nd** [1] - 84:24

**3**

**3** [4] - 59:20, 60:4,
85:4, 110:6
**30** [7] - 8:3, 8:4, 11:16,
31:13, 45:11, 50:15,
82:1
**30th** [1] - 101:14
**31** [2] - 103:2, 134:23
**316** [1] - 84:6
**318** [1] - 84:6
**31st** [3] - 135:17,
137:3, 137:14
**333** [2] - 2:8, 144:12
**34** [1] - 136:25
**35** [1] - 137:12
**354-3187** [1] - 2:9
**357** [1] - 84:20
**363** [1] - 84:20

**4**

**4** [7] - 1:4, 16:4, 75:4,
75:9, 100:12,
109:24, 110:9
**401** [1] - 6:24
**403** [1] - 6:24
**429** [5] - 58:15, 58:16,
58:17, 59:5, 59:7
**455** [3] - 108:11,
108:18, 108:24
**472** [1] - 137:2
**474** [1] - 137:2
**476** [1] - 137:12
**478** [1] - 137:13
**49** [1] - 113:2
**498** [3] - 102:20,
103:11, 103:13
**499** [3] - 104:9,
104:14, 104:16
**4:00** [3] - 7:13, 7:14,
119:8
**4:12** [1] - 100:14
**4:15** [1] - 143:17
**4:17** [1] - 101:10
**4th** [2] - 13:20, 144:8

**5**

**5** [5] - 55:3, 56:5,

110:11, 113:4,
113:23
**50** [1] - 142:20
**52** [1] - 114:24
**525** [3] - 98:7, 98:16,
98:18
**53** [1] - 115:5
**530** [3] - 51:19, 51:25,
52:6
**531** [4] - 49:1, 49:11,
49:15, 49:20
**532** [3] - 50:23, 51:4,
51:7
**598-2231** [1] - 1:14
**598-2816** [1] - 1:19

**6**

**6** [3] - 102:4, 102:6,
107:10
**641** [1] - 2:3
**6718** [2] - 2:7, 144:12
**680** [1] - 113:2
**684** [1] - 113:2
**695** [1] - 142:20
**6:00** [1] - 9:1

**7**

**7** [4] - 56:18, 65:23,
109:4, 110:25
**702** [1] - 84:13
**725** [1] - 115:1
**738** [1] - 115:5
**7:00** [1] - 7:11

**8**

**8** [8] - 45:1, 56:19,
66:8, 80:7, 81:15,
84:8, 109:3, 111:17
**818** [1] - 1:23
**83** [1] - 65:24
**888-2728** [1] - 2:4

**9**

**9** [1] - 85:17
**91436** [1] - 1:23
**995-1195** [1] - 1:23
**9:00** [1] - 119:8
**9:10** [1] - 1:4
**9th** [1] - 99:5

**A**

**a..** [1] - 19:6
**a.m** [3] - 1:4, 7:13,
7:14
**ability** [3] - 33:5,
35:11, 144:7

**able** [9] - 10:14, 12:4, 16:21, 31:14, 33:22, 38:13, 60:3, 123:11, 127:19
**absorb** [1] - 121:10
**Abu** [1] - 110:3
**accept** [1] - 113:19
**access** [10] - 25:4, 25:5, 28:11, 28:16, 31:15, 31:20, 32:24, 43:6, 43:12, 138:7
**accessible** [1] - 31:18
**accompanied** [1] - 50:25
**account** [1] - 35:19
**accuracy** [3] - 22:16, 28:18, 28:19
**accurate** [8] - 28:24, 38:6, 38:12, 38:16, 38:17, 51:10, 128:22, 144:5
**acronym** [1] - 99:1
**Act** [2] - 48:19, 85:19
**acted** [2] - 6:10, 6:20
**action** [11] - 53:20, 54:3, 54:9, 56:16, 57:13, 63:11, 63:24, 70:1, 78:7, 95:22
**Action** [1] - 1:3
**actions** [3] - 22:22, 30:6, 30:7
**actively** [1] - 27:17
**activity** [2] - 70:3, 70:7
**add** [1] - 10:5
**added** [2] - 11:20, 86:25
**addition** [2] - 45:21, 129:21
**Additional** [1] - 29:7
**additional** [4] - 10:12, 18:1, 22:24, 45:7
**address** [6] - 22:8, 33:4, 96:22, 98:25, 123:19, 123:20
**addressed** [4] - 29:8, 118:4, 124:5, 130:13
**adjust** [1] - 79:14
**administration** [18] - 42:22, 43:6, 43:12, 44:19, 53:19, 68:8, 68:11, 78:14, 78:24, 91:3, 91:4, 105:3, 105:20, 105:22, 106:2, 106:4, 138:7, 140:24
**admit** [54] - 49:15, 49:20, 51:3, 51:7, 51:24, 52:6, 54:17, 54:21, 55:24, 56:2, 59:4, 59:7, 61:15,

61:18, 65:19, 65:21, 73:1, 73:4, 89:8, 89:11, 98:15, 98:18, 100:7, 100:10, 103:11, 103:13, 104:13, 104:16, 107:3, 107:8, 108:18, 108:24, 111:14, 111:15, 118:7, 118:13, 122:18, 122:21, 123:14, 125:11, 125:14, 127:5, 127:7, 127:17, 127:22, 128:2, 129:17, 129:19, 131:17, 131:20, 132:19, 132:20, 139:15, 139:19
**admitted** [36] - 49:2, 50:23, 51:19, 54:11, 55:16, 58:15, 58:16, 58:19, 61:7, 65:7, 71:2, 72:19, 72:20, 82:18, 89:3, 95:14, 98:8, 99:17, 102:20, 104:9, 111:2, 113:5, 113:7, 113:14, 113:17, 122:2, 126:14, 128:5, 129:15, 131:3, 131:5, 134:21, 136:24, 138:24, 138:25, 142:21
**admitting** [1] - 127:13
**adventure** [1] - 73:19
**advertise** [1] - 72:9
**advise** [1] - 35:17
**advisement** [2] - 75:17, 76:6
**agency** [4] - 25:2, 25:17, 33:1, 38:11
**agenda** [1] - 117:16
**Agent** [1] - 85:19
**Agents** [1] - 48:18
**agents** [3] - 142:17, 143:10
**ago** [16] - 46:20, 48:15, 51:12, 52:22, 53:22, 57:14, 58:4, 58:5, 68:1, 81:1, 83:1, 83:18, 85:9, 99:12, 116:2, 130:13
**agree** [10] - 26:13, 26:23, 27:4, 43:11, 44:16, 44:23, 50:2, 51:15, 69:14, 91:24
**agreed** [7] - 43:22, 48:22, 49:23, 49:24, 52:9, 69:25, 100:16

**agreeing** [2] - 86:21, 92:10
**agreement** [18] - 48:9, 48:21, 48:22, 49:7, 49:22, 50:1, 50:10, 50:12, 50:15, 51:1, 51:21, 52:8, 52:9, 52:11, 52:16, 81:14, 105:8, 130:16
**ahead** [14] - 12:23, 12:25, 44:12, 50:16, 62:23, 77:8, 110:12, 112:15, 112:23, 125:2, 127:20, 128:2, 133:19, 133:25
**aicb@biaprotect. com** [1] - 1:24
**Alaska** [1] - 42:12
**allegation** [1] - 5:18
**alleged** [1] - 6:3
**alleviate** [1] - 11:24
**allow** [10] - 9:16, 23:19, 28:11, 39:13, 57:7, 69:2, 81:11, 95:2, 112:14, 115:18
**ally** [1] - 140:13
**ALON** [1] - 1:21
**Alon** [1] - 4:11
**alternatively** [1] - 6:24
**ambassador** [1] - 133:3
**amend** [1] - 27:23
**AMERICA** [1] - 1:2
**American** [2] - 110:5, 110:7
**amount** [2] - 32:20, 35:12
**analysis** [15] - 21:1, 21:5, 21:10, 21:11, 21:13, 21:14, 21:25, 22:2, 22:17, 22:23, 24:2, 28:21, 29:1, 37:25, 38:17
**analyst** [4] - 9:20, 21:24, 31:1, 31:3
**analysts** [3] - 21:10, 21:20, 40:24
**Andrea** [1] - 139:10
**Angeles** [1] - 66:17
**Anicorn** [1] - 82:6
**Anne** [1] - 4:11
**announced** [1] - 110:10
**answer** [24] - 4:19, 23:20, 23:21, 27:11, 28:15, 30:21, 31:19, 34:21, 39:15, 39:16, 39:19, 39:20, 39:22, 44:13, 53:9, 60:18,

79:22, 81:12, 95:3, 95:4, 109:9, 109:13, 129:3, 133:25
**answered** [6] - 17:15, 27:8, 27:9, 29:14, 57:21, 58:1
**answers** [1] - 109:17
**anticipated** [2] - 9:9, 9:21
**apart** [1] - 19:12
**apologize** [4] - 15:9, 28:8, 125:1, 129:15
**app** [1] - 114:18
**apparent** [1] - 37:4
**appear** [2] - 25:20, 36:24
**appearance** [3] - 69:16, 69:20, 69:22
**APPEARANCES** [2] - 1:11, 2:1
**appeared** [1] - 75:13
**application** [1] - 86:12
**apply** [2] - 16:9, 102:14
**appreciate** [2] - 8:17, 102:16
**approach** [3] - 14:15, 52:25, 57:4
**approached** [1] - 56:24
**appropriate** [3] - 30:6, 30:7
**approval** [1] - 99:11
**approved** [3] - 63:3, 64:15, 95:11
**April** [5] - 1:4, 68:18, 71:5, 82:22, 144:8
**Arabia** [1] - 110:3
**area** [6] - 11:12, 18:20, 20:16, 20:24, 73:16, 90:12
**areas** [2] - 19:11, 19:17
**argumentative** [1] - 18:13
**arrange** [3] - 91:20, 93:7, 134:17
**arranged** [1] - 103:19
**arrangement** [10] - 48:8, 81:19, 85:24, 86:6, 92:5, 93:5, 93:17, 93:20, 105:12, 130:16
**arrivals** [2] - 73:15, 73:16
**arrived** [1] - 90:8
**Artemus** [1] - 82:6
**article** [3] - 55:4, 89:5, 95:20
**Asia** [6] - 5:5, 47:2,

66:10, 68:24, 84:25, 138:16
**Asian** [1] - 107:14
**aspects** [1] - 105:20
**assertive** [1] - 102:10
**assets** [1] - 95:23
**assigned** [2] - 31:1, 31:3
**assist** [2] - 92:3, 106:8
**assistant** [4] - 59:14, 61:2, 61:4, 98:10
**assistants** [1] - 90:4
**assisting** [2] - 47:20, 48:2
**associated** [1] - 82:15
**assume** [2] - 9:22, 77:5
**assumed** [2] - 42:3, 90:18
**Assuming** [1] - 85:4
**assuming** [4] - 9:10, 10:3, 23:19, 59:4
**assured** [1] - 80:12
**attached** [7] - 124:25, 127:1, 127:3, 127:5, 128:11, 129:20, 129:25
**attaching** [2] - 125:8
**attachment** [7] - 55:16, 55:22, 56:9, 123:25, 127:7, 129:16, 129:20
**attempt** [5] - 44:5, 57:12, 86:24, 94:2, 126:4
**attempted** [3] - 47:15, 93:6, 93:7
**attempting** [3] - 95:16, 100:21, 129:10
**attend** [3] - 5:24, 16:21, 116:25
**attended** [2] - 5:8, 24:24
**attention** [4] - 9:6, 50:2, 75:15, 77:5
**attorney** [5] - 17:12, 63:18, 64:4, 64:10, 83:10
**Attorney** [15] - 47:17, 63:5, 63:9, 110:9, 110:11, 110:13, 115:23, 124:5, 124:18, 125:24, 126:5, 130:13, 131:24, 132:4, 133:2
**attractive** [1] - 91:12
**Atty** [1] - 63:17
**atty** [2] - 63:18, 63:20
**Aug** [2] - 109:4, 110:25

**August** [6] - 100:17, 103:2, 107:22, 109:3, 111:17, 141:5
**autographed** [1] - 117:21
**available** [3] - 23:5, 23:6, 24:5
**Avenue** [5] - 1:13, 1:18, 2:3, 2:8, 144:12
**aware** [1] - 23:1

**B**

**B-R-O-I-D-Y** [1] - 40:9
**bad** [1] - 131:15
**balance** [1] - 84:12
**band** [1] - 58:11
**Bangkok** [9] - 68:19, 69:15, 70:24, 70:25, 77:13, 77:18, 77:22, 80:11, 92:22
**based** [9] - 7:4, 21:24, 22:2, 22:17, 31:13, 37:11, 37:24, 45:2, 75:3
**basis** [2] - 69:8, 75:10
**bear** [1] - 6:13
**bears** [1] - 6:18
**became** [1] - 42:5
**become** [1] - 30:24
**becomes** [1] - 75:20
**Bedminster** [3] - 99:5, 100:17, 118:21
**BEFORE** [1] - 1:9
**began** [1] - 78:9
**beginning** [3] - 13:8, 85:20, 118:17
**begins** [4] - 62:13, 63:14, 84:9, 132:23
**behalf** [6] - 4:7, 4:12, 26:18, 43:13, 60:14, 87:19
**behavior** [1] - 46:14
**belief** [3] - 69:4, 69:7, 69:10
**below** [11] - 9:5, 63:13, 64:2, 84:10, 84:13, 101:9, 114:3, 132:1, 132:15, 132:23, 136:12
**bench** [4] - 19:7, 20:19, 25:11, 26:3
**benefit** [1] - 79:3
**best** [5] - 10:18, 33:4, 79:24, 95:21, 144:6
**better** [4] - 12:3, 17:23, 32:23, 79:21
**between** [44] - 5:1, 9:1, 26:5, 45:4, 53:4,

61:12, 62:18, 63:3, 63:16, 65:10, 71:5, 72:21, 82:21, 93:22, 93:24, 94:3, 95:9, 96:7, 96:17, 96:21, 97:8, 97:16, 99:20, 100:1, 102:1, 104:20, 106:14, 106:17, 106:23, 108:13, 113:22, 114:19, 116:16, 116:18, 118:24, 125:23, 126:11, 126:21, 131:12, 132:4, 133:2, 139:7, 139:22, 141:9
**big** [1] - 5:17
**bigger** [1] - 123:7
**bilateral** [2] - 104:23, 116:16
**Biographical** [1] - 61:22
**biographical** [1] - 61:10
**birth** [2] - 22:9, 22:13
**bit** [15] - 41:14, 64:22, 67:10, 67:17, 67:19, 78:6, 81:18, 85:1, 93:18, 98:5, 119:23, 133:7, 133:16, 135:18, 140:3
**Black** [8] - 26:7, 26:17, 27:2, 29:12, 30:2, 30:15, 30:20, 31:4
**black** [1] - 34:19
**blaming** [1] - 11:6
**blind** [1] - 123:22
**blowing** [1] - 120:21
**blurry** [1] - 124:2
**boat** [2] - 141:6, 141:17
**Boca** [1] - 40:11
**body** [2] - 41:18, 124:8
**bon** [1] - 73:17
**bone** [3] - 47:23, 47:25, 92:16
**book** [1] - 72:13
**bottom** [9] - 59:17, 72:11, 73:13, 85:3, 102:13, 109:21, 111:21, 132:5, 132:22
**Boulevard** [1] - 1:22
**branch** [1] - 21:4
**break** [10] - 9:24, 11:2, 24:15, 73:6, 73:10, 73:11, 74:2, 74:3, 121:2, 143:15
**breaking** [1] - 143:17
**breaks** [3] - 10:12,

11:7
**bring** [7] - 4:13, 12:15, 19:20, 20:12, 50:2, 119:16, 120:13
**bringing** [1] - 120:18
**Broidy** [118] - 8:15, 8:17, 8:23, 8:25, 9:3, 9:7, 9:16, 9:22, 9:25, 10:22, 12:8, 39:2, 40:5, 40:9, 40:10, 41:6, 41:10, 41:11, 43:9, 44:14, 46:6, 48:13, 49:3, 49:22, 50:20, 50:24, 51:8, 51:20, 52:8, 52:21, 54:13, 54:14, 54:23, 55:3, 55:18, 56:4, 56:20, 58:4, 59:9, 59:19, 60:6, 61:1, 61:8, 61:20, 61:22, 62:6, 62:22, 65:3, 65:8, 65:25, 67:6, 69:14, 70:17, 71:4, 72:11, 72:21, 73:13, 74:6, 75:5, 77:7, 77:11, 82:20, 84:7, 84:21, 85:18, 89:4, 89:13, 95:15, 95:18, 98:9, 98:20, 99:18, 100:13, 102:6, 103:1, 103:15, 104:10, 104:17, 105:6, 106:13, 107:13, 108:13, 109:2, 109:25, 111:16, 112:24, 113:3, 113:21, 118:1, 118:15, 119:10, 121:14, 123:18, 123:19, 124:3, 124:9, 125:6, 125:16, 126:9, 126:20, 127:11, 128:7, 128:14, 129:9, 129:24, 130:12, 131:10, 131:21, 132:14, 132:25, 134:23, 135:22, 138:1, 139:6, 139:21, 140:4, 142:12, 142:23
**BROIDY** [2] - 3:6, 40:2
**Broidy's** [1] - 9:24
**brought** [4] - 43:23, 53:20, 63:11, 127:6
**business** [10] - 40:16, 52:25, 53:15, 57:3, 58:8, 69:19, 79:2, 83:17, 88:1, 128:18

**businesses** [2] - 40:13, 40:15
**busy** [1] - 102:14
**buy** [1] - 120:6
**buy-in** [1] - 120:6
**BY** [9] - 13:13, 15:14, 20:23, 26:4, 36:7, 40:4, 77:10, 80:5, 121:13

**C**

**CA** [2] - 1:23, 64:4
**California** [1] - 64:11
**callout** [7] - 106:21, 111:8, 111:21, 122:3, 122:7, 126:22, 127:6
**campaign** [57] - 5:2, 5:7, 5:8, 5:10, 5:13, 5:15, 5:20, 5:21, 5:23, 6:4, 6:10, 6:13, 6:19, 16:15, 17:24, 18:3, 18:5, 22:3, 22:23, 23:3, 23:11, 24:11, 24:13, 24:24, 25:7, 26:6, 27:15, 27:16, 27:18, 28:6, 28:13, 28:23, 29:5, 30:11, 31:12, 31:15, 31:22, 32:3, 32:14, 32:23, 33:11, 34:9, 34:12, 35:10, 35:11, 35:21, 35:24, 36:15, 36:17, 37:19, 42:18, 44:25, 61:25, 105:19, 106:2, 106:3
**campaigns** [8] - 16:20, 16:21, 22:10, 24:5, 24:17, 33:2, 34:15, 36:13
**Campbell** [1] - 13:24
**candidate** [9] - 26:12, 26:15, 26:18, 27:7, 29:6, 30:25, 34:10, 42:17, 42:25
**candidates** [1] - 33:25
**cannot** [3] - 6:13, 17:7, 23:4
**capacity** [2] - 41:23, 42:7
**Capital** [4] - 41:6, 41:10, 41:11, 54:14
**Capitol** [1] - 134:6
**care** [1] - 5:15
**careful** [1] - 58:2
**carefully** [1] - 6:22
**Carlstrom** [1] - 4:12
**case** [20] - 6:17, 12:5, 20:3, 26:6, 30:2,

