```
 1                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF COLUMBIA
 2     - - - - - - - - - - - - - - - x
       THE UNITED STATES OF AMERICA,
 3                                        Criminal Action No.
                     Plaintiff,          1:19-cr-00148-CKK-1
 4                                        Thursday, April 6, 2023
       vs.                                9:23 a.m.
 5                                        *MORNING SESSION*
       PRAKAZREL MICHEL,
 6
                     Defendant.
 7     - - - - - - - - - - - - - - - x
       _____
 8
       _____
                        TRANSCRIPT OF JURY TRIAL
 9         HELD BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
                      UNITED STATES DISTRICT JUDGE
10     _____

11     APPEARANCES:

12     For the United States:       JOHN DIXON KELLER, ESQ.
                                    U.S. DEPARTMENT OF JUSTICE
13                                  1301 New York Avenue NW
                                    Suite 1016
14                                  Washington, DC 20530
                                    (202) 598-2231
15                                  john.keller2@usdoj.gov

16                                  SEAN F. MULRYNE, ESQ.
                                    NICOLE RAE LOCKHART, ESQ.
17                                  U.S. DEPARTMENT OF JUSTICE
                                    Public Integrity Section
18                                  1400 New York Avenue, NW
                                    Washington, DC 20005
19                                  (202) 598-2816
                                    sean.mulryne@usdoj.gov
20                                  nicole.lockhart@usdoj.gov

21     For the Defendant:           DAVID ELLIOTT KENNER, ESQ.
                                    ALON ISRAELY, ESQ.
22                                  KENNER LAW FIRM
                                    16633 Ventura Boulevard
23                                  Encino, CA 91436
                                    (818) 995-1195
24                                  david@kennerlaw.com
                                    aicb@biaprotect.com
25     (Continued on Next Page)
```

```
1     APPEARANCES (CONTINUED):

2     For the Defendant:          CHARLES R. HASKELL, ESQ.
                                  LAW OFFICES OF CHARLES R.
3                                 HASKELL, P.A.
                                  641 Indiana Avenue, NW
4                                 Washington, DC 20004
                                  (202) 888-2728
5                                 charles@charleshaskell.com

6
      Court Reporter:            Lisa A. Moreira, RDR, CRR
7                                Official Court Reporter
                                 U.S. Courthouse, Room 6718
8                                333 Constitution Avenue, NW
                                 Washington, DC  20001
9                                (202) 354-3187

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                              I N D E X

2

3   WITNESS                                                    PAGE

4   **GEORGE HIGGINBOTHAM**
          (By Mr. Keller).....................................6
5         (By Mr. Kenner)...................................130

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2              THE COURT:  All right.  This is the United States
 3    vs. Pras Michel, 19-cr-148-1.  Would the government please
 4    identify themselves.
 5              MR. KELLER:  Good morning, Your Honor; John Keller
 6    along with Sean Mulryne and Nicole Lockhart.
 7              THE COURT:  Good morning.
 8              And defense counsel?
 9              MR. KENNER:  Good morning, Your Honor; David
10    Kenner, Charles Haskell, and Kriss Anne Carlstrom on behalf
11    of the defense.
12              THE COURT:  All right.  Good morning.
13              And good morning, Mr. Michel.
14              THE DEFENDANT:  Good morning, Your Honor.
15              THE COURT:  All right.  So we'll bring the jury
16    in, and we'll be ready to go.
17              (Jury enters courtroom)
18              THE COURT:  All right.  Good morning, Members of
19    the Jury.
20              JURY IN UNISON:  Good morning.
21              THE COURT:  We'll let you get settled, and we'll
22    bring in our first witness.
23              Mr. Keller, go ahead.
24              MR. KELLER:  Thank you, Your Honor.  The
25    government calls George Higginbotham.
```

```
 1                    THE COURT:  All right.

 2                    All right.  Sir, if you can step up over here.

 3          You can come around that way.  That's fine.

 4                    If you would step up and then wait so we can swear

 5          you.

 6                    (Witness sworn)

 7                    THE COURT:  Be seated.  Take your mask off so we

 8          can hear you.  Move the chair around.  Make sure you speak

 9          in a loud, clear voice into the microphone.

10                    THE WITNESS:  Yes, Your Honor.

11                    THE COURT:  Also, make sure you let counsel

12          finish their question before you start to answer, even

13          though you know what they're asking you.  So leave a little

14          bit to make sure you know they've actually finished with

15          their question, and they should do the same thing with you

16          in terms of letting you finish your answer before you move

17          on.

18                    If you hear the word "objection" or you see

19          counsel start to stand or stand at the table, they're

20          objecting.  Please don't go forward with your answer, if you

21          haven't started; if you're in the middle of your answer,

22          please stop.  Let me hear what the objection is, and I'll

23          tell you whether you can go forward with the answer.  All

24          right?

25                    THE WITNESS:  Thank you.
```

```
1                    GEORGE HIGGINBOTHAM, Sworn

2                       DIRECT EXAMINATION

3     BY MR. KELLER:

4     Q.  Good morning, Mr. Higginbotham.

5     A.  Good morning.

6     Q.  Could you state your name and spell your name for the

7     record.

8     A.  Sure, George Higginbotham.  G-E-O-R-G-E; Higginbotham,

9     H-I-G-G-I-N-B-O-T-H-A-M.

10    Q.  Mr. Higginbotham, have you pleaded guilty to a federal

11    crime in relation to this case?

12    A.  Yes, I have.

13    Q.  Was that plea based on lies that you and Mr. Michel told

14    the banks about $100 million that came in from Jho Low?

15    A.  Yes, it was.

16    Q.  What specific crime did you plead guilty to?

17    A.  Conspiracy to make a false statement to a bank.

18    Q.  What false statements did you make to banks?

19    A.  In general terms, hiding the origins and the purpose of

20    the money that was coming in to forward to projects that we

21    were working on.

22    Q.  And what was the true origin or who was the true origin

23    of the funds?

24    A.  Jho Low.

25                MR. KENNER:  Objection, Your Honor; calls for a
```

1    conclusion.

2              THE COURT:  No.  I'll allow it.

3    Q.  Mr. Higginbotham, who was the true origin of the funds?

4    A.  Jho Low.

5    Q.  And what was the true purpose of the funds?  Just

6    generally, what were the two projects that you referenced?

7    A.  In March of 2017, Mr. Michel approached me about trying

8    to help him identify an attorney that had the ability to

9    resolve a civil forfeiture matter for Jho Low having to do

10   with the 1MDB case.

11   Q.  So I understand, that was one project; is that right?

12   A.  Yes.

13   Q.  And then what was the other project?

14   A.  And then shortly thereafter there was a project that was

15   associated with the extradition of Guo Wengui.

16   Q.  Did you ever tell any of the banks that were involved in

17   handling these financial transactions that Jho Low was

18   involved?

19   A.  No, I did not.

20   Q.  That the money related to 1MDB?

21   A.  No.

22   Q.  That the money related to extradition of a Chinese

23   national?

24   A.  No.

25   Q.  Did you actively conceal that information from the

1  banks?

2  A.  Yes, I did.

3  Q.  Did you lie to the banks?

4  A.  Yes, I did.

5  Q.  Who directed you to conceal that information to tell

6  those lies?

7  A.  Pras Michel.

8  Q.  Why did you cover up the true source and the true

9  purpose of the money?

10  A.  Well, the true source of the money was someone who was

11  widely regarded as the mastermind behind the billions of

12  dollars that were siphoned from the Commonwealth Fund, 1MDB,

13  and was toxic to a bank.  And so it was very much understood

14  that banks would, in all likelihood, not even accept money

15  coming from a source that was associated with Jho Low.

16         And then there were a number of documents which

17  were created to clean the money and make it look as if there

18  was -- make it look like it was coming in from a legitimate

19  source.

20  Q.  You mentioned your guilty plea.

21         I want to show you what has not yet been admitted,

22  Government's Exhibit 535.

23         MR. KELLER:  Just for the witness, please.

24  Q.  Mr. Higginbotham, do you recognize this as your plea

25  agreement in this case?

1    A.  Yes, I do.

2              MR. KENNER:  Excuse me, Counsel.  There's nothing

3    on my screen.

4              May I have just a moment until it comes up,

5    Counsel?

6              Thank you.  I see it now.

7    Q.  Mr. Higginbotham, do you recognize this as your plea

8    agreement in this case?

9    A.  Yes, I do.

10   Q.  You pleaded guilty to conspiracy to make false

11   statements to banks back in 2018?

12   A.  Yes, sir.

13             MR. KELLER:  Move for admission of Government's

14   Exhibit 535, Your Honor.

15             MR. KENNER:  No objection.

16             THE COURT:  All right.  Then I'll admit 535

17   without opposition.

18   Q.  Mr. Higginbotham, do you recall, did your plea agreement

19   also have a Statement of Facts or a factual basis included

20   as part of it?

21   A.  Yes, it did.

22   Q.  In that Statement of Facts, did you admit the details of

23   your conspiracy with Mr. Michel?

24   A.  Yes, I did.

25   Q.  Are all of the statements in your Statement of Facts

```
 1    true?
 2    A.  Yes, they are.
 3    Q.  Who else was involved in this conduct other than you and
 4    Mr. Michel and Mr. Low?
 5    A.  Nickie Lum Davis and Elliott Broidy.
 6              MR. KELLER:  Ms. Orozco, if we can bring that back
 7    up for a moment, Exhibit 535.
 8              THE COURT:  Is it being published at this point?
 9              MR. KELLER:  There we go.
10              Thank you, Ms. Patterson.
11    Q.  Mr. Higginbotham, do you understand that your plea
12    agreement includes a recommendation from the government to a
13    sentence of less than the maximum that you could face for
14    the crime that you pleaded guilty to?
15    A.  Yes, I do.
16              MR. KELLER:  And if we could go to Page 4 of the
17    plea agreement, Ms. Orozco.
18    Q.  Mr. Higginbotham, do you understand that part of the
19    sentencing recommendation in this case is based on the
20    amount of money that you received related to this conduct?
21    A.  Yes, I do.
22    Q.  And how much money -- over this time period in 2017,
23    while you and Mr. Michel were working on behalf of Jho Low,
24    how much money were you paid?
25    A.  $170,000.
```

1    Q.  And in addition to the work for Mr. Low, were you also

2    doing other work for Mr. Michel?

3    A.  Yes, I was.

4    Q.  And so do you understand that your plea agreement

5    contains a recommendation from the government that the loss

6    or the financial harm applicable to you at your sentencing

7    be capped at $70,000?

8    A.  Yes, I do.

9              MR. KELLER:  If we could go to Page 6, Ms. Orozco.

10    Q.  At the bottom there, Mr. Higginbotham, of Page 6, do you

11    see a section titled "Substantial Assistance"?

12    A.  Yes, I do.

13    Q.  Do you understand this to be a cooperation agreement

14    that you've entered into with the government?

15    A.  Yes, I do.

16    Q.  What are your obligations, as you understand them, under

17    your cooperation agreement?

18    A.  To tell the truth.

19    Q.  And what do you understand that the government may do as

20    part of the cooperation agreement?

21    A.  The government can provide a recommendation to the

22    Court, commonly known as a downward departure in terms of

23    sentencing.

24    Q.  And who do you understand makes the ultimate decision

25    about what your sentence will be?

 1    A.  The judge makes the ultimate decision.

 2           MR. KELLER:  You can take that down, Ms. Orozco.

 3    Q.  Mr. Higginbotham, 2018 is obviously almost five years

 4    ago, I think, to the time when you pled guilty.  Why did you

 5    decide to cooperate and plead guilty in this case?

 6    A.  For a number of reasons.

 7           One, unfortunately I did commit the crime that I

 8    was accused of and pled guilty to.

 9           Second, this has been extraordinarily difficult

10    and probably the most difficult thing I've ever had to deal

11    with, and it has been to the detriment of my family.  And

12    I'm hoping that some day, when I have to explain to my six-

13    year-old daughter, five-and-a-half-year-old daughter, that I

14    tried to do the right thing with regard to this.

15    Q.  And by cooperating, that's part of doing the right

16    thing, in your view?

17    A.  Yes, it is.

18    Q.  Where do you currently live, sir?

19    A.  Northern Virginia.

20    Q.  Are you currently employed?

21    A.  Yes, I am.

22    Q.  What kind of work do you do?

23    A.  I work for a design build company that has -- does

24    construction work, basically.

25    Q.  Back in the time period involved in this case, spring to

1   kind of the end of 2017, were you employed then?

2   A.  Yes, I was.

3   Q.  Where did you work at that time?

4   A.  I worked at the Department of Justice, Office of Justice

5   Programs.

6   Q.  Just generally, can you explain to the jury what kind of

7   work you did for the Office of Justice Programs within DOJ?

8   A.  I was an attorney, an attorney advisor, as well as a

9   congressional liaison.  And generally I worked with the

10  Office of Justice Programs to answer questions from the

11  Congress that was funding the programs that went through the

12  Office of Justice Programs; so if they wanted an update on

13  how the programs were working, whether or not the money was

14  being used efficiently, et cetera.

15  Q.  Did you have any involvement in criminal investigations?

16  A.  Zero.

17  Q.  Any involvement in criminal prosecutions?

18  A.  Zero.

19  Q.  Any involvement in civil forfeiture matters?

20  A.  Zero.

21  Q.  While you were working at DOJ, were you permitted to

22  also do legal work for private clients outside of DOJ?

23  A.  No, I wasn't.  DOJ has regulations with regard to that.

24  You can do just about anything other than represent clients

25  as an attorney.

```
1    Q.  Did you, nonetheless, represent Mr. Michel during the
2    time that you worked for DOJ?
3    A.  That is the truth, yes.
4    Q.  Did you understand at that time that what you were doing
5    was prohibited?
6    A.  I was aware of that, yes.
7    Q.  Why did you do it?
8    A.  I had been working with Mr. Michel for a number of
9    years.  We had built a friendship over that time.  I, you
10   know, thought that I could, you know, call it something else
11   or limit it in scope, but I was very much aware that I was
12   representing him.
13   Q.  When did your employment with DOJ end?
14   A.  In August of 2018.
15   Q.  And why did it end?
16   A.  I was fired.
17   Q.  For what?
18   A.  Well, in the beginning of 2018 is when I was very much
19   heavily under investigation, and it's because of the --
20   being associated with this matter that I was fired.
21   Q.  The work that you were doing for Jho Low?
22   A.  The work that I was doing for Jho Low and Pras, yes.
23   Mr. Michel, sorry.
24   Q.  You mentioned earlier on, when you were talking about
25   your interactions with the bank, that there were contracts
```

 1    and agreements and other documents that were all created.

 2              Can you just explain, again, what was the purpose

 3    of all these different contracts and agreements and

 4    documents that were created over this period?

 5              MR. KENNER:  Objection, Your Honor; vague, all

 6    these documents.

 7              THE COURT:  Perhaps you can be a little more

 8    specific about what you're talking about.

 9              MR. KELLER:  Yes, Your Honor.

10    Q.  Mr. Higginbotham, did you create contracts with -- or

11    edit contracts between different entities in an effort to

12    try to legitimize the payments that were coming in from Jho

13    Low?

14    A.  Yes, I did.

15    Q.  In addition to contracts, did you also create or edit

16    loan agreements?

17    A.  Yes, I did.

18    Q.  In addition to contracts and loan agreements, did you

19    also create or edit consulting agreements?

20    A.  Yes, I did.

21    Q.  This was all over the same period from spring to fall of

22    2017, roughly?

23    A.  That is true, yes.

24    Q.  What was the purpose of all of these documents that you

25    created or edited?

1    A.  Well, there was a tremendous amount of money that was

2    flowing from Jho Low to various banks, and there needed to

3    be some justification for that money coming in.  And those

4    contracts that you just mentioned and listed provided some

5    amount of cover for why those funds were coming in.

6    Q.  Those contracts and loan agreements and consulting

7    agreements, did those accurately describe the true source

8    and purpose of the funds?

9    A.  No, they did not.

10   Q.  During your time over this period and in relation to the

11   work that you were doing with Mr. Michel for Jho Low, did

12   Mr. Michel ask you to get a burner phone?

13   A.  He did.

14   Q.  Did he tell you why?

15   A.  From the very beginning of our interactions having to do

16   with Jho Low we began to anonymize who he was, creating

17   monikers for him, et cetera.  And there was a desire to be

18   as private as possible, particularly with mentioning Jho

19   Low, talking about Jho Low, discussing any of the matters

20   that were associated with this -- with these two matters.

21   Q.  Had you ever previously used a burner phone in the

22   course of your legal work?

23   A.  Never.

24            THE COURT:  Can you slow down just a little bit?

25            Go ahead.

1    Q.  Did Mr. Michel ask you to communicate with him on

2    encrypted apps through phone -- through text messaging?

3    A.  I believe WhatsApp and Signal.

4    Q.  During this period in 2017, did Mr. Michel ever say

5    anything to you about whether he or others that were

6    involved who you mentioned -- Nickie Lum Davis, Elliott

7    Broidy -- suspected that you might be working with the

8    government to investigate their conduct?

9    A.  *I think at one point in time Mr. Michel had mentioned

10   that Nickie Lum Davis said, you know, "Are you sure that

11   George is on the up and up?  Are you sure that he's not

12   working for DOJ," outside of the capacity that I was

13   actually working for DOJ.

14          MR. KENNER:  Excuse me, Your Honor.  Can I have

15   that answer read back?  I didn't hear it.

16          *(Answer read)

17          MR. KENNER:  Objection; hearsay.

18          MR. KELLER:  It's a co-conspirator statement.

19          THE COURT:  No, it's a co-conspirator statement.

20   Q.  Mr. Higginbotham, were you, in fact, working with DOJ

21   in any type of law enforcement capacity to investigate

22   Mr. Michel or Ms. Lum Davis?

23   A.  No, I was not.

24   Q.  Did you ever record any phone calls with Mr. Michel?

25   A.  No, I did not.

```
 1   Q.  Did you ever wear a wire to meet with Mr. Michel?

 2   A.  No, I did not.

 3   Q.  Did you ever do anything to assist the government in

 4   investigating Mr. Michel and Ms. Lum Davis?

 5   A.  No.

 6   Q.  Did the defendant -- I'm sorry, did Mr. Michel ever

 7   mention an individual named Armstrong Williams?

 8   A.  He did.

 9   Q.  And what did he say about Mr. Armstrong Williams?

10   A.  He said that -- there were times that I raised concern

11   about what we were doing, and he said, you know, "There's

12   nothing to worry about.  You know, I have an inside guy who

13   has very, very strong contacts within DOJ, and if we were

14   under any kind of investigation, then I would know about

15   it."

16            MR. KELLER:  Ms. Orozco, if we could show

17   Mr. Higginbotham what has previously been admitted as

18   Government's Exhibit 671.

19   Q.  Mr. Higginbotham, from May of 2017 through October of

20   2017, did you and Mr. Michel receive over $100 million from

21   Lucky Mark Trading Limited and Red Rock IX Limited?

22   A.  Yes, we did.

23            MR. KELLER:  Oh, I'm sorry, Ms. Patterson, can we

24   publish this to the jury?

25            MR. KENNER:  I have no objection, Your Honor.
```

```
 1                    THE COURT:  I think we already admitted this,
 2       right?
 3                    MR. KELLER:  Yes, Your Honor.
 4       Q.  And, again, who was the true source of all of this
 5       money?
 6       A.  Jho Low.
 7                    THE COURT:  Can you move your microphone a little
 8       bit closer.
 9                    THE WITNESS:  Closer to me?
10                    THE COURT:  Yes, that's it.
11                    THE WITNESS:  Sure.
12                    THE COURT:  Thanks.
13       Q.  Given the fake contracts and consulting agreements and
14       loan agreements that you were describing that you edited or
15       created to try and legitimize this money, did you have
16       concerns about lying to the banks?
17                    MR. KENNER:  Objection, Your Honor; leading.
18                    THE COURT:  No, I'll allow it.
19       A.  Sorry, yes, I did have concerns about lying to the bank.
20       It was quite difficult to completely anonymize the enormous
21       amount of money that was coming in, as you can clearly see
22       from this diagram.
23       Q.  And did you have concerns about money laundering?
24       A.  I did have concerns about money laundering, yes.
25       Q.  Did you share your concerns about using these fake
```

 1    documents to try to justify these financial transactions to

 2    the banks?  Did you share those concerns with Mr. Michel?

 3    A.  On occasion I did tell him that I was concerned about

 4    using these documents and that they seemed rather flimsy

 5    in terms of the amount of money that was coming in.  But I

 6    did, in fact, use them at times in communicating with the

 7    bank in -- what's the word I'm looking for? -- in

 8    furtherance of trying to anonymize the source of the money.

 9    Q.  What was Mr. Michel's response when you raised concerns

10    about these transactions?

11    A.  Mr. Michel was very dismissive, which was somewhat

12    consistent with his attitude.  He tended to be cavalier any

13    time I brought up -- have a cavalier concern any time that I

14    brought up things that, you know, I thought were concerning

15    for me.

16    Q.  Based on the work for Low, the 1MDB work and the work on

17    trying to get the Chinese national extradited, did you have

18    concerns about FARA?

19    A.  I did have concerns about FARA, yes.

20    Q.  Did you share those with the defendant?

21    A.  I did, on more than one occasion.

22    Q.  And what was Mr. Michel's response when you raised FARA?

23    A.  Also very dismissive.  You know, I remember one time he

24    said something to the effect of "I don't want to register

25    for FARA because, you know, I travel a lot, and I get

1    stopped coming in and out of airports, and it just all

2    seemed like a very much inconvenience."

3    Q.  Did Mr. Michel ever ask you, when you raised it, "What

4    is FARA?  I don't know what FARA is"?

5    A.  Oh, no, no.  There was -- he was aware of what FARA was.

6    And I think that --

7            MR. KENNER:  Move to strike "he was aware of,"

8    Your Honor.  Conclusion of the witness.

9            MR. KELLER:  It's based on --

10           THE COURT:  You need to put some grounding as to

11   what the source of his answer was.

12   Q.  I believe you just testified that you had multiple

13   conversations with Mr. Michel about FARA?

14   A.  Yes, I did.

15   Q.  Based on those conversations with Mr. Michel and

16   comments that he made to you, did you understand that

17   Mr. Michel was familiar with FARA?

18   A.  Yes.  It was something that he was aware of, and I --

19   you know, I think that there was -- not "I think."  There

20   was definitely an attempt to anonymize what we were doing

21   across the board, and FARA would have pretty much announced,

22   you know, officially that we were involved in this -- in

23   these activities.

24   Q.  Despite your concerns both about the financial

25   transactions and the fake documents and FARA, did you agree

1    to continue the work along with Mr. Michel?

2    A.  Yes, I did.  I did.

3    Q.  You referenced earlier a history with Mr. Michel.  By

4    the time we get to 2017, roughly how long had you known him?

5    A.  I believe I met Mr. Michel in roughly 2002-2003 time

6    frame, and we had worked together on any number of projects

7    off and on during that time.

8    Q.  Did you consider Mr. Michel a friend in the 2017 time

9    frame?

10   A.  I certainly did, yes.

11   Q.  Did anything happen over that time frame in 2017 that

12   made you dislike Mr. Michel?

13   A.  Absolutely nothing.

14   Q.  That made you bear any ill will or animosity toward him?

15   A.  None whatsoever.  We had a very good working

16   relationship.

17   Q.  Is it difficult for you to be here testifying against

18   him?

19   A.  It is very, very difficult.  I was hoping that this day

20   would never come, and I was hoping that I never committed a

21   crime, and I was hoping that I was never a part of what this

22   whole proceeding is about right now.

23          MR. KELLER:  Counsel, stipulation to

24   identification of Mr. Michel by this witness?

25          MR. KENNER:  Absolutely.

1          THE COURT:  All right.  I'll find that there's an

2     agreement that Mr. Higginbotham would identify Mr. Michel.

3          MR. KELLER:  Thank you, Your Honor.

4     Q.  All right.  Mr. Higginbotham, I want to go kind of

5     chronologically now and start at the beginning of this work

6     for Mr. Low and your contacts with Mr. Michel.

7          So if we go back to early 2017, how did all of

8     this start?  How did you first become aware that there was

9     potentially work that was going to be done for a foreign

10    client?

11    A.  In the early parts of 2017 I had been doing some work

12    for Mr. Michel or assisting him with some financial matters

13    associated with Barry Bekkadem.  I think that Mr. Michel was

14    happy with the progress that we had made having to do with

15    that.  And he asked me, you know, "George, you're in D.C.

16    You work for DOJ.  Do you know any high-powered attorneys

17    that have -- specifically have political connections that

18    might be able to assist someone that I'm working with?"

19    Q.  And so what did you do based on that request?

20    A.  I told him that I didn't know anybody personally, but

21    that I knew a very high-powered legal headhunter who placed

22    high-ranking and pretty powerful attorneys in the biggest

23    firms in D.C. and New York, and I told him that I would make

24    an introduction to her.

25    Q.  Did you do that?

1    A.  Yes, I did.

2    Q.  And did she make a recommendation of anybody?

3    A.  She did.  She recommended two firms.

4         She checked on one of them.  They were conflicted

5    out because they had done previous work.  And the other one

6    was the firm where Rudy Giuliani used to work.

7    Q.  Did she specifically refer or recommend Rudy Giuliani as

8    the person to do some of the work?

9    A.  Yes, yes.

10   Q.  Did you relay that to Mr. Michel?

11   A.  I did, and he may have been on the phone with me with

12   the lady that was doing the introduction.

13        THE COURT:  You're dropping your voice.  If you

14   could make sure you keep it up.

15        THE WITNESS:  Oh, okay.

16   Q.  So then what happened next based on that recommendation?

17   A.  You have to put yourself in the time frame of March

18   2017.  Rudy Giuliani was very much in the news, had a very,

19   very strong relationship with the sitting president, Donald

20   Trump; and Mr. Michel was excited that that was the kind of

21   person that could assist in this resolution of the 1MDB

22   matter for Jho Low.

23   Q.  Did Mr. Michel tell you that he talked with Jho Low

24   about Rudy Giuliani as a potential person to help here?

25   A.  Yes, he did.

 1   Q.  And did he tell you what Mr. Low's response was?

 2   A.  Yes.  It was not positive.  Supposedly, from what

 3   Mr. Michel told me, Jho Low had already paid Mr. Giuliani $8

 4   million, and nothing had moved forward in order to forward

 5   resolution of the 1MDB matter.

 6   Q.  So if it wasn't going to be Rudy Giuliani, did you or

 7   Mr. Michel come up with someone else?

 8   A.  Mr. Michel came up with somebody else.  The introduction

 9   to -- you know, through a third party to Giuliani was pretty

10   much the best that I could do.

11           And some weeks later Mr. Michel said that he

12   thinks that he's identified someone who might be able to

13   handle the matter appropriately.

14   Q.  And who was that?

15   A.  Elliott Broidy.

16           MR. KELLER:  Ms. Orozco, if we could pull up

17   what's been previously admitted at Government's Exhibit 429,

18   Page 3.

19   Q.  Mr. Higginbotham, do you recognize Mr. Broidy in this

20   photo?

21   A.  Yes, I do.

22   Q.  And which individual is he?

23   A.  He's in the middle of the photograph.

24   Q.  And why did Mr. Michel say that Mr. Broidy might be a

25   good person to do this work for Jho Low?

1    A.  Well, he -- Mr. Michel had told me that Nickie Lum Davis

2    had very strong contacts within the Republican party, and

3    that she's the one who facilitated the introduction to

4    Elliott Broidy.

5          He also said that image and appearances were very

6    important to Jho Low, and because Elliott Broidy not only

7    seemed to have, but in fact did have, a very strong

8    relationship with the sitting president, Donald Trump, that

9    that was the kind of person that would be able to have the

10   right amount of political gravitas to work towards a

11   resolution of the 1MDB matter.

12         MR. KELLER:  Ms. Orozco, if we could pull up

13   Government's Exhibit 274 just for the witness.  This has not

14   yet been admitted.

15         MR. KENNER:  I'm sorry, can you make it slightly

16   larger?

17         MR. KELLER:  Can we call out the whole thing for

18   counsel first, Ms. Orozco.

19         MR. KENNER:  Yes, I have no objection.

20   Q.  Mr. Higginbotham, do you recognize what's been marked

21   for identification purposes as Government's Exhibit 274 as

22   an email you wrote to Mr. Michel on March 24, 2017?

23   A.  Yes, I do.

24   Q.  And is part of the email about the work for Jho Low?

25   A.  Yes, it is.

1          MR. KELLER:  The government would move for

2     admission of Exhibit 274.

3          THE COURT:  All right.  I understand there's no

4     objection.

5          MR. KENNER:  No objection.

6          THE COURT:  So I'll admit it without objection.

7          MR. KELLER:  If we could publish to the jury.

8          Ms. Orozco, if we could just highlight the first

9     paragraph.

10    Q.  Mr. Higginbotham, the first paragraph, the first

11    sentence reads, "With this baby on the way and real expenses

12    for another life coming I have become more focused than ever

13    on making sure there is enough money to cover all of the

14    bases."

15          Is that -- did I read that right?

16    A.  Yes, sir, yes.

17    Q.  And so were you and your wife expecting at that point?

18    A.  Yes.  My daughter was born the 3rd of July 2017.

19    Q.  And then skipping to the line that starts, "I also

20    hate."  "I also hate talking about money so I would like to

21    make sure we are on the same page when it comes to my

22    compensation and getting paid."

23          What were you referring to there based on your

24    historical relationship with Mr. Michel?

25    A.  I had a very strong relationship with Mr. Michel, both

1    on the business side and the personal side, so that's

2    basically what I was talking about when I said "I hate

3    talking about money."  Because I was just letting him know

4    that there was a concern, you know, and I'd like to get paid

5    for the work that I had done previously for him, and if we

6    can just get this out of the way so that we can move on to

7    the other stuff that needs to be done.

8    Q.  Was this work for Mr. Low a typical legal arrangement

9    for you?

10   A.  No, not at all.

11   Q.  Did you keep billable hours?

12   A.  No, not at all.

13   Q.  Did you charge flat fees for contract work that you did?

14   A.  No, not at all.

15           MR. KELLER:  If we could drop that callout box,

16   Ms. Orozco.

17           And then if we can call out the paragraph starting

18   with WuTang.

19   Q.  Mr. Higginbotham, what are you referencing by the name

20   WuTang?

21   A.  That was a moniker that Pras and I had come up -- I mean

22   Mr. -- sorry, Mr. Michel and I had come up with for Jho Low.

23   Both of us are from the hip hop world, and "WuTang" seemed

24   appropriate.

25   Q.  The second line of that paragraph reads, "For that

1    reason there is no up front fee or hourly charge for these

2    kinds of projects.  I will contribute my time, and energy to

3    make them happen, as an investment to getting that BAG!"

4         What's the reference to "that BAG"?

5    A.  It's a colloquial expression for money.

6    Q.  "And a bunch more bags down the road."

7         MR. KENNER:  I'm sorry, Counsel, I didn't hear the

8    last answer.  May it be read back.

9         THE COURT:  "What's the reference to "that BAG"?

10        "It's a colloquial expression for money."

11        MR. KENNER:  Yes, thank you, Your Honor.

12   Q.  And then, Mr. Higginbotham, the last sentence, "a bunch

13   more bags down the road," is that another reference to

14   money?

15   A.  That would be the same.

16   Q.  So from early on -- this is, again, late March 2017.

17   From early on did you understand that there was the

18   potential to make a lot of money from the work for Jho Low?

19   A.  I did.

20   Q.  And what was that understanding based on?

21   A.  On communications with Mr. Michel.

22        MR. KELLER:  We can drop that paragraph,

23   Ms. Orozco.

24        If we could call out the last paragraph,

25   Ms. Orozco, starting with "Honestly."

1    Q.  So Mr. Higginbotham, this last paragraph reads:

2    "Honestly I am excited to be working with you again.  Even

3    the 2am calls remind me of my music business days - working

4    for the Gov't is boring as" -- expletive -- "I miss the

5    hustle.  We are in a good position to do great things for

6    many years to come.  I also appreciate the fact that we have

7    moved from lawyer/client to friends to business partners.  I

8    assure you that I will continue to protect your interests

9    and think strategically to make sure that your situation is

10   100% correct.  Moving you towards solution with the Barry

11   situation, was a great first step."

12              Did I read that correctly?

13   A.  Yes, you did.

14   Q.  And when you say, "I also appreciate the fact that we

15   have moved from lawyer/client to friends to business

16   partners," were you referencing, at least in part, the work

17   for Jho Low?

18   A.  In part.

19   Q.  And when you say "moving you towards solution with the

20   Barry situation, was a great first step," you mentioned an

21   individual earlier in your testimony named Barry Bekkadem.

22   Who did you understand that to be?

23   A.  He was Mr. Michel's previous financial manager.

24              MR. KELLER:  Ms. Orozco, if we could go to

25   Government's Exhibit 275.

1          This has not yet been admitted.

2          MR. KENNER:  Can I just have a moment.

3     Q.  So Mr. Higginbotham, we were just looking at an email

4     from you to Mr. Michel in late March about WuTang and

5     getting the bag.

6          Do you recognize this as an email that you sent --

7     or that Mr. Michel sent to you on April 6, 2017?

8     A.  Yes, I do.

9     Q.  And the attachment is "COLFAX - LOW TAEK JHO - Retainer

10    Agt for Legal Services"?

11    A.  Yes, it is.

12    Q.  And this had been forwarded from Nickie Lum Davis to

13    Mr. Michel?

14    A.  Yes.

15          MR. KELLER:  Included with this document -- if we

16    scroll down, Ms. Orozco, just so both counsel and the

17    witness can see the attachment.

18    Q.  Included with that email was there an attachment that

19    included a draft agreement or that was a draft agreement

20    between Colfax and Low Taek Jho?

21    A.  Yes, there was.

22          MR. KELLER:  The government would move for

23    admission of Exhibit 275, Your Honor.

24          MR. KENNER:  No objection.

25          THE COURT:  All right.  I'll admit 275 without

1    objection.

2    Q.  Mr. Higginbotham, is this the first contract or legal

3    document that you remember seeing in the evolution of

4    contracts and consulting agreements regarding the work for

5    Mr. Low?

6    A.  Yes, it was.

7    Q.  And this first contract, does it explicitly name Jho Low

8    as the client?

9    A.  Yes.  Jho Low is a moniker, I believe, or one of the

10   names he used for Low Taek Jho.

11   Q.  What was Colfax Law Office?

12   A.  At that time I just knew it as a law firm that would be

13   representing Jho Low in this matter.

14   Q.  Did you come to learn that Colfax was the law office of

15   a woman named Robin Rosenzweig?

16   A.  Yes, I did.

17   Q.  And who was Robin Rosenzweig?

18   A.  Elliott Broidy's wife.

19   Q.  Was she a lawyer?

20   A.  As far as I know, yes.

21   Q.  Was Mr. Broidy a lawyer?

22   A.  As far as I know, no.

23   Q.  Ultimately, as time went on in 2017, did Ms. Rosenzweig

24   or Colfax Law Office do any work related to Jho Low?

25   A.  Not that I know of.

1          MR. KENNER:  Objection; calls for conclusion and

2    speculation.  No foundation.

3          MR. KELLER:  Your Honor --

4          THE COURT:  Go ahead.  Do you want to respond?

5          MR. KELLER:  -- this is one of the co-conspirators

6    who engaged extensively in this conduct with the defendant

7    over this time period.  His knowledge is his foundation.

8          THE COURT:  All right.  I'll allow it.

9          MR. KENNER:  Is he suggesting Ms. Rosenzweig was a

10   co-conspirator?

11         THE COURT:  No.

12         MR. KENNER:  Who was it?

13         THE COURT:  It would be Mr. Low and Mr. Broidy

14   presumably, or Mr. -- why don't we pick up the phone.

15              (The following is a bench conference

16               held outside the hearing of the jury)

17         THE COURT:  Mr. Keller?

18         Mr. Kenner, are you on?  Mr. Kenner, are you on?

19   Mr. Kenner, can you hear me?

20         THE LAW CLERK:  He can, Your Honor, but he can't

21   speak at the moment.  They're switching intercoms.

22         MR. KENNER:  Hello.

23         THE COURT:  Okay.  We can hear you.  And you can

24   hear me presumably?

25         MR. KENNER:  Yes.

 1          THE COURT:  Okay.  Mr. Keller?

 2          MR. KELLER:  Your Honor, the only co-conspirator

 3   that this document is relevant to based on the present

 4   question is Mr. Higginbotham, and he's on the stand.  He was

 5   a co-conspirator with Mr. Michel.

 6          I'd asked him if based on his conduct with

 7   Mr. Michel over the course of 2017, whether Colfax did any

 8   legal work for Mr. Low.  He's a co-conspirator who is

 9   involved in the conduct.  He has adequate foundation to

10   testify about his knowledge about what Colfax did or did not

11   do.

12          THE COURT:  Mr. Kenner?

13          MR. KENNER:  I had heard no foundation for that.

14          THE COURT:  In terms of the discussion about

15   Colfax or any of the other aspects of it, I mean, it seems

16   to me that Mr. Higginbotham has been involved with it,

17   contact with Robin, whatever her last name is, et cetera.  I

18   mean, he's testified to all of this.  He obviously has

19   knowledge.

20          Is there anything else, Mr. Keller?

21          MR. KELLER:  This was sent to Mr. Higginbotham.

22          MR. KENNER:  Your Honor, I'd just ask that he ask

23   the prerequisite questions to establish the facts of what he

24   knows and what he doesn't know before he just asks him what

25   he knows.

 1          THE COURT:  Well, he's part of it so presumably,

 2   as a co-conspirator, he would know it.  But it was sent to

 3   him, so he certainly should know what happened with it.

 4          But if there's some additional questions,

 5   Mr. Keller, you can ask, do so.

 6          MR. KELLER:  Thank you, Your Honor.

 7          THE COURT:  All right.

 8          MR. KENNER:  Thank you.

 9          (This is the end of the bench conference)

10   BY MR. KELLER:

11   Q.  Mr. Higginbotham, were you in frequent contact with

12   Mr. Michel over this period, May, June, July, August,

13   September, October 2017?

14   A.  I spoke to Mr. Michel multiple times a day.

15   Q.  And were the majority of the conversations over that

16   time period related to the work for Jho Low?

17   A.  Yes.  I would say so, yes.

18   Q.  And as part of that work for Jho Low, was there an

19   initial contract drafted between Colfax Law Office and Jho

20   Low?

21   A.  Yes, there was.

22   Q.  Over the course of the spring, summer, and fall of 2017,

23   in your almost daily contacts with Mr. Michel, did you talk

24   about who was doing what for Mr. Low related to the two

25   projects?

```
 1    A.  Yes, we did.

 2    Q.  Did Colfax Law Office do any legal work for Jho Low over

 3    that period?

 4    A.  Not that I know of.

 5              MR. KELLER:  Ms. Patterson, can we publish

 6    Exhibit 275.

 7    Q.  So, Mr. Higginbotham, this reads -- the "Re:" line reads

 8    "Retainer and Fee Agreement - Litigation Services"; is that

 9    right?

10    A.  Yes, sir.

11              MR. KELLER:  And, Ms. Orozco, if we drop the

12    callout.

13              And if you can just scroll through the document to

14    the next page.

15              You can stop there, Ms. Orozco.

16    Q.  Mr. Higginbotham, you've seen this document before?

17    A.  Yes, I have.

18    Q.  Does this document mention Mr. Broidy anywhere?

19    A.  No, it does not.

20    Q.  And under Paragraph 4, that says "Fixed Fees" and then

21    "Retainer Fee" --

22              MR. KELLER:  If we can call that out.

23              Thank you, Ms. Orozco.

24    Q.  What's the fee that's contemplated to be paid to Colfax

25    based on this agreement?
```

```
1     A.  $8 million.

2     Q.  And that was to come from who?

3     A.  Jho Low.

4     Q.  And then the "Success Fee" underneath that, what's the

5     initial success fee listed in this contract?

6     A.  $75 million.

7     Q.  And, again, who was to pay that amount?

8     A.  Jho Low.

9     Q.  And that was to be paid to Colfax?

10    A.  Yes, it was.

11              MR. KELLER:  If we could scroll down to Pages 3

12    and 4 of the exhibit, Ms. Orozco.

13              Sorry, if we can scroll to the next page,

14    Ms. Orozco.

15              One more page, Ms. Orozco.

16    Q.  Is there any reference in this document to 1MDB?

17    A.  No.

18              MR. KELLER:  If we can scroll to the next page,

19    Ms. Orozco.

20              If we could scroll down to the signature block.

21    Thank you.

22    Q.  Who is listed in the signature block for Colfax Law

23    Office?

24    A.  Robin Rosenzweig.

25              MR. KELLER:  And then if we go to the next page,
```

1    Ms. Orozco.

2    Q.  What is the matter that's listed here in Exhibit A to

3    the contract?

