IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:19-cr-148 |
| ) | |
| PRAKAZREL MICHEL, ) | |
| LOW TAEK JHO ) | |
| ) | |
| ) | |

**JOINT STATUS REPORT, STIPULATED SCOPE OF WAIVER, & STIPULATED PROTECTIVE ORDER**

On October 16, 2023, the defendant, Prakazrel Michel, filed a Motion for New Trial, ECF No. 310, asserting, *inter alia*, claims of ineffective assistance of counsel. On November 6, 2023, the government filed a Response and requested a finding of waiver of attorney-client privilege as to materials and communications reasonably necessary to litigate the claims. ECF No. 321. On November 13, 2023, Mr. Michel filed a reply brief that opposed the government's privilege waiver arguments. ECF No. 326. The government filed an independent motion requesting the same relief on November 17, 2023. ECF No. 330. On November 21, 2023, Mr. Michel filed an Opposition and Cross-Motion for a Protective Order. ECF No. 336. The government filed a reply brief on November 28, 2023. ECF No. 339. On December 18, 2023, the Court issued an Order holding in abeyance the government's motion for a finding of waiver and ordering the parties to "(1) attempt to resolve any disputes over privilege and waiver; and (2) prepare and propose a protective order that will govern the use of any disclosed information regarding Defendant Michel's IAC claim and his specific allegations." ECF No. 341.

The parties file this Joint Status Report to inform the Court that the parties have met and conferred and have agreed upon the attached proposed Stipulated Scope of Waiver and Stipulated Protective Order. The parties jointly request that the Court enter these proposed documents to

govern disclosures in anticipation of, and during, the upcoming evidentiary hearing on Mr. Michel's claims of ineffective assistance of counsel.[1]

Respectfully submitted,

COREY R. AMUNDSON
Chief, Public Integrity Section
Criminal Division
U.S. Department of Justice

| /s/ *John D. Keller* | /s/*Peter R. Zeidenberg* |
|---|---|
| John D. Keller | Peter R. Zeidenberg |
| Principal Deputy Chief | ArentFox Schiff LLP |
| Criminal Division | 1717 K Street NW |
| United States Department of Justice | Washington, DC 20006-5344 |
| 1301 New York Ave., NW | |
| Washington, DC 20530 | |
| john.keller2@usdoj.gov | |

Nicole Lockhart
Trial Attorney
1301 New York Ave., NW
Washington, DC 20530
Telephone:  202-514-1412
Facsimile:   202-514-3003
nicole.lockhart@usdoj.gov

---

[1] Mr. Michel's agreement to the Stipulation Regarding Scope of Implied Privilege Waiver filed herewith is contingent upon the Court entering the proposed Stipulated Protective Order filed herewith.

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will serve all counsel for the parties via electronic notification.

Dated:  January 3, 2024                                         */s/ John D. Keller*
                                                                                        John D. Keller