**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> PRAKAZREL MICHEL (1), <br><br> Defendant. | Criminal No. 19-148-1 (CKK) |

**ORDER**
(April 12, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, the Court shall

**DENY** Michel's [309] Motion for Judgment of Acquittal.

**SO ORDERED**.

Dated: April 12, 2024

_____/s/_____
COLLEEN KOLLAR-KOTELLY
United States District Judge

1