# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>PRAKAZREL MICHEL (1),<br><br>Defendant. | Criminal No. 19-148-1 (CKK) |

# ORDER
(August 30, 2024)

For the reasons set forth in the accompanying Memorandum Opinion, the Court shall **DENY** Michel's [310] Motion for New Trial.

**SO ORDERED**.

Dated: August 30, 2024

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge

1