**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **Crim. No. 1:19-cr-148** |
| | ) | |
| | ) | |
| PRAKAZREL MICHEL | ) | |
| | ) | |

**JOINT STATUS REPORT**

The United States of America and Defendant Prakazrel Michel, by and through undersigned counsel, submit this Joint Status Report in response to the Court's Minute Order directing the parties to "file a joint status report no later than September 27, 2024 proposing deadlines for Memoranda in Aid of Sentencing." Minute Order, Sep. 12, 2024. The parties jointly propose December 20, 2024, as the deadline for Memoranda in Aid of Sentencing. The parties also respectfully request that the Court set the sentencing hearing for January 10, 13, or 14 if any of those dates are available and convenient for the Court.

Respectfully submitted,

COREY R. AMUNDSON                    ARENTFOX SCHIFF LLP
Chief, Public Integrity Section          Counsel for Defendant Prakazrel Michel
Criminal Division
U.S. Department of Justice


By: */s/John D. Keller*                    By: */s/Peter Zeidenberg*
John D. Keller                              Peter Zeidenberg
Principal Deputy Chief                      1717 K St. NW
Nicole R. Lockhart                          Washington, DC 20006
Trial Attorney                              (202) 857-6139
1301 New York Ave. NW                       peter.zeidenberg@afslaw.com
Washington, DC 20530
(202) 514-1412
john.keller2@usdoj.gov
nicole.lockhart@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.


Dated:  September 26, 2024                          */s/ John D. Keller*
                                                    John D. Keller