**Exhibit A**

| Case | Description |
|---|---|
| *United States v. Bennett*, No. 1:23-cr-00030 (D.D.C.) | **12 months' probation** for defendant convicted of depositing money loaned from a family member into defendant's own authorized federal campaign committee and improperly reporting the amount of money that was a loan from another individual |
| *United States v. Kao, et al.*, No. 1:22-cr-00048 (D.D.C.) | **12 months' probation** where defendants created shell company to make illegal conduit contributions and sought reimbursements for those conduit contributions from their defense-contractor-employer, who was prohibited from making contributions |
| *United States v. Benton, et al.*, No. 1:21-cr-00569 (D.D.C.) | Defendant sentenced to **18 months** for causing a Russian national who hoped to meet a 2016 presidential candidate, to wire $100,000 to defendant's political consulting firm, which in turn made an illegal foreign contribution to the presidential campaign and disguised such payment from the Russian national as one for fraudulent consulting services |
| *United States v. Khawaja, et al.*, No. 1:19-cr-00374 (D.D.C.) | **20 month** sentence for defendant who conspired to transfer nearly $5 million to facilitate unlawful contributions to influence a then-presidential candidate and others in connection with the 2016 U.S. presidential election |
| *United States v. Snapper*, No. 1:10-cr-00325 (D.D.C.) | Defendant sentenced to **36 months' probation** for causing the Hillary Clinton for President Committee to unwittingly submit false statements to the FEC, where reports showed that 21 individuals known to defendant had contributed money to the committee, when contributions were in fact made by just one person |
| *United States v. Pierce-Santos*, No. 1:09-cr-00014 (D.D.C.) | Defendant sentenced to **3 years' probation**, for making $17,000 in conduit contributions from 10 other individuals to a candidate seeking federal office by reimbursing them for some or all of the contributions |

1

| Case | Description |
|---|---|
| *United States v. Rogers*, No. 1:19-cr-00270 (E.D. Va.) | Defendant sentenced to **36 months** for fraudulently soliciting hundreds of thousands of dollars in political contributions through multiple sham political action committees that defendant created and advertised as supporting various political candidates and other causes |
| *United States v. Danielczyk, et al.*, No. 1:11-cr-00085 (E.D. Va.) | Defendant sentenced to **28 months** for recruiting his employees to serve as straw donors, assuring those donors they would be reimbursed for contributions, and then directing the creation of back-dated letters to individual contributors that falsely characterized the reimbursement payments as consulting fees; co-defendant sentenced to **2 years' probation** for his role in the same scheme |
| *United States v. Waltz, et al.*, No. 1:20-cr-00238 (S.D. Ind.) | **10 month** sentence for defendant convicted of funneling illegal conduit contributions to defendant's own 2016 congressional campaign, directing corporate funds into defendant's federal campaign committee through straw donors, and for lying and misleading federal authorities in connection with the investigation into the same |
| *United States v. Lundergan, et al.*, No. 5:18-cr-00106 (E.D. Ky.) | Defendant sentenced to **21 months** in prison for orchestrating a multi-year scheme to funnel hundreds of thousands of dollars in illegal corporate contributions, causing the campaign to unwittingly file false reports with the FEC; co-defendant Emmons sentenced to **3 years' probation** |
| *United States v. Tong*, No. 4:17-00474 (N.D. Cal.) | Defendant sentenced to **15 months** for making illegal conduit contributions through cash payments to defendant's bank manager and another business associate, via a network of straw donors that included dozens of conduits |

| Case | Description |
|---|---|
| *United States v. Jones, et al.*, No. 2:17-cr-00563 (E.D. Pa.) | Defendant sentenced to **18 months** for committing multiple campaign finance violations during both the 2012 Democratic primary and the 2014 Democratic primary elections for congressional elections, including causing excessive campaign contributions, illegal conduit contributions, and false FEC filings |
| *United States v. Finley*, No. 2:15-cr-00148 (S.D. Ohio) | Defendant sentenced to **14 months** for participating in scheme in which defendant agreed to provide illegal conduit contributions with the understanding that the elected public officials would assist defendant's company in obtaining or retaining municipal contracts |
| *United States v. Chatwal*, No. 1:14-cr-00143 (E.D.N.Y.) | Defendant sentenced to **three years' probation** for making nearly $200,000 in illegal conduit contributions to various candidates for federal office and political action committees, arranging for the straw donors to be reimbursed through his companies, and for witness tampering in connection with the investigation into the same |
| *United States v. Whittemore*, No. 3:12-cr-00058 (D. Nev.) | Defendant sentenced to **24 months**, for making excessive campaign contributions, illegal conduit contributions, and causing false reports to be filed with the FEC |
| *United States v. Mobley*, No. 3:12-cr-00150 (M.D. Fla.) | Defendant sentenced to **36 months**, for making illegal conduit contributions and illegal corporate contributions |
| *United States v. Hohl*, No. 3:12-cr-00149 (M.D. Fla.) | Defendant sentenced to **12 months' probation** for aiding and abetting co-defendant's scheme to make illegal conduit contributions and illegal corporate contributions |

| Case | Description |
|---|---|
| *United States v. Raffol*, No. 1:10-cr-10268 (D. Mass.) | Defendant sentenced to **1 year probation** for soliciting and reimbursing campaign contributions from his employer's vendors, resulting in at least $42,000 in illegal campaign contributions and numerous false reports to the FEC and similar authorities, and for witness tampering to conceal the illegal campaign contribution scheme |
| *United States v. Acevedo-Vila, et al.*, 3:08-cr-00036 (D.P.R.) | Two defendants sentenced to **3 years' probation**, and one defendant received **12 months and one day**, for involvement in multi-year scheme involving illegal conduit contributions to Puerto Rico's former governor's campaigns in 2000 and 2004 |