IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Crim. No. 1:19-cr-148 |
| ) | |
| PRAKAZREL MICHEL ) | |
| ) | |

**PRELIMINARY ORDER OF FORFEITURE IMPOSING MONEY JUDGMENT**

On April 26, 2023, after a jury trial, Defendant Prakazrel Michel was found guilty beyond a reasonable doubt of Counts One through Eight, Ten, and Twelve of the Superseding Indictment, charging him with: conspiracy to defraud the United States and make foreign and conduit contributions; causing false entries in a record; witness tampering; conspiracy to commit money laundering, violate the Foreign Agents Registration Act ("FARA"), and failure to register as an agent of a foreign government; substantive violations of FARA and failure to register as an agent of a foreign government; and conspiracy to make false statements to federally insured financial institutions.

The United States provided notice to the Defendant in the Superseding Indictment that in the event of the Defendant's conviction, the United States would seek to forfeit all property that constitutes or is derived from proceeds traceable to, *inter alia*, conspiracy to violate the Foreign Agents Registration Act ("FARA"), a substantive violation of FARA, and conspiracy to make false statements to federally insured financial institutions.

The Court presided over the trial of the Defendant. Based on the record and the evidence, the Court finds that the Defendant obtained proceeds in the amount of at least $64,923,226.40 from the criminal offenses, after accounting for amounts already forfeited in related proceedings. Pursuant to 18 U.S.C. § 981, 28 U.S.C. § 2461, and Federal Rule of Criminal Procedure 32.2, the Court ORDERS as follows:

(1) Defendant Prakazrel Michel shall forfeit $64,923,226.40 to the United States, and a personal money judgment is hereby awarded in favor of the United States and against the Defendant in the same amount.

(2) Pursuant to Rule 32.2(e) of the Federal Rules of Criminal Procedure, the United States may move to amend this Order at any time to forfeit the Defendant's property in substitution in accordance with Title 21, United States Code, 853(p).

This Order shall be final as to the Defendant at sentencing and will be made part of the Defendant's sentence and included in the judgment.

Signed in Washington, District of Columbia on the 30th day of October 2025.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

2