34:16, 41:8, 43:10, 45:1, 45:10, 47:1, 49:8, 50:18, 64:5, 64:12, 74:17, 81:25, 85:21, 143:20
**Case** [1] - 4:2
**cases** [1] - 12:1
**cashier** [1] - 84:13
**casino** [1] - 138:4
**catch** [1] - 129:3
**cater** [1] - 10:9
**caused** [2] - 110:7, 110:10
**causing** [2] - 6:18, 102:15
**celebrate** [1] - 12:9
**central** [2] - 64:4, 64:11
**certain** [3] - 29:25, 86:3, 87:1
**certainly** [7] - 7:15, 12:5, 12:7, 24:16, 39:25, 75:13, 108:21
**CERTIFICATE** [1] - 144:1
**certify** [1] - 144:4
**cetera** [1] - 89:18
**chain** [6] - 82:21, 93:21, 114:6, 116:11, 131:11, 140:1
**chair** [1] - 39:10
**chairman** [4] - 41:24, 42:4, 42:13, 47:3
**chambers'** [1] - 7:13
**change** [2] - 53:18, 86:12
**changed** [2] - 9:6, 12:6
**changes** [1] - 11:17
**channel** [1] - 134:13
**channels** [3] - 47:13, 90:23, 93:9
**character** [1] - 67:15
**charitable** [1] - 34:5
**Charles** [1] - 4:11
**CHARLES** [2] - 2:2, 2:2
**charles@ charleshaskell.com** [1] - 2:5
**check** [1] - 84:14
**chief** [8] - 21:3, 97:18, 97:24, 99:13, 101:4, 103:3, 103:4, 103:8
**chiefs** [1] - 21:4
**China** [17] - 45:23, 46:6, 46:23, 88:7, 88:20, 88:24, 89:20, 89:24, 89:25, 90:17, 92:23, 124:5,

124:12, 124:15, 126:12, 126:21, 128:20
**Chinese** [17] - 45:22, 45:25, 46:7, 46:11, 46:17, 46:21, 46:25, 47:21, 65:15, 65:16, 88:14, 88:18, 88:19, 91:14, 132:6, 133:3, 133:11
**choose** [2] - 32:2, 35:5
**choosing** [2] - 34:1, 34:10
**chose** [2] - 5:5, 87:23
**Cir** [1] - 40:18
**Circinus** [3] - 40:23, 79:2, 94:7
**citizen** [1] - 117:21
**city** [1] - 40:10
**civil** [4] - 43:23, 57:13, 63:24, 78:6
**claims** [1] - 55:6
**clarify** [5] - 24:15, 33:5, 34:14, 62:24, 109:12
**clawed** [1] - 70:6
**clean** [1] - 80:12
**cleanness** [1] - 80:23
**clear** [7] - 8:9, 24:10, 38:12, 41:8, 46:22, 69:25, 123:1
**clearances** [1] - 41:1
**clearer** [2] - 123:4, 123:8
**CLERK** [1] - 14:14
**client** [3] - 104:6, 137:17, 137:20
**close** [2] - 73:5, 76:16
**closed** [4] - 75:14, 76:1, 76:3, 77:4
**closer** [2] - 47:9, 47:10
**clue** [1] - 11:5
**co** [5] - 29:20, 94:24, 115:13, 115:16, 115:20
**co-conspirators** [2] - 94:24, 115:20
**co-treasurer** [1] - 29:20
**Colfax** [7] - 81:25, 82:9, 83:1, 83:5, 83:10, 83:19
**colfax** [2] - 82:24, 84:10
**collaboration** [2] - 63:16, 63:23
**COLLEEN** [1] - 1:9
**COLUMBIA** [1] - 1:1
**column** [1] - 66:1
**Comey** [1] - 91:2

**comfortable** [2] - 119:7, 120:18
**coming** [1] - 124:18
**command** [1] - 93:21
**comments** [1] - 5:25
**Commission** [5] - 13:18, 16:5, 16:9, 28:1, 29:4
**commit** [1] - 48:18
**committee** [15] - 22:17, 22:23, 24:1, 26:8, 28:3, 29:9, 30:1, 31:1, 32:1, 32:12, 32:20, 33:24, 34:4, 34:12, 38:14
**Committee** [3] - 41:17, 41:25, 47:3
**committee's** [3] - 27:17, 28:17, 31:17
**committees** [4] - 6:10, 22:10, 27:23, 33:25
**commonly** [1] - 27:22
**communicate** [3] - 17:23, 112:5, 136:19
**communicated** [3] - 133:14, 133:20, 133:21
**communications** [2] - 65:14, 71:17
**companies** [1] - 128:19
**company** [3] - 40:25, 41:3, 41:7
**compensation** [1] - 45:1
**complain** [1] - 8:12
**complaint** [2] - 23:10, 56:6
**complete** [7] - 9:15, 9:18, 9:24, 40:14, 49:24, 49:25, 144:6
**compliance** [6] - 16:5, 20:24, 21:2, 21:6, 21:8, 21:19
**comply** [1] - 17:5
**compound** [1] - 44:7
**computers** [1] - 7:12
**conceal** [1] - 38:1
**concern** [4] - 80:17, 80:23, 84:15, 98:12
**concerned** [3] - 63:25, 90:24, 101:17
**concerning** [1] - 101:2
**concerns** [2] - 11:25, 91:10
**concluded** [1] - 6:3
**conclusion** [2] - 60:19, 82:12
**concurs** [1] - 140:12
**conduct** [3] - 22:17,

50:17, 52:13
**conducted** [1] - 21:25
**conducting** [2] - 86:7, 128:18
**conduit** [6] - 6:8, 37:8, 37:12, 37:18, 37:22, 38:1
**conference** [3] - 19:7, 20:19, 25:11
**conference)** [1] - 26:3
**confidential** [1] - 87:23
**confidentiality** [3] - 72:4, 72:5, 114:23
**confidentially** [1] - 76:20
**confines** [1] - 20:2
**confirm** [3] - 84:24, 101:19, 136:2
**confirmation** [1] - 85:4
**confusing** [1] - 6:25
**Congress** [1] - 68:8
**connected** [1] - 92:6
**connection** [1] - 35:24
**connections** [1] - 57:8
**consent** [1] - 35:1
**consider** [3] - 13:16, 18:10, 22:19
**considered** [4] - 20:21, 29:23, 30:4, 30:12
**conspiracy** [5] - 4:25, 5:19, 6:6, 48:18, 85:21
**conspirator's** [2] - 115:14, 115:17
**conspirators** [2] - 94:24, 115:20
**conspired** [1] - 6:7
**constantly** [1] - 120:22
**constitutes** [1] - 144:4
**Constitution** [2] - 2:8, 144:12
**consultant** [1] - 105:25
**contact** [4] - 19:18, 66:5, 106:7, 141:2
**contacted** [2] - 134:1, 141:19
**contacting** [1] - 101:2
**contacts** [7] - 71:17, 105:6, 105:21, 106:1, 138:6, 138:16, 140:23
**contained** [1] - 89:14
**content** [1] - 119:2
**context** [10] - 4:20, 5:25, 20:9, 23:16, 62:17, 63:10, 78:15,

104:1, 104:2, 115:18
**continue** [7] - 51:15, 75:17, 76:4, 101:25, 112:5, 132:2, 134:17
**Continued** [1] - 1:25
**continued** [1] - 42:13
**CONTINUED** [1] - 2:1
**continues** [1] - 114:3
**continuing** [1] - 136:19
**contractor** [1] - 40:23
**contributed** [1] - 6:12
**contributes** [1] - 36:17
**contributing** [2] - 6:4, 38:13
**contribution** [15] - 30:8, 31:11, 34:5, 34:8, 34:10, 37:6, 37:12, 37:15, 37:17, 37:18, 37:20, 37:22, 38:1, 38:2, 38:5
**contributions** [11] - 6:8, 6:19, 22:11, 26:9, 30:6, 30:15, 31:16, 33:25, 34:3, 37:9
**contributor** [2] - 34:3, 37:5
**control** [1] - 21:12
**controlled** [1] - 82:10
**convention** [1] - 41:19
**conventions** [1] - 41:20
**conversation** [3] - 93:22, 134:9, 134:16
**conversations** [1] - 116:11
**conveyed** [1] - 110:21
**conveying** [1] - 140:7
**cooperate** [2] - 48:23, 51:16
**cooperation** [4] - 50:2, 51:21, 126:11, 128:20
**coordinate** [1] - 108:1, 125:20
**copied** [1] - 123:22
**copies** [1] - 123:10
**copy** [1] - 14:11
**copying** [1] - 59:11
**corporate** [1] - 83:17
**correct** [36] - 16:10, 20:25, 22:4, 22:9, 23:8, 27:19, 29:22, 31:5, 31:6, 51:13, 55:11, 56:11, 72:25, 80:4, 83:21, 94:25, 100:22, 103:9, 106:5, 107:2, 107:25, 118:25,

119:15, 124:16, 125:10, 125:18, 129:11, 129:21, 129:22, 130:2, 133:3, 133:4, 135:13, 136:8, 137:10
**corrective** [1] - 28:13
**correctly** [5] - 34:7, 85:6, 96:14, 101:22, 137:18
**correspondence** [5] - 131:24, 132:4, 132:16, 132:24, 133:2
**Council** [2] - 97:21, 99:3
**counsel** [15] - 4:4, 8:6, 8:9, 9:17, 18:20, 36:23, 39:13, 39:18, 63:15, 63:21, 75:4, 75:6, 111:8, 131:10, 132:12
**Counsel** [4] - 18:16, 99:22, 126:14, 132:13
**counsel's** [2] - 9:19, 11:1
**count** [2] - 48:17, 85:21
**counterterrorism** [1] - 120:6
**countries** [3] - 101:21, 116:17, 118:24
**country** [3] - 26:19, 107:14, 120:6
**country-led** [1] - 120:6
**couple** [9] - 6:2, 10:8, 24:9, 40:13, 54:4, 61:23, 62:7, 120:7, 134:15
**course** [5] - 10:9, 17:4, 21:6, 65:10, 86:10
**courses** [2] - 24:8, 24:17
**Court** [9] - 2:6, 2:7, 10:7, 40:8, 50:3, 50:6, 73:12, 74:22, 144:11
**court** [3] - 40:8, 48:17, 74:25
**COURT** [195] - 1:1, 4:9, 4:13, 4:23, 7:6, 9:4, 9:14, 10:20, 11:4, 12:15, 12:25, 13:3, 14:4, 14:7, 14:9, 14:17, 14:20, 14:24, 15:11, 15:19, 16:1, 16:12, 17:1, 17:16, 18:15, 18:18, 18:24,

19:3, 19:9, 20:6, 20:20, 23:15, 23:19, 24:9, 24:15, 25:9, 25:13, 25:15, 26:2, 26:11, 26:23, 27:1, 27:9, 28:4, 28:7, 28:9, 29:15, 30:19, 32:7, 32:10, 32:17, 32:19, 33:14, 33:17, 33:19, 34:17, 36:4, 38:19, 38:23, 38:25, 39:3, 39:9, 39:13, 39:25, 40:19, 44:9, 44:12, 45:18, 46:3, 47:6, 47:9, 49:10, 49:13, 49:16, 49:19, 51:5, 51:7, 52:1, 52:3, 52:6, 53:10, 53:14, 54:19, 54:21, 54:25, 55:2, 56:2, 57:7, 57:21, 58:1, 58:16, 58:19, 58:24, 59:4, 59:7, 60:15, 60:22, 61:18, 62:21, 65:21, 67:4, 69:2, 69:6, 69:9, 69:12, 70:14, 70:16, 71:21, 72:7, 73:4, 73:10, 74:2, 74:11, 74:14, 74:23, 75:1, 75:12, 75:23, 76:4, 76:9, 77:1, 78:16, 79:12, 79:16, 79:21, 80:1, 81:9, 82:14, 87:8, 87:13, 89:11, 94:24, 95:2, 95:4, 96:15, 98:18, 100:10, 102:25, 103:13, 104:16, 107:6, 107:8, 108:19, 108:21, 108:24, 109:13, 109:16, 111:6, 111:15, 112:14, 112:22, 113:10, 113:14, 113:17, 115:15, 115:18, 116:9, 118:10, 118:13, 121:1, 121:7, 122:5, 122:8, 122:11, 122:15, 123:6, 123:14, 124:25, 125:2, 125:14, 126:18, 126:24, 127:8, 127:11, 127:20, 128:2, 128:5, 129:4, 129:19, 129:23, 130:9, 131:3, 131:6, 131:18, 131:20, 132:20, 133:16,

133:23, 139:5, 139:16, 139:19, 142:21, 143:4, 143:14, 144:1
**Court's** [1] - 10:10
**Courthouse** [2] - 2:7, 144:11
**courtroom** [8] - 12:24, 66:25, 74:8, 74:22, 74:25, 75:2, 76:21, 76:25
**COURTROOM** [5] - 4:2, 12:14, 14:6, 14:8, 58:23
**cover** [1] - 20:4
**covered** [1] - 24:7
**craft** [1] - 64:24
**crazy** [1] - 115:7
**create** [4] - 10:4, 120:5, 128:25, 129:4
**created** [1] - 62:17
**credibility** [2] - 128:25, 129:5
**criminal** [4] - 4:2, 46:14, 52:13, 90:12, 91:9
**Criminal** [1] - 1:3
**criminals** [3] - 46:18, 91:15, 130:6
**CROSS** [1] - 13:12
**cross** [5] - 9:23, 13:8, 23:17, 36:12, 36:23
**CROSS-EXAMINATION** [1] - 13:12
**cross-examination** [3] - 9:23, 36:12, 36:23
**crossed** [1] - 135:7
**CRR** [3] - 2:6, 144:3, 144:10
**crying** [1] - 137:5
**cumulatively** [1] - 11:6
**current** [1] - 21:11
**cut** [1] - 45:14

# D

**D.C** [2] - 124:19, 133:11
**damage** [1] - 102:15
**date** [13] - 22:9, 22:13, 99:11, 100:19, 102:17, 107:14, 113:24, 115:2, 115:7, 116:3, 136:2, 137:3, 137:15
**dated** [6] - 50:15, 82:21, 98:20, 100:14, 128:8, 131:14

**Dated** [1] - 144:8
**dating** [1] - 58:11
**David** [1] - 4:10
**DAVID** [1] - 1:21
**david@kennerlaw.com** [1] - 1:24
**Davis** [96] - 45:10, 52:25, 53:2, 53:16, 53:24, 54:14, 54:24, 55:3, 55:20, 56:5, 56:24, 57:15, 59:11, 59:19, 59:21, 60:9, 60:24, 61:3, 61:12, 62:18, 63:8, 65:4, 65:10, 66:4, 66:13, 66:23, 68:18, 70:23, 71:5, 72:12, 72:22, 73:14, 77:14, 77:18, 77:24, 80:22, 82:21, 83:20, 84:7, 84:23, 84:25, 85:10, 86:11, 88:6, 88:10, 88:24, 89:5, 89:19, 92:11, 92:22, 92:24, 93:1, 93:24, 94:16, 95:19, 96:6, 109:15, 109:19, 112:5, 112:16, 113:4, 113:22, 114:2, 114:15, 114:19, 115:1, 115:6, 116:5, 117:1, 117:11, 118:2, 118:15, 119:2, 119:12, 119:19, 120:13, 123:19, 124:21, 125:3, 125:17, 131:11, 131:12, 131:22, 132:8, 133:1, 133:14, 134:1, 136:20, 137:1, 137:4, 137:14, 137:23, 142:8, 142:16, 142:24, 143:7
**Davis's** [1] - 93:19
**days** [4] - 10:10, 31:13, 99:12, 136:3
**DC** [6] - 1:14, 1:18, 2:4, 2:8, 100:17, 144:13
**deal** [3] - 45:13, 79:8, 80:1
**dealings** [3] - 71:14, 86:10, 116:5
**dear** [1] - 118:16
**Debate** [1] - 60:3
**decade** [2] - 53:6, 53:10
**December** [2] - 13:20,

16:4
**decide** [4] - 18:15, 18:19, 32:15, 69:12
**decides** [4] - 18:19, 18:20, 19:13, 19:15
**decision** [5] - 67:23, 72:7, 74:11, 76:20, 127:13
**decisions** [1] - 19:4
**Defendant** [3] - 1:6, 1:21, 2:2
**defendant** [1] - 68:9
**Defense** [1] - 40:25
**defense** [10] - 4:12, 4:16, 7:25, 9:17, 9:19, 14:12, 20:21, 36:23, 131:10, 132:12
**definitely** [1] - 48:6
**Democratic** [1] - 26:18
**demonstrate** [1] - 60:11
**deny** [2] - 69:13, 101:15
**Department** [9] - 13:21, 15:6, 15:8, 40:24, 44:3, 63:2, 63:6, 63:12, 135:12
**DEPARTMENT** [2] - 1:12, 1:17
**dependent** [1] - 80:8
**deportation** [1] - 101:19
**depressed** [1] - 134:11
**Dept** [2] - 62:14, 63:16
**DEPUTY** [5] - 4:2, 12:14, 14:6, 14:8, 58:23
**describe** [1] - 134:9
**described** [1] - 47:16
**describing** [1] - 54:2
**designated** [1] - 29:8
**despondent** [1] - 134:2
**detail** [8] - 43:20, 47:18, 51:8, 86:20, 143:1, 143:9, 143:11, 143:12
**details** [3] - 48:14, 93:16, 105:15
**determination** [1] - 29:19
**determine** [4] - 21:8, 24:23, 28:12, 31:14
**Dhabi** [1] - 110:3
**DHS** [3] - 101:16, 135:4, 135:12
**dictated** [1] - 109:8
**difference** [1] - 26:5

**different** [8] - 10:19, 34:13, 41:9, 67:14, 91:9, 115:19, 117:17
**difficult** [6] - 8:5, 87:22, 87:24, 87:25, 88:1, 88:2
**diligence** [2] - 47:5, 138:16
**dinner** [1] - 5:24
**DIRECT** [1] - 40:3
**direct** [10] - 20:2, 20:7, 23:17, 25:4, 32:3, 32:14, 35:5, 36:11, 37:15, 77:7
**directed** [2] - 81:4, 119:16
**directly** [4] - 5:7, 5:22, 79:18, 121:18
**Director** [1] - 91:2
**disappointed** [1] - 93:14
**disbursement** [1] - 35:19
**disclose** [6] - 22:10, 48:8, 48:11, 105:7, 105:11, 105:15
**disclosed** [5] - 22:14, 22:25, 29:1, 31:17, 87:23
**discloses** [1] - 22:18
**discretion** [2] - 12:2, 27:5
**discuss** [8] - 20:13, 34:20, 66:20, 68:14, 76:10, 88:12, 96:25, 120:9
**discussed** [6] - 6:2, 65:16, 79:8, 80:2, 80:10, 80:15, 117:13, 117:15
**discussing** [4] - 18:16, 52:22, 98:13, 108:8
**discussion** [2] - 85:8, 92:12
**discussions** [1] - 11:13
**dispute** [1] - 67:5
**disputes** [1] - 4:25
**distinction** [1] - 115:21
**distract** [2] - 6:16, 137:17
**distracting** [1] - 6:25
**DISTRICT** [3] - 1:1, 1:1, 1:9
**district** [2] - 64:4, 64:11
**division** [11] - 21:1, 21:4, 21:5, 21:10, 22:23, 24:2, 25:2,

28:21, 29:8, 33:1, 37:25
**DIXON** [1] - 1:12
**document** [19] - 13:25, 51:20, 59:17, 61:8, 61:11, 62:17, 63:7, 64:20, 65:9, 99:19, 106:13, 109:6, 122:7, 122:13, 122:19, 124:8, 126:23, 129:8, 138:22
**documentation** [1] - 21:24
**documents** [1] - 123:10
**DOJ** [2] - 70:7, 91:2
**dollars** [2] - 45:5, 57:16, 83:23
**Donald** [2] - 42:5, 60:8
**donate** [2] - 5:23, 34:24
**donated** [1] - 35:2
**donation** [1] - 27:4
**donations** [3] - 29:23, 30:4, 30:12
**done** [10] - 19:5, 25:22, 27:22, 32:5, 35:23, 58:8, 67:13, 69:19, 70:10, 103:21
**donor** [7] - 6:12, 6:14, 6:15, 22:7, 37:13, 37:14, 38:1
**donors** [2] - 6:3, 37:9
**door** [1] - 40:20
**Dorn** [1] - 9:21
**Dorothy** [3] - 14:5, 58:20, 79:12
**down** [31] - 7:12, 12:23, 12:25, 24:15, 39:10, 59:16, 60:3, 60:4, 62:12, 63:13, 64:21, 65:2, 74:15, 75:14, 77:1, 85:1, 97:1, 107:21, 109:21, 111:9, 111:20, 112:2, 114:6, 127:6, 129:13, 130:8, 130:10, 132:1, 133:5, 135:16, 142:13
**dozen** [1] - 10:8
**dozens** [1] - 46:17
**draft** [2] - 111:24, 118:5
**drop** [6] - 59:16, 60:4, 63:13, 64:2, 106:21, 109:21
**dropping** [1] - 62:12