4    A.  It's a civil forfeiture matter where the DOJ is going

5    after the assets associated with *The Wolf of Wall Street*.

6    Q.  Did you understand or did you come to understand that

7    *The Wolf of Wall Street* had been produced using money from

8    1MDB?

9    A.  Yes, I did.

10   Q.  This case caption that's mentioned here, again, did

11   Ms. Rosenzweig do any legal work on this case?

12   A.  Not that I know of.

13   Q.  Did Colfax Law Office do any legal work on that case?

14   A.  Not that I know of.

15          MR. KELLER:  If we can go to Government Exhibit

16   305, Ms. Orozco.

17          This is just for the witness, not yet admitted.

18   Q.  Mr. Higginbotham, do you recognize Government Exhibit

19   305 as an email that you sent to Mr. Michel on April 10,

20   2017?

21   A.  Yes, I do.

22   Q.  And the subject is "ET Phone Home"?

23   A.  Yes.

24   Q.  And then there's an attachment, "E & P Agreement"?

25   A.  Yes.

1    Q.  Was that another one of these contracts that you and

2    Mr. Michel created or edited to try and justify money from

3    Low?

4    A.  Yes, it is.

5              MR. KELLER:  If we could go to Government's

6    Exhibit 306, Ms. Orozco.

7              MR. KENNER:  I can't read it.

8              MR. KELLER:  Could you call out the -- thank you,

9    Ms. Orozco.

10             This has not yet been admitted, Ms. Patterson.

11             MR. KENNER:  I have no objection.

12   Q.  Mr. Higginbotham, do you recognize what's been marked as

13   Government's Exhibit 306 as the "Consulting Agreement" that

14   was attached to that email?

15   A.  Yes, I do.

16             MR. KELLER:  The government would move for

17   admission of Exhibits 305 and 306, Your Honor.

18             MR. KENNER:  No objection.

19             THE COURT:  All right.  I'll admit 305 and 306

20   without objection.

21             MR. KELLER:  If we could go back to 305 for a

22   moment, Ms. Orozco.

23             And if we could publish to the jury,

24   Ms. Patterson.

25             Can you call out -- thank you.

1    Q.  So the reference "ET Phone Home," what is that a

2    reference to, Mr. Higginbotham?

3    A.  It was just a joke between Mr. Michel and I.  I believe

4    that he was traveling at the time, and when he had an

5    opportunity when he landed, or whatever the deal may be,

6    he'd just give me a call so that we could go over the

7    attachment.

8    Q.  Was Mr. Michel traveling to Asia frequently during this

9    period?

10   A.  He was.

11   Q.  And did he tell you that he was meeting with Jho Low?

12   A.  Yes, he did.

13            MR. KELLER:  It we could go to the attachment,

14   Ms. Orozco, Exhibit 306, the Consulting Agreement.

15            Can you just call out the top half of that

16   document.

17   Q.  So, Mr. Higginbotham, this consulting agreement is

18   purportedly between Anicorn and Colfax?

19   A.  Yes, it is.

20   Q.  Is Jho Low mentioned anywhere in this document?

21   A.  I don't believe so.

22   Q.  Is Mr. Broidy mentioned anywhere in this document?

23   A.  No.

24   Q.  Was Colfax providing any services to Anicorn?

25   A.  As far as I know, no.

1    Q.  Did Mr. Michel tell you that Mr. Broidy wanted

2    separation from Jho Low in terms of any financial

3    transactions?

4    A.  Yes, he did.

5    Q.  Did you understand these contracts and these layers of

6    entities to be a way to provide that separation?

7    A.  Yes, it was.  Yes.

8    Q.  But, again, there was no legitimate business

9    relationship between Anicorn and Colfax?

10   A.  Not that I know of, and I was in a position to know.

11            MR. KELLER:  If we can go to Government Exhibit

12   307.  This has not yet been admitted, Ms. Patterson.

13            And, Ms. Orozco, if we can call that out for the

14   witness.

15   Q.  Is this yet another email from you to Mr. Michel later

16   in April, this time April 27, 2017?

17   A.  Yes, it is.

18   Q.  And the subject is "ANICORN with WuTang."

19   A.  Yes, it is.

20   Q.  And there's an attachment by the same name, "ANICORN

21   with WuTang"?

22   A.  Yes, it is.

23            MR. KELLER:  The government would move for

24   admission of Exhibit 307, Your Honor.

25            MR. KENNER:  No objection.

1          MR. KELLER:  Can we publish, Ms. Patterson?

2          THE COURT:  Let me admit it first.

3          MR. KELLER:  Oh, I'm sorry, Your Honor.

4          THE COURT:  I admit 307 without objection.

5          Go ahead and publish it.

6    Q.  And, Mr. Higginbotham, the text in this email says

7    "reading on the plane..."

8    A.  Yes, it does.

9    Q.  And did you understand again that Mr. Michel was on

10   another trip to Asia at this point?

11   A.  Yes.  He traveled quite frequently during this period

12   and was very keen to mention that he very much didn't like

13   the amount of travel.

14          MR. KELLER:  If we could go to Government's

15   Exhibit 308 again.  Just for the witness.  This has not yet

16   been admitted.

17          And if we can call out the top half of that

18   document for counsel and for the witness, Ms. Orozco.

19   Q.  Mr. Higginbotham, do you recognize this document,

20   Government's Exhibit 308, as the attachment to that email

21   and the consulting agreement between Anicorn and, as the

22   email referenced it, WuTang?

23   A.  Yes.

24          MR. KELLER:  Move for --

25          MR. KENNER:  I have no objection, Your Honor, if

```
1        counsel wishes to publish it.

2                  MR. KELLER:  The government would move for

3        admission of Exhibit 308, Your Honor.

4                  THE COURT:  All right.  I'll admit 308 without

5        objection.

6                  MR. KELLER:  And if we could publish,

7        Ms. Patterson.

8                  Thank you.

9    Q.  So, Mr. Higginbotham, looking at Page 1, kind of halfway

10       through the first paragraph after that parenthetical ending

11       with Anicorn, it says, "regarding the brand development,

12       global strategic consulting and risk management general

13       services that Anicorn will provide to You."

14                 Was Anicorn providing brand development, global

15       strategic consulting, and risk management general services

16       to anyone?

17   A.  No.

18   Q.  Is Jho Low mentioned in this document?

19   A.  No, he is not.

20   Q.  Is Mr. Broidy mentioned in this document?

21   A.  No, he's not.

22   Q.  Is 1MDB mentioned in this document?

23   A.  No, he is not.  No, it is not.

24   Q.  So as we've seen, we started with a contract between

25       Mr. Low, who was named explicitly, and Colfax law firm.
```

```
 1              And now, as we've progressed, we get to an
 2     agreement between Anicorn and an unnamed client; is that
 3     right?
 4     A.  Yes.
 5              MR. KENNER:  Leading, Your Honor.
 6              THE COURT:  I'm sorry?  I missed what your
 7     objection was.
 8              MR. KENNER:  Leading.
 9              THE COURT:  I'll allow it in this context.  We
10     already have the evidence.
11     Q.  Mr. Higginbotham, you can answer the question, or I can
12     restate it, if --
13     A.  If you'd restate it.
14     Q.  So is it accurate that in the beginning we started with
15     a contract that explicitly named Jho Low and Colfax Law
16     Office, and then, through the progression, we've arrived at
17     a contract between Anicorn and an unnamed client; is that
18     right?
19     A.  That is correct.
20     Q.  Who was the unnamed client?
21     A.  Jho Low.
22     Q.  Why was he not named?
23     A.  As I've stated previously, Jho Low was toxic, and not
24     only that -- from the perspective of a banking perspective,
25     but also Mr. Broidy's request that he been anonymized as
```

1    the, quote-unquote, client.

2            This agreement also enabled -- this agreement also

3    enabled Anicorn to be in the middle of the transactions.

4    Q.  And what was Anicorn?

5    A.  Anicorn was an entity started by Mr. Michel through his

6    money manager at the time, which -- it was just one of his

7    corporations, one of his companies.

8            MR. KELLER:  Ms. Orozco, if we could now move to

9    Government's Exhibit 439 just for the witness.

10           Again, this has not been admitted.

11           THE COURT:  439 or 449?

12           MR. KELLER:  I'm sorry, Your Honor, 439.

13   Q.  Mr. Higginbotham, do you recognize Government Exhibit

14   439 as an agreement between Anicorn and Tycoon Talent

15   Limited?

16   A.  Yes, I do.

17   Q.  Was this another one of the agreements that you

18   referenced that were used in this case?

19   A.  Yes, it is.

20           MR. KELLER:  The government would move for

21   admission of Exhibit 439, Your Honor.

22           MR. KENNER:  No objection.

23           THE COURT:  All right.  I'll admit 439 without

24   objection.

25   Q.  What was Tycoon Talent, Mr. Higginbotham?

 1   A.  At that time to right now I do not know; other than a

 2   shell company that was used to send money from Jho Low.

 3          MR. KENNER:  Excuse me, move to strike the latter

 4   part of the answer.  He said he doesn't know and then

 5   speculated on what it was.

 6          THE COURT:  Well, if you could clarify it,

 7   Mr. Keller, as to what he does or doesn't know.

 8   Q.  Mr. Higginbotham, was one of the entities that was used

 9   to send money from Jho Low, was it called Lucky Mark

10   Limited?

11   A.  Yes, it was.

12   Q.  Was another one of the entities used to send money from

13   Jho Low called Red Rock IX Limited?

14   A.  Yes, it was.

15   Q.  Was there an individual named Pheng Laogumnerd that

16   those entities were associated with, at least on paper?

17   A.  Yes.

18   Q.  Based on your conversations with Mr. Michel on an almost

19   daily basis over this time period, and based on your travel

20   to meet with Mr. Low and Mr. Laogumnerd, what did you

21   understand the entities to be, Lucky Mark, Red Rock IX,

22   Tycoon Talented Limited?  What did you understand those

23   entities to be?

24          MR. KENNER:  Compound, Your Honor.  He started

25   with Tycoon and now --

1          THE COURT:  Well, he's brought out other ones.

2     They've already discussed it.

3          Do you want to break it out?

4     Q.  What was your understanding of what the purpose was of

5     Lucky Mark Trading Limited, Mr. Higginbotham?

6     A.  Merely a shell company from which the money that was

7     being sent to us was coming from.

8     Q.  What was your understanding of what the purpose was of

9     Red Rock IX Limited?

10    A.  The same.

11    Q.  What was your understanding of the purpose of Tycoon

12    Talent Limited?

13    A.  The same.

14          MR. KELLER:  If we could scroll to the last page

15    of this document, Ms. Orozco.

16    Q.  Do you recognize the signatures on this agreement,

17    Mr. Higginbotham?

18          MR. KENNER:  I'm sorry, Counsel, I can't read

19    them.  Thank you.

20    Q.  Do you recognize the signatures on this document,

21    Mr. Higginbotham?

22    A.  Yes, I do.

23    Q.  What's the signature under the Anicorn, Inc.?

24    A.  That would be Mr. Michel's.

25    Q.  And what's the signature for Tycoon Talent?

```
 1      A.   I believe it's the -- Mr. Laogumnerd.

 2           MR. KENNER:  Move to strike what he believes, Your

 3      Honor.

 4           THE COURT:  When you use "believe," it's not clear

 5      whether you actually know or not.  So do you know whose

 6      signature that is?

 7           THE WITNESS:  Mr. Laogumnerd.

 8           MR. KELLER:  If we could drop that callout back

 9      and go back to Page 2 of the document, Ms. Orozco.

10           MR. KENNER:  Can that be made larger, please?

11           MR. KELLER:  Your Honor, at this point the exhibit

12      has been admitted.  I will enlarge certain portions for the

13      witness, but I would ask that counsel stop interrupting the

14      exam by asking for manipulations of documents that have

15      already been admitted into evidence.

16           THE COURT:  What I would suggest is that at that

17      point that he's going to be asking the question in terms of

18      that, you ask at that point.

19           You are interrupting him in the middle of his

20      question.

21           MR. KENNER:  Your Honor --

22           THE COURT:  Can we just -- I don't have a problem

23      with your being able to see what it is.  That's not the

24      issue.

25           The question is when you bring it up.
```

```
1              MR. KENNER:  I --
2              THE COURT:  Obviously you need to be able to see
3       it when we get questions and answers.
4              MR. KELLER:  Ms. Orozco, could --
5              THE COURT:  It would be helpful to not have
6       interrupting, just as I did, Mr. Keller.
7              Go ahead.
8              MR. KELLER:  Thank you, Your Honor.
9              Ms. Orozco, can we call out the portion under
10      "Retainer Fee."
11      Q.  Mr. Higginbotham, does this document contain a list of
12      payments from May to June of 2017 to be made from Tycoon
13      Talent to Anicorn?
14      A.  Yes, it does.
15      Q.  And are these amounts in Euros as opposed to the amounts
16      that we saw in earlier versions of the contracts that were
17      in dollars?
18      A.  Yes, it is.
19      Q.  Why the switch to Euros, if you know?
20      A.  Mr. Michel relayed to me that Jho Low did not want the
21      money to transfer directly from China or Hong Kong to the
22      United States, so it was transferred from Hong Kong to an
23      alternate ego bank account that had been established in
24      London that said that the money would go to -- from China to
25      London in Euros and then be transferred to an alternate ego
```

1    account here in the United States.

2    Q.  All as part of the effort to conceal Jho Low as the true

3    source of the funds?

4    A.  That was part of the anonymization, yes.

5              MR. KELLER:  Ms. Orozco, if we could drop that

6    callout window.

7              Could we then call out the bolded paragraph there

8    at the bottom, Ms. Orozco.

9    Q.  Mr. Higginbotham, do you see the underlined portion that

10    says, "Agreement to drop all civil and/or criminal cases

11    and/or cease investigations and/or removal of any INTERPOL

12    Red Notice (or other forms of international notices and/or

13    actions) by 31 September 2017"?

14              Do you see that?

15    A.  Yes, I do.

16    Q.  Did I read that correctly?

17    A.  Yes, you did.

18    Q.  And then if we skip down a line, the individuals who are

19    referenced there, they include Mr. Low Taek Jho, and his

20    family, and Mr. Tan Kim Loong and his family; is that right?

21    A.  That is correct.

22    Q.  Was this the true purpose of the agreement, to get the

23    United States to drop all civil and/or criminal cases

24    against Mr. Low?

25    A.  Yes.  This is a more eloquent description of resolving

1    the 1MDB matter.

2    Q.  Who was Mr. Tan Kim Loong, if you know?

3    A.  I do not know.

4    Q.  What about Mr. Riza Aziz?

5    A.  I came to find out that Mr. Riza Aziz was in partnership

6    with I guess other gentlemen having to do with *The Wolf of*

7    *Wall Street* movie, the production company that produced the

8    movie.

9    Q.  Do any of the other contracts or loan agreements that

10   we've seen so far identify the true purpose of the

11   arrangement with Mr. Low?

12   A.  No, not since the very first one with Colfax.

13   Q.  And for any other documents that you edited or drafted

14   over this time period in 2017, did any of them reference the

15   civil or criminal cases pending against Mr. Low?

16   A.  No, they did not.

17   Q.  This particular document that actually did reference

18   those matters, was this particular document ever provided to

19   any financial institution in this case?

20   A.  No, absolutely not.

21   Q.  Was that intentional?

22   A.  Yes, it was intentional.

23             MR. KELLER:  Could we go to Government's

24   Exhibit -- what's been previously admitted as Government's

25   Exhibit 671, Ms. Orozco.

1    Q.  Mr. Higginbotham, you mentioned the signatory on that

2    last contract we just looked at for Tycoon Talent as Pheng

3    Laogumnerd.  Do you recognize Mr. Laogumnerd here in

4    Government's Exhibit 671?

5    A.  Yes, I do.

6    Q.  What did you understand his role to be in these

7    transactions?

8    A.  Merely as a straw man; someone who was close to Jho Low

9    that helped anonymize Jho Low as part of these transactions.

10            MR. KELLER:  If we could go to the PowerPoint

11   version of Government's Exhibit 681.

12            Your Honor, this has not yet been admitted, but I

13   would ask permission to use this as a demonstrative for this

14   witness.

15            THE COURT:  Can we see what it is.

16            MR. KELLER:  Can you bring up the PDF version just

17   for the witness and counsel and the Court, Ms. Orozco.

18            It's a timeline of events that I would be asking

19   the witness about in sequence.

20            THE COURT:  So can I assume that part of the

21   reason you're not asking to have it admitted is that there

22   are still people that we haven't heard from?

23            MR. KELLER:  Part of it is that it would be

24   subject to additional foundation later, Your Honor.

25            THE COURT:  Okay.

1              MR. KELLER:  But either way, I would propose that

2      the government be allowed to use it as a demonstrative under

3      611.

4              THE COURT:  With the jury, or with just the

5      witness?

6              MR. KELLER:  Yes, Your Honor, for the purpose of

7      helping the jury understand this witness's testimony.

8              MR. KENNER:  I would object to it at this point.

9      If he wants to use it in closing argument to explain his

10     position, I would have no objection.

11             THE COURT:  That's not a closing argument issue.

12     Presumably it's -- why don't we pick up the phone.

13                (The following is a bench conference

14                 held outside the hearing of the jury)

15             THE COURT:  Who specifically, Mr. Keller, have we

16     not heard of that's on this chart?

17             MR. KELLER:  Well, it's -- I guess that it's not

18     that we haven't specifically heard of anything, it's just

19     that --

20             THE COURT:  I mean, you've used other charts to

21     show different things, so what's different about this one?

22     I'll ask you, and then I'll ask Mr. Kenner.

23             MR. KELLER:  So what's different about this one is

24     that it shows both the financial transactions -- all of the

25     charts that we've shown previously have just involved

1    financial transactions.  This puts the financial

2    transactions in context with the relevant events; the travel

3    to Asia, Mr. Higginbotham's meeting at the Chinese embassy

4    at Mr. Michel's direction.  So this exhibit contextualizes

5    the financial transactions.

6            THE COURT:  And what would you be asking

7    Mr. Higginbotham about using this?

8            MR. KELLER:  So as -- my intent is to use it in

9    PowerPoint form where it starts off blank and to ask him

10   chronologically what happened on May 3rd, what happened on

11   May 8th, what happened on May 17th.

12           THE COURT:  So then -- so it would be blank, and

13   then if he testifies, then it comes up.

14           MR. KELLER:  Exactly, Your Honor.

15           THE COURT:  So it would not be, Mr. Kenner, that

16   they would see this whole thing.  It would depend on what

17   his testimony is.

18           If he testifies to what is listed as May 3rd, it

19   would pop up.  Obviously if he doesn't testify that way, it

20   wouldn't.

21           Is that correct, Mr. Keller?

22           MR. KELLER:  Yes, Your Honor.

23           THE COURT:  So all it's doing is a demonstrative

24   of what he -- he has to testify first before it comes up.

25           I don't see a problem.  If you don't have any

1          testimony to support it, then they won't see anything.

2                    So there has to be some testimony.  It's

3          demonstrative.  It's like somebody doing a chart.

4                    MR. KENNER:  Submitted, Your Honor.

5                    THE COURT:  Submitted?  What do you mean?

6                    MR. KENNER:  I still object to it being used in

7          this manner with the witness.

8                    THE COURT:  And what's the objection to it if he

9          has to testify and write it up?

10                   I mean, usually you let people -- he could stand

11         up and write it on a piece of paper in front of the jury.

12         So what's the difference?  Other than this is the technology

13         as opposed to his sitting up on a -- you know, doing it on a

14         chart in front of him.

15                   MR. KENNER:  Your Honor, it's the --

16                   THE COURT:  Because they're not going to see this.

17         They're not going to see this.

18                   What they're going to see is -- they're going to

19         see only what he actually testifies to.  If he doesn't

20         testify to it, then it won't pop up.

21                   MR. KENNER:  Your Honor, I also object on the

22         grounds that this is cumulative.

23                   THE COURT:  No -- well, that's not going to work

24         because, I mean, this is basically to put together all of

25         the different pieces.  Certainly there are different pieces

 1    of this puzzle that he's trying to put together.

 2              Assuming the witness can testify to it, I'll allow

 3    it based on what you've said is your objections.

 4              MR. KENNER:  Thank you, Your Honor.

 5              (This is the end of the bench conference)

 6              THE COURT:  All right.  Members of the Jury, we

 7    may be using a demonstrative.  In other words, it's not

 8    evidence itself.  It's not going back to you as an exhibit.

 9    It's basically to show something that Mr. Higginbotham has

10    to -- is going to be testifying about and then to show it in

11    a demonstrative form.

12              MR. KELLER:  Thank you, Your Honor.

13    BY MR. KELLER:

14    Q.  Mr. Higginbotham, are you aware of a trip that

15    Mr. Michel took in early May to Bangkok to meet with

16    Mr. Low?

17              THE COURT:  What year?

18    Q.  2017.

19    A.  Yes.  Mr. Michel was traveling frequently during that

20    period.

21              MR. KELLER:  If we could publish, Ms. Patterson.

22    Ms. Orozco, if we could bring up the first bullet.

23    Q.  And then shortly after Mr. Michel returned from that

24    trip to Bangkok, did money start coming in from Mr. Low?

25    A.  Money started coming in in May, yes, it did.

 1    Q.  And so the first transaction that came in, do you recall

 2    roughly how much came in?

 3    A.  Not exactly, but it was in the millions of dollars.  I

 4    would say, you know, two to three, four million dollars.

 5    Q.  And then did additional money come in in May after that

 6    first transaction?

 7    A.  Yes, it did.

 8    Q.  What was the entity that was sending this money?

 9    A.  One of the shell companies that had been -- that we

10    discussed previously.

11         MR. KELLER:  Could we, Ms. Orozco, go to

12    Government's Exhibit 662, which has not yet been admitted.

13         I'm sorry, which has been admitted.  I apologize,

14    Your Honor.

15         And if we could publish.  Thank you,

16    Ms. Patterson.

17         Ms. Orozco, can we just call out the top of that

18    document.  Thank you.

19         And if you could highlight the account holder's

20    name there on the left, Anicorn LLC.

21         THE COURT:  Is 662 admitted or not?  Was it part

22    of the stipulation?

23         MR. KENNER:  No.

24         MR. KELLER:  I believe it was, Your Honor.

25         MR. KENNER:  I don't show it as admitted, but I

1    could be wrong.

2              THE COURT:  I don't show it as admitted, but I

3    didn't mark all the ones from the stipulation.

4              Is it or is it not part of the stipulation?

5              MR. KENNER:  Not to my knowledge, Your Honor.

6              MR. KELLER:  Yes, it is, Your Honor.

7              THE COURTROOM DEPUTY:  It's part of the

8    stipulation?

9              MR. KELLER:  It is, Your Honor.  We can pull up

10   the stipulation.

11             THE COURT:  All right.  If it has been admitted

12   through the stipulation, then we have it.  We can go forward

13   with it.

14             MR. KENNER:  Excuse me.  May I just have a moment?

15             MR. KELLER:  It's already been admitted, Counsel.

16   Q.  Mr. Higginbotham --

17             MR. KENNER:  Excuse me.  I think this is from

18   overseas, and it was not part of the stipulation, Your

19   Honor.

20             THE COURT:  Okay.  Let's pick up the phone for a

21   second on this.

22             (The following is a bench conference

23              held outside the hearing of the jury)

24             THE COURT:  Mr. Keller, do you have the

25   stipulation in front of you?  I don't.  I'd have to pop it

1    up on my computer.  If you've got it, it makes it easier.

2              MR. KELLER:  I do, Your Honor.

3              THE COURT:  Okay.  Can you look at 662 as to what

4    got admitted.

5              MR. KELLER:  Well, it's under Paragraph 1,

6    Subparagraph A as domestic bank records; 662 and 663 are

7    listed, Your Honor.

8              THE COURT:  Okay.  So what is the objection,

9    Mr. Kenner?

10             MR. KENNER:  If it's part of the stipulation, I

11   don't have an objection.

12             THE COURT:  Okay.  All right then.

13             (This is the end of the bench conference)

14             THE COURT:  All right.  It was admitted as part of

15   the stipulation, so it's 662.

16             MR. KELLER:  If we could publish, Ms. Patterson.

17   Q.  Mr. Higginbotham, do you see what's previously been

18   admitted as Government's Exhibit 662, which is a Euro

19   account for Anicorn LLC?

20   A.  Yes, I do.

21   Q.  And, again, what was the purpose of having a Euro

22   account set up for Anicorn?

23             MR. KENNER:  Objection; asked and answered.

24             THE COURT:  I'll allow it in this context in terms

25   of explaining the document.

1    A.  Mr. Michel communicated to both myself and to

2    Mr. Moscowitz, his financial manager at the time, that it

3    would be necessary to have an alternate ego account that was

4    owned by Mr. Michel to accept Euro -- sorry, to accept Euro

5    outside of the United States, and then transfer the money

6    into the United States as dollars.

7            MR. KELLER:  Ms. Orozco, we can drop out the

8    callout there.

9            Can you call out the financial transactions that

10   are listed.

11   Q.  So, Mr. Higginbotham, we were just looking at the

12   PowerPoint and dates where money came in.

13           Do you see in this exhibit the bank record, the

14   first transfer from Lucky Mark, that top line on May 8,

15   2017?

16   A.  Yes.

17   Q.  About $2.7 million Euro come into Anicorn, the Euro

18   account, from Lucky Mark Trading?

19   A.  Yes, I do.

20   Q.  And then if we skip down to May 17th, which I think was

21   the next transaction we saw on the PowerPoint, do you see

22   another $2.8 million Euro transfer come in from Lucky Mark?

23   A.  Yes, I do.

24   Q.  And then if you drop to the bottom, May 25, 2017, do you

25   see another $2.5 million Euro transfer from Lucky Mark?

1    A.  Yes, I do.

2            MR. KELLER:  Ms. Orozco, if we could pull up what

3    has previously been admitted -- side by side -- as

4    Government's Exhibit 662 and Government Exhibit 439.  I

5    believe it's 662-3.

6    Q.  Mr. Higginbotham, looking at the dates and the amounts

7    in Euros from Government's Exhibit 662, which is the bank

8    account, the Euro account for Anicorn, and then comparing

9    those amounts to the first three transfers listed in

10   Government's Exhibit 439 at Page 2, the Tycoon Talent

11   contract, do those dates and amounts appear to roughly

12   match?

13   A.  Yes, they do.

14   Q.  What did Mr. Michel tell you that Mr. Broidy was doing

15   for all this money?

16   A.  So it was my understanding, both from Mr. Michel and my

17   own personal research, that Mr. Broidy was, I think as I

18   said before, very well connected within the Republican

19   party, Republican world, and that Mr. Broidy had the

20   appropriate contacts generally in Congress, more

21   specifically at DOJ, and then more specifically with

22   potentially the prosecutor who -- or the representative at

23   DOJ who would be handling -- who would be handling and

24   taking over in the Los Angeles office for the 1MDB

25   forfeiture matter, and that he would have the ability to,

1    you know, resolve the matter through his lobbying efforts.

2             MR. KELLER:  Ms. Orozco, if we could go to

3    Government Exhibit 346.  This has not yet been admitted.

4             If we can just call out the top.

5             THE COURT:  Can you give me one second.

6             (Pause)

7    Q.  Mr. Higginbotham --

8             MR. KELLER:  I'm sorry, Your Honor, may I proceed?

9             THE COURT:  Yes, go ahead.

10   Q.  Mr. Higginbotham, do you recognize what's been marked as

11   Government's Exhibit 346 as an email from you to Mr. Michel

12   on June 1, 2017, with the subject line "2nd Room"?

13   A.  Yes, I do.

14   Q.  And is there an article linked there regarding an

15   individual named Guo Wengui?

16   A.  Yes, there is.

17   Q.  Was this related to the second project that you and

18   Mr. Michel undertook for Mr. Low?

19   A.  Yes, it is.

20            MR. KELLER:  The government would move for

21   admission of Exhibit 346, Your Honor.

22            MR. KENNER:  No objection.

23            THE COURT:  I'll admit 346 without objection.

24            MR. KELLER:  And if we could publish,

25   Ms. Patterson.

1    Q.  Mr. Higginbotham, what is the reference to "2nd Room"?

2    A.  It is just the configuration of -- Mr. Michel's loft in

3    New York City has a second room, so to speak.

4    Q.  Had you had a meeting with Mr. Michel in this second

5    room in his apartment or condominium?

6    A.  Yes, we did.

7    Q.  And what was the topic of that meeting?

8    A.  Among other things, he began to present a story that

9    seemed at the time quite fantastic involving this Guo

10   Wengui, involving Chinese intelligence agents -- I believe

11   he referred to them as the equivalent of the Chinese FBI --

12   potential meetings with the director of the FBI -- the U.S.

13   director of the FBI, Mr. Comey; you know, the release of

14   various prisoners and what the Chinese government would be

15   prepared to do in the event that Guo Wengui was returned;

16   and the possibility that it would be quite lucrative if we

17   were able to work achieve the extradition of Guo Wengui.

18   Q.  And what did Mr. Michel tell you about how it would be

19   lucrative if you could help arrange the extradition of Guo

20   Wengui?  How did he say it would be lucrative?

21   A.  It would be financially lucrative.  There was even more

22   money to be made with this particular project as opposed to

23   the 1MDB matter.

24   Q.  And who would pay that money?

25   A.  Well, it would be coming from Jho Low, but I would

1    guess, because it was at the behest of the Chinese

2    government, it would be the Chinese.

3    Q.  Did Mr. Michel tell you that he actually met with a

4    Chinese intelligence officer regarding this matter?

5    A.  Yes, he did.

6    Q.  And where did that meeting take place?

7    A.  I do not recall, but I would guess New York.  That I

8    don't -- I'm not sure of.

9    Q.  Did Mr. Michel say anything about the political

10   influence of this individual, Mr. Guo, in China and how that

11   would be relevant?

12   A.  Yes.  So Guo Wengui was very critical of the then and

13   still administration and government that exists in China

14   now; and part of the success fees that were referenced in

15   the contracts that we've gone over dealt with the return of

16   Guo Wengui before the convention.

17            And I don't know the intricacies of Chinese

18   politics, but there was a convention that was going to take

19   place in October of 2017 to either renew or replace the

20   sitting prime minister of China, and that it would be

21   beneficial if Guo Wengui could be extradited prior to that.

22   Q.  And did Mr. Michel tell you that he had discussed this

23   matter with Mr. Low and a Chinese intelligence officer?

24   A.  Yes, yes.

25            MR. KELLER:  If we could go back to Government's

1    Exhibit 681, the PowerPoint, Ms. Orozco.

2            And then if we could click to the next event.

3    Q.  So after this discussion with Mr. Michel in June of 2017

4    about extraditing this Chinese national for political

5    reasons, did Mr. Michel ask you to actually meet with the

6    Chinese ambassador in D.C.?

7    A.  Yes, he did.

8    Q.  And did you, in fact, meet with the Chinese ambassador

9    in D.C.?

10   A.  Yes, I did.

11   Q.  Did you meet with the defendant prior to going into the

12   Chinese embassy and meeting with the Chinese ambassador?

13   A.  Yes.  July 16th was a Sunday.  I met with Mr. Michel at

14   a hotel here in D.C. prior to meeting with the ambassador.

15   Q.  Did you want to go meet with the ambassador?

16           MR. KENNER:  Objection; irrelevant.

17           THE COURT:  No, I'll allow that one.

18           You can answer.

19   Q.  Again, Mr. Higginbotham, did you want to go meet with

20   the Chinese ambassador?

21   A.  No.  I was very worried about meeting with the Chinese

22   ambassador.

23   Q.  Why?

24   A.  For a number of reasons.

25           One, how would you have -- "you" being

1    Mr. Michel -- have the ability to arrange a meeting, a

2    complete civilian, with someone who is the premier

3    representative of the Chinese government in D.C.?

4         The second reason was I worked for the Department

5    of Justice, and I wanted to make sure that the work that I

6    was doing for Mr. Michel, there was a clear line of

7    distinction between that and the work that I was doing for

8    DOJ.  And I was concerned that if I went there as an

9    employee of the Department of Justice, that it would be

10   considered something official, and this was definitely

11   outside of official -- outside of official lines.

12   Q.  Did Mr. Michel ask for your official DOJ business card

13   around the time of this meeting?

14   A.  Yes, he did.

15   Q.  And why?

16        MR. KENNER:  Objection; calls for speculation.

17        THE COURT:  Only if you know the reason.

18        Do you know the reason that the card was asked

19   for?

20        THE WITNESS:  I do.

21        THE COURT:  Okay.  Go ahead then.  Answer.

22   A.  Mr. Michel, as I mentioned previously, said that Jho Low

23   is someone who was very impressed by images and appearances.

24   It's consistent with what I was able to read about Jho Low

25   at the time.  And that having my business card and showing

1    that I was working for the Department of Justice would be --

2    he would be impressed by that.

3    Q.  Why did Mr. Michel tell you -- or what did Mr. Michel

4    tell you about why he wanted you to go meet with the Chinese

5    ambassador?

6    A.  Well, I'm not exactly sure the exact dollar amount of

7    money that had come in up until this point in time, but

8    money had started flowing from Jho Low on these two matters,

9    and there hadn't been any progress in the extradition of Jho

10   Low [sic].

11          And so it was to make the Chinese ambassador feel

12   more comfortable that work was actually taking place and

13   progress was taking place with the extradition of Guo

14   Wengui.

15   Q.  What specific message, if you can recall, did Mr. Michel

16   direct you to deliver to the Chinese ambassador?

17   A.  It was that -- I believe General McMaster -- I don't

18   remember his exact position at the time; I think it was head

19   of the National Security Council or something to that

20   effect, but he was a senior member of the Trump

21   administration -- was working towards the extradition of Guo

22   Wengui, and that it was going to happen presently, and that

23   the ambassador should wait for word that McMaster would get

24   in contact with his counter -- his Chinese counterpart to

25   discuss the particulars associated with the extradition.

1    Q.  And so how did you go about, as a civilian, getting into

2    the Chinese embassy on a Sunday on July 16, 2017?

3    A.  I went to the front door.

4    Q.  Had anyone contacted you about the meeting?

5    A.  Yes.  So there was a representative, an assistant of the

6    Chinese ambassador.  He told me to literally come to the

7    front door -- I wasn't trying to be flippant there -- and he

8    would meet me at the front door, which is exactly what

9    happened.

10   Q.  So once he met you, what happened next?

11   A.  I was ushered through the embassy to a conference room.

12   Within the conference room tea was set up.  I spoke with his

13   assistant for a brief moment.

14          A few moments later the ambassador came in with I

15   believe a member of his security team and I think maybe one

16   other person.

17          We sat down, exchanged introductions, and

18   presented -- told him that McMaster was, in fact, working on

19   this, and that McMaster would get in contact with the

20   Chinese counterpart about the particulars.

21   Q.  Why did Mr. Michel -- or what did Mr. Michel tell you

22   about why he wanted you to go handle this meeting instead of

23   him handling it himself?

24   A.  Well, I had asked him quite pointedly, you know, "Why

25   don't you do it?  You can go -- you know, this could be --

1    this could get me in a lot of trouble, you know, being at

2    DOJ," et cetera, et cetera.

3             And basically he said, you know, "George, you

4    present yourself much better.  You're an attorney.  You're

5    more familiar with these kinds of interactions than I am.  I

6    really need you to do this," basically.

7             THE COURT:  Once you've finished with the meeting

8    with the Chinese ambassador, we'll take a break.  Okay?

9    Everybody's getting a little restless.

10            MR. KELLER:  Yes, Your Honor.

11   Q.  What was the Chinese ambassador's reaction to the

12   message that you delivered for Mr. Michel?

13   A.  The Chinese ambassador seemed to suggest --

14            MR. KENNER:  Objection to what he seemed to

15   suggest.

16            THE COURT:  I would go by what you actually

17   observed or could conclude in terms of what you actually

18   observed or that you -- in terms of the basis for your

19   conclusions.

20   A.  The Chinese ambassador wanted more information than what

21   I provided.  It seemed incomplete.  But he was satisfied

22   with what I had said to him.

23            MR. KENNER:  I'm sorry, was it satisfied or

24   unsatisfied?

25            THE WITNESS:  He was satisfied.

```
 1                THE COURT:  Satisfied.
 2                THE WITNESS:  He was satisfied.
 3   Q.  Did Mr. Michel tell you that he relayed to Jho Low your
 4   meeting with the Chinese ambassador?
 5   A.  Yes, he did.
 6   Q.  And did he tell you what Jho Low's response was?
 7   A.  He said that the response was very positive.
 8                MR. KELLER:  We can stop there, Your Honor.
 9                THE COURT:  Okay.  Let's stop for the morning, and
10   it would be -- so we'll make it ten after 11:00.  Okay?
11                (Jury exits courtroom)
12                THE COURT:  All right.  Mr. Higginbotham, you're
13   obviously excused until you come back at ten after.  Please
14   don't talk about your testimony with anybody.  All right?
15                All right.  We're on a break.
16                MR. KELLER:  Thank you, Your Honor.
17                (Recess taken)
18                THE COURT:  I understand there's a preliminary
19   matter?
20                MR. KENNER:  Yes, Your Honor.
21                Your Honor, I just wanted to ask that the record
22   reflect that when I make objections, Mr. Keller both
23   visually and verbally is in front of the jury responding in
24   a hostile manner.
25                And I don't know if you're aware of it or not.
```

1    Your Honor is entitled to whatever view you wish to have,

2    but I just want the record to reflect that whatever your

3    view, you're oftentimes rolling your eyes back --

4              THE COURT:  Me?

5              MR. KENNER:  Yes, you, Your Honor.

6              THE COURT:  I don't roll my eyes.

7              MR. KENNER:  I don't think you're aware of it.

8    I'm sure you don't intend to, but everybody on my team has

9    been noticing it, and I believe the jury has, too.  And I

10   would just request that whatever Your Honor rules is fine

11   with me, but I just -- I don't want the jury to get the

12   impression that there's something wrong with our side.

13   Thank you.

14             THE COURT:  I'll let Mr. Keller respond first in

15   terms of from your end.

16             MR. KELLER:  Your Honor, I believe there have been

17   multiple instances this morning where counsel has made

18   objections to either -- or asked me to stop regarding an

19   exhibit that has already been admitted, where we have

20   already established that it has been admitted, or for some

21   other improper purpose to ask for me to stop my examination

22   to change the view of the document in some way when it's

23   already been admitted, and so that has been frustrating.  I

24   feel like there's a strategic effort to delay and drag out

25   this witness's testimony.