**due** [4] - 9:8, 9:18, 47:5, 138:16
**duration** [2] - 45:2, 80:8
**during** [46] - 8:21, 27:16, 28:6, 42:7, 42:24, 43:4, 46:6, 48:7, 48:23, 51:16, 52:18, 65:10, 67:8, 67:20, 68:13, 71:14, 77:23, 78:4, 78:20, 79:1, 79:5, 80:12, 90:21, 92:9, 94:1, 97:7, 100:23, 101:24, 105:6, 112:3, 112:24, 116:1, 116:21, 117:10, 117:13, 117:22, 119:17, 120:9, 120:14, 121:18, 125:19, 134:10, 136:18, 141:9, 141:16, 142:15
**duties** [2] - 21:6, 42:8

# E

**early** [12] - 9:19, 10:13, 11:8, 11:9, 41:22, 52:23, 52:24, 53:16, 77:19, 100:17, 107:22, 121:2
**easier** [2] - 11:25, 14:22
**easiest** [1] - 14:25
**effort** [4] - 46:25, 96:17, 97:15, 140:13
**efforts** [7] - 30:25, 47:21, 106:8, 112:6, 126:3, 133:9, 134:14
**either** [9] - 31:8, 32:14, 35:23, 39:18, 71:8, 90:4, 109:7, 123:13, 134:13
**elected** [1] - 42:14
**Election** [2] - 16:5, 16:8
**election** [4] - 6:4, 26:12, 30:24, 53:18
**Elections** [3] - 13:18, 28:1, 29:3
**ELLIOTT** [4] - 1:21, 3:6, 40:2, 40:9
**Elliott** [4] - 39:2, 40:9, 59:22, 61:22
**ELMO** [2] - 14:21, 14:23
**email** [56] - 7:13, 8:24, 9:5, 12:20, 54:1,

54:13, 54:23, 55:3, 55:16, 55:19, 56:4, 59:10, 59:21, 72:21, 73:8, 73:14, 89:4, 89:14, 98:9, 98:20, 98:25, 99:8, 101:9, 103:1, 103:15, 103:25, 104:10, 104:17, 108:13, 109:2, 111:16, 118:1, 118:4, 118:15, 119:11, 122:16, 123:18, 123:19, 123:20, 123:22, 124:25, 125:6, 126:9, 126:20, 126:24, 127:2, 128:7, 128:8, 129:20, 129:21, 129:24, 131:10, 131:11, 131:22, 132:14
**emailed** [1] - 125:16
**emails** [4] - 7:9, 7:12, 41:10, 59:19
**embarrassed** [1] - 134:11
**embassy** [1] - 124:4
**emphasis** [1] - 68:7
**Encino** [1] - 1:23
**end** [10] - 9:19, 10:13, 11:3, 15:4, 20:19, 26:3, 32:4, 76:10, 76:16, 76:19
**endeavor** [2] - 44:11, 57:11
**ended** [1] - 11:9
**ending** [1] - 11:8
**ends** [1] - 31:21
**enforcement** [4] - 41:5, 125:25, 126:11, 128:20
**engagement** [14] - 45:3, 64:19, 66:20, 72:10, 73:23, 73:25, 78:10, 78:12, 87:25, 88:2, 88:3, 92:1
**enlarged** [2] - 127:6, 131:7
**enlisted** [1] - 105:24
**enormously** [1] - 138:4
**ensure** [2] - 9:23, 91:5
**enter** [1] - 48:22
**entered** [2] - 5:19, 51:21
**enters** [2] - 12:24, 76:25
**entertainment** [1] - 58:10

**entire** [1] - 27:16
**entities** [6] - 34:13, 40:16, 82:4, 82:8, 82:10, 82:16
**entity** [6] - 41:6, 41:12, 54:7, 54:8, 55:13, 83:6
**entrepreneur** [2] - 53:3, 138:5
**Entries** [5] - 71:3, 84:6, 84:20, 137:1, 137:12
**entry** [1] - 113:23
**Entry** [6] - 65:23, 82:19, 113:2, 115:1, 115:5, 142:20
**Eric** [1] - 9:20
**Erica** [4] - 59:10, 59:13, 85:5, 109:7
**ESQ** [6] - 1:12, 1:16, 1:16, 1:21, 1:21, 2:2
**essence** [1] - 101:13
**essentially** [2] - 68:15, 125:8, 132:16
**established** [1] - 30:17
**et** [1] - 89:18
**Ethics** [3] - 15:10, 15:16, 16:4
**ethics** [1] - 16:10
**evaluation** [1] - 28:20
**evening** [3] - 7:10, 118:19, 134:4
**event** [2] - 5:8, 97:6
**eventually** [5] - 69:25, 70:10, 70:20, 86:14, 86:24
**evidence** [3] - 26:20, 65:19, 69:11
**ex** [1] - 53:5
**ex-husband** [1] - 53:5
**exactly** [1] - 38:13
**examination** [6] - 9:15, 9:23, 11:5, 13:9, 36:12, 36:23
**EXAMINATION** [3] - 13:12, 36:6, 40:3
**example** [5] - 36:16, 36:21, 47:4, 47:17, 56:20
**except** [1] - 126:25
**exception** [2] - 86:8, 86:13
**exceptions** [1] - 86:3
**excess** [6] - 31:24, 32:1, 32:13, 32:15, 34:2, 34:5
**exchange** [7] - 44:24, 47:20, 71:4, 72:12, 106:22, 115:9, 131:22

**exchanged** [1] - 106:14
**exchanges** [6] - 65:10, 65:14, 99:20, 99:25, 114:15, 139:22
**exchanging** [1] - 84:23
**excited** [1] - 118:20
**exciting** [1] - 73:18
**exclude** [1] - 6:24
**excuse** [5] - 39:6, 39:24, 75:9, 99:22, 102:22
**excused** [5] - 38:19, 38:23, 74:16, 74:21, 143:21
**executed** [2] - 49:7, 50:25
**exhaustive** [1] - 40:15
**exhibit** [19] - 14:3, 14:4, 14:11, 49:5, 60:1, 60:5, 62:3, 65:13, 84:5, 84:19, 95:17, 102:5, 111:5, 113:10, 114:25, 123:4, 124:1, 131:2
**Exhibit** [60] - 49:1, 49:11, 49:20, 50:22, 51:4, 51:19, 51:25, 54:11, 54:18, 56:8, 56:18, 58:14, 61:7, 61:16, 61:20, 65:7, 65:19, 71:1, 72:18, 73:1, 89:3, 89:9, 95:13, 98:7, 98:16, 99:17, 100:8, 102:7, 102:20, 103:11, 104:9, 104:13, 106:12, 107:4, 107:11, 108:10, 108:18, 111:1, 112:19, 113:1, 113:8, 113:21, 117:24, 118:8, 122:14, 124:1, 124:22, 125:4, 126:7, 126:8, 128:7, 128:13, 129:14, 129:16, 131:4, 132:9, 134:20, 136:23, 138:20, 142:19
**exhibits** [1] - 123:15
**Exhibits** [6] - 55:15, 55:24, 122:1, 122:21, 125:12, 127:17
**exits** [1] - 74:8
**exonerated** [1] - 78:8
**expand** [4] - 132:15,

135:1, 135:17,
135:18
**expecting** [1] - 140:11
**expend** [2] - 32:13,
32:21
**expenditure** [1] -
35:19
**expenditures** [1] -
26:9
**experience** [4] - 37:3,
37:24, 47:2, 106:1
**expertise** [1] - 41:1
**expires** [1] - 101:13
**explain** [3] - 71:15,
119:21, 141:12
**explained** [3] - 16:8,
58:8, 91:1
**exploring** [1] - 53:19
**express** [3] - 46:10,
68:5, 68:13
**expressed** [1] - 80:17
**extend** [1] - 104:23
**extent** [1] - 8:8
**extra** [1] - 14:12
**extradite** [4] - 46:22,
46:25, 47:21, 88:20
**extradited** [4] - 91:10,
140:8, 140:18,
141:24
**extraditing** [1] - 46:13
**extradition** [17] -
46:20, 48:2, 48:4,
91:8, 91:24, 92:17,
93:2, 100:24, 101:7,
120:11, 121:19,
126:4, 130:21,
133:9, 141:3, 141:9,
141:14
**eyes** [6] - 5:4, 75:14,
76:1, 76:3, 77:4,
77:6

## F

**face** [1] - 37:4
**facilitator** [1] - 93:23
**facility** [1] - 40:25
**fact** [13] - 8:17, 13:20,
21:18, 37:16, 45:5,
66:12, 70:20, 77:17,
89:17, 89:20, 134:7,
141:1, 142:6
**factor** [1] - 28:20
**facts** [1] - 51:9
**factual** [1] - 28:2
**fair** [1] - 28:25
**fairly** [1] - 91:18
**fall** [2] - 86:8, 112:4
**false** [2] - 50:12, 52:17
**familiar** [7] - 30:24,

33:21, 34:18, 37:8,
82:5, 85:25, 114:11
**family** [2] - 9:8, 41:7
**Fang** [2] - 80:19, 81:2
**far** [2] - 25:22, 140:19
**FARA** [7] - 85:19,
85:22, 85:25, 86:8,
86:16, 87:3, 87:6
**fast** [2] - 84:21, 119:23
**favorite** [1] - 118:22
**FBI** [6] - 9:20, 142:17,
142:24, 143:1,
143:8, 143:10
**FEC** [42] - 16:15,
16:18, 17:5, 17:22,
17:23, 20:24, 21:9,
21:19, 22:3, 22:14,
23:7, 23:11, 24:22,
27:15, 28:16, 28:19,
29:5, 29:6, 30:3,
31:10, 32:4, 32:11,
32:18, 32:22, 33:4,
33:5, 33:11, 33:13,
35:16, 35:17, 35:20,
36:12, 36:15, 36:17,
36:20, 36:24, 36:25,
37:4, 37:21, 38:4,
38:5, 38:8
**FEC's** [1] - 38:16
**federal** [1] - 26:12
**Federal** [5] - 13:17,
16:5, 16:8, 28:1,
29:3
**fee** [8] - 45:2, 45:7,
69:16, 69:20, 69:22,
80:8, 81:16, 82:1
**felt** [6] - 78:24, 79:3,
92:1, 92:4, 120:17,
120:20
**few** [7] - 36:10, 40:16,
50:16, 62:6, 73:7,
99:11, 138:1
**file** [2] - 35:16, 55:6
**filed** [4] - 27:15, 27:25,
28:5, 28:13
**filing** [6] - 27:17, 29:5,
38:5, 56:9, 56:13,
56:21
**filings** [3] - 28:17,
36:13, 36:15
**filled** [1] - 28:19
**film** [1] - 56:13
**final*** [1] - 111:18
**finance** [4] - 18:5,
41:24, 42:5, 47:3
**financial** [3] - 9:20,
81:18, 105:12
**financially** [2] - 73:21,
73:24
**findings** [1] - 21:20,

21:22
**fine** [5] - 20:3, 62:4,
73:10, 83:14, 135:19
**fingers** [1] - 135:6
**finish** [2] - 39:14, 73:8
**finished** [2] - 11:5,
12:9
**FIRM** [1] - 1:22
**first** [24] - 6:6, 6:12,
12:5, 34:23, 35:15,
38:10, 41:16, 53:2,
55:18, 56:4, 61:9,
61:20, 61:23, 62:8,
79:14, 89:22,
100:14, 103:20,
110:18, 111:22,
128:17, 140:3,
140:19
**firsthand** [1] - 45:12
**five** [1] - 74:4
**fix** [2] - 79:13, 79:16
**flee** [1] - 101:18
**flew** [1] - 89:23
**Florida** [1] - 40:11
**flow** [2] - 81:22, 81:24
**fly** [1] - 101:17
**focus** [1] - 137:16
**focused** [1] - 42:10
**focusing** [1] - 109:1
**follow** [7] - 16:17,
22:20, 23:10, 95:21,
102:10, 103:18
**follow-up** [4] - 22:20,
102:10, 103:18
**followed** [3] - 97:18,
97:21, 141:13
**following** [7] - 8:12,
19:7, 25:11, 51:22,
68:17, 92:10, 104:18
**FOR** [1] - 1:1
**force** [1] - 120:6
**foregoing** [1] - 144:4
**foreign** [6] - 6:9,
43:13, 43:15, 81:21,
82:3, 86:4
**Foreign** [2] - 48:18,
85:19
**forfeiture** [10] - 43:23,
53:20, 54:9, 55:6,
56:16, 57:13, 63:11,
63:24, 70:1, 78:6
**forgotten** [1] - 139:16
**form** [3] - 22:6, 22:7,
96:11
**former** [2] - 120:8,
143:10
**forms** [1] - 28:18
**forward** [6] - 48:14,
53:12, 92:25,
101:20, 127:12

**forwarding** [2] - 84:21,
119:23
**foundation** [7] - 26:21,
30:18, 45:17, 68:25,
112:13, 124:23,
143:3
**founders** [1] - 58:10
**four** [1] - 41:20
**fourth** [1] - 62:12
**fraction** [2] - 5:6, 5:20
**frame** [3] - 28:5, 31:11,
112:24
**Frank** [1] - 5:17
**frankly** [2] - 8:2, 8:14
**Friday** [1] - 76:13
**friend** [6] - 57:1, 60:8,
67:11, 67:15, 78:2
**friends** [3] - 5:22,
58:7, 58:9
**Fuentes** [4] - 103:2,
103:3, 104:11,
104:17
**Fugees** [1] - 58:11
**fugitive** [1] - 89:17
**full** [4] - 40:7, 50:17,
51:13, 144:5
**Fund** [9] - 18:4, 26:7,
29:20, 30:11, 31:5,
32:9, 34:8, 34:16,
34:19
**fund** [10] - 26:6, 30:15,
30:20, 32:14, 34:9,
34:19, 35:10, 35:11,
35:24, 81:24
**fund's** [1] - 30:11
**fundraised** [1] - 42:11
**fundraiser** [1] - 62:9
**fundraising** [7] - 17:4,
30:25, 32:3, 34:12,
34:15, 41:20, 42:10
**funds** [8] - 6:9, 32:1,
32:13, 32:16, 32:21,
34:5, 70:2, 70:4,
70:5, 70:11, 70:12,
70:18, 80:11, 80:18,
80:19, 81:23, 82:9,
82:23
**funnel** [2] - 5:1, 5:9
**future** [2] - 58:2, 97:13

## G

**game** [30] - 94:3,
94:17, 95:8, 95:16,
96:4, 96:7, 96:17,
96:21, 97:8, 97:16,
98:4, 98:12, 99:9,
100:1, 100:20,
101:25, 102:11,
103:18, 104:19,

104:25, 106:17,
106:24, 107:18,
112:6, 112:25,
116:14, 116:18,
117:20, 118:20,
121:16
**gamesmanship** [1] -
10:18
**Gates** [1] - 105:18
**gates** [17] - 106:7,
106:14, 106:19,
106:24, 108:1,
108:5, 125:6,
125:17, 125:19,
126:5, 126:10,
126:20, 128:8,
129:25, 132:15,
134:17, 134:25
**General** [21] - 47:17,
63:5, 63:9, 97:24,
103:4, 103:5, 103:7,
105:16, 110:9,
110:12, 110:13,
120:7, 124:5,
124:18, 125:24,
126:5, 130:13,
131:24, 132:4,
133:2, 136:1
**general** [4] - 30:1,
63:17, 86:2, 120:4
**generally** [18] - 19:4,
37:11, 40:16, 43:19,
43:21, 52:22, 55:13,
65:8, 85:25, 86:1,
89:13, 91:7, 103:16,
106:13, 106:22,
117:13, 130:3, 140:6
**generous** [1] - 67:16
**gifted** [1] - 5:22
**given** [4] - 8:14, 8:22,
38:13, 134:16
**goals** [1] - 38:11
**golf** [33] - 94:3, 94:9,
94:16, 95:8, 95:16,
96:3, 96:7, 96:17,
96:21, 97:8, 97:11,
97:12, 97:16, 98:12,
99:9, 100:1, 100:17,
100:20, 101:25,
102:11, 103:18,
104:19, 104:25,
106:17, 106:24,
112:6, 112:6,
112:25, 116:13,
116:18, 117:20,
118:20, 121:16
**golfer** [1] - 94:8
**GOP** [1] - 60:3
**governing** [1] - 41:18
**government** [51] - 4:5,

6:6, 7:17, 7:24, 8:9, 9:6, 9:9, 18:19, 19:13, 20:11, 20:21, 39:1, 40:23, 44:19, 45:22, 45:25, 46:11, 48:11, 48:22, 49:8, 49:14, 50:2, 51:16, 51:22, 52:12, 54:7, 65:15, 65:18, 75:4, 75:6, 75:9, 86:23, 88:18, 90:17, 90:19, 91:13, 91:21, 103:10, 105:7, 108:17, 118:7, 120:8, 121:22, 125:11, 126:1, 127:17, 132:6, 133:11, 134:18, 140:17, 141:2

**Government** [46] - 49:1, 49:11, 50:22, 51:3, 51:24, 54:17, 55:15, 56:8, 58:14, 61:7, 61:15, 65:7, 65:19, 71:1, 72:18, 73:1, 89:3, 89:8, 95:13, 98:7, 98:15, 99:17, 100:7, 102:19, 103:11, 104:8, 104:13, 106:12, 107:3, 108:10, 108:18, 111:1, 112:19, 113:1, 117:24, 118:8, 122:1, 122:21, 126:7, 128:7, 128:12, 129:14, 129:16, 132:9, 136:23, 142:19

**government's** [1] - 122:20
**Government's** [11] - 49:20, 51:19, 54:10, 55:24, 82:18, 124:22, 125:4, 125:12, 127:17, 131:2, 138:20

**governments** [1] - 86:4
**great** [3] - 5:4, 63:14, 63:15
**groundwork** [3] - 17:18, 20:13, 20:16
**guaranteed** [1] - 70:10
**guess** [4] - 23:15, 63:19, 85:12, 103:18
**guilty** [3] - 48:16, 48:17, 85:21
**Guo** [33] - 47:4, 48:2,

48:4, 86:25, 88:12, 88:13, 88:22, 88:25, 89:6, 89:15, 91:8, 91:24, 93:2, 93:18, 100:4, 101:3, 101:12, 101:16, 101:17, 106:9, 120:11, 121:19, 126:3, 130:20, 133:9, 138:13, 140:8, 140:18, 141:14, 141:23, 143:12