1          So to the extent that I've expressed frustration,

2     that is why.  I will make an effort to not display that

3     frustration.

4          THE COURT:  It has been fairly minimal.

5          In terms of rolling my eyes, it's not at your

6     questions.  It's at, frankly, using the intercom, and that's

7     usually when I express some frustration because I find it

8     difficult to hold it down.

9          And so, frankly, having additional -- if I'm

10    rolling my eyes, which I'm not aware of, the frustration

11    that I've had -- other than the fact you're interrupting him

12    about the exhibits, which we have never not let you look at

13    before actually admitting -- has been the use of the

14    intercom.  It is very hard for me, frankly, to keep it held

15    down.  So it's more directed at the instrument, frankly,

16    than you, if I have been rolling my eyes.

17         I've made an effort to keep -- as far as I'm

18    concerned, the case is unfolding before me.  I have no view

19    about whether the government has a good case or doesn't have

20    a good case or where your defense is.  So we'll leave it at

21    that.

22         I would say to you, from your own perspective,

23    that you all also indicate things when he brings stuff up

24    that you don't like.  I think everybody could do with a

25    lesson of being a little more...

1          Now, the masks help, but in terms of the body

2     language of everybody, there is some irritation that's being

3     shown on both sides on some of these things.  So I suggest

4     that everybody be careful.

5          But I will be more careful.  It's more -- it's

6     usually when I'm trying to get this thing to work.

7          So let's get the jury in and the witness.

8          (Jury enters courtroom)

9          THE COURT:  All right.  Good morning, again,

10    Members of the Jury.

11         JURY IN UNISON:  Good morning, Your Honor.

12         THE COURT:  We're ready to proceed with the direct

13    of Mr. Higginbotham.

14         Go ahead, Mr. Keller.

15         MR. KELLER:  Thank you, Your Honor.

16         Ms. Orozco, if we can bring back 681, where we

17    were with the meeting at the Chinese embassy.

18    BY MR. KELLER:

19    Q.  Mr. Higginbotham, over this same time period leading up

20    to your meeting at the Chinese embassy and following that

21    meeting, did you understand that Mr. Broidy was also trying

22    to bring about the extradition of Mr. Guo?

23    A.  Yes, I did.

24    Q.  Did Mr. Michel tell you any kind of anecdote about how

25    Mr. Broidy could use his influence?

1    A.  Yes.  So the way that it was explained to me is that

2    there were certain people within the President's -- being

3    Donald Trump's -- circle that had a chip to play or a card

4    to play, I believe was the reference.  And that Mr. Broidy,

5    given his position as one of the chief fundraisers for the

6    Republican party, had those kinds of chips to play, and that

7    it would be very easy for him, not only because of his

8    relationship within the Republican party, but also because

9    of his personal relationship with the President, to get the

10   1MDB matter resolved as well as the extradition of Guo

11   Wengui.

12   Q.  And who told you that?

13   A.  Mr. Michel did.

14   Q.  Did Mr. Michel also reference -- either at that meeting

15   in his apartment or at the time of your meeting with the

16   Chinese ambassador, did Mr. Michel reference what China was

17   willing to do to try and get Mr. Guo back?

18   A.  Yes, he did.

19        So there were improved relationships with North

20   Korea that at the time were tenuous; the purchase, large

21   purchase, of U.S. airplanes, in the trillions of dollars

22   which would help the U.S. economy; an exchange of prisoners,

23   prisoners of -- political prisoners and that kind of thing.

24        So there were, I think, three or four, maybe five

25   different things that were being offered from the Chinese

1    government to the U.S. for the extradition of Guo.

2    Q.  In your conversations with Mr. Michel about Guo, was

3    Mr. Michel's focus on money to be paid from Jho Low if you

4    could bring this about, or was it focused on what China

5    could do for the United States?

6            MR. KENNER:  Objection to what his view is of what

7    Mr. Michel was focused on.  He can testify to what --

8            THE COURT:  I assume it's the focus of their

9    discussions?

10            MR. KELLER:  Correct, Your Honor.

11            THE COURT:  All right.  If you can do it in the

12    context of whatever discussions you had with Mr. Michel,

13    which would be viewed as a co-conspirator at this point.

14            So you can answer it that way.

15            Do you want to reword the question again?

16            MR. KELLER:  Yes, Your Honor.

17    Q.  I believe you testified previously that you had a

18    conversation, a specific conversation, with Mr. Michel in

19    his apartment or his condominium in the second room; is that

20    right?

21    A.  Yes, I did.

22    Q.  And then you also testified about a meeting you had with

23    Mr. Michel prior to you going into the Chinese embassy and

24    meeting with the ambassador?

25    A.  Yes, I did.

1    Q.  In those meetings, did Mr. Michel -- was Mr. Michel more

2    focused on the money that you could potentially earn from

3    Jho Low or what China could do for the United States?

4            MR. KENNER:  Same objection, Your Honor.  He can

5    testify to what Mr. Michel said or did.

6            THE COURT:  He can certainly testify as to what

7    Mr. Michel did as a co-conspirator statement.  And at this

8    point there's sufficient evidence that the government has

9    put on for the Court to consider them as co-conspirator

10   statements and enough for a conspiracy in order to be able

11   to do so.

12           So you can answer it based on those discussions.

13   Q.  What was Mr. Michel's focus, Mr. Higginbotham?

14           MR. KENNER:  Same --

15   A.  They were --

16           MR. KENNER:  Same objection, Your Honor.  He can

17   testify --

18           THE COURT:  I understand, and I've overruled your

19   objection, Mr. Kenner.

20           MR. KENNER:  Thank you, Your Honor.

21   Q.  Mr. Higginbotham, for the fourth or fifth time, what was

22   Mr. Michel's focus?

23   A.  His focus was clearly financial.

24   Q.  After your meeting at the Chinese embassy where

25   Mr. Michel told you that Jho Low was pleased, did more

1    payments come in from Jho Low?

2    A.  Yes, they did.

3        MR. KELLER:  Ms. Orozco, could we show

4    Mr. Higginbotham what's been previously admitted as

5    Government's Exhibit 662 and go to Page 4 of that document.

6        And if we could call out the transactions on that

7    page, Ms. Orozco.

8    Q.  Looking at the transaction in the middle there on August

9    9, 2017, was there another wire that came in to the Anicorn

10   Euro account from Lucky Mark in the amount of $10.9 million

11   Euro on August 9, 2017?

12   A.  Yes, there was.

13       MR. KELLER:  And, Ms. Orozco, if we could go to

14   what's previously been admitted at Government's Exhibit 663.

15   Q.  Mr. Higginbotham, did you also have discussions with

16   Mr. Michel about a second entity that he was using in these

17   transactions called Artemus?

18   A.  Yes.  Both Anicorn and Artemus were incorporated very

19   close to each other earlier in the year.

20       MR. KELLER:  And if we could go to -- I'm sorry,

21   if you could drop that --

22   Q.  Do you recognize this, Mr. Higginbotham, as an account

23   statement for Artemus Group?

24   A.  Yes, I do.

25       MR. KELLER:  You can drop the callout, Ms. Orozco.

1    And if we could just call out those transactions there in

2    the middle.

3    Q.  On August 23rd was there another transfer from Lucky

4    Mark -- this time in the approximate amount of $8.4 million

5    Euro -- sent to Artemus?

6    A.  Yes, there was.

7          MR. KELLER:  You can drop that, Ms. Orozco.

8    Q.  After that money came in in August, Mr. Higginbotham,

9    did Mr. Michel ask you to travel with him on a trip to

10   Macau, China?

11   A.  Yes, he did.

12          MR. KELLER:  If we could go back to Government's

13   Exhibit 681, Ms. Orozco, and if you could go to the Macau

14   trip.

15   Q.  What did Mr. Michel tell you was the purpose of the trip

16   to Macau?

17   A.  Initially Mr. Michel asked me to go.  After my meeting

18   at the Chinese embassy, I was approached by the office of

19   internal affairs at DOJ, and so I was on their radar, so to

20   speak, and I was very, very concerned about going to Hong

21   Kong initially.

22          I also didn't fully understand the purpose of why

23   I was going until we met up in Los Angeles as a layover on

24   our way to Hong Kong.

25   Q.  What did Mr. Michel tell you during that layover?

1    A.  What he explained to me is that, as can clearly be seen,

2    tens of millions of dollars have come in at this particular

3    point in time, and nothing material had taken place in terms

4    of the resolution of the 1MDB matter nor the extradition of

5    Guo, and that there needed to be -- Jho Low needed to be

6    convinced, so to speak, that actual work was being done,

7    that we were closer to some kind of solution with both of

8    these matters; and that although Mr. Michel and I had at

9    that time a 15-year relationship, I was supposed to act as

10   though I was a representative of Broidy, an emissary of

11   Broidy, so to speak, to convince Mr. Low that work was

12   actually being done and things were progressing with both of

13   those matters.

14   Q.  So Mr. Michel told you not to represent yourself as an

15   associate of Mr. Michel's?

16   A.  I was able to represent myself as a -- I knew

17   Mr. Michel, but there was supposed to be some separation.  I

18   was not supposed to characterize it in the actual way that

19   our relationship was at that time, and that I was closer to

20   an emissary of Mr. Broidy as opposed to Mr. Michel's

21   attorney.

22   Q.  Was that true, that you were closer or related in any

23   way to Mr. Broidy as opposed to Mr. Michel?

24   A.  No, that was not.  I've never met Mr. Broidy.

25   Q.  And what was the purpose of this deception, if you knew?

1    A.  To make sure that the money would still continue to flow

2    in, number one; and to convince Jho Low that work was

3    actually being done by Mr. Broidy to resolve the 1MDB matter

4    and working towards the extradition of Guo Wengui.

5    Q.  Did you and Mr. Michel, then, actually complete your

6    trip and travel to Hong Kong initially?

7    A.  Yes, we did.

8    Q.  What happened when you reached Hong Kong?

9    A.  We deboarded the plane.  It was somewhat unusual on the

10   deboarding of the plane.

11          There was a golf cart that was waiting for us.

12   The party that we were traveling with, which included a

13   female associate of Mr. Michel, Joel Rousseau, and myself,

14   were whisked through the airport on the golf cart.  Our

15   passports were taken.  We didn't go through any kind of

16   normal, for lack of a better word, TSA process.  And then

17   our passports were returned to us, and we were limousined to

18   the dock where we took a ferry to Macau from Hong Kong.

19   Q.  So your passports were never stamped showing that you

20   ever entered Macau from China?

21   A.  No.

22   Q.  Who was Joel Rousseau?  You mentioned he was also on

23   this trip.

24   A.  I didn't know who Joel Rousseau was at the time.  I came

25   to find out later that I believe Joel Rousseau introduced

1    Pras -- I mean Mr. Michel -- to Jho Low.

2    Q.  When you got to Macau, did you meet with anyone there?

3    A.  I meet with Jho Low and Mr. Laogumnerd.

4    Q.  And what was discussed at the meeting?

5    A.  We had dinner.  We discussed how to move money.

6            Jho Low was very, very concerned about the speed

7    at which money was going.  He was very concerned about the

8    fact that nothing had -- material had taken place in terms

9    of the resolution of either one of the matters.

10           We discussed the fact that the American banking

11   system was far more vigilant about large sums of money

12   coming in.  And there was a determination at the end of the

13   meeting that all of those present at the meeting would think

14   about ways -- more creative ways to bring money here to pay

15   to the people that were the influencers.

16   Q.  Was there discussion about having you be a signatory on

17   a Red Rock account to try to access money that way?

18   A.  Not at that meeting.  But one of the subsequent meetings

19   that we had when we were in Macau was consistent with my

20   role play as an emissary of Elliott Broidy; that I would

21   have -- I would be made an officer of Red Rock's and be

22   given the ability to control the finances of Red Rock, and

23   so in the event that the 1MDB matter and the extradition

24   took place, or either one of those two, I could facilitate

25   money moving from the Red Rock's account in China to the

1    U.S.

2    Q.  You mentioned earlier that you were on internal affairs'

3    radar based on your meeting at the Chinese embassy.  And I

4    believe you testified that you were reluctant to go on this

5    trip to Hong Kong.

6    A.  Yes.

7    Q.  What did Mr. Michel tell you in response to you

8    expressing your reluctance to go on this trip?

9    A.  That I would never have to worry about DOJ again.

10             Unfortunately, that is clearly not the case.

11   Q.  Did you and Mr. Michel, then, return after these

12   meetings with Mr. Low and Mr. Laogumnerd in Macau?  Did you

13   and Mr. Michel return to the United States?

14   A.  Mr. Michel returned a couple of days before I did.

15   Q.  And then ultimately you then also returned?

16   A.  Yes, I did.  Yes.

17   Q.  When you returned, was additional money sent in from Jho

18   Low?

19   A.  Yes, it was.

20             MR. KELLER:  Ms. Orozco, if we could go to

21   Government's -- what's previously been admitted as

22   Government's Exhibit 662.  And if we could go to the --

23             MR. KENNER:  Excuse me, Your Honor.  May I have a

24   moment to look at the exhibit in my exhibit book?

25             THE COURT:  Yes.

```
1              MR. KENNER:  Thank you.

2              (Pause)

3              THE COURT:  It does help to allow him to identify

4      it, if he hasn't identified it before, while you're looking

5      at it.

6              But there's no problem.  I told you that you

7      can look at things before.  But it has been admitted,

8      Mr. Kenner.

9              MR. KENNER:  Yes, I'm aware of that, Your Honor.

10     I want to refresh my recollection as to what it is.

11             (Pause)

12     Q.  Mr. Higginbotham, I believe you've looked at this

13     document earlier in your testimony.

14             Do you recognize this as a bank statement for the

15     Euro account at Anicorn or the Euro account for Anicorn?

16             MR. KENNER:  Excuse me.  Your Honor, I'd ask that

17     I be allowed to look at this and have a question wait until

18     I do.

19             THE COURT:  Why don't you wait for him to look at

20     the paper, although it seems --

21             MR. KENNER:  Thank you.  I'm finished, Your Honor.

22             THE COURT:  All right.  He's now finished.

23             Perhaps we could set up a system of when you -- in

24     terms of do you want to look at paper things or do you want

25     to look at things on the screen?
```

1          MR. KENNER:  I would prefer on the screen if they

2    were a size I could read.

3          THE COURT:  Okay.

4          MR. KENNER:  But since that's been a problem, I'll

5    just look at the paper.

6          THE COURT:  There isn't a problem in terms of

7    making it larger.  In most instances it has been, because

8    neither the witness or the jury would be able to see it

9    unless he did enlarge it.  So presumably, it's enlarged.  Is

10   that not helpful to you?

11         MR. KENNER:  Your Honor, they're enlarging --

12         THE COURT:  Excuse me.  If it's not, let me know,

13   and I'll ask them to make these things -- when they bring it

14   up, to make it larger.

15         MR. KENNER:  No.

16         THE COURT:  Can you see that, or do you need it

17   larger?

18         MR. KENNER:  I can see the callout.  I cannot see

19   the document from which it's being called out.  That's why I

20   asked to look at the exhibit book.

21         Only the portions that Mr. Keller is asking to be

22   called out are large enough to be read.  The rest of it is

23   not.

24         THE COURT:  So if I could just simply ask, what

25   would you like to do as a procedure going forward, so we

1  don't have interruptions in the questioning, in terms of the

2  use of the exhibits that gives you an opportunity, of

3  course, which you're entitled to on behalf of your client,

4  to be able to see it as they ask questions?  But it would be

5  helpful to set up a set system so that you get to look at it

6  but he gets to ask his questions without interruptions.

7         MR. KENNER:  Your Honor, that's what I asked for,

8  and Mr. Keller didn't seem to want to do that.  If he'll let

9  me see the --

10         THE COURT:  I'm asking you, going forward, how you

11  would like to do it.  Do you want to just do it document by

12  document?

13         MR. KENNER:  Going forward, I think it would be

14  most expeditious if it came on the screen, the whole

15  document, in a size that I could read, and then he can do

16  his callouts.  I think that would be the most efficient

17  system.

18         But I'm willing to go to the paper, if that's

19  objectionable.

20         THE COURT:  All right.  Mr. Keller, I would do it

21  on the screen.  Paper is going to take time, and evidently

22  Mr. Kenner, although it's admitted, would like to be able to

23  see the whole document that you're calling out.

24         I would do that while you ask your questions so

25  you're not interrupted.

```
 1                    MR. KELLER:  Yes, Your Honor.
 2                    THE COURT:  At this point my understanding is
 3      Mr. Kenner has seen enough and you can proceed with your
 4      questions.  Go ahead.
 5                    MR. KELLER:  Thank you, Your Honor.
 6      BY MR. KELLER:
 7      Q.  Mr. Higginbotham, I believe you've identified a few
 8      transactions from Lucky Mark previously in your testimony to
 9      the Euro account for Anicorn LLC.  Do you recall that?
10      A.  Could you repeat the question?
11      Q.  I believe you've already testified and identified
12      several transactions from Lucky Mark to the Euro account for
13      Anicorn LLC.  Do you recall that?
14      A.  Yes, I have.
15      Q.  Do you recognize this as another statement for the Euro
16      account for Anicorn LLC?
17      A.  Yes, I do.
18      Q.  And do you see a $25 million Euro transaction on
19      September 19th, a wire that came in from Lucky Mark Trading?
20      A.  Yes, I do.
21      Q.  And was that after your trip with Mr. Michel to Macau?
22      A.  Yes, it was.
23                    MR. KELLER:  Ms. Orozco, can we go to Government's
24      Exhibit 51, which has already been admitted.  And if we
25      could blow up the --
```

```
1              THE COURT:  Can you put the whole document on for

2    Mr. Kenner?  He evidently needs to see all of it before you

3    do the blow-up.

4              MR. KELLER:  Agreed, Your Honor.  I was just

5    working on that.

6              Could we call out the whole top half of the

7    document, Ms. Orozco, for counsel?

8              MR. KENNER:  Thank you, Your Honor.

9              THE COURT:  51.  Five, one?

10             MR. KELLER:  Correct, Your Honor.

11             THE COURT:  Is it part of the stipulation?  I

12   don't have it admitted otherwise.

13             MR. KELLER:  It has already been admitted, yes,

14   Your Honor.

15             THE COURT:  Dorothy?  Yes.

16             THE COURTROOM DEPUTY:  It's part of the

17   stipulation, Judge.

18             THE COURT:  Okay.  Terrific.  Then we're good.

19   Q.  Mr. Higginbotham, do you recognize this as an account

20   statement for your escrow account, Higginbotham Law?

21   A.  Yes, I do.

22   Q.  And do you see an incoming wire transfer on October 23rd

23   from Red Rock IX Limited in the amount of roughly $41

24   million?

25   A.  Yes, I do.
```

1    Q.  And that also follows your trip with Mr. Michel to

2    Macau?

3    A.  Yes, it did.

4    Q.  So I think we've seen transactions at this point

5    totaling somewhere in the neighborhood of $100 million over

6    this period from May to October 23rd.  What was all of this

7    money for?

8    A.  It was for the resolution of the two matters; the 1MDB

9    matter and for the extradition of Guo Wengui.

10             MR. KELLER:  Ms. Orozco, if we can go to what has

11    not yet been admitted, I don't believe, as Government's

12    Exhibit 22.

13             THE COURT:  I don't have it admitted unless it's

14    part of the stipulation.

15             MR. KELLER:  No, Your Honor.  It was not part of

16    the stipulation.  I just couldn't recall whether it was

17    admitted through a previous witness.

18             We'll go ahead and lay foundation to try to admit

19    it now.

20             THE COURT:  Mr. Kenner, have you had enough

21    opportunity to take a look at it?

22             MR. KENNER:  I can see the portion of it that's

23    blown up on the screen in a callout box, Your Honor.

24             MR. KELLER:  Ms. Orozco, can we drop...

25             Mr. Kenner, would you like us to scroll through

1    the entire document at this size?

2              MR. KENNER:  You know what, I just -- I'd rather

3    look at the paper, Your Honor.  I don't appreciate the

4    sarcasm.

5              THE COURT:  Can I suggest that we do a little less

6    sparring here.  That's not appropriate.

7              He's asked you if you want to see the whole thing,

8    which is what I thought you wanted.  I don't have a problem

9    if you want to do paper.  Paper is usually slower.

10             So the question for you, Mr. Kenner, is:  Do you

11   want to see the whole document or just the beginning

12   portion?  Just tell us what you want.

13             MR. KENNER:  Yes, I would like to see the whole

14   document.

15             THE COURT:  All right.  So if you would scroll

16   through the whole document so he can see it.

17             MR. KENNER:  I'm sorry, I can't read that fast.

18             (Pause)

19             MR. KENNER:  Thank you.  I've seen enough.

20             THE COURT:  All right.  Mr. Keller, why don't you

21   get back to what you wanted to look at.

22             MR. KELLER:  If we could go back to Page 1.  Thank

23   you, Ms. Orozco.

24   BY MR. KELLER:

25   Q.  Mr. Higginbotham, do you recognize this as one of the

1    consulting agreements or contracts that you drafted or

2    edited to try to legitimize the money that was coming from

3    Lucky Mark to Artemus?

4    A.  Yes, it was.  It's consistent with the other documents.

5            MR. KELLER:  The government would move for

6    admission of Government's Exhibit 22.

7            MR. KENNER:  No objection.

8            THE COURT:  All right.  Then I'll admit

9    Government's Exhibit 20 -- it's 21, right?

10            THE COURTROOM DEPUTY:  22.

11            MR. KELLER:  22, Your Honor.

12            THE COURT:  You said --

13            MR. KELLER:  22, Your Honor.

14            THE COURT:  All right.  -- 22 without objection.

15            MR. KELLER:  Ms. Orozco, if we could go to Page 10

16    of the document.

17            Oh, I'm sorry, Ms. Patterson, could we publish

18    first?

19            And then, Ms. Orozco, could you call out the

20    portion that you had called out, the "Parties" section.

21    Q.  So, Mr. Higginbotham, this document purports to be an

22    agreement between Lucky Mark and Artemus; is that right?

23    A.  Yes, it is.

24    Q.  And the date is August 7, 2017?

25    A.  Yes, it is.

1    Q.  And the title is "Strategic Communications & Crisis

2    Management"?

3    A.  Yes.

4    Q.  Was Artemus providing any strategic communications or

5    crisis management services to Lucky Mark Trading?

6    A.  No, it was not.

7          MR. KELLER:  If we could go to Page 10 of the

8    exhibit, Ms. Orozco.

9    Q.  Do you recognize the signatures there for Lucky Mark and

10   Artemus Group, Mr. Higginbotham?

11   A.  Yes, I do.

12   Q.  And who signed for -- or whose signature is under the

13   "Lucky Mark Trading Limited" notation?

14   A.  Mr. Laogumnerd.

15   Q.  And what about under the "Artemus Group" notation?

16   A.  Mr. Michel.

17          MR. KELLER:  If we could go to Page 11,

18   Ms. Orozco.

19          And if you could call out the top half of this

20   document, please.

21   Q.  Mr. Higginbotham, do you see this is an appendix to the

22   document that is purporting to describe the scope of work?

23   Do you see that?

24   A.  Oh, yes, sir.

25   Q.  Was Artemus engaged in strategic advisory analysis and

1    research?

2    A.  No, it was not.

3    Q.  Stakeholder mapping?

4    A.  No, it was not.

5    Q.  Perception research?

6    A.  No, it was not.

7    Q.  Key message development?

8    A.  No, it was not.

9            MR. KELLER:  Ms. Orozco, can we go to what has not

10   yet been admitted as Government's Exhibit 161.  And if you

11   could call out that whole page.

12           MR. KENNER:  Excuse me.  Could I ask --

13           THE COURT:  That's what he's doing.  He's going to

14   blow up the whole page so you can see it.

15           MR. KENNER:  Oh, I'm sorry.  I apologize,

16   Mr. Keller.

17           (Pause)

18           MR. KENNER:  Are there more pages, or is this

19   just --

20           MR. KELLER:  There are.

21           Ms. Orozco, could you scroll through the

22   additional pages of the document.

23           MR. KENNER:  Thank you, Your Honor.  I've seen

24   enough of it.

25   Q.  Mr. Higginbotham, do you recognize this as another one

1    of the documents created to try and legitimize money from

2    Lucky Mark to Anicorn?

3    A.  Yes, I do.

4    Q.  And the date of this document is August 4, 2017?

5    A.  Yes, it is.

6            MR. KELLER:  The government would move for

7    admission of Exhibit 161, Your Honor.

8            MR. KENNER:  No objection.

9            THE COURT:  All right.  I'll admit it without

10   objection, 161.

11           MR. KELLER:  Thank you, Your Honor.

12   Q.  The title of this document, Mr. Higginbotham, is

13   "Investor Loan Agreement."  Was there any investor loan

14   between Lucky Mark and Anicorn?

15   A.  No, there was not.

16   Q.  And if we look at the portion underneath "whereas" and

17   the Subparagraph A --

18           MR. KELLER:  Ms. Orozco -- thank you.  That's

19   perfect.

20   Q.  -- it says, "The Borrower."

21           I assume, as part of this agreement, "the

22   borrower" was referring to Anicorn here?

23   A.  Yes, yes.

24   Q.  It says, "The Borrower engages in the business of

25   International and Domestic Political Advocacy, Crisis

1    Management, Press, and Media Consulting globally."

2            Was that true?

3    A.  No, it was not.  That was the best effort to hide the

4    true purpose of the agreement.

5            MR. KELLER:  If we could drop that callout,

6    Ms. Orozco.

7            Can you enlarge the portion underneath

8    Subparagraph 1, "The Loan."

9    Q.  Mr. Higginbotham, similarly here the document says under

10    1.1, "In consideration of The Lender being permitted to

11    conduct a due diligence review on the Company."

12            Was there any due diligence review being

13    conducted?

14    A.  No, there was not.

15            MR. KELLER:  If we could go to Page 10 of that

16    document, Ms. Orozco.

17    Q.  Do you recognize the signature there for Lucky Mark

18    Trading Limited?

19    A.  Mr. Laogumnerd.

20    Q.  And do you recognize the signature for Anicorn?

21    A.  No, I don't.

22    Q.  Were you aware of an individual named Monica Freeman?

23    Do you know who that was?

24    A.  Yes, vaguely.

25    Q.  Who was she?

1    A.  I believe that she was an associate of Mr. Michel.  And

2    there was a period of time where the assets of Anicorn and

3    Artemus were transferred over to her and then transferred

4    back to Michel.  That's my only knowledge of her.

5    Q.  As far as you were aware, was there any legitimate

6    business purpose for transferring ownership of Anicorn from

7    Mr. Michel to Ms. Freeman?

8    A.  Not that I know of.

9              MR. KELLER:  Ms. Orozco, if we can go to

10   Government's Exhibit 163, which has not yet been admitted.

11   And if we can call out -- thank you.

12             THE COURT:  If you can pull out the whole thing so

13   he can see it.

14             (Pause)

15             MR. KENNER:  I've seen enough of it now.  Thank

16   you.

17             THE COURT:  All right.  Go ahead with your

18   questions and identifying it.

19             MR. KELLER:  Thank you, Your Honor.

20   Q.  Mr. Higginbotham, do you recognize this as another loan

21   agreement created to legitimize the transactions between

22   Lucky Mark and Anicorn?

23   A.  Yes, I do.

24   Q.  And the date of this agreement is September 13, 2017?

25   A.  Yes, it is.

1          MR. KELLER:  Your Honor, the government would move

2     for admission of Exhibit 163.

3          MR. KENNER:  No objection.

4          THE COURT:  I'll admit 163 without objection.

5          MR. KELLER:  If we could -- oh, thank you,

6     Ms. Patterson.

7          Ms. Orozco, if you could drop this callout box and

8     go to Paragraph 1.1 again.

9     Q.  Mr. Higginbotham, here we see a similar reference in

10    Subparagraph 1.1 to a "due diligence review" and an effort

11    "to subscribe for shares in the Company."

12         Was there any due diligence review that was going

13    on?

14    A.  No, there was not.

15    Q.  Were there any shares being bought or sold?

16    A.  No, there was not.

17         MR. KELLER:  If we could go to Government's

18    Exhibit 157, Ms. Orozco.  It has not yet been admitted.

19         And if we could call that out for counsel and the

20    witness.

21         THE COURT:  If you'd run through it.

22         MR. KENNER:  Thank you, Your Honor.  I've seen

23    enough of it.

24    Q.  Mr. Higginbotham, do you recognize this as another loan

25    agreement, this time purporting to establish an agreement

1    between Anicorn and Red Rock IX Limited?

2    A.  Yes, I do.

3    Q.  And that was another one of the entities that Jho Low

4    sent money from?

5    A.  Yes, it was.

6    Q.  That was the $41 million that was sent to your escrow

7    account?

8    A.  I -- if you would scroll down to see the number value.

9    Q.  I'm sorry, Mr. Higginbotham.  I didn't mean this

10   agreement -- that this document related to that money, but

11   just Red Rock IX Limited, that was the company that sent the

12   $41 million to your escrow account?

13   A.  Yes, it is.

14   Q.  Is that right?

15           And the date of this agreement...?

16   A.  September 12th.

17   Q.  2017?

18   A.  Yes, sir.

19           MR. KELLER:  The government would move for

20   admission of Exhibit 157, Your Honor.

21           MR. KENNER:  No objection.

22           THE COURT:  I'll admit 157 without objection.

23   Q.  Mr. Higginbotham, under the "Acquisition Loan

24   Agreement," do you see a reference starting with "RRIX,"

25   which may be an abbreviation for Red Rock IX?  But in any

1    case:  "RRIX agrees to provide funding to AEP to acquire

2    high-end international properties in order to establish a

3    portfolio of assets to be owned and managed AEP."

4         Were there any high-end international properties

5    that were being acquired?

6    A.  No, there was not.

7    Q.  Was there any portfolio of assets to be owned or

8    managed?

9    A.  No, there was not.

10        MR. KELLER:  If we could go to Page 4, Ms. Orozco.

11   Q.  Who are the signatories on the signature lines for this

12   document?

13   A.  Mr. Michel and Mr. Laogumnerd.

14        MR. KELLER:  If we can go to Government's

15   Exhibit -- what's been marked for identification purposes

16   and has not been admitted as Government's Exhibit 204,

17   Ms. Orozco.

18        If you could call out the majority of the

19   document, please, or the majority of the page.

20        And if we can scroll through that.

21        (Pause)

22        MR. KENNER:  I've seen enough of it.  Thank you,

23   Your Honor.

24   Q.  Mr. Higginbotham, do you recognize this as another

25   agreement, this one purporting to establish a relationship

1    between Nickie Lum Davis and Anicorn LLC?

2    A.  Yes, I do.

3    Q.  And is the date of this agreement September 18, 2017?

4    A.  Yes, it is.

5          MR. KELLER:  The government would move to admit

6    Exhibit 204, Your Honor.

7          MR. KENNER:  No objection.

8          THE COURT:  All right.  I'll admit 204 without

9    objection.

10          MR. KELLER:  If we could -- oh, thank you,

11    Ms. Patterson.

12    Q.  Mr. Higginbotham, was Nickie Lum Davis providing any

13    consulting services to Anicorn LLC?

14    A.  Not that I know of.

15    Q.  Was Anicorn -- looking at the second paragraph there,

16    was Anicorn engaged in the business of entertainment and was

17    trying to identify certain investments or opportunities,

18    particularly in the Asian and African markets?

19    A.  No, it was not.

20          MR. KELLER:  If we could go to government's --

21    what has been marked for identification purposes but not yet

22    admitted as Government's Exhibit 210, Ms. Orozco.

23          MR. KENNER:  Thank you, Your Honor.

24    Q.  Mr. Higginbotham, do you recognize this as a promissory

25    note purportedly to establish an agreement for Ms. Lum Davis

1    to receive $7.5 million from Artemus Group?

2    A.  Yes, I do.

3    Q.  And is the date of this agreement September 5, 2017?

4    A.  Yes, it is.

5           MR. KELLER:  The government would move for

6    admission of Exhibit 210, Your Honor.

7           MR. KENNER:  No objection.

8           THE COURT:  All right.  I'll admit 210 without

9    objection.

10   Q.  Mr. Higginbotham, were you aware of any legitimate

11   business reason for Artemus to loan Ms. Lum Davis $7.5

12   million?

13   A.  No.  I was not aware of that.

14          MR. KELLER:  If we could go to Government's

15   Exhibit 30 -- what has been marked but not yet admitted as

16   Government's Exhibit 306, Ms. Orozco.

17          And if we could call that out.  Thank you.

18          (Pause)

19          MR. KENNER:  Thank you, Your Honor.  I recognize

20   the document.

21   Q.  Mr. Higginbotham, do you recognize this as a purported

22   Consulting Agreement between Anicorn and an unnamed client

23   dated April 10, 2017?

24   A.  Yes, I do.

25          MR. KELLER:  The government would move for

1    admission of Exhibit 306, Your Honor.

2                    MR. KENNER:  No objection.

3                    THE COURT:  All right.  I'll admit 306 without

4    objection.

5    Q.  And looking at the first paragraph starting with

6    "Whereas, ANICORN is engaged in the business of providing

7    strategic consulting and risk management services."

8                    Was that true, Mr. Higginbotham?

9    A.  No, it was not.  That was an attempt to, once again,

10    anonymize the real work that was being done.

11                    MR. KELLER:  And finally in terms of this series

12    of documents, Ms. Orozco, if we could go to what has been

13    marked but not yet admitted as Government's Exhibit 308.

14                    THE COURT:  We've admitted 308.

15                    MR. KELLER:  Oh, I'm sorry.  My mistake, Your

16    Honor.

17                    What has been previously admitted as 308.

18                    THE COURT:  We actually had admitted 306, I think,

19    as well.

20                    MR. KELLER:  Oh, well, thank you.  My mistake.

21                    THE COURT:  That's all right.

22                    MR. KENNER:  I recognize the document.  Thank you,

23    Your Honor.

24    Q.  Mr. Higginbotham, do you recognize this as another

25    purported consulting agreement between Anicorn and an

1  unnamed client?

2  A.  Yes, I do.

3          MR. KELLER:  You can drop that, Ms. Orozco.  Thank

4  you.

5  Q.  Mr. Higginbotham, for any of those documents that we

6  just walked through, were any of those documents legitimate?

7  A.  No, they were not.

8  Q.  Did any of those documents identify Jho Low?

9  A.  No, they did not.

10 Q.  Did any of those documents identify Elliott Broidy?

11 A.  No, they did not.

12 Q.  Did any of those documents identify the 1MDB matter?

13 A.  No, they did not.

14 Q.  Did any of them identify the People's Republic of China?

15 A.  No, they did not.

16 Q.  A Chinese national or extradition of a Chinese national

17 named Guo Wengui?

18 A.  No.

19 Q.  What was the purpose of all of these fake documents that

20 we've just reviewed?

21 A.  The purpose of the documents was to provide some

22 legitimacy -- and "some sense of legitimacy" is the best

23 word -- for the work that was really being done, which was

24 the 1MDB matter and the extradition of Guo Wengui, and would

25 be used in the event that any party, particularly banks,

```
1    were to ask any questions about why such large sums of money
2    were coming in at the frequency that they were coming.
3    Q.  Did you and Mr. Michel, in fact, provide a number of
4    those documents to banks to try to legitimize the
5    transactions?
6    A.  Yes, we did.
7    Q.  What was the first bank where Anicorn and Artemus had
8    accounts in 2017?
9    A.  City National.
10   Q.  After the multimillion-dollar wire transfers that came
11   in from Lucky Mark in May of 2017, throughout the course of
12   that summer did you start to get questions from City
13   National Bank about those transactions?
14   A.  Yes, I did.  Yes, we did.
15              MR. KELLER:  If we could pull up what has been
16   marked but not yet admitted as Government's Exhibit 151,
17   Ms. Orozco.
18              And if we could just -- well, first, let's call
19   out as much of that first page as possible, Ms. Orozco.
20              And if you could scroll.
21              (Pause)
22              MR. KENNER:  Thank you.  I recognize the document.
23   Q.  Mr. Higginbotham, do you recognize this as an email from
24   City National Bank with questions about Anicorn and Artemus
25   and the transactions from Lucky Mark?
```

1    A.  Yes, I do.

2    Q.  And the date of this email?

3    A.  Wednesday, August 2nd.

4         MR. KELLER:  The government would move for

5    admission of Exhibit 151, Your Honor.

6         MR. KENNER:  No objection.

7         THE COURT:  I'll admit 151 without objection.

8         MR. KELLER:  Ms. Orozco, if we could blow up the

9    bottom half of the first page with the -- starting with the

10   email from July 20, 2017.

11   Q.  Mr. Higginbotham, do you see in this email a reference

12   to the "Financial Intelligence Unit - AML"?  Do you know

13   what "AML" stood for?

14   A.  I do not.

15   Q.  "The Financial Intelligence Unit... is reaching out to

16   gather additional information on" --

17        THE COURT:  Slow down.  Slow down.  The court

18   reporter needs to take it.

19        MR. KELLER:  Apologies, Your Honor.

20   Q.  "The Financial Intelligence Unit - AML is reaching out

21   to gather additional information on Anicorn LLC and Artemus

22   Group LLC."

23        Do you see that, Mr. Higginbotham?

24   A.  Yes, I do.

25   Q.  And then below that do you see specific references to

1    transactions going into Anicorn first from Lucky Mark?

2    A.  Yes, I do.

3    Q.  Subparagraph No. 3 there, does it reference incoming

4    wires totaling $8.9 million from Lucky Mark Trading Limited?

5    A.  Yes, I do see that.

6    Q.  Were these questions forwarded on to you?

7    A.  Yes, they were.

8    Q.  And were you concerned when you received these

9    questions?

10    A.  Yes, I was.

11    Q.  Why?

12    A.  I was concerned because there is a tremendous amount of

13    money that is coming into these accounts.  It's coming in

14    through a very circuitous method.  And we, being Mr. Michel

15    and myself, don't have a really good explanation as to where

16    the money is coming from, nor why we are using it, other

17    than the documents that you just went through.  And that

18    if -- you know, the bank would be -- definitely would not

19    take the money from someone like Jho Low who was behind or

20    was at least accused of being behind the 1MDB matter.

21    Q.  Did you discuss these questions and these concerns with

22    the defendant, Mr. Michel?

23    A.  Yes, I did.

24    Q.  Did you and Mr. Michel agree to conceal from the bank

25    that this money was coming in from Jho Low?

1    A.  Yes, we did.  That was established long before these

2    questions came in.

3    Q.  Did you agree that you weren't going to tell the bank

4    about Mr. Broidy and his role?

5    A.  Yes.  Mr. Broidy, Jho Low, 1MDB, none of those items

6    were -- or none of those items and/or people were -- could

7    be communicated to the bank.

8    Q.  And so did you use those fake documents and fake

9    business agreements to lie to the bank about the purpose of

10   the money?

11   A.  Yes, I definitely did.

12          MR. KELLER:  Can we go to Page 4 of the exhibit,

13   Ms. Orozco.

14          Can we try Page 3 of the exhibit.

15   Q.  Who was Marc Moscowitz again, Mr. Higginbotham?

16   A.  Mr. Moscowitz was a financial advisor that I suggested

17   to Mr. Michel to use in light of his difficulties that he

18   was having with Barry Bekkadem.

19   Q.  And did Mr. Moscowitz have a business relationship with

20   City National Bank?

21   A.  Mr. Moscowitz had a close relationship with them, yes.

22   Q.  Did he often correspond with the bank on your and

23   Mr. Michel's behalf?

24   A.  I think "often" would be a mischaracterization.  He

25   definitely did in this situation via email, but he may have

1    had other communications with the bank on a procedural

2    matter in terms of the accounts and finances and incoming

3    payments.