**Guo's** [6] - 92:17, 100:24, 101:7, 141:3, 141:8, 143:1
**guy** [2] - 67:16, 80:19

## H

**half** [6] - 64:22, 84:22, 108:11, 132:11, 132:22, 138:22
**hammer** [3] - 85:2, 85:9, 85:11
**handle** [1] - 98:23
**handles** [1] - 110:3
**handling** [3] - 64:5, 64:11, 64:12
**happy** [1] - 40:22
**hard** [2] - 10:25, 123:10
**harm** [1] - 110:10
**harmed** [1] - 110:5
**Hartsock** [9] - 9:18, 12:22, 13:8, 13:14, 18:13, 36:8
**HARTSOCK** [1] - 3:3
**Hartsock's** [1] - 9:23
**HARTSTOCK** [1] - 13:11
**Haskell** [1] - 4:11
**HASKELL** [2] - 2:2, 2:3
**havoc** [1] - 10:15
**Hawaii** [4] - 42:12, 53:3, 53:4, 94:13
**head** [2] - 75:14, 78:18, 79:13
**header** [4] - 59:9, 110:23, 122:16, 127:2
**heading** [2] - 112:4, 134:12
**hear** [13] - 39:11, 39:17, 39:21, 40:21, 53:8, 60:15, 69:6, 71:22, 79:10, 115:15, 122:5, 133:21, 143:7

**hearing** [3] - 19:8, 25:12, 117:6
**HELD** [1] - 1:9
**held** [3] - 19:8, 25:12, 117:15
**help** [15] - 5:14, 5:15, 24:23, 43:22, 44:6, 44:16, 46:25, 47:14, 91:16, 91:25, 92:2, 92:10, 105:24, 106:6
**helpful** [6] - 44:14, 78:25, 91:5, 93:6, 101:5, 138:14
**helping** [2] - 41:4, 44:19
**helps** [1] - 138:22
**hereby** [1] - 144:3
**hi** [4] - 60:2, 100:15, 101:11, 107:14
**high** [5] - 42:16, 42:21, 91:20, 120:8, 126:1
**high-ranking** [5] - 42:16, 42:21, 91:20, 120:8, 126:1
**higher** [1] - 140:3
**highest** [1] - 5:2
**highlighted** [1] - 122:17
**Hilliard** [10] - 59:11, 59:13, 59:20, 60:2, 98:9, 108:14, 109:2, 109:8, 110:24, 111:16
**himself** [2] - 90:11, 110:18
**hired** [3] - 90:5, 105:24, 106:6
**history** [1] - 67:10
**hold** [4] - 49:19, 57:23, 81:9, 95:16
**holding** [1] - 41:7
**holiday** [5] - 8:19, 9:2, 9:8, 10:1, 12:10
**home** [1] - 9:25
**Homeland** [2] - 135:12, 135:15
**honest** [1] - 50:9
**Hong** [2] - 89:23, 90:3
**Honor** [136] - 4:6, 4:10, 8:21, 9:13, 10:6, 11:1, 13:10, 13:25, 14:15, 15:9, 16:11, 16:24, 17:14, 18:12, 18:23, 19:25, 23:13, 23:18, 24:16, 25:6, 26:1, 26:20, 27:8, 27:12, 29:13, 30:16, 33:8, 36:5, 38:18, 38:21, 38:22, 39:1, 39:24, 44:7, 44:11,

45:16, 46:4, 49:12, 49:17, 51:3, 51:6, 51:24, 52:2, 53:8, 53:13, 54:17, 54:20, 55:1, 57:19, 58:3, 58:17, 58:22, 59:3, 59:6, 60:13, 60:17, 60:21, 61:15, 62:20, 65:18, 67:3, 69:5, 69:11, 73:9, 74:9, 74:20, 75:3, 75:11, 75:22, 76:2, 76:8, 76:22, 76:23, 77:9, 79:11, 79:20, 81:7, 82:13, 89:9, 94:21, 95:1, 96:11, 98:15, 100:7, 102:24, 107:3, 107:7, 108:17, 109:9, 111:13, 111:14, 112:12, 112:20, 113:5, 113:7, 113:16, 113:19, 115:12, 115:14, 115:24, 116:7, 117:5, 118:9, 121:11, 121:12, 122:3, 122:6, 122:13, 123:3, 123:9, 123:12, 124:23, 125:13, 126:22, 127:10, 127:15, 127:16, 127:25, 128:4, 129:2, 129:22, 130:11, 130:24, 131:5, 131:17, 132:19, 138:24, 139:1, 139:4, 139:11, 139:15, 139:18, 142:22, 143:2, 143:13, 143:24

**Honor's** [1] - 7:4
**HONORABLE** [1] - 1:9
**hope** [1] - 11:24, 101:19
**hoped** [2] - 10:15, 119:3
**hopes** [1] - 44:19
**hoping** [2] - 50:6, 140:11
**Hotel** [3] - 97:6, 117:4, 117:9
**hotel** [9] - 71:8, 72:15, 77:22, 90:7, 90:10, 93:13, 117:4, 117:7, 138:4
**hotels** [1] - 72:13
**hotline** [1] - 32:22

**House** [6] - 63:15, 63:20, 116:17, 120:3, 135:9, 140:15
**husband** [1] - 53:5
**husband's** [1] - 66:6

## I

**idea** [8] - 47:16, 94:17, 94:20, 95:8, 95:11, 96:6, 96:12, 120:5
**identification** [10] - 49:1, 50:23, 54:11, 55:15, 61:7, 89:3, 106:12, 122:1, 127:9, 138:23
**identified** [3] - 37:1, 67:5, 90:11
**identify** [2] - 4:4, 99:19
**identifying** [1] - 139:1
**illegal** [1] - 70:2
**immediately** [1] - 9:22
**impermissibly** [1] - 6:16
**important** [10] - 8:23, 18:10, 38:15, 48:5, 72:5, 104:5, 104:6, 117:16, 140:8, 140:13
**impotent** [2] - 115:3, 116:3
**impression** [1] - 19:14
**IN** [2] - 1:1, 13:2
**inaccurate** [1] - 29:5
**incarcerated** [1] - 46:18
**include** [5] - 22:6, 23:8, 103:25, 104:24, 128:24
**included** [1] - 27:1
**including** [1] - 46:16
**incoming** [2] - 64:4, 64:10
**incomplete** [1] - 29:5
**increase** [1] - 128:20
**Increased** [1] - 126:11
**incredible** [1] - 101:20
**indeed** [1] - 86:21
**independent** [3] - 26:9, 32:17, 32:18
**independently** [1] - 32:15
**Indiana** [1] - 2:3
**indicate** [2] - 9:4, 12:4
**indicated** [11] - 4:23, 7:18, 17:16, 20:4, 47:4, 57:1, 76:17, 90:22, 91:11, 94:8, 99:11
**indicates** [1] - 36:16

indicating [1] - 8:15
indirectly [1] - 121:19
individual [14] - 36:16,
37:14, 46:12, 46:13,
46:21, 46:25, 47:21,
52:24, 81:2, 88:19,
88:22, 98:10,
124:14, 138:2
individuals [4] - 22:11,
42:20, 86:5, 105:9
industry [1] - 58:10
influence [4] - 43:12,
44:25, 57:9, 140:24
information [47] -
18:2, 22:15, 22:21,
22:24, 23:5, 23:6,
24:20, 24:22, 25:2,
27:1, 27:19, 28:2,
28:11, 28:20, 31:17,
31:20, 32:24, 33:1,
36:12, 36:18, 37:19,
38:5, 38:12, 38:16,
38:17, 47:3, 50:12,
52:17, 59:10, 61:10,
87:2, 88:15, 88:25,
89:15, 106:10,
109:5, 109:14,
109:19, 110:15,
110:23, 111:23,
112:9, 112:10,
121:10, 138:13,
140:10, 142:6
Information [2] - 29:7,
61:22
inquire [2] - 123:1,
126:13
inside [1] - 105:21
insist [1] - 12:7
instances [2] - 6:2,
29:3
instant [1] - 75:21
instead [9] - 4:24,
5:16, 25:10, 34:17,
53:11, 72:3, 102:15,
122:3, 127:21
Institute [3] - 15:10,
15:16, 16:4
Integrity [1] - 1:17
intel [1] - 40:24
intelligence [2] - 41:2,
79:4
intended [2] - 5:4,
60:24
intent [3] - 6:5, 7:1,
60:19
intention [2] - 62:22,
140:16
intentions [1] - 60:23
interact [1] - 42:16
interactions [1] -

71:14
interest [1] - 46:16
interested [2] - 46:13,
78:13
intermediary [1] -
93:21
intermittently [1] -
75:7
international [1] -
73:16
INTERPOL [2] - 89:18,
130:5
interrupt [1] - 47:7
interrupted [1] -
133:24
intervention [1] - 70:7
interview [2] - 8:24,
36:20
introduce [1] - 124:11
introduction [1] -
110:13
inundated [2] - 114:5,
114:7
investigation [3] -
44:2, 48:23, 51:16
investment [1] - 54:8
investments [2] -
41:13, 56:15
investors [1] - 110:10
involved [10] - 18:5,
40:13, 41:3, 41:22,
42:12, 42:13, 45:8,
50:18, 105:19,
105:20
involvement [5] -
41:15, 61:24, 68:5,
110:6, 110:7
involving [15] - 44:1,
53:20, 55:9, 56:9,
56:13, 56:25, 65:15,
89:6, 93:17, 106:8,
115:20, 130:20,
131:24
irregular [1] - 23:12
irregularities [1] -
36:24
irregularity [1] - 37:1
is.. [1] - 135:8
Israely [1] - 4:11
ISRAELY [1] - 1:21
issue [16] - 6:16, 7:8,
7:10, 7:17, 11:9,
12:19, 40:1, 43:21,
74:21, 74:24, 76:9,
80:10, 104:19,
130:20, 141:2, 141:8
issued [1] - 101:15
issues [4] - 11:13,
93:1, 120:14, 126:21
itemize [1] - 22:11

items [1] - 118:23
itself [1] - 60:6

J

January [2] - 50:16,
51:13
Jeff [2] - 62:14, 62:19
Jewish [3] - 8:18, 9:2,
12:10
jho [1] - 55:5
Jho [40] - 5:12, 43:16,
43:17, 44:6, 44:23,
47:22, 47:24, 48:9,
53:21, 55:12, 56:21,
57:2, 58:12, 64:17,
66:20, 67:9, 67:10,
68:22, 71:13, 71:16,
71:19, 72:10, 77:24,
78:2, 80:17, 88:10,
90:4, 90:10, 92:2,
93:22, 94:14, 95:5,
95:6, 104:6, 109:20,
112:18, 119:20,
130:14, 137:21
jho-low-trusts-ask [1]
- 55:5
job [3] - 21:7, 28:21,
30:23
Joe [1] - 66:2
Joel [3] - 77:24, 78:1
JOHN [1] - 1:12
John [6] - 4:7, 97:24,
98:10, 98:20, 103:5,
103:7
john.keller2@usdoj.
gov [1] - 1:15
joint [1] - 34:12
JUDGE [1] - 1:9
Judge [1] - 4:22
juggling [1] - 10:19
July [9] - 98:20,
100:17, 102:7,
107:15, 113:3,
115:2, 115:6,
136:13, 142:23
jump [5] - 110:22,
111:1, 115:4, 129:1,
129:7
jumped [1] - 133:6
June [8] - 95:19, 97:2,
100:14, 101:9,
101:10, 101:13,
138:9, 140:5
Juror [2] - 75:4, 75:9
juror [1] - 76:11
jurors [2] - 4:14, 12:19
jury [12] - 6:25, 12:12,
12:24, 15:3, 19:8,
25:12, 69:12, 74:8,

74:10, 76:5, 76:25,
80:15
JURY [2] - 1:8, 13:2
Jury [3] - 13:1, 77:2,
121:4
justice [2] - 63:17,
90:12
Justice [8] - 13:21,
15:7, 15:8, 44:3,
62:14, 63:2, 63:5,
63:12
JUSTICE [2] - 1:12,
1:17
justified [1] - 24:3

K

keep [14] - 7:9, 13:5,
20:1, 25:23, 26:11,
47:6, 47:7, 71:16,
71:21, 77:4, 77:6,
78:16, 87:23, 143:16
KELLER [9] - 1:12,
9:13, 10:6, 74:20,
74:24, 75:3, 76:8,
76:23, 79:22
Keller [4] - 4:7, 10:5,
20:1, 20:4
Kelly [13] - 97:24,
98:1, 103:4, 103:5,
103:7, 105:16,
135:5, 135:14,
135:23, 136:1,
136:3, 136:5
Kelly's [1] - 98:2
KENNER [141] - 1:21,
1:22, 4:10, 4:22, 7:4,
8:20, 11:1, 13:10,
13:13, 13:24, 14:15,
14:18, 14:23, 15:9,
15:13, 15:14, 15:25,
17:21, 18:17, 18:22,
19:1, 19:6, 19:25,
20:18, 20:23, 23:18,
23:23, 24:14, 24:16,
25:14, 26:1, 26:4,
26:25, 27:10, 27:13,
28:6, 28:8, 28:10,
29:18, 30:22, 32:8,
32:18, 33:8, 33:16,
33:18, 33:20, 34:22,
36:3, 38:21, 44:7,
45:16, 49:17, 51:6,
52:2, 52:5, 53:8,
54:20, 55:17, 56:1,
57:6, 57:19, 57:25,
59:2, 60:13, 60:17,
61:17, 62:20, 65:20,
67:2, 68:25, 69:4,
69:7, 72:6, 73:3,
75:11, 75:22, 75:25,

76:22, 79:10, 81:5,
82:11, 87:7, 87:12,
89:10, 94:21, 96:11,
98:17, 99:22, 100:9,
102:22, 103:12,
104:15, 107:5,
108:20, 108:23,
109:9, 111:4, 111:8,
111:11, 111:13,
112:12, 112:20,
113:5, 113:13,
113:19, 115:11,
116:7, 117:5, 118:9,
118:12, 122:3,
122:6, 122:10,
122:13, 122:18,
122:22, 122:25,
123:11, 124:23,
125:1, 125:13,
126:13, 126:16,
126:22, 127:4,
127:15, 127:19,
127:25, 129:2,
129:6, 129:18,
131:7, 131:16,
132:13, 132:18,
133:21, 138:24,
139:2, 139:12,
139:14, 143:2
Kenner [13] - 4:11,
4:15, 4:18, 7:20,
10:12, 11:7, 13:8,
19:9, 25:13, 60:15,
69:6, 108:19, 127:14
Kenner)...............
.................13 [1] - 3:4
kept [2] - 5:12, 60:24
key [1] - 6:16
killed [2] - 113:24,
116:2
kind [6] - 8:23, 23:5,
41:18, 83:16, 93:21,
117:16
kinds [1] - 24:7
Kirk [2] - 17:9, 17:11
knowing [2] - 8:4,
29:15
knowingly [2] - 6:10,
6:21
knowledge [9] - 25:1,
30:17, 31:10, 45:12,
48:8, 69:8, 87:5,
87:8, 141:1
knowledgeable [1] -
13:17
known [5] - 43:17,
52:13, 57:2, 67:11,
82:5
knows [5] - 23:20,
26:21, 27:2, 45:18,

87:9
**KOLLAR** [1] - 1:9
**KOLLAR-KOTELLY**
[1] - 1:9
**Kong** [2] - 89:23, 90:3
**KOTELLY** [1] - 1:9
**kr** [2] - 114:8, 114:11
**Kriss** [1] - 4:11
**KRO** [1] - 4:16
**Kromka** [3] - 4:16, 7:2,
7:6
**Kromka's** [1] - 5:13

# L

**L-I-J-U-N** [1] - 46:5
**LA** [2] - 53:4, 63:20
**labeled** [2] - 109:24,
111:17
**lack** [5] - 6:23, 17:23,
30:17, 32:23, 137:8
**land** [1] - 73:14
**larger** [1] - 139:2
**largest** [1] - 62:8
**Las** [1] - 67:18
**last** [8] - 41:8, 53:9,
59:20, 64:20, 79:22,
85:5, 129:3, 129:12
**lastly** [4] - 59:21,
110:11, 114:8,
142:12
**late** [7] - 10:12, 12:12,
51:1, 55:6, 85:12,
100:17, 134:5
**latest** [1] - 95:22
**latter** [1] - 55:5
**law** [6] - 41:4, 83:16,
83:17, 125:24,
126:11, 128:20
**LAW** [3] - 1:22, 2:2,
14:14
**lawsuits** [1] - 55:6
**laying** [1] - 11:6
**leading** [2] - 57:19,
57:25
**learn** [3] - 95:10,
142:3, 142:15
**learned** [3] - 94:10,
94:11, 94:12
**least** [2] - 6:9, 10:8
**leave** [3] - 12:9, 87:14,
109:16
**led** [1] - 120:6
**left** [9] - 8:15, 34:9,
35:12, 66:2, 74:22,
74:25, 77:13, 97:23,
103:8
**legal** [7] - 11:13, 44:2,
56:9, 56:13, 82:11,
83:6, 86:8

**length** [3] - 8:2, 27:16,
80:9
**Leon** [1] - 120:7
**less** [2] - 5:16, 42:4
**letter** [12] - 22:24,
29:7, 29:9, 124:4,
124:17, 124:21,
125:3, 125:9, 125:16
**letters** [9] - 17:22,
18:2, 19:19, 19:24,
20:14, 23:3, 23:11,
24:1, 36:25
**level** [1] - 21:12
**levels** [1] - 110:2
**liaison** [2] - 135:4,
135:9
**lie** [2] - 50:12, 52:17
**Lijun** [6] - 46:1, 46:4,
90:14, 124:11,
129:10, 133:10
**likely** [1] - 39:18
**limitation** [1] - 33:10
**limitations** [2] - 33:11,
115:22
**limited** [1] - 120:18
**line** [14] - 25:6, 32:23,
59:20, 62:8, 64:23,
73:17, 99:10,
102:13, 103:20,
107:12, 109:3,
128:22, 140:6
**link** [2] - 55:5, 95:20
**linked** [1] - 95:22
**links** [1] - 89:5
**LISA** [1] - 144:3
**Lisa** [1] - 2:6
**list** [6] - 8:22, 14:11,
37:20, 40:15, 66:5,
101:17
**listed** [5] - 37:5, 37:15,
61:9, 61:22, 109:22
**listen** [1] - 76:3
**Lives** [1] - 27:2
**lives** [1] - 34:19
**living** [7] - 40:12, 46:7,
46:17, 46:21, 88:14,
88:19, 91:14
**loathe** [1] - 11:14
**lobby** [1] - 140:16
**lobbying** [2] - 15:10,
16:9
**Lobbying** [2] - 15:16,
16:4
**location** [1] - 71:8
**Lockhart** [1] - 4:7
**LOCKHART** [1] - 1:16
**logistics** [1] - 10:7
**long-time** [1] - 58:8
**look** [16] - 7:1, 15:7,
21:17, 21:23, 25:19,

64:14, 75:17, 75:19,
101:9, 108:12,
115:3, 116:3, 121:7,
132:12, 137:1,
138:21
**looked** [2] - 18:7,
20:14
**looking** [17] - 15:12,
28:17, 55:4, 56:4,
59:9, 59:20, 64:23,
66:1, 67:24, 73:13,
102:12, 103:20,
109:23, 115:1,
122:6, 130:12, 142:4
**looks** [2] - 19:22,
131:10
**Los** [1] - 66:17
**loud** [1] - 78:19
**loud..** [1] - 25:10
**low** [1] - 55:5
**Low** [99] - 5:1, 5:2, 5:3,
5:8, 5:12, 5:15, 5:17,
5:18, 6:7, 43:16,
43:17, 43:22, 44:6,
44:17, 44:21, 44:23,
45:6, 45:9, 45:15,
45:22, 47:22, 47:24,
48:1, 48:5, 48:9,
53:21, 55:10, 55:12,
56:21, 56:25, 57:2,
58:12, 63:25, 64:17,
65:15, 66:20, 67:9,
67:10, 67:21, 68:14,
68:22, 68:24, 70:24,
71:13, 71:19, 72:2,
72:10, 73:25, 77:14,
77:17, 77:24, 78:4,
78:11, 78:21, 79:6,
79:7, 79:8, 80:2,
80:18, 81:4, 81:14,
81:15, 81:21, 83:3,
85:15, 85:24, 86:11,
86:22, 87:19, 88:10,
90:4, 90:10, 92:2,
92:5, 92:6, 92:13,
92:21, 92:23, 93:22,
93:24, 94:15, 95:5,
95:6, 95:10, 96:7,
96:9, 96:19, 104:7,
105:8, 105:13,
109:20, 112:18,
116:6, 116:10,
117:22, 119:20,
130:14, 130:17,
137:21
**Low's** [10] - 5:1, 5:4,
5:19, 67:14, 67:23,
71:16, 71:17, 78:2,
119:13, 119:16
**lower** [1] - 64:22