4    Q.  So at times Mr. Moscowitz communicated with the bank

5    about the Anicorn and Artemus accounts?

6    A.  Yes, most definitely he did that, yes.

7    Q.  If we look at the bottom of the first paragraph, the

8    last line says, "Anicorn is a consulting and personal

9    investment company that is owned by Pras, and Artemus is a

10   production company involved in music, TV and film."

11          Is that how you and Mr. Michel had described

12   Anicorn and Artemus to Mr. Moscowitz?

13   A.  Yes, it is.

14   Q.  Was that true?

15   A.  No, no, none of those things were taking place at the

16   time.

17          MR. KELLER:  If we could go to Government's

18   Exhibit 372, Ms. Orozco.  And if we could call out the

19   document for counsel's review.

20          MR. KENNER:  Thank you, Your Honor.

21          MR. KELLER:  Ms. Orozco, thank you.

22   Q.  Mr. Higginbotham, do you recognize this as an email that

23   you sent to representatives of City National Bank, employees

24   of City National Bank, regarding Anicorn and the questions

25   that the bank had about transactions with Lucky Mark?

1    A.  Yes, I do.

2    Q.  And the date of this email was September 27, 2017?

3    A.  Yes.  Yes, it is.

4            MR. KELLER:  The government would move for

5    admission of Government's Exhibit 372, Your Honor.

6            MR. KENNER:  No objection.

7            THE COURT:  All right.  I'll admit 372 without

8    objection.

9    Q.  So, Mr. Higginbotham, do you recognize this email as

10    providing a response to additional inquiries from City

11    National Bank about the transactions?

12    A.  Yes.

13            So it seemed as though City National was not

14    convinced by the initial email that was provided by

15    Mr. Moscowitz, and they sent another set of inquiries, which

16    were far more specific.  And I believe Mr. Moscowitz

17    suggested, via email to them, that those questions be

18    answered by myself.

19    Q.  And there are a number of attachments here.  The

20    "Artemus w Lucky Mark," is that one of those contracts that

21    you reviewed and described for the jury earlier?

22    A.  Yes, it is.

23    Q.  And, again, was that a legitimate document?

24    A.  No, it was not.

25    Q.  Before sending this response, did you discuss your

1    response with Mr. Michel?

2    A.  That was a common practice I did all the time.

3             MR. KELLER:  Could we pull up what has not yet

4    been admitted as -- just for the witness, as Government's

5    Exhibit 363, Ms. Orozco.

6             THE COURT:  Is that three, five or six?

7             MR. KELLER:  363, Your Honor.

8             THE COURT:  Okay.

9             MR. KENNER:  Thank you, Your Honor.

10   Q.  Mr. Higginbotham, do you recognize this as an email that

11   you sent to Mr. Michel regarding the questions from City

12   National Bank about these transactions?

13   A.  Yes, I do.

14   Q.  And the date of that email is September 19, 2017?

15   A.  Yes, it is.

16            MR. KELLER:  The government would move for

17   admission of Exhibit 363, Your Honor.

18            MR. KENNER:  No objection.

19            THE COURT:  I'll admit 363 without objection.

20   Q.  And, Mr. Higginbotham, you sent this before responding

21   to the bank?

22   A.  Yes, sir.

23            MR. KELLER:  If we could publish?  Thank you,

24   Ms. Patterson.

25   Q.  And what did you say to the defendant in this email

1    about the questions from the bank?

2    A.  You know, they were clearly unhappy with the answers

3    that had been provided by Mr. Moscowitz, and that we needed

4    to construct a document that was a lot tighter that would

5    pass the smell test, for lack of a better word, with regard

6    to their internal inquiries having to do with the incoming

7    transactions.

8    Q.  That's what you and he discussed on the phone call

9    that's referenced in this email?

10   A.  Yes, sir.

11            MR. KELLER:  Ms. Orozco, if we could go to

12   Government's Exhibit 739 not yet admitted.

13            MR. KENNER:  There's an attachment here.  Are you

14   intending to raise that with the witness?

15            MR. KELLER:  Ms. Orozco, I can't recall if there

16   are additional pages that include the attachment here.  Can

17   you scroll to see?

18            THE COURT:  I believe she's shaking her head no.

19            MR. KELLER:  It's just this page, Mr. Kenner.

20            MR. KENNER:  No -- thank you.  No objection.

21   Q.  Mr. Higginbotham, do you recognize this as an email that

22   you sent to Mr. Michel with an attachment that's entitled

23   City National Bank or "CNB Inquiry"?

24   A.  Yes, I do.

25   Q.  And you sent this on September 26, 2017?

1    A.  Yes, I did.

2            MR. KELLER:  Move for admission of Government

3    Exhibit 739, Your Honor.

4            MR. KENNER:  No objection, Your Honor.

5            THE COURT:  All right.  I'll admit 739 without

6    objection.

7    Q.  What were you sending Mr. Michel here?

8    A.  We had been given, in the original inquiry from CNB, a

9    week to respond to the second set of inquiries; and I was

10   sending him a first draft of the responses that I was going

11   to provide.

12   Q.  Did you and Mr. Michel discuss that draft?

13   A.  Yes, we did.

14           MR. KELLER:  If we could go back to Government's

15   Exhibit 372 -- it's now been admitted -- Ms. Orozco.

16   Q.  Is one of the attachments to this document,

17   Mr. Higginbotham, the same attachment, at least by title,

18   that you sent to Mr. Michel, "CNB Inquiry Response"?

19   A.  Yes, it is.

20           MR. KELLER:  If we could go to Government's

21   Exhibit 373 not yet admitted.

22           If we could call this -- thank you, Ms. Orozco.

23           MR. KENNER:  Thank you, Your Honor.  I recognize

24   it.

25   Q.  Mr. Higginbotham, do you recognize this as one of those

1    documents actually that -- a different version of one of the

2    documents that you testified to earlier purporting to

3    establish a consulting agreement between Lucky Mark and

4    Artemus?

5    A.  Yes, it is.

6    Q.  And you provided this to the bank?

7    A.  Yes, I did.

8           MR. KELLER:  If we could look at Page 11 of this

9    document, Ms. Orozco.

10   Q.  Is Page 11 the scope of work, the purported scope of

11   work underlying that consulting agreement?

12   A.  It would be the purported scope of work, yes.

13   Q.  And, again, did Artemus provide any strategic

14   communications and crisis management services to Lucky Mark?

15   A.  No, it did not.

16   Q.  Stakeholder mapping, perception research, key message

17   development?

18   A.  None of the above.

19   Q.  But this was provided to the bank as justification for

20   the money that was coming in from Lucky Mark; is that right?

21   A.  Yes, it was.

22          MR. KELLER:  Ms. Patterson, if we could publish

23   this.

24          Ms. Orozco, could we go to Government's Exhibit

25   374, and if we could call that out and scroll through it a

1    bit.

2              MR. KENNER:  Thank you, Your Honor.

3    Q.  Mr. Higginbotham, do you recognize this as the letter

4    that you sent to City National Bank in response to their

5    inquiries?

6    A.  Yes, I do.

7    Q.  And the date of the letter?

8    A.  September 27, 2017.

9              MR. KELLER:  The government would move for

10   admission of Exhibit 374, Your Honor.

11             MR. KENNER:  No objection.

12             THE COURT:  I'll admit 374 without objection.

13             MR. KELLER:  And if we could publish,

14   Ms. Patterson.

15   Q.  Mr. Higginbotham, is this the letter that you had sent a

16   draft of to Mr. Michel?

17   A.  Yes, I did.

18   Q.  And this is the letter that you had discussed with

19   Mr. Michel before providing it to the bank?

20   A.  Yes, I did.

21             MR. KELLER:  Ms. Orozco, if we can drop that

22   callout box, and if we could call out the second half of the

23   document, the lower half of the document.

24   Q.  So, Mr. Higginbotham, did you provide inquiries by

25   number in response to the way that the bank had numbered

 1    their inquiries?

 2    A.  Yes, I did.

 3    Q.  And so for this first inquiry, it reads -- your response

 4    reads, "Anicorn is the corporate entity which Mr. Michel has

 5    created to provide services to those clients who wish to

 6    retain professionals in conflict resolution, crisis

 7    management, and media strategies."

 8         Did I read that correctly, Mr. Higginbotham?

 9    A.  Yes.

10    Q.  What was the purpose of this letter that you provided to

11    City National Bank?

12    A.  The real purpose of the letter is that City National

13    Bank was the entity in which, at this point, millions of

14    dollars was coming into, and we knew that we needed to

15    maintain a banking relationship with City National in order

16    to have that money continue to come in, or at least we

17    believed that at that particular time.

18         They were asking questions which were very

19    difficult to answer.  They were coming from their internal

20    review.  And it was necessary to provide as close as

21    possible some kind of legitimate excuse or reason for why

22    these large amounts of sums were coming in and some of which

23    were leaving the accounts with the frequency and ferocity

24    that they were.

25         MR. KELLER:  You can drop the callout.

1    Q.  Mr. Higginbotham, is there any mention anywhere in this

2    letter of Jho Low?

3    A.  No, there is not.

4    Q.  Guo?

5    A.  No, there is not.

6    Q.  1MDB?

7    A.  No, there is not.

8    Q.  *Wolf of Wall Street*?

9    A.  No, there is not.

10   Q.  Criminal cases?

11   A.  No, there is not.

12   Q.  Forfeiture investigate -- forfeiture matters?

13   A.  No.

14   Q.  Mr. Higginbotham, did you describe this as an effort to

15   put lipstick on a pig?

16         MR. KENNER:  Objection, Your Honor.  First of all,

17   I don't understand what that means.  Maybe the witness does.

18         THE COURT:  Let me have a discussion about it.

19   What I would ask, Mr. Kenner, is if you would give me a

20   heads up when you get on to it.  My hand hurts holding it

21   down.

22         (The following is a bench conference

23          held outside the hearing of the jury)

24         MR. KENNER:  I'm sorry, can you hear?  Nobody's

25   hearing me.

```
 1              MR. KELLER:  We can hear you.

 2              We can hear him.

 3              THE COURT:  I have arthritis in my hand, so it

 4    hurts to push down on it, so that's why I was waiting until

 5    you got on.

 6              So is this a statement in terms of somebody else,

 7    or where did you get that, "lipstick on a pig"?

 8              MR. KELLER:  From Mr. Higginbotham, Your Honor.

 9              THE COURT:  And he described this to whom?

10              MR. KELLER:  To me.

11              THE COURT:  All right.  Mr. Kenner?

12              MR. KENNER:  Seriously, it's an out-of-court

13    declaration.

14              THE COURT:  Well, I guess the question is --

15              MR. KENNER:  It's not in the course and scope of

16    the conspiracy, so it doesn't come in that way.

17              THE COURT:  Mr. Keller?

18              MR. KELLER:  It's fine, Your Honor.  I'll withdraw

19    it.

20              THE COURT:  Or you can just ask what he thought of

21    it.

22              MR. KELLER:  Yes.

23              THE COURT:  But certainly not in the context of

24    what he had said to you.

25              MR. KELLER:  Thank you, Your Honor.
```

1           THE COURT:  All right.

2           (This is the end of the bench conference)

3    BY MR. KELLER:

4    Q.  Mr. Higginbotham, what was your impression of what this

5    letter was designed to do?

6    A.  As I stated previously, there is a tremendous amount of

7    money that is coming in.  We need to maintain the

8    relationship with City National in order for that money to

9    come in, as I said.  At least that's what we believed at the

10   time.  And this was a deliberate attempt to convince City

11   National that the activities that we were involved with were

12   completely legitimate and -- by using documents, which we

13   have gone through, which really did not truly represent the

14   nature of the business that was involved.

15   Q.  And so, again, did you conceal the true purpose of the

16   transactions from Lucky Mark?

17   A.  Yes, I did.

18   Q.  Was --

19   A.  No, from City -- I'm sorry, from City National.  We

20   concealed the true intentions and the true purpose of

21   Anicorn and Artemus from City National.

22   Q.  Was City National Bank satisfied with this response?

23   A.  I believe that they closed the account the day after or

24   very shortly afterwards, so I would say no.

25           MR. KELLER:  Can we go to what has been marked for

 1    identification purposes as Government's Exhibit 381,

 2    Ms. Orozco.  This is not yet admitted.

 3                 If we could -- thank you.

 4                 (Pause)

 5                 MR. KENNER:  This refers to an attachment.  Is the

 6    attachment part of the exhibit?

 7                 MR. KELLER:  It's a separate exhibit.

 8                 MR. KENNER:  Thank you.

 9                 No objection.

10                 MR. KELLER:  All right.  The government would move

11    for admission of Government's Exhibit 381, Your Honor.

12                 THE COURT:  I understand there's no opposition, so

13    I'll admit 381.

14                 MR. KELLER:  And if we could publish.

15    Q.  Mr. Higginbotham, do you recognize this as an email from

16    an employee of City National Bank to Mr. Michel notifying

17    him of the account closure?

18    A.  Yes, I do.

19                 MR. KELLER:  And if we could go to what has been

20    marked for identification purposes but not yet admitted as

21    Government's Exhibit 382, and if we could call that out.

22                 (Pause)

23                 MR. KENNER:  Thank you, Your Honor.

24    Q.  Mr. Higginbotham, do you recognize this as the formal

25    notice of account closure?

```
 1    A.  Yes, I do.
 2             MR. KELLER:  The government would move for
 3    admission of Exhibit 382.
 4             MR. KENNER:  No objection.
 5             THE COURT:  All right.  I'll admit 382 without
 6    objection.
 7    Q.  Mr. Higginbotham, the second line of this letter, does
 8    it read, "Banks are now required to fully understand the
 9    business of their clients, including the purpose and use of
10    the funds within the clients' associated accounts with the
11    bank."  Do you see that?
12    A.  Yes, I do.
13    Q.  Had you and Mr. Michel lied to the bank about the true
14    purpose and use of the funds?
15    A.  Yes, we had.
16    Q.  What did you do --
17             MR. KELLER:  You can drop that, Ms. Orozco.
18    Q.  What did you and Mr. Michel do after your accounts were
19    closed at City National Bank?
20    A.  Tried to attempt to identify another bank that could be
21    used to accept the incoming or any additional incoming money
22    from Jho Low and then disburse it accordingly.
23    Q.  And what was the next financial institution that you
24    identified?
25    A.  Morgan Stanley.
```

1    Q.  Who did you deal with at Morgan Stanley?

2    A.  An Adam Vinder, something Vinder -- I'm sorry,

3    Mr. Vinder.

4         THE COURT:  I'm sorry, I can't hear you.

5    Q.  Mr. Vinder?

6    A.  Yes.

7    Q.  Did Mr. Vinder and Morgan Stanley have similar inquiries

8    to City National Bank about the source and purpose of the

9    funds from Lucky Mark?

10   A.  Yes, he did.

11        MR. KELLER:  If we could go to Government's

12   Exhibit 396, Ms. Orozco, not yet admitted.

13        THE COURT:  396, I believe, has been admitted.

14        MR. KELLER:  Thank you, Your Honor.

15   Q.  Mr. Higginbotham, do you recognize this as an email from

16   you to Mr. Vinder on October 26, 2017, about the Anicorn and

17   Artemus accounts?

18   A.  Yes, I do.

19        MR. KELLER:  If you can drop the callout,

20   Ms. Orozco, and if we could, instead, call out the second

21   half of the page.

22   Q.  Were these questions from Mr. Vinder at Morgan Stanley

23   about whose money are represented -- whose money it was that

24   Mr. Michel was trying to deposit into the Morgan Stanley

25   accounts?

1    A.  Yes, it is.

2         MR. KELLER:  Could we go to what has been

3    previously admitted as Government's Exhibit 402, Ms. Orozco.

4    Q.  So, Mr. Higginbotham, did you have concerns after

5    receiving those similar inquiries from Mr. Vinder at Morgan

6    Stanley?

7    A.  Yes.  I was very concerned.

8         You know, this is the second banking institution,

9    the first of which, you know, we had a pretty good

10   relationship with for -- you know, throughout the summer,

11   and now at the very beginning of the -- of this new banking

12   relationship they're asking questions which are virtually

13   the same as those that were asked by CNB.

14   Q.  And so did you send draft answers to Mr. Michel to

15   provide to Morgan Stanley?

16   A.  Yes, I did.

17   Q.  And did you discuss these with Mr. Michel?

18   A.  Yes, I did.

19   Q.  The first answer there -- "The funds originated with

20   Lucky Mark Limited (incorporation documents attached) who is

21   an investor in a slate of projects" -- was that true?

22   A.  No, it was not.

23   Q.  What was the money really for?

24   A.  1MDB and the extradition of -- or resolution of the 1MDB

25   civil forfeiture matter and the extradition of Guo Wengui.

1    Q.  Were you present for a call between Mr. Vinder and

2    Mr. Michel about this money?

3    A.  Yes.  On one of my trips to New York to visit with

4    Mr. Michel I believe that Mr. Vinder was asking Mr. Michel

5    for a more detailed explanation of why and where and how

6    this money came to be, and I was party to the call.  I was

7    on a speakerphone.

8    Q.  What did Mr. Michel tell Mr. Vinder about the money?

9    A.  He created a story about a high roller on a boat that he

10   had met because of Mr. Michel's gravitas in the music

11   business and the entertainment world; that he was interested

12   in investing in him.  And it was a great party, and it was

13   very exciting; and subsequent to that they decided to do

14   business together.

15   Q.  Was that true?

16   A.  No, it was not.

17              MR. KELLER:  If we can go to the attachments to

18   this document, what have previously been admitted as

19   Government's Exhibit 403, 404, and 405.

20              We'll start with 403.

21   Q.  Mr. Higginbotham, do you recognize this as a certificate

22   of incorporation for Lucky Mark?

23   A.  Yes, I do.

24   Q.  And was this one of the documents that you provided to

25   Mr. Vinder?

1    A.  Yes, it is.

2         MR. KELLER:  If we could go to 404, Ms. Orozco.

3    Q.  Another document related to Lucky Mark and its

4    incorporation?

5    A.  Yes, it is.

6         MR. KELLER:  If we could go to government --

7    what has not yet been admitted as Government's Exhibit 741,

8    Ms. Orozco.

9         THE COURT:  And that's an addition to the list,

10   right?

11        MR. KELLER:  Yes.  That's correct, Your Honor.

12        MR. KENNER:  Thank you.

13   Q.  Mr. Higginbotham, just to complete the circle, after

14   sending these draft answers to Mr. Michel, did you, in fact,

15   send them to Mr. Vinder?

16   A.  Yes, I did.

17   Q.  And do you recognize Government's Exhibit 741 as your

18   email to Mr. Vinder sending him those answers?

19   A.  Yes, I do.

20        MR. KELLER:  The government would move for

21   admission of Exhibit 741, Your Honor.

22        MR. KENNER:  No objection, Your Honor.

23        THE COURT:  All right.  I'll admit it without

24   objection.

25        MR. KELLER:  If we could go to Government's

1    Exhibit 406, Ms. Orozco.

2    Q.  Sorry, Mr. Higginbotham.  Do you --

3         MR. KELLER:  Ms. Patterson, I'm not sure that this

4    has been admitted yet.

5         THE COURT:  I don't think 406 has been, unless

6    that's part of the stipulation.  But I don't think so.

7         MR. KELLER:  No, it is not.  It is not, Your

8    Honor.

9         MR. KENNER:  Thank you.  I recognize the document.

10   Q.  Mr. Higginbotham, do you recognize this as another email

11   in the chain between you and Mr. Michel and Mr. Vinder?

12   A.  Yes, I do.

13        MR. KELLER:  The government would move for

14   admission of Exhibit 406, Your Honor.

15        MR. KENNER:  No objection.

16        THE COURT:  I'll admit 406 without objection.

17   Q.  So after you sent those answers to Mr. Vinder, looking

18   at the second email in the chain dated November 7, 2017 --

19        MR. KELLER:  Could we call that out, Ms. Orozco.

20   Q.  -- was Mr. Vinder satisfied with the answers?

21   A.  No, he was not.

22        MR. KELLER:  If we could drop that callout,

23   Ms. Orozco.

24   Q.  And then looking at the top email in the chain, the last

25   email depicted here, did you then email Mr. Michel and say,

1    "What does this mean?  I thought the answers were

2    acceptable"?

3    A.  Yes, I did.

4    Q.  Were you relying on Mr. Michel for the information that

5    you were providing to the banks?

6    A.  Yes, I was.  Some of those documents I wouldn't have had

7    readily available to me as well as the answers that I

8    provided.

9            MR. KELLER:  You can drop that callout,

10   Ms. Orozco.

11   Q.  What ended up happening -- what did Mr. Vinder do with

12   these accounts at Morgan Stanley?

13   A.  Ultimately those accounts were -- those accounts were

14   closed down as well.

15   Q.  We talked earlier about some money that came in from Red

16   Rock IX Limited to an account that you had, an escrow

17   account associated with Higginbotham Law; is that right?

18   A.  Yes.

19   Q.  Do you recall what bank was your Higginbotham Law escrow

20   account at?

21   A.  Citibank.

22   Q.  And why did you then -- after being kicked out of City

23   National Bank and Morgan Stanley, why did you pivot to

24   Citibank?

25   A.  We were looking for a place to put money that was

1  continually coming in.  We had now been kicked out of CNB.

2  We had now been kicked out of Morgan Stanley.

3          My recommendation to Mr. Michel was take the

4  money -- you know, the check that was from Morgan Stanley,

5  put it in a safe somewhere, don't do anything with it, and

6  that obviously this money is toxic, and, you know, we're not

7  able to provide sufficient reasonable answers that are

8  acceptable to two established banking institutions.

9  Q.  And so in November of 2017, did you -- October of 2017,

10  excuse me, as we saw earlier, did you receive approximately

11  $40 million from Red Rock IX Limited into your Citibank

12  escrow account?

13  A.  Yes.  It was $41 million, and I thought at the very

14  least that because it was an escrow account it might not

15  have the same scrutiny that City National Bank would have

16  had nor Morgan Stanley, because there was no intermediary.

17  It was a bank account that was completely under my control.

18  Q.  Citibank, similar to City National Bank and Morgan

19  Stanley, did they also have questions about the funds after

20  the transfer from Red Rock?

21  A.  Yes, they did.  I received a phone call from one of

22  their representatives one evening, and they asked about the

23  origins of the funds, what the funds were for, and I

24  provided the answers.

25  Q.  Did you provide truthful information?

 1    A.  I did not.  I did not.

 2            MR. KELLER:  Ms. Orozco, if we could pull up what

 3    has not yet been admitted as Government's Exhibit 556.

 4    Q.  Mr. Higginbotham, prior to your testimony here today,

 5    did you listen to the audio of Government's Exhibit 556, the

 6    phone call from Citibank to you about these funds?

 7    A.  Yes, I did.

 8    Q.  And is this recording an accurate reflection of that

 9    call?

10    A.  Yes, it is.

11            MR. KELLER:  The government would move for

12    admission of Exhibit 556, Your Honor.

13            THE COURT:  Mr. Kenner, I assume you've heard this

14    at some point?

15            MR. KENNER:  Yes, I have, Your Honor.  I have no

16    objection to its admission.

17            MR. KELLER:  Ms. Orozco, if we could just start

18    from the beginning of the call to about the 15-second mark.

19            THE COURT:  Okay.  Let me admit it first.

20            MR. KELLER:  Oh, I'm sorry, Your Honor.

21            THE COURT:  556 without objection is admitted.

22            (Audio playing)

23            MR. KENNER:  Excuse me, Your Honor.  Can the

24    volume be raised?

25            THE COURT:  Can we make it a little louder?

```
 1                    I'm sorry, what was the question, Mr. Kenner?

 2                    MR. KENNER:  Could it be made louder?

 3                    THE COURT:  Okay.

 4                    MR. KELLER:  Oh, Ms. Patterson, could we also

 5      publish the exhibit?

 6                    THE COURT:  We have a transcript.  Is that

 7      published?

 8                    MR. KELLER:  Excuse me, Your Honor?

 9                    THE COURT:  Is the transcript being published, is

10      what I'm asking.

11                    MR. KELLER:  Yes, Your Honor, as a --

12                    THE COURT:  Okay.

13                    MR. KELLER:  Yes.

14                    Ms. Orozco, can we try playing this again from

15      the...

16                    (Audio playing)

17                    MR. KELLER:  All right.  Ms. Orozco, could we jump

18      now to the two-and-a-half-minute mark of the call.

19                    (Audio playing)

20                    MR. KELLER:  We could stop it there, Ms. Orozco.

21      Q.  Mr. Higginbotham, is that true, that Red Rock was an

22      investor that was going to work on music and entertainment

23      websites online and movies?  Was that true?

24      A.  No, it wasn't.  It's consistent with the legitimization

25      of the money as you've seen from the other documents that
```

1    were coming in.

2              MR. KELLER:  If we could keep playing the audio,

3    Ms. Orozco.

4              (Audio playing)

5              MR. KELLER:  If we could stop it there,

6    Ms. Orozco.

7    Q.  Again, Mr. Higginbotham, was there any due diligence

8    going on?

9    A.  No, not at all.

10   Q.  That was a lie?

11   A.  Yes, sir, it was.

12   Q.  Out of the $41 million that you were talking to the

13   Citibank representative about, what was your understanding

14   of how that money was going to be distributed?

15   A.  In the event that the extradition of Guo Wengui took

16   place, that it would -- $25 million of it would be

17   distributed to the people that had effectuated that

18   extradition, who had made the extradition happen.

19   Q.  Would there be any remainder of funds left over?

20   A.  Yes.  Whatever -- I can do the math in my head.

21   Whatever was remaining of the $25 million would be paid to

22   Mr. Michel.

23             MR. KELLER:  No further questions, Your Honor.

24             THE COURT:  All right.  Cross?

25             MR. KENNER:  Thank you, Your Honor.

 1            THE COURT:  Before he starts, why don't I have you

 2      stand and stretch for a second.

 3            Mr. Higginbotham, you can as well, if you want.

 4            THE WITNESS:  Pardon me?

 5            THE COURT:  You can stand and stretch, if you

 6      want, for a second.

 7            (Pause)

 8                        CROSS-EXAMINATION

 9      BY MR. KENNER:

10      Q.  Good afternoon, Mr. Higginbotham.

11      A.  Good afternoon, sir.

12      Q.  Did you keep a series of notes during the time period

13      that you've been testifying to in your handwriting, kind of

14      a diary of what was happening on particular dates?

15      A.  Yes, I did.  The dates were not always the best record,

16      but yes, I did keep a diary during this time.

17      Q.  Okay.

18            MR. KENNER:  May I just show the witness

19      Exhibit 371 not yet admitted?

20            THE COURT:  Is this the government's or yours?

21            MR. KENNER:  It's a government exhibit, Your

22      Honor.

23            Let me ask that you scroll through it so that

24      Mr. Higginbotham can see what we're talking about.

25            THE COURT:  So the jury should not be looking at

1    this.  It's not been --

2            MR. KENNER:  Not a --

3    Q.  Do you need to look at all of it to tell us that this

4    is, in fact, a true and correct copy of the notes that you

5    made throughout this time period?

6    A.  Yes.  As far as I can see, yes.

7    Q.  Okay.  Sir, you were a lawyer at this time, correct?

8    A.  Yes, I was.

9            THE COURT:  So it should be taken down, Dorothy.

10           MR. KENNER:  No, I'm going to go through it.

11           THE COURT:  Oh, you're going to go through it?  It

12   hasn't been admitted.

13           MR. KENNER:  May I exhibit or ask --

14           THE COURT:  Mr. Kenner, I'm just asking.  Are you

15   using it?  Does the jury see it or not see it, or what's

16   happening?

17           MR. KENNER:  No, I'm moving to admit Government's

18   Exhibit 371.

19           MR. KELLER:  Objection, Your Honor; hearsay.

20           MR. KENNER:  Your Honor, it's this witness's

21   recorded recollection of what was happening apparently in

22   real time.

23           THE COURT:  It may also include statements of

24   others, in which case there's -- some of this material --

25   just to accept it and admit it completely without certainly

1    looking at it to see whether there are some hearsay

2    statements in there.

3              MR. KENNER:  Okay.

4              THE COURT:  So there may be portions of it that

5    can be admitted and others not --

6              MR. KENNER:  Okay.

7              THE COURT:  -- without having some sense of what's

8    in there --

9              MR. KENNER:  Certainly.

10             THE COURT:  -- since I haven't seen it before.

11             Mr. Keller.

12             MR. KELLER:  Your Honor, the witness has not

13   expressed a lack of recollection that he needs to be

14   refreshed or --

15             MR. KENNER:  This is not to refresh his

16   recollection, Your Honor.

17             THE COURT:  All right.  Well, if it's for

18   inconsistent statements, you can use it in a different way.

19             MR. KENNER:  Thank you.

20   Q.  Sir, were --

21             THE COURT:  So we should -- I think you should

22   take it down until he needs to take a look at it, and you

23   can show it to him or a portion of it.

24   BY MR. KENNER:

25   Q.  Let me ask you this:  Did you start keeping this diary

1    of notes in November 2016?

2    A.   This particular --

3              MR. KELLER:  Your Honor, the exhibit is still up

4    for the witness, I believe.

5              THE COURT:  So are you asking the witness to

6    identify what the exhibit is about?

7              MR. KENNER:  He's already identified the exhibit.

8    I'm asking him a question about when it starts.

9              THE COURT:  Okay.  So my question is:  Are you

10   asking him separate from the exhibit, or do you want him to

11   be looking at the exhibit?

12             MR. KENNER:  No, he's welcome to look at the

13   exhibit, Your Honor.

14             THE COURT:  Well, there's maybe a problem with

15   looking at the exhibit.

16             Why don't we take the exhibit down.  If he needs

17   to have it refreshed, he can, or if you want to use it in a

18   different way, you can, of course.

19             MR. KENNER:  Thank you.

20             THE COURT:  So let's take it down at this point.

21             He should answer from his memory.  If he can't

22   remember, you can use it.

23             MR. KENNER:  Okay.

24   Q.   Let me then move to -- just to establish, you were, in

25   fact, a lawyer between November of 2016 and the time that

1    you got arrested in this case; is that correct?

2    A.  Yes, sir.

3    Q.  And was Mr. Michel a client of yours?

4    A.  Yes, he was.

5    Q.  And did you send out numerous letters on your letterhead

6    from the Offices of Higginbotham Law that said "I represent

7    Pras Michel"?

8    A.  The only letter that I'm aware of is the CNB.  There may

9    be other letters.

10   Q.  Okay.

11             THE COURT:  I'm sorry, what's CNB?

12             THE WITNESS:  City National Bank.

13             THE COURT:  Okay.

14   Q.  Did you send out emails saying that you represented Pras

15   Michel?

16   A.  Yes, I did.

17   Q.  All right.  And you're very clear that in your

18   relationship with Mr. Michel, you were the attorney, and he

19   was the client.  Correct?

20   A.  Yes.  Over the course of the 15 years I had represented

21   Mr. Michel as well as developed a friendship with him over

22   that time period.

23   Q.  My question is:  Between November 2016 and the time you

24   were arrested in this case, you represented, as a lawyer,

25   Mr. Michel, who was your client.  Correct?

1    A.  Yes.  Yes, that is true.

2    Q.  Thank you.

3            And did you at all times seek to provide

4    Mr. Michel with proper legal advice as to what can and

5    cannot be done with regard to the matters that you testified

6    to?

7    A.  I don't think that that would be a fair or accurate

8    representation.

9            I was more concerned with trying to do the best

10   for Mr. Michel, but clearly there were activities that I was

11   involved in that were extralegal and I was complicit in in

12   hiding and not being fully truthful in some of the

13   representations that were being made.

14   Q.  Okay.  Did you advise your client, Mr. Michel, that he

15   should not make these kinds of representations or ask you

16   to?

17   A.  I did not explicitly say to Mr. Michel that we should be

18   making false statements to a bank.  I did not explicitly say

19   to Mr. Michel that we are taking money from someone who's

20   been accused of the largest embezzlement scheme known to man

21   at this point in time.  I did not explicitly say those

22   things to him.

23   Q.  You mentioned the 1MDB frequently.  Do you have -- are

24   you aware that there's no money in connection with this case

25   that is alleged to have come from 1MDB?  Are you aware of

1    that?

2    A.  I couldn't answer that question either way, sir.

3    Q.  Okay.  Is your testimony, when you mention 1MDB, from

4    the belief that the government has evidence to connect money

5    from 1MDB to Mr. Michel and to the banks in this case?

6    A.  My belief is that Jho Low was part of -- and a part and

7    parcel of the 1MDB matter, and that potentially the money

8    that was involved and embezzled from 1MDB was, in part, the

9    money that was now being sent over to us through the various

10   banks that we've discussed previously.

11   Q.  Did you do any due diligence to determine whether or not

12   any money, a single dollar that Mr. Jho Low caused to be

13   sent to the United States, emanated from anything in

14   connection with 1MDB?

15   A.  I did not do any diligence to that effect.  I --

16   Q.  Did he -- I'm sorry, go ahead.

17              THE COURT:  Let him finish.

18              I'm sorry, what did you say?

19   A.  I did not do any due diligence to determine whether or

20   not money that was being sent from Jho Low to any of those

21   accounts was associated with 1MDB, but I would be -- I would

22   be unable to do that due diligence because they were coming

23   from Red Rock IX and the other shell companies that we

24   discussed.

25   Q.  Well, you were familiar with 1MDB, correct?

1    A.  Yes, I was.

2    Q.  You were familiar -- you saw it in the newspapers when

3    it came out in I believe 2015 in *The Wall Street Journal*?

4    A.  Yes, I was.

5    Q.  And you understood that there was an allegation that

6    Mr. Jho Low was involved in some nefarious activity in

7    connection with the 1MDB fund?

8    A.  Yes, I was.

9    Q.  Did you do anything to determine whether or not a single

10   dollar of the money in connection with this case came from

11   or was sourced from 1MDB?

12   A.  No, I did not.

13   Q.  And you have no basis to believe, as you sit there

14   today, that it was; isn't that true?

15   A.  That is definitely not true, sir.

16   Q.  Ah, okay.  Tell me your basis for believing that the

17   monies that you are writing letters about and that you are

18   depositing into or causing to be deposited into banks came

19   from 1MDB.  Tell the jury what the basis of that conclusion

20   of yours is.

21   A.  Well, you're asking the questions, sir.  So I can

22   address --

23   Q.  I just asked you to tell the jury --

24           THE COURT:  Excuse me.  Don't jump on each other's

25   lines, please.

1          So what's -- do you want him to answer the

2    question?

3          MR. KENNER:  Yes.

4          THE COURT:  Where are you with this?

5          MR. KENNER:  I want him to answer the question.

6    Q.  I want you to explain to the ladies and gentlemen of

7    this jury on what basis you have concluded that the money in

8    connection with the things that you were doing came from

9    funds from 1MDB.

10   A.  Okay.  So I would reference the extraordinary amount of

11   money that came -- I would reference the extraordinary

12   amount of money that was in the documents that the

13   government has provided thus far.

14         There were success fees of $75 million.  Over the

15   course of a period between May and October, I personally

16   received $41 million into my account.  There were other

17   monies in excess of $100 million that came out.

18         All of the conversations that I had with

19   Mr. Michel were of Jho Low; both conversations that I had

20   with Mr. Michel as well as traveling to Hong Kong and Macau.

21         I don't think that it's a reach, given the

22   extraordinary amount of money that was coming in and the

23   source of the money and the purpose of the money, to believe

24   that that money could have been associated with a $6 billion

25   embezzlement scheme that Mr. Jho Low was accused to be a

1      part of.

2                  If -- I just don't think that that's a reach.

3      Q.   Okay.  Did you ever do anything to determine whether or

4      not Jho Low was a billionaire before the 1MDB matter?

5      A.   I did not.

6      Q.   So you just assumed that the only way Jho Low could get

7      money like this was out of a 1MDB theft; is that correct?

8      A.   That's not a reach, sir.

9      Q.   That's not what?

10     A.   That is not a reach, to make that assumption.

11     Q.   Okay.  Is that, as a lawyer, the kind of assumption you

12     would rely on without doing any due diligence?

13     A.   Mr. Michel presented to me that the money was coming

14     from Jho Low.  Whether it had come through Mr. Laogumnerd,

15     whether it came through Red Rock, or any of the other shell

16     companies that were there, I was under the impression that

17     it was coming from Jho Low.

18     Q.   Okay.  Let's assume for purposes of these questions that

19     the money was coming from Jho Low.  On what basis did you

20     conclude that the money coming from Jho Low came from

21     anything in connection with the 1MDB matter?

22     A.   I think that I've answered that question already, sir.

23     Q.   Your answer is because -- you speculated that that's the

24     case, correct?

25     A.   Yes.

1    Q.  So as you sit here today as a witness, you have no

2    knowledge upon which to support your conclusion that this

3    money came from 1MDB, correct?

4    A.  No, other than what I've stated previously.

5    Q.  Okay.  Let me talk to you a little bit about the plea

6    agreement that you entered into.  Let me start first by

7    asking you:  Have you gone over the testimony that you gave

8    today with the government before you gave it?

9    A.  Yes, I have.

10   Q.  You were informed of what questions they would ask,

11   correct?

12   A.  Yes.

13   Q.  And you went over what your answers would be, correct?

14   A.  Yes.

15   Q.  And you discussed them until the government was

16   satisfied that you were saying it the way they wanted you

17   to; is that correct?

18           MR. KELLER:  Objection, Your Honor;

19   mischaracterizes the evidence, argumentative.

20           THE COURT:  I would just simply also say that

21   counsel -- both counsel were always allowed to prepare their

22   witnesses before they place them on the stand, so it's -- I

23   don't want the jury left with that there's something wrong

24   with preparing your witnesses.

25           MR. KENNER:  I didn't say there was.  I'm just

1    asking if it happened.

2         THE COURT:  Well, it's left with the feeling that

3    perhaps they should not be preparing their witnesses.

4         But you can continue with what the preparation

5    was.

6         MR. KENNER:  Thank you.

7    Q.  Now, you had entered into a plea agreement, correct?

8    A.  Yes, I did.

9    Q.  At the time you entered into that plea agreement, was

10   the government considering charging you or had they charged

11   you with the same counts that Mr. Michel is charged with

12   here?

13        MR. KELLER:  Objection; relevance and lack of

14   foundation.

15        THE COURT:  You're asking him what the government

16   was thinking of charging him with.  I think you need to have

17   a better question of what he would actually know about what

18   their plans were in prosecuting him.

19        MR. KENNER:  Okay.

20   Q.  What was your understanding of what you were being

21   investigated for by the Department of Justice or OIG?

22   A.  My participation in the matters that we've discussed

23   previously today.

24   Q.  Does that include violations of the Foreign Agents

25   Registration Act?

1    A.  They potentially could have been.  The negotiations that

2    took place between DOJ as to what I was or would not be

3    charged with were exclusive to my counsel and to DOJ.

4    Q.  Okay.  Was it ever your understanding that if you did

5    not agree to this cooperation agreement you would have been

6    indicted for more crimes than just the one that you pleaded

7    guilty to in making false statements to a bank?

8    A.  Yes, that was communicated to me.

9    Q.  All right.  And what was your understanding of what you

10   could have been charged with?

11   A.  Violations of FARA, if I remember correctly;

12   violations -- money laundering; and given the size of the

13   money, other bank fraud statutes.

14   Q.  Okay.

15            THE COURT:  Mr. Kenner, we're close to -- we're at

16   1:00.  I don't want to stop you.  Is this a good place?

17            MR. KENNER:  Yes, Your Honor, it is.

18            THE COURT:  All right.  So let's stop at this

19   point for lunch, and let me ask you to come back at 2 -- or

20   be ready to come out at 2:15.  Okay?