**luck** [1] - 47:15
**lucrative** [2] - 73:21,
73:23
**Lum** [96] - 45:10,
52:24, 53:2, 53:16,
53:24, 54:14, 54:23,
55:3, 55:19, 56:5,
56:24, 57:15, 59:11,
59:19, 59:21, 60:9,
61:2, 61:12, 62:18,
63:8, 65:4, 65:10,
66:3, 66:12, 66:23,
68:18, 70:23, 71:5,
72:12, 72:22, 73:14,
77:14, 77:18, 77:24,
80:22, 82:21, 83:20,
84:7, 84:23, 84:25,
85:10, 86:11, 88:6,
88:10, 88:24, 89:5,
89:19, 92:11, 92:21,
92:24, 93:1, 93:19,
93:24, 94:16, 95:19,
96:6, 109:15,
109:18, 112:5,
112:16, 113:3,
113:22, 114:2,
114:15, 114:19,
115:1, 115:6, 116:5,
117:1, 117:11,
118:2, 118:15,
119:1, 119:12,
119:19, 120:13,
123:19, 124:21,
125:3, 125:17,
131:11, 131:12,
131:22, 132:8,
133:1, 133:14,
134:1, 136:20,
137:1, 137:4,
137:14, 137:23,
142:7, 142:15,
142:24, 143:7
**Lum's** [1] - 60:19
**Lunch** [1] - 143:25
**lunch** [4] - 76:10,
121:2, 143:14,
143:19

# M

**M-K-A** [1] - 4:17
**ma'am** [1] - 131:19
**mainland** [1] - 89:25
**maintain** [3] - 24:22,
25:3, 32:22
**maintains** [1] - 33:1
**majority** [1] - 5:11
**Malaysia** [10] - 54:7,
78:8, 79:3, 95:21,
103:21, 110:4,
110:8, 111:18,

118:19, 128:18
**Malaysian** [13] - 94:3,
95:25, 96:8, 97:9,
99:4, 100:2, 100:18,
104:20, 108:2,
128:15, 136:13,
136:16
**manage** [2] - 40:13,
41:12
**management** [1] -
11:10
**Management** [3] -
41:10, 41:11, 54:14
**manager** [1] - 55:13
**manner** [1] - 16:17
**March** [8] - 54:14,
55:3, 56:5, 59:20,
65:3, 66:8, 68:17,
92:20
**mark** [1] - 14:2
**marked** [11] - 14:3,
49:1, 50:23, 51:18,
55:14, 61:6, 65:7,
89:2, 106:11,
121:25, 138:19
**market** [1] - 64:18
**marketing** [2] - 64:15,
64:16
**married** [1] - 66:5
**mask** [1] - 39:11
**Matter** [1] - 27:2
**matter** [51] - 11:20,
19:4, 19:16, 20:5,
20:12, 25:20, 38:4,
38:8, 43:10, 43:21,
44:1, 44:2, 44:6,
44:17, 44:20, 44:21,
45:21, 48:7, 48:16,
53:22, 53:25, 54:15,
55:9, 55:20, 56:24,
63:25, 64:13, 64:25,
65:15, 66:21, 67:21,
67:25, 86:24, 86:25,
88:3, 91:24, 93:2,
96:9, 96:19, 96:23,
96:25, 98:24,
103:16, 104:11,
120:9, 120:11,
121:15, 121:20,
126:24, 138:18
**matters** [2] - 4:14,
38:9
**MBD** [1] - 109:24
**McChrystal** [1] - 120:7
**meal** [1] - 104:24
**mean** [15] - 5:8, 10:2,
11:10, 23:2, 24:2,
25:16, 25:20, 31:22,
46:22, 48:1, 70:4,
70:5, 76:2, 115:25,

121:22
**media** [1] - 13:5
**meet** [25] - 42:24,
45:22, 65:4, 66:9,
66:12, 66:19, 68:22,
68:24, 70:24, 77:14,
77:17, 77:21, 90:9,
97:2, 97:5, 110:12,
116:14, 116:22,
117:2, 119:24,
120:2, 133:10,
134:4, 134:7, 135:4
**meeting** [63] - 46:6,
66:16, 66:18, 66:22,
67:8, 67:21, 68:13,
68:17, 72:18, 77:23,
78:4, 78:20, 79:1,
79:5, 80:13, 88:12,
88:18, 90:21, 92:7,
92:8, 92:9, 92:10,
92:20, 92:21, 92:23,
97:7, 104:19,
104:23, 106:19,
107:23, 108:3,
108:8, 116:16,
116:25, 117:10,
117:14, 117:15,
117:18, 117:22,
118:18, 119:7,
119:11, 119:13,
119:17, 119:18,
119:20, 120:4,
120:9, 120:14,
129:10, 133:13,
134:9, 134:10,
135:3, 135:23,
136:2, 136:5, 136:6,
136:15, 142:17,
142:25, 143:8
**meetings** [25] - 47:13,
87:1, 90:24, 90:25,
91:6, 91:17, 91:20,
91:23, 92:3, 92:19,
93:8, 93:11, 106:10,
107:1, 124:19,
125:20, 125:23,
134:3, 134:12,
134:15, 134:18,
136:19, 137:8, 137:9
**member** [2] - 90:16,
97:21
**members** [2] - 17:3,
105:11
**Members** [2] - 13:1,
77:2
**memo** [4] - 128:11,
128:24, 129:25,
130:12
**memorandum** [1] -
126:4

**memory** [1] - 15:5
**Men** [7] - 26:7, 26:17,
29:12, 30:2, 30:15,
30:20, 31:4
**mention** [7] - 46:7,
71:19, 79:1, 83:1,
119:20, 135:5, 135:6
**mentioned** [20] -
41:11, 46:20, 48:14,
49:8, 54:1, 54:4,
58:4, 71:19, 78:1,
79:4, 81:1, 91:13,
99:14, 100:16,
101:12, 108:15,
117:17, 117:22,
138:1, 140:23
**mentioning** [1] - 88:13
**message** [9] - 65:25,
66:3, 66:8, 82:20,
95:19, 110:2, 140:3,
140:4, 142:24
**messages** [13] -
106:14, 106:16,
106:23, 113:9,
113:21, 114:18,
114:20, 120:23,
137:1, 137:4,
138:21, 139:6
**met** [9] - 45:25, 69:18,
70:25, 71:18, 93:12,
93:13, 124:15,
142:16, 142:24
**MICHAEL** [2] - 3:3,
13:11
**Michel** [105] - 4:3,
4:25, 5:1, 5:3, 5:5,
5:9, 5:11, 5:12, 5:19,
5:22, 6:7, 6:10,
43:11, 43:22, 44:5,
44:8, 44:10, 44:16,
44:24, 45:8, 45:14,
45:21, 46:11, 46:24,
48:7, 57:1, 58:6,
58:13, 65:4, 66:12,
66:23, 66:25, 67:3,
67:5, 67:7, 67:20,
68:4, 68:10, 68:13,
68:18, 68:23, 69:18,
69:21, 69:24, 70:8,
70:15, 70:17, 70:21,
70:23, 71:15, 73:25,
77:14, 77:18, 77:24,
78:3, 79:6, 80:10,
80:22, 81:24, 82:2,
82:17, 83:2, 83:19,
83:23, 84:2, 84:15,
85:15, 85:24, 86:11,
86:17, 86:22, 87:5,
87:15, 88:6, 88:11,
89:19, 90:21, 92:20,

92:21, 92:23, 92:25,
93:23, 94:18, 94:19,
95:6, 95:10, 96:6,
105:8, 105:12,
112:10, 112:17,
115:25, 116:6,
116:11, 117:11,
119:12, 119:19,
124:14, 137:24,
142:16, 143:7
**MICHEL** [1] - 1:5
**Michel's** [7] - 6:5,
6:13, 6:14, 6:17,
45:13, 142:25, 143:8
**microphone** [8] -
15:19, 39:10, 47:9,
53:11, 60:16, 78:17,
79:17, 133:17
**mid** [1] - 88:5
**mid-2000s** [1] - 41:22
**mid-May** [1] - 88:5
**midday** [1] - 9:24
**middle** [1] - 39:20
**midnight** [1] - 85:4
**might** [10] - 17:18,
22:19, 32:25, 35:12,
41:9, 47:23, 47:24,
86:8, 98:23, 135:19
**million** [11] - 45:1,
45:4, 69:20, 69:22,
70:9, 70:20, 80:7,
80:8, 81:15, 83:22,
85:17
**millions** [3] - 45:5,
57:15, 57:16
**mind** [7] - 4:18, 6:13,
6:14, 6:16, 6:17,
13:5, 143:17
**mine** [1] - 60:8
**Minister** [17] - 71:19,
90:13, 94:4, 94:8,
95:10, 96:8, 96:18,
96:25, 100:18,
103:22, 105:5,
107:24, 108:7,
116:15, 117:3,
119:12, 135:11
**minister** [23] - 47:12,
90:12, 95:9, 96:1,
96:22, 97:9, 97:17,
100:2, 102:2,
104:21, 105:4,
106:18, 107:17,
116:19, 116:21,
117:11, 117:15,
118:19, 118:22,
121:17, 124:11,
134:2, 136:16
**minute** [1] - 39:6
**minutes** [5] - 9:1, 11:3,

11:4, 12:12
**missions** [1] - 38:11
**misspeak** [1] - 58:18
**mistake** [1] - 76:12
**modify** [1] - 27:19
**modifying** [1] - 28:2
**Moise** [2] - 36:17,
36:21
**moment** [33] - 33:8,
39:24, 41:14, 43:20,
43:25, 46:20, 47:19,
48:13, 52:2, 54:12,
58:13, 59:18, 65:24,
68:1, 71:25, 81:1,
83:1, 83:18, 85:18,
86:20, 93:15, 95:17,
98:8, 102:24,
107:21, 108:12,
108:20, 111:4,
118:9, 130:12,
130:23, 139:4,
139:12
**moments** [10] - 48:15,
51:12, 52:22, 53:22,
57:14, 58:4, 58:5,
85:9, 116:2, 121:15
**money** [38] - 5:1, 5:3,
5:9, 5:11, 5:17, 5:20,
5:21, 26:14, 26:17,
31:22, 31:24, 32:4,
32:5, 32:6, 34:9,
34:24, 35:5, 35:12,
35:18, 45:9, 47:22,
48:1, 62:9, 79:6,
80:16, 80:20, 80:24,
81:20, 81:21, 81:22,
81:23, 83:19, 84:1,
84:15, 85:8, 85:14,
92:13, 130:20
**monies** [6] - 45:15,
81:2, 81:3, 82:3,
83:2, 83:20
**monitor** [1] - 7:13
**months** [1] - 50:16
**Moreira** [2] - 2:6,
144:10
**MOREIRA** [1] - 144:3
**MORNING** [1] - 1:5
**morning** [27] - 4:6,
4:9, 4:10, 7:14, 7:15,
9:9, 9:10, 9:11, 9:12,
9:13, 13:1, 13:2,
13:14, 13:15, 36:8,
36:9, 40:5, 40:6,
73:6, 74:3, 77:2,
77:11, 77:12, 119:8,
119:9
**most** [2] - 11:12, 62:9
**mostly** [2] - 40:24,
41:4

**motion** [1] - 56:10
**motivations** [1] - 6:3
**motive** [1] - 6:15
**move** [42] - 16:14,
27:13, 39:9, 39:10,
47:9, 47:10, 48:14,
50:21, 51:3, 51:24,
53:11, 53:12, 54:17,
55:24, 60:13, 60:18,
61:15, 69:4, 69:7,
73:1, 75:9, 78:17,
85:1, 87:12, 89:8,
98:15, 100:7,
101:19, 104:5,
104:13, 107:3,
109:9, 111:14,
112:12, 112:20,
113:24, 127:17,
129:16, 131:17,
132:19, 133:16,
139:15
**moved** [1] - 104:3
**movements** [1] -
11:17
**moves** [6] - 49:14,
65:18, 103:10,
108:17, 118:7,
125:11
**moving** [6] - 12:16,
50:16, 53:12,
122:18, 122:20,
127:22
**MR** [307] - 4:6, 4:10,
4:22, 7:4, 8:20, 9:13,
10:6, 11:1, 13:10,
13:13, 13:24, 14:15,
14:18, 14:23, 15:9,
15:13, 15:14, 15:25,
16:11, 16:24, 17:14,
17:21, 18:12, 18:17,
18:22, 19:1, 19:6,
19:25, 20:18, 20:23,
23:13, 23:18, 23:23,
24:14, 24:16, 25:6,
25:14, 26:1, 26:4,
26:20, 26:25, 27:8,
27:10, 27:12, 27:13,
28:6, 28:8, 28:10,
29:13, 29:18, 30:16,
30:22, 32:8, 32:18,
33:8, 33:16, 33:18,
33:20, 34:22, 36:3,
36:5, 36:7, 38:18,
38:21, 38:22, 39:1,
39:24, 40:1, 40:4,
44:7, 44:11, 45:16,
46:4, 48:25, 49:11,
49:14, 49:17, 49:18,
50:22, 51:3, 51:6,
51:18, 51:24, 52:2,

52:5, 53:8, 54:10, 54:17, 54:20, 55:1, 55:14, 55:17, 55:24, 56:1, 56:18, 57:6, 57:19, 57:25, 58:3, 58:14, 58:17, 58:21, 59:2, 59:3, 59:6, 59:16, 59:25, 60:4, 60:13, 60:17, 60:20, 61:6, 61:15, 61:17, 62:2, 62:20, 64:21, 65:2, 65:6, 65:18, 65:20, 65:23, 67:2, 68:25, 69:4, 69:7, 69:10, 71:1, 72:6, 72:20, 73:1, 73:3, 73:8, 73:11, 74:20, 74:24, 75:3, 75:11, 75:22, 75:25, 76:8, 76:22, 76:23, 77:9, 77:10, 79:10, 79:22, 80:5, 81:5, 81:6, 82:11, 82:13, 84:4, 84:18, 87:7, 87:12, 89:2, 89:8, 89:10, 94:21, 94:23, 95:1, 95:13, 96:11, 96:16, 97:1, 98:7, 98:15, 98:17, 99:16, 99:22, 100:7, 100:9, 100:12, 102:4, 102:19, 102:22, 103:10, 103:12, 104:8, 104:13, 104:15, 106:11, 106:21, 107:3, 107:5, 107:7, 107:10, 107:21, 108:10, 108:17, 108:20, 108:23, 109:9, 110:22, 111:1, 111:4, 111:8, 111:10, 111:11, 111:13, 111:14, 111:20, 112:2, 112:12, 112:19, 112:20, 113:5, 113:7, 113:12, 113:13, 113:15, 113:18, 113:19, 114:24, 115:4, 115:11, 115:13, 115:16, 115:24, 116:7, 117:5, 117:24, 118:7, 118:9, 118:12, 121:11, 121:13, 121:25, 122:3, 122:6, 122:10, 122:13, 122:16, 122:18, 122:20,

122:22, 122:25, 123:3, 123:9, 123:11, 124:7, 124:23, 125:1, 125:4, 125:11, 125:13, 126:7, 126:13, 126:15, 126:16, 126:19, 126:22, 127:4, 127:10, 127:15, 127:16, 127:19, 127:25, 128:4, 128:12, 128:16, 129:2, 129:6, 129:7, 129:12, 129:18, 129:22, 130:8, 130:11, 130:23, 131:1, 131:4, 131:7, 131:16, 131:17, 131:19, 132:1, 132:9, 132:13, 132:18, 132:19, 133:5, 133:21, 134:20, 135:1, 135:16, 135:21, 135:24, 136:23, 137:12, 138:19, 138:24, 138:25, 139:2, 139:11, 139:12, 139:14, 139:15, 139:18, 139:24, 142:13, 142:19, 142:22, 143:2, 143:6, 143:13
**MULRYNE** [161] - 1:16, 4:6, 16:11, 16:24, 17:14, 18:12, 23:13, 25:6, 26:20, 27:8, 27:12, 29:13, 30:16, 36:5, 36:7, 38:18, 38:22, 39:1, 39:24, 40:1, 40:4, 44:11, 46:4, 48:25, 49:11, 49:14, 49:18, 50:22, 51:3, 51:18, 51:24, 54:10, 54:17, 55:1, 55:14, 55:24, 56:18, 58:3, 58:14, 58:17, 58:21, 59:3, 59:6, 59:16, 59:25, 60:4, 60:20, 61:6, 61:15, 62:2, 64:21, 65:2, 65:6, 65:18, 65:23, 69:10, 71:1, 72:20, 73:1, 73:8, 73:11, 77:9, 77:10, 80:5, 81:6, 82:13, 84:4, 84:18, 89:2, 89:8, 94:23, 95:1, 95:13, 96:16, 97:1, 98:7, 98:15, 99:16, 100:7,

100:12, 102:4, 102:19, 103:10, 104:8, 104:13, 106:11, 106:21, 107:3, 107:7, 107:10, 107:21, 108:10, 108:17, 110:22, 111:1, 111:10, 111:14, 111:20, 112:2, 112:19, 113:7, 113:12, 113:15, 113:18, 114:24, 115:4, 115:16, 115:24, 117:24, 118:7, 121:11, 121:13, 121:25, 122:16, 122:20, 123:3, 123:9, 124:7, 125:4, 126:7, 126:15, 126:19, 127:10, 127:16, 128:4, 128:12, 128:16, 129:12, 129:22, 130:8, 130:11, 130:23, 131:1, 131:4, 131:17, 131:19, 132:1, 132:9, 132:19, 133:5, 134:20, 135:1, 135:16, 135:21, 135:24, 136:23, 137:12, 138:19, 138:25, 139:11, 139:15, 139:18, 139:24, 142:13, 142:19, 142:22, 143:6, 143:13
**Mulryne** [7] - 4:7, 73:5, 77:8, 115:23, 121:9, 122:15, 130:9
**Mulryne)....................
..................36** [1] - 3:4
**Mulryne)....................
..................40** [1] - 3:6
**multiple** [2] - 43:2, 43:3
**music** [1] - 58:10
**Muslim** [1] - 120:5
**must** [3] - 6:7, 59:1, 101:12

---

# N

**Naj** [1] - 95:21
**Najib** [20] - 71:19, 94:4, 94:8, 94:13, 95:10, 96:2, 96:8,

96:18, 96:25, 97:11, 100:18, 103:22, 105:5, 107:24, 108:8, 110:18, 116:15, 117:3, 118:19, 119:12
**Najib's** [2] - 116:21, 117:7
**name** [17] - 7:22, 8:6, 22:8, 40:7, 43:15, 66:5, 66:6, 71:16, 71:17, 72:3, 80:20, 83:8, 96:1, 119:13, 119:17, 135:5, 139:9
**named** [4] - 45:25, 47:1, 52:24, 138:2
**names** [1] - 82:7
**national** [5] - 15:10, 43:13, 43:15, 46:7, 65:16
**National** [7] - 15:15, 16:3, 41:17, 41:25, 47:2, 97:20, 99:3
**nationals** [2] - 46:17, 91:14
**nature** [3] - 41:21, 46:19, 88:1
**near** [5] - 67:18, 76:10, 76:16, 76:19, 97:12
**necessary** [1] - 135:1
**need** [27] - 7:1, 9:22, 11:7, 12:18, 14:11, 15:19, 20:16, 39:6, 39:7, 39:10, 40:21, 49:4, 60:16, 68:14, 76:14, 81:9, 96:15, 99:6, 113:23, 114:3, 115:7, 116:3, 135:22, 136:4, 136:9, 140:2
**needed** [1] - 136:10
**needs** [1] - 115:2
**negative** [1] - 110:8
**never** [4] - 5:12, 11:23, 63:1, 98:4
**New** [2] - 1:13, 1:18
**new** [2] - 11:20, 91:3
**newspapers** [1] - 13:4
**Next** [1] - 1:25
**next** [8] - 14:3, 38:25, 85:2, 85:10, 85:11, 115:4, 117:16, 119:8
**Nickie** [29] - 45:10, 47:23, 52:24, 53:2, 58:7, 60:2, 60:19, 63:3, 66:2, 66:23, 69:19, 77:24, 81:25, 88:10, 88:11, 94:12, 108:4, 109:4, 109:7, 109:15, 110:25,