21            (Jury exits courtroom)

22            THE COURT:  All right.  We'll resume --

23   Mr. Higginbotham, be ready to come back at 2:15.  And you

24   cannot talk to anybody about your testimony or questions or

25   anything related to the case.  Okay?

1              THE WITNESS:  Sure.

2              THE COURT:  All right.  We'll see you all back at

3     2:15.

4              (Lunch recess taken at 12:57 p.m.)

5

6

7              **CERTIFICATE OF OFFICIAL COURT REPORTER**

8

9              I, LISA A. MOREIRA, RDR, CRR, do hereby

10    certify that the above and foregoing constitutes a true and

11    accurate transcript of my stenographic notes and is a full,

12    true and complete transcript of the proceedings to the best

13    of my ability.

14         Dated this 6th day of April, 2023.

15

16

17                              /s/Lisa A. Moreira, RDR, CRR
                              Official Court Reporter
18                              United States Courthouse
                              Room 6718
19                              333 Constitution Avenue, NW
                              Washington, DC 20001

20

21

22

23

24

25

## $

**$100** [4] - 6:14, 18:20, 88:5, 138:17
**$170,000** [1] - 10:25
**$25** [3] - 86:18, 129:16, 129:21
**$40** [1] - 126:11
**$41** [6] - 87:23, 97:6, 97:12, 126:13, 129:12, 138:16
**$70,000** [1] - 11:7
**$75** [2] - 37:6, 138:14

## /

**/s/Lisa** [1] - 143:16

## 1

**1** [5] - 43:9, 59:5, 62:12, 89:22, 94:8
**1.1** [3] - 94:10, 96:8, 96:10
**10** [5] - 38:19, 90:15, 91:7, 94:15, 100:23
**10.9** [1] - 77:10
**100%** [1] - 30:10
**1016** [1] - 1:13
**11** [3] - 91:17, 112:8, 112:10
**11:00** [1] - 70:10
**12:57** [1] - 143:4
**12th** [1] - 97:16
**13** [1] - 95:24
**1301** [1] - 1:13
**1400** [1] - 1:18
**15** [1] - 134:20
**15-second** [1] - 127:18
**15-year** [1] - 79:9
**151** [3] - 103:16, 104:5, 104:7
**157** [3] - 96:18, 97:20, 97:22
**16** [1] - 68:2
**161** [3] - 92:10, 93:7, 93:10
**163** [3] - 95:10, 96:2, 96:4
**16633** [1] - 1:22
**16th** [1] - 65:13
**17th** [2] - 54:11, 60:20
**18** [1] - 99:3
**19** [1] - 109:14
**19-cr-148-1** [1] - 4:3
**19th** [1] - 86:19
**1:00** [1] - 142:16
**1:19-cr-00148-CKK-1** [1] - 1:3
**1MDB** [42] - 7:10, 7:20,

8:12, 20:16, 24:21, 25:5, 26:11, 37:16, 38:8, 43:22, 51:1, 61:24, 63:23, 74:10, 79:4, 80:3, 81:23, 88:8, 102:12, 102:24, 105:20, 106:5, 115:6, 121:24, 135:23, 135:25, 136:3, 136:5, 136:7, 136:8, 136:14, 136:21, 136:25, 137:7, 137:11, 137:19, 138:9, 139:4, 139:7, 139:21, 140:3

## 2

**2** [3] - 48:9, 61:10, 142:19
**2.5** [1] - 60:25
**2.7** [1] - 60:17
**2.8** [1] - 60:22
**20** [2] - 90:9, 104:10
**20001** [2] - 2:8, 143:19
**20004** [1] - 2:4
**20005** [1] - 1:18
**2002-2003** [1] - 22:5
**2015** [1] - 137:3
**2016** [3] - 133:1, 133:25, 134:23
**2017** [53] - 7:7, 10:22, 13:1, 15:22, 17:4, 18:19, 18:20, 22:4, 22:8, 22:11, 23:7, 23:11, 24:18, 26:22, 27:18, 29:16, 31:7, 32:23, 34:7, 35:13, 35:22, 38:20, 41:16, 49:12, 50:13, 51:14, 56:18, 60:15, 60:24, 62:12, 64:19, 65:3, 68:2, 77:9, 77:11, 90:24, 93:4, 95:24, 97:17, 99:3, 100:3, 100:23, 103:8, 103:11, 104:10, 108:2, 109:14, 110:25, 113:8, 120:16, 124:18, 126:9
**2018** [4] - 9:11, 12:3, 14:14, 14:18
**202** [4] - 1:14, 1:19, 2:4, 2:9
**2023** [2] - 1:4, 143:14
**204** [3] - 98:16, 99:6, 99:8
**20530** [1] - 1:14

## 3

**3** [4] - 25:18, 37:11, 105:3, 106:14
**30** [1] - 100:15
**305** [5] - 38:16, 38:19, 39:17, 39:19, 39:21
**306** [5] - 39:6, 39:13, 39:17, 39:19, 40:14, 100:16, 101:1, 101:3, 101:18
**307** [3] - 41:12, 41:24, 42:4
**308** [7] - 42:15, 42:20, 43:3, 43:4, 101:13, 101:14, 101:17
**31** [1] - 50:13
**333** [2] - 2:8, 143:18
**346** [4] - 62:3, 62:11, 62:21, 62:23
**354-3187** [1] - 2:9
**363** [4] - 109:5, 109:7, 109:17, 109:19
**371** [2] - 130:19, 131:18
**372** [4] - 107:18, 108:5, 108:7, 111:15
**373** [1] - 111:21
**374** [3] - 112:25, 113:10, 113:12
**381** [3] - 118:1, 118:11, 118:13
**382** [3] - 118:21, 119:3, 119:5
**396** [2] - 120:12, 120:13
**3rd** [3] - 27:18, 54:10,

## 21

**21** [1] - 90:9
**210** [3] - 99:22, 100:6, 100:8
**22** [6] - 88:12, 90:6, 90:10, 90:11, 90:13, 90:14
**23rd** [3] - 78:3, 87:22, 88:6
**24** [1] - 26:22
**25** [1] - 60:24
**26** [2] - 110:25, 120:16
**27** [3] - 41:16, 108:2, 113:8
**274** [3] - 26:13, 26:21, 27:2
**275** [4] - 30:25, 31:23, 31:25, 36:6
**2:15** [3] - 142:20, 142:23, 143:3
**2am** [1] - 30:3
**2nd** [3] - 62:12, 63:1, 104:3

## 54:18

**54:18**

## 4

**4** [7] - 10:16, 36:20, 37:12, 77:5, 93:4, 98:10, 106:12
**402** [1] - 121:3
**403** [2] - 122:19, 122:20
**404** [2] - 122:19, 123:2
**405** [1] - 122:19
**406** [4] - 124:1, 124:5, 124:14, 124:16
**429** [1] - 25:17
**439** [8] - 45:9, 45:11, 45:12, 45:14, 45:21, 45:23, 61:4, 61:10
**449** [1] - 45:11

## 5

**5** [1] - 100:3
**51** [2] - 86:24, 87:9
**535** [4] - 8:22, 9:14, 9:16, 10:7
**556** [4] - 127:3, 127:5, 127:12, 127:21
**598-2231** [1] - 1:14
**598-2816** [1] - 1:19

## 6

**6** [5] - 1:4, 11:9, 11:10, 31:7, 138:24
**611** [1] - 53:3
**641** [1] - 2:3
**662** [10] - 57:12, 57:21, 59:3, 59:6, 59:15, 59:18, 61:4, 61:7, 77:5, 82:22
**662-3** [1] - 61:5
**663** [2] - 59:6, 77:14
**671** [3] - 18:18, 51:25, 52:4
**6718** [2] - 2:7, 143:18
**681** [4] - 52:11, 65:1, 73:16, 78:13
**6th** [1] - 143:14

## 7

**7** [2] - 90:24, 124:18
**7.5** [2] - 100:1, 100:11
**739** [3] - 110:12, 111:3, 111:5
**741** [2] - 123:7, 123:17, 123:21

## 8

**8** [3] - 25:3, 37:1,

## 60:14

**60:14**
**8.4** [1] - 78:4
**8.9** [1] - 105:4
**818** [1] - 1:23
**888-2728** [1] - 2:4
**8th** [1] - 54:11

## 9

**9** [2] - 77:9, 77:11
**91436** [1] - 1:23
**995-1195** [1] - 1:23
**9:23** [1] - 1:4

## A

**a.m** [1] - 1:4
**abbreviation** [1] - 97:25
**ability** [5] - 7:8, 61:25, 66:1, 81:22, 143:13
**able** [13] - 23:18, 25:12, 26:9, 48:23, 49:2, 63:17, 66:24, 76:10, 79:16, 84:8, 85:4, 85:22, 126:7
**absolutely** [3] - 22:13, 22:25, 51:20
**accept** [5] - 8:14, 60:4, 119:21, 131:25
**acceptable** [2] - 125:2, 126:8
**access** [1] - 81:17
**accordingly** [1] - 119:22
**account** [32] - 49:23, 50:1, 57:19, 59:19, 59:22, 60:3, 60:18, 61:8, 77:10, 77:22, 81:7, 81:25, 83:15, 86:9, 86:12, 86:16, 87:19, 87:20, 97:7, 97:12, 117:23, 118:17, 118:25, 125:16, 125:17, 125:20, 126:12, 126:14, 126:17, 138:16
**accounts** [4] - 103:8, 105:13, 107:2, 107:5, 114:23, 119:10, 119:18, 120:17, 120:25, 125:12, 125:13, 136:21
**accurate** [4] - 44:14, 127:8, 135:7, 143:11
**accurately** [1] - 16:7
**accused** [4] - 12:8, 105:20, 135:20, 138:25

**achieve** [1] - 63:17
**acquire** [1] - 98:1
**acquired** [1] - 98:5
**Acquisition** [1] - 97:23
**Act** [1] - 141:25
**act** [1] - 79:9
**Action** [1] - 1:3
**actions** [1] - 50:13
**actively** [1] - 7:25
**activities** [3] - 21:23, 117:11, 135:10
**activity** [1] - 137:6
**actual** [2] - 79:6, 79:18
**Adam** [1] - 120:2
**addition** [4] - 11:1, 15:15, 15:18, 123:9
**additional** [11] - 35:4, 52:24, 57:5, 72:9, 82:17, 92:22, 104:16, 104:21, 108:10, 110:16, 119:21
**address** [1] - 137:22
**adequate** [1] - 34:9
**administration** [2] - 64:13, 67:21
**admission** [25] - 9:13, 27:2, 31:23, 39:17, 41:24, 43:3, 45:21, 62:21, 90:6, 93:7, 96:2, 97:20, 100:6, 101:1, 104:5, 108:5, 109:17, 111:2, 113:10, 118:11, 119:3, 123:21, 124:14, 127:12, 127:16
**admit** [31] - 9:16, 9:22, 27:6, 31:25, 39:19, 42:2, 42:4, 43:4, 45:23, 62:23, 88:18, 90:8, 93:9, 96:4, 97:22, 99:5, 99:8, 100:8, 101:3, 104:7, 108:7, 109:19, 111:5, 113:12, 118:13, 119:5, 123:23, 124:16, 127:19, 131:17, 131:25
**admitted** [70] - 8:21, 18:17, 19:1, 25:17, 26:14, 31:1, 38:17, 39:10, 41:12, 42:16, 45:10, 48:12, 48:15, 51:24, 52:12, 52:21, 57:12, 57:13, 57:21, 57:25, 58:2, 58:11, 58:15, 59:4, 59:14, 59:18, 61:3, 62:3,

71:19, 71:20, 71:23, 77:4, 77:14, 82:21, 83:7, 85:22, 86:24, 87:12, 87:13, 88:11, 88:13, 88:17, 92:10, 95:10, 96:18, 98:16, 99:22, 100:15, 101:13, 101:14, 101:17, 101:18, 103:16, 109:4, 110:12, 111:15, 111:21, 118:2, 118:20, 120:12, 120:13, 121:3, 122:18, 123:7, 124:4, 127:3, 127:21, 130:19, 131:12, 132:5
**admitting** [1] - 72:13
**advice** [1] - 135:4
**advise** [1] - 135:14
**advisor** [2] - 13:8, 106:16
**advisory** [1] - 91:25
**Advocacy** [1] - 93:25
**AEP** [2] - 98:1, 98:3
**affairs** [1] - 78:19
**affairs'** [1] - 82:2
**African** [1] - 99:18
**afternoon** [2] - 130:10, 130:11
**afterwards** [1] - 117:24
**agents** [1] - 63:10
**Agents** [1] - 141:24
**ago** [1] - 12:4
**agree** [4] - 21:25, 105:24, 106:3, 142:5
**agreed** [1] - 87:4
**Agreement** [2] - 93:13, 97:24
**agreement** [46] - 8:25, 9:8, 9:18, 10:12, 10:17, 11:4, 11:13, 11:17, 11:20, 23:2, 31:19, 36:8, 36:25, 38:24, 39:13, 40:14, 40:17, 42:21, 44:2, 45:2, 45:14, 47:16, 50:10, 50:22, 90:22, 93:21, 94:4, 95:21, 95:24, 96:25, 97:10, 98:25, 99:3, 99:25, 100:3, 100:22, 101:25, 112:3, 112:11, 140:6, 141:7, 141:9, 142:5
**agreement..** [1] - 97:15
**agreements** [14] -

15:1, 15:3, 15:16, 15:18, 15:19, 16:6, 16:7, 19:13, 19:14, 32:4, 45:17, 51:9, 90:1, 106:9
**agrees** [1] - 98:1
**agt** [1] - 31:10
**ahead** [12] - 4:23, 16:25, 33:4, 42:5, 49:7, 62:9, 66:21, 73:14, 86:4, 88:18, 95:17, 136:16
**aicb@biaprotect. com** [1] - 1:24
**airplanes** [1] - 74:21
**airport** [1] - 80:14
**airports** [1] - 21:1
**allegation** [1] - 137:5
**alleged** [1] - 135:25
**allow** [8] - 7:2, 19:18, 33:8, 44:9, 56:2, 59:24, 65:17, 83:3
**allowed** [3] - 53:2, 83:17, 140:21
**almost** [3] - 12:3, 35:23, 46:18
**ALON** [1] - 1:21
**alternate** [3] - 49:23, 49:25, 60:3
**ambassador** [19] - 65:6, 65:8, 65:12, 65:14, 65:15, 65:20, 65:22, 67:5, 67:11, 67:16, 67:23, 68:6, 68:14, 69:8, 69:13, 69:20, 70:4, 74:16, 75:24
**ambassador's** [1] - 69:11
**AMERICA** [1] - 1:2
**American** [1] - 81:10
**AML** [3] - 104:12, 104:13, 104:20
**amount** [17] - 10:20, 16:1, 16:5, 19:21, 20:5, 26:10, 37:7, 42:13, 67:6, 77:10, 78:4, 87:23, 105:12, 117:6, 138:10, 138:12, 138:22
**amounts** [6] - 49:15, 61:6, 61:9, 61:11, 114:22
**analysis** [1] - 91:25
**anecdote** [1] - 73:24
**Angeles** [2] - 61:24, 78:23
**Anicorn** [52] - 40:18, 40:24, 41:9, 42:21, 43:11, 43:13, 43:14,

44:2, 44:17, 45:3, 45:4, 45:5, 45:14, 47:23, 49:13, 57:20, 59:19, 59:22, 60:17, 61:8, 77:9, 77:18, 83:15, 86:9, 86:13, 86:16, 93:2, 93:14, 93:22, 94:20, 95:2, 95:6, 95:22, 97:1, 99:1, 99:13, 99:15, 99:16, 100:22, 101:25, 103:7, 103:24, 104:21, 105:1, 107:5, 107:8, 107:12, 107:24, 114:4, 117:21, 120:16
**ANICORN** [3] - 41:18, 41:20, 101:6
**animosity** [1] - 22:14
**Anne** [1] - 4:10
**announced** [1] - 21:21
**anonymization** [1] - 50:4
**anonymize** [6] - 16:16, 19:20, 20:8, 21:20, 52:9, 101:10
**anonymized** [1] - 44:25
**answer** [22] - 5:12, 5:16, 5:20, 5:21, 5:23, 13:10, 17:15, 21:11, 29:8, 44:11, 46:4, 65:18, 66:21, 75:14, 76:12, 114:19, 121:19, 133:21, 136:2, 138:1, 138:5, 139:23
**Answer** [1] - 17:16
**answered** [3] - 59:23, 108:18, 139:22
**answers** [12] - 49:3, 110:2, 121:14, 123:14, 123:18, 124:17, 124:20, 125:1, 125:7, 126:7, 126:24, 140:13
**apartment** [3] - 63:5, 74:15, 75:19
**apologies** [1] - 104:19
**apologize** [2] - 57:13, 92:15
**appear** [1] - 61:11
**appearances** [2] - 26:5, 66:23
**APPEARANCES** [2] - 1:11, 2:1
**appendix** [1] - 91:21
**applicable** [1] - 11:6
**appreciate** [1] - 30:6,

30:14, 89:3
**approached** [2] - 7:7, 78:18
**appropriate** [3] - 28:24, 61:20, 89:6
**appropriately** [1] - 25:13
**approximate** [1] - 78:4
**apps** [1] - 17:2
**April** [7] - 1:4, 31:7, 38:19, 41:16, 100:23, 143:14
**argument** [2] - 53:9, 53:11
**argumentative** [1] - 140:19
**Armstrong** [2] - 18:7, 18:9
**arrange** [2] - 63:19, 66:1
**arrangement** [2] - 28:8, 51:11
**arrested** [2] - 134:1, 134:24
**arrived** [1] - 44:16
**Artemus** [24] - 77:17, 77:18, 77:23, 78:5, 90:3, 90:22, 91:4, 91:10, 91:15, 91:25, 95:3, 100:1, 100:11, 103:7, 103:24, 104:21, 107:5, 107:9, 107:12, 108:20, 112:4, 112:13, 117:21, 120:17
**arthritis** [1] - 116:3
**article** [1] - 108:4
**Asia** [3] - 40:8, 42:10, 54:3
**Asian** [1] - 99:18
**aspects** [1] - 34:15
**assets** [4] - 38:5, 95:2, 98:3, 98:7
**assist** [3] - 18:3, 23:18, 24:21
**Assistance** [1] - 11:11
**assistant** [2] - 68:5, 68:13
**assisting** [1] - 23:12
**associate** [3] - 79:15, 80:13, 95:1
**associated** [12] - 7:15, 8:15, 14:20, 16:20, 23:13, 38:5, 46:16, 67:25, 119:10, 125:17, 136:21, 138:24
**assume** [5] - 52:20, 75:8, 93:21, 127:13,

139:18
**assumed** [1] - 139:6
**assuming** [1] - 56:2
**assumption** [2] -
139:10, 139:11
**assure** [1] - 30:8
**attached** [2] - 39:14,
121:20
**attachment** [14] - 31:9,
31:17, 31:18, 38:24,
40:7, 40:13, 41:20,
42:20, 110:13,
110:16, 110:22,
111:17, 118:5, 118:6
**attachments** [3] -
108:19, 111:16,
122:17
**attempt** [4] - 21:20,
101:9, 117:10,
119:20
**attitude** [1] - 20:12
**attorney** [7] - 7:8,
13:8, 13:25, 69:4,
79:21, 134:18
**attorneys** [2] - 23:16,
23:22
**audio** [5] - 127:5,
128:16, 128:19,
129:2, 129:4
**Audio** [1] - 127:22
**August** [9] - 14:14,
35:12, 77:8, 77:11,
78:3, 78:8, 90:24,
93:4, 104:3
**available** [1] - 125:7
**Avenue** [5] - 1:13,
1:18, 2:3, 2:8,
143:18
**aware** [18] - 14:6,
14:11, 21:5, 21:7,
21:18, 23:8, 56:14,
70:25, 71:7, 72:10,
83:9, 94:22, 95:5,
100:10, 100:13,
134:8, 135:24,
135:25
**Aziz** [2] - 51:4, 51:5

## B

**baby** [1] - 27:11
**BAG** [3] - 29:3, 29:4,
29:9
**bag** [1] - 31:5
**bags** [2] - 29:6, 29:13
**Bangkok** [2] - 56:15,
56:24
**Bank** [19] - 103:13,
103:24, 106:20,
107:23, 107:24,

108:11, 109:12,
110:23, 113:4,
114:11, 114:13,
117:22, 118:16,
119:19, 120:8,
125:23, 126:15,
126:18, 134:12
**bank** [34] - 6:17, 8:13,
14:25, 19:19, 20:7,
49:23, 59:6, 60:13,
61:7, 83:14, 103:7,
105:18, 105:24,
106:3, 106:7, 106:9,
106:22, 107:1,
107:4, 107:25,
109:21, 110:1,
112:6, 112:19,
113:19, 113:25,
119:11, 119:13,
119:20, 125:19,
126:17, 135:18,
142:7, 142:13
**banking** [6] - 44:24,
81:10, 114:15,
121:8, 121:11, 126:8
**banks** [17] - 6:14,
6:18, 7:16, 8:1, 8:3,
8:14, 9:11, 16:2,
19:16, 20:2, 102:25,
103:4, 119:8, 125:5,
136:5, 136:10,
137:18
**Barry** [5] - 23:13,
30:10, 30:20, 30:21,
106:18
**based** [17] - 6:13,
10:19, 20:16, 21:9,
21:15, 23:19, 24:16,
27:23, 29:20, 34:3,
34:6, 36:25, 46:18,
46:19, 56:3, 76:12,
82:3
**bases** [1] - 27:14
**basis** [8] - 9:19, 46:19,
69:18, 137:13,
137:16, 137:19,
138:7, 139:19
**bear** [1] - 22:14
**become** [2] - 23:8,
27:12
**BEFORE** [1] - 1:9
**began** [2] - 16:16, 63:8
**beginning** [7] - 14:18,
16:15, 23:5, 44:14,
89:11, 121:11,
127:18
**behalf** [4] - 4:10,
10:23, 85:3, 106:23
**behest** [1] - 64:1
**behind** [3] - 8:11,

105:19, 105:20
**Bekkadem** [3] - 23:13,
30:21, 106:18
**belief** [2] - 136:4,
136:6
**believes** [1] - 48:2
**below** [1] - 104:25
**bench** [34] - 33:15,
35:9, 53:13, 56:5,
58:22, 59:13,
115:22, 117:2
**beneficial** [1] - 64:21
**best** [6] - 25:10, 94:3,
102:22, 130:15,
135:9, 143:12
**better** [4] - 69:4,
80:16, 110:5, 141:17
**between** [26] - 15:11,
31:20, 35:19, 40:3,
40:18, 41:9, 42:21,
43:24, 44:2, 44:17,
45:14, 66:7, 90:22,
93:14, 95:21, 97:1,
99:1, 100:22,
101:25, 112:3,
122:1, 124:11,
133:25, 134:23,
138:15, 142:2
**biggest** [1] - 23:22
**billable** [1] - 28:11
**billion** [1] - 138:24
**billionaire** [1] - 139:4
**billions** [1] - 8:11
**bit** [5] - 5:14, 16:24,
19:8, 113:1, 140:5
**blank** [2] - 54:9, 54:12
**block** [2] - 37:20,
37:22
**blow** [4] - 86:25, 87:3,
92:14, 104:8
**blow-up** [1] - 87:3
**blown** [1] - 88:23
**board** [1] - 21:21
**boat** [1] - 122:9
**body** [1] - 73:1
**bolded** [1] - 50:7
**book** [2] - 82:24, 84:20
**boring** [1] - 30:4
**born** [1] - 27:18
**Borrower** [2] - 93:20,
93:24
**borrower** [1] - 93:22
**bottom** [5] - 11:10,
50:8, 60:24, 104:9,
107:7
**bought** [1] - 96:15
**Boulevard** [1] - 1:22
**box** [4] - 28:15, 88:23,
96:7, 113:22
**brand** [2] - 43:11,

43:14
**break** [3] - 47:3, 69:8,
70:15
**brief** [1] - 68:13
**bring** [11] - 4:15, 4:22,
10:6, 48:25, 52:16,
56:22, 73:16, 73:22,
75:4, 81:14, 84:13
**brings** [1] - 72:23
**Broidy** [29] - 10:5,
17:7, 25:15, 25:19,
25:24, 26:4, 26:6,
32:21, 33:13, 36:18,
40:22, 41:1, 43:20,
61:14, 61:17, 61:19,
73:21, 73:25, 74:4,
79:10, 79:11, 79:20,
79:23, 79:24, 80:3,
81:20, 102:10,
106:4, 106:5
**Broidy's** [2] - 32:18,
44:25
**brought** [3] - 20:13,
20:14, 47:1
**build** [1] - 12:23
**built** [1] - 14:9
**bullet** [1] - 56:22
**bunch** [2] - 29:6, 29:12
**burner** [2] - 16:12,
16:21
**business** [18] - 28:1,
30:3, 30:7, 30:15,
41:8, 66:12, 66:25,
93:24, 95:6, 99:16,
100:11, 101:6,
106:9, 106:19,
117:14, 119:9,
122:11, 122:14
**BY** [9] - 6:3, 35:10,
56:13, 73:18, 86:6,
89:24, 117:3, 130:9,
132:24

## C

**CA** [1] - 1:23
**callout** [15] - 28:15,
36:12, 48:8, 50:6,
60:8, 77:25, 84:18,
88:23, 94:5, 96:7,
113:22, 114:25,
120:19, 124:22,
125:9
**callouts** [1] - 85:16
**cannot** [3] - 84:18,
135:5, 142:24
**capacity** [2] - 17:12,
17:21
**capped** [1] - 11:7
**caption** [1] - 38:10

**card** [4] - 66:12, 66:18,
66:25, 74:3
**careful** [2] - 73:4, 73:5
**Carlstrom** [1] - 4:10
**cart** [2] - 80:11, 80:14
**case** [25] - 6:11, 7:10,
8:25, 9:8, 10:19,
12:5, 12:25, 38:10,
38:11, 38:13, 45:18,
51:19, 72:18, 72:19,
72:20, 82:10, 98:1,
131:24, 134:1,
134:24, 135:24,
136:5, 137:10,
139:24, 142:25
**cases** [4] - 50:10,
50:23, 51:15, 115:10
**caused** [1] - 136:12
**causing** [1] - 137:18
**cavalier** [2] - 20:12,
20:13
**cease** [1] - 50:11
**certain** [3] - 48:12,
74:2, 99:17
**certainly** [7] - 22:10,
35:3, 55:25, 76:6,
116:23, 131:25,
132:9
**CERTIFICATE** [1] -
143:7
**certificate** [1] - 122:21
**certify** [1] - 143:10
**cetera** [5] - 13:14,
16:17, 34:17, 69:2
**chain** [3] - 124:11,
124:18, 124:24
**chair** [1] - 5:8
**change** [1] - 71:22
**characterize** [1] -
79:18
**charge** [2] - 28:13,
29:1
**charged** [4] - 141:10,
141:11, 142:3,
142:10
**charging** [2] - 141:10,
141:16
**CHARLES** [2] - 2:2,
2:2
**Charles** [1] - 4:10
**charles@**
**charleshaskell.com**
[1] - 2:5
**chart** [3] - 53:16, 55:3,
55:14
**charts** [2] - 53:20,
53:25
**check** [1] - 126:4
**checked** [1] - 24:4
**chief** [1] - 74:5

**China** [12] - 49:21,
49:24, 64:10, 64:13,
64:20, 74:16, 75:4,
76:3, 78:10, 80:20,
81:25, 102:14
**Chinese** [41] - 7:22,
20:17, 54:3, 63:10,
63:11, 63:14, 64:1,
64:2, 64:4, 64:17,
64:23, 65:4, 65:6,
65:8, 65:12, 65:20,
65:21, 66:3, 67:4,
67:11, 67:16, 67:24,
68:2, 68:6, 68:20,
69:8, 69:11, 69:13,
69:20, 70:4, 73:17,
73:20, 74:16, 74:25,
75:23, 76:24, 78:18,
82:3, 102:16
**chip** [1] - 74:3
**chips** [1] - 74:6
**chronologically** [2] -
23:5, 54:10
**circle** [2] - 74:3,
123:13
**circuitous** [1] - 105:14
**Citibank** [6] - 125:21,
125:24, 126:11,
126:18, 127:6,
129:13
**City** [26] - 63:3,
103:12, 103:24,
106:20, 107:23,
107:24, 108:10,
108:13, 109:11,
110:23, 113:4,
114:11, 114:12,
114:15, 117:8,
117:10, 117:19,
117:21, 117:22,
118:16, 119:19,
120:8, 125:22,
126:15, 126:18,
134:12
**city** [2] - 103:9, 117:19
**civil** [7] - 7:9, 13:19,
38:4, 50:10, 50:23,
51:15, 121:25
**civilian** [2] - 66:2, 68:1
**clarify** [1] - 46:6
**clean** [1] - 8:17
**clear** [4] - 5:9, 48:4,
66:6, 134:17
**clearly** [6] - 19:21,
76:23, 79:1, 82:10,
110:2, 135:10
**CLERK** [1] - 33:20
**click** [1] - 65:2
**client** [13] - 23:10,
32:8, 44:2, 44:17,

44:20, 45:1, 85:3,
100:22, 102:1,
134:3, 134:19,
134:25, 135:14
**clients** [4] - 13:22,
13:24, 114:5, 119:9
**clients'** [1] - 119:10
**close** [5] - 52:8, 77:19,
106:21, 114:20,
142:15
**closed** [3] - 117:23,
119:19, 125:14
**closer** [5] - 19:8, 19:9,
79:7, 79:19, 79:22
**closing** [2] - 53:9,
53:11
**closure** [2] - 118:17,
118:25
**CNB** [7] - 110:23,
111:8, 111:18,
121:13, 126:1,
134:8, 134:11
**co** [11] - 17:18, 17:19,
33:5, 33:10, 34:2,
34:5, 34:8, 35:2,
75:13, 76:7, 76:9
**co-conspirator** [10] -
17:18, 17:19, 33:10,
34:2, 34:5, 34:8,
35:2, 75:13, 76:7,
76:9
**co-conspirators** [1] -
33:5
**COLFAX** [1] - 31:9
**Colfax** [19] - 31:20,
32:11, 32:14, 32:24,
34:7, 34:10, 34:15,
35:19, 36:2, 36:24,
37:9, 37:22, 38:13,
40:18, 40:24, 41:9,
43:25, 44:15, 51:12
**COLLEEN** [1] - 1:9
**colloquial** [2] - 29:5,
29:10
**COLUMBIA** [1] - 1:1
**comey** [1] - 63:13
**comfortable** [1] -
67:12
**coming** [35] - 6:20,
8:15, 8:18, 15:12,
16:3, 16:5, 19:21,
20:5, 21:1, 27:12,
47:7, 56:24, 56:25,
63:25, 81:12, 90:2,
103:2, 105:13,
105:16, 105:25,
112:20, 114:14,
114:19, 114:22,
117:7, 126:1, 129:1,
136:22, 138:22,

139:13, 139:17,
139:19, 139:20
**comments** [1] - 21:16
**commit** [1] - 12:7
**committed** [1] - 22:20
**common** [1] - 109:2
**commonly** [1] - 11:22
**Commonwealth** [1] -
8:12
**communicate** [1] -
17:1
**communicated** [4] -
60:1, 106:7, 107:4,
142:8
**communicating** [1] -
20:6
**Communications** [1] -
91:1
**communications** [4] -
29:21, 91:4, 107:1,
112:14
**companies** [4] - 45:7,
57:9, 136:23, 139:16
**company** [8] - 12:23,
46:2, 47:6, 51:7,
96:11, 97:11, 107:9,
107:10
**Company** [1] - 94:11
**comparing** [1] - 61:8
**compensation** [1] -
27:22
**complete** [4] - 66:2,
80:5, 123:13, 143:12
**completely** [4] - 19:20,
117:12, 126:17,
131:25
**complicit** [1] - 135:11
**compound** [1] - 46:24
**computer** [1] - 59:1
**conceal** [5] - 7:25, 8:5,
50:2, 105:24, 117:15
**concealed** [1] - 117:20
**concern** [3] - 18:10,
20:13, 28:4
**concerned** [10] - 20:3,
66:8, 72:18, 78:20,
81:6, 81:7, 105:8,
105:12, 121:7, 135:9
**concerning** [1] - 20:14
**concerns** [12] - 19:16,
19:19, 19:23, 19:24,
19:25, 20:2, 20:9,
20:18, 20:19, 21:24,
105:21, 121:4
**conclude** [2] - 69:17,
139:20
**concluded** [1] - 138:7
**conclusion** [5] - 7:1,
21:8, 33:1, 137:19,
140:2

**conclusions** [1] -
69:19
**condominium** [2] -
63:5, 75:19
**conduct** [7] - 10:3,
10:20, 17:8, 33:6,
34:6, 34:9, 94:11
**conducted** [1] - 94:13
**conference** [10] -
33:15, 35:9, 53:13,
56:5, 58:22, 59:13,
68:11, 68:12,
115:22, 117:2
**configuration** [1] -
63:2
**conflict** [1] - 114:6
**conflicted** [1] - 24:4
**Congress** [2] - 13:11,
61:20
**congressional** [1] -
13:9
**connect** [1] - 136:4
**connected** [1] - 61:18
**connection** [6] -
135:24, 136:14,
137:7, 137:10,
138:8, 139:21
**connections** [1] -
23:17
**consider** [2] - 22:8,
76:9
**consideration** [1] -
94:10
**considered** [1] - 66:10
**considering** [1] -
141:10
**consistent** [5] - 20:12,
66:24, 81:19, 90:4,
128:24
**conspiracy** [5] - 6:17,
9:10, 9:23, 76:10,
116:16
**conspirator** [10] -
17:18, 17:19, 33:10,
34:2, 34:5, 34:8,
35:2, 75:13, 76:7,
76:9
**conspirators** [1] - 33:5
**constitutes** [1] -
143:10
**Constitution** [2] - 2:8,
143:18
**construct** [1] - 110:4
**construction** [1] -
12:24
**consulting** [18] -
15:19, 16:6, 19:13,
32:4, 39:13, 40:14,
40:17, 42:21, 43:12,
43:15, 90:1, 99:13,

100:22, 101:7,
101:25, 107:8,
112:3, 112:11
**Consulting** [1] - 94:1
**contact** [4] - 34:17,
35:11, 67:24, 68:19
**contacted** [1] - 68:4
**contacts** [5] - 18:13,
23:6, 26:2, 35:23,
61:20
**contain** [1] - 49:11
**contains** [1] - 11:5
**contemplated** [1] -
36:24
**context** [5] - 44:9,
54:2, 59:24, 75:12,
116:23
**contextualizes** [1] -
54:4
**continually** [1] - 126:1
**continue** [5] - 22:1,
30:8, 80:1, 114:16,
141:4
**Continued** [1] - 1:25
**CONTINUED** [1] - 2:1
**contract** [1] - 28:13,
32:2, 32:7, 35:19,
37:5, 38:3, 43:24,
44:15, 44:17, 52:2,
61:11
**contracts** [17] - 14:25,
15:3, 15:10, 15:11,
15:15, 15:18, 16:4,
16:6, 19:13, 32:4,
39:1, 41:5, 49:16,
51:9, 64:15, 90:1,
108:20
**contribute** [1] - 29:2
**control** [2] - 81:22,
126:17
**convention** [2] -
64:16, 64:18
**conversation** [2] -
75:18
**conversations** [7] -
21:13, 21:15, 35:15,
46:18, 75:2, 138:18,
138:19
**convince** [3] - 79:11,
80:2, 117:10
**convinced** [1] - 79:6,
108:14
**cooperate** [1] - 12:5
**cooperating** [1] -
12:15
**cooperation** [4] -
11:13, 11:17, 11:20,
142:5
**copy** [1] - 131:4
**corporate** [1] - 114:4

**corporations** [1] - 45:7
**correct** [20] - 30:10, 44:19, 50:21, 54:21, 75:10, 87:10, 123:11, 131:4, 131:7, 134:1, 134:19, 134:25, 136:25, 139:7, 139:24, 140:3, 140:11, 140:13, 140:17, 141:7
**correctly** [4] - 30:12, 50:16, 114:8, 142:11
**correspond** [1] - 106:22
**Council** [1] - 67:19
**counsel** [16] - 4:8, 5:11, 5:19, 22:23, 26:18, 31:16, 42:18, 43:1, 48:13, 52:17, 71:17, 87:7, 96:19, 140:21, 142:3
**Counsel** [5] - 9:2, 9:5, 29:7, 47:18, 58:15
**counsel's** [1] - 107:19
**counter** [1] - 67:24
**counterpart** [2] - 67:24, 68:20
**counts** [1] - 141:11
**couple** [1] - 82:14
**course** [9] - 16:22, 34:7, 35:22, 85:3, 103:11, 116:15, 133:18, 134:20, 138:15
**Court** [6] - 2:6, 2:7, 11:22, 52:17, 76:9, 143:17
**court** [2] - 104:17, 116:12
**COURT** [206] - 1:1, 4:2, 4:7, 4:12, 4:15, 4:18, 4:21, 5:1, 5:7, 5:11, 7:2, 9:16, 10:8, 15:7, 16:24, 17:19, 19:1, 19:7, 19:10, 19:12, 19:18, 21:10, 23:1, 24:13, 27:3, 27:6, 29:9, 31:25, 33:4, 33:8, 33:11, 33:13, 33:17, 33:23, 34:1, 34:12, 34:14, 35:1, 35:7, 39:19, 42:2, 42:4, 43:4, 44:6, 44:9, 45:11, 45:23, 46:6, 47:1, 48:4, 48:16, 48:22, 49:2, 49:5, 52:15, 52:20, 52:25, 53:4, 53:11,

53:15, 53:20, 54:6, 54:12, 54:15, 54:23, 55:5, 55:8, 55:16, 55:23, 56:6, 56:17, 57:21, 58:2, 58:11, 58:20, 58:24, 59:3, 59:8, 59:12, 59:14, 59:24, 62:5, 62:9, 62:23, 65:17, 66:17, 66:21, 69:7, 69:16, 70:1, 70:9, 70:12, 70:18, 71:4, 71:6, 71:14, 72:4, 73:9, 73:12, 75:8, 75:11, 76:6, 76:18, 82:25, 83:3, 83:19, 83:22, 84:3, 84:6, 84:12, 84:16, 84:24, 85:10, 85:20, 86:2, 87:1, 87:9, 87:11, 87:15, 87:18, 88:13, 88:20, 89:5, 89:15, 89:20, 90:8, 90:12, 90:14, 92:13, 93:9, 95:12, 95:17, 96:4, 96:21, 97:22, 99:8, 100:8, 101:3, 101:14, 101:18, 101:21, 104:7, 104:17, 108:7, 109:6, 109:8, 109:19, 110:18, 111:5, 113:12, 115:18, 116:3, 116:9, 116:11, 116:14, 116:17, 116:20, 116:23, 117:1, 118:12, 119:5, 120:4, 120:13, 123:9, 123:23, 124:5, 124:16, 127:13, 127:19, 127:21, 127:25, 128:3, 128:6, 128:9, 128:12, 129:24, 130:1, 130:5, 130:20, 130:25, 131:9, 131:11, 131:14, 131:23, 132:4, 132:7, 132:10, 132:17, 132:21, 133:5, 133:9, 133:14, 133:20, 134:11, 134:13, 136:17, 137:24, 138:4, 140:20, 141:2, 141:15, 142:15, 142:18, 142:22, 143:2, 143:7
**Courthouse** [2] - 2:7,