111:25, 116:12, 117:1, 117:11, 120:21, 133:14, 134:1
**Nickie's** [1] - 93:13
**NICOLE** [1] - 1:16
**Nicole** [1] - 4:7
**nicole.lockhart@ usdoj.gov** [1] - 1:20
**night** [1] - 134:5
**NJ** [1] - 99:5
**nobody** [1] - 20:7
**nobody's** [1] - 20:6
**nominee** [1] - 42:6
**nonetheless** [1] - 38:4
**noon** [1] - 8:22
**note** [2] - 10:6, 110:19
**noted** [1] - 10:7
**notes** [3] - 108:7, 110:9, 144:5
**nothing** [6] - 23:12, 24:3, 36:3, 76:15, 126:25, 127:2
**notice** [4] - 29:4, 89:18, 130:1, 130:4
**noticed** [2] - 75:7, 75:24
**notices** [1] - 18:5
**notify** [1] - 29:6
**noting** [1] - 6:18
**notion** [1] - 5:14
**notwithstanding** [1] - 51:15
**now)** [1] - 64:5
**nsc** [1] - 98:25
**NSC** [3] - 99:1, 99:8, 105:11
**nudge** [1] - 98:3
**number** [11] - 8:2, 14:4, 22:7, 22:9, 33:2, 46:15, 49:10, 59:1, 109:22, 113:10, 139:16
**NW** [5] - 1:13, 1:18, 2:3, 2:8, 144:12

---

# O

**Obama** [28] - 5:2, 5:6, 5:9, 5:15, 5:20, 5:23, 6:4, 6:9, 17:4, 17:13, 18:3, 18:4, 23:3, 24:6, 24:24, 26:6, 28:6, 28:13, 29:11, 29:20, 30:11, 31:4, 32:8, 34:8, 34:16, 34:19, 35:24, 94:13
**object** [5] - 39:19, 59:5, 60:18, 75:11, 96:11

**objection** [80] - 16:11, 16:24, 17:14, 18:12, 20:8, 20:9, 23:13, 25:6, 26:20, 27:12, 29:13, 30:16, 39:17, 39:21, 44:7, 45:16, 49:21, 51:7, 52:5, 52:7, 54:19, 54:22, 56:1, 56:3, 57:6, 57:19, 57:21, 57:24, 59:2, 59:8, 61:17, 61:19, 62:20, 65:20, 65:22, 68:25, 72:6, 73:3, 75:23, 81:5, 81:9, 82:11, 87:7, 89:10, 89:12, 94:21, 98:17, 98:19, 100:9, 100:11, 103:12, 103:14, 104:15, 104:16, 107:5, 108:23, 108:25, 111:13, 111:15, 113:20, 115:11, 116:7, 116:8, 118:12, 118:14, 123:13, 123:15, 124:23, 125:13, 125:15, 128:1, 128:6, 129:18, 131:16, 131:20, 132:18, 132:21, 139:14, 139:20, 143:2
**objections** [3] - 49:16, 51:5, 52:1
**obligations** [1] - 52:12
**observance** [1] - 9:8
**observations** [1] - 75:3
**observe** [2] - 9:25, 76:5
**observed** [3] - 75:24, 75:25, 76:1
**obstruction** [2] - 50:14, 52:20
**obtain** [2] - 64:19, 90:25
**obtained** [1] - 73:23
**obviously** [5] - 10:23, 11:12, 19:12, 20:11, 63:4
**occasion** [7] - 29:19, 42:1, 42:2, 71:18, 119:24, 141:5, 141:10
**occasions** [5] - 43:2, 43:3, 60:22, 60:25, 75:13
**occurred** [5] - 17:8, 23:4, 98:4, 134:10,

142:7
**OF** [7] - 1:1, 1:2, 1:8, 1:12, 1:17, 2:2, 144:1
**Offense** [2] - 50:25, 51:10
**offer** [1] - 16:18
**offered** [4] - 16:20, 24:17, 45:1, 46:14
**offering** [1] - 81:15
**office** [4] - 21:2, 43:7, 66:17, 95:22
**officer** [1] - 21:7
**OFFICES** [1] - 2:2
**OFFICIAL** [1] - 144:1
**Official** [1] - 2:7
**official** [12] - 41:23, 45:23, 45:25, 47:13, 88:19, 90:19, 90:23, 93:9, 132:6, 133:11, 134:13, 144:11
**officials** [10] - 42:16, 48:11, 86:23, 91:21, 105:7, 120:8, 121:23, 126:1, 134:18, 140:17
**oftentimes** [1] - 21:23
**once** [4] - 43:2, 74:20, 74:22, 74:25
**one** [43] - 6:7, 6:9, 11:15, 11:20, 12:19, 14:12, 14:13, 21:4, 22:13, 22:22, 23:19, 24:6, 24:10, 33:24, 34:18, 36:15, 38:10, 39:24, 40:18, 40:23, 41:8, 44:11, 48:17, 50:20, 56:15, 57:23, 58:10, 63:14, 71:18, 74:24, 76:9, 76:20, 85:21, 93:12, 94:7, 95:16, 98:2, 106:20, 114:11, 119:10, 128:19, 130:23
**one-on-one** [1] - 93:12
**ones** [1] - 34:6
**op** [3] - 5:3, 5:14, 5:16
**open** [4] - 41:1, 76:21, 77:6, 79:4
**opens** [1] - 84:25
**operate** [1] - 40:17
**opinion** [1] - 16:25
**opportunities** [2] - 27:18, 53:17
**opportunity** [10] - 7:23, 52:25, 53:15, 53:19, 57:3, 57:4, 94:14, 116:22, 126:10, 128:19
**oppose** [1] - 26:10

**opposed** [1] - 23:17
**opposition** [1] - 107:9
**option** [3] - 34:2, 34:4, 35:14
**options** [6] - 31:25, 32:12, 32:20, 33:12, 33:21, 33:24
**order** [20] - 4:24, 6:19, 7:11, 7:19, 8:1, 8:8, 8:11, 9:5, 9:17, 10:14, 11:22, 11:23, 12:1, 12:5, 12:6, 14:3, 78:18, 125:20
**ordered** [1] - 7:20
**ordering** [1] - 12:7
**orienting** [1] - 88:5
**original** [2] - 9:17, 34:3
**originally** [1] - 7:21
**Orozco** [3] - 62:5, 135:24, 142:14
**otherwise** [1] - 113:24
**outreach** [1] - 105:6
**outset** [1] - 86:6
**outside** [2] - 19:8, 25:12
**overruled** [1] - 116:9
**own** [5] - 15:21, 20:3, 40:17, 88:1, 138:16

**P**

**P.A** [1] - 2:3
**PAC** [24] - 17:13, 26:6, 26:7, 26:8, 26:13, 26:17, 26:22, 27:3, 27:5, 29:22, 29:23, 30:2, 31:21, 32:14, 34:20, 34:23, 35:4, 35:5, 35:16, 35:19, 35:24
**PACs** [1] - 33:2
**page** [10] - 61:8, 61:9, 111:22, 115:4, 129:1, 129:7, 129:12, 135:16
**Page** [30] - 1:25, 56:18, 59:16, 59:25, 60:4, 61:20, 62:3, 65:23, 71:2, 82:19, 84:4, 84:6, 84:18, 84:19, 100:12, 102:4, 102:6, 107:10, 109:21, 109:22, 110:23, 113:2, 114:24, 115:5, 134:22, 136:25, 137:12, 139:24, 142:20
**PAGE** [1] - 3:2

**pages** [1] - 49:4
**paid** [1] - 5:17
**Panetta** [1] - 120:7
**panicking** [3] - 115:8, 115:10, 116:2
**Paragraph** [1] - 56:19
**paragraph** [6] - 62:12, 63:14, 64:2, 103:20, 124:10, 128:17
**paragraphs** [1] - 61:23
**pardon** [4] - 50:17, 51:13, 51:15, 51:22
**part** [24] - 7:21, 9:4, 13:19, 16:7, 17:19, 19:20, 22:2, 35:4, 42:17, 48:21, 49:22, 50:1, 53:9, 55:4, 63:8, 67:23, 70:6, 80:20, 85:15, 92:1, 99:25, 109:21, 122:14, 126:3
**participate** [1] - 88:9
**particular** [9] - 26:22, 27:6, 30:2, 37:6, 57:5, 65:9, 71:8, 91:2, 105:3
**particularly** [2] - 5:5, 74:14
**parties** [1] - 64:24
**party** [4] - 41:18, 41:21, 42:6, 67:17
**pass** [1] - 126:4
**passing** [2] - 84:16, 106:10
**passion** [1] - 94:9
**passports** [1] - 101:17
**past** [2] - 24:6, 97:11
**patient** [1] - 102:14
**Pause** [15] - 33:9, 52:4, 74:19, 108:22, 111:7, 111:12, 118:11, 121:6, 122:12, 122:24, 123:5, 127:24, 130:25, 131:9, 139:13
**pay** [1] - 81:25
**paying** [2] - 75:15, 77:4
**payments** [2] - 85:12, 85:13
**people** [8] - 11:16, 12:8, 31:8, 67:24, 71:22, 76:3, 94:7, 121:3
**People's** [2] - 90:17, 124:4
**perceive** [1] - 17:24
**percent** [2] - 45:11, 82:1

**perform** [7] - 21:11, 29:1, 38:17, 135:22, 136:4, 136:9, 136:10
**perhaps** [3] - 25:9, 30:14, 124:2
**period** [10] - 42:1, 42:12, 43:5, 65:11, 66:13, 94:1, 100:23, 101:24, 116:1, 142:15
**perjury** [2] - 50:13, 52:19
**perkier** [1] - 75:20
**person** [17] - 6:20, 25:16, 25:21, 27:7, 29:16, 35:1, 37:20, 45:22, 47:1, 62:10, 88:14, 90:11, 98:23, 103:3, 105:19, 105:23, 110:18
**personal** [3] - 70:11, 70:12, 70:18
**personally** [2] - 42:25, 83:23, 110:19
**pertinent** [1] - 19:20
**phone** [2] - 19:1, 120:21
**photo** [7] - 5:2, 5:4, 5:14, 5:16, 6:20, 60:3, 118:21
**photograph** [2] - 60:10, 61:2, 61:4
**photos** [1] - 59:22
**phrase** [1] - 17:23
**pick** [1] - 35:11
**picture** [3] - 56:10, 60:7, 117:20
**piece** [2] - 64:15, 64:16
**pitch** [1] - 47:16
**pivot** [1] - 104:25
**placate** [2] - 120:17, 142:11
**place** [2] - 66:16, 101:16
**Plaintiff** [1] - 1:3
**plan** [3] - 10:7, 10:10, 10:25
**planning** [1] - 90:22
**platform** [1] - 41:19
**play** [2] - 97:12, 100:16
**played** [2] - 94:13, 97:11
**plea** [6] - 48:21, 49:7, 49:22, 50:10, 50:15, 50:25
**plead** [1] - 48:16
**pleaded** [1] - 85:21
**pleading** [1] - 48:17

**pleased** [1] - 94:15
**plus** [2] - 45:7, 81:15
**pm** [2] - 113:4, 113:23
**PM** [4] - 95:21, 95:25, 99:5, 136:13
**point** [25] - 13:7, 16:12, 22:13, 25:24, 29:17, 37:25, 53:6, 53:24, 57:10, 62:6, 66:24, 71:14, 72:11, 74:3, 86:15, 92:19, 92:25, 94:1, 94:25, 97:12, 104:22, 104:25, 116:5, 139:17, 142:16
**pointed** [1] - 76:2
**pointing** [1] - 127:21
**points** [5] - 75:7, 108:2, 108:4, 108:14, 111:18
**political** [7] - 6:19, 41:15, 41:19, 57:8, 61:24, 135:4
**portion** [5] - 5:7, 55:5, 73:13, 76:18, 83:20, 100:13, 109:1, 111:2, 111:22
**posed** [1] - 44:13
**position** [4] - 11:2, 33:5, 42:3, 42:4
**positions** [1] - 42:21
**positive** [1] - 102:15
**possibility** [4] - 70:5, 92:12, 97:7, 130:19
**possible** [3] - 13:23, 25:1, 86:12
**possibly** [3] - 50:13, 52:19, 130:20
**post** [2] - 97:24, 103:8
**potential** [11] - 4:16, 52:25, 57:9, 57:10, 66:20, 68:12, 78:10, 78:12, 128:19, 141:23, 142:11
**potentially** [7] - 20:22, 47:22, 57:15, 78:21, 79:7, 96:22, 96:24
**POTUS** [2] - 99:5, 100:16
**practical** [2] - 25:20, 126:24
**practice** [1] - 83:16
**practitionership** [2] - 83:12, 83:14
**PRAKAZREL** [1] - 1:5
**Pras** [18] - 4:3, 57:1, 58:6, 66:9, 66:19, 66:23, 68:3, 73:15, 77:24, 78:3, 84:11, 85:12, 88:11, 93:22,

94:12, 109:20, 117:11, 142:24
**precise** [1] - 67:12
**pregnant** [2] - 46:17, 91:13
**prepare** [6] - 8:4, 11:16, 11:25, 18:7, 20:10, 109:11
**prepared** [2] - 62:21, 63:8
**preparing** [1] - 19:12
**presence** [2] - 79:9, 80:2
**present** [9] - 18:21, 21:20, 38:11, 66:22, 77:23, 90:11, 92:8, 92:9, 117:10
**presentation** [5] - 13:21, 15:15, 15:17, 16:3, 16:7
**presented** [2] - 28:22, 53:16
**President** [48] - 5:14, 24:6, 42:17, 42:21, 43:6, 53:18, 59:22, 60:10, 60:12, 61:2, 78:14, 78:24, 94:3, 94:12, 95:9, 96:4, 96:7, 96:17, 96:22, 97:2, 97:8, 97:10, 97:16, 100:2, 101:4, 102:1, 104:20, 106:3, 106:17, 107:17, 110:12, 116:14, 116:18, 118:4, 119:4, 119:24, 120:14, 121:16, 136:15, 138:7, 141:13, 141:15, 141:19, 141:22, 141:25, 142:4
**president** [3] - 42:25, 118:16, 120:2
**presidential** [7] - 30:24, 30:25, 35:25, 41:20, 50:17, 51:13, 61:25
**pressured** [3] - 120:17, 120:20
**pressuring** [4] - 116:10, 116:11, 116:12
**presumptive** [1] - 42:6
**prevail** [1] - 6:6
**previous** [2] - 68:23, 91:3
**previously** [9] - 14:2, 71:2, 72:19, 75:22, 80:11, 82:18, 95:14,

134:21, 136:24
**price** [1] - 5:2
**Priebus** [13] - 97:19, 97:20, 97:23, 99:13, 99:21, 100:1, 100:4, 100:24, 101:3, 101:25, 102:8, 103:8, 105:15
**primarily** [1] - 138:12
**prime** [20] - 95:9, 95:25, 96:22, 97:9, 97:16, 100:2, 102:1, 104:20, 105:4, 106:17, 107:17, 116:19, 116:21, 117:11, 117:15, 118:18, 118:22, 121:17, 136:16
**Prime** [15] - 71:19, 94:3, 94:8, 95:9, 96:8, 96:18, 96:25, 100:18, 103:22, 105:5, 107:24, 108:7, 116:14, 117:3, 119:12
**principal** [4] - 71:7, 71:11, 72:1, 72:2
**principally** [1] - 125:25
**priorities** [1] - 109:23
**Priority** [1] - 109:24
**prisoners** [1] - 91:14
**private** [1] - 117:21
**privy** [1] - 141:25
**probative** [3] - 6:5, 6:22, 19:20
**problem** [6] - 4:21, 8:20, 8:21, 10:4, 74:15, 75:21
**problems** [1] - 7:24
**procedures** [1] - 102:14
**proceed** [1] - 121:8
**proceedings** [1] - 144:6
**process** [1] - 21:21
**produce** [1] - 7:22
**products** [1] - 41:4
**proffer** [2] - 4:15, 6:1
**proffered** [1] - 6:23
**progress** [2] - 142:11
**promised** [1] - 83:23
**promptly** [1] - 7:16
**proof** [1] - 4:15
**proper** [1] - 33:12
**proposal** [2] - 91:7, 91:16
**proposed** [2] - 8:3, 8:6
**proprietorship** [3] - 83:6, 83:14, 83:15

**prosecute** [1] - 52:13
**prosecuted** [2] - 50:13, 52:19
**prosecutors** [1] - 110:6
**prosperous** [1] - 73:18
**protocol** [1] - 74:13
**prove** [1] - 6:7
**provide** [19] - 8:6, 16:15, 22:3, 44:23, 48:1, 49:24, 50:9, 50:12, 52:10, 52:17, 61:1, 83:20, 83:24, 86:22, 88:24, 108:1, 110:16, 142:6, 142:7
**provided** [11] - 9:17, 28:19, 36:13, 81:20, 109:5, 109:7, 109:14, 110:15, 119:2, 123:10, 125:16
**provides** [3] - 40:24, 124:21, 125:3
**providing** [8] - 25:22, 49:25, 83:19, 87:1, 112:10, 137:22, 137:23, 140:10
**Public** [1] - 1:17
**public** [7] - 16:18, 23:7, 31:18, 38:10, 38:12, 41:4, 124:12
**publicly** [1] - 110:9
**publish** [2] - 49:18, 59:3
**published** [2] - 54:25, 113:15
**puffing** [1] - 104:2
**pull** [27] - 48:25, 54:10, 55:14, 64:21, 65:6, 71:1, 72:18, 82:18, 95:13, 95:17, 99:16, 102:19, 104:8, 106:11, 107:11, 108:10, 111:20, 112:19, 121:25, 126:7, 129:13, 130:8, 131:1, 132:9, 136:23, 138:19, 142:19
**purports** [1] - 131:23, 132:5
**purpose** [14] - 64:16, 66:18, 68:21, 80:21, 99:7, 103:17, 112:11, 112:16, 114:22, 120:4, 138:12, 142:10, 143:8
**purposefully** [2] -

10:3, 10:21
**pursuant** [6] - 50:9, 50:12, 52:8, 52:9, 52:11, 52:16
**pursue** [1] - 52:13
**purview** [1] - 30:23
**put** [8] - 12:2, 14:21, 14:23, 17:2, 17:18, 19:10, 28:7, 67:17
**puts** [2] - 5:25, 130:5
**putting** [4] - 67:22, 68:1, 68:2, 80:20

**Q**

**quality** [1] - 21:12
**quarter** [1] - 74:16
**questionable** [4] - 29:24, 30:4, 30:12, 31:11
**questioning** [2] - 24:3, 25:7
**questions** [12] - 15:4, 24:9, 32:24, 33:3, 33:4, 36:10, 38:18, 39:14, 62:7, 73:7, 127:22, 143:13
**quick** [2] - 19:2, 128:13
**quickly** [3] - 32:23, 64:23, 91:18
**quite** [1] - 13:22