143:17
**COURTROOM** [3] - 58:7, 87:16, 90:10
**courtroom** [4] - 4:17, 70:11, 73:8, 142:21
**cover** [3] - 8:8, 16:5, 27:13
**create** [3] - 15:10, 15:15, 15:19
**created** [10] - 8:17, 15:1, 15:4, 15:25, 19:15, 39:2, 93:1, 95:21, 114:5, 122:9
**creating** - 16:16
**creative** [1] - 81:14
**crime** [5] - 6:11, 6:16, 10:14, 12:7, 22:21
**crimes** [1] - 142:6
**criminal** - 13:15, 13:17, 50:10, 50:23, 51:15, 115:10
**Criminal** [1] - 1:3
**crisis** [4] - 91:1, 91:5, 112:14, 114:6
**Crisis** [1] - 93:25
**critical** [1] - 64:12
**cross** [1] - 129:24
**CROSS** [1] - 130:8
**CROSS-EXAMINATION** [1] - 130:8
**CRR** [3] - 2:6, 143:9, 143:16
**cumulative** [1] - 55:22

# D

**D.C** [6] - 23:15, 23:23, 65:6, 65:9, 65:14, 66:3
**daily** [2] - 35:23, 46:19
**date** [10] - 90:24, 93:4, 95:24, 97:15, 99:3, 100:3, 104:2, 108:2, 109:14, 113:7
**Dated** [1] - 143:14
**dated** [2] - 100:23, 124:18
**dates** [5] - 60:12, 61:6, 61:11, 130:14, 130:15
**daughter** [3] - 12:13, 27:18
**DAVID** [1] - 1:21
**David** [1] - 4:9
**david@kennerlaw.com** [1] - 1:24
**Davis** [11] - 10:5, 17:6, 17:10, 17:22, 18:4, 26:1, 31:12, 99:1,

143:17
99:12, 99:25, 100:11
**days** [2] - 30:3, 82:14
**DC** [5] - 1:14, 1:18, 2:4, 2:8, 143:19
**deal** [3] - 12:10, 40:5, 120:1
**dealt** [1] - 64:15
**deboarded** [1] - 80:9
**deboarding** [1] - 80:10
**deception** [1] - 79:25
**decide** [1] - 12:5
**decided** [1] - 122:13
**decision** [2] - 11:24, 12:1
**declaration** [1] - 116:13
**defendant** [6] - 18:6, 20:20, 33:6, 65:11, 105:22, 109:25
**DEFENDANT** [1] - 4:14
**Defendant** [3] - 1:6, 1:21, 2:2
**defense** [3] - 4:8, 4:11, 72:20
**definitely** [7] - 21:20, 66:10, 105:18, 106:11, 106:25, 107:6, 137:15
**delay** [1] - 71:24
**deliberate** [1] - 117:10
**deliver** [1] - 67:16
**delivered** [1] - 69:12
**demonstrative** [6] - 52:13, 53:2, 54:23, 55:3, 56:7, 56:11
**Department** [5] - 13:4, 66:4, 66:9, 67:1, 141:21
**DEPARTMENT** [2] - 1:12, 1:17
**departure** [1] - 11:22
**depicted** [1] - 124:25
**deposit** [1] - 120:24
**deposited** [1] - 137:18
**depositing** [1] - 137:18
**DEPUTY** [3] - 58:7, 87:16, 90:10
**describe** [3] - 16:7, 91:22, 115:14
**described** [3] - 107:11, 108:21, 116:9
**describing** [1] - 19:14
**description** [1] - 50:25
**design** [1] - 12:23
**designed** [1] - 117:5
**desire** [1] - 16:17
**despite** [1] - 21:24

**detailed** [1] - 122:5
**details** [1] - 9:22
**determination** [1] - 81:12
**determine** [4] - 136:11, 136:19, 137:9, 139:3
**detriment** [1] - 12:11
**developed** [1] - 134:21
**development** [4] - 43:11, 43:14, 92:7, 112:17
**diagram** [1] - 19:22
**diary** [3] - 130:14, 130:16, 132:25
**difference** [1] - 55:12
**different** [11] - 15:3, 15:11, 53:21, 53:23, 55:25, 74:25, 112:1, 132:18, 133:18
**difficult** [7] - 12:9, 12:10, 19:20, 22:17, 22:19, 72:8, 114:19
**difficulties** [1] - 106:17
**diligence** [10] - 94:11, 94:12, 96:10, 96:12, 129:7, 136:11, 136:15, 136:19, 136:22, 139:12
**dinner** [1] - 81:5
**DIRECT** [1] - 6:2
**direct** [2] - 67:16, 73:12
**directed** [2] - 8:5, 72:15
**direction** [1] - 54:4
**directly** [1] - 49:21
**director** [2] - 63:12, 63:13
**disburse** [1] - 119:22
**discuss** [5] - 67:25, 105:21, 108:25, 111:12, 121:17
**discussed** [12] - 47:2, 57:10, 64:22, 81:4, 81:5, 81:10, 110:8, 113:18, 136:10, 136:24, 140:15, 141:22
**discussing** [1] - 16:19
**discussion** [4] - 34:14, 65:3, 81:16, 115:18
**discussions** [4] - 75:9, 75:12, 76:12, 77:15
**dislike** [1] - 22:12
**dismissive** [2] - 20:11, 20:23
**display** [1] - 72:2
**distinction** [1] - 66:7

**distributed** [2] - 129:14, 129:17
**DISTRICT** [3] - 1:1, 1:1, 1:9
**DIXON** [1] - 1:12
**dock** [1] - 80:18
**document** [62] - 31:15, 32:3, 34:3, 36:13, 36:16, 36:18, 37:16, 40:16, 40:20, 40:22, 42:18, 42:19, 43:18, 43:20, 43:22, 47:15, 47:20, 48:9, 49:11, 51:17, 51:18, 57:18, 59:25, 71:22, 77:5, 83:13, 84:19, 85:11, 85:12, 85:15, 85:23, 87:1, 87:7, 89:1, 89:11, 89:14, 89:16, 90:16, 90:21, 91:20, 91:22, 92:22, 93:4, 93:12, 94:9, 94:16, 97:10, 98:12, 98:19, 100:20, 101:22, 103:22, 107:19, 108:23, 110:4, 111:16, 112:9, 113:23, 122:18, 123:3, 124:9
**documents** [31] - 8:16, 15:1, 15:4, 15:6, 15:24, 20:1, 20:4, 21:25, 48:14, 51:13, 90:4, 93:1, 101:12, 102:5, 102:6, 102:8, 102:10, 102:12, 102:19, 102:21, 103:4, 105:17, 106:8, 112:1, 112:2, 117:12, 121:20, 122:24, 125:6, 128:25, 138:12
**DOJ** [21] - 13:7, 13:21, 13:22, 13:23, 14:2, 14:13, 17:12, 17:13, 17:20, 18:13, 23:16, 38:4, 61:21, 61:23, 66:8, 66:12, 69:2, 78:19, 82:9, 142:2, 142:3
**dollar** [4] - 67:6, 103:10, 136:12, 137:10
**dollars** [8] - 8:12, 49:17, 57:3, 57:4, 60:6, 74:21, 79:2, 114:14
**domestic** [1] - 59:6
**Domestic** [1] - 93:25
**Donald** [3] - 24:19,

26:8, 74:3
**done** [10] - 23:9, 24:5, 28:5, 28:7, 79:6, 79:12, 80:3, 101:10, 102:23, 135:5
**door** [3] - 68:3, 68:7, 68:8
**Dorothy** [2] - 87:15, 131:9
**down** [22] - 12:2, 16:24, 29:6, 29:13, 31:16, 37:11, 37:20, 50:18, 60:20, 68:17, 72:8, 72:15, 97:8, 104:17, 115:21, 116:4, 125:14, 131:9, 132:22, 133:16, 133:20
**downward** [1] - 11:22
**draft** [7] - 31:19, 111:10, 111:12, 113:16, 121:14, 123:14
**drafted** [3] - 35:19, 51:13, 90:1
**drag** [1] - 71:24
**drop** [21] - 28:15, 29:22, 36:11, 48:8, 50:5, 50:10, 50:23, 60:7, 60:24, 77:21, 77:25, 78:7, 94:5, 96:7, 102:3, 113:21, 114:25, 119:17, 120:19, 124:22, 125:9
**drop..** [1] - 88:24
**dropping** [1] - 24:13
**due** [9] - 94:11, 94:12, 96:10, 96:12, 129:7, 136:11, 136:19, 136:22, 139:12
**during** [10] - 14:1, 16:10, 17:4, 22:7, 40:8, 42:11, 56:19, 78:25, 130:12, 130:16

---

# E

**early** [5] - 23:7, 23:11, 29:16, 29:17, 56:15
**earn** [1] - 76:2
**easier** [1] - 59:1
**easy** [1] - 74:7
**economy** [1] - 74:22
**edit** [3] - 15:11, 15:15, 15:19
**edited** [5] - 15:25, 19:14, 39:2, 51:13, 90:2
**Encino** [1] - 1:23
**encrypted** [1] - 17:2
**end** [11] - 13:1, 14:13,

**effect** [3] - 20:24, 67:20, 136:15
**effectuated** [1] - 129:17
**efficient** [1] - 85:16
**efficiently** [1] - 13:14
**effort** [8] - 15:11, 50:2, 71:24, 72:2, 72:17, 94:3, 96:10, 115:14
**efforts** [1] - 62:1
**ego** [3] - 49:23, 49:25, 60:3
**either** [7] - 53:1, 64:19, 71:18, 74:14, 81:9, 81:24, 136:2
**ELLIOTT** [1] - 1:21
**Elliott** [8] - 10:5, 17:6, 25:15, 26:4, 26:6, 32:18, 81:20, 102:10
**eloquent** [1] - 50:25
**email** [35] - 26:22, 26:24, 31:3, 31:6, 31:18, 38:19, 39:14, 41:15, 42:6, 42:20, 42:22, 62:11, 103:23, 104:2, 104:10, 104:11, 106:25, 107:22, 108:2, 108:9, 108:14, 108:17, 109:10, 109:14, 109:25, 110:9, 110:21, 118:15, 120:15, 123:18, 124:10, 124:18, 124:24, 124:25
**emails** [1] - 134:14
**emanated** [1] - 136:13
**embassy** [10] - 54:3, 65:12, 68:2, 68:11, 73:17, 73:20, 75:23, 76:24, 78:18, 82:3
**embezzled** [1] - 136:8
**embezzlement** [2] - 135:20, 138:25
**emissary** [3] - 79:10, 79:20, 81:20
**employed** [2] - 12:20, 13:1
**employee** [2] - 66:9, 118:16
**employees** [1] - 107:23
**employment** [1] - 14:13
**enabled** [2] - 45:2, 45:3
**Encino** [1] - 1:23
**encrypted** [1] - 17:2
**end** [11] - 13:1, 14:13,

14:15, 35:9, 56:5, 59:13, 71:15, 81:12, 98:2, 98:4, 117:2
**ended** [1] - 125:11
**ending** [1] - 43:10
**energy** [1] - 29:2
**enforcement** [1] - 17:21
**engaged** [4] - 33:6, 91:25, 99:16, 101:6
**engages** [1] - 93:24
**enlarge** [3] - 48:12, 84:9, 94:7
**enlarged** [1] - 84:9
**enlarging** [1] - 84:11
**enormous** [1] - 19:20
**entered** [5] - 11:14, 80:20, 140:6, 141:7, 141:9
**enters** [2] - 4:17, 73:8
**entertainment** [3] - 99:16, 122:11, 128:22
**entire** [1] - 89:1
**entities** [8] - 15:11, 41:6, 46:8, 46:12, 46:16, 46:21, 46:23, 97:3
**entitled** [3] - 71:1, 85:3, 110:22
**entity** [5] - 45:5, 57:8, 77:16, 114:4, 114:13
**equivalent** [1] - 63:11
**escrow** [7] - 87:20, 97:6, 97:12, 125:16, 125:19, 126:12, 126:14
**ESQ** [6] - 1:12, 1:16, 1:16, 1:21, 1:21, 2:2
**establish** [7] - 34:23, 96:25, 98:2, 98:25, 99:25, 112:3, 133:24
**established** [4] - 49:23, 71:20, 106:1, 126:8
**ET** [2] - 38:22, 40:1
**et** [5] - 13:14, 16:17, 34:17, 69:2
**Euro** [18] - 59:18, 59:21, 60:4, 60:17, 60:22, 60:25, 61:8, 77:10, 77:11, 78:5, 83:15, 86:9, 86:12, 86:15, 86:18
**Euros** [4] - 49:15, 49:19, 49:25, 61:7
**evening** [1] - 126:22
**event** [5] - 63:15, 65:2, 81:23, 102:25, 129:15

**events** [2] - 52:18, 54:2
**evidence** [6] - 44:10, 48:15, 56:8, 76:8, 136:4, 140:19
**evidently** [2] - 85:21, 87:2
**evolution** [1] - 32:3
**exact** [2] - 67:6, 67:18
**exactly** [4] - 54:14, 57:3, 67:6, 68:8
**exam** [1] - 48:14
**EXAMINATION** [2] - 6:2, 130:8
**examination** [1] - 71:21
**excess** [1] - 138:17
**exchange** [1] - 74:22
**exchanged** [1] - 68:17
**excited** [2] - 24:20, 30:2
**exciting** [1] - 122:13
**exclusive** [1] - 142:3
**excuse** [14] - 9:2, 17:14, 46:3, 58:14, 58:17, 82:23, 83:16, 84:12, 92:12, 114:21, 126:10, 127:23, 128:8, 137:24
**excused** [1] - 70:13
**exhibit** [25] - 37:12, 48:11, 54:4, 56:8, 60:13, 71:19, 82:24, 84:20, 91:8, 106:12, 106:14, 118:6, 118:7, 128:5, 130:21, 131:13, 133:3, 133:6, 133:7, 133:10, 133:11, 133:13, 133:15, 133:16
**Exhibit** [91] - 8:22, 9:14, 10:7, 18:18, 25:17, 26:13, 26:21, 27:2, 30:25, 31:23, 36:6, 38:2, 38:15, 38:18, 39:6, 39:13, 40:14, 41:11, 41:24, 42:15, 42:20, 43:3, 45:9, 45:13, 45:21, 51:24, 51:25, 52:4, 52:11, 57:12, 59:18, 61:4, 61:7, 61:10, 62:3, 62:11, 62:21, 65:1, 77:5, 77:14, 78:13, 82:22, 86:24, 88:12, 90:6, 90:9, 92:10, 93:7, 95:10, 96:2, 96:18, 97:20,

98:15, 98:16, 99:6, 99:22, 100:6, 100:15, 100:16, 101:1, 101:13, 103:16, 104:5, 107:18, 108:5, 109:5, 109:17, 110:12, 111:3, 111:15, 111:21, 112:24, 113:10, 118:1, 118:11, 118:21, 119:3, 120:12, 121:3, 122:19, 123:7, 123:17, 123:21, 124:1, 124:14, 127:3, 127:5, 127:12, 130:19, 131:18

**exhibits** [2] - 72:12, 85:2
**Exhibits** [1] - 39:17
**exists** [1] - 64:13
**exits** [2] - 70:11, 142:21
**expecting** [1] - 27:17
**expeditious** [1] - 85:14
**expenses** [1] - 27:11
**explain** [5] - 12:12, 13:6, 15:2, 53:9, 138:6
**explained** [2] - 74:1, 79:1
**explaining** [1] - 59:25
**explanation** [2] - 105:15, 122:5
**expletive** [1] - 30:4
**explicitly** [6] - 32:7, 43:25, 44:15, 135:17, 135:18, 135:21
**express** [1] - 72:7
**expressed** [2] - 72:1, 132:13
**expressing** [1] - 82:8
**expression** [2] - 29:5, 29:10
**extensively** [1] - 33:6
**extent** [1] - 72:1
**extradited** [2] - 20:17, 64:21
**extraditing** [1] - 65:4
**extradition** [22] - 7:15, 7:22, 63:17, 63:19, 67:9, 67:13, 67:21, 67:25, 73:22, 74:10, 75:1, 79:4, 80:4, 81:23, 88:9, 102:16, 102:24, 121:24,

121:25, 129:15, 129:18
**extralegal** [1] - 135:11
**extraordinarily** [1] - 12:9
**extraordinary** [3] - 138:10, 138:11, 138:22
**eyes** [5] - 71:3, 71:6, 72:5, 72:10, 72:16

---

## F

**face** [1] - 10:13
**facilitate** [1] - 81:24
**facilitated** [1] - 26:3
**fact** [14] - 17:20, 20:6, 26:7, 30:6, 30:14, 65:8, 68:18, 72:11, 81:8, 81:10, 103:3, 123:14, 131:4, 133:25
**facts** [1] - 34:23
**Facts** [3] - 9:19, 9:22, 9:25
**factual** [1] - 9:19
**fair** [1] - 135:7
**fairly** [1] - 72:4
**fake** [6] - 19:13, 19:25, 21:25, 102:19, 106:8
**fall** [2] - 15:21, 35:22
**false** [5] - 6:17, 6:18, 9:10, 135:18, 142:7
**familiar** [4] - 21:17, 69:5, 136:25, 137:2
**family** [3] - 12:11, 50:20
**fantastic** [1] - 63:9
**far** [10] - 32:20, 32:22, 40:25, 51:10, 72:17, 81:11, 95:5, 108:16, 131:6, 138:13
**FARA** [12] - 20:18, 20:19, 20:22, 20:25, 21:4, 21:5, 21:13, 21:17, 21:21, 21:25, 142:11
**fast** [1] - 89:17
**FBI** [3] - 63:11, 63:12, 63:13
**federal** [1] - 6:10
**Fee** [1] - 49:10
**fee** [6] - 29:1, 36:8, 36:21, 36:24, 37:4, 37:5
**fees** [3] - 28:13, 64:14, 138:14
**Fees** [1] - 36:20
**female** [1] - 80:13
**ferocity** [1] - 114:23

**ferry** [1] - 80:18
**few** [2] - 68:14, 86:7
**fifth** [1] - 76:21
**film** [1] - 107:10
**finally** [1] - 101:11
**finances** [1] - 81:22, 107:2
**Financial** [3] - 104:12, 104:15, 104:20
**financial** [17] - 7:17, 11:6, 20:1, 21:24, 23:12, 30:23, 41:2, 51:19, 53:24, 54:1, 54:5, 60:2, 60:9, 76:23, 106:16, 119:23
**financially** [1] - 63:21
**fine** [3] - 5:3, 71:10, 116:18
**finish** [3] - 5:12, 5:16, 136:17
**finished** [4] - 5:14, 69:7, 83:21, 83:22
**fired** [2] - 14:16, 14:20
**FIRM** [1] - 1:22
**firm** [3] - 24:6, 32:12, 43:25
**firms** [2] - 23:23, 24:3
**first** [35] - 4:22, 23:8, 26:18, 27:8, 27:10, 30:11, 30:20, 32:2, 32:7, 42:2, 43:10, 51:12, 54:24, 56:22, 57:1, 57:6, 60:14, 61:9, 71:14, 90:18, 101:5, 103:7, 103:18, 103:19, 104:9, 105:1, 107:7, 111:10, 114:3, 115:16, 121:9, 121:19, 127:19, 140:6
**five** [5] - 12:3, 12:13, 74:24, 87:9, 109:6
**five-and-a-half-year-old** [1] - 12:13
**Fixed** [1] - 36:20
**flat** [1] - 28:13
**flimsy** [1] - 20:4
**flippant** [1] - 68:7
**flow** [1] - 80:1
**flowing** [2] - 16:2, 67:8
**focus** [5] - 75:3, 75:8, 76:13, 76:22, 76:23
**focused** [4] - 27:12, 75:4, 75:7, 76:2
**following** [5] - 33:15, 53:13, 58:22, 73:20, 115:22
**follows** [1] - 88:1

**FOR** [1] - 1:1
**foregoing** [1] - 143:10
**Foreign** [1] - 141:24
**foreign** [1] - 23:9
**forfeiture** [7] - 7:9, 13:19, 38:4, 61:25, 115:12, 121:25
**form** [2] - 54:9, 56:11
**formal** [1] - 118:24
**forms** [1] - 50:12
**forward** [9] - 5:20, 5:23, 6:20, 25:4, 58:12, 84:25, 85:10, 85:13
**forwarded** [2] - 31:12, 105:6
**foundation** [7] - 33:2, 33:7, 34:9, 34:13, 52:24, 88:18, 141:14
**four** [2] - 57:4, 74:24
**fourth** [1] - 76:21
**frame** [4] - 22:6, 22:9, 22:11, 24:17
**frankly** [4] - 72:6, 72:9, 72:14, 72:15
**fraud** [1] - 142:13
**Freeman** [2] - 94:22, 95:7
**frequency** [2] - 103:2, 114:23
**frequent** [1] - 35:11
**frequently** [4] - 40:8, 42:11, 56:19, 135:23
**friend** [1] - 22:8
**friends** [2] - 30:7, 30:15
**friendship** [2] - 14:9, 134:21
**front** [8] - 29:1, 55:11, 55:14, 58:25, 68:3, 68:7, 68:8, 70:23
**frustrating** [1] - 71:23
**frustration** [4] - 72:1, 72:3, 72:7, 72:10
**full** [1] - 143:11
**fully** [3] - 78:22, 119:8, 135:12
**Fund** [1] - 8:12
**fund** [1] - 137:7
**funding** [2] - 13:11, 98:1
**fundraisers** [1] - 74:5
**funds** [16] - 6:23, 7:3, 7:5, 16:5, 16:8, 50:3, 119:10, 119:14, 120:9, 121:19, 126:19, 126:23, 127:6, 129:19, 138:9
**furtherance** [1] - 20:8

---

## G

**gather** [2] - 104:16, 104:21
**general** [4] - 6:19, 43:12, 43:15, 67:17
**generally** [4] - 7:6, 13:6, 13:9, 61:20
**gentlemen** [2] - 51:6, 138:6
**George** [5] - 4:25, 6:8, 17:11, 23:15, 69:3
**GEORGE** [3] - 3:3, 6:1, 6:8
**Giuliani** [7] - 24:6, 24:7, 24:18, 24:24, 25:3, 25:6, 25:9
**given** [6] - 19:13, 74:5, 81:22, 111:8, 138:21, 142:12
**global** [2] - 43:12, 43:14
**globally** [1] - 94:1
**golf** [2] - 80:11, 80:14
**gov't** [1] - 30:4
**government** [48] - 4:3, 4:25, 10:12, 11:5, 11:14, 11:19, 11:21, 17:8, 18:3, 27:1, 31:22, 39:16, 41:23, 43:2, 45:20, 53:2, 62:20, 63:14, 64:2, 64:13, 66:3, 72:19, 75:1, 76:8, 90:5, 93:6, 96:1, 97:19, 99:5, 100:5, 100:25, 104:4, 108:4, 109:16, 113:9, 118:10, 119:2, 123:6, 123:20, 124:13, 127:11, 130:21, 136:4, 138:13, 140:8, 140:15, 141:10, 141:15
**Government** [7] - 38:15, 38:18, 41:11, 45:13, 61:4, 62:3, 111:2
**government's** [2] - 99:20, 130:20
**Government's** [61] - 8:22, 9:13, 18:18, 25:17, 26:13, 26:21, 30:25, 39:5, 39:13, 42:14, 42:20, 45:9, 51:23, 51:24, 52:4, 52:11, 57:12, 59:18, 61:4, 61:7, 61:10, 62:11, 64:25, 77:5,

77:14, 78:12, 82:21, 82:22, 86:23, 88:11, 90:6, 90:9, 92:10, 95:10, 96:17, 98:14, 98:16, 99:22, 100:14, 100:16, 101:13, 103:16, 107:17, 108:5, 109:4, 110:12, 111:14, 111:20, 112:24, 118:1, 118:11, 118:21, 120:11, 121:3, 122:19, 123:7, 123:17, 123:25, 127:3, 127:5, 131:17

**gravitas** [2] - 26:10, 122:10

**great** [4] - 30:5, 30:11, 30:20, 122:12

**grounding** [1] - 21:10

**grounds** [1] - 55:22

**Group** [4] - 91:10, 91:15, 100:1, 104:22

**group** [1] - 77:23

**guess** [5] - 51:6, 53:17, 64:1, 64:7, 116:14

**guilty** [9] - 6:10, 6:16, 8:20, 9:10, 10:14, 12:4, 12:5, 12:8, 142:7

**Guo** [25] - 7:15, 62:15, 63:9, 63:15, 63:17, 63:19, 64:10, 64:12, 64:16, 64:21, 67:13, 67:21, 73:22, 74:10, 74:17, 75:1, 75:2, 79:5, 80:4, 88:9, 102:17, 102:24, 115:4, 121:25, 129:15

**guy** [1] - 18:12

**H**

**H-I-G-G-I-N-B-O-T-H-A-M** [1] - 6:9

**half** [10] - 12:13, 40:15, 42:17, 87:6, 91:19, 104:9, 113:22, 113:23, 120:21, 128:18

**halfway** [1] - 43:9

**hand** [2] - 115:20, 116:3

**handle** [2] - 25:13, 68:22

**handling** [4] - 7:17, 61:23, 68:23

**handwriting** [1] - 130:13

**happy** [1] - 23:14

**hard** [1] - 72:14

**harm** [1] - 11:6

**Haskell** [1] - 4:10

**HASKELL** [2] - 2:2, 2:3

**hate** [3] - 27:20, 28:2

**head** [3] - 67:18, 110:18, 129:20

**headhunter** [1] - 23:21

**heads** [1] - 115:20

**hear** [12] - 5:8, 5:18, 5:22, 17:15, 29:7, 33:19, 33:23, 33:24, 115:24, 116:1, 116:2, 120:4

**heard** [5] - 34:13, 52:22, 53:16, 53:18, 127:13

**hearing** [5] - 33:16, 53:14, 58:23, 115:23, 115:25

**hearsay** [3] - 17:17, 131:19, 132:1

**heavily** [1] - 14:19

**HELD** [1] - 1:9

**held** [5] - 33:16, 53:14, 58:23, 72:14, 115:23

**hello** [1] - 33:22

**help** [6] - 7:8, 24:24, 63:19, 73:1, 74:22, 83:3

**helped** [1] - 52:9

**helpful** [3] - 49:5, 84:10, 85:5

**helping** [1] - 53:7

**hereby** [1] - 143:9

**hide** [1] - 94:3

**hiding** [2] - 6:19, 135:12

**HIGGINBOTHAM** [2] - 3:3, 6:1

**Higginbotham** [132] - 4:25, 6:4, 6:8, 6:10, 7:3, 8:24, 9:7, 9:18, 10:11, 10:18, 11:10, 12:3, 15:10, 17:20, 18:17, 18:19, 23:2, 23:4, 25:19, 26:20, 27:10, 28:19, 29:12, 30:1, 31:3, 32:2, 34:4, 34:16, 34:21, 35:11, 36:7, 36:16, 38:18, 39:12, 40:2, 40:17, 42:6, 42:19, 43:9, 44:11, 45:13, 45:25, 46:8, 47:5, 47:17, 47:21, 49:11,

50:9, 52:1, 54:7, 56:9, 56:14, 58:16, 59:17, 60:11, 61:6, 62:7, 62:10, 63:1, 65:19, 70:12, 73:13, 73:19, 76:13, 76:21, 77:4, 77:15, 77:22, 78:8, 83:12, 86:7, 87:19, 87:20, 89:25, 90:21, 91:10, 91:21, 92:25, 93:12, 94:9, 95:20, 96:9, 96:24, 97:9, 97:23, 98:24, 99:12, 99:24, 100:10, 100:21, 101:8, 101:24, 102:5, 103:23, 104:11, 104:23, 106:15, 107:22, 108:9, 109:10, 109:20, 110:21, 111:17, 111:25, 113:3, 113:15, 113:24, 114:8, 115:1, 115:14, 116:8, 117:4, 118:15, 118:24, 119:7, 120:15, 121:4, 122:21, 123:13, 124:2, 124:10, 125:17, 125:19, 127:4, 128:21, 129:7, 130:3, 130:10, 130:24, 134:6, 142:23

**Higginbotham's** [1] - 54:3

**high** [6] - 23:16, 23:21, 23:22, 98:2, 98:4, 122:9

**high-end** [1] - 98:2, 98:4

**high-powered** [2] - 23:16, 23:21

**high-ranking** [1] - 23:22

**highlight** [2] - 27:8, 57:19

**himself** [1] - 68:23

**hip** [1] - 28:23

**historical** [1] - 27:24

**history** [1] - 22:3

**hold** [1] - 72:8

**holder's** [1] - 57:19

**holding** [1] - 115:20

**Home** [2] - 38:22, 40:1

**honestly** [2] - 29:25, 30:2

**Hong** [9] - 49:21,

49:22, 78:20, 78:24, 80:6, 80:8, 80:18, 82:5, 138:20

**Honor** [144] - 4:5, 4:9, 4:14, 4:24, 5:10, 6:25, 9:14, 15:5, 15:9, 17:14, 18:25, 19:3, 19:17, 21:8, 23:3, 29:11, 31:23, 33:3, 33:20, 34:2, 34:22, 35:6, 39:17, 41:24, 42:3, 42:25, 43:3, 44:5, 45:12, 45:21, 46:24, 48:3, 48:11, 48:21, 49:8, 52:12, 52:24, 53:6, 54:14, 54:22, 55:4, 55:15, 55:21, 56:4, 56:12, 57:14, 57:24, 58:5, 58:6, 58:9, 58:19, 59:2, 59:7, 62:8, 62:21, 69:10, 70:8, 70:16, 70:20, 70:21, 71:1, 71:5, 71:10, 71:16, 73:11, 73:15, 75:10, 75:16, 76:4, 76:16, 76:20, 82:23, 83:9, 83:16, 83:21, 84:11, 85:7, 86:1, 86:5, 87:4, 87:8, 87:10, 87:14, 88:15, 88:23, 89:3, 90:11, 90:13, 92:23, 93:7, 93:11, 95:19, 96:1, 96:22, 97:20, 98:23, 99:6, 99:23, 100:6, 100:19, 101:1, 101:16, 101:23, 104:5, 104:19, 107:20, 108:5, 109:7, 109:9, 109:17, 111:3, 111:4, 111:23, 113:2, 113:10, 113:16, 116:8, 116:18, 116:25, 118:11, 118:23, 120:14, 123:11, 123:21, 123:22, 124:8, 124:14, 127:12, 127:15, 127:20, 127:23, 128:8, 128:11, 129:23, 129:25, 130:22, 131:19, 131:20, 132:12, 132:16, 133:3, 133:13, 140:18, 142:17

**HONORABLE** [1] - 1:9

**hop** [1] - 28:23

**hoping** [4] - 12:12, 22:19, 22:20, 22:21

**hostile** [1] - 70:24

**hotel** [1] - 65:14

**hourly** [1] - 29:1

**hours** [1] - 28:11

**hurts** [2] - 115:20, 116:4

**hustle** [1] - 30:5

**I**

**identification** [6] - 22:24, 26:21, 98:15, 99:21, 118:1, 118:20

**identified** [6] - 25:12, 83:4, 86:7, 86:11, 119:24, 133:7

**identify** [12] - 4:4, 7:8, 23:2, 51:10, 83:3, 99:17, 102:8, 102:10, 102:12, 102:14, 119:20, 133:6

**identifying** [1] - 95:18

**ill** [1] - 22:14

**image** [1] - 26:5

**images** [1] - 66:23

**important** [1] - 26:6

**impressed** [2] - 66:23, 67:2

**impression** [3] - 71:12, 117:4, 139:16

**improper** [1] - 71:21

**improved** [1] - 74:19

**IN** [3] - 1:1, 4:20, 73:11

**Inc** [1] - 47:23

**include** [4] - 50:19, 110:16, 131:23, 141:24

**included** [5] - 9:19, 31:15, 31:18, 31:19, 80:12

**includes** [1] - 10:12

**including** [1] - 119:9

**incoming** [6] - 87:22, 105:3, 107:2, 110:6, 119:21

**incomplete** [1] - 69:21

**inconsistent** [1] - 132:18

**inconvenience** [1] - 21:2

**incorporated** [1] - 77:18

**incorporation** [3] - 121:20, 122:22, 123:4

**Indiana** [1] - 2:3

**indicate** [1] - 72:23

**indicted** [1] - 142:6
**individual** [7] - 18:7,
25:22, 30:21, 46:15,
62:15, 64:10, 94:22
**individuals** [1] - 50:18
**influence** [2] - 64:10,
73:25
**influencers** [1] - 81:15
**information** [7] - 7:25,
8:5, 69:20, 104:16,
104:21, 125:4,
126:25
**informed** [1] - 140:10
**initial** [3] - 35:19, 37:5,
108:14
**inquiries** [9] - 108:10,
108:15, 110:6,
111:9, 113:5,
113:24, 114:1,
120:7, 121:5
**Inquiry** [2] - 110:23,
111:18
**inquiry** [2] - 111:8,
114:3
**inside** [1] - 18:12
**instances** [2] - 71:17,
84:7
**instead** [2] - 68:22,
120:20
**institution** [3] - 51:19,
119:23, 121:8
**institutions** [1] - 126:8
**instrument** [1] - 72:15
**Integrity** [1] - 1:17
**intelligence** [3] -
63:10, 64:4, 64:23
**Intelligence** [3] -
104:12, 104:15,
104:20
**intend** [1] - 71:8
**intending** [1] - 110:14
**intent** [1] - 54:8
**intentional** [2] - 51:21,
51:22
**intentions** [1] - 117:20
**interactions** [3] -
14:25, 16:15, 69:5
**intercom** [2] - 72:6,
72:14
**intercoms** [1] - 33:21
**interested** [1] - 122:11
**interests** [1] - 30:8
**intermediary** [1] -
126:14
**internal** [4] - 78:19,
82:2, 110:6, 114:19
**International** [1] -
93:25
**international** [3] -
50:12, 98:2, 98:4

**INTERPOL** [1] - 50:11
**interrupted** [1] - 85:25
**interrupting** [4] -
48:13, 48:19, 49:6,
72:11
**interruptions** [2] -
85:1, 85:6
**intricacies** [1] - 64:17
**introduced** [1] - 80:25
**introduction** [4] -
23:24, 24:12, 25:8,
26:3
**introductions** [1] -
68:17
**investigate** [3] - 17:8,
17:21, 115:12
**investigated** [1] -
141:21
**investigating** [1] -
18:4
**investigation** [2] -
14:19, 18:14
**investigations** [2] -
13:15, 50:11
**investing** [1] - 122:12
**investment** [2] - 29:3,
107:9
**investments** [1] -
99:17
**Investor** [1] - 93:13
**investor** [3] - 93:13,
121:21, 128:22
**involved** [15] - 7:16,
7:18, 10:3, 12:25,
17:6, 21:22, 34:9,
34:16, 53:25,
107:10, 117:11,
117:14, 135:11,
136:8, 137:6
**involvement** [3] -
13:15, 13:17, 13:19
**involving** [2] - 63:9,
63:10
**irrelevant** [1] - 65:16
**irritation** [1] - 73:2
**ISRAELY** [1] - 1:21
**issue** [2] - 48:24,
53:11
**items** [1] - 106:5,
106:6
**itself** [1] - 56:8
**IX** [11] - 18:21, 46:13,
46:21, 47:9, 87:23,
97:1, 97:11, 97:25,
125:16, 126:11,
136:23

**J**

**Jho** [88] - 6:14, 6:24,

7:4, 7:9, 7:17, 8:15,
10:23, 14:21, 14:22,
15:12, 16:2, 16:11,
16:16, 16:18, 16:19,
19:6, 24:22, 24:23,
25:3, 25:25, 26:6,
26:24, 28:22, 29:18,
30:17, 31:20, 32:7,
32:9, 32:10, 32:13,
32:24, 35:16, 35:18,
35:19, 36:2, 37:3,
37:8, 40:11, 40:20,
41:2, 43:18, 44:15,
44:21, 44:23, 46:2,
46:9, 46:13, 49:20,
50:2, 50:19, 52:8,
52:9, 63:25, 66:22,
66:24, 67:8, 67:9,
70:3, 70:6, 75:3,
76:3, 76:25, 77:1,
79:5, 80:2, 81:1,
81:3, 81:6, 82:17,
97:3, 102:8, 105:19,
105:25, 106:5,
115:2, 119:22,
136:6, 136:12,
136:20, 137:6,
138:19, 138:25,
139:4, 139:6,
139:14, 139:17,
139:19, 139:20
**JHO** [1] - 31:9
**Joel** [4] - 80:13, 80:22,
80:24, 80:25
**JOHN** [1] - 1:7
**John** [1] - 4:5
**john.keller2@usdoj.
gov** [1] - 1:15
**joke** [1] - 40:3
**Journal** [1] - 137:3
**JUDGE** [1] - 1:9
**judge** [2] - 12:1, 87:17
**July** [5] - 27:18, 35:12,
65:13, 68:2, 104:10
**jump** [2] - 128:17,
137:24
**June** [4] - 35:12,
49:12, 62:12, 65:3
**jury** [28] - 4:15, 4:17,
13:6, 18:24, 27:7,
33:16, 39:23, 53:4,
53:7, 53:14, 55:11,
58:23, 70:11, 70:23,
71:9, 71:11, 73:7,
73:8, 84:8, 108:21,
115:23, 130:25,
131:15, 137:19,
137:23, 138:7,
140:23, 142:21
**JURY** [3] - 1:8, 4:20,

73:11
**Jury** [3] - 4:19, 56:6,
73:10
**Justice** [9] - 13:4,
13:7, 13:10, 13:12,
66:5, 66:9, 67:1,
141:21
**JUSTICE** [2] - 1:12,
1:17
**justification** [2] - 16:3,
112:19
**justify** [2] - 20:1, 39:2

**K**

**keen** [1] - 42:12
**keep** [7] - 24:14,
28:11, 72:14, 72:17,
129:2, 130:12,
130:16
**keeping** [1] - 132:25
**KELLER** [223] - 1:12,
4:5, 4:24, 6:3, 8:23,
9:13, 10:6, 10:9,
10:16, 11:9, 12:2,
15:9, 17:18, 18:16,
18:23, 19:3, 21:9,
22:23, 23:3, 25:16,
26:12, 26:17, 27:1,
27:7, 28:15, 29:22,
30:24, 31:15, 31:22,
33:3, 33:5, 34:2,
34:21, 35:6, 35:10,
36:5, 36:11, 36:22,
37:11, 37:18, 37:25,
38:15, 39:5, 39:8,
39:16, 39:21, 40:13,
41:11, 41:23, 42:1,
42:3, 42:14, 42:24,
43:2, 43:6, 45:8,
45:12, 45:20, 47:14,
48:8, 48:11, 49:4,
49:8, 50:5, 51:23,
52:10, 52:16, 52:23,
53:1, 53:6, 53:17,
53:23, 54:8, 54:14,
54:22, 56:12, 56:13,
56:21, 57:11, 57:24,
58:6, 58:9, 58:15,
59:2, 59:5, 59:16,
60:7, 61:2, 62:2,
62:8, 62:20, 62:24,
64:25, 69:10, 70:8,
70:16, 71:16, 73:15,
73:18, 75:10, 75:16,
77:3, 77:13, 77:20,
77:25, 78:7, 78:12,
82:20, 86:1, 86:5,
86:6, 86:23, 87:4,
87:10, 87:13, 88:10,
88:15, 88:24, 89:22,