**R**

**race** [1] - 35:25
**Rader** [5] - 98:10, 98:21, 98:22, 99:8
**RAE** [1] - 1:16
**raise** [3] - 74:21, 74:24, 97:7
**raised** [2] - 62:9, 92:12
**ran** [1] - 83:7
**range** [1] - 67:13
**ranged** [1] - 45:4
**ranking** [5] - 42:16, 42:21, 91:20, 120:8, 126:1
**rapist** [1] - 91:9
**rate** [1] - 11:14
**rather** [2] - 20:4, 20:5
**Raton** [1] - 40:11
**Razak** [5] - 94:4, 96:8, 100:18, 103:22, 118:19
**RDR** [3] - 2:6, 144:3, 144:10
**re** [1] - 6:4
**re-election** [1] - 6:4
**reach** [3] - 101:25,

106:7, 138:9
**reached** [1] - 98:24
**reaching** [4] - 100:24,
121:19, 121:22
**reaction** [1] - 110:8
**read** [27] - 4:18, 9:5,
13:6, 15:3, 15:22,
23:24, 23:25, 61:21,
79:23, 79:24, 85:6,
85:9, 99:6, 101:22,
102:22, 103:15,
118:17, 122:23,
124:9, 126:16,
127:7, 127:14,
127:19, 131:8,
137:18, 139:3, 140:6
**readily** [1] - 37:4
**reading** [5] - 13:4,
15:20, 62:13, 123:2,
142:24
**reads** [11] - 55:4, 62:8,
63:15, 64:3, 66:9,
72:12, 95:21,
103:21, 107:13,
109:3, 136:13
**ready** [1] - 13:7
**real** [1] - 128:13
**realize** [1] - 124:2
**realized** [1] - 86:15
**really** [6] - 90:5, 98:1,
115:6, 116:3, 137:6
**reason** [5] - 7:2, 8:14,
11:8, 58:25, 114:22
**reasons** [1] - 38:9
**rebut** [1] - 5:14
**rebuts** [1] - 5:18
**receive** [12] - 6:20,
35:5, 45:5, 45:9,
47:22, 50:17, 57:15,
70:2, 70:20, 82:2,
84:1, 85:15
**received** [10] - 5:12,
8:24, 45:7, 45:11,
45:15, 51:12, 81:3,
83:2, 108:4
**receives** [2] - 26:14,
91:6
**receiving** [3] - 79:7,
92:12, 130:19
**recess** [2] - 8:22,
143:25
**Recess** [1] - 76:24
**recipient** [1] - 83:2
**recognize** [21] - 49:6,
50:24, 51:20, 54:13,
55:19, 59:10, 61:11,
65:9, 72:21, 89:4,
99:20, 106:13,
108:13, 118:1,
123:18, 130:1,

131:21, 132:14,
134:24, 139:6,
139:21
**recollection** [4] - 14:2,
14:10, 15:1, 16:2
**record** [7] - 4:5, 4:19,
26:21, 39:16, 40:21,
46:3, 67:4
**records** [4] - 25:3,
25:4, 25:23, 31:15
**red** [3] - 89:18, 130:1,
130:4
**redirect** [3] - 34:9,
36:4, 137:17
**REDIRECT** [1] - 36:6
**reduced** [1] - 50:7
**reference** [27] - 61:23,
63:22, 64:6, 64:7,
64:10, 71:11, 72:1,
84:12, 84:13, 85:8,
85:9, 99:10, 99:11,
99:13, 114:8, 116:1,
128:11, 128:14,
130:14, 130:16,
130:19, 135:8,
135:14, 135:25,
136:5, 136:14,
136:15
**referenced** [4] - 56:21,
58:5, 113:8, 137:20
**references** [5] - 65:14,
107:1, 114:14,
124:10, 129:9
**referred** [3] - 18:18,
114:12, 115:25
**referring** [5] - 67:2,
71:12, 72:2, 72:3,
106:2
**reflect** [3] - 31:15,
66:3, 67:4
**reflected** [1] - 51:9
**refresh** [4] - 14:1,
14:10, 15:1, 16:2
**refreshes** [2] - 14:1,
15:5
**refund** [5] - 29:23,
30:3, 30:8, 30:12,
34:2
**regard** [27] - 9:2, 16:2,
16:9, 16:10, 17:4,
18:3, 33:5, 35:10,
43:24, 44:6, 53:21,
64:25, 66:21, 78:25,
80:16, 87:24, 91:16,
91:23, 91:24, 93:6,
100:20, 101:6,
101:7, 102:9,
117:18, 130:5, 137:8
**regarding** [22] - 16:5,
30:10, 44:17, 54:15,

55:20, 65:14, 79:6,
92:13, 104:11,
106:16, 106:24,
108:14, 111:24,
112:6, 121:19,
126:3, 126:10,
126:21, 130:20,
132:15, 133:1, 141:2
**regards** [1] - 99:1
**regional** [1] - 42:10
**register** [3] - 86:5,
87:3, 87:6
**registered** [1] - 87:16
**Registration** [2] -
48:19, 85:19
**registration** [1] - 86:16
**regret** [3] - 104:4,
128:25, 129:5
**regulations** [4] -
13:17, 16:9, 31:10,
31:23
**Reince** [7] - 97:18,
97:20, 99:11, 99:21,
100:15, 101:11,
115:2
**relate** [1] - 96:9
**related** [6] - 17:4,
50:17, 52:14, 55:9,
92:4, 96:18
**relating** [1] - 106:19
**relationship** [13] -
57:2, 58:11, 60:11,
62:13, 62:19, 63:10,
63:14, 63:15, 64:3,
64:7, 67:8, 91:1,
98:1
**relationships** [7] -
44:18, 57:12, 68:7,
68:11, 78:13, 78:23,
140:15
**relay** [1] - 141:21
**relaying** [1] - 112:9
**release** [1] - 46:16
**released** [3] - 7:3, 7:5,
7:7
**relevance** [6] - 16:11,
16:25, 23:13, 25:7,
29:13, 56:12
**relevant** [3] - 6:15,
65:11, 78:15
**relies** [1] - 36:12
**religious** [2] - 9:8,
10:1
**rely** [3] - 28:23, 36:18,
37:19
**remaining** [2] - 7:18,
84:12
**remember** [5] - 15:12,
22:7, 23:21, 67:12,
80:19

**remembers** [1] -
118:20
**remind** [3] - 13:3,
27:10, 77:3
**reminded** [1] - 97:10
**remitted** [1] - 82:9
**remove** [1] - 111:10
**renewed** [1] - 101:13
**repeat** [3] - 23:22,
79:15, 79:22
**rephrase** [3] - 82:13,
82:14, 126:19
**report** [15] - 21:15,
21:23, 22:1, 22:2,
22:12, 22:14, 22:18,
22:25, 29:2, 35:15,
35:16, 35:20, 36:15,
36:18, 37:4
**reported** [1] - 35:20
**REPORTER** [1] -
144:1
**reporter** [1] - 40:8
**Reporter** [3] - 2:6, 2:7,
144:11
**reporting** [1] - 13:19
**reports** [25] - 19:22,
21:1, 21:5, 21:7,
21:10, 21:11, 21:18,
22:22, 24:2, 27:15,
27:17, 27:23, 28:1,
28:5, 28:13, 28:21,
28:22, 28:24, 31:2,
31:7, 31:9, 31:18,
36:24, 37:25, 112:17
**representing** [1] - 86:4
**Republic** [2] - 90:17,
124:5
**Republican** [5] -
41:16, 41:18, 41:24,
42:6, 47:2
**Request** [1] - 29:7
**request** [11] - 9:19,
11:15, 22:24, 47:12,
69:15, 69:21, 70:8,
91:19, 92:6, 93:7,
93:13
**requested** [5] - 8:1,
8:6, 69:16, 69:20,
93:8
**requesting** [1] - 93:8
**requests** [1] - 18:1
**require** [2] - 32:4,
32:11
**required** [10] - 7:22,
22:3, 22:10, 26:14,
27:6, 29:23, 30:3,
74:12, 74:14, 86:16
**requirement** [1] - 86:5
**requirements** [1] -
22:14

**reservations** [1] - 71:6
**reside** [1] - 40:10
**resolution** [1] - 63:24
**resolve** [5] - 12:21,
44:20, 44:21, 57:12,
86:24
**resolved** [4] - 96:10,
96:19, 97:19, 97:23
**respect** [8] - 16:16,
31:23, 91:19, 92:17,
93:7, 100:4, 107:17,
136:6
**respond** [5] - 69:9,
69:24, 70:8, 71:7,
137:7
**responds** [2] - 60:2,
84:25
**response** [4] - 4:20,
23:17, 141:25
**responsibilities** [2] -
17:20, 42:8
**responsibility** [1] -
30:11
**responsible** [1] -
41:19
**rest** [1] - 122:9
**restless** [1] - 121:3
**result** [4] - 11:2, 21:15,
43:4, 45:9
**resume** [1] - 13:7
**Resumed** [1] - 13:11
**retained** [1] - 68:15
**retainer** [3] - 45:2,
45:7, 80:7
**return** [9] - 9:25,
44:24, 46:23, 49:25,
52:21, 57:16, 59:25,
91:13, 91:14
**returned** [3] - 30:15,
31:12, 31:16
**returning** [1] - 46:17
**reverberation** [2] -
133:18, 133:24
**review** [8] - 19:19,
21:7, 21:12, 21:17,
21:24, 21:25, 28:21,
111:4
**reviewed** [5] - 6:1,
21:23, 63:7, 120:23,
137:4
**reviewing** [2] - 31:4,
36:18
**reviews** [1] - 31:2
**reword** [1] - 96:15
**Rex** [1] - 107:23
**RFAI** [1] - 24:1
**Richard** [1] - 4:16
**Rick** [4] - 105:18,
107:14, 132:23
**rid** [2] - 32:1, 44:21

**RNC** [8] - 41:17, 41:23, 42:3, 42:5, 42:15, 42:24, 43:4, 61:25
**Robin** [2] - 83:9, 123:19
**role** [11] - 21:11, 42:7, 42:14, 42:15, 42:24, 48:16, 57:11, 68:5, 93:4, 93:18, 93:19
**roles** [1] - 61:24
**room** [2] - 117:4, 117:7
**Room** [2] - 2:7, 144:12
**Rosenzweig** [1] - 83:9
**roughly** [1] - 105:23
**round** [1] - 100:16
**Rousseau** [3] - 77:24, 78:1
**Rudolph** [1] - 36:16
**rule** [1] - 81:10
**rules** [8] - 13:17, 16:16, 16:23, 17:5, 21:9, 21:19, 30:3, 33:12
**ruling** [2] - 7:4, 18:17
**runs** [1] - 25:2
**rushing** [1] - 127:21

**S**

**sad** [1] - 137:6
**safety** [1] - 41:4
**sake** [1] - 72:4
**Sam** [1] - 14:11
**Saturday** [1] - 76:13
**Saudi** [1] - 110:3
**saw** [6] - 27:25, 31:7, 116:2, 125:9, 129:24, 129:25
**schedule** [1] - 10:10
**Schedule** [1] - 22:11
**scheduled** [2] - 99:9, 116:16
**schedules** [2] - 10:9, 10:19
**scheduling** [1] - 10:16
**scheme** [1] - 85:16
**screen** [7] - 15:2, 30:5, 49:4, 49:7, 58:21, 113:13, 123:4
**screenshot** [2] - 124:4, 125:9
**scroll** [4] - 128:16, 131:23, 132:1, 132:22
**SEAN** [1] - 1:16
**Sean** [1] - 4:6
**sean.mulryne@ usdoj.gov** [1] - 1:19
**Sec** [1] - 62:13

**second** [18] - 6:18, 15:23, 21:12, 49:19, 57:23, 61:9, 64:23, 73:17, 80:19, 85:4, 86:25, 102:13, 103:20, 111:22, 121:1, 124:10, 129:1, 129:7
**second-level** [1] - 21:12
**secondly** [1] - 38:15
**Secretary** [4] - 107:23, 108:2, 108:6, 110:16
**secretary** [2] - 63:2, 63:5, 135:15
**Section** [1] - 1:17
**section** [1] - 21:3
**secure** [1] - 114:18
**Security** [5] - 22:8, 97:21, 99:3, 135:12, 135:15
**security** [6] - 40:25, 90:10, 124:12, 143:1, 143:9, 143:11
**see** [75] - 7:14, 14:1, 14:21, 15:4, 17:24, 18:7, 21:18, 27:23, 29:15, 38:13, 39:18, 41:9, 49:4, 50:15, 55:4, 55:7, 56:5, 56:9, 59:19, 59:23, 60:2, 61:21, 61:25, 62:15, 65:25, 66:8, 66:11, 66:25, 71:4, 71:9, 73:15, 76:15, 82:20, 84:7, 84:10, 84:22, 85:1, 95:20, 95:24, 98:2, 98:25, 99:10, 102:6, 107:13, 109:25, 110:24, 113:3, 113:13, 113:25, 114:8, 114:9, 116:1, 121:2, 122:4, 122:22, 123:7, 123:25, 124:3, 124:10, 124:12, 126:23, 128:7, 128:11, 131:23, 134:23, 135:25, 136:12, 136:13, 137:3, 137:14, 138:14, 140:4, 140:20, 142:23
**seeing** [2] - 49:3, 118:20
**seek** [1] - 46:24
**seeking** [3] - 91:21, 91:23, 124:19
**seem** [3] - 25:9, 34:18,

74:12
**seize** [1] - 95:22
**selected** [1] - 69:17
**send** [13] - 4:15, 7:10, 12:20, 17:22, 18:4, 22:23, 35:12, 110:11, 110:24, 119:3, 119:4, 138:13
**sending** [5] - 112:17, 131:22, 131:23, 133:1, 140:5
**sends** [1] - 29:4
**senior** [1] - 42:4
**sense** [2] - 30:1, 64:24
**sensible** [1] - 11:15
**sent** [13] - 21:8, 23:3, 24:1, 28:23, 29:7, 29:9, 36:25, 47:3, 54:1, 85:5, 88:15, 132:8, 133:1
**sentence** [1] - 50:7
**separate** [2] - 44:9, 44:10
**separately** [1] - 36:20
**Sept** [1] - 99:5
**September** [8] - 50:15, 104:18, 110:12, 116:15, 116:17, 116:23, 118:2, 119:23
**serve** [1] - 42:20
**services** [2] - 86:8, 86:20
**SESSION** [1] - 1:5
**sessions** [6] - 24:5, 24:11, 24:12, 24:25, 25:3, 63:17
**Sessions** [13] - 47:17, 62:14, 62:19, 63:10, 110:14, 124:5, 124:18, 125:24, 126:5, 130:13, 131:24, 132:4, 133:2
**set** [22] - 11:19, 20:13, 20:16, 32:20, 47:13, 92:8, 94:2, 95:16, 96:3, 96:17, 97:16, 100:21, 102:1, 104:19, 105:1, 105:21, 125:20, 134:13, 136:6, 136:13, 136:15, 136:18
**setting** [10] - 87:1, 95:8, 96:21, 100:1, 106:10, 106:17, 107:1, 112:6, 112:25, 121:16
**settle** [1] - 45:3
**settlement** [3] - 68:12,

78:15, 80:9
**several** [4] - 8:22, 38:9, 58:12, 67:12
**shall** [1] - 79:15
**shangri** [1] - 72:13
**Shangri** [2] - 72:14, 77:22
**Shangri-La** [2] - 72:14, 77:22
**Shapira** [1] - 66:2
**share** [10] - 67:8, 69:21, 78:5, 78:21, 79:5, 80:22, 90:20, 94:16, 94:19, 108:5
**shared** [2] - 61:12, 108:5
**sharing** [1] - 62:18
**Shenzhen** [5] - 89:24, 89:25, 90:3, 90:6, 90:7
**short** [1] - 119:18
**shorter** [2] - 10:24, 11:18
**show** [8] - 7:12, 50:22, 58:14, 61:6, 112:25, 122:8, 134:20, 142:11
**showed** [3] - 117:20, 118:21, 119:10
**showing** [5] - 51:18, 61:20, 89:2, 95:18, 117:24
**shows** [1] - 15:2
**sic** [1] - 27:3
**side** [1] - 79:13
**significance** [2] - 62:19, 63:9
**significantly** [1] - 126:11
**similar** [2] - 42:3, 120:23
**simply** [1] - 10:19
**single** [1] - 62:8
**sit** [3] - 12:23, 12:25, 77:1
**sitting** [1] - 142:1
**situation** [2] - 135:6, 140:21
**slams** [1] - 95:22
**sleeping** [5] - 75:5, 75:7, 76:1, 76:3, 77:5
**slightly** [1] - 131:7
**slow** [1] - 130:9
**small** [4] - 5:6, 5:7, 5:20, 63:4
**smoother** [1] - 12:3
**so...** [1] - 18:16
**Social** [1] - 22:8
**sole** [2] - 83:6, 83:12

**solution** [4] - 63:16, 63:22, 63:23, 64:24
**someone** [3] - 14:18, 37:18, 101:4
**sometime** [2] - 66:13, 143:17
**somewhere** [1] - 67:18
**sorry** [33] - 14:7, 14:20, 18:17, 22:6, 23:22, 28:3, 29:12, 33:16, 47:7, 47:11, 49:10, 50:20, 53:8, 60:17, 70:17, 74:23, 79:10, 84:19, 108:20, 113:10, 117:8, 122:5, 122:6, 123:16, 125:1, 128:16, 129:2, 129:13, 131:15, 133:23, 134:24, 139:11, 139:25
**sort** [7] - 68:8, 75:20, 91:15, 92:4, 94:1, 102:12, 112:4
**sought** [1] - 44:18
**sounded** [1] - 137:5
**sounds** [2] - 25:16, 133:17
**source** [9] - 37:5, 37:15, 37:16, 37:21, 38:1, 41:1, 79:4, 80:18
**sourced** [1] - 6:8
**sparkly** [1] - 121:8
**speakerphone** [1] - 142:2
**speaking** [5] - 29:25, 40:20, 43:19, 89:13, 140:6
**speaks** [1] - 60:6
**specific** [9] - 19:10, 25:1, 26:14, 28:3, 29:25, 32:5, 80:6, 81:11, 138:21
**specifically** [12] - 13:19, 13:22, 24:5, 25:22, 29:16, 30:20, 32:11, 35:18, 37:14, 43:9, 56:19, 109:23
**specifics** [1] - 17:7
**speculation** [2] - 23:14, 45:17, 57:6, 60:14, 69:1, 72:6, 81:5, 87:7, 94:22, 112:13, 115:11, 143:3
**speech** [1] - 16:13
**speeding** [1] - 130:9
**spell** [2] - 40:7, 46:3
**spend** [2] - 32:15,

96:24

**spent** [4] - 31:23, 32:4, 35:18, 78:8

**splitting** [1] - 53:3

**staff** [15] - 16:15, 62:22, 63:3, 63:9, 97:18, 97:21, 97:24, 98:2, 99:14, 101:4, 103:3, 103:4, 103:8, 108:5

**stand** [10] - 8:18, 11:11, 12:18, 17:2, 39:7, 39:18, 74:9, 121:3, 121:5

**standing** [3] - 62:13, 64:3, 64:6

**standpoint** [1] - 38:16

**stands** [1] - 99:1

**start** [8] - 10:12, 18:4, 34:15, 34:23, 39:15, 39:18, 73:18, 133:23

**started** [2] - 12:18, 39:19

**starting** [3] - 4:5, 100:13, 121:7

**state** [6] - 6:13, 6:14, 6:16, 6:17, 40:7, 40:10

**State** [1] - 107:23

**statement** [2] - 115:14, 115:17

**Statement** [2] - 50:24, 51:10

**STATES** [3] - 1:1, 1:2, 1:9

**states** [2] - 42:11

**States** [20] - 1:12, 4:3, 4:8, 43:23, 44:2, 46:8, 46:15, 46:16, 46:18, 46:21, 54:9, 81:21, 88:14, 88:20, 90:23, 91:15, 100:25, 116:21, 126:21, 144:11