89:24, 90:5, 90:11,
90:13, 90:15, 91:7,
91:17, 92:9, 92:20,
93:6, 93:11, 93:18,
94:5, 94:15, 95:9,
95:19, 96:1, 96:5,
96:17, 97:19, 98:10,
98:14, 99:5, 99:10,
99:20, 100:5,
100:14, 100:25,
101:11, 101:15,
101:20, 102:3,
103:15, 104:4,
104:8, 104:19,
106:12, 107:17,
107:21, 108:4,
109:3, 109:7,
109:16, 109:23,
110:11, 110:15,
110:19, 111:2,
111:14, 111:20,
112:8, 112:22,
113:9, 113:13,
113:21, 114:25,
116:1, 116:8,
116:10, 116:18,
116:22, 116:25,
117:3, 117:25,
118:7, 118:10,
118:14, 118:19,
119:2, 119:17,
120:11, 120:14,
120:19, 121:2,
122:17, 123:2,
123:6, 123:11,
123:20, 123:25,
124:3, 124:7,
124:13, 124:19,
124:22, 125:9,
127:2, 127:11,
127:17, 127:20,
128:4, 128:8,
128:11, 128:13,
128:17, 128:20,
129:2, 129:5,
129:23, 131:19,
132:12, 133:3,
140:18, 141:13
**Keller** [21] - 4:5, 4:23,
33:17, 34:1, 34:20,
35:5, 46:7, 49:6,
53:15, 54:21, 58:24,
70:22, 71:14, 73:14,
84:21, 85:8, 85:20,
89:20, 92:16,
116:17, 132:11
**Keller)**........................
.............6 [1] - 3:4
**Kenner** [23] - 4:10,
33:18, 33:19, 34:12,
53:22, 54:15, 59:9,

76:19, 83:8, 85:22, 86:3, 87:2, 88:20, 88:25, 89:10, 110:19, 115:19, 116:11, 127:13, 128:1, 131:14, 142:15
**KENNER** [156] - 1:21, 1:22, 4:9, 6:25, 9:2, 9:15, 15:5, 17:14, 17:17, 18:25, 19:17, 21:7, 22:25, 26:15, 26:19, 27:5, 29:7, 29:11, 31:2, 31:24, 33:1, 33:9, 33:12, 33:22, 33:25, 34:13, 34:22, 35:8, 39:7, 39:11, 39:18, 41:25, 42:25, 44:5, 44:8, 45:22, 46:3, 46:24, 47:18, 48:2, 48:10, 48:21, 49:1, 53:8, 55:4, 55:6, 55:15, 55:21, 56:4, 57:23, 57:25, 58:5, 58:14, 58:17, 59:10, 59:23, 62:22, 65:16, 66:16, 69:14, 69:23, 70:20, 71:5, 71:7, 75:6, 76:4, 76:14, 76:16, 76:20, 82:23, 83:1, 83:9, 83:16, 83:21, 84:1, 84:4, 84:11, 84:15, 84:18, 85:7, 85:13, 87:8, 88:22, 89:2, 89:13, 89:17, 89:19, 90:7, 92:12, 92:15, 92:18, 92:23, 93:8, 95:15, 96:3, 96:22, 97:21, 98:22, 99:7, 99:23, 100:7, 100:19, 101:2, 101:22, 103:22, 104:6, 107:20, 108:6, 109:9, 109:18, 110:13, 110:20, 111:4, 111:23, 113:2, 113:11, 115:16, 115:24, 116:12, 116:15, 118:5, 118:8, 118:23, 119:4, 123:12, 123:22, 124:9, 124:15, 127:15, 127:23, 128:2, 129:25, 130:9, 130:18, 130:21, 131:2, 131:10, 131:13, 131:17, 131:20, 132:3,

132:6, 132:9, 132:15, 132:19, 132:24, 133:7, 133:12, 133:19, 133:23, 138:3, 138:5, 140:25, 141:6, 141:19, 142:17
**Kenner)**.....................
.............**130** [1] - 3:4
**key** [2] - 92:7, 112:16
**kicked** [3] - 125:22, 126:1, 126:2
**Kim** [2] - 50:20, 51:2
**kind** [15] - 12:22, 13:1, 13:6, 18:14, 23:4, 24:20, 26:9, 43:9, 73:24, 74:23, 79:7, 80:15, 114:21, 130:13, 139:11
**kinds** [4] - 29:2, 69:5, 74:6, 135:15
**knowledge** [6] - 33:7, 34:10, 34:19, 58:5, 95:4, 140:2
**known** [3] - 11:22, 22:4, 135:20
**knows** [2] - 34:24, 34:25
**KOLLAR** [1] - 1:9
**KOLLAR-KOTELLY** [1] - 1:9
**Kong** [9] - 49:21, 49:22, 78:21, 78:24, 80:6, 80:8, 80:18, 82:5, 138:20
**Korea** [1] - 74:20
**KOTELLY** [1] - 1:9
**Kriss** [1] - 4:10

## L

**lack** [4] - 80:16, 110:5, 132:13, 141:13
**ladies** [1] - 138:6
**lady** [1] - 24:12
**landed** [1] - 40:5
**language** [1] - 73:2
**Laogumnerd** [12] - 46:15, 46:20, 48:1, 48:7, 52:3, 81:3, 82:12, 91:14, 94:19, 98:13, 139:14
**large** [5] - 74:20, 81:11, 84:22, 103:1, 114:22
**larger** [5] - 26:16, 48:10, 84:7, 84:14, 84:17
**largest** [1] - 135:20

**last** [9] - 29:8, 29:12, 29:24, 30:1, 34:17, 47:14, 52:2, 107:8, 124:24
**late** [2] - 29:16, 31:4
**latter** [1] - 46:3
**laundering** [3] - 19:23, 19:24, 142:12
**LAW** [3] - 1:22, 2:2, 33:20
**Law** [9] - 32:11, 32:24, 35:19, 36:2, 37:22, 38:13, 44:15, 87:20, 134:6
**law** [6] - 17:21, 32:12, 32:14, 43:25, 125:17, 125:19
**lawyer** [6] - 32:19, 32:21, 131:7, 133:25, 134:24, 139:11
**lawyer/client** [2] - 30:7, 30:15
**lay** [1] - 88:18
**layers** [1] - 41:5
**layover** [2] - 78:23, 78:25
**leading** [4] - 19:17, 44:5, 44:8, 73:19
**learn** [1] - 32:14
**least** [7] - 30:16, 46:16, 105:20, 111:17, 114:16, 117:9, 126:14
**leave** [2] - 5:13, 72:20
**leaving** [1] - 114:23
**left** [4] - 57:20, 129:19, 140:23, 141:2
**legal** [11] - 13:22, 16:22, 23:21, 28:8, 31:10, 32:2, 34:8, 36:2, 38:11, 38:13, 135:4
**legitimacy** [2] - 102:22
**legitimate** [8] - 8:18, 41:8, 95:5, 100:10, 102:6, 108:23, 114:21, 117:12
**legitimization** [1] - 128:24
**legitimize** [6] - 15:12, 19:15, 90:2, 93:1, 95:21, 103:4
**Lender** [1] - 94:10
**less** [2] - 10:13, 89:5
**lesson** [1] - 72:25
**letter** [10] - 113:3, 113:7, 113:15, 113:18, 114:10, 114:12, 115:2,

117:5, 119:7, 134:8
**letterhead** [1] - 134:5
**letters** [3] - 134:5, 134:9, 137:17
**letting** [2] - 5:16, 28:3
**liaison** [1] - 13:9
**lie** [3] - 8:3, 106:9, 129:10
**lied** [1] - 119:13
**lies** [2] - 6:13, 8:6
**life** [1] - 27:12
**light** [1] - 106:17
**likelihood** [1] - 8:14
**limit** [1] - 14:11
**Limited** [16] - 18:21, 45:15, 46:10, 46:13, 46:22, 47:5, 47:9, 47:12, 87:23, 91:13, 94:18, 97:1, 97:11, 105:4, 125:16, 126:11
**limited** [2] - 18:21, 121:20
**limousined** [1] - 80:17
**line** [9] - 27:19, 28:25, 36:7, 50:18, 60:14, 62:12, 66:6, 107:8, 119:7
**lines** [3] - 66:11, 98:11, 137:25
**linked** [1] - 62:14
**lipstick** [2] - 115:15, 116:7
**LISA** [1] - 143:9
**Lisa** [1] - 2:6
**list** [2] - 49:11, 123:9
**listed** [8] - 16:4, 37:5, 37:22, 38:2, 54:18, 59:7, 60:10, 61:9
**listen** [1] - 127:5
**literally** [1] - 68:6
**litigation** [1] - 36:8
**live** [1] - 12:18
**LLC** [9] - 57:20, 59:19, 86:9, 86:13, 86:16, 99:1, 99:13, 104:21, 104:22
**Loan** [3] - 93:13, 94:8, 97:23
**loan** [9] - 15:16, 15:18, 16:6, 19:14, 51:9, 93:13, 95:20, 96:24, 100:11
**lobbying** [1] - 62:1
**Lockhart** [1] - 4:6
**LOCKHART** [1] - 1:16
**loft** [1] - 63:2
**London** [2] - 49:24, 49:25
**look** [22] - 8:17, 8:18,

59:3, 72:12, 82:24, 83:7, 83:17, 83:19, 83:24, 83:25, 84:5, 84:20, 85:5, 88:21, 89:3, 89:21, 93:16, 107:7, 112:8, 131:3, 132:22, 133:12
**looked** [2] - 52:2, 83:12
**looking** [16] - 20:7, 31:3, 43:9, 60:11, 61:6, 77:8, 83:4, 99:15, 101:5, 124:17, 124:24, 125:25, 130:25, 132:1, 133:11, 133:15
**Loong** [2] - 50:20, 51:2
**Los** [2] - 61:24, 78:23
**loss** [1] - 11:5
**loud** [1] - 5:9
**louder** [2] - 127:25, 128:2
**LOW** [1] - 31:9
**Low** [108] - 6:14, 6:24, 7:4, 7:9, 7:17, 8:15, 10:4, 10:23, 11:1, 14:21, 14:22, 15:13, 16:2, 16:11, 16:16, 16:19, 19:6, 20:16, 23:6, 24:22, 24:23, 25:3, 25:25, 26:6, 26:24, 28:8, 28:22, 29:18, 30:17, 31:20, 32:5, 32:7, 32:9, 32:10, 32:13, 32:24, 33:13, 34:8, 35:16, 35:18, 35:20, 35:24, 36:2, 37:3, 37:8, 39:3, 40:11, 40:20, 41:2, 43:18, 43:25, 44:15, 44:21, 44:23, 46:2, 46:9, 46:13, 46:20, 49:20, 50:2, 50:19, 50:24, 51:11, 51:15, 52:8, 52:9, 56:16, 56:24, 62:18, 63:25, 64:23, 66:22, 66:24, 67:8, 67:10, 70:3, 75:3, 76:3, 76:25, 77:1, 79:5, 79:11, 80:2, 81:1, 81:3, 81:6, 82:12, 82:18, 97:3, 102:8, 105:19, 105:25, 106:5, 115:2, 119:22, 136:6, 136:12, 136:20, 137:6, 138:19,

138:25, 139:4,
139:6, 139:14,
139:17, 139:19,
139:20
**Low's** [2] - 25:1, 70:6
**lower** [1] - 113:23
**Lucky** [36] - 18:21,
46:9, 46:21, 47:5,
60:14, 60:18, 60:22,
60:25, 77:10, 78:3,
86:8, 86:12, 86:19,
90:3, 90:22, 91:5,
91:9, 91:13, 93:2,
93:14, 94:17, 95:22,
103:11, 103:25,
105:1, 105:4,
107:25, 108:20,
112:3, 112:14,
112:20, 117:16,
120:9, 121:20,
122:22, 123:3
**lucrative** [4] - 63:16,
63:19, 63:20, 63:21
**Lum** [11] - 10:5, 17:6,
17:10, 17:22, 18:4,
26:1, 31:12, 99:1,
99:12, 99:25, 100:11
**lunch** [1] - 142:19
**Lunch** [1] - 143:4
**lying** [2] - 19:16, 19:19

## M

**Macau** [11] - 78:10,
78:13, 78:16, 80:18,
80:20, 81:2, 81:19,
82:12, 86:21, 88:2,
138:20
**maintain** [2] - 114:15,
117:7
**majority** [3] - 35:15,
98:18, 98:19
**man** [2] - 52:8, 135:20
**managed** [2] - 98:3,
98:8
**management** [7] -
43:12, 43:15, 91:2,
91:5, 101:7, 112:14,
114:7
**Management** [1] -
94:1
**manager** [3] - 30:23,
45:6, 60:2
**manipulations** [1] -
48:14
**manner** [2] - 55:7,
70:24
**mapping** [2] - 92:3,
112:16
**Marc** [1] - 106:15

**March** [5] - 7:7, 24:17,
26:22, 29:16, 31:4
**Mark** [36] - 18:21, 46:9,
46:21, 47:5, 60:14,
60:18, 60:22, 60:25,
77:10, 78:4, 86:8,
86:12, 86:19, 90:3,
90:22, 91:5, 91:9,
91:13, 93:2, 93:14,
94:17, 95:22,
103:11, 103:25,
105:1, 105:4,
107:25, 108:20,
112:3, 112:14,
112:20, 117:16,
120:9, 121:20,
122:22, 123:3
**mark** [3] - 58:3,
127:18, 128:18
**marked** [10] - 26:20,
39:12, 62:10, 98:15,
99:21, 100:15,
101:13, 103:16,
117:25, 118:20
**markets** [1] - 99:18
**mask** [1] - 5:7
**masks** [1] - 73:1
**mastermind** [1] - 8:11
**match** [1] - 61:12
**material** [3] - 79:3,
81:8, 131:24
**math** [1] - 129:20
**matter** [29] - 7:9,
14:20, 24:22, 25:5,
25:13, 26:11, 32:13,
38:2, 38:4, 51:1,
61:25, 62:1, 63:23,
64:4, 64:23, 70:19,
74:10, 79:4, 80:3,
81:23, 88:9, 102:12,
102:24, 105:20,
107:2, 121:25,
136:7, 139:4, 139:21
**matters** [13] - 13:19,
16:19, 16:20, 23:12,
51:18, 67:8, 79:8,
79:13, 81:9, 88:8,
115:12, 135:5,
141:22
**maximum** [1] - 10:13
**McMaster** [4] - 67:17,
67:23, 68:18, 68:19
**mean** [10] - 28:21,
34:15, 34:18, 53:20,
55:5, 55:10, 55:24,
81:1, 97:9, 125:1
**means** [1] - 115:17
**Media** [1] - 94:1
**media** [1] - 114:7
**meet** [12] - 18:1, 46:20,

56:15, 65:5, 65:8,
65:11, 65:15, 65:19,
67:4, 68:8, 81:2,
81:3
**meeting** [28] - 40:11,
54:3, 63:4, 63:7,
64:6, 65:12, 65:14,
65:21, 66:1, 66:13,
68:4, 68:22, 69:7,
70:4, 73:17, 73:20,
73:21, 74:14, 74:15,
75:22, 75:24, 76:24,
78:17, 81:4, 81:13,
81:18, 82:3
**meetings** [4] - 63:12,
76:1, 81:18, 82:12
**member** [2] - 67:20,
68:15
**Members** [2] - 4:18,
73:10
**members** [1] - 56:6
**memory** [1] - 133:21
**mention** [5] - 18:7,
36:18, 42:12, 115:1,
136:3
**mentioned** [17] - 8:20,
14:24, 16:4, 17:6,
17:9, 30:20, 38:10,
40:20, 40:22, 43:18,
43:20, 43:22, 52:1,
66:22, 80:22, 82:2,
135:23
**mentioning** [1] - 16:18
**merely** [2] - 47:6, 52:8
**message** [4] - 67:15,
69:12, 92:7, 112:16
**messaging** [1] - 17:2
**met** [7] - 22:5, 64:3,
65:13, 68:10, 78:23,
79:24, 122:10
**method** [1] - 105:14
**Michel** [183] - 4:3,
4:13, 6:13, 7:7, 8:7,
9:23, 10:4, 10:23,
11:2, 14:1, 14:8,
14:23, 16:11, 16:12,
17:1, 17:4, 17:9,
17:22, 17:24, 18:1,
18:4, 18:6, 18:20,
20:2, 20:11, 21:3,
21:13, 21:15, 21:17,
22:1, 22:3, 22:5,
22:8, 22:12, 22:24,
23:2, 23:6, 23:12,
23:13, 24:10, 24:20,
24:23, 25:3, 25:7,
25:8, 25:11, 25:24,
26:1, 26:22, 27:24,
27:25, 28:22, 29:21,
31:4, 31:7, 31:13,

34:5, 34:7, 35:12,
35:14, 35:23, 38:19,
39:2, 40:3, 40:8,
41:1, 41:15, 42:9,
45:5, 46:18, 49:20,
56:15, 56:19, 56:23,
60:1, 60:4, 61:14,
61:16, 62:11, 62:18,
63:4, 63:18, 64:3,
64:9, 64:22, 65:3,
65:5, 65:13, 66:1,
66:6, 66:12, 66:22,
67:3, 67:15, 68:21,
69:12, 70:3, 73:24,
74:13, 74:14, 74:16,
75:2, 75:7, 75:12,
75:18, 75:23, 76:1,
76:5, 76:7, 76:25,
77:16, 78:9, 78:15,
78:17, 78:25, 79:8,
79:14, 79:17, 79:23,
80:5, 80:13, 81:1,
82:7, 82:11, 82:13,
82:14, 86:21, 88:1,
91:16, 95:1, 95:4,
95:7, 98:13, 103:3,
105:14, 105:22,
105:24, 106:17,
107:11, 109:1,
109:11, 110:22,
111:7, 111:12,
111:18, 113:16,
113:19, 114:4,
118:16, 119:13,
119:18, 120:24,
121:14, 121:17,
122:2, 122:4, 122:8,
123:14, 124:11,
124:25, 125:4,
126:3, 129:22,
134:3, 134:7,
134:15, 134:18,
134:21, 134:25,
135:4, 135:10,
135:14, 135:17,
135:19, 136:5,
138:19, 138:20,
139:13, 141:11
**MICHEL** [1] - 1:5
**Michel's** [13] - 20:9,
20:22, 30:23, 47:24,
54:4, 63:2, 75:3,
76:13, 76:22, 79:15,
79:20, 106:23,
122:10
**microphone** [2] - 5:9,
19:7
**middle** [6] - 5:21,
25:23, 45:3, 48:19,
77:8, 78:2

**might** [5] - 17:7, 23:18,
25:12, 25:24, 126:14
**million** [27] - 6:14,
18:20, 25:4, 37:1,
37:6, 57:4, 60:17,
60:22, 60:25, 77:10,
78:4, 86:18, 87:24,
88:5, 97:6, 97:12,
100:1, 100:12,
105:4, 126:11,
126:13, 129:12,
129:16, 129:21,
138:14, 138:16,
138:17
**millions** [3] - 57:3,
79:2, 114:13
**minimal** [1] - 72:4
**minister** [1] - 64:20
**minute** [1] - 128:18
**mischaracterization**
[1] - 106:24
**mischaracterizes** [1] -
140:19
**miss** [1] - 30:4
**missed** [1] - 44:6
**mistake** [2] - 101:15,
101:20
**moment** [8] - 9:4,
10:7, 31:2, 33:21,
39:22, 58:14, 68:13,
82:24
**moments** [1] - 68:14
**money** [108] - 6:20,
7:20, 7:22, 8:9, 8:10,
8:14, 8:17, 10:20,
10:22, 10:24, 13:13,
16:1, 16:3, 19:5,
19:15, 19:21, 19:23,
19:24, 20:5, 20:8,
27:13, 27:20, 28:3,
29:5, 29:10, 29:14,
29:18, 38:7, 39:2,
45:6, 46:2, 46:9,
46:12, 47:6, 49:21,
49:24, 56:24, 56:25,
57:5, 57:8, 60:5,
60:12, 61:15, 63:22,
63:24, 67:7, 67:8,
75:3, 76:2, 78:8,
80:1, 81:5, 81:7,
81:11, 81:14, 81:17,
81:25, 82:17, 88:7,
90:2, 93:1, 97:4,
97:10, 103:1,
105:13, 105:16,
105:19, 105:25,
106:10, 112:20,
114:16, 117:7,
117:8, 119:21,
120:23, 121:23,

122:2, 122:6, 122:8, 125:15, 125:25, 126:4, 126:6, 128:25, 129:14, 135:19, 135:24, 136:4, 136:7, 136:9, 136:12, 136:20, 137:10, 138:7, 138:11, 138:12, 138:22, 138:23, 138:24, 139:7, 139:13, 139:19, 139:20, 140:3, 142:12, 142:13
**Monica** [1] - 94:22
**monies** [2] - 137:17, 138:17
**moniker** [2] - 28:21, 32:9
**monikers** [1] - 16:17
**more..** [1] - 72:25
**Moreira** [2] - 2:6, 143:16
**MOREIRA** [1] - 143:9
**Morgan** [13] - 119:25, 120:1, 120:7, 120:22, 120:24, 121:5, 121:15, 125:12, 125:23, 126:2, 126:4, 126:16, 126:18
**MORNING** [1] - 1:5
**morning** [14] - 4:5, 4:7, 4:9, 4:12, 4:13, 4:14, 4:18, 4:20, 6:4, 6:5, 70:9, 71:17, 73:9, 73:11
**Moscowitz** [10] - 60:2, 106:15, 106:16, 106:19, 106:21, 107:4, 107:12, 108:15, 108:16, 110:3
**most** [5] - 12:10, 84:7, 85:14, 85:16, 107:6
**move** [36] - 5:8, 5:16, 9:13, 19:7, 21:7, 27:1, 28:6, 31:22, 39:16, 41:23, 42:24, 43:2, 45:8, 45:20, 46:3, 48:2, 62:20, 81:5, 90:5, 93:6, 96:1, 97:19, 99:5, 100:5, 100:25, 104:4, 108:4, 109:16, 111:2, 113:9, 118:10, 119:2, 123:20, 124:13, 127:11, 133:24

**moved** [3] - 25:4, 30:7, 30:15
**movie** [2] - 51:7, 51:8
**movies** [1] - 128:23
**moving** [4] - 30:10, 30:19, 81:25, 131:17
**MR** [376] - 4:5, 4:9, 4:24, 6:3, 6:25, 8:23, 9:2, 9:13, 9:15, 10:6, 10:9, 10:16, 11:9, 12:2, 15:5, 15:9, 17:14, 17:17, 17:18, 18:16, 18:23, 18:25, 19:3, 19:17, 21:7, 21:9, 22:23, 22:25, 23:3, 25:16, 26:12, 26:15, 26:17, 26:19, 27:1, 27:5, 27:7, 28:15, 29:7, 29:11, 29:22, 30:24, 31:2, 31:15, 31:22, 31:24, 33:1, 33:3, 33:5, 33:9, 33:12, 33:22, 33:25, 34:2, 34:13, 34:21, 34:22, 35:6, 35:8, 35:10, 36:5, 36:11, 36:22, 37:11, 37:18, 37:25, 38:15, 39:5, 39:7, 39:8, 39:11, 39:16, 39:18, 39:21, 40:13, 41:11, 41:23, 41:25, 42:1, 42:3, 42:14, 42:24, 42:25, 43:2, 43:6, 44:5, 44:8, 45:8, 45:12, 45:20, 45:22, 46:3, 46:24, 47:14, 47:18, 48:2, 48:8, 48:10, 48:11, 48:21, 49:1, 49:4, 49:8, 50:5, 51:23, 52:10, 52:16, 52:23, 53:1, 53:6, 53:8, 53:17, 53:23, 54:8, 54:14, 54:22, 55:4, 55:6, 55:15, 55:21, 56:4, 56:12, 56:13, 56:21, 57:11, 57:23, 57:24, 57:25, 58:5, 58:6, 58:9, 58:14, 58:15, 58:17, 59:2, 59:5, 59:10, 59:16, 59:23, 60:7, 61:2, 62:2, 62:8, 62:20, 62:22, 62:24, 64:25, 65:16, 66:16, 69:10, 69:14, 69:23, 70:8, 70:16, 70:20, 71:5, 71:7, 71:16, 73:15, 73:18, 75:6, 75:10, 75:16,

76:4, 76:14, 76:16, 76:20, 77:3, 77:13, 77:20, 77:25, 78:7, 78:12, 82:20, 82:23, 83:1, 83:9, 83:16, 83:21, 84:1, 84:4, 84:11, 84:15, 84:18, 85:7, 85:13, 86:1, 86:5, 86:6, 86:23, 87:4, 87:8, 87:10, 87:13, 88:10, 88:15, 88:22, 88:24, 89:2, 89:13, 89:17, 89:19, 89:22, 89:24, 90:5, 90:7, 90:11, 90:13, 90:15, 91:7, 91:17, 92:9, 92:12, 92:15, 92:18, 92:20, 92:23, 93:6, 93:8, 93:11, 93:18, 94:5, 94:15, 95:9, 95:15, 95:19, 96:1, 96:3, 96:5, 96:17, 96:22, 97:19, 97:21, 98:10, 98:14, 98:22, 99:5, 99:7, 99:10, 99:20, 99:23, 100:5, 100:7, 100:14, 100:19, 100:25, 101:2, 101:11, 101:15, 101:20, 101:22, 102:3, 103:15, 103:22, 104:4, 104:6, 104:8, 104:19, 106:12, 107:17, 107:20, 107:21, 108:4, 108:6, 109:3, 109:7, 109:9, 109:16, 109:18, 109:23, 110:11, 110:13, 110:15, 110:19, 110:20, 111:2, 111:4, 111:14, 111:20, 111:23, 112:8, 112:22, 113:2, 113:9, 113:11, 113:13, 113:21, 114:25, 115:16, 115:24, 116:1, 116:8, 116:10, 116:12, 116:15, 116:18, 116:22, 116:25, 117:3, 117:25, 118:5, 118:7, 118:8, 118:10, 118:14, 118:19, 118:23, 119:2, 119:4, 119:17, 120:11, 120:14, 120:19,

121:2, 122:17, 123:2, 123:6, 123:11, 123:12, 123:20, 123:22, 123:25, 124:3, 124:7, 124:9, 124:13, 124:15, 124:19, 124:22, 125:9, 127:2, 127:11, 127:15, 127:17, 127:20, 127:23, 128:2, 128:4, 128:8, 128:11, 128:13, 128:17, 128:20, 129:2, 129:5, 129:23, 129:25, 130:9, 130:18, 130:21, 131:2, 131:10, 131:13, 131:17, 131:19, 131:20, 132:3, 132:6, 132:9, 132:12, 132:15, 132:19, 132:24, 133:3, 133:7, 133:12, 133:19, 133:23, 138:3, 138:5, 140:18, 140:25, 141:6, 141:13, 141:19, 142:17
**MULRYNE** [1] - 1:16
**Mulryne** [1] - 4:6
**multimillion** [1] - 103:10
**multimillion-dollar** [1] - 103:10
**multiple** [3] - 21:12, 35:14, 71:17
**music** [4] - 30:3, 107:10, 122:10, 128:22

**N**

**name** [7] - 6:6, 28:19, 32:7, 34:17, 41:20, 57:20
**named** [10] - 18:7, 30:21, 32:15, 43:25, 44:15, 44:22, 46:15, 62:15, 94:22, 102:17
**names** [1] - 32:10
**National** [27] - 67:19, 103:9, 103:13, 103:24, 106:20, 107:23, 107:24, 108:11, 108:13, 109:12, 110:23, 113:4, 114:11,

114:12, 114:15, 117:8, 117:11, 117:19, 117:21, 117:22, 118:16, 119:19, 120:8, 125:23, 126:15, 126:18, 134:12
**national** [5] - 7:23, 20:17, 65:4, 102:16
**nature** [1] - 117:14
**necessary** [2] - 60:3, 114:20
**need** [7] - 21:10, 49:2, 69:6, 84:16, 117:7, 131:3, 141:16
**needed** [5] - 16:2, 79:5, 110:3, 114:14
**needs** [6] - 28:7, 87:2, 104:18, 132:13, 132:22, 133:16
**nefarious** [1] - 137:6
**negotiations** [1] - 142:1
**neighborhood** [1] - 88:5
**never** [8] - 16:23, 22:20, 22:21, 72:12, 79:24, 80:19, 82:9
**new** [1] - 121:11
**New** [6] - 1:13, 1:18, 23:23, 63:3, 64:7, 122:3
**news** [1] - 24:18
**newspapers** [1] - 137:2
**next** [9] - 24:16, 36:14, 37:13, 37:18, 37:25, 60:21, 65:2, 68:10, 119:23
**Next** [1] - 1:25
**Nickie** [7] - 10:5, 17:6, 17:10, 26:1, 31:12, 99:1, 99:12
**Nicole** [1] - 4:6
**NICOLE** [1] - 1:16
**nicole.lockhart@ usdoj.gov** [1] - 1:20
**Nobody's** [1] - 115:24
**none** [5] - 22:15, 106:5, 106:6, 107:15, 112:18
**nonetheless** [1] - 14:1
**normal** [1] - 80:16
**North** [1] - 74:19
**northern** [1] - 12:19
**notation** [2] - 91:13, 91:15
**note** [1] - 99:25
**notes** [4] - 130:12, 131:4, 133:1, 143:11

**nothing** [6] - 9:2, 18:12, 22:13, 25:4, 79:3, 81:8
**notice** [2] - 50:12, 118:25
**notices** [1] - 50:12
**noticing** [1] - 71:9
**notifying** [1] - 118:16
**November** [5] - 124:18, 126:9, 133:1, 133:25, 134:23
**number** [10] - 8:16, 12:6, 14:8, 22:6, 65:24, 80:2, 97:8, 103:3, 108:19, 113:25
**numbered** [1] - 113:25
**numerous** [1] - 134:5
**NW** [5] - 1:13, 1:18, 2:3, 2:8, 143:18

**O**

**object** [2] - 53:8, 55:6, 55:21
**objecting** [1] - 5:20
**objection** [77] - 5:18, 5:22, 6:25, 9:15, 15:5, 17:17, 18:25, 19:17, 26:19, 27:4, 27:5, 27:6, 31:24, 32:1, 33:1, 39:11, 39:18, 39:20, 41:25, 42:4, 42:25, 43:5, 44:7, 45:22, 45:24, 53:10, 55:8, 59:8, 59:11, 59:23, 62:22, 62:23, 65:16, 66:16, 69:14, 75:6, 76:4, 76:16, 76:19, 90:7, 90:14, 93:8, 93:10, 96:3, 96:4, 97:21, 97:22, 99:7, 99:9, 100:7, 100:9, 101:2, 101:4, 104:6, 104:7, 108:6, 108:8, 109:18, 109:19, 110:20, 111:4, 111:6, 113:11, 113:12, 115:16, 118:9, 119:4, 119:6, 123:22, 123:24, 124:15, 124:16, 127:16, 127:21, 131:19, 140:18, 141:13
**objectionable** [1] - 85:19
**objections** [3] - 56:3, 70:22, 71:18

**obligations** [1] - 11:16
**observed** [2] - 69:17, 69:18
**obviously** [6] - 12:3, 34:18, 49:2, 54:19, 70:13, 126:6
**occasion** [2] - 20:3, 20:21
**October** [8] - 18:19, 35:13, 64:19, 87:22, 88:6, 120:16, 126:9, 138:15
**OF** [7] - 1:1, 1:2, 1:8, 1:12, 1:17, 2:2, 143:7
**offered** [1] - 74:25
**office** [3] - 32:14, 61:24, 78:18
**Office** [11] - 13:4, 13:7, 13:10, 13:12, 32:11, 32:24, 35:19, 36:2, 37:23, 38:13, 44:16
**officer** [3] - 64:4, 64:23, 81:21
**Offices** [1] - 134:6
**OFFICES** [1] - 2:2
**official** [5] - 66:10, 66:11, 66:12, 143:17
**Official** [1] - 2:7
**OFFICIAL** [1] - 143:7
**officially** [1] - 21:22
**often** [2] - 106:22, 106:24
**oftentimes** [1] - 71:3
**OIG** [1] - 141:21
**old** [2] - 12:13
**once** [3] - 68:10, 69:7, 101:9
**one** [44] - 7:11, 12:7, 17:9, 20:21, 20:23, 24:4, 24:5, 26:3, 32:9, 33:5, 37:15, 39:1, 45:6, 45:7, 45:17, 46:8, 46:12, 51:12, 53:21, 53:23, 57:9, 62:5, 65:17, 65:25, 68:15, 74:5, 80:2, 81:9, 81:18, 81:24, 87:9, 89:25, 92:25, 97:3, 98:25, 108:20, 111:16, 111:25, 112:1, 122:3, 122:24, 126:21, 126:22, 142:6
**ones** [2] - 47:1, 58:3
**online** [1] - 128:23
**opportunities** [1] - 99:17
**opportunity** [3] - 40:5,

85:2, 88:21
**opposed** [5] - 49:15, 55:13, 63:22, 79:20, 79:23
**opposition** [2] - 9:17, 118:12
**order** [5] - 25:4, 76:10, 98:2, 114:15, 117:8
**origin** [3] - 6:22, 7:3
**original** [1] - 111:8
**originated** [1] - 121:19
**origins** [2] - 6:19, 126:23
**Orozco** [108] - 10:6, 10:17, 11:9, 12:2, 18:16, 25:16, 26:12, 26:18, 27:8, 28:16, 29:23, 29:25, 30:24, 31:16, 36:11, 36:15, 36:23, 37:12, 37:14, 37:15, 37:19, 38:1, 38:16, 39:6, 39:9, 39:22, 40:14, 41:13, 42:18, 45:8, 47:15, 48:9, 49:4, 49:9, 50:5, 50:8, 51:25, 52:17, 56:22, 57:11, 57:17, 60:7, 61:2, 62:2, 65:1, 73:16, 77:3, 77:7, 77:13, 77:25, 78:7, 78:13, 82:20, 86:23, 87:7, 88:10, 88:24, 89:23, 90:15, 90:19, 91:8, 91:18, 92:9, 92:21, 93:18, 94:6, 94:16, 95:9, 96:7, 96:18, 98:10, 98:17, 99:22, 100:16, 101:12, 102:3, 103:17, 103:19, 104:8, 106:13, 107:18, 107:21, 109:5, 110:11, 110:15, 111:15, 111:22, 112:9, 112:24, 113:21, 118:2, 119:17, 120:12, 120:20, 121:3, 123:2, 123:8, 124:1, 124:19, 124:23, 125:10, 127:2, 127:17, 128:14, 128:17, 128:20, 129:3, 129:6
**otherwise** [1] - 87:12
**out-of-court** [1] - 116:12
**outside** [9] - 13:22, 17:12, 33:16, 53:14,

58:23, 60:5, 66:11, 115:23
**overruled** [1] - 76:18
**overseas** [1] - 58:18
**own** [2] - 61:17, 72:22
**owned** [4] - 60:4, 98:3, 98:7, 107:9
**ownership** [1] - 95:6

**P**

**P.A** [1] - 2:3
**p.m** [1] - 143:4
**Page** [19] - 1:25, 10:16, 11:9, 11:10, 25:18, 43:9, 48:9, 61:10, 77:5, 89:22, 90:15, 91:7, 91:17, 94:15, 98:10, 106:12, 106:14, 112:8, 112:10
**page** [15] - 27:21, 36:14, 37:13, 37:15, 37:18, 37:25, 47:14, 77:7, 92:11, 92:14, 98:19, 103:19, 104:9, 110:19, 120:21
**PAGE** [1] - 3:2
**Pages** [1] - 37:11
**pages** [3] - 92:18, 92:22, 110:16
**paid** [8] - 10:24, 25:3, 27:22, 28:4, 36:24, 37:9, 75:3, 129:21
**paper** [10] - 46:16, 55:11, 83:20, 83:24, 84:5, 85:18, 85:21, 89:3, 89:9
**paragraph** [12] - 27:9, 27:10, 28:17, 28:25, 29:22, 29:24, 30:1, 43:10, 50:7, 99:15, 101:5, 107:7
**Paragraph** [3] - 36:20, 59:5, 96:8
**parcel** [1] - 136:7
**pardon** [1] - 130:4
**parenthetical** [1] - 43:10
**part** [34] - 9:20, 10:18, 11:20, 12:15, 22:21, 26:24, 30:16, 30:18, 35:1, 35:18, 46:4, 50:2, 50:4, 52:9, 52:20, 52:23, 57:21, 58:4, 58:7, 58:18, 59:10, 59:14, 64:14, 87:11, 87:16, 88:14, 88:15, 93:21, 118:6,

124:6, 136:6, 136:8, 139:1
**participation** [1] - 141:22
**particular** [7] - 51:17, 51:18, 63:22, 79:2, 114:17, 130:14, 133:2
**particularly** [3] - 16:18, 99:18, 102:25
**particulars** [2] - 67:25, 68:20
**Parties** [1] - 90:20
**partners** [2] - 30:7, 30:16
**partnership** [1] - 51:5
**parts** [1] - 23:11
**party** [9] - 25:9, 26:2, 61:19, 74:6, 74:8, 80:12, 102:25, 122:6, 122:12
**pass** [1] - 110:5
**passports** [3] - 80:15, 80:17, 80:19
**Patterson** [20] - 10:10, 18:23, 36:5, 39:10, 39:24, 41:12, 42:1, 43:7, 56:21, 57:16, 59:16, 62:25, 90:17, 96:6, 99:11, 109:24, 112:22, 113:14, 124:3, 128:4
**Pause** [12] - 62:6, 83:2, 83:11, 89:18, 92:17, 95:14, 98:21, 100:18, 103:21, 118:4, 118:22, 130:7
**pay** [3] - 37:7, 63:24, 81:14
**payments** [4] - 15:12, 49:12, 77:1, 107:3
**PDF** [1] - 52:16
**pending** [1] - 51:15
**people** [6] - 52:22, 55:10, 74:2, 81:15, 106:6, 129:17
**People's** [1] - 102:14
**perception** [2] - 92:5, 112:16
**perfect** [1] - 93:19
**perhaps** [3] - 15:7, 83:23, 141:3
**period** [22] - 10:22, 12:25, 15:4, 15:21, 16:10, 17:4, 33:7, 35:12, 35:16, 36:3, 40:9, 42:11, 46:19, 51:14, 56:20, 73:19, 88:6, 95:2, 130:12, 131:5, 134:22,

138:15
**permission** [1] - 52:13
**permitted** [2] - 13:21, 94:10
**person** [6] - 24:8, 24:21, 24:24, 25:25, 26:9, 68:16
**personal** [4] - 28:1, 61:17, 74:9, 107:8
**personally** [2] - 23:20, 138:15
**perspective** [3] - 44:24, 72:22
**Pheng** [2] - 46:15, 52:2
**Phone** - 38:22, 40:1
**phone** [11] - 16:12, 16:21, 17:2, 17:24, 24:11, 33:14, 53:12, 58:20, 110:8, 126:21, 127:6
**photo** [1] - 25:20
**photograph** [1] - 25:23
**pick** [3] - 33:14, 53:12, 58:20
**piece** [1] - 55:11
**pieces** [2] - 55:25
**pig** [2] - 115:15, 116:7
**pivot** [1] - 125:23
**place** [13] - 64:6, 64:19, 67:12, 67:13, 79:3, 81:8, 81:24, 107:15, 125:25, 129:16, 140:22, 142:2, 142:16
**placed** [1] - 23:21
**Plaintiff** [1] - 1:3
**plane** [2] - 80:9, 80:10
**plane..** [1] - 42:7
**plans** [1] - 141:18
**play** [4] - 74:3, 74:4, 74:6, 81:20
**playing** [6] - 127:22, 128:14, 128:16, 128:19, 129:2, 129:4
**plea** [11] - 6:13, 8:20, 8:24, 9:7, 9:18, 10:11, 10:17, 11:4, 140:5, 141:7, 141:9
**plead** [2] - 6:16, 12:5
**pleaded** [4] - 6:10, 9:10, 10:14, 142:6
**pleased** [1] - 76:25
**pled** [2] - 12:4, 12:8
**point** [19] - 10:8, 17:9, 27:17, 42:10, 48:11, 48:17, 48:18, 53:8, 67:7, 75:13, 76:8,