**status** [4] - 100:25, 120:22, 141:14, 141:23

**stay** [2] - 13:4, 72:14

**stenographic** [1] - 144:5

**step** [5] - 39:4, 39:5, 48:13, 101:20, 119:10

**steps** [1] - 87:1

**Steve** [4] - 47:1, 97:25, 138:2, 138:3

**still** [7] - 6:20, 77:6, 97:23, 103:19, 117:19, 119:23, 133:6

**stipulate** [1] - 67:2

**stood** [2] - 57:15, 134:5

**stop** [3] - 39:6, 39:20, 121:1

**strategize** [1] - 114:4

**straw** [9] - 6:3, 6:12, 6:14, 6:15, 6:18, 37:9, 37:12, 37:14, 37:25

**Street** [2] - 56:10, 56:14

**stretch** [2] - 121:3, 121:5

**strictly** [1] - 20:2

**strike** [9] - 60:13, 60:18, 69:4, 69:7, 87:12, 87:13, 109:9, 112:12, 112:21

**striking** [2] - 69:13, 112:22

**string** [1] - 106:22

**subject** [17] - 13:21, 19:4, 19:16, 20:5, 20:12, 54:8, 56:6, 56:16, 70:7, 70:9, 78:10, 99:4, 103:16, 104:11, 109:3, 111:17, 126:10

**submitted** [1] - 27:20

**subpoena** [1] - 7:3

**substance** [1] - 66:1

**substantially** [1] - 111:23

**success** [3] - 45:2, 80:7, 81:15

**successful** [7] - 58:9, 87:25, 91:4, 92:16, 92:17, 93:10, 138:4

**suddenly** [1] - 75:20

**suggested** [2] - 8:13, 94:11

**suggestion** [4] - 11:23, 75:16, 76:15, 97:8

**suite** [1] - 90:10

**Suite** [1] - 1:13

**summer** [4] - 94:2, 97:14, 101:24, 112:3

**Sun** [24] - 46:1, 46:4, 46:6, 46:7, 47:12, 90:12, 90:13, 90:14, 90:16, 90:20, 92:23, 107:1, 124:11, 124:18, 125:21, 125:23, 129:9, 133:10, 134:2, 134:7, 134:18, 135:11, 136:7, 136:19

**SUN** [1] - 46:4

**Sun's** [2] - 91:19, 93:7

**Super** [11] - 26:6, 26:8, 27:3, 27:5, 29:22, 32:14, 34:20, 34:23, 35:4

**supplemental** [3] - 28:1, 28:5, 28:12

**support** [1] - 26:10

**supposed** [1] - 31:24

**surplus** [8] - 31:21, 33:14, 33:17, 33:20, 34:8, 34:24, 35:8, 35:17

**suspicious** [1] - 22:20

**sustain** [3] - 26:24, 29:17, 60:25

**sustained** [1] - 17:1

**swear** [1] - 39:6

**switch** [1] - 10:16

**sworn** [2] - 39:7, 39:8

**Sworn** [1] - 40:2

## T

**table** [2] - 39:18, 75:4

**Taek** [1] - 43:17

**tainted** [1] - 70:2

**team** [8] - 14:18, 21:14, 67:22, 67:24, 68:1, 68:2, 68:5

**technical** [1] - 40:1

**teeny** [1] - 133:16

**telephone** [1] - 141:20

**template** [1] - 7:22

**ten** [2] - 9:1, 12:12

**tens** [1] - 57:16

**tension** [1] - 110:7

**term** [1] - 32:23

**terms** [20] - 5:25, 7:1, 7:8, 7:21, 10:11, 10:24, 11:10, 11:11, 17:19, 18:16, 19:15, 25:17, 44:9, 60:23, 76:6, 76:12, 79:8, 80:1, 80:6, 116:5

**testified** [8] - 18:13, 48:1, 51:12, 53:22, 57:14, 83:18, 85:20, 88:17

**testify** [5] - 9:16, 9:21, 10:11, 18:15, 70:17

**testifying** [6] - 18:11, 36:11, 69:10, 119:11, 121:14, 121:15

**testimony** [18] - 5:13, 6:23, 9:18, 9:20, 9:24, 10:8, 12:9, 18:8, 19:5, 28:18,

49:24, 50:1, 50:9, 52:10, 52:18, 75:5, 138:2, 143:22

**text** [27] - 65:9, 65:13, 65:25, 66:3, 66:8, 71:4, 72:12, 82:20, 82:21, 95:19, 99:20, 99:25, 100:4, 100:14, 106:14, 106:22, 113:8, 113:21, 114:14, 114:19, 115:9, 120:23, 133:15, 136:25, 139:6, 139:21, 142:23

**texting** [3] - 99:25, 102:8, 134:24

**texts** [6] - 84:7, 84:23, 106:23, 113:4, 115:1, 134:25

**Thailand** [3] - 68:19, 77:14, 77:22

**THE** [222] - 1:1, 1:1, 1:9, 4:2, 4:9, 4:13, 4:23, 7:6, 9:4, 9:14, 10:20, 11:4, 12:14, 12:15, 12:25, 13:3, 14:4, 14:6, 14:7, 14:8, 14:9, 14:14, 14:17, 14:20, 14:24, 15:11, 15:19, 16:1, 16:12, 17:1, 17:16, 18:15, 18:18, 18:24, 19:3, 19:9, 20:6, 20:20, 23:15, 23:19, 24:9, 24:15, 25:9, 25:13, 25:15, 26:2, 26:11, 26:23, 27:1, 27:9, 28:4, 28:7, 28:9, 29:15, 30:19, 32:7, 32:10, 32:17, 32:19, 33:14, 33:17, 33:19, 34:17, 36:4, 38:19, 38:23, 38:24, 38:25, 39:3, 39:9, 39:12, 39:13, 39:23, 39:25, 40:19, 40:22, 44:9, 44:12, 45:18, 46:3, 47:6, 47:8, 47:9, 47:11, 49:10, 49:13, 49:16, 49:19, 51:5, 51:7, 52:1, 52:3, 52:6, 53:10, 53:13, 53:14, 54:19, 54:21, 54:25, 55:2, 56:2, 57:7, 57:21, 58:1, 58:16, 58:19, 58:23, 58:24, 59:4, 59:7, 60:15, 60:22, 61:18, 62:21, 65:21,

67:4, 69:2, 69:6, 69:9, 69:12, 70:14, 70:15, 70:16, 71:21, 71:24, 72:7, 73:4, 73:10, 74:2, 74:9, 74:11, 74:13, 74:14, 74:18, 74:23, 75:1, 75:12, 75:23, 76:4, 76:9, 77:1, 78:16, 79:12, 79:15, 79:16, 79:19, 79:21, 79:24, 80:1, 80:4, 81:9, 82:14, 87:8, 87:13, 89:11, 94:24, 95:2, 95:3, 95:4, 96:15, 98:18, 100:10, 102:25, 103:13, 104:16, 107:6, 107:8, 108:19, 108:21, 108:24, 109:11, 109:13, 109:15, 109:16, 111:6, 111:15, 112:14, 112:22, 113:10, 113:14, 113:17, 115:15, 115:18, 116:9, 118:10, 118:13, 121:1, 121:7, 122:5, 122:8, 122:11, 122:15, 123:6, 123:14, 124:25, 125:2, 125:14, 126:18, 126:24, 127:8, 127:11, 127:20, 128:2, 128:5, 129:4, 129:19, 129:23, 130:9, 131:3, 131:6, 131:18, 131:20, 132:20, 133:16, 133:23, 139:5, 139:16, 139:19, 142:21, 143:4, 143:14, 143:24

**then-candidate** [2] - 42:17, 42:25

**thereafter** [2] - 28:14, 42:2

**thereof** [1] - 6:23

**they've** [4] - 7:18, 8:14, 21:25, 25:21

**third** [3] - 66:1, 99:10, 102:13

**three** [2] - 7:18, 88:10

**throughout** [8] - 10:13, 16:18, 56:21, 65:13, 75:8, 112:3, 114:14

**throw** [2] - 47:23,

92:16
throwing [1] - 47:25
throws [1] - 10:13
Thursday [2] - 9:7,
10:1
Tillerson [5] - 107:23,
108:2, 108:6, 108:9,
110:16
timing [2] - 12:20,
67:12
tired [1] - 77:3
to-file-late-claims-in-
forfeiture-lawsuits
[1] - 55:6
today [4] - 9:21, 9:22,
66:25, 102:16
together [13] - 38:20,
54:2, 58:8, 67:14,
67:18, 67:22, 68:1,
68:2, 80:7, 96:24,
118:21, 125:20,
141:17
tomorrow [3] - 9:16,
9:23, 101:13
took [6] - 17:4, 43:6,
87:1, 90:2, 97:24,
115:25
top [14] - 60:1, 84:9,
84:24, 99:19,
100:13, 107:11,
109:1, 110:22,
113:3, 113:23,
117:25, 118:16,
122:9, 140:3
topics [1] - 24:7
total [2] - 84:13, 85:14
totally [1] - 136:11
touch [2] - 141:13,
141:15
toward [2] - 59:17,
60:1
track [3] - 7:1, 7:9,
60:3
training [14] - 16:15,
16:18, 16:20, 17:17,
24:4, 24:7, 24:11,
24:12, 24:17, 24:24,
25:3, 25:8, 25:21
trainings [1] - 16:21
transcribed [1] -
132:24
TRANSCRIPT [1] - 1:8
transcript [2] - 144:5,
144:6
transparency [1] -
38:10
travel [9] - 10:7, 42:16,
66:10, 68:19, 70:23,
88:6, 88:11, 89:20,
93:9

traveling [1] - 76:12
treasurer [5] - 17:12,
29:9, 29:11, 29:20
trial [5] - 7:22, 8:2,
10:9, 75:8, 76:17
TRIAL [1] - 1:8
trials [2] - 10:17, 10:23
tried [2] - 98:2, 104:1
trip [10] - 69:14, 72:24,
77:13, 80:11, 88:9,
88:24, 90:22, 91:17,
116:21, 134:6
trips [1] - 68:24
trophy [1] - 5:5
trouble [4] - 49:3,
71:23, 117:5, 123:2
true [12] - 35:21, 37:5,
37:16, 37:21, 38:1,
38:5, 51:10, 103:23,
104:1, 144:4, 144:6
truly [1] - 102:16
Trump [30] - 42:5,
42:14, 42:25, 53:18,
60:8, 60:10, 60:12,
62:9, 94:3, 95:9,
96:4, 96:7, 96:18,
97:3, 97:6, 100:2,
105:3, 110:13,
116:14, 117:4,
117:9, 117:20,
118:4, 119:3, 119:4,
119:25, 138:7,
141:13, 141:16,
141:22
Trump's [8] - 42:17,
42:18, 42:21, 43:6,
94:9, 106:3, 141:25
trusts [1] - 55:5
truthful [4] - 49:24,
49:25, 50:9, 52:10
try [14] - 68:12, 91:16,
92:2, 97:15, 104:5,
109:11, 123:7,
123:9, 125:20,
128:25, 129:4,
134:17, 135:5,
140:17
trying [23] - 5:9, 7:9,
8:4, 8:17, 10:7, 10:9,
10:10, 10:22, 47:13,
91:5, 91:19, 96:3,
99:9, 102:1, 104:2,
104:3, 104:19,
104:22, 105:1,
122:8, 127:8, 136:6,
136:18
Tuesday [1] - 1:4
turn [2] - 58:13,
137:23
turning [1] - 142:12

turns [2] - 19:18,
76:13
two [8] - 4:13, 6:10,
31:8, 34:13, 61:8,
85:11, 101:20,
116:17
two-page [1] - 61:8
type [1] - 98:23
typical [1] - 10:17

U

U.S [6] - 1:12, 1:17,
2:7, 91:12, 95:22,
126:1
ultimately [9] - 67:22,
84:1, 86:25, 93:10,
95:8, 98:4, 116:13,
116:14, 119:4
unavailable [1] - 9:7
uncomfortable [1] -
53:12
under [11] - 6:24, 23:1,
23:2, 30:3, 66:5,
75:17, 76:6, 86:16,
87:3, 87:6
understood [8] -
50:13, 54:7, 58:7,
86:3, 98:23, 104:23,
108:7, 121:11
undertake [1] - 32:12
unfortunately [2] -
7:11, 14:2
UNISON [1] - 13:2
UNITED [3] - 1:1, 1:2,
1:9
United [20] - 1:12, 4:3,
4:8, 43:23, 44:2,
46:8, 46:15, 46:16,
46:18, 46:21, 54:9,
81:21, 88:14, 88:19,
90:22, 91:15,
100:25, 116:21,
126:21, 144:11
unjust [1] - 78:7
unlawful [1] - 6:20
unlimited [1] - 26:9
unnecessary [1] -
110:7
unsuccessful [1] -
136:11
untainted [5] - 70:4,
70:9, 80:12, 80:18,
81:23
untaintedness [1] -
80:23
up [99] - 4:13, 7:8,
7:12, 8:11, 8:25,
10:2, 10:25, 12:22,
15:2, 22:20, 26:11,

31:21, 32:4, 39:4,
39:5, 39:10, 40:19,
40:21, 47:6, 47:7,
47:13, 48:25, 54:4,
54:10, 55:14, 60:1,
65:6, 71:1, 71:21,
72:18, 74:10, 74:15,
78:16, 80:12, 80:20,
82:18, 84:9, 84:24,
87:1, 92:8, 94:2,
95:8, 95:13, 95:17,
96:3, 96:17, 96:21,
97:16, 97:18, 97:21,
99:16, 100:1,
100:21, 102:1,
102:10, 102:19,
103:18, 104:8,
104:18, 104:19,
105:1, 105:21,
106:10, 106:11,
106:17, 107:1,
107:11, 108:10,
110:22, 112:6,
112:19, 112:25,
119:13, 119:16,
120:13, 120:19,
120:21, 121:16,
121:25, 125:20,
126:7, 128:16,
128:21, 130:9,
131:1, 132:9,
134:13, 135:5,
135:18, 136:6,
136:15, 136:18,
136:23, 138:19,
139:25, 141:9,
141:13, 142:19
upcoming [3] - 72:24,
91:17, 107:23
update [4] - 112:5,
112:18, 115:3,
136:20
updated [1] - 8:24
updates [3] - 112:17,
137:22, 137:24
upheld [1] - 52:12
upper [4] - 108:11,
111:2, 132:11,
138:22
upset [1] - 134:11
US [8] - 63:17, 63:20,
64:4, 64:10, 101:15,
110:6, 126:12,
128:19

V

value [2] - 5:13, 6:22
Van [1] - 9:20
variety [1] - 91:11
various [7] - 11:13,

31:25, 32:12, 40:25,
105:7, 105:20,
118:23
vast [1] - 5:11
Vegas [1] - 67:18
Ventura [1] - 1:22
verify [3] - 21:20,
21:21, 22:16
version [1] - 122:22
versus [1] - 26:7
via [2] - 133:14,
141:20
vice [6] - 42:4, 42:13,
47:12, 90:12,
124:11, 134:1
Vice [2] - 90:12,
135:11
Victory [9] - 18:4,
26:7, 29:20, 30:11,
31:4, 32:9, 34:8,
34:16, 34:19
view [3] - 16:8, 16:22,
96:12
violate [1] - 85:22
violation [2] - 17:25,
48:18
virtue [1] - 33:11
VISA [2] - 101:12,
101:15
visible [1] - 15:2
visibly [1] - 75:5
visit [5] - 99:4, 105:3,
107:14, 110:12,
136:13
VM [4] - 135:4, 135:10,
135:25, 137:5
voice [5] - 26:11, 47:6,
47:7, 71:21, 78:16
Vote [7] - 26:7, 26:17,
29:12, 30:3, 30:15,
30:20, 31:4
voyage [1] - 73:18
vs [2] - 1:4, 4:3

W

wait [2] - 12:8, 74:6
Wall [2] - 56:10, 56:13
wants [3] - 18:19,
19:15, 127:7
warm [1] - 135:5
warning [2] - 17:22,
19:24
was.. [1] - 96:1
Washington [10] -
1:14, 1:18, 2:4, 2:8,
90:23, 93:9, 124:19,
133:11, 134:15,
143:13
watching [1] - 76:7

**website** [2] - 23:7, 28:17
**Wednesday** [2] - 9:17, 9:25
**week** [2] - 84:21
**weekend** [1] - 66:10
**weeks** [2] - 134:15, 135:23
**weighed** [1] - 6:22
**weight** [2] - 69:11, 69:12
**weird** [1] - 133:17
**Wengui** [7] - 88:13, 88:22, 89:15, 100:5, 101:16, 101:18, 138:13
**Wengui's** [1] - 101:12
**western** [2] - 42:11
**WH** [2] - 135:4, 135:8
**whatever's** [1] - 14:21
**White** [7] - 5:17, 63:15, 63:20, 116:17, 120:3, 135:9, 140:15
**whole** [3] - 76:14, 99:6, 103:15
**Wickr** [4] - 114:12, 114:14, 114:17, 114:19
**wife** [6] - 83:6, 83:8, 138:10, 139:7, 139:22, 140:5
**wife's** [2] - 123:20, 139:9
**willfully** [2] - 6:11, 6:21
**William** [2] - 17:9, 17:11
**windfall** [1] - 5:6
**Wire** [1] - 84:9
**wires** [5] - 84:10, 85:2, 85:9, 85:10, 85:11
**wish** [1] - 35:6
**withdraw** [3] - 24:20, 27:14, 113:20
**witness** [20] - 4:16, 12:17, 12:18, 14:16, 18:18, 20:3, 20:14, 20:15, 20:20, 20:21, 23:16, 26:21, 38:25, 39:8, 60:14, 74:20, 74:22, 74:25, 79:10, 143:21
**WITNESS** [21] - 3:2, 38:24, 39:12, 39:23, 40:22, 47:8, 47:11, 53:13, 70:15, 71:24, 74:9, 74:13, 74:18, 79:15, 79:19, 79:24, 80:4, 95:3, 109:11, 109:15, 143:24

**witness's** [1] - 14:1
**witnesses** [21] - 7:11, 7:18, 7:21, 7:24, 8:3, 8:4, 8:7, 8:10, 8:23, 9:16, 10:8, 10:11, 10:14, 11:11, 11:16, 11:19, 12:2, 12:4, 19:14, 143:18
**witnesses'** [1] - 10:19
**Wolf** [2] - 56:10, 56:13
**woman** [2] - 46:17, 91:13
**wondering** [1] - 8:25
**word** [3] - 39:17, 113:19, 137:15
**words** [1] - 50:11
**works** [2] - 23:2, 73:11
**worth** [1] - 69:18
**wreaks** [1] - 10:15
**write** [12] - 71:5, 82:23, 84:24, 85:1, 85:3, 100:15, 101:10, 102:12, 135:3, 135:22, 136:2, 136:9
**writes** [3] - 73:14, 115:6, 137:5
**writing** [2] - 124:11, 137:15
**written** [4] - 4:24, 63:3, 64:15, 110:19
**wrote** [3] - 63:1, 110:20, 118:22
**Wynn** [17] - 47:1, 97:25, 138:3, 138:6, 138:10, 140:7, 140:10, 140:11, 140:16, 140:23, 141:2, 141:6, 141:9, 141:15, 141:19, 141:21
**Wynn's** [4] - 139:7, 139:9, 139:22, 140:5

## Y

**year** [2] - 16:19, 24:7
**years** [7] - 41:15, 41:20, 57:2, 58:12, 62:14, 67:12, 103:21
**yesterday** [5] - 8:22, 9:7, 9:10, 9:12, 9:13
**York** [2] - 1:13, 1:18
**yourself** [7] - 4:4, 13:16, 15:3, 18:7, 43:5, 47:10, 93:24

## Z

**Zachary** [1] - 103:1
**zoom** [18] - 54:12,

55:18, 59:17, 60:1, 62:3, 65:24, 98:8, 99:18, 102:21, 108:11, 111:2, 111:21, 117:25, 124:7, 125:5, 128:13, 132:11, 138:22