79:3, 86:2, 88:4, 114:13, 127:14, 133:20, 135:21, 142:19
**pointedly** [1] - 68:24
**Political** [1] - 93:25
**political** [5] - 23:17, 26:10, 64:9, 65:4, 74:23
**politics** [1] - 64:18
**pop** [3] - 54:19, 55:20, 58:25
**portfolio** [2] - 98:3, 98:7
**portion** [8] - 49:9, 50:9, 88:22, 89:12, 90:20, 93:16, 94:7, 132:23
**portions** [3] - 48:12, 84:21, 132:4
**position** [5] - 30:5, 41:10, 53:10, 67:18, 74:5
**positive** [2] - 25:2, 70:7
**possibility** [1] - 63:16
**possible** [3] - 16:18, 103:19, 114:21
**potential** [3] - 24:24, 29:18, 63:12
**potentially** [5] - 23:9, 61:22, 76:2, 136:7, 142:1
**powered** [2] - 23:16, 23:21
**powerful** [1] - 23:22
**PowerPoint** [5] - 52:10, 54:9, 60:12, 60:21, 65:1
**practice** [1] - 109:2
**PRAKAZREL** [1] - 1:5
**Pras** [8] - 4:3, 8:7, 14:22, 28:21, 81:1, 107:9, 134:7, 134:14
**prefer** [1] - 84:1
**preliminary** [1] - 70:18
**premier** [1] - 66:2
**preparation** [1] - 141:4
**prepare** [1] - 140:21
**prepared** [1] - 63:15
**preparing** [2] - 140:24, 141:3
**prerequisite** [1] - 34:23
**present** [5] - 34:3, 63:8, 69:4, 81:13, 122:1
**presented** [2] - 68:18, 139:13
**presently** [1] - 67:22

**president** [2] - 24:19, 26:8
**President** [1] - 74:9
**President's** [1] - 74:2
**Press** [1] - 94:1
**presumably** [5] - 33:14, 33:24, 35:1, 53:12, 84:9
**pretty** [4] - 21:21, 23:22, 25:9, 121:9
**previous** [3] - 24:5, 30:23, 88:17
**previously** [23] - 16:21, 18:17, 25:17, 28:5, 44:23, 51:24, 53:25, 57:10, 59:17, 61:3, 66:22, 75:17, 77:4, 77:14, 82:21, 86:8, 101:17, 117:6, 121:3, 122:18, 136:10, 140:4, 141:23
**prime** [1] - 64:20
**prisoners** [4] - 63:14, 74:22, 74:23
**private** [2] - 13:22, 16:18
**problem** [8] - 48:22, 54:25, 83:6, 84:4, 84:6, 89:8, 133:14
**procedural** [1] - 107:1
**procedure** [1] - 84:25
**proceed** [3] - 62:8, 73:12, 86:3
**proceeding** [1] - 22:22
**proceedings** [1] - 143:12
**process** [1] - 80:16
**produced** [2] - 38:7, 51:7
**production** [2] - 51:7, 107:10
**professionals** [1] - 114:6
**Programs** [4] - 13:5, 13:7, 13:10, 13:12
**programs** [2] - 13:11, 13:13
**progress** [3] - 23:14, 67:9, 67:13
**progressed** [1] - 44:1
**progressing** [1] - 79:12
**progression** [1] - 44:16
**prohibited** [1] - 14:5
**project** [5] - 7:11, 7:13, 7:14, 62:17, 63:22
**projects** [6] - 6:20,

7:6, 22:6, 29:2, 35:25, 121:21
**promissory** [1] - 99:24
**proper** [1] - 135:4
**properties** [2] - 98:2, 98:4
**propose** [1] - 53:1
**prosecuting** [1] - 141:18
**prosecutions** [1] - 13:17
**prosecutor** [1] - 61:22
**protect** [1] - 30:8
**provide** [15] - 11:21, 41:6, 43:13, 98:1, 102:21, 103:3, 111:11, 112:13, 113:24, 114:5, 114:20, 121:15, 126:7, 126:25, 135:3
**provided** [12] - 16:4, 51:18, 69:21, 108:14, 110:3, 112:6, 112:19, 114:10, 122:24, 125:8, 126:24, 138:13
**providing** [8] - 40:24, 43:14, 91:4, 99:12, 101:6, 108:10, 113:19, 125:5
**Public** [1] - 1:17
**publish** [18] - 18:24, 27:7, 36:5, 39:23, 42:1, 42:5, 43:1, 43:6, 56:21, 57:15, 59:16, 62:24, 90:17, 109:23, 112:22, 113:13, 118:14, 128:5
**published** [3] - 10:8, 128:7, 128:9
**pull** [8] - 25:16, 26:12, 58:9, 61:2, 95:12, 103:15, 109:3, 127:2
**purchase** [2] - 74:20, 74:21
**purported** [4] - 100:21, 101:25, 112:10, 112:12
**purportedly** [2] - 40:18, 99:25
**purporting** [4] - 91:22, 96:25, 98:25, 112:2
**purports** [1] - 90:21
**purpose** [30] - 6:19, 7:5, 8:9, 15:2, 15:24, 16:8, 47:4, 47:8, 47:11, 50:22, 51:10, 53:6, 59:21, 71:21,

78:15, 78:22, 79:25, 94:4, 95:6, 102:19, 102:21, 106:9, 114:10, 114:12, 117:15, 117:20, 119:9, 119:14, 120:8, 138:23
**purposes** [6] - 26:21, 98:15, 99:21, 118:1, 118:20, 139:18
**push** [1] - 116:4
**put** [9] - 21:10, 24:17, 55:24, 56:1, 76:9, 87:1, 115:15, 125:25, 126:5
**puts** [1] - 54:1
**puzzle** [1] - 56:1

**Q**

**questioning** [1] - 85:1
**questions** [30] - 13:10, 34:23, 35:4, 49:3, 72:6, 85:4, 85:6, 85:24, 86:4, 95:18, 103:1, 103:12, 103:24, 105:6, 105:9, 105:21, 106:2, 107:24, 108:17, 109:11, 110:1, 114:18, 120:22, 121:12, 126:19, 129:23, 137:21, 139:18, 140:10, 142:24
**quite** [5] - 19:20, 42:11, 63:9, 63:16, 68:24
**quote** [1] - 45:1
**quote-unquote** [1] - 45:1

**R**

**radar** [2] - 78:19, 82:3
**RAE** [1] - 1:16
**raise** [1] - 110:14
**raised** [5] - 18:10, 20:9, 20:22, 21:3, 127:24
**ranking** [1] - 23:22
**rather** [2] - 20:4, 89:2
**RDR** [3] - 2:6, 143:9, 143:16
**re** [1] - 36:7
**reach** [4] - 138:21, 139:2, 139:8, 139:10
**reached** [1] - 80:8
**reaching** [2] - 104:15, 104:20
**reaction** [1] - 69:11

**read** [15] - 17:15, 17:16, 27:15, 29:8, 30:12, 39:7, 47:18, 50:16, 66:24, 84:2, 84:22, 85:15, 89:17, 114:8, 119:8
**readily** [1] - 125:7
**reading** [1] - 42:7
**reads** [7] - 27:11, 28:25, 30:1, 36:7, 114:3, 114:4
**ready** [4] - 4:16, 73:12, 142:20, 142:23
**real** [4] - 27:11, 101:10, 114:12, 131:22
**really** [5] - 69:6, 102:23, 105:15, 117:13, 121:23
**reason** [7] - 29:1, 52:21, 66:4, 66:17, 66:18, 100:11, 114:21
**reasonable** [1] - 126:7
**reasons** [3] - 12:6, 65:5, 65:24
**receive** [3] - 18:20, 100:1, 126:10
**received** [4] - 10:20, 105:8, 126:21, 138:16
**receiving** [1] - 121:5
**recess** [1] - 143:4
**Recess** [1] - 70:17
**recognize** [46] - 8:24, 9:7, 25:19, 26:20, 31:6, 38:18, 39:12, 42:19, 45:13, 47:16, 47:20, 52:3, 62:10, 77:22, 83:14, 86:15, 87:19, 89:25, 91:9, 92:25, 94:17, 94:20, 95:20, 96:24, 98:24, 99:24, 100:19, 100:21, 101:22, 101:24, 103:22, 103:23, 107:22, 108:9, 109:10, 110:21, 111:23, 111:25, 113:3, 118:15, 118:24, 120:15, 122:21, 123:17, 124:9, 124:10
**recollection** [4] - 83:10, 131:21, 132:13, 132:16
**recommend** [1] - 24:7
**recommendation** [7] - 10:12, 10:19, 11:5,

11:21, 24:2, 24:16, 126:3
**recommended** [1] - 24:3
**record** [6] - 6:7, 17:24, 60:13, 70:21, 71:2, 130:15
**recorded** [1] - 131:21
**recording** [1] - 127:8
**records** [1] - 59:6
**red** [3] - 50:12, 81:17, 81:22
**Red** [16] - 18:21, 46:13, 46:21, 47:9, 81:21, 81:25, 87:23, 97:1, 97:11, 97:25, 125:15, 126:11, 126:20, 128:21, 136:23, 139:15
**refer** [1] - 24:7
**reference** [18] - 29:4, 29:9, 29:13, 37:16, 40:1, 40:2, 51:14, 51:17, 63:1, 74:4, 74:14, 74:16, 96:9, 97:24, 104:11, 105:3, 138:10, 138:11
**referenced** [7] - 7:6, 22:3, 42:22, 45:18, 50:19, 64:14, 110:9
**references** [1] - 104:25
**referencing** [2] - 28:19, 30:16
**referred** [1] - 63:11
**referring** [2] - 27:23, 93:22
**refers** [1] - 118:5
**reflect** [2] - 70:22, 71:2
**reflection** [1] - 127:8
**refresh** [2] - 83:10, 132:15
**refreshed** [2] - 132:14, 133:17
**regard** [4] - 12:14, 13:23, 110:5, 135:5
**regarded** [1] - 8:11
**regarding** [7] - 32:4, 43:11, 62:14, 64:4, 71:18, 107:24, 109:11
**register** [1] - 20:24
**Registration** [1] - 141:25
**regulations** [1] - 13:23
**related** [11] - 7:20, 7:22, 10:20, 32:24, 35:16, 35:24, 62:17, 79:22, 97:10, 123:3,

142:25
**relation** [2] - 6:11, 16:10
**relationship** [18] - 22:16, 24:19, 26:8, 27:24, 27:25, 41:9, 74:8, 74:9, 79:9, 79:19, 98:25, 106:19, 106:21, 114:15, 117:8, 121:10, 121:12, 134:18
**relationships** [1] - 74:19
**relay** [1] - 24:10
**relayed** [2] - 49:20, 70:3
**release** [1] - 63:13
**relevance** [1] - 141:13
**relevant** [3] - 34:3, 54:2, 64:11
**reluctance** [1] - 82:8
**reluctant** [1] - 82:4
**rely** [1] - 139:12
**relying** [1] - 125:4
**remainder** [1] - 129:19
**remaining** [1] - 129:21
**remember** [5] - 20:23, 32:3, 67:18, 133:22, 142:11
**remind** [1] - 30:3
**removal** [1] - 50:11
**renew** [1] - 64:19
**repeat** [1] - 86:10
**replace** [1] - 64:19
**REPORTER** [1] - 143:7
**Reporter** [3] - 2:6, 2:7, 143:17
**reporter** [1] - 104:18
**represent** [6] - 13:24, 14:1, 79:14, 79:16, 117:13, 134:6
**representation** [1] - 135:8
**representations** [2] - 135:13, 135:15
**representative** [5] - 61:22, 66:3, 68:5, 79:10, 129:13
**representatives** [2] - 107:23, 126:22
**represented** [4] - 120:23, 134:14, 134:20, 134:24
**representing** [2] - 14:12, 32:13
**Republic** [1] - 102:14
**Republican** [5] - 26:2, 61:18, 61:19, 74:6,

74:8
**request** [3] - 23:19, 44:25, 71:10
**required** [1] - 119:8
**research** [4] - 61:17, 92:1, 92:5, 112:16
**resolution** [8] - 24:21, 25:5, 26:11, 79:4, 81:9, 88:8, 114:6, 121:24
**resolve** [3] - 7:9, 62:1, 80:3
**resolved** [1] - 74:10
**resolving** [1] - 50:25
**respond** [3] - 33:4, 71:14, 111:9
**responding** [2] - 70:23, 109:20
**Response** [1] - 111:18
**response** [13] - 20:9, 20:22, 25:1, 70:6, 70:7, 82:7, 108:10, 108:25, 109:1, 113:4, 113:25, 114:3, 117:22
**responses** [1] - 111:10
**rest** [1] - 84:22
**restate** [2] - 44:12, 44:13
**restless** [1] - 69:9
**resume** [1] - 142:22
**retain** [1] - 114:6
**retainer** [2] - 36:8, 36:21
**Retainer** [2] - 31:9, 49:10
**return** [3] - 64:15, 82:11, 82:13
**returned** [6] - 56:23, 63:15, 80:17, 82:14, 82:15, 82:17
**review** [6] - 94:11, 94:12, 96:10, 96:12, 107:19, 114:20
**reviewed** [2] - 102:20, 108:21
**reword** [1] - 75:15
**risk** [3] - 43:12, 43:15, 101:7
**Riza** [2] - 51:4, 51:5
**road** [2] - 29:6, 29:13
**Robin** [4] - 32:15, 32:17, 34:17, 37:24
**rock** [2] - 81:17, 81:22
**Rock** [14] - 18:21, 46:13, 46:21, 47:9, 87:23, 97:1, 97:11, 97:25, 125:16, 126:11, 126:20,

128:21, 136:23, 139:15
**Rock's** [2] - 81:21, 81:25
**role** [3] - 52:6, 81:20, 106:4
**roll** [1] - 71:6
**roller** [1] - 122:9
**rolling** [4] - 71:3, 72:5, 72:10, 72:16
**Room** [4] - 2:7, 62:12, 63:1, 143:18
**room** [5] - 63:3, 63:5, 68:11, 68:12, 75:19
**Rosenzweig** [6] - 32:15, 32:17, 32:23, 33:9, 37:24, 38:11
**roughly** [6] - 15:22, 22:4, 22:5, 57:2, 61:11, 87:23
**Rousseau** [4] - 80:13, 80:22, 80:24, 80:25
**RRIX** [2] - 97:24, 98:1
**Rudy** [5] - 24:6, 24:7, 24:18, 24:24, 25:6
**rules** [1] - 71:10
**run** [1] - 96:21

**S**

**safe** [1] - 126:5
**sarcasm** [1] - 89:4
**sat** [1] - 68:17
**satisfied** [8] - 69:21, 69:23, 69:25, 70:1, 70:2, 117:22, 124:20, 140:16
**saw** [4] - 49:16, 60:21, 126:10, 137:2
**scheme** [2] - 135:20, 138:25
**scope** [6] - 14:11, 91:22, 112:10, 112:12, 116:15
**screen** [6] - 9:3, 83:25, 84:1, 85:14, 85:21, 88:23
**scroll** [16] - 31:16, 36:13, 37:11, 37:13, 37:18, 37:20, 47:14, 88:25, 89:15, 92:21, 97:8, 98:20, 103:20, 110:17, 112:25, 130:23
**scrutiny** [1] - 126:15
**SEAN** [1] - 1:16
**Sean** [1] - 4:6
**sean.mulryne@
usdoj.gov** [1] - 1:19
**seated** [1] - 5:7

**second** [19] - 12:9, 28:25, 58:21, 62:5, 62:17, 63:3, 63:4, 66:4, 75:19, 77:16, 99:15, 111:9, 113:22, 119:7, 120:20, 121:8, 124:18, 130:2, 130:6
**Section** [1] - 1:17
**section** [2] - 11:11, 90:20
**security** [1] - 68:15
**Security** [1] - 67:19
**see** [55] - 5:18, 9:6, 11:11, 19:21, 31:17, 48:23, 49:2, 50:9, 50:14, 52:15, 54:16, 54:25, 55:1, 55:16, 55:17, 55:18, 55:19, 59:17, 60:13, 60:21, 60:25, 84:8, 84:16, 84:18, 85:4, 85:9, 85:23, 86:18, 87:2, 87:22, 88:22, 89:7, 89:11, 89:13, 89:16, 91:21, 91:23, 92:14, 95:13, 96:9, 97:8, 97:24, 104:11, 104:23, 104:25, 105:5, 110:17, 119:11, 130:24, 131:6, 131:15, 132:1, 143:2
**seeing** [1] - 32:3
**seek** [1] - 135:3
**seem** [1] - 85:8
**send** [7] - 46:2, 46:9, 46:12, 121:14, 123:15, 134:5, 134:14
**sending** [6] - 57:8, 108:25, 111:7, 111:10, 123:14, 123:18
**senior** [1] - 67:20
**sense** [2] - 102:22, 132:7
**sent** [24] - 31:6, 31:7, 34:21, 35:2, 38:19, 47:7, 78:5, 82:17, 97:4, 97:6, 97:11, 107:23, 108:15, 109:11, 109:20, 110:22, 110:25, 111:18, 113:4, 113:15, 124:17, 136:9, 136:13, 136:20
**sentence** [4] - 10:13, 11:25, 27:11, 29:12

**sentencing** [3] - 10:19, 11:6, 11:23
**separate** [2] - 118:7, 133:10
**separation** [3] - 41:2, 41:6, 79:17
**September** [11] - 35:13, 50:13, 86:19, 95:24, 97:16, 99:3, 100:3, 108:2, 109:14, 110:25, 113:8
**sequence** [1] - 52:19
**series** [2] - 101:11, 130:12
**seriously** [1] - 116:12
**services** [10] - 31:10, 36:8, 40:24, 43:13, 43:15, 91:5, 99:13, 101:7, 112:14, 114:5
**SESSION** [1] - 1:5
**set** [7] - 59:22, 68:12, 83:23, 85:5, 108:15, 111:9
**settled** [1] - 4:21
**several** [1] - 86:12
**shaking** [1] - 110:18
**share** [3] - 19:25, 20:2, 20:20
**shares** [2] - 96:11, 96:15
**shell** [5] - 46:2, 47:6, 57:9, 136:23, 139:15
**shortly** [3] - 7:14, 56:23, 117:24
**show** [10] - 8:21, 18:16, 53:21, 56:9, 56:10, 57:25, 58:2, 77:3, 130:18, 132:23
**showing** [2] - 66:25, 80:19
**shown** [2] - 53:25, 73:3
**shows** [1] - 53:24
**sic]** [1] - 67:10
**side** [5] - 28:1, 61:3, 71:12
**sides** [1] - 73:3
**signal** [1] - 17:3
**signatories** [1] - 98:11
**signatory** [2] - 52:1, 81:16
**signature** [9] - 37:20, 37:22, 47:23, 47:25, 48:6, 91:12, 94:17, 94:20, 98:11
**signatures** [3] - 47:16, 47:20, 91:9
**signed** [1] - 91:12
**similar** [4] - 96:9,

120:7, 121:5, 126:18
**similarly** [1] - 94:9
**simply** [2] - 84:24, 140:20
**single** [2] - 136:12, 137:9
**siphoned** [1] - 8:12
**sit** [2] - 137:13, 140:1
**sitting** [4] - 24:19, 26:8, 55:13, 64:20
**situation** [4] - 30:9, 30:11, 30:20, 106:25
**six** [2] - 12:12, 109:6
**size** [4] - 84:2, 85:15, 89:1, 142:12
**skip** [2] - 50:18, 60:20
**skipping** [1] - 27:19
**slate** [1] - 121:21
**slightly** [1] - 26:15
**slow** [3] - 16:24, 104:17
**slower** [1] - 89:9
**smell** [1] - 110:5
**sold** [1] - 96:15
**solution** [3] - 30:10, 30:19, 79:7
**someone** [9] - 8:10, 23:18, 25:7, 25:12, 52:8, 66:2, 66:23, 105:19, 135:19
**somewhat** [2] - 20:11, 80:9
**somewhere** [2] - 88:5, 126:5
**sorry** [32] - 14:23, 18:6, 18:23, 19:19, 26:15, 28:22, 29:7, 37:13, 42:3, 44:6, 45:12, 47:18, 57:13, 60:4, 62:8, 69:23, 77:20, 89:17, 90:17, 92:15, 97:9, 101:15, 115:24, 117:19, 120:2, 120:4, 124:2, 127:20, 128:1, 134:11, 136:16, 136:18
**source** [11] - 8:8, 8:10, 8:15, 8:19, 16:7, 19:4, 20:8, 21:11, 50:3, 120:8, 138:23
**sourced** [1] - 137:11
**sparring** [1] - 89:6
**speakerphone** [1] - 122:7
**specific** [6] - 6:16, 15:8, 67:15, 75:18, 104:25, 108:16
**specifically** [6] - 23:17, 24:7, 53:15,

53:18, 61:21
**speculated** [2] - 46:5, 139:23
**speculation** [2] - 33:2, 66:16
**speed** [1] - 81:6
**spell** [1] - 6:6
**spring** [3] - 12:25, 15:21, 35:22
**stakeholder** [2] - 92:3, 112:16
**stamped** [1] - 80:19
**stand** [7] - 5:19, 34:4, 55:10, 130:2, 130:5, 140:22
**Stanley** [13] - 119:25, 120:1, 120:7, 120:22, 120:24, 121:6, 121:15, 125:12, 125:23, 126:2, 126:4, 126:16, 126:19
**start** [10] - 5:12, 5:19, 23:5, 23:8, 56:24, 103:12, 122:20, 127:17, 132:25, 140:6
**started** [7] - 5:21, 43:24, 44:14, 45:5, 46:24, 56:25, 67:8
**starting** [5] - 28:17, 29:25, 97:24, 101:5, 104:9
**starts** [4] - 27:19, 54:9, 130:1, 133:8
**state** [1] - 6:6
**Statement** [3] - 9:19, 9:22, 9:25
**statement** [9] - 6:17, 17:18, 17:19, 76:7, 77:23, 83:14, 86:15, 87:20, 116:6
**statements** [9] - 6:18, 9:11, 9:25, 76:10, 131:23, 132:2, 132:18, 135:18, 142:7
**STATES** [3] - 1:1, 1:2, 1:9
**States** [12] - 1:12, 4:2, 49:22, 50:1, 50:23, 60:5, 60:6, 75:5, 76:3, 82:13, 136:13, 143:17
**statutes** [1] - 142:13
**stenographic** [1] - 143:11
**step** [4] - 5:2, 5:4, 30:11, 30:20
**still** [5] - 52:22, 55:6,

64:13, 80:1, 133:3
**stipulation** [16] - 22:23, 57:22, 58:3, 58:4, 58:8, 58:10, 58:12, 58:18, 58:25, 59:10, 59:15, 87:11, 87:17, 88:14, 88:16, 124:6
**stood** [1] - 104:13
**stop** [11] - 5:22, 36:15, 48:13, 70:8, 70:9, 71:18, 71:21, 128:20, 129:5, 142:16, 142:18
**stopped** [1] - 21:1
**story** [2] - 63:8, 122:9
**Strategic** [1] - 91:1
**strategic** [7] - 43:12, 43:15, 71:24, 91:4, 91:25, 101:7, 112:13
**strategically** [1] - 30:9
**strategies** [1] - 114:7
**straw** [1] - 52:8
**Street** [5] - 38:5, 38:7, 51:7, 115:8, 137:3
**stretch** [2] - 130:2, 130:5
**strike** [3] - 21:7, 46:3, 48:2
**strong** [5] - 18:13, 24:19, 26:2, 26:7, 27:25
**stuff** [2] - 28:7, 72:23
**subject** [4] - 38:22, 41:18, 52:24, 62:12
**submitted** [2] - 55:4, 55:5
**subparagraph** [1] - 105:3
**Subparagraph** [4] - 59:6, 93:17, 94:8, 96:10
**subscribe** [1] - 96:11
**subsequent** [2] - 81:18, 122:13
**Substantial** [1] - 11:11
**success** [4] - 37:4, 37:5, 64:14, 138:14
**sufficient** [2] - 76:8, 126:7
**suggest** [5] - 48:16, 69:13, 69:15, 73:3, 89:5
**suggested** [2] - 106:16, 108:17
**suggesting** [1] - 33:9
**Suite** [1] - 1:13
**summer** [3] - 35:22, 103:12, 121:10
**sums** [3] - 81:11,

103:1, 114:22
**Sunday** [2] - 65:13, 68:2
**support** [2] - 55:1, 140:2
**supposed** [3] - 79:9, 79:17, 79:18
**supposedly** [1] - 25:2
**suspected** [1] - 17:7
**swear** [1] - 5:4
**switch** [1] - 49:19
**switching** [1] - 33:21
**Sworn** [1] - 6:1
**sworn** [1] - 5:6
**system** [4] - 81:11, 83:23, 85:5, 85:17

**T**

**table** [1] - 5:19
**TAEK** [1] - 31:9
**Taek** [3] - 31:20, 32:10, 50:19
**Talent** [6] - 45:14, 45:25, 47:12, 47:25, 49:13, 52:2
**talent** [1] - 61:10
**Talented** [1] - 46:22
**Tan** [2] - 50:20, 51:2
**tea** [1] - 68:12
**team** [2] - 68:15, 71:8
**technology** [1] - 55:12
**ten** [2] - 70:10, 70:13
**tended** [1] - 20:12
**tens** [1] - 79:2
**tenuous** [1] - 74:20
**terms** [21] - 5:16, 6:19, 11:22, 20:5, 34:14, 41:2, 48:17, 59:24, 69:17, 69:18, 71:15, 72:5, 73:1, 79:3, 81:8, 83:24, 84:6, 85:1, 101:11, 107:2, 116:6
**terrific** [1] - 87:18
**test** [1] - 110:5
**testified** [8] - 21:12, 34:18, 75:17, 75:22, 82:4, 86:11, 112:2, 135:5
**testifies** [3] - 54:13, 54:18, 55:19
**testify** [10] - 34:10, 54:19, 54:24, 55:9, 55:20, 56:2, 75:7, 76:5, 76:6, 76:17
**testifying** [3] - 22:17, 56:10, 130:13
**testimony** [13] - 30:21, 53:7, 54:17, 55:1,

55:2, 70:14, 71:25, 83:13, 86:8, 127:4, 136:3, 140:7, 142:24
**text** [2] - 17:2, 42:6
**THE** [224] - 1:1, 1:1, 1:9, 4:2, 4:7, 4:12, 4:14, 4:15, 4:18, 4:21, 5:1, 5:7, 5:10, 5:11, 5:25, 7:2, 9:16, 10:8, 15:7, 16:24, 17:19, 19:1, 19:7, 19:9, 19:10, 19:11, 19:12, 19:18, 21:10, 23:1, 24:13, 24:15, 27:3, 27:6, 29:9, 31:25, 33:4, 33:8, 33:11, 33:13, 33:17, 33:20, 33:23, 34:1, 34:12, 34:14, 35:1, 35:7, 39:19, 42:2, 42:4, 43:4, 44:6, 44:9, 45:11, 45:23, 46:6, 47:1, 48:4, 48:7, 48:16, 48:22, 49:2, 49:5, 52:15, 52:20, 52:25, 53:4, 53:11, 53:15, 53:20, 54:6, 54:12, 54:15, 54:23, 55:5, 55:8, 55:16, 55:23, 56:6, 56:17, 57:21, 58:2, 58:7, 58:11, 58:20, 58:24, 59:3, 59:8, 59:12, 59:14, 59:24, 62:5, 62:9, 62:23, 65:17, 66:17, 66:20, 66:21, 69:7, 69:16, 69:25, 70:1, 70:2, 70:9, 70:12, 70:18, 71:4, 71:6, 71:14, 72:4, 73:9, 73:12, 75:8, 75:11, 76:6, 76:18, 82:25, 83:3, 83:19, 83:22, 84:3, 84:6, 84:12, 84:16, 84:24, 85:10, 85:20, 86:2, 87:1, 87:9, 87:11, 87:15, 87:16, 87:18, 88:13, 88:20, 89:5, 89:15, 89:20, 90:8, 90:10, 90:12, 90:14, 92:13, 93:9, 95:12, 95:17, 96:4, 96:21, 97:22, 99:8, 100:8, 101:3, 101:14, 101:18, 101:21, 104:7, 104:17, 108:7, 109:6, 109:8, 109:19, 110:18, 111:5, 113:12,

115:18, 116:3, 116:9, 116:11, 116:14, 116:17, 116:20, 116:23, 117:1, 118:12, 119:5, 120:4, 120:13, 123:9, 123:23, 124:5, 124:16, 127:13, 127:19, 127:21, 127:25, 128:3, 128:6, 128:9, 128:12, 129:24, 130:1, 130:4, 130:5, 130:20, 130:25, 131:9, 131:11, 131:14, 131:23, 132:4, 132:7, 132:10, 132:17, 132:21, 133:5, 133:9, 133:14, 133:20, 134:11, 134:12, 134:13, 136:17, 137:24, 138:4, 140:20, 141:2, 141:15, 142:15, 142:18, 142:22, 143:1, 143:2
**the..** [1] - 128:15
**theft** [1] - 139:7
**themselves** [1] - 4:4
**thereafter** [1] - 7:14
**they've** [2] - 5:14, 47:2
**thinking** [1] - 141:16
**thinks** [1] - 25:12
**third** [1] - 25:9
**three** [4] - 57:4, 61:9, 74:24, 109:6
**throughout** [3] - 103:11, 121:10, 131:5
**Thursday** [1] - 1:4
**tighter** [1] - 110:4
**timeline** [1] - 52:18
**title** [3] - 91:1, 93:12, 111:17
**titled** [1] - 11:11
**today** [5] - 127:4, 137:14, 140:1, 140:8, 141:23
**together** [4] - 22:6, 55:24, 56:1, 122:14
**took** [5] - 56:15, 80:18, 81:24, 129:15, 142:2
**top** [8] - 40:15, 42:17, 57:17, 60:14, 62:4, 87:6, 91:19, 124:24
**topic** [1] - 63:7
**totaling** [2] - 88:5, 105:4

**toward** [1] - 22:14
**towards** [5] - 26:10, 30:10, 30:19, 67:21, 80:4
**toxic** [3] - 8:13, 44:23, 126:6
**Trading** [8] - 18:21, 47:5, 60:18, 86:19, 91:5, 91:13, 94:18, 105:4
**transaction** [5] - 57:1, 57:6, 60:21, 77:8, 86:18
**transactions** [29] - 7:17, 20:1, 20:10, 21:25, 41:3, 45:3, 52:7, 52:9, 53:24, 54:1, 54:2, 54:5, 60:9, 77:6, 77:17, 78:1, 86:8, 86:12, 88:4, 95:21, 103:5, 103:13, 103:25, 105:1, 107:25, 108:11, 109:12, 117:7, 117:16
**TRANSCRIPT** [1] - 1:8
**transcript** [4] - 128:6, 128:9, 143:11, 143:12
**transfer** [8] - 49:21, 60:5, 60:14, 60:22, 60:25, 78:3, 87:22, 126:20
**transferred** [4] - 49:22, 49:25, 95:3
**transferring** [1] - 95:6
**transfers** [2] - 61:9, 103:10
**travel** [6] - 20:25, 42:13, 46:19, 54:2, 78:9, 80:6
**traveled** [1] - 42:11
**traveling** [5] - 40:4, 40:8, 56:19, 80:12, 138:20
**tremendous** [3] - 16:1, 105:12, 117:6
**TRIAL** [1] - 1:8
**tried** [2] - 12:14, 119:20
**trillions** [1] - 74:21
**trip** [12] - 42:10, 56:14, 56:24, 78:9, 78:14, 78:15, 80:6, 80:23, 82:5, 82:8, 86:21, 88:1
**trips** [1] - 122:3
**trouble** [1] - 69:1
**true** [33] - 6:22, 7:3, 7:5, 8:8, 8:10, 10:1,

15:23, 16:7, 19:4, 50:2, 50:22, 51:10, 79:22, 94:2, 94:4, 101:8, 107:14, 117:15, 117:20, 119:13, 121:21, 122:15, 128:21, 128:23, 131:4, 135:1, 137:14, 137:15, 143:10, 143:12
**truly** [1] - 117:13
**Trump** [3] - 24:20, 26:8, 67:20
**Trump's** [1] - 74:3
**truth** [2] - 11:18, 14:3
**truthful** [2] - 126:25, 135:12
**try** [12] - 15:12, 19:15, 20:1, 39:2, 74:17, 81:17, 88:18, 90:2, 93:1, 103:4, 106:14, 128:14
**trying** [10] - 7:7, 20:8, 20:17, 56:1, 68:7, 73:6, 73:21, 99:17, 120:24, 135:9
**TSA** [1] - 80:16
**TV** [1] - 107:10
**two** [10] - 7:6, 16:20, 24:3, 35:24, 57:4, 67:8, 81:24, 88:8, 126:8, 128:18
**two-and-a-half-minute** [1] - 128:18
**tycoon** [1] - 61:10
**Tycoon** [8] - 45:14, 45:25, 46:22, 46:25, 47:11, 47:25, 49:12, 52:2
**type** [1] - 17:21
**typical** [1] - 28:8

**U**

**U.S** [8] - 1:12, 1:17, 2:7, 63:12, 74:21, 74:22, 75:1, 82:1
**ultimate** [2] - 11:24, 12:1
**ultimately** [3] - 32:23, 82:15, 125:13
**unable** [1] - 136:22
**under** [14] - 11:16, 14:19, 18:14, 36:20, 47:23, 49:9, 53:2, 59:5, 91:12, 91:15, 94:9, 97:23, 126:17, 139:16
**underlined** [1] - 50:9

**underlying** [1] - 112:11
**underneath** [3] - 37:4, 93:16, 94:7
**understood** [2] - 8:13, 137:5
**undertook** [1] - 62:18
**unfolding** [1] - 72:18
**unfortunately** [2] - 12:7, 82:10
**unhappy** [1] - 110:2
**UNISON** [2] - 4:20, 73:11
**Unit** [2] - 104:12, 104:20
**Unit..** [1] - 104:15
**UNITED** [3] - 1:1, 1:2, 1:9
**United** [12] - 1:12, 4:2, 49:22, 50:1, 50:23, 60:5, 60:6, 75:5, 76:3, 82:13, 136:13, 143:17
**unless** [3] - 84:9, 88:13, 124:5
**unnamed** [5] - 44:2, 44:17, 44:20, 100:22, 102:1
**unquote** [1] - 45:1
**unsatisfied** [1] - 69:24
**unusual** [1] - 80:9
**up** [53] - 5:2, 5:4, 8:8, 9:4, 10:7, 17:11, 20:13, 20:14, 24:14, 25:7, 25:8, 25:16, 26:12, 28:21, 28:22, 29:1, 33:14, 48:25, 52:16, 53:12, 54:13, 54:19, 54:24, 55:9, 55:11, 55:13, 55:20, 56:22, 58:9, 58:20, 59:1, 59:22, 61:2, 67:7, 68:12, 72:23, 73:19, 78:23, 83:23, 84:14, 85:5, 86:25, 87:3, 88:23, 92:14, 103:15, 104:8, 109:3, 115:20, 125:11, 127:2, 133:3
**update** [1] - 13:12
**ushered** [1] - 68:11

**V**

**vague** [1] - 15:5
**vaguely** [1] - 94:24
**value** [1] - 97:8
**various** [3] - 16:2, 63:14, 136:9
**Ventura** [1] - 1:22

**verbally** [1] - 70:23
**version** [3] - 52:11, 52:16, 112:1
**versions** [1] - 49:16
**via** [2] - 106:25, 108:17
**view** [6] - 12:16, 71:1, 71:3, 71:22, 72:18, 75:6
**viewed** [1] - 75:13
**vigilant** [1] - 81:11
**Vinder** [18] - 120:2, 120:3, 120:5, 120:7, 120:16, 120:22, 121:5, 122:1, 122:4, 122:8, 122:25, 123:15, 123:18, 124:11, 124:17, 124:20, 125:11
**violations** [3] - 141:24, 142:11, 142:12
**Virginia** [1] - 12:19
**virtually** [1] - 121:12
**visit** [1] - 122:3
**visually** [1] - 70:23
**voice** [2] - 5:9, 24:13
**volume** [1] - 127:24
**vs** [2] - 1:4, 4:3

**W**

**wait** [4] - 5:4, 67:23, 83:17, 83:19
**waiting** [2] - 80:11, 116:4
**walked** [1] - 102:6
**Wall** [5] - 38:5, 38:7, 51:7, 115:8, 137:3
**wants** [1] - 53:9
**Washington** [5] - 1:14, 1:18, 2:4, 2:8, 143:19
**ways** [2] - 81:14
**wear** [1] - 18:1
**websites** [1] - 128:23
**Wednesday** [1] - 104:3
**week** [1] - 111:9
**weeks** [1] - 25:11
**welcome** [1] - 133:12
**Wengui** [18] - 7:15, 62:15, 63:10, 63:15, 63:17, 63:20, 64:12, 64:16, 64:21, 67:14, 67:22, 74:11, 80:4, 88:9, 102:17, 102:24, 121:25, 129:15
**WhatsApp** [1] - 17:3
**whatsoever** [1] - 22:15

**whereas** [1] - 93:16
**Whereas** [1] - 101:6
**whisked** [1] - 80:14
**whole** [14] - 22:22, 26:17, 54:16, 85:14, 85:23, 87:1, 87:6, 89:7, 89:11, 89:13, 89:16, 92:11, 92:14, 95:12
**widely** [1] - 8:11
**wife** [2] - 27:17, 32:18
**Williams** [2] - 18:7, 18:9
**willing** [2] - 74:17, 85:18
**window** [1] - 50:6
**wire** [5] - 18:1, 77:9, 86:19, 87:22, 103:10
**wires** [1] - 105:4
**wish** [2] - 71:1, 114:5
**wishes** [1] - 43:1
**withdraw** [1] - 116:18
**WITNESS** [13] - 3:2, 5:10, 5:25, 19:9, 19:11, 24:15, 48:7, 66:20, 69:25, 70:2, 130:4, 134:12, 143:1
**witness** [31] - 4:22, 5:6, 8:23, 21:8, 22:24, 26:13, 31:17, 38:17, 41:14, 42:15, 42:18, 45:9, 48:13, 52:14, 52:17, 52:19, 53:5, 55:7, 56:2, 73:7, 84:8, 88:17, 96:20, 109:4, 110:14, 115:17, 130:18, 132:12, 133:4, 133:5, 140:1
**witness's** [3] - 53:7, 71:25, 131:20
**witnesses** [3] - 140:22, 140:24, 141:3
**Wolf** [4] - 38:5, 38:7, 51:6, 115:8
**woman** [1] - 32:15
**word** [6] - 5:18, 20:7, 67:23, 80:16, 102:23, 110:5
**words** [1] - 56:7
**world** [3] - 28:23, 61:19, 122:11
**worried** [1] - 65:21
**worry** [2] - 18:12, 82:9
**write** [2] - 55:9, 55:11
**writing** [1] - 137:17
**wrote** [1] - 26:22
**WuTang** [7] - 28:18, 28:20, 28:23, 31:4,

41:18, 41:21, 42:22

**Y**

**year** [4] - 12:13, 56:17, 77:19
**year-old** [1] - 12:13
**years** [4] - 12:3, 14:9, 30:6, 134:20
**York** [6] - 1:13, 1:18, 23:23, 63:3, 64:7, 122:3
**yourself** [3] - 24:17, 69:4, 79:14

**Z**

**zero** [3] - 13:16, 13:18, 13